|                                                                                 |                          |
| ------------------------------------------------------------------------------- | ------------------------ |
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br> *Caption in Compliance with D.N.J. LBR 9004-1(b)* <br> SAUL EWING LLP <br> Turner N. Falk, Esquire <br> Centre Square West <br> 1500 Market Street, 38th Floor <br> Philadelphia, PA 19102-2186 <br> Office: (215) 972-7777 <br> turner.falk@saul.com <br><br> -and- <br><br> John D. Demmy, Esquire <br> 1201 N. Market Street, Suite 2300 <br> P. O. Box 1266 <br> Wilmington, DE 19899 <br> Office : (302) 421-6848 <br> john.demmy@saul.com <br><br> *Attorneys for Artsana USA, Inc.* |  |
| In re: <br><br> BED BATH & BEYOND INC., *et al.,*[1] <br><br>                 Debtors. | Chapter 11 <br><br> Case No. 23-13359 (VFP) <br><br> Jointly Administered |
| Michael Goldberg, as Plan Administrator for 20230930-DK-Butterfly-1, Inc. (f/k/a Bed Bath & Beyond Inc.), <br><br>                 Plaintiff, <br>    v. <br><br> Artsana USA, Inc., <br><br>                 Defendant. | <br><br><br> Adv. No. 24-01336 (VFP) |

## NOTICE OF APPEARANCE

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b), the undersigned enters an appearance in this case on behalf of defendant Artsana USA, Inc. Request is made that the documents filed in this case and identified below be served on the undersigned at the following addresses:

<div style="display:flex">

**SAUL EWING LLP**
John D. Demmy, Esquire
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6848
Email: john.demmy@saul.com

**SAUL EWING LLP**
Turner N. Falk, Esquire
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-8415
Email: turner.falk@saul.com

</div>

DOCUMENTS:
☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Respectfully submitted,

Dated: February 25, 2025    **SAUL EWING LLP**

*/s/ Turner N. Falk*
Turner N. Falk
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
Office: (215) 972-7777
turner.falk@saul.com

-and-

John D. Demmy
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Office: (302) 421-6848
Fax: (302) 421-6813
john.demmy@saul.com

*Attorneys for Artsana USA, Inc.*

2

55158627.1 02/25/2025

| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>SAUL EWING LLP<br>Turner N. Falk, Esquire<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102-2186<br>Office: (215) 972-7777<br>turner.falk@saul.com<br><br>-and-<br><br>Mark Minuti, Esquire<br>1201 N. Market Street, Suite 2300<br>P. O. Box 1266<br>Wilmington, DE 19899<br>Office : (302) 421-6848<br>john.demmy@saul.com<br><br>*Attorneys for Artsana USA, Inc.* |

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., *et al.*, | Case No. 23-13359 (VFP) |
| Debtors. | Jointly Administered |
| Michael Goldberg, as Plan Administrator for 20230930-DK-Butterfly-1, Inc. (f/k/a Bed Bath & Beyond Inc.), | |
| Plaintiff, | |
| v. | Adv. No. 24-01336 (VFP) |
| Artsana USA, Inc., | |
| Defendant. | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2025, I did cause the foregoing *Notice of Appearance* to be filed using the Court's CM/ECF system, which will automatically send email notification to all parties and counsel of record.

**SAUL EWING LLP**

*/s/ Turner N. Falk*
Turner N. Falk, Esquire
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
(215) 972-8415

2