| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Marianna Udem<br>Brigette McGrath<br>ASK LLP<br>60 East 42nd Street, 46th Floor<br>New York, NY 10165<br>Telephone: (212) 267-7342<br>Facsimile: (212) 918-3427<br>mudem@askllp.com<br>bmcgrath@askllp.com<br><br>*Special Counsel to the Plan Administrator* | |
| In re:<br><br>BED BATH & BEYOND, INC., *et al.*,[1]<br><br>       Debtor. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |
| Michael Goldberg, as Plan Administrator for 20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath & Beyond Inc.),[2]<br>       Plaintiff,<br><br>v.<br><br>Artsana USA, Inc.,<br>       Defendant. | Adv. No. 24-01336 |

## SECOND STIPULATION TO EXTEND
## CERTAIN DEADLINES IN PROCEDURES ORDER

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

[2] Pursuant to the *Certificate of Amendment of the Certificate of Incorporation of Bed Bath & Beyond Inc.*, which was filed with the State of New York Department of State on September 21, 2023, the name of the entity formerly known as "Bed Bath & Beyond Inc." was changed to *20230930-DK-Butterfly, Inc.* [Filing ID No. 230921001833 DOS ID 315602].

Michael Goldberg, in his capacity as Plan Administrator (the "Plaintiff" or "Plan Administrator") for 20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath & Beyond Inc.) and its affiliated debtors (each, a "Debtor" and collectively, the "Wind-Down Debtors" or "Debtors"), and Artsana USA, Inc. (the "Defendant" and, together with Plaintiff, the "Parties"), through their respective counsel, enter into this *Second Stipulation for Extension of Certain Deadlines in the Procedures Order* (the "Stipulation") and hereby stipulate and agree as follows:

WHEREAS, on August 9, 2024, the Court entered the *Order Granting Motion for Order Establishing Streamlined Procedures Governing Adversary Proceedings Brought by Plaintiff Pursuant to Sections 502, 542, 547, 548, 549, and 550 of the Bankruptcy Code* (the "Procedures Order") [Docket No. 3445], which Procedures Order applies to the above-captioned adversary proceeding;

WHEREAS, on or about February 17, 2025, the Parties entered into the *Stipulation to Extend Certain Deadlines in Procedures Order* [Adv. Docket No. 8], pursuant to which certain deadlines in the Procedures Order were extended;

WHEREAS, the Parties desire to extend certain of the deadlines in the Scheduling Order to accommodate the completion of discovery.

WHEREFORE, the Parties agree and stipulate as follows:

1. The Parties shall have until August 15, 2025 in which to complete non-expert discovery, including depositions of fact witnesses;

2. Any disclosures and reports of the Parties' case-in-chief experts, or experts and reports concerning an issue to which the party bears the burden of proof, shall be made to the adverse party on or before October 15, 2025;

3. Any disclosures and reports of the Parties' rebuttal experts shall be made to the adverse party on or before November 15, 2025;

4. All expert discovery, including expert witness depositions, shall be concluded on or before December 15, 2025; and

5. All dispositive motions shall be filed and served by January 15, 2026. Local Rule 7056-1 shall apply.

6. Except as expressly modified herein, the Procedures Order shall remain in effect in this adversary proceeding.

Dated: July 15, 2025

**ASK LLP**

/s/ Brigette McGrath
Brigette McGrath, Esq.
NJ SBN 01000-2011
Joseph L. Steinfeld, Jr., Esq.
MN 0266292
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: (651) 289-3857
Email: bmcgrath@askllp.com

*-and-*

Marianna Udem, Esq., NJ SBN 03659-2006
60 East 42nd Street, 46th Fl.
New York, NY  10165
Telephone: (212) 267-7342
Email: mudem@askllp.com

*Counsel for Plaintiff*

Dated: July 15, 2025

**SAUL EWING LLP**

*/s/* John D. Demmy
John D. Demmy, Esq.
DE SBN 2802
1201 North Market St., Ste. 2300
Wilmington, DE 19801
Telephone: (302) 421-6848
Email: john.demmy@saul.com

*Counsel for Defendant*