| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Marianna Udem<br>Brigette McGrath<br>ASK LLP<br>60 East 42nd Street, 46th Floor<br>New York, NY 10165<br>Telephone: (212) 267-7342<br>Facsimile: (212) 918-3427<br>mudem@askllp.com<br>bmcgrath@askllp.com<br><br>*Special Counsel to the Plan Administrator* | |
| In re:<br><br>BED BATH & BEYOND, INC., *et al.*,[1]<br><br>                Debtor. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |
| Michael Goldberg, as Plan Administrator for 20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath & Beyond Inc.),[2]<br>                Plaintiff,<br><br>v.<br><br>Artsana USA, Inc.,<br>                Defendant. | Adv. No. 24-01336-VFP |

## NOTICE OF DEPOSITION OF DESIGNATED PERSON(S) MOST KNOWLEDGEABLE ON BEHALF OF DEFENDANT ARTSANA USA, INC.

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

[2] Pursuant to the *Certificate of Amendment of the Certificate of Incorporation of Bed Bath & Beyond Inc.*, which was filed with the State of New York Department of State on September 21, 2023, the name of the entity formerly known as "Bed Bath & Beyond Inc." was changed to *20230930-DK-Butterfly, Inc.* [Filing ID No. 230921001833 DOS ID 315602].

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Bankruptcy Procedure 7030 and Federal Rules of Civil Procedure 30(b)(1) and 30(b)(6), Michael Goldberg, as Plan Administrator for 20230930-DK-Butterfly-1, Inc. f/k/a Bed Bath & Beyond Inc. (the "Plan Administrator" or "Plaintiff")[3] in the bankruptcy cases filed by Bed Bath & Beyond Inc. and its affiliated debtors (collectively, the "Debtors"), through his attorneys, will take the deposition upon oral examination of the person or persons designated by defendant Artsana USA, Inc. ("Defendant"), as most knowledgeable with respect to the matters set forth in Exhibit "A" attached hereto on Monday, September 29 beginning at 9:00 a.m. (Eastern Time) at the offices of Saul Ewing LLP at 1200 Liberty Ridge Drive, Suite 200, Wayne, PA 19087, or such other date, time and location as the parties may agree in writing.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Defendant is required to designate one or more officers, directors, managing agents or other persons to testify who have knowledge about the topics set forth in Exhibit "A" attached hereto.[4]

**PLEASE TAKE FURTHER NOTICE** that the deposition will be recorded and transcribed by video and stenographic means before a notary public or officer authorized by law to take the deposition. The deposition will continue from day to day until completed, excepting Saturdays, Sundays and Court observed holidays. You are invited to attend and cross-examine.

Dated:  September 23, 2025					**ASK LLP**

							By:	*/s/ Brigette McGrath*
								Brigette McGrath, Esq., NJ SBN 01000-2011
								Nicholas C. Brown Esq., VA SBN 99898
								2600 Eagan Woods Drive, Suite 400
								St. Paul, MN  55121
								Telephone: 651-289-3854
								Email: bmcgrath@askllp.com
								        nbrown@askllp.com

							*-and-*

---

[3]  Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the First Amended Complaint (the "Amended Complaint") filed in the above-captioned adversary proceeding.
[4]  Plaintiff reserves its right to amend the list of topics set forth in Exhibit "A" at any time prior to the date of deposition and in any manner.

2

Marianna Udem, Esq., NJ SBN 03659-2006
60 East 42nd Street, 46th Fl.
New York, NY  10165
Telephone: 212-267-7342
Fax: 212-918-3427

*Counsel for the Plan Administrator*

3

**Exhibit A**

PLEASE TAKE NOTICE, that pursuant to Federal Rules of Civil Procedure 30(b)(1) and 30(b)(6), defendant, Artsana USA, Inc. ("Defendant"), is hereby requested to designate and produce for deposition one or more of its employees, officers, agents or other persons duly authorized to testify about and produce all documents regarding the following matters:

1. The general business relationship between Defendant and the Debtors between the period of January 1, 2022 and April 23, 2023.

2. All payments received by you from one or more of the Debtors between the period of January 1, 2022 and April 23, 2023, including but not limited to the payments listed in Exhibit A to the Amended Complaint.

3. The obligations paid or otherwise satisfied by the payments referenced in paragraph 3.

4. All oral and written correspondence (including but not limited to in-person meetings, video meetings, telephonic conversations, emails, text messages, and messaging and social media applications) between the Debtors and Defendant between January 1, 2023 and April 23, 2023.

5. All oral and written correspondence (including but not limited to in-person meetings, video meetings, telephonic conversations, emails, text messages, and messaging and social media applications) among your officers, employees and/or agents regarding the Debtors between January 1, 2023 and April 23, 2023.

6. The payment terms in effect between the Debtors and Defendant between January 1, 2022 and April 23, 2023.

7. The credit limit in effect between the Debtors and Defendant between January 1, 2022 and April 23, 2023.

8. Any and all credit holds, purchase order holds, and/or shipment holds involving the

Debtors, in effect at any time between January 1, 2022 and April 23, 2023.

9. The Debtors' accounts payable history including accounts payable balance between January 1, 2022 and April 23, 2023.

10. The identities and roles of each of your officers, employees, and/or agents who communicated with the Debtors regarding the Defendant-Debtor business relationship, between January 1, 2022 and April 23, 2023.

11. The identities and roles of each of the Debtors' officers, employees, and/or agents with whom Defendant communicated regarding the Defendant-Debtor business relationship, between January 1, 2022 and April 23, 2023.

12. The identities and roles of each of your officers, employees, and/or agents who communicated with the Debtors regarding the Debtors' payment obligations to Defendant, between January 1, 2022 and April 23, 2023.

13. The substance of the communications referenced in Paragraphs 11, 12, and 13.

14. Any claim(s) Defendant contends to have against the Debtors or their bankruptcy estates.

15. The goods, services, or other value Defendant provided to the Debtors during the Preference Period, including the dollar amount and timing of such goods, services, or other value.

16. All facts of which you are aware indicating that the Transfers were made in the ordinary course of business or financial affairs of the Debtors and/or you.

17. All facts supporting any other affirmative defenses you have asserted or intend to assert in this action.

18. All facts concerning the invoices, purchase orders and/or shipments paid for by the Transfers.

19. All facts including the circumstances surrounding the Debtors' payment of

$1,603,440.30 to Defendant on or about February 27, 2023.

20. The occurrence of any prepayments (as opposed to payments on credit) by the Debtors to Defendant at any time between January 1, 2022 and April 23, 2023, including but not limited to any prepayment of invoices on or about February 27, 2023.

21. All facts regarding past due balances and invoices owing by the Debtors to Defendant at any time between January 1, 2022 and April 23, 2023, including but not limited to Defendant's efforts to collect amounts past due.

22. Your written responses to Plaintiff's *First Set of Interrogatories, Requests for Production and Requests for Admission Propounded by Plaintiff*.

23. All documents produced in response to Plaintiff's *First Set of Interrogatories, Requests for Production and Requests for Admission Propounded by Plaintiff*.