<table>
<tr><td colspan="2">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Marianna Udem
Brigette McGrath
ASK LLP
60 East 42nd Street, 46th Floor
New York, NY 10165
Telephone: (212) 267-7342
Facsimile: (212) 918-3427
mudem@askllp.com
bmcgrath@askllp.com

*Special Counsel to the Plan Administrator*

</td></tr>
<tr><td>

In re:

BED BATH & BEYOND, INC., *et al.*,[1]

                    Debtor.

</td><td>

Chapter 11

Case No. 23-13359 (VFP)

(Jointly Administered)

</td></tr>
<tr><td>

Michael Goldberg, as Plan Administrator for
20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath &
Beyond Inc.),[2]
                    Plaintiff,

v.

Artsana USA, Inc.,
                    Defendant.

</td><td>

Adv. No. 24-01336 (VFP)

Hearing Date: April 21, 2026
            at 10:00 a.m. (ET)

Judge:  The Honorable Vincent F. Papalia

</td></tr>
</table>

**NOTICE OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT WITH RESPECT
TO PLAINTIFF'S CLAIMS AGAINST DEFENDANT, ARTSANA USA, INC.**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

[2] Pursuant to the *Certificate of Amendment of the Certificate of Incorporation of Bed Bath & Beyond Inc.*, which was filed with the State of New York Department of State on September 21, 2023, the name of the entity formerly known as "Bed Bath & Beyond Inc." was changed to *20230930-DK-Butterfly, Inc.* [Filing ID No. 230921001833 DOS ID 315602].

**PLEASE TAKE NOTICE** that Plaintiff Michael Goldberg, in his capacity as Plan Administrator (the "<u>Plaintiff</u>" or "<u>Plan Administrator</u>") for 20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath & Beyond Inc.) and its affiliated debtors (each, a "<u>Debtor</u>" and collectively, the "<u>Wind-Down Debtors</u>" or "<u>Debtors</u>") in the above-captioned case, by and through undersigned counsel, has filed papers with this Court respectfully moving for summary judgment as to all claims against defendant, Artsana USA, Inc. ("<u>Artsana</u>" or "<u>Defendant</u>"), and for such other and further relief as the Court deems just and proper, as set forth more fully in the accompanying *Plaintiff's Memorandum of Law in Support of Motion for Summary Judgment With Respect to Plaintiff's Claims Against Defendant, Artsana USA, Inc.*

**YOUR RIGHTS MAY BE AFFECTED.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

Hearing Date:   <u>April 21, 2026</u>

Hearing Time:   <u>10:00 a.m. (E.T.)</u>

Hearing Location:   <u>United States Bankruptcy Court for the District of New Jersey</u>
<u>Martin Luther King, Jr. Federal Building</u>
<u>50 Walnut Street</u>
<u>Newark, New Jersey 07102</u>

Courtroom Number:   <u>Courtroom 3B</u>

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date.

You must also mail a copy of your response to:

<u>Michael Goldberg, Plan Administrator</u>
<u>c/o Nicholas C. Brown, Esq.</u>
<u>ASK LLP</u>
<u>2600 Eagan Woods Drive, Suite 400</u>
<u>St. Paul, Minnesota 55121</u>


If you, or your attorney, do not take the steps outlined above, the court may decide that you

do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated: March 13, 2026

**ASK LLP**

By:  /s/ *Brigette McGrath*
Brigette McGrath Esq., NJ SBN 01000-2011
Nicholas C. Brown, Esq., VA SBN 99898,
NC SBN 38054
(admitted *pro hac vice*)
ASK LLP
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: (651) 289-3867
Fax: (651) 406-9676
Email: bmcgrath@askllp.com
        nbrown@askllp.com

*-and-*

Marianna Udem, Esq., NJ SBN 03659-2006
60 East 42nd Street, 46th Fl.
New York, NY  10165
Telephone: (212) 267-7342
Fax: (212) 918-3427

*Attorneys for Movant*