<table>
<tr><td>

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

---

*Caption in Compliance with D.N.J. LBR 9004-1(b)*
SAUL EWING LLP
Turner N. Falk, Esq.
1735 Market Street, 34th Floor
Philadelphia, PA 19103
Telephone: (215) 972-7777
Email: turner.falk@saul.com
*Counsel for Artsana USA, Inc.*

---

In re:

BED BATH & BEYOND, INC., *et al.*,[1]

Debtors.

---

Michael Goldberg, as Plan Administrator for
20230930-DK-Butterfly-1, Inc. (f/k/a Bed Bath &
Beyond Inc.),[2]

Plaintiff,

v.

Artsana USA, Inc.,

Defendant.

</td><td>

Chapter 11

Case No. 23-13359 (VFP)

(Jointly Administered)

Adv. No. 24-01336 (VFP)

**Hearing Date**: April 21, 2026 at 10:00 a.m.

</td></tr>
</table>

## NOTICE OF DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that on **April 21, 2026 at 11:30 a.m.** (Eastern Time), or as soon thereafter as counsel may be heard, Artsana USA, Inc. ("Artsana") will move before the Honorable Vincent F. Papalia, United States Bankruptcy Judge, at the United States Bankruptcy Court, Martin Luther King, Jr. Federal Building 50 Walnut Street Newark, New Jersey 07102,

---

[1]     The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

[2]     Pursuant to the Certificate of Amendment of the Certificate of Incorporation of Bed Bath & Beyond Inc., which was filed with the State of New York Department of State on September 21, 2023, the name of the entity formerly known as "Bed Bath & Beyond Inc." was changed to 20230930-DK-Butterfly, Inc. [Filing ID No. 230921001833 DOS ID 315602].

Courtroom 3B, for entry of an order granting Artsana's *Cross-Motion for Summary Judgment* (the "Cross-Motion").

**PLEASE TAKE FURTHER NOTICE** that in support of the Cross-Motion, Artsana shall rely upon the memorandum, declarations and exhibits submitted concurrently.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Cross-Motion shall: (i) be in writing; (ii) state with particularity the basis of the objection; and (iii) be filed with the Clerk of the United States Bankruptcy Court in accordance with D.N.J. LBR 9013-2 by **April 17, 2026.**

**PLEASE TAKE FURTHER NOTICE** that unless objections are timely filed and served, the Cross-Motion shall be decided on the papers in accordance with D.N.J. LBR 9013-3(d), and the relief requested may be granted without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that Artsana hereby requests oral argument.

**PLEASE TAKE FURTHER NOTICE** that an order granting the relief requested herein is submitted herewith and made part of the Cross-Motion herein.

Dated:  April 14, 2026                    **SAUL EWING LLP**

*/s/ Turner N. Falk*
Turner N. Falk, Esq.
1735 Market Street, 34th Floor
Philadelphia, PA 19103
Telephone: (215) 972-7777
Email: turner.falk@saul.com

*Counsel for Artsana USA, Inc.*

57657972.7