| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>***Caption in Compliance with D.N.J. LBR 9004-1(b)***<br>SAUL EWING LLP<br>Turner N. Falk, Esq.<br>1735 Market Street, 34th Floor<br>Philadelphia, PA 19103<br>Telephone: (215) 972-7777<br>Email: turner.falk@saul.com<br>*Counsel for Artsana USA, Inc.* | |
| In re:<br><br>BED BATH & BEYOND, INC., *et al.*,[1]<br><br>                  Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |
| Michael Goldberg, as Plan Administrator for<br>20230930-DK-Butterfly-1, Inc. (f/k/a Bed Bath &<br>Beyond Inc.),[2]<br><br>                  Plaintiff,<br>    v.<br><br>Artsana USA, Inc.,<br><br>                  Defendant. | Adv. No. 24-01336 (VFP) |

### DEFENDANT'S RESPONSE IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT WITH RESPECT TO PLAINTIFF'S CLAIMS AGAINST DEFENDANT, ARTSANA USA, INC. AND CROSS-MOTION FOR SUMMARY JUDGMENT

Defendant, Artsana USA, Inc. ("Artsana"), hereby files its response in opposition (the

"Response in Opposition") to Plaintiff's *Motion for Summary Judgment with Respect to Plaintiff's*

*Claims Against Defendant, Artsana USA, Inc.* and its *Cross-Motion for Summary Judgment* (the

---

[1]     The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

[2]     Pursuant to the Certificate of Amendment of the Certificate of Incorporation of Bed Bath & Beyond Inc., which was filed with the State of New York Department of State on September 21, 2023, the name of the entity formerly known as "Bed Bath & Beyond Inc." was changed to 20230930-DK-Butterfly, Inc. [Filing ID No. 230921001833 DOS ID 315602].

"Cross-Motion"), pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 7056 of

the Federal Rules of Bankruptcy Procedure, for entry of an order granting summary judgment in

Artsana's favor with respect to all claims asserted in Plaintiffs' Complaint, and in support of its

Response in Opposition and Cross-Motion, Artsana incorporates the memorandum of law,

statement of undisputed material facts, the declarations of Thomas Gwiazdowski, the Chief

Executive Officer of Artsana, Harold A. Schaeffer, and undersigned counsel, and the exhibits

attached, all filed contemporaneously herewith. A proposed form of order also is attached.

Dated:  April 14, 2026

**SAUL EWING LLP**

*/s/ Turner N. Falk*
Turner N. Falk, Esq.
1735 Market Street, 34th Floor
Philadelphia, PA 19103
Telephone: (215) 972-7777
Email: turner.falk@saul.com

*Counsel for Artsana USA, Inc.*

2

04/14/2026