<table>
<tr><td colspan="2">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

*Caption in Compliance with D.N.J. LBR 9004-1(b)*
SAUL EWING LLP
Turner N. Falk, Esq.
1735 Market Street, 34th Floor
Philadelphia, PA 19103
Telephone: (215) 972-7777
Email: turner.falk@saul.com
*Counsel for Artsana USA, Inc.*

</td></tr>
<tr><td>

In re:

BED BATH & BEYOND, INC., *et al.*,[1]

                      Debtors.

</td><td>

Chapter 11

Case No. 23-13359 (VFP)

(Jointly Administered)

</td></tr>
<tr><td>

Michael Goldberg, as Plan Administrator for
20230930-DK-Butterfly-1, Inc. (f/k/a Bed Bath &
Beyond Inc.),[2]

                      Plaintiff,

    v.

Artsana USA, Inc.,

                      Defendant.

</td><td>

Adv. No. 24-01336 (VFP)

</td></tr>
</table>

### ORDER GRANTING DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT WITH RESPECT TO PLAINTIFF'S CLAIMS AGAINST DEFENDANT, ARTSANA USA, INC.

The relief set forth on the following page numbered two (2) is hereby **ORDERED.**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

[2] Pursuant to the Certificate of Amendment of the Certificate of Incorporation of Bed Bath & Beyond Inc., which was filed with the State of New York Department of State on September 21, 2023, the name of the entity formerly known as "Bed Bath & Beyond Inc." was changed to 20230930-DK-Butterfly, Inc. [Filing ID No. 230921001833 DOS ID 315602].

AND NOW, upon consideration of Artsana USA, Inc.'s cross-motion for summary judgment (the "Cross-Motion")[3] pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 7056 of the Federal Rules of Bankruptcy Procedure, and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court being able to issue a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Cross-Motion having been provided under the particular circumstances, and it appearing that no other or further notice need be provided; and after due deliberation; and sufficient cause appearing therefor, it is hereby ORDERED and DECREED as follows:

1.      Plaintiff's Motion is DENIED.

2.      The Cross-Motion is GRANTED as set forth herein.

3.      Judgment is entered for Defendant Artsana USA Inc. and against Plaintiff on all counts in the Complaint.

4.      The Complaint is DISMISSED in its entirety, with prejudice.

5.      This Court retains jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

---

[3]      Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Cross-Motion.

04/14/2026