| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>SAUL EWING LLP<br>Turner N. Falk, Esq.<br>1735 Market Street, 34th Floor<br>Philadelphia, PA 19103<br>Telephone: (215) 972-7777<br>Email: turner.falk@saul.com<br>*Counsel for Artsana USA, Inc.* | |
| In re:<br><br>BED BATH & BEYOND, INC., *et al.*,[1]<br><br>                         Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |
| Michael Goldberg, as Plan Administrator for 20230930-DK-Butterfly-1, Inc. (f/k/a Bed Bath & Beyond Inc.),[2]<br><br>                         Plaintiff,<br><br>     v.<br><br>Artsana USA, Inc.,<br><br>                         Defendant. | Adv. No. 24-01336 (VFP) |

### DECLARATION OF THOMAS GWIAZDOWSKI IN SUPPORT OF DEFENDANT'S (I) RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, AND (II) CROSS-MOTION FOR SUMMARY JUDGMENT

I, Thomas Gwiazdowski, hereby declare as follows:

1.     I am the President and CEO of Artsana USA, Inc. ("Artsana"), and have been for the last eight years.  In this role I am familiar with Artsana's ordering and billing processes and

---

[1]    The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

[2]    Pursuant to the Certificate of Amendment of the Certificate of Incorporation of Bed Bath & Beyond Inc., which was filed with the State of New York Department of State on September 21, 2023, the name of the entity formerly known as "Bed Bath & Beyond Inc." was changed to 20230930-DK-Butterfly, Inc. [Filing ID No. 230921001833 DOS ID 315602].

meet regularly with the Artsana teams responsible for day-to-day ordering, shipping and invoicing work.

2.      I make this declaration in connection with the response in opposition of Artsana USA Inc. ("Artsana") to Plaintiff's *Motion for Summary Judgment with Respect to Plaintiff's Claims Against Defendant, Artsana USA, Inc.* (the "Response in Opposition") and Artsana's *Cross-Motion for Summary Judgment* (the "Cross-Motion").

3.      I make this declaration based on my personal knowledge and review of Artsana's business records.

4.      During the 20-plus year long business relationship between Artsana and the Debtors' Buy Buy Baby business segment ("BBB"), given the ordering, shipping of product and invoicing practices of BBB and Artsana, there usually was a running balance owed to Artsana exceeding several hundred thousand dollars.  Payment on account of such running balances ordinarily were made by paying dozens or hundreds of invoices at once, via ACH transfer exceeding six figures.

5.      Artsana imposed a partial freeze on shipments to BBB on or about January 7, 2023 on account of a then existing large balance due on account of shipments made to BBB.

6.      At this time, Artsana requested that BBB prepay for orders placed after January 10, 2023.

7.      Artsana did not, at this or any other time, condition future shipments on payment of the then existing amount due.

8.      BBB did not place any further orders with Artsana until after February 24, 2023, more than 51 days after the shipping freeze.

9.      The change in credit terms, from Net-60 to prepayment, was applicable only to go-

2

forward orders.

10. Artsana did not condition the fulfillment of any orders placed after January 10, 2023 upon the payment of any amount then due and owing. Rather, orders were processed once both the order and prepayment therefor was received by Artsana.

11. Artsana was ready, willing and able to ship any prepaid order placed by the Debtors. In fact, Astana did fulfill prepaid orders placed after February 24, 2023.

12. The Debtors freely offered to make prepayments, and pay an additional 50% of any prepayment amount, to be applied to existing arrearages. From my review of correspondence between the Debtors' accounts payable team and Artsana, my understanding was that the Debtors sought to catch up with their existing arrears over time, as they had done in the past.

13. Artsana did not take any action to pressure to force the Debtors to pay existing arrearages.

14. Artsana received a payment in the amount of $1,603,440.00 on February 24, 2023. In the remittance instructions to Artsana, the Debtors directed Artsana to apply $538,400.30 of such payment amount to existing invoices. The balance of such payment amount was to be applied to go-forward orders and shipments, and was applied in this manner.

15. Artsana, in the ordinary course of its business, prepares and maintains business records regarding its transactions with its customers including without limitation invoices, shipping records, bills of lading, delivery receipts, communications, and excel spreadsheets summarizing such transactions. Artsana prepared and maintained such business records with respect to its transactions with the Debtors. Artsana's counsel informs me that its business records evidencing transactions with the Debtors were provided to Plaintiff's counsel in discovery and to Artsana's expert analyst Harold A. Shaeffer.

16.     The Artsana business records attached to Artsana's response in Opposition and Cross-Motion are authentic, true and accurate copies thereof.  The excel spreadsheet summaries of the transactions represented by these business records are true and accurate reflections of the voluminous records that have been provided to Plaintiff's counsel and Artsana's expert.

17.     If called to testify, I could and would testify competently to the matters set forth in this declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: April 14, 2026                          Respectfully submitted,

                                                            */s/ Thomas Gwiazdowski*
                                                            Thomas Gwiazdowski, President and CEO
                                                            Artsana USA, Inc.