| 09/13/2022 | BILL OF LANDING | 2 of 2 |
|---|---|---|

### Ship from

Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601

FOB: X

**Bill of Lading #1130004855**

|||||||||

### Ship to

Name: BB&B 653 0653
Adrdress: 1001 W MIDDLESEX AVE
City/State/Zip: PORT READING, NJ, 07064-1518
CID # (MVDP) MVDP7063958        FOB:

Carrier Name: XPO LOGISTICS
Trailer Number:
Seal Number:

### THIRD PARTY FREIGHT CHARGES BILL TO:

Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
          P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 11804

SCAC: XPOL
Pro Number:

### SPECIAL INSTRUCTIONS

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____    Collect: __X__    3rd Party: _____

Master Bill of Lading: with attached
Underlying Bills of Lading
_____

### SHIPPER SIGNATURE/DATE

This is to certify that the above named materials are properly classified, packeged, marked and labeled, and are in proper condition. Transportation according to the applicable regulations of the DOT.

**Trailer Loaded:**
_X_ By Shipper
___ By Driver

**Freight Counted:**
_X_ By Shipper
___ By Driver/pallets said to contain
___ By Driver/Pieces

### CARRIER SIGNATURE/PICKUP DATE

Carrier acknowledges receipt of packages and required placecards. Carrier certifies emergency response information was made available and/or has the DOT emergency response guidebook or equivalent documentation in the vehicle.
*Property described above is received in good order except as noted.*



ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

**PICKING LIST**



| NUMBER | DATE | PAGE | DOCUMENT DESTINATION | 214878 |
|---|---|---|---|---|
| 3661291543 | 09/07/2022 | 1 / 1 | Company BUY BUY BABY INC LIBERTY PROCUREMENT CO INC 650 Liberty Ave | |

**SHIPPING POINT** USOA

**INCOTERMS FH**

**DELIVERY AREA** P08 COLLECT

Union NJ 07083-8107 US

| SOLD-TO-PARTY    214878 | SHIP-TO-PARTY    265313 |
|---|---|
| Company BUY BUY BABY INC LIBERTY PROCUREMENT CO INC 650 Liberty Ave | BB&B 653 E COMMERCE FULLFILLMENT CENTER 1001 W MIDDLESEX AVE |
| Union NJ 07083-8107 US | PORT READING NJ 07064-1518 US |

**ORDER REF.** 1661218348        **YOUR REF.** JQ4B7DP **DEL** 09/02/2022                **DATE** 09/04/2022

warehouse: 731-364-3070

Customer Service: 1-800-323-4903

| Q.TY | UM | MAT.CODE | COL | SIZE | SEASON | PRODUCT DESCRIPTION | | | |
|---|---|---|---|---|---|---|---|---|---|
| 51 | CN | 07087001870070 | | | | ACTIV3 TRAVEL SYSTEM SOLAR USA | | | |
| | | | | | | '' | 1 | 51.00 | 2,248.717 |

TOTAL QUANTITY(pieces):        51.000

TOTAL OF CARTONS: 51.000      TOTAL WEIGHT: 2,248.717      TOTALE VOLUME: 523.786 TOTAL OF PALLETS:        5.100

Retailers only : For compliance certificates please contact your sales representative

USER :  ELORAH

**Beyond**

**Chargeback Details Report**

| Vendor Number | | | | | Check Date | | | | |
| 18595 ARTSANA USA INC/JUVENILE | | | | | 11/17/2022 | | | | |
| Check Number | | | | | | | | | |
| 820810 | | | | | | | | | |

| Inv Number | Inv Date | Store | PO Number | UPC | Type | Charge Qty | Unit Cost | Extended Cost |
|---|---|---|---|---|---|---|---|---|
| 5213165831 | 09/20/2022 | 657 | JJ7M7FS | 49796610543 | CS | 4 | $29.99 | $119.96 |
| 5213165831 | 09/20/2022 | 657 | JJ7M7FS | 49796611663 | CS | 13 | $44.09 | $573.17 |
| Total CONCEALED SHORT | | | | | | | | ($693.13) |

3661293435

JBH

# chicco

ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

| DOCUMENT | | NUMBER | DATE |
|---|---|---|---|
| **Invoice** | | 5213165831 | 09/20/2022 |
| **DIVISION** | **CUSTOMER TAX NUMBER** | | **PAGE** |
| P2 | | | 1/1 |
| **SALES PERSON**  800002798 | | | **CURRENCY** |
| HOUSE | | | USD |
| **PAYMENT TERMS** | | | **CUSTOMER** |
| 60 DAYS ID | | | 214878 |

**BILL TO PARTY**
BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave
Union, NJ 07083-8107 US

**CUSTOMER ADDRESS**
BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave
Union, NJ 07083-8107 US

| ITEM CODE | DESCRIPTION | U.M. | QTY | GROSS PRICE | DISCOUNT | NET PRICE | AMOUNT | CT |
|---|---|---|---|---|---|---|---|---|
| Number of Adheren | 018595 | | | | | | | |
| Delivery Address: 3 3863, BB&B 0657 - 0657 - 860 JOHN B BROOKS RD 30567-4 12 PENDERGRASS GA US | | | | | | | | |
| | Sales Order N. 1661174214 Customer PO JJ7M7FQ Customer PO JJ7M7 Q of 02/28/2022 | | | | | | | |
| | Delivery n. 3661293435 of the 09/14/2022- Shipper COLLECT | | | | | | | |
| 05079224960070 | BRAVO LE TRAVEL SYSTEM LATTE USA | CN | 16 | | | 270.98 | 4,335.68 | |
| PAYMENT:  60 DAYS ID | | | | | | | | |
| PAYMENT DATE | | | | | | | | |

| TAX | BASE AMOUNT | TAX AMOUNT | TAX | BASE AMOUNT | TAX AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 01 | 4,335.68 | 0.00 | | | | 4,335.68 |

| OWNERSHIP RESERVE CLAUSE | TOT.BASE AMOUNT | TOT.TAX AMOUNT | TOT.INVOICE |
|---|---|---|---|
| | 4,335.68 | | 4,335.68 |

ORIGINAL

| 09/20/202_ | BILL OF LANDING | 1 of 2 |
|---|---|---|

### Ship from

Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601

FOB: X

**Bill of Lading #1130004890**

Chicco USA / Copy

Carrier Name: JB HUNT-INTERMODAL
Trailer Number:
Seal Number: 285107
720438\

### Ship to

Name: BB&B 0657 0657
Address: 860 JOHN B BROOKS RD
City/State/Zip: PENDERGRASS, GA, 30567-4612
CID # (MVDP) MVDP70677129   FOB:

SCAC: HJBI
Pro Number:

### THIRD PARTY FREIGHT CHARGES BILL TO:

Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 11804

### SPECIAL INSTRUCTIONS

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____   Collect: _X_   3rd Party: _____

_____ Master Bill of Lading: with attached Underlying Bills of Lading

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | #PKGS | WEIGHT | PALLET | SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| JJ7M7FQ | 16 | 723.117 | | Y | |
| JN6H8UP | 1 | 32.761 | | Y | |
| JN7U9TD | 2 | 66.139 | | Y | |
| JN9H5GY | 36 | 1,189.880 | | Y | |
| JN9G8BR | 7 | 230.560 | | Y | |
| JQ5F4HL | 315 | 5,924.856 | | Y | |
| JQ5Y8KY | 4 | 61.906 | | Y | |
| **GRAND TOTAL** | 381 | 8,229.221 | 20 | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 0.00 | | 216.00 | CTN | 4,308.883 | | CAR SEATS, CUPS, PACIFIERS | 156600 | 175 |
| 0.00 | | 35.00 | CTN | 294.273 | | CARRIER BABY | 187645 | 175 |
| 0.00 | | 67.00 | CTN | 2,261.541 | | STROLLERS | 188690 | 125 |
| 0.00 | | 47.00 | CTN | 791.980 | | FEEDING SEATS | 79620 | 85 |
| 0.00 | | 6.00 | CTN | 197.755 | | HIGHCHAIRS | 80635 | 125 |
| 0.00 | | 10.00 | CTN | 374.786 | | INFANT SLEEPING | 81394 | 100 |
| 0.00 | | 381.00 | CTN | 8,229.218 | | **GRAND TOTAL** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: 'The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____

**CONSIGNEE RESPONSIBLE FOR ALL ACCESSORIAL CHARGES**

NOTE: Liability limitation for loss or demage in this shipment may be applicable. See 49. U.S.C 14706(1)(A) and (B).

RECEIVED, subject to Individualy determined tates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

Subject to section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the Consignee without recourse to the Consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payments of freight and all other lawful charges.
_____ Shipper Signature

| 09/20/2022 | BILL OF LANDING | 2 of 2 |
|---|---|---|

| Ship from | Bill of Lading #1130004890 |
|---|---|
| Name: Chicco USA<br>Address: 1826 William Penn Way<br>City/State/Zip: Lancaster, PA 17601<br><br>FOB: X | |

| Ship to | Carrier Name: JB HUNT-INTERMODAL<br>Trailer Number:<br>Seal Number: |
|---|---|
| Name: BB&B 0657 0657<br>Adrdress: 860 JOHN B BROOKS RD<br>City/State/Zip: PENDERGRASS, GA, 30567-4612<br>CID # (MVDP) MVDP70677129          FOB: | |

**THIRD PARTY FREIGHT CHARGES BILL TO:**

| Name: BB & B<br>Address: BERMAN, BLAKE ASSOCIATES<br>          P.O. BOX 9202<br>City/State/Zip: OLD BETHPAGE, N.Y. 11804 | SCAC: HJBI<br>Pro Number: |
|---|---|

**SPECIAL INSTRUCTIONS**

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____     Collect: __X__   3rd Party: _____

Master Bill of Lading: with attached
_____ Underlying Bills of Lading

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

| SHIPPER SIGNATURE/DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE/PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, packeged, marked and labeled, and are in proper condition. Transportation according to the applicable regulations of the DOT | _X_ By Shipper<br>___ By Driver | _X_ By Shipper<br>___ By Driver/pallets said to contain<br>___ By Driver/Pieces | Carrier acknowledges receipt of packages and required placecards. Carrier certifies emergency response information was made available and/or has the DOT emergency response guidebook or equivalent documentation in the vehicle. *Property described above is received in good order except as noted.* |

| 09/20/2022 | BILL OF LANDING | 2 of 2 |
|---|---|---|

**chicco**

ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888





**PICKING LIST**

| NUMBER | DATE | | PAGE |
|---|---|---|---|
| 3661293435 | 09/14/2022 | | 1 / 1 |

**SHIPPING POINT** USOA
**INCOTERMS** FH
**DELIVERY AREA** PO8 COLLECT

**DOCUMENT DESTINATION**   214878
Company
BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave
Union NJ 07083-8107 US

**SOLD-TO-PARTY**   214878
Company
BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave

Union NJ 07083-8107 US

**SHIP-TO-PARTY**   303863

BB&B 0657

860 JOHN B BROOKS RD

PENDERGRASS GA 30567-4612 US

**ORDER REF. 1661174214**       **YOUR REF. JJ7M7FQ DEL 02/28/2022**

warehouse: 731-364-3070
Customer Service: 1-800-323-4903

**DATE** 09/08/2022

| Q.TY | UM | MAT.CODE | COL | SIZE | SEASON | PRODUCT DESCRIPTION | | | |
|---|---|---|---|---|---|---|---|---|---|
| 16 | CN | 05079224960070 | | | | BRAVO LE TRAVEL SYSTEM LATTE USA | | | |
| | | | | | | | 1 | 16.00 | 723.117 |

TOTAL QUANTITY(pieces):       16.000
TOTAL OF CARTONS: 16.000     TOTAL WEIGHT: 723.117   TOTALE VOLUME: 116.301 TOTAL OF PALLETS:       1.600
Retailers only : For compliance certificates please contact your sales representative

USER :  ELORAH

T 4/20

| 09/14/2022 | BILL OF LANDING | 1 of 1 |
|---|---|---|

### Ship from

Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601

FOB: X

**Bill of Lading #1130004890**

### Ship to

Name: BB&B 0657 0657
Address: 860 JOHN B BROOKS RD
City/State/Zip: PENDERGRASS, GA, 30567-4612
CID # (MVDP)   FOB:

Carrier Name: Fornitore Dummy
Trailer Number:
Seal Number:

SCAC:
Pro Number:

### THIRD PARTY FREIGHT CHARGES BILL TO:

Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 18004-9002

### SPECIAL INSTRUCTIONS

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____   Collect: __X__   3rd Party: _____

Master Bill of Lading: with attached _____ Underlying Bills of Lading

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | #PKGS | WEIGHT | PALLET | SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| JJ7M7FQ | 16 | 723.117 | | Y | |
| JN6H8UP | 1 | 32.761 | | Y | |
| JN7U9TD | 2 | 66.139 | | Y | |
| JN9H5GY | 36 | 1,189.880 | | Y | |
| JN9G8BR | 7 | 230.560 | | Y | |
| JQ5F4HL | 315 | 5,924.858 | | Y | |
| JQ5Y8KY | 4 | 61.906 | | | |
| GRAND TOTAL | 381 | 8,229.221 | 20 | | CUBE  1,233.804 |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 0.00 | | 216.00 | CTN | 4,308.883 | | CAR SEATS, CUPS PACIFIERS | 156600 | 175 |
| 0.00 | | 35.00 | CTN | 294.273 | | CARRIER BABY | 187645 | 175 |
| 0.00 | | 67.00 | CTN | 2,261.541 | | STROLLERS | 188690 | 125 |
| 0.00 | | 47.00 | CTN | 791.980 | | FEEDING SEATS | 79620 | 85 |
| 0.00 | | 6.00 | CTN | 197.755 | | HIGHCHAIRS | 80635 | 125 |
| 0.00 | | 10.00 | CTN | 374.786 | | INFANT SLEEPING | 81394 | 100 |
| 0.00 | | 381.00 | CTN | 8,229.218 | | GRAND TOTAL | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: 'The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____

**CONSIGNEE RESPONSIBLE FOR
ALL ACCESSORIAL CHARGES**

NOTE: Liability limitation for loss or demage in this shipment may be applicable. See 49. U.S.C 14706(1)(A) and (B).

RECEIVED, subject to Individualy determined tates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

Subject to section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the Consignee without recourse to the Consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payments of freight and all other lawful charges.
Shipper Signature

### SHIPPER SIGNATURE/DATE

This is to certify that the above named materials are properly classified, packeged, marked and labeled, and are in proper condition. Transportation according to the applicable regulations of the DOT.

Trailer Loaded:
_X_ By Shipper
___ By Driver

Freight Counted:
_X_ By Shipper
___ By Driver/pallets said to contain
___ By Driver/Pieces

### CARRIER SIGNATURE/PICKUP DATE

Carrier acknowledges receipt of packages and required placecards. Carrier certifies emergency response information was made available and/or has the DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order except as noted.

**Beyond**

Chargeback Details Report

| Vendor Number | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 18595 ARTSANA USA INC/JUVENILE | | | | | Check Date | | | | |
| Check Number | | | | | 11/17/2022 | | | | |
| 820810 | | | | | | | | | |

| Inv Number | Inv Date | Store | PO Number | UPC | Type | Charge Qty | Unit Cost | Extended Cost |
|---|---|---|---|---|---|---|---|---|
| 5213165771 | 09/20/2022 | 3053 | JQ5C4WA | 49796400953 | CS | 6 | $3.70 | $22.20 |
| 5213165771 | 09/20/2022 | 3053 | JQ5C4WA | 49796611359 | CS | 1 | $69.47 | $69.47 |
| 5213165771 | 09/20/2022 | 3053 | JQ5C4WA | 49796612585 | CS | 6 | $71.49 | $428.94 |
| Total CONCEALED SHORT | | | | | | | | ($520.61) |

3641293318

XPO
114-137976

**chicco**

ARTSANA USA, INC
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

| DOCUMENT | | NUMBER | DATE |
|---|---|---|---|
| **Invoice** | | 5213165771 | 09/20/2022 |
| DIVISION | CUSTOMER TAX NUMBER | | PAGE |
| P2 | | | 1/1 |
| SALES PERSON | 800002798 | | CURRENCY |
| HOUSE | | | USD |
| PAYMENT TERMS | | | CUSTOMER |
| 60 DAYS ID | | | 214878 |

**BILL TO PARTY**
BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave
Union, NJ 07083-8107 US

**CUSTOMER ADDRESS**
BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave
Union, NJ 07083-8107 US

| ITEM CODE | DESCRIPTION | U.M. | QTY | GROSS PRICE | DISCOUNT | NET PRICE | AMOUNT | CT |
|---|---|---|---|---|---|---|---|---|
| Number of Adheren 018595 | | | | | | | | |
| Delivery Address: 291072, BUY BUY BABY 3053 TULSA - 3053 - 10017 E 71ST St 74133-3210 Tulsa OK US | | | | | | | | |
| | Sales Order N. 1661220463 Customer PO JQ5C4WA Customer PO JQ5C4WA of 09/07/2022 | | | | | | | | |
| | Delivery n. 3661293318 of the 09/14/2022- Shipper COLLECT | | | | | | | | |
| 00007031200070 | SIL SPOUT TRANSITION CUP BLUE 4M+ | CN | 6 | | | 3.70 | 22.20 | |
| 05079562880070 | LITE WAY STROLLER COSMO USA | CN | 10 | | | 71.49 | 714.90 | |
| 06079629990070 | KEYFIT 35 CAR SEAT BASE USA | CN | 3 | | | 69.47 | 208.41 | |
| 07079569470070 | SMART SUPPORT BACKPACK GREY USA | CN | 2 | | | 67.26 | 134.52 | |
| 07087001870070 | ACTIV3 TRAVEL SYSTEM SOLAR USA | CN | 1 | | | 368.29 | 368.29 | |

PAYMENT: 60 DAYS ID
PAYMENT DATE

| TAX | BASE AMOUNT | TAX AMOUNT | TAX | BASE AMOUNT | TAX AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| O1 | 1,239.91 | 0.00 | | | | |
| O3 | 208.41 | 0.00 | | | | 1,448.32 |

| OWNERSHIP RESERVE CLAUSE | | TOT.BASE AMOUNT | TOT.TAX AMOUNT | TOT.INVOICE |
|---|---|---|---|---|
| | | 1,448.32 | | 1,448.32 |

ORIGINAL

| 09/20/202 | | BILL OF LANDING | 1 of 2 |
|---|---|---|---|

**Ship from**

Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601

FOB: X

**Bill of Lading #1130004879**

**Ship to**

Name: Bed Bath & Beyond 2614 2614
Address: 14300 NE 41ST ST STE 200
City/State/Zip: KANSAS CITY, MO, 64161
CID # (MVDP) MVDP7065350    FOB:

Chicco USA / Copy

Carrier Name: XPO LOGISTICS
Trailer Number:
Seal Number:

XPOLogistics

116-137976

Driver's signature acknowledges receipt of freight only.
Received shipment is subject to terms of a written contract,
if any, otherwise subject to the terms, conditions and
limitations of liability set forth in XPO Logistics
Freight, Inc. rules tariff. (see www.xpo,com)

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 11804

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____    Collect: __X__    3rd Party: _____

Master Bill of Lading: with attached
_____ Underlying Bills of Lading

**SPECIAL INSTRUCTIONS**

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | #PKGS | WEIGHT | PALLET | SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| JP3J6DW | 6 | 198.416 | | Y | |
| JQ6D8FU | 4 | 94.614 | | Y | |
| JQ5C4WA | 16 | 317.091 | | Y | |
| JP4C2HN | 1 | 33.069 | | Y | |
| JQ6D8FU | 2 | 39.498 | | Y | |
| JQ5J7XG | 11 | 149.606 | | Y | |
| JN9M3NM | 1 | 48.502 | | Y | |
| JQ6D8FU | 4 | 49.119 | | Y | |
| JN7S3ZY | 3 | 99.208 | | Y | |
| JP5Q2VW | 2 | 97.003 | | Y | |
| JQ5Q4JC | 7 | 103.551 | | Y | |
| JP2H5CB | 2 | 66.139 | | Y | |
| JQ6D8FU | 4 | 49.119 | | Y | |
| JQ5E2AC | 7 | 85.958 | | Y | |
| JQ6D8FU | 1 | 1.623 | | Y | |
| **GRAND TOTAL** | 71 | 1,432.516 | 3 | | |

**CARRIER INFORMATION**

Chicco USA / Copy

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 0.00 | | 33.00 | CTN | 597.365 | | CAR SEATS, CUPS, PACIFIERS | 156600 | 125 |
| 0.00 | | 1.00 | CTN | 15.476 | | CARRIER BABY | 187645 | 175 |
| 0.00 | | 24.00 | CTN | 660.065 | | STROLLERS | 188690 | 125 |
| 0.00 | | 6.00 | CTN | 101.042 | | FEEDING SEATS | 79620 | 85 |
| 0.00 | | 4.00 | CTN | 4.136 | | HIGHCHAIRS | 80635 | 125 |
| 0.00 | | 3.00 | CTN | 54.432 | | INFANT SLEEPING | 81394 | 125 |
| 0.00 | | 71.00 | CTN | 1,432.516 | | **GRAND TOTAL** | | |

| 09/20/202 | BILL OF LANDING | 2 of 2 |
|---|---|---|

### Ship from

Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601

FOB: X

**Bill of Lading #1130004879**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

### Ship to

Name: Bed Bath & Beyond 2614 2614
Adrdress: 14300 NE 41ST ST STE 200
City/State/Zip: KANSAS CITY, MO, 64161
CID # (MVDP) MVDP7065350          FOB:

Carrier Name: XPO LOGISTICS
Trailer Number:
Seal Number:

SCAC: XPOL
Pro Number:

### THIRD PARTY FREIGHT CHARGES BILL TO:

Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
          P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 11804

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____    Collect: __X__    3rd Party: _____

Master Bill of Lading: with attached
Underlying Bills of Lading
_____

### SPECIAL INSTRUCTIONS

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: 'The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
                    per

### CONSIGNEE RESPONSIBLE FOR
### ALL ACCESSORIAL CHARGES

NOTE: Liability limitation for loss or demage in this shipment may be applicable. See 49. U.S.C 14706(1)(A) and (B).

RECEIVED, subject to Individualy determined tates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

Subject to section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the Consignee without recourse to the Consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payments of freight and all other lawful charges.
                                        Shipper Signature

### SHIPPER SIGNATURE/DATE

This is to certify that the above named materials are properly classified, packeged, marked and labeled, and are in proper condition. Transportation according to the applicable regulations of the DOT.

Trailer Loaded:
_X_ By Shipper
___ By Driver

Freight Counted:
_X_ By Shipper
___ By Driver/pallets
    said to contain
___ By Driver/Pieces

### CARRIER SIGNATURE/PICKUP DATE

Carrier acknowledges receipt of packages and required placecards. Carrier certifies emergency response information was made available and/or has the DOT emergency response guidebook or equivalent documentation in the vehicle.
*Property described above is received in good order except as noted.*



ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888



**PICKING LIST**

| NUMBER | DATE | | PAGE | DOCUMENT DESTINATION    214878 |
|---|---|---|---|---|
| 3661293318 | 09/14/2022 | | 1 / 1 | Company |

**SHIPPING POINT** US0A

**INCOTERMS** FH

**DELIVERY AREA** P08 COLLECT

DOCUMENT DESTINATION    214878
Company
BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave

Union NJ 07083-8107 US

| SOLD-TO-PARTY    214878 | SHIP-TO-PARTY    291072 |
|---|---|
| Company | |
| BUY BUY BABY INC | BUY BUY BABY 3053 TULSA |
| LIBERTY PROCUREMENT CO INC | |
| 650 Liberty Ave | 10017 E 71ST St |
| Union NJ 07083-8107 US | Tulsa OK 74133-3210 US |

**ORDER REF.** 1661220463    **YOUR REF.** JQ5C4WA **DEL** 09/07/2022    **DATE** 09/15/2022

warehouse: 731-364-3070

Customer Service: 1-800-323-4903

| Q.TY | UM | MAT.CODE | COL | SIZE | SEASON | PRODUCT DESCRIPTION | | | |
|---|---|---|---|---|---|---|---|---|---|
| 6 | CN | 00007031200070 | | | | SIL SPOUT TRANSITION CUP BLUE 4M+ | | | |
| | | | | | | Bin: J-03 | 6 | 1.00 | 1.764 |
| 10 | CN | 05079562880070 | | | | LITE WAY STROLLER COSMO USA | | | |
| | | | | | | Bin: E-20 | 1 | 10.00 | 219.360 |
| 3 | CN | 06079629990070 | | | | KEYFIT 35 CAR SEAT BASE USA | | | |
| | | | | | | Bin: B-33 | 1 | 3.00 | 36.839 |
| 2 | CN | 07079569470070 | | | | SMART SUPPORT BACKPACK GREY USA | | | |
| | | | | | | Bin: E-3 | 2 | 1.00 | 17.857 |
| 1 | CN | 07087001870070 | | | | ACTIV3 TRAVEL SYSTEM SOLAR USA | | | |
| | | | | | | ' ' | 1 | 1.00 | 44.092 |

TOTAL QUANTITY(pieces):    22.000

TOTAL OF CARTONS: 16.000    TOTAL WEIGHT: 319.912    TOTALE VOLUME: 47.246 TOTAL OF PALLETS:    0.585

Retailers only : For compliance certificates please contact your sales representative

USER :  ELORAH

## Beyond

### Chargeback Details Report

| Vendor Number | | | | | Check Date | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 18595 ARTSANA USA INC/JUVENILE | | | | | 11/25/2022 | | | | |
| Check Number | | | | | | | | | |
| 821056 | | | | | | | | | |

| Inv Number | Inv Date | Store | PO Number | UPC | Type | Charge Qty | Unit Cost | Extended Cost |
|---|---|---|---|---|---|---|---|---|
| 5213167358 | 09/27/2022 | 3037 | JQ6Q3NJ | 49796612592 | CS | 3 | $472.43 | $1,417.29 |
| Total CONCEALED SHORT | | | | | | | | ($1,417.29) |

3061295302

Landstar

**chicco**

ARTSANA USA, Inc
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

| DOCUMENT | | NUMBER | DATE |
|---|---|---|---|
| **Invoice** | | 5213167358 | 09/27/2022 |
| DIVISION | CUSTOMER TAX NUMBER | | PAGE |
| P2 | | | 1/1 |
| SALES PERSON | 800002798 | | CURRENCY |
| HOUSE | | | USD |
| PAYMENT TERMS | | | CUSTOMER |
| 60 DAYS ID | | | 214878 |

**BILL TO PARTY**

BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave
Union, NJ 07083-8107 US

**CUSTOMER ADDRESS**

BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave
Union, NJ 07083-8107 US

| ITEM CODE | DESCRIPTION | U.M. | QTY | GROSS PRICE | DISCOUNT | NET PRICE | AMOUNT | CT |
|---|---|---|---|---|---|---|---|---|
| Number of Adheren| 018595 | | | | | | | |
| | | | | | | | | |
| Delivery Address: 284137, BUY BUY BABY 3037 BRIDGEWATER - 3037 - 711 ROUTE 28 08807-2401 BRIDGEWATER NJ US | | | | | | | | |
| | Sales Order N. 1661221016 Customer PO JQ6Q3KL Customer PO JQ6Q3KL of 09/15/2022 | | | | | | | |
| | Delivery n. 3661295302 of the 09/21/2022- Shipper COLLECT | | | | | | | |
| 00079835720070 | GOFIT PLUS BACKLESS BOOSTER SEAT IR | CN | 8 | | | 38.99 | 311.92 | |
| 04087010350070 | CORSO PRIMO CLEARTEX TS ASPEN USA | CN | 7 | | | 472.43 | 3,307.01 | |
| 06087007210070 | PRESTO COMPACT STROLLER GRAPHITE US | CN | 4 | | | 125.99 | 503.96 | |
| 07087001870070 | ACTIV3 TRAVEL SYSTEM SOLAR USA | CN | 5 | | | 368.29 | 1,841.45 | |
| 08079610160070 | CORSO TRAVEL SYSTEM SILVERSPRING US | CN | 4 | | | 349.24 | 1,396.96 | |
| | | | | | | | | |
| PAYMENT: 60 DAYS ID | | | | | | | | |
| PAYMENT DATE | | | | | | | | |

| TAX | BASE AMOUNT | TAX AMOUNT | TAX | BASE AMOUNT | TAX AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 01 | 7,049.38 | 0.00 | | | | |
| 03 | 311.92 | 0.00 | | | | 7,361.30 |

| OWNERSHIP RESERVE CLAUSE | TOT.BASE AMOUNT | TOT.TAX AMOUNT | TOT.INVOICE |
|---|---|---|---|
| | 7,361.30 | | 7,361.30 |

ORIGINAL

| 09/27/2022 | ᵛ/ BILL OF LANDING | 1 of 3 |
|---|---|---|

**Ship from**

Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601

FOB: X

**Bill of Lading #1130004910**

**Ship to**

Name: BED BATH & BEYOND 2693 2693
Adrress: 71 MALL ROAD
City/State/Zip: FRACKVILLE, PA, 17931
CID # (MVDP) MVDP7068324     FOB:

Carrier Name: LANDSTAR RANGER, INC
Trailer Number: 6730605
Seal Number: 7704346

SCAC: LRGR
Pro Number:

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 11804

**SPECIAL INSTRUCTIONS**

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____   Collect: __X__   3rd Party: _____

_____ Master Bill of Lading: with attached Underlying Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | #PKGS | WEIGHT | PALLET | SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| JQ6D8FU | 3 | 42.329 | | Y | |
| JQ6Q3KL | 13 | 470.908 | | Y | |
| JQ6Q3KL | 24 | 880.174 | | Y | |
| JQ6Q3KL | 21 | 655.567 | | Y | |
| JQ7T7ZV | 6 | 50.713 | | Y | |
| JQ6L3ZF | 8 | 86.562 | | Y | |
| JQ7T7ZV | 10 | 12.416 | | Y | |
| JQ7U6YH | 2 | 4.868 | | Y | |
| JQ3Y7TY | 7 | 98.767 | | Y | |
| JQ6Q3KL | 14 | 526.685 | | Y | |
| JQ6K3YH | 5 | 36.151 | | Y | |
| JQ6Q3KL | 10 | 329.724 | | Y | |
| JQ6Q3KL | 13 | 470.908 | | Y | |
| JQ7U6YH | 2 | 39.498 | | Y | |
| JQ6Q3KL | 16 | 610.473 | | Y | |
| JQ7Y4JN | 20 | 110.937 | | Y | |
| JQ7U6YH | 1 | 1.323 | | Y | |
| JQ6Q3KL | 17 | 543.660 | | Y | |
| JQ7T7ZV | 23 | 197.190 | | Y | |
| JQ6D8FU | 2 | 28.219 | | Y | |
| JQ6Q3KL | 17 | 552.479 | | Y | |
| JQ7T7ZV | 3 | 13.186 | | Y | |
| JQ6X4KD | 8 | 83.452 | | Y | |
| JQ6D8FU | 2 | 28.219 | | Y | |
| **GRAND TOTAL** | 247 | 5,880.348 | 18 | | |

Chicco USA / Copy

| 09/27/2022 | BILL OF LANDING | 2 of 3 |
|---|---|---|

### Ship from

Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601

FOB: X

**Bill of Lading #1130004910**

### Ship to

Name: BED BATH & BEYOND 2693 2693
Adrdress: 71 MALL ROAD
City/State/Zip: FRACKVILLE, PA, 17931
CID # (MVDP) MVDP7068324     FOB:

Carrier Name: LANDSTAR RANGER, INC
Trailer Number:
Seal Number:

SCAC: LRGR
Pro Number:

### THIRD PARTY FREIGHT CHARGES BILL TO:

Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 11804

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____   Collect: __X__   3rd Party: _____

Master Bill of Lading: with attached
_____ Underlying Bills of Lading

### SPECIAL INSTRUCTIONS

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

| CUSTOMER ORDER NUMBER | #PKGS | WEIGHT | PALLET | SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| JQ6Q3KL | 9 | 276.901 | | Y | |
| JQ7U6YH | 2 | 4.273 | | Y | |
| JQ6D8FU | 2 | 28.219 | | Y | |
| JQ6Q3KL | 20 | 697.984 | | Y | |
| JQ6Q3KL | 16 | 592.824 | | Y | |
| **GRAND TOTAL** | 296 | 7,480.549 | 18 | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 0.00 | | 226.00 | CTN | 6,656.173 | | CAR SEATS, CUPS, PACIFIERS | 156600 | 125 |
| 0.00 | | 26.00 | CTN | 606.272 | | STROLLERS | 188690 | 125 |
| 0.00 | | 8.00 | CTN | 105.637 | | FEEDING SEATS | 79620 | 85 |
| 0.00 | | 29.00 | CTN | 37.271 | | HIGHCHAIRS | 80635 | 125 |
| 0.00 | | 4.00 | CTN | 72.576 | | INFANT SLEEPING | 81394 | 125 |
| 0.00 | | 3.00 | CTN | 2.619 | | POCKET BUDDY PACIFIER HOLDER | 84260 | 175 |
| 0.00 | | 296.00 | CTN | 7,480.548 | | **GRAND TOTAL** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: 'The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____

### CONSIGNEE RESPONSIBLE FOR ALL ACCESSORIAL CHARGES

NOTE: Liability limitation for loss or demage in this shipment may be applicable. See 49. U.S.C 14706(1)(A) and (B).

RECEIVED, subject to Individualy determined tates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

Subject to section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the Consignee without recourse to the Consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payments of freight and all other lawful charges.
_____ Shipper Signature

| 09/27/2022 | BILL OF LANDING | 3 of 3 |
|---|---|---|

### Ship from

Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601

FOB: X

### Bill of Lading #1130004910

Carrier Name: LANDSTAR RANGER, INC
Trailer Number:
Seal Number:

### Ship to

Name: BED BATH & BEYOND 2693 2693
Adrdress: 71 MALL ROAD
City/State/Zip: FRACKVILLE, PA, 17931
CID # (MVDP) MVDP7068324       FOB:

SCAC: LRGR
Pro Number:

### THIRD PARTY FREIGHT CHARGES BILL TO:

Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
           P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 11804

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____     Collect: __X__    3rd Party: _____

### SPECIAL INSTRUCTIONS

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

Master Bill of Lading: with attached
Underlying Bills of Lading
_____

### SHIPPER SIGNATURE/DATE

This is to certify that the above named materials are properly classified, packeged, marked and labeled, and are in proper condition. Transportation according to the applicable regulations of the DOT.

Trailer Loaded:
_X_ By Shipper
___ By Driver

Freight Counted:
_X_ By Shipper
___ By Driver/pallets said to contain
___ By Driver/Pieces

### CARRIER SIGNATURE/PICKUP DATE

Carrier acknowledges receipt of packages and required placecards. Carrier certifies emergency response information was made available and/or has the DOT emergency response guidebook or equivalent documentation in the vehicle. *Property described above is received in good order except as noted.*



ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

**PICKING LIST**

| NUMBER | DATE | | PAGE |
|---|---|---|---|
| 3661295300 | 09/21/2022 | | 1 / 1 |

SHIPPING POINT USOA
INCOTERMS FH
DELIVERY AREA P08 COLLECT

*Landstar Ranger*

| DOCUMENT DESTINATION | 214878 |
|---|---|
Company
BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave

Union NJ 07083-8107 US

| SOLD-TO-PARTY | 214878 |
|---|---|
Company
BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave

Union NJ 07083-8107 US

SHIP-TO-PARTY  316874

BUY BUY BABY 3094 LIVINGSTON
530 W Mount Pleasant Ave
LIVINGSTON NJ 07039-1740 US

AISLE  # 10
PICKER  Jorge
LABELER  Kevin-nursing  Shellee
CHECKER
WRAPPER  RB

*See Attached Pages*

ORDER REF. 1661220426   YOUR REF. JQ6D8FU DEL 09/13/2022
warehouse: 731-364-3070
Customer Service: 1-800-323-4903

DATE 09/15/2022

| Q.TY | UM | MAT.CODE | COL | SIZE | SEASON | PRODUCT DESCRIPTION | | | |
|---|---|---|---|---|---|---|---|---|---|
| 6 | CN | 00079835720070 | | | | GOFIT PLUS BACKLESS BOOSTER SEAT IRON US | | | |
| | | | | | | Bin: B-31 | 2 | 3.00 | 42.329 |

TOTAL QUANTITY(pieces):    6.000
TOTAL OF CARTONS: 3.000   TOTAL WEIGHT: 42.329   TOTALE VOLUME: 14.134 TOTAL OF PALLETS:   0.094
Retailers only : For compliance certificates please contact your sales representative

USER : ELORAH

| 09/21/2022 | BILL OF LANDING | 2 of 2 |
|---|---|---|

### Ship from

Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601

FOB: X

**Bill of Lading #1130004910**

### Ship to

Name: BED BATH & BEYOND 2693 2693
Adrdress: 71 MALL ROAD
City/State/Zip: FRACKVILLE, PA, 17931
CID # (MVDP)        FOB:

Carrier Name: Fornitore Dummy
Trailer Number:
Seal Number:

SCAC:
Pro Number:

### THIRD PARTY FREIGHT CHARGES BILL TO:

Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
        P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 18004-9002

Freight Charge Terms: (freight charges are collect Unless marked
othewise)

Prepaid: _____    Collect: __X__    3rd Party: _____

Master Bill of Lading: with attached
_____ Underlying Bills of Lading

### SPECIAL INSTRUCTIONS

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 0.00 | | 226.00 | CTN | 6,656.173 | | CAR SEATS, CUPS, PACIFIERS | 156600 | 125 |
| 0.00 | | 26.00 | CTN | 606.272 | | STROLLERS | 88690 | 125 |
| 0.00 | | 8.00 | CTN | 105.637 | | FEEDING SEATS | 79620 | 85 |
| 0.00 | | 29.00 | CTN | 37.271 | | HIGHCHAIRS | 80635 | 125 |
| 0.00 | | 4.00 | CTN | 72.576 | | INFANT SLEEPING | 81394 | 125 |
| 0.00 | | 3.00 | CTN | 2.619 | | POCKET BUDDY PACIFIER HOLDER | 84260 | 175 |
| 0.00 | | 296.00 | CTN | 7,480.548 | | GRAND TOTAL | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: 'The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____

**CONSIGNEE RESPONSIBLE FOR ALL ACCESSORIAL CHARGES**

NOTE: Liability limitation for loss or demage in this shipment may be applicable. See 49. U.S.C 14706(1)(A) and (B).

RECEIVED, subject to Individualy determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

Subject to section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the Consignee without recourse to the Consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payments of freight and all other lawful charges.
                                    Shipper Signature

### SHIPPER SIGNATURE/DATE

This is to certify that the above named materials are properly classified, packeged, marked and labeled, and are in proper condition. Transportation according to the applicable regulations of the DOT.

Trailer Loaded:
_X_ By Shipper
___ By Driver

Freight Counted:
_X_ By Shipper
___ By Driver/pallets said to contain
___ By Driver/Pieces

### CARRIER SIGNATURE/PICKUP DATE

Carrier acknowledges receipt of packages and required placecards. Carrier certifies emergency response information was made available and/or has the DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order except as noted.

**PICKING LIST**



**ARTSANA USA, Inc.**
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

| NUMBER | DATE | | PAGE | DOCUMENT DESTINATION 214878 |
|---|---|---|---|---|
| 3661295302 | 09/21/2022 | | 1 / 1 | Company |

**SHIPPING POINT** USOA

**INCOTERMS** FH

**DELIVERY AREA** P08 COLLECT

DOCUMENT DESTINATION 214878
Company
BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave

Union NJ 07083-8107 US

| SOLD-TO-PARTY 214878 | SHIP-TO-PARTY 284137 |
|---|---|
| Company | |
| BUY BUY BABY INC | BUY BUY BABY 3037 BRIDGEWATER |
| LIBERTY PROCUREMENT CO INC | |
| 650 Liberty Ave | 711 ROUTE 28 |
| Union NJ 07083-8107 US | BRIDGEWATER NJ 08807-2401 US |

**ORDER REF.** 1661221016    **YOUR REF.** JQ6Q3KL **DEL** 09/15/2022                **DATE** 09/17/2022

warehouse: 731-364-3070

Customer Service: 1-800-323-4903

| Q.TY | UM | MAT.CODE | COL | SIZE | SEASON | PRODUCT DESCRIPTION | | | |
|---|---|---|---|---|---|---|---|---|---|
| 8 | CN | 00079835720070 | | | | GOFIT PLUS BACKLESS BOOSTER SEAT IRON US | | | |
| | | | | | | Bin: B-31 | 2 | 4.00 | 56.438 |
| 7 | CN | 04087010350070 | | | | CORSO PRIMO CLEARTEX TS ASPEN USA | | | |
| | | | | | | ' ' | 1 | 7.00 | 339.512 |
| 4 | CN | 06087007210070 | | | | PRESTO COMPACT STROLLER GRAPHITE USA | | | |
| | | | | | | ' ' | 1 | 4.00 | 81.571 |
| 5 | CN | 07087001870070 | | | | ACTIV3 TRAVEL SYSTEM SOLAR USA | | | |
| | | | | | | ' ' | 1 | 5.00 | 220.462 |
| 4 | CN | 08079610160070 | | | | CORSO TRAVEL SYSTEM SILVERSPRING USA | | | |
| | | | | | | ' ' | 1 | 4.00 | 182.190 |

TOTAL QUANTITY(pieces):        28.000

TOTAL OF CARTONS: 24.000    TOTAL WEIGHT: 880.173    TOTALE VOLUME: 174.766 TOTAL OF PALLETS:        2.048

Retailers only : For compliance certificates please contact your sales representative

USER : ELORAH

# Beyond
## Chargeback Details Report

| Vendor Number | | | | | Check Date | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 18595 ARTSANA USA INC/JUVENILE | | | | | 11/25/2022 | | | | |
| Check Number | | | | | | | | | |
| 821056 | | | | | | | | | |

| Inv Number | Inv Date | Store | PO Number | UPC | Type | Charge Qty | Unit Cost | Extended Cost |
|---|---|---|---|---|---|---|---|---|
| 5213167384 | 09/27/2022 | 3010 | JQ6Q3LN | 49796611489 | CS | 1 | $349.24 | $349.24 |
| Total CONCEALED SHORT | | | | | | | | ($349.24) |



ARTSANA USA INC.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

| DOCUMENT **Invoice** | | NUMBER 5213167384 | DATE 09/27/2022 |
|---|---|---|---|
| DIVISION P2 | CUSTOMER TAX NUMBER | | PAGE 1/1 |
| SALES PERSON 800002798 HOUSE | | | CURRENCY USD |
| PAYMENT TERMS 60 DAYS ID | | | CUSTOMER 214878 |

**BILL TO PARTY**

BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave
Union, NJ 07083-8107 US

**CUSTOMER ADDRESS**

BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave
Union, NJ 07083-8107 US

| ITEM CODE | DESCRIPTION | U.M. | QTY | GROSS PRICE | DISCOUNT | NET PRICE | AMOUNT | CT |
|---|---|---|---|---|---|---|---|---|
| Number of Adheren 018595 | | | | | | | | |
| Delivery Address: 2 3322, BUY BUY BABY 3010 CHERRY HILL - 30 0 - 15 0 Kings Hwy N 08 34-2301 CHERRY HI L NJ US | | | | | | | | |
| | Sales Order N. 1661221016 Customer PO JQ6 3KL Customer PO JQ6Q3 L of 09/15/2022 | | | | | | | |
| | Delivery n. 3661295329 of the 09/21/2022- Shipper COLLECT | | | | | | | |
| 00079835720070 | GOFIT PLUS BACKLESS BOOSTER SEAT IR | CN | 8 | | | 38.99 | 311.92 | |
| 07087001870070 | ACTIV3 TRAVEL SYSTEM SOLAR USA | CN | 7 | | | 368.29 | 2,578.03 | |
| 08079610160070 | CORSO TRAVEL SYSTEM SILVERSPRING US | CN | 5 | | | 349.24 | 1,746.20 | |
| PAYMENT: 60 DAYS ID PAYMENT DATE | | | | | | | | |

| TAX | BASE AMOUNT | TAX AMOUNT | TAX | BASE AMOUNT | TAX AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 01 | 4,324.23 | 0.00 | | | | |
| 03 | 311.92 | 0.00 | | | | 4,636.15 |

| OWNERSHIP RESERVE CLAUSE | TOT.BASE AMOUNT | TOT.TAX AMOUNT | TOT.INVOICE |
|---|---|---|---|
| | 4,636.15 | | 4,636.15 |

ORIGINAL

| 09/27/2022 | BILL OF LANDING | 1 of 3 |
|---|---|---|

| Ship from | | Bill of Lading #1130004910 |
|---|---|---|
| Name: Chicco USA<br>Address: 1826 William Penn Way<br>City/State/Zip: Lancaster, PA 17601<br><br>FOB: X | | |

**Ship to**

Name: BED BATH & BEYOND 2693 2693
Adrdress: 71 MALL ROAD
City/State/Zip: FRACKVILLE, PA, 17931
CID # (MVDP) MVDP7068324    FOB:

Carrier Name: LANDSTAR RANGER, INC
Trailer Number: 6720665
Seal Number: 7704346

SCAC: LRGR
Pro Number:

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 11804

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____    Collect: __X__    3rd Party: _____

_____ Master Bill of Lading: with attached Underlying Bills of Lading

**SPECIAL INSTRUCTIONS**

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

Chicco USA / Copy

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | #PKGS | WEIGHT | PALLET | SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| JQ6D8FU | 3 | 42.329 | | Y | |
| JQ6Q3KL | 13 | 470.908 | | Y | |
| JQ6Q3KL | 24 | 880.174 | | Y | |
| JQ6Q3KL | 21 | 655.567 | | Y | |
| JQ7T7ZV | 6 | 50.713 | | Y | |
| JQ6L3ZF | 8 | 86.562 | | Y | |
| JQ7T7ZV | 10 | 12.416 | | Y | |
| JQ7U6YH | 2 | 4.868 | | Y | |
| JQ3Y7TY | 7 | 98.767 | | Y | |
| JQ6Q3KL | 14 | 526.685 | | Y | |
| JQ6K3YH | 5 | 36.151 | | Y | |
| JQ6Q3KL | 10 | 329.724 | | Y | |
| JQ6Q3KL | 13 | 470.908 | | Y | |
| JQ7U6YH | 2 | 39.498 | | Y | |
| JQ6Q3KL | 16 | 010.413 | | Y | |
| JQ7Y4JN | 20 | 110.937 | | Y | |
| JQ7U6YH | 1 | 1.323 | | Y | |
| JQ6Q3KL | 17 | 543.660 | | Y | |
| JQ7T7ZV | 23 | 197.190 | | Y | |
| JQ6D8FU | 2 | 28.219 | | Y | |
| JQ6Q3KL | 17 | 552.479 | | Y | |
| JQ7T7ZV | 3 | 13.186 | | Y | |
| JQ6X4KD | 8 | 83.452 | | Y | |
| JQ6D8FU | 2 | 28.219 | | Y | |
| **GRAND TOTAL** | 247 | 5,880.348 | 18 | | |

Chicco USA / Copy

| 09/27/2022 | BILL OF LANDING | 2 of 3 |
|---|---|---|

### Ship from

Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601

FOB: X

**Bill of Lading #1130004910**

### Ship to

Name: BED BATH & BEYOND 2693 2693
Address: 71 MALL ROAD
City/State/Zip: FRACKVILLE, PA, 17931
CID # (MVDP) MVDP7068324   FOB:

Carrier Name: LANDSTAR RANGER, INC
Trailer Number:
Seal Number:

SCAC: LRGR
Pro Number:

### THIRD PARTY FREIGHT CHARGES BILL TO:

Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 11804

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____   Collect: __X__   3rd Party: _____

Master Bill of Lading: with attached
_____ Underlying Bills of Lading

### SPECIAL INSTRUCTIONS

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

| CUSTOMER ORDER NUMBER | #PKGS | WEIGHT | PALLET | SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| JQ6Q3KL | 9 | 276.901 | | Y | |
| JQ7U6YH | 2 | 4.273 | | Y | |
| JQ6D8FU | 2 | 28.219 | | Y | |
| JQ6Q3KL | 20 | 697.984 | | Y | |
| JQ6Q3KL | 16 | 592.824 | | Y | |
| **GRAND TOTAL** | 296 | 7,480.549 | 18 | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 0.00 | | 226.00 | CTN | 6,656.173 | | CAR SEATS, CUPS, PACIFIERS | 156600 | 125 |
| 0.00 | | 26.00 | CTN | 606.272 | | STROLLERS | 188690 | 125 |
| 0.00 | | 8.00 | CTN | 105.637 | | FEEDING SEATS | 79620 | 85 |
| 0.00 | | 29.00 | CTN | 37.271 | | HIGHCHAIRS | 80635 | 125 |
| 0.00 | | 4.00 | CTN | 72.576 | | INFANT SLEEPING | 81394 | 125 |
| 0.00 | | 3.00 | CTN | 2.619 | | POCKET BUDDY PACIFIER HOLDER | 84260 | 175 |
| 0.00 | | 296.00 | CTN | 7,480.548 | | **GRAND TOTAL** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: 'The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____

**CONSIGNEE RESPONSIBLE FOR ALL ACCESSORIAL CHARGES**

NOTE: Liability limitation for loss or demage in this shipment may be applicable. See 49. U.S.C 14706(1)(A) and (B).

RECEIVED, subject to Individualy determined tates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

Subject to section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the Consignee without recourse to the Consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payments of freight and all other lawful charges.
Shipper Signature

| 09/27/2022 | BILL OF LANDING | 3 of 3 |
|---|---|---|

### Ship from

Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601

FOB: X

**Bill of Lading #1130004910**

### Ship to

Name: BED BATH & BEYOND 2693 2693
Adrdress: 71 MALL ROAD
City/State/Zip: FRACKVILLE, PA, 17931
CID # (MVDP) MVDP7068324     FOB:

Carrier Name: LANDSTAR RANGER, INC
Trailer Number:
Seal Number:

SCAC: LRGR
Pro Number:

### THIRD PARTY FREIGHT CHARGES BILL TO:

Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
          P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 11804

### SPECIAL INSTRUCTIONS

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____    Collect: __X__   3rd Party: _____

_____ Master Bill of Lading: with attached Underlying Bills of Lading

### SHIPPER SIGNATURE/DATE

This is to certify that the above named materials are properly classified, packeged, marked and labeled, and are in proper condition. Transportation according to the applicable regulations of the DOT.

Trailer Loaded:
_X_ By Shipper
___ By Driver

Freight Counted:
_X_ By Shipper
___ By Driver/pallets said to contain
___ By Driver/Pieces

### CARRIER SIGNATURE/PICKUP DATE

Carrier acknowledges receipt of packages and required placecards. Carrier certifies emergency response information was made available and/or has the DOT emergency response guidebook or equivalent documentation in the vehicle.
*Property described above is received in good order except as noted.*

# chicco

ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

**PICKING LIST**

| NUMBER | DATE | PAGE |
|---|---|---|
| 3661295300 | 09/21/2022 | 1 / 1 |

**SHIPPING POINT** USOA
**INCOTERMS** FH
**DELIVERY AREA** P08 COLLECT

*Landstar Ranger*

**DOCUMENT DESTINATION**    214878
Company
BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave
Union NJ 07083-8107 US

AISLE    *# 10*
PICKER    *Jorge*
LABELER    *Kevin-nursing    Shellee*
CHECKER
WRAPPER    *KB*

**SOLD-TO-PARTY**    214878
Company
BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave
Union NJ 07083-8107 US

**SHIP-TO-PARTY**    316824
BUY BUY BABY 3094 LIVINGSTON
530 W Mount Pleasant Ave
LIVINGSTON NJ 07039-1740 US

**ORDER REF.** 1661220426    **YOUR REF.** JQ6D8FU **DEL** 09/13/2022
warehouse: 731-364-3070
Customer Service: 1-800-323-4903

**DATE** 09/15/2022

| Q.TY | UM | MAT.CODE | COL | SIZE | SEASON | PRODUCT DESCRIPTION | | | |
|---|---|---|---|---|---|---|---|---|---|
| 6 | CN | 00079835720070 | | | | GOFIT PLUS BACKLESS BOOSTER SEAT IRON US | | | |
| | | | | | | Bin: B-31 | 2 | 3.00 | 42.329 |

TOTAL QUANTITY(pieces):    6.000
TOTAL OF CARTONS: 3.000    TOTAL WEIGHT: 42.329    TOTALE VOLUME: 14.134 TOTAL OF PALLETS:    0.094
Retailers only : For compliance certificates please contact your sales representative

USER : ELORAH

| 09/21/2022 | | BILL OF LANDING | | 1 of 2 |
|---|---|---|---|---|

**Ship from**

Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601

FOB: X

**Bill of Lading #1130004910**

**Ship to**

Name: BED BATH & BEYOND 2693 2693
Adrdress: 71 MALL ROAD
City/State/Zip: FRACKVILLE, PA, 17931
CID # (MVDP)       FOB:

Carrier Name: Fornitore Dummy
Trailer Number:
Seal Number:

SCAC:
Pro Number:

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
          P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 18004-9002

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____   Collect: __X__   3rd Party: _____

**SPECIAL INSTRUCTIONS**

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

Master Bill of Lading: with attached
Underlying Bills of Lading

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | #PKGS | WEIGHT | PALLET | SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| JQ6D8FU | 3 | 42.329 | | Y | |
| JQ6Q3KL | 13 | 470.908 | | Y | |
| JQ6Q3KL | 24 | 880.174 | | Y | |
| JQ6Q3KL | 21 | 655.567 | | Y | |
| JQ7T7ZV | 6 | 50.713 | | Y | |
| JQ6L3ZF | 8 | 86.562 | | Y | |
| JQ7T7ZV | 10 | 12.416 | | Y | |
| JQ7U6YH | 2 | 4.868 | | Y | |
| JQ3Y7TY | 7 | 98.767 | | Y | |
| JQ6Q3KL | 4 | 526.085 | | Y | |
| JQ6K3YH | 8 | 36.151 | | Y | |
| JQ6Q3KL | 10 | 329.724 | | Y | |
| JQ6Q3KL | 3 | 470.908 | | Y | |
| JQ7U6YH | 2 | 39.498 | | Y | |
| JQ6Q3KL | 16 | 616.413 | | Y | |
| JQ7Y4JN | 20 | 110.937 | | Y | |
| JQ7U6YH | 1 | 1.323 | | Y | |
| JQ6Q3KL | 17 | 513.660 | | Y | |
| JQ7T7ZV | 23 | 197.190 | | Y | |
| JQ6D8FU | 2 | 28.219 | | Y | |
| JQ6Q3KL | 17 | 552.479 | | Y | |
| JQ7T7ZV | 3 | 13.186 | | Y | |
| JQ6X4KD | 8 | 83.452 | | Y | |
| JQ6D8FU | 2 | 28.219 | | Y | |
| JQ6Q3KL | 9 | 276.901 | | Y | |
| JQ7U6YH | 2 | 4.273 | | Y | |
| JQ6D8FU | 2 | 28.219 | | Y | |
| JQ6Q3KL | 20 | 697.984 | | Y | |
| JQ6Q3KL | 16 | 592.824 | | Y | |
| **GRAND TOTAL** | 296 | 7,480.549 | 18 | | CUBE   1,568.431 |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 0.00 | | 0.00 | CTN | 0.000 | | **GRAND TOTAL** | | |

| 09/21/2022 | BILL OF LANDING | 2 of 2 |
|---|---|---|

### Ship from

Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601

FOB: X

**Bill of Lading #1130004910**

### Ship to

Name: BED BATH & BEYOND 2693 2693
Adrdress: 71 MALL ROAD
City/State/Zip: FRACKVILLE, PA, 17931
CID # (MVDP)      FOB:

Carrier Name: Fornitore Dummy
Trailer Number:
Seal Number:

SCAC:
Pro Number:

### THIRD PARTY FREIGHT CHARGES BILL TO:

Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 18004-9002

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____   Collect: __X__   3rd Party: _____

### SPECIAL INSTRUCTIONS

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

_____ Master Bill of Lading: with attached
Underlying Bills of Lading

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 0.00 | | 226.00 | CTN | 6,656.173 | | CAR SEATS, CUPS, PACIFIERS | 156600 | 125 |
| 0.00 | | 26.00 | CTN | 606.272 | | STROLLERS | 188690 | 125 |
| 0.00 | | 8.00 | CTN | 105.637 | | FEEDING SEATS | 79620 | 85 |
| 0.00 | | 29.00 | CTN | 37.271 | | HIGHCHAIRS | 80635 | 125 |
| 0.00 | | 4.00 | CTN | 72.576 | | INFANT SLEEPING | 81394 | 125 |
| 0.00 | | 3.00 | CTN | 2.619 | | POCKET BUDDY PACIFIER HOLDER | 84260 | 175 |
| 0.00 | | 296.00 | CTN | 7,480.548 | | GRAND TOTAL | | |

Where the rate is dependent on value, shipper are required to state specifically in writing the agreed or declared value of the property as follows: 'The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____

**CONSIGNEE RESPONSIBLE FOR ALL ACCESSORIAL CHARGES**

NOTE: Liability limitation for loss or damage in this shipment may be applicable. See 49. U.S.C 14706(1)(A) and (B).

RECEIVED, subject to Individualy determined tates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

Subject to section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse to the Consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payments of freight and all other lawful charges.
Shipper Signature

### SHIPPER SIGNATURE/DATE

This is to certify that the above named materials are properly classified, packeged, marked and labeled, and are in proper condition. Transportation according to the applicable regulations of the DOT.

Trailer Loaded:
_X_ By Shipper
___ By Driver

Freight Counted:
_X_ By Shipper
___ By Driver/pallets said to contain
___ By Driver/Pieces

### CARRIER SIGNATURE/PICKUP DATE

Carrier acknowledges receipt of packages and required placecards. Carrier certifies emergency response information was made available and/or has the DOT emergency response guidebook or equivalent documentation in the vehicle.
*Property described above is received in good order except as noted.*

**PICKING LIST**

ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888



| NUMBER | DATE | | PAGE | DOCUMENT DESTINATION    214878 |
|---|---|---|---|---|
| 3661295302 | 09/21/2022 | | 1 / 1 | Company |
| SHIPPING POINT USOA | | | | BUY BUY BABY INC |
| INCOTERMS FH | | | | LIBERTY PROCUREMENT CO INC |
| DELIVERY AREA PO8 COLLECT | | | | 650 Liberty Ave |
| | | | | Union NJ 07083-8107 US |

| SOLD-TO-PARTY    214878 | SHIP-TO-PARTY    284137 |
|---|---|
| Company | |
| BUY BUY BABY INC | BUY BUY BABY 3037 BRIDGEWATER |
| LIBERTY PROCUREMENT CO INC | |
| 650 Liberty Ave | 711 ROUTE 28 |
| Union NJ 07083-8107 US | BRIDGEWATER NJ 08807-2401 US |

**ORDER REF.** 1661221016    **YOUR REF.** JQ6Q3KL DEL 09/15/2022    **DATE** 09/17/2022
warehouse: 731-364-3070
Customer Service: 1-800-323-4903

| Q.TY | UM | MAT.CODE | COL | SIZE | SEASON | PRODUCT DESCRIPTION | | | |
|---|---|---|---|---|---|---|---|---|---|
| 8 | CN | 00079835720070 | | | | GOFIT PLUS BACKLESS BOOSTER SEAT IRON US | | | |
| | | | | | | Bin: B-31 | 2 | 4.00 | 56.438 |
| 7 | CN | 04087010350070 | | | | CORSO PRIMO CLEARTEX TS ASPEN USA | | | |
| | | | | | | ' ' | 1 | 7.00 | 339.512 |
| 4 | CN | 06087007210070 | | | | PRESTO COMPACT STROLLER GRAPHITE USA | | | |
| | | | | | | ' ' | 1 | 4.00 | 81.571 |
| 5 | CN | 07087001870070 | | | | ACTIV3 TRAVEL SYSTEM SOLAR USA | | | |
| | | | | | | ' ' | 1 | 5.00 | 220.462 |
| 4 | CN | 08079610160070 | | | | CORSO TRAVEL SYSTEM SILVERSPRING USA | | | |
| | | | | | | ' ' | 1 | 4.00 | 182.190 |

TOTAL QUANTITY(pieces):    28.000
TOTAL OF CARTONS: 24.000    TOTAL WEIGHT: 880.173    TOTALE VOLUME: 174.766 TOTAL OF PALLETS:    2.048
Retailers only : For compliance certificates please contact your sales representative

USER : ELORAH

 **chicco**

ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888



**PICKING LIST**

| NUMBER | DATE | | PAGE | DOCUMENT DESTINATION 214878 |
|---|---|---|---|---|
| 3661295329 | 09/21/2022 | | 1 / 1 | Company |
| SHIPPING POINT USOA | | | | BUY BUY BABY INC |
| INCOTERMS FH | | | | LIBERTY PROCUREMENT CO INC |
| DELIVERY AREA PO8 COLLECT | | | | 650 Liberty Ave |
| | | | | Union NJ 07083-8107 US |

| SOLD-TO-PARTY 214878 | SHIP-TO-PARTY 263322 |
|---|---|
| Company | |
| BUY BUY BABY INC | BUY BUY BABY 3010 CHERRY HILL |
| LIBERTY PROCUREMENT CO INC | 856 354 5162 |
| 650 Liberty Ave | 1590 Kings Hwy N |
| Union NJ 07083-8107 US | CHERRY HILL NJ 08034-2301 US |

ORDER REF. 1661221016     YOUR REF. JQ6Q3KL **DEL** 09/15/2022                    DATE 09/17/2022
warehouse: 731-364-3070
Customer Service: 1-800-323-4903

| Q.TY | UM | MAT.CODE | COL | SIZE | SEASON | PRODUCT DESCRIPTION | | | |
|---|---|---|---|---|---|---|---|---|---|
| 8 | CN | 00079835720070 | | | | GOFIT PLUS BACKLESS BOOSTER SEAT IRON US | | | |
| | | | | | | Bin: B-31 | 2 | 4.00 | 56.438 |
| 7 | CN | 07087001870070 | | | | ACTIV3 TRAVEL SYSTEM SOLAR USA | | | |
| | | | | | | ' ' | 1 | 7.00 | 308.647 |
| 5 | CN | 08079610160070 | | | | CORSO TRAVEL SYSTEM SILVERSPRING USA | | | |
| | | | | | | ' ' | 1 | 5.00 | 227.738 |

TOTAL QUANTITY(pieces):       20.000
TOTAL OF CARTONS: 16.000    TOTAL WEIGHT: 592.823    TOTALE VOLUME: 131.862 TOTAL OF PALLETS:        1.325
Retailers only : For compliance certificates please contact your sales representative

USER :  ELORAH

## Beyond
### Chargeback Details Report

| Vendor Number | | | | | Check Date | | | |
|---|---|---|---|---|---|---|---|---|
| 18595 ARTSANA USA INC/JUVENILE | | | | | 12/08/2022 | | | |
| Check Number | | | | | | | | |
| 821512 | | | | | | | | |

| Inv Number | Inv Date | Store | PO Number | UPC | Type | Charge Qty | Unit Cost | Extended Cost |
|---|---|---|---|---|---|---|---|---|
| 5213174821 | 11/02/2022 | 3126 | JQ6Q3UQ | 49796612394 | CS | 4 | $81.50 | $326.00 |
| **Total CONCEALED SHORT** | | | | | | | | **($326.00)** |

| 11/01/2022 | BILL OF LANDING | 1 of 3 |
|---|---|---|

| Ship from | Bill of Lading #1130005035 |
|---|---|
| ne: Chicco USA<br>lress: 1826 William Penn Way<br>/State/Zip: Lancaster, PA 17601          FOB: X | |

| Ship to | |
|---|---|
| ne: Pathmark Transportation - HOU 2659<br>dress: 14810 NORTH FWY STE 180<br>/State/Zip: HOUSTON, TX, 77090-6648<br># (MVDP) MVDP7083452      FOB: | Carrier Name: CENTRAL TRANSPORT LLC<br>Trailer Number:<br>Seal Number: |

**THIRD PARTY FREIGHT CHARGES BILL TO:**

ne: BB
lress: BE

/State/Z

Bed Bath & Beyond C/O HubGroup

2000 Clearwater Drive

Oak Brook IL 60523

**SPECIAL INSTRUCTIONS**

SCAC: CTII
Pro Number:         777-8269930-8   BL Pg 1

Subject to: NMFC 100; CT 100/CT 101 Rules Tariffs; 49 USC 14706 and 49 CFR 370
Driver's Signature Only Acknowledges Receipt of Freight

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____   Collect: _ _   3rd Party: X

Master Bill of Lading: with attached
_____ Underlying Bills of Lading

/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

## CUSTOMER ORDER INFORMATION

| USTOMER ORDER NUMBER | #PKGS | WEIGHT | PALLET | SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| JQ6Q3KL | 8 | 236.336 | | Y | |
| JR6A7LZ | 8 | 249.184 | | Y | |
| JQ6Q3KL | 8 | 236.336 | | Y | |
| JR2J2GW | 5 | 147.710 | | Y | |
| JR6A7LZ | 5 | 95.570 | | Y | |
| JR6A7LZ | 1 | 1.623 | | Y | |
| JQ6Q3KL | 8 | 236.336 | | Y | |
| JQ8U4AC | 3 | 88.626 | | Y | |
| JR6A7LZ | 12 | 145.871 | | Y | |
| JR5K6BA | 8 | 88.824 | | Y | |
| JR6A7LZ | 2 | 1.561 | | Y | |
| JR5N9SM | 22 | 192.618 | | Y | |
| JQ5E5DC | 6 | 177.252 | | Y | |
| JQ6Q3KL | 8 | 236.336 | | Y | |
| JQ6K4AX | 6 | 177.252 | | Y | |
| JR2C5GV | 1 | 29.542 | | Y | |
| JR6A7LZ | 3 | 2.288 | | Y | |
| JR6A7LZ | 4 | 2.196 | | Y | |
| JR5N7MQ | 9 | 89.931 | | Y | |
| JQ6Q3KL | 4 | 118.168 | | Y | |
| JR6A7LZ | 2 | 2.196 | | Y | |
| JR5L2RQ | 1 | 29.542 | | Y | |
| JR6A7LZ | 7 | 107.863 | | Y | |

GRAND TOTAL

| 11/01/2022 | BILL OF LANDING | 2 of 3 |
|---|---|---|

| Ship from | Bill of Lading #1130005035 |
|---|---|
| ne: Chicco USA<br>ress: 1826 William Penn Way<br>/State/Zip: Lancaster, PA 17601<br>FOB: X | |

| Ship to | |
|---|---|
| ne: Pathmark Transportation - HOU 2659<br>dress: 14810 NORTH FWY STE 180<br>/State/Zip: HOUSTON, TX, 77090-6648<br># (MVDP) MVDP7083452    FOB: | Carrier Name: CENTRAL TRANSPORT LLC<br>Trailer Number:<br>Seal Number: |

**Carrier:** 777-8269930-8   BL Pg 2

SCAC: CTII
Pro Number:

**THIRD PARTY FREIGHT CHARGES BILL TO:**

ne: BB & B
ress: BERMAN, BLAKE ASSOCIATES
P.O. BOX 9202
/State/Zip: OLD BETHPAGE, N.Y. 11804     *see pg 1*

**SPECIAL INSTRUCTIONS**

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____     Collect: ____     3rd Party: X

Master Bill of Lading: with attached
Underlying Bills of Lading

3/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

| USTOMER ORDER NUMBER | #PKGS | WEIGHT | PALLET | SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| JR5L3RB | 10 | 216.274 | | Y | |
| JR6J7QQ | 25 | 433.914 | | Y | |
| JR6T6PS | 14 | 146.440 | | Y | |
| JR6P8ZQ | 12 | 360.566 | | Y | |
| JQ4B3UU | 3 | 132.277 | | Y | |
| JQ4B3UU | 3 | 132.277 | | Y | |
| JQ4B3UU | 3 | 132.277 | | Y | |
| **GRAND TOTAL** | 211 | 4,247.186 | 8 | | |

**CARRIER INFORMATION**

| NDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| ).00 | | 119.00 | CTN | 2,893.764 | | CAR SEATS, CUPS, PACIFIERS | 156600 | 125 |
| ).00 | | 5.00 | CTN | 77.382 | | CARRIER BABY | 187645 | 175 |
| ).00 | | 41.00 | CTN | 894.196 | | STROLLERS | 188690 | 125 |
| ).00 | | 1.00 | CTN | 0.688 | | PACIFIER CLIP | 56290 | 100 |
| ).00 | | 10.00 | CTN | 162.587 | | FEEDING SEATS | 79620 | 85 |
| ).00 | | 24.00 | CTN | 36.257 | | HIGHCHAIRS | 80635 | 125 |
| ).00 | | 10.00 | CTN | 181.441 | | INFANT SLEEPING | 81394 | 125 |
| ).00 | | 1.00 | CTN | 0.873 | | POCKET BUDDY PACIFIER HOLDER | 84260 | 175 |
| ).00 | | 211.00 | CTN | 4,247.188 | | **GRAND TOTAL** | | |

| 11/01/2022 | BILL OF LANDING | 3 of 3 |
|---|---|---|

### Ship from

ie: Chicco USA
ress: 1826 William Penn Way
/State/Zip: Lancaster, PA 17601

FOB: X

**Bill of Lading #1130005035**

### Ship to

ie: Pathmark Transportation - HOU 2659
dress: 14810 NORTH FWY STE 180
/State/Zip: HOUSTON, TX, 77090-6648
# (MVDP) MVDP7083452          FOB:

Carrier Name: CENTRAL TRANSPORT LLC
Trailer Number:
Seal Number:

777-8269930-8   BL Pg 3

SCAC: CTII
Pro Number:

### THIRD PARTY FREIGHT CHARGES BILL TO:

ie: BB & B
ress: BERMAN, BLAKE ASSOCIATES
P.O. BOX 9202
/State/Zip: OLD BETHPAGE, N.Y. 11804

See pg 1

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____   Collect: ____   3rd Party: X

Master Bill of Lading: with attached
_____ Underlying Bills of Lading

### SPECIAL INSTRUCTIONS

/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

re the rate is dependent on value, shippers are
uired to state specifically in writing the agreed or
lared value of the property as follows: 'The agreed or
lared value of the property is specifically stated by
shipper to be not exceeding _____ per _____

**CONSIGNEE RESPONSIBLE FOR
ALL ACCESSORIAL CHARGES**

NOTE: Liability limitation for loss or demage in this shipment may be applicable. See 49. U.S.C 14706(1)(A) and (B).

EIVED, subject to Individualy determined tates or
tracts that have been agreed upon in writing between
carrier and shipper, if applicable, otherwise to the
es, classifications and rules that have been
ablished by the carrier and are available to the
pper, on request, and to all applicable state and
eral regulations.

Subject to section 7 of conditions of applicable bill of
lading. If this shipment is to be delivered to the
Consignee without recourse to the Consignor, the consignor
shall sign the following statement:
The carrier shall not make delivery of this shipment
without payments of freight and all other lawful charges.
_____ Shipper Signature

### SHIPPER SIGNATURE/DATE

s is to certify that the above
ed materials are properly
ssified, packeged, marked and
eled, and are in proper
dition. Transportation according
the applicable regulations of the
.

Trailer Loaded:
_X_ By Shipper
___ By Driver

Freight Counted:
_X_ By Shipper
___ By Driver/pallets
    said to contain
___ By Driver/Pieces

### CARRIER SIGNATURE/PICKUP DATE

Carrier acknowledges receipt of packages
and required placecards. Carrier certifies
emergency response information was made
available and/or has the DOT emergency
response guidebook or equivalent
documentation in the vehicle.
*Property described above is received in
good order except as noted.*

P_____   11. 2. 22

See

## Bed Bath & Beyond SHIPMENT MANIFEST

OM:
SANA USA, Inc.
6 William Penn Way
aster, PA 17601
717)735-6200
(717)735-0888

of Lading# 1130005035

CONSIGN TO:
Pathmark Transportation - HOU--#2659
14810 NORTH FWY STE 180
HOUSTON, TX, 77090-6648
**Carrier:** CENTRAL TRANSPORT LLC
**Trailer No:**

777-8269930-8    BL Pg 4

| BBB Store # | BBB P.O. # | Number of Cartons | Total Weight (lbs) | Cube (cu ft) |
|---|---|---|---|---|
| 8 O Brodie Ln Ste 400 tin, TX, 78745-2526 | JQ6Q3KL | 8 | 236.336 | 22.178 |
| 8 | JR2J2GW | 5 | 147.710 | 13.843 |
| 8 | JR6A7LZ | 5 | 95.570 | 11.407 |
| 8 | JR6T6PS | 14 | 146.440 | 48.452 |
| **Sub - Total Store #** | 3018 | 32 | 626.056 | 95.880 |
| 8 O Brodie Ln Ste 400 tin, TX, 78745-2526 | JQ6Q3KL | 8 | 236.336 | 22.178 |
| 8 | JR2J2GW | 5 | 147.710 | 13.843 |
| 8 | JR6A7LZ | 5 | 95.570 | 11.407 |
| 8 | JR6T6PS | 14 | 146.440 | 48.452 |
| **Sub - Total Store #** | 3018 | 32 | 626.056 | 95.880 |
| 8 O Brodie Ln Ste 400 tin, TX, 78745-2526 | JQ6Q3KL | 8 | 236.336 | 22.178 |
| 8 | JR2J2GW | 5 | 147.710 | 13.843 |
| 8 | JR6A7LZ | 5 | 95.570 | 11.407 |
| 8 | JR6T6PS | 14 | 146.440 | 48.452 |
| **Sub - Total Store #** | 3018 | 32 | 626.056 | 95.880 |
| 8 O Brodie Ln Ste 400 tin, TX, 78745-2526 | JQ6Q3KL | 8 | 236.336 | 22.178 |
| 8 | JR2J2GW | 5 | 147.710 | 13.843 |
| 8 | JR6A7LZ | 5 | 95.570 | 11.407 |
| 8 | JR6T6PS | 14 | 146.440 | 48.452 |
| **Sub - Total Store #** | 3018 | 32 | 626.056 | 95.880 |
| 7 01 Gulf Fwy Ste 800 ster, TX, 77598-3802 | JQ6Q3KL | 8 | 236.336 | 22.178 |
| 7 | JR6A7LZ | 8 | 249.184 | 43.720 |
| 7 | JR6J7QQ | 25 | 433.914 | 76.209 |
| **Sub - Total Store #** | 3067 | 41 | 919.434 | 142.107 |
| 7 01 Gulf Fwy Ste 800 ster, TX, 77598-3802 | JQ6Q3KL | 8 | 236.336 | 22.178 |
| 7 | JR6A7LZ | 8 | 249.184 | 43.720 |
| 7 | JR6J7QQ | 25 | 433.914 | 76.209 |
| **Sub - Total Store #** | 3067 | 41 | 919.434 | 142.107 |
| 7 | JQ6Q3KL | 8 | 236.336 | 22.178 |

# DELIVERY TRAILER MANIFEST

Case 24-01336-VFP    Doc 22-8    Filed 04/14/26    Entered 04/14/26 20:50:31    Desc
Exhibit A - Part 2    Page 37 of 96

Terminal: 181
Trailer Number: HGIU644328
Weight: 13965
HUs: 32
Closed By: JOHNSON, LAMARR
Remarks: BBBC 2659 LTG

Dest: BBBC 2659 (181T9F)
Door: 5

Date: 11/18/2022
Time: 06:29

Received By:
Name:
Date: 11-22-22

M#: Q181-0323827-2

| Pro | Flags | Orig | Shipper | Consignee | BOL # | S & D | PO # | Ref # |
|---|---|---|---|---|---|---|---|---|
| 149-1931278-6 | | 112 | REGAL HOME COLLECTIO | HUB/BBB HOU 2659 (18 | 089751 | | JR6G6QM, MA7W6TT | 4033094413 |
| HU | | | Loader | | | | Notation | |
| ☐ 149-1931278 01 | | | *DEL*CT-1812139 | | 149-1931278 01: ☐ ☐ | | | |
| ☐ 149-1931278 02 | | | CT-1811863 | | 149-1931278 02: ☐ ☐ | | | |
| 149-1984630-4 | | 171 | MAYTEX MILLS | HUB/BBB HOU 2659 (18 | 00731615000269956, 0004472814, 0004472821 | | | JP8U2TB, JP8U4C |
| HU | | | Loader | | | | Notation | |
| ☐ 149-1984630 01 | | | CT-1812145 | | 149-1984630 01: ☐ ☐ | | | |
| ☐ 149-1984630 02 | | | CT-1812145 | | 149-1984630 02: ☐ ☐ | | | |
| ☐ 149-1984630 03 | | | CT-1812147 | | 149-1984630 03: ☐ ☐ | | | |
| ☐ 149-1984630 04 | | | CT-1811985 | | 149-1984630 04: ☐ ☐ | | | |
| ☐ 149-1984630 05 | | | CT-1812147 | | 149-1984630 05: ☐ ☐ | | | |
| ☐ 149-1984630 06 | | | CT-1812145 | | 149-1984630 06: ☐ ☐ | | | |
| ☐ 149-1984630 07 | | | CT-1812145 | | 149-1984630 07: ☐ ☐ | | | |
| ☐ 149-1984630 08 | | | CT-1812147 | | 149-1984630 08: ☐ ☐ | | | |
| 150-3202314-3 | | 039 | BRITANICA HOME FASHI | HUB/BBB HOU 2659 (18 | 1442097 | | ORD0001940978 | 4033095271 |
| HU | | | Loader | | | | Notation | |
| ☐ 150-3202314 01 | | | CT-1812085 | | 150-3202314 01: ☐ ☐ | | | |
| 150-3202424-0 | | 039 | BRITANICA HOME FASHI | HUB/BBB HOU 2659 (18 | 1443411 | | ORD0001939908 | 4033232461 |
| HU | | | Loader | | | | Notation | |
| ☐ 150-3202424 01 | | | CT-1811311 | | 150-3202424 01: ☐ ☐ | | | |
| 777-6610420-0 | | 142 | UMBRA INC | HUB/BBB HOU 2659 (18 | MVDP7091687, 3644308, 00282950006485641 | | | JR4R2VB, JR6F5C |
| HU | | | Loader | | | | Notation | |
| ☐ 777-6610420 01 | | | CT-1811311 | | 777-6610420 01: ☐ ☐ | | | |
| ☐ 777-6610420 02 | | | CT-1811311 | | 777-6610420 02: ☐ ☐ | | | |
| 777-7158177-2 | HSS | 171 | CHICCO USA | HUB/BBB HOU 2659 (18 | 1130005095 | | JR9V8TS, JR9B5HB, JR7P2FP, JR8S5TE, JR | |
| HU | | | Loader | | | | Notation | |
| ☐ 777-7158177 01 | | | CT-181745 | | 777-7158177 01: ☐ ☐ | | | |
| ☐ 777-7158177 02 | | | CT-181745 | | 777-7158177 02: ☐ ☐ | | | |
| ☐ 777-7158177 03 | | | CT-181745 | | 777-7158177 03: ☐ ☐ | | | |
| ☐ 777-7158177 04 | | | CT-181745 | | 777-7158177 04: ☐ ☐ | | | |
| ☐ 777-7158177 05 | | | CT-181745 | | 777-7158177 05: ☐ ☐ | | | |
| ☐ 777-7158177 06 | | | CT-181745 | | 777-7158177 06: ☐ ☐ | | | |
| ☐ 777-7158177 07 | | | CT-181745 | | 777-7158177 07: ☐ ☐ | | | |

# DELIVERY TRAILER MANIFEST

Case 24-01336-VFP    Doc 22-8    Filed 04/14/26    Entered 04/14/26 20:50:31    Desc
Exhibit A - Part 2    Page 38 of 96

Terminal: 181
Trailer Number: HGIU644328
Weight: 13965
HUs: 32
Closed By: JOHNSON, LAMARR
Remarks: BBBC 2659 LTG

Dest: BBBC 2659 (181T9F)
Door: 5

Date: 11/18/2022
Time: 06:29

Received By: _____
Name: _____
Date: _____

M#:  ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
**Q181-0323827-2**

| Pro | Flags | Orig | Shipper | Consignee | BOL # | | | PO # | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| ☐777-7158177 08 | | | CT-181745 | | 777-7158177 08: | ☐ | ☐ | | |
| ☐777-7158177 09 | | | CT-181745 | | 777-7158177 09: | ☐ | ☐ | | |
| **777-7300529-1** | | **142** | **ROBINSON HOME PRODUC** | HUB/BBB HOU 2659 (18 | 00732870005079576 | | | JR6F3TA, JR7E7YU, JR7E8EH, MA7W3PS, N | |
| HU | | | Loader | | | S & D | | Notation | |
| ☐777-7300529 01 | | | CT-1811713 | | 777-7300529 01: | ☐ | ☐ | | |
| **777-8269930-8** | **HSS** | **171** | **CHICCO USA** | HUB/BBB HOU 2659 (18 | 1130005035 | | | JQ6Q3KL, JR6A7LZ, LQ6Q3KL, JR5K6BA, J | |
| HU | | | Loader | | | S & D | | Notation | |
| ☐777-8269930 01 | | | CT-1811339 | | 777-8269930 01: | ☐ | ☐ | | |
| ☐777-8269930 02 | | | CT-1811339 | | 777-8269930 02: | ☐ | ☐ | | |
| ☐777-8269930 03 | | | CT-1811339 | | 777-8269930 03: | ☐ | ☐ | | |
| ☐777-8269930 04 | | | CT-1811339 | | 777-8269930 04: | ☐ | ☐ | | |
| ☐777-8269930 05 | | | CT-1811339 | | 777-8269930 05: | ☐ | ☐ | | |
| ☐777-8269930 06 | | | CT-1811339 | | 777-8269930 06: | ☐ | ☐ | | |
| ☐777-8269930 07 | | | CT-1811339 | | 777-8269930 07: | ☐ | ☐ | | |
| ☐777-8269930 08 | | | CT-1811339 | | 777-8269930 08: | ☐ | ☐ | | |

Beyond

Chargeback Details Report

| Vendor Number | | | | | Check Date | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 18595 ARTSANA USA INC/JUVENILE | | | | | 12/08/2022 | | | | |
| Check Number | | | | | | | | | |
| 821512 | | | | | | | | | |

| Inv Number | Inv Date | Store | PO Number | UPC | Type | Charge Qty | Unit Cost | Extended Cost |
|---|---|---|---|---|---|---|---|---|
| 5213170589 | 10/12/2022 | 3086 | JQ8S6MD | 49796610123 | CS | 2 | $67.26 | $134.52 |
| **Total CONCEALED SHORT** | | | | | | | | **($134.52)** |

| 10/11/2022 | | BILL OF LANDING | | | 1 of 2 |
|---|---|---|---|---|---|

**Ship from**

Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601

FOB: X

**Bill of Lading #1130004941**

**Ship to**

Name: HNRY LOGISTICS - ATL 2689
Adrdress: 1250 TERMINUS DR
City/State/Zip: LITHIA SPRINGS, GA, 30122-3143
CID # (MVDP) MVDP7071714        FOB:

Carrier Name: CENTRAL TRANSPORT LLC
Trailer Number:
Seal Number:

SCAC: CTII
Pro Number:

**777-8257692-8**  BL Pg 1

Subject to: NMFC 100; CT 100/CT 101 Rules Tariffs; 49 USC 14706 and 49 CFR 370
Driver's Signature Only Acknowledges Receipt of Freight

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name: BB &
Address: BEI

City/State/Zi

Bed Bath & Beyond C/O HubGroup
2000 Clearwater Drive
Oak Brook IL 60523

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____    Collect: _ _    3rd Party: X

Master Bill of Lading: with attached
_____ Underlying Bills of Lading

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | #PKGS | WEIGHT | PALLET | SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| JQ8F3PG | 3 | 2.156 | | Y | |
| JQ7T7ZV | 1 | 0.489 | | Y | |
| JQ6R2DQ | 1 | 0.489 | | Y | |
| JQ8S6MD | 7 | 75.345 | | Y | |
| JQ2G2RL | 4 | 56.438 | | Y | |
| JQ8F3PG | 7 | 40.406 | | Y | |
| JQ8F3PG | 1 | 1.623 | | Y | |
| JQ8L7PB | 8 | 287.108 | | Y | |
| JQ7U6YH | 1 | 0.489 | | Y | |
| JQ8F3PG | 9 | 120.178 | | Y | |
| JQ9U4CG | 2 | 22.179 | | Y | |
| JR2X4CY | 9 | 183.716 | | Y | |
| JR2X4CY | 6 | 87.837 | | Y | |
| JR2D4SR | 4 | 101.344 | | Y | |
| JR2X4CY | 1 | 1.623 | | Y | |
| JR2X4CY | 4 | 50.808 | | Y | |
| JR2H8XY | 8 | 103.794 | | Y | |
| **GRAND TOTAL** | 76 | 1,136.022 | 3 | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 0.00 | | 29.00 | CTN | 404.824 | | CAR SEATS, CUPS, PACIFIERS | 156600 | 175 |
| 0.00 | | 5.00 | CTN | 77.382 | | CARRIER BABY | 187645 | 175 |
| 0.00 | | 18.00 | CTN | 509.599 | | STROLLERS | 188690 | 125 |
| 0.00 | | 7.00 | CTN | 120.791 | | FEEDING SEATS | 79620 | 85 |
| 0.00 | | 16.00 | CTN | | | HIGHCHAIRS | 80635 | 125 |
| 0.00 | | 59.00 | CTN | 1,112.596 | | **GRAND TOTAL** | | |

| 10/11/2022 | | BILL OF LANDING | 2 of 2 |

## Ship from

Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601

FOB: X

**Bill of Lading #1130004941**

## Ship to

Name: HNRY LOGISTICS - ATL 2689
Adrdress: 1250 TERMINUS DR
City/State/Zip: LITHIA SPRINGS, GA, 30122-3143
CID # (MVDP) MVDP7071714      FOB:

Carrier Name: CENTRAL TRANSPORT LLC
Trailer Number:
Seal Number:

777-8257692-8   BL Pg 2

SCAC: CTII
Pro Number:

### THIRD PARTY FREIGHT CHARGES BILL TO:

Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
            P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 11804

*See P91*

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____   Collect: __.__   3rd Party: ✓____

_____ Master Bill of Lading: with attached
_____ Underlying Bills of Lading

### SPECIAL INSTRUCTIONS

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| | | | | 22.553 | | | | |
| 0.00 | | 1.00 | CTN | 0.873 | | POCKET BUDDY PACIFIER HOLDER | 84260 | 175 |
| 0.00 | | 76.00 | CTN | 1,136.022 | | **GRAND TOTAL** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: 'The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____

**CONSIGNEE RESPONSIBLE FOR
ALL ACCESSORIAL CHARGES**

NOTE: Liability limitation for loss or demage in this shipment may be applicable. See 49. U.S.C 14706(1)(A) and (B).

RECEIVED, subject to Individualy determined tates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

Subject to section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the Consignee without recourse to the Consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payments of freight and all other lawful charges.
_____ Shipper Signature

### SHIPPER SIGNATURE/DATE

This is to certify that the above named materials are properly classified, packeged, marked and labeled, and are in proper condition. Transportation according to the applicable regulations of the DOT.

Trailer Loaded:
_X_ By Shipper
___ By Driver

Freight Counted:
_X_ By Shipper
___ By Driver/pallets said to contain
___ By Driver/Pieces

### CARRIER SIGNATURE/PICKUP DATE

Carrier acknowledges receipt of packages and required placecards. Carrier certifies emergency response information was made available and/or has the DOT emergency response guidebook or equivalent documentation in the vehicle.
*Property described above is received in good order except as noted.*

## Bed Bath & Beyond SHIPMENT MANIFEST

**FROM:**
ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

Bill of Lading# 1130004941

**CONSIGN TO:**
HNRY LOGISTICS - ATL--#2689
1250 TERMINUS DR
LITHIA SPRINGS, GA, 30122-3143
Carrier: CENTRAL TRANSPORT LLC
Trailer No:

777-8257692-8   BL Pg 3

| BBB Store # | BBB P.O. # | Number of Cartons | Total Weight (lbs) | Cube (cu ft) |
|---|---|---|---|---|
| 3031 4351 Creekside Ave Hoover, AL, 35244-5019 | JQ2G2RL | 4 | 56.438 | 18.858 |
| 3031 | JQ8F3PG | 7 | 40.406 | 5.085 |
| , , 3031 | JR2X4CY | 1 | 1.623 | 0.636 |
| , , Sub - Total Store # | 3031 | 12 | 98.467 | 24.579 |
| 3031 4351 Creekside Ave Hoover, AL, 35244-5019 | JQ2G2RL | 4 | 56.438 | 18.858 |
| 3031 | JQ8F3PG | 7 | 40.406 | 5.085 |
| , , 3031 | JR2X4CY | 1 | 1.623 | 0.636 |
| , , Sub - Total Store # | 3031 | 12 | 98.467 | 24.579 |
| 3031 4351 Creekside Ave Hoover, AL, 35244-5019 | JQ2G2RL | 4 | 56.438 | 18.858 |
| 3031 | JQ8F3PG | 7 | 40.406 | 5.085 |
| , , 3031 | JR2X4CY | 1 | 1.623 | 0.636 |
| , , Sub - Total Store # | 3031 | 12 | 98.467 | 24.579 |
| 3033 7121 N Point Pkwy Alpharetta, GA, 30022-8255 | JQ8F3PG | 1 | 1.623 | 0.636 |
| 3033 | JQ8L7PB | 8 | 287.108 | 49.900 |
| , , 3033 | JR2X4CY | 4 | 50.808 | 7.946 |
| , , Sub - Total Store # | 3033 | 13 | 339.539 | 58.482 |
| 3033 7121 N Point Pkwy Alpharetta, GA, 30022-8255 | JQ8F3PG | 1 | 1.623 | 0.636 |
| 3033 | JQ8L7PB | 8 | 287.108 | 49.900 |
| , , 3033 | JR2X4CY | 4 | 50.808 | 7.946 |
| , , Sub - Total Store # | 3033 | 13 | 339.539 | 58.482 |
| 3033 7121 N Point Pkwy Alpharetta, GA, 30022-8255 | JQ8F3PG | 1 | 1.623 | 0.636 |
| 3033 | JQ8L7PB | 8 | 287.108 | 49.900 |
| , , 3033 | JR2X4CY | 4 | 50.808 | 7.946 |
| , , Sub - Total Store # | 3033 | 13 | 339.539 | 58.482 |
| 3056 1670 Scenic Hwy N Ste 124 Snellville, GA, 30078-2222 | JQ7U6YH | 1 | 0.489 | 0.000 |
| 3056 | JQ8F3PG | 9 | 120.178 | 15.185 |
| , , 3056 | JQ9U4CG | 2 | 22.179 | 2.790 |
| , , 3056 | JR2H8XY | 8 | 103.794 | 15.715 |
| Sub - Total Store # | 3056 | 12 | 142.846 | 17.975 |

## Bed Bath & Beyond SHIPMENT MANIFEST

**FROM:**
ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

**CONSIGN TO:**
HNRY LOGISTICS - ATL--#2689
1250 TERMINUS DR
LITHIA SPRINGS, GA, 30122-3143
Carrier: CENTRAL TRANSPORT LLC
Trailer No:

Bill of Lading# 1130004941

777-8257692-8    BL Pg 4

| | | | | |
|---|---|---|---|---|
| **Sub - Total Store #** | 3056 | 20 | 246.640 | 33.690 |
| 3056<br>1670 Scenic Hwy N Ste 124<br>Snellville, GA, 30078-2222 | JQ7U6YH | 1 | 0.489 | 0.000 |
| 3056 | JQ8F3PG | 9 | 120.178 | 15.185 |
| 3056 | JQ9U4CG | 2 | 22.179 | 2.790 |
| 3056 | JR2H8XY | 8 | 103.794 | 15.715 |
| **Sub - Total Store #** | 3056 | 20 | 246.640 | 33.690 |
| 3056<br>1670 Scenic Hwy N Ste 124<br>Snellville, GA, 30078-2222 | JQ7U6YH | 1 | 0.489 | 0.000 |
| 3056 | JQ8F3PG | 9 | 120.178 | 15.185 |
| 3056 | JQ9U4CG | 2 | 22.179 | 2.790 |
| 3056 | JR2H8XY | 8 | 103.794 | 15.715 |
| **Sub - Total Store #** | 3056 | 20 | 246.640 | 33.690 |
| 3056<br>1670 Scenic Hwy N Ste 124<br>Snellville, GA, 30078-2222 | JQ7U6YH | 1 | 0.489 | 0.000 |
| 3056 | JQ8F3PG | 9 | 120.178 | 15.185 |
| 3056 | JQ9U4CG | 2 | 22.179 | 2.790 |
| 3056 | JR2H8XY | 8 | 103.794 | 15.715 |
| **Sub - Total Store #** | 3056 | 20 | 246.640 | 33.690 |
| 3086<br>202 Morrell Rd<br>Knoxville, TN, 37919-5876 | JQ7T7ZV | 1 | 0.489 | 0.000 |
| 3086 | JQ6R2DQ | 1 | 0.489 | 0.000 |
| 3086 | JQ8S6MD | 7 | 75.345 | 10.665 |
| 3086 | JR2X4CY | 6 | 87.837 | 14.232 |
| 3086 | JR2D4SR | 4 | 101.344 | 11.265 |
| **Sub - Total Store #** | 3086 | 19 | 265.504 | 36.162 |
| 3086<br>202 Morrell Rd<br>Knoxville, TN, 37919-5876 | JQ7T7ZV | 1 | 0.489 | 0.000 |
| 3086 | JQ6R2DQ | 1 | 0.489 | 0.000 |
| 3086 | JQ8S6MD | 7 | 75.345 | 10.665 |
| 3086 | JR2X4CY | 6 | 87.837 | 14.232 |
| 3086 | JR2D4SR | 4 | 101.344 | 11.265 |
| **Sub - Total Store #** | 3086 | 19 | 265.504 | 36.162 |
| **Sub - Total Store #** | 3086 | | 0.000 | 0.000 |

# DELIVERY TRAILER MANIFEST

Terminal: 181
Trailer Number: HGIU510597
Weight: 14304
HUs: 34
Closed By: AROZARENA, CHARLES
Remarks:

Dest: BBBC 2689 (181T2C)
Door: 7

Date: 10/26/2022
Time: 19:35

Received By: _____
Name: _____
Date: 10/28/22

M#: Q181-0321666-2

| Pro | Flags | Orig | Shipper | Consignee | BOL # | | S & D | PO # | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| 149-5717365-2 | HSS | 171 | NEWELL BRANDS | HUB/BBB ATL 2689 (18 | 04432350019809648 | | | JQ5D7SH, JQ7V3CF, JQ6Q6WT, JQ7T9PD, J | |
| HU | | | Loader | | | | | Notation | |
| ☐149-5717365 01 | | | CT-1811429 | | 149-5717365 01: | ☐ | ☐ | | |
| ☐149-5717365 02 | | | CT-1812073 | | 149-5717365 02: | ☐ | ☐ | | |
| ☐149-5717365 03 | | | CT-1811393 | | 149-5717365 03: | ☐ | ☐ | | |
| ☐149-5717365 04 | | | CT-1812061 | | 149-5717365 04: | ☐ | ☐ | | |
| ☐149-5717365 05 | | | CT-1812055 | | 149-5717365 05: | ☐ | ☐ | | |
| ☐149-5717365 06 | | | CT-1811863 | | 149-5717365 06: | ☐ | ☐ | | |
| ☐149-5717365 07 | | | CT-1811985 | | 149-5717365 07: | ☐ | ☐ | | |
| ☐149-5717365 08 | | | CT-1811967 | | 149-5717365 08: | ☐ | ☐ | | |
| ☐149-5717365 09 | | | CT-1811429 | | 149-5717365 09: | ☐ | ☐ | | |
| 149-5717367-8 | | 171 | NEWELL BRANDS | HUB/BBB ATL 2689 (18 | 04432350019816356 | | | JQ8E9FQ, JQ8F9ZG, JQ8K8LW, JQ8K8LW | |
| HU | | | Loader | | | | | Notation | |
| ☐149-5717367 01 | | | CT-1811429 | | 149-5717367 01: | ☐ | ☐ | | |
| ☐149-5717367 02 | | | CT-1812095 | | 149-5717367 02: | ☐ | ☐ | | |
| ☐149-5717367 03 | | | CT-1812095 | | 149-5717367 03: | ☐ | ☐ | | |
| 149-7833959-7 | | 089 | HDS TRADING CO | HUB/BBB ATL 2689 (18 | MVDP7073984 | | | | 4032540280 |
| HU | | | Loader | | | | | Notation | |
| ☐149-7833959 01 | | | CT-1812095 | | 149-7833959 01: | ☐ | ☐ | | |
| 150-1951268-8 | | 117 | CREATIVE BATH PRODUC | HUB/BBB ATL 2689 (18 | 09302271457 | | | JQ8H3KL | 4032543899 |
| HU | | | Loader | | | | | Notation | |
| ☐150-1951268 01 | | | CT-1811863 | | 150-1951268 01: | ☐ | ☐ | | |
| 150-2642413-3 | | 142 | UMBRA LLC | HUB/BBB ATL 2689 (18 | 00282950006474416 | | | JR4R2VB, JR4R2VB, JR4J2LU | |
| HU | | | Loader | | | | | Notation | |
| ☐150-2642413 01 | | | CT-1811013 | | 150-2642413 01: | ☐ | ☐ | | |
| ☐150-2642413 02 | | | CT-1811967 | | 150-2642413 02: | ☐ | ☐ | | |
| ☐150-2642413 03 | | | CT-1811863 | | 150-2642413 03: | ☐ | ☐ | | |
| 150-2939903-5 | | 072 | H SCHULTZ - SONS | HUB/BBB ATL 2689 (18 | 219899 | | | JQ8L7SQ, JQ8K3UH, JQ8S3FW, JQ8S6MA, | |
| HU | | | Loader | | | | | Notation | |
| ☐150-2939903 01 | | | RKLUCSARITS | | 150-2939903 01: | ☐ | ☐ | | |
| 150-4059127-1 | | 089 | BRITANICA HOME FASHI | HUB/BBB ATL 2689 (18 | 148365 | | | ORD0001924107 | 4032680286 |
| HU | | | Loader | | | | | Notation | |



**CENTRAL TRANSPORT**

12225 Stephens Road
Warren, MI 48089

## CERTIFIED WEIGHT CERTIFICATE

Pro Number: 777-8257692-8
Date. 10/13/2022

Bill of Lading

CHICCO USA
1826 WILLIAM PENN WAY
LANCASTER, PA 17601

Weight Certificate
We Certify that this shipment
has been reweighed and that
the corrected weight as stated
is the true and accurate
weight of the shipment

Declared Weight: 1138
Corrected Weight: 1331

| HU | Scan Date | Time | Weight | Terminal | Pro Number |
|----|-----------|------|--------|----------|------------|
| 1 | 10/13/2022 | 07:32 | 231 | 181 | 777-8257692-8 |
| 3 | 10/13/2022 | 07:32 | 604 | 181 | 777-8257692-8 |
| 5 | 10/13/2022 | 07:32 | 496 | 181 | 777-8257692-8 |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| Total | | | 1331 | | |

## Beyond
### Chargeback Details Report

| Vendor Number | | | | | Check Date | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 18595 ARTSANA USA INC/JUVENILE | | | | | 01/09/2023 | | | | |
| Check Number | | | | | | | | | |
| 822852 | | | | | | | | | |

| Inv Number | Inv Date | Store | PO Number | UPC | Type | Charge Qty | Unit Cost | Extended Cost |
|---|---|---|---|---|---|---|---|---|
| 5213170519 | 10/12/2022 | 3048 | JQ8F3WS | 49796612622 | CS | 3 | $188.99 | $566.97 |
| **Total CONCEALED SHORT** | | | | | | | | **($566.97)** |

| 10/11/2022 | BILL OF LANDING | 1 of 2 |
|---|---|---|

### Ship from

Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601
FOB: X

**Bill of Lading #1130004962**

### Ship to

Name: Glibert Company 2680
Adrdress: 2846 BOEING WAY STE 100
City/State/Zip: STOCKTON, CA, 95206-4949
CID # (MVDP) MVDP7071591      FOB:

Carrier Name: CENTRAL TRANSPORT LLC
Trailer Number:
Seal Number:

SCAC: CTII
Pro Number:

**777-8257691-0**   BL Pg 1

Subject to: NMFC 100; CT 100/CT 101 Rules Tariffs; 49 USC 14706 and 49 CFR 370
Driver's Signature Only Acknowledges Receipt of Freight

### THIRD PARTY FREIGHT CHARGES BILL TO:

Name: BB
Address:

Bed Bath & Beyond C/O HubGroup
2000 Clearwater Drive
Oak Brook IL 60523

City/State

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____   Collect: __ __   3rd Party: X

Master Bill of Lading: with attached
Underlying Bills of Lading

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | #PKGS | WEIGHT | PALLET | SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| JP8W3XH | 21 | 296.302 | | Y | |
| JQ8F3PG | 12 | 82.568 | | Y | |
| JQ8F3PG | 14 | 204.975 | | Y | |
| JQ8F3PG | 7 | 9.286 | | Y | |
| JQ8Z6QY | 5 | 39.097 | | Y | |
| JQ8F3PG | 3 | 26.696 | | Y | |
| JQ9U4CG | 1 | 19.749 | | Y | |
| JR2X4CY | 8 | 7.981 | | Y | |
| JR2N6RJ | 28 | 502.068 | | Y | |
| JR2X4CY | 9 | 138.212 | | Y | |
| JR2X4CY | 6 | 72.208 | | Y | |
| JR2X4CY | 2 | 2.857 | | Y | |
| JR2X4CY | 8 | 135.117 | | Y | |
| JR2J5WY | 4 | 132.277 | | Y | |
| JR2X4CY | 4 | 90.553 | | Y | |
| **GRAND TOTAL** | 132 | 1,759.946 | S | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 0.00 | | 61.00 | CTN | 807.406 | | CAR SEATS, CUPS, PACIFIERS | 156600 | 125 |
| 0.00 | | 18.00 | CTN | 572.982 | | STROLLERS | 188690 | 125 |
| 0.00 | | 1.00 | CTN | 0.688 | | PACIFIER CLIP | 56290 | 100 |
| 0.00 | | 17.00 | CTN | 239.748 | | FEEDING SEATS | 79620 | 85 |
| 0.00 | | 28.00 | CTN | 29.383 | | HIGHCHAIRS | 80635 | 125 |
| 0.00 | | 125.00 | CTN | 1,650.207 | | **GRAND TOTAL** | | |

| 10/11/2022 | BILL OF LANDING | 2 of 2 |
|---|---|---|

### Ship from
Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601

FOB: X

### Bill of Lading #1130004962

Carrier Name: CENTRAL TRANSPORT LLC
Trailer Number:
Seal Number:

777-8257691-0   BL Pg 2

SCAC: CTII
Pro Number:

### Ship to
Name: Glibert Company 2680
Adrdress: 2845 BOEING WAY STE 100
City/State/Zip: STOCKTON, CA, 95206-4949
CID # (MVDP) MVDP7071591        FOB:

### THIRD PARTY FREIGHT CHARGES BILL TO:
Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 11804

SEE PG1

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____   Collect: _____   3rd Party: X

_____ Master Bill of Lading: with attached
Underlying Bills of Lading

### SPECIAL INSTRUCTIONS

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 0.00 | | 6.00 | CTN | 108.864 | | INFANT SLEEPING | 81394 | 125 |
| 0.00 | | 1.00 | CTN | 0.873 | | POCKET BUDDY PACIFIER HOLDER | 84260 | 175 |
| 0.00 | | 132.00 | CTN | 1,759.944 | | GRAND TOTAL | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: 'The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____

### CONSIGNEE RESPONSIBLE FOR ALL ACCESSORIAL CHARGES

NOTE: Liability limitation for loss or demage in this shipment may be applicable. See 49. U.S.C 14706(1)(A) and (B).

RECEIVED, subject to Individualy determined tates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

Subject to section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the Consignee without recourse to the Consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payments of freight and all other lawful charges.
_____ Shipper Signature

### SHIPPER SIGNATURE/DATE
This is to certify that the above named materials are properly classified, packeged, marked and labeled, and are in proper condition. Transportation according to the applicable regulations of the DOT.

Trailer Loaded:
_X_ By Shipper
___ By Driver

Freight Counted:
_X_ By Shipper
___ By Driver/pallets
   said to contain
___ By Driver/Pieces

### CARRIER SIGNATURE/PICKUP DATE
Carrier acknowledges receipt of packages and required placecards. Carrier certifies emergency response information was made available and/or has the DOT emergency response guidebook or equivalent documentation in the vehicle.
*Property described above is received in good order except as noted.*

16, 12-22

S/L
1700582

## Bed Bath & Beyond SHIPMENT MANIFEST

**FROM:**
ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

**CONSIGN TO:**
Glibert Company--#2680
2845 BOEING WAY STE 100
STOCKTON, CA, 95206-4949
**Carrier:** CENTRAL TRANSPORT LLC
**Trailer No:**

**Bill of Lading#** 1130004962

777-8257691-0    BL Pg 3

| BBB Store # | BBB P.O. # | Number of Cartons | Total Weight (lbs) | Cube (cu ft) |
|---|---|---|---|---|
| 3034<br>5353 Almaden Expy Ste A100<br>San Jose, CA, 95118-3630 | JP8W3XH | 21 | 296.302 | 98.952 |
| 3034 | JQ8F3PG | 12 | 82.568 | 9.782 |
| 3034 | JR2X4CY | 8 | 7.981 | 2.331 |
| 3034 | JR2N6RJ | 28 | 502.068 | 93.019 |
| **Sub - Total Store #** | 3034 | 69 | 888.919 | 204.084 |
| 3034<br>5353 Almaden Expy Ste A100<br>San Jose, CA, 95118-3630 | JP8W3XH | 21 | 296.302 | 98.952 |
| 3034 | JQ8F3PG | 12 | 82.568 | 9.782 |
| 3034 | JR2X4CY | 8 | 7.981 | 2.331 |
| 3034 | JR2N6RJ | 28 | 502.068 | 93.019 |
| **Sub - Total Store #** | 3034 | 69 | 888.919 | 204.084 |
| 3034<br>5353 Almaden Expy Ste A100<br>San Jose, CA, 95118-3630 | JP8W3XH | 21 | 296.302 | 98.952 |
| 3034 | JQ8F3PG | 12 | 82.568 | 9.782 |
| 3034 | JR2X4CY | 8 | 7.981 | 2.331 |
| 3034 | JR2N6RJ | 28 | 502.068 | 93.019 |
| **Sub - Total Store #** | 3034 | 69 | 888.919 | 204.084 |
| 3034<br>5353 Almaden Expy Ste A100<br>San Jose, CA, 95118-3630 | JP8W3XH | 21 | 296.302 | 98.952 |
| 3034 | JQ8F3PG | 12 | 82.568 | 9.782 |
| 3034 | JR2X4CY | 8 | 7.981 | 2.331 |
| 3034 | JR2N6RJ | 28 | 502.068 | 93.019 |
| **Sub - Total Store #** | 3034 | 69 | 888.919 | 204.084 |
| 3048<br>7458 N BLACKSTONE AVE<br>Fresno, CA, 93720-4301 | JQ8F3PG | 14 | 204.975 | 24.862 |
| 3048 | JR2X4CY | 9 | 138.212 | 32.384 |
| **Sub - Total Store #** | 3048 | 23 | 343.187 | 57.246 |
| 3048<br>7458 N BLACKSTONE AVE<br>Fresno, CA, 93720-4301 | JQ8F3PG | 14 | 204.975 | 24.862 |
| 3048 | JR2X4CY | 9 | 138.212 | 32.384 |
| **Sub - Total Store #** | 3048 | 23 | 343.187 | 57.246 |
| 3055<br>3250 Buskirk Ave Ste 300A<br>Pleasant Hill, CA, 94523-7309 | JQ8F3PG | 7 | 9.286 | 2.507 |
| 3055 | JR2X4CY | 6 | 72.208 | 9.429 |
| **Sub - Total Store #** | 3055 | 7 | 9.286 | 2.507 |

## Bed Bath & Beyond SHIPMENT MANIFEST

**FROM:**
ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

**CONSIGN TO:**
Glibert Company--#2680
2845 BOEING WAY STE 100
STOCKTON, CA, 95206-4949
Carrier: CENTRAL TRANSPORT LLC
Trailer No:

Bill of Lading# 1130004962

777-8257691-0  BL Pg 4

| | | | | |
|---|---|---|---|---|
| **Sub - Total Store #** | 3055 | 13 | 81.494 | 11.936 |
| 3055<br>3250 Buskirk Ave Ste 300A<br>Pleasant Hill, CA, 94523-7309<br>3055 | JQ8F3PG | 7 | 9.286 | 2.507 |
| | JR2X4CY | 6 | 72.208 | 9.429 |
| **Sub - Total Store #** | 3055 | 13 | 81.494 | 11.936 |
| 3058<br>7621 Laguna Blvd<br>Elk Grove, CA, 95758-5077 | JR2X4CY | 2 | 2.857 | 0.883 |
| **Sub - Total Store #** | 3058 | 2 | 2.857 | 0.883 |
| 3088<br>1120 Galleria Blvd<br>Roseville, CA, 95678-4118<br>3088 | JQ8F3PG | 3 | 26.696 | 3.284 |
| 3088 | JQ9U4CG | 1 | 19.749 | 1.554 |
| 3088 | JR2X4CY | 4 | 90.553 | 13.702 |
| **Sub - Total Store #** | 3088 | 8 | 136.998 | 18.540 |
| 3088<br>1120 Galleria Blvd<br>Roseville, CA, 95678-4118<br>3088 | JQ8F3PG | 3 | 26.696 | 3.284 |
| 3088 | JQ9U4CG | 1 | 19.749 | 1.554 |
| 3088 | JR2X4CY | 4 | 90.553 | 13.702 |
| **Sub - Total Store #** | 3088 | 8 | 136.998 | 18.540 |
| 3088<br>1120 Galleria Blvd<br>Roseville, CA, 95678-4118<br>3088 | JQ8F3PG | 3 | 26.696 | 3.284 |
| 3088 | JQ9U4CG | 1 | 19.749 | 1.554 |
| 3088 | JR2X4CY | 4 | 90.553 | 13.702 |
| **Sub - Total Store #** | 3088 | 8 | 136.998 | 18.540 |
| 3108<br>149 Serramonte Ctr<br>Daly City, CA, 94015-2349<br>3108 | JQ8Z6QY | 5 | 39.097 | 5.156 |
| 3108 | JR2X4CY | 8 | 135.117 | 15.362 |
| 3108 | JR2J5WY | 4 | 132.277 | 16.457 |
| **Sub - Total Store #** | 3108 | 17 | 306.491 | 36.975 |
| 3108<br>149 Serramonte Ctr<br>Daly City, CA, 94015-2349<br>3108 | JQ8Z6QY | 5 | 39.097 | 5.156 |
| 3108 | JR2X4CY | 8 | 135.117 | 15.362 |
| 3108 | JR2J5WY | 4 | 132.277 | 16.457 |
| **Sub - Total Store #** | 3108 | 17 | 306.491 | 36.975 |
| 3108<br>149 Serramonte Ctr<br>Daly City, CA, 94015-2349<br>3108 | JQ8Z6QY | 5 | 39.097 | 5.156 |
| 3108 | JR2X4CY | 8 | 135.117 | 15.362 |
| 3108 | JR2J5WY | 4 | 132.277 | 16.457 |
| **Sub - Total Store #** | 3108 | 17 | 306.491 | 36.975 |

# DELIVERY TRAILER MANIFEST

Case 24-01336-VFP   Doc 22-8   Filed 04/14/26   Entered 04/14/26 20:50:31   Desc
Exhibit A - Part 2   Page 51 of 96

Terminal: 181
Trailer Number: HGIU646817
Weight: 15391
HUs: 36
Closed By: AROZARENA, CHARLES
Remarks:

Dest: BBBC 2680 (181T6G)
Door: 14

Date: 10/18/2022
Time: 21:32

Received By: _____
Name: _____
Date: 10-19-22

M#: Q181-0320852-2

| Pro | Flags | Orig | Shipper | Consignee | BOL # | | PO # | Ref # |
|---|---|---|---|---|---|---|---|---|
| 149-7711000-7 HU | | 021 | LIFETIME BRANDS | HUB/BBB STK 2680 (18 | 00375310000493728 | | JQ9P5ZK | 4032544064 |
| ☐149-7711000 01 | | | Loader CT-1811159 | | 149-7711000 01: | S & D ☐ ☐ | Notation | |
| 150-0055030-9 HU | | 274 | YANKEE CANDLE COMPAN | HUB/BBB STK 2680 (18 | 06635951000566893, 06635951000566909 | | JQ7Z7JY, 1110121 | |
| ☐150-0055030 01 | | | Loader CT-1811215 | | 150-0055030 01: | S & D ☐ ☐ | Notation | |
| 150-1951277-9 HU | | 117 | CREATIVE BATH PRODUC | HUB/BBB STK 2680 (18 | 09302271500 | | JQ8H3KL | 4032543959 |
| ☐150-1951277 01 | | | Loader CT-1812067 | | 150-1951277 01: | S & D ☐ ☐ | Notation | |
| 150-2639709-9 HU | | 142 | SPEED GLOBAL SERVICE | HUB/BBB STK 2680 (18 | MVDP7075874 | | | 4032687645 |
| ☐150-2639709 01 | | | Loader CT-1812085 | | 150-2639709 01: | S & D ☐ ☐ | Notation | |
| 150-2642404-2 HU | | 142 | UMBRA INC | HUB/BBB STK 2680 (18 | 00282950006474287 | | JR4J2LU, JR4R2VB | 4032679457 |
| ☐150-2642404 01 | | | Loader CT-1812027 | | 150-2642404 01: | S & D ☐ ☐ | Notation | |
| ☐150-2642404 02 | | | CT-1811429 | | 150-2642404 02: | ☐ ☐ | | |
| ☐150-2642404 03 | | | CT-1811311 | | 150-2642404 03: | ☐ ☐ | | |
| 150-4048502-9 HU | | 089 | BRITANICA HOME FASHI | HUB/BBB STK 2680 (18 | 1436796 | | ORD0001937058, ORD0001937058 | |
| ☐150-4048502 01 | | | Loader CT-1811861 | | 150-4048502 01: | S & D ☐ ☐ | Notation | |
| 150-4052794-5 HU | | 089 | BRITANICA HOME FASHI | HUB/BBB STK 2680 (18 | 1434409 | | ORD0001934393 | 4032239567 |
| ☐150-4052794 01 | | | Loader CT-1811861 | | 150-4052794 01: | S & D ☐ ☐ | Notation | |
| 150-4058775-8 HU | | 089 | HDS TRADING | HUB/BBB STK 2680 (18 | MVDP7074148 | | | 4032687658 |
| ☐150-4058775 01 | | | Loader CT-1812061 | | 150-4058775 01: | S & D ☐ ☐ | Notation | |
| 777-4851509-3 HU | | 142 | ROBINSON HOME PRODUC | HUB/BBB STK 2680 (18 | 00732870005073932 | | JQ6X3FE, JQ7X2HL | 4032238706 |
| ☐777-4851509 01 | | | Loader CT-1811967 | | 777-4851509 01: | S & D ☐ ☐ | Notation | |


**CENTRAL TRANSPORT**

12225 Stephens Road
Warren, MI  48089

## CERTIFIED WEIGHT CERTIFICATE

Pro Number: 777-825/691-0
Date. 10/14/2022

Bill of Lading

CHICCO USA
1626 WILLIAM PENN WAY
LANCASTER, PA 17601

Declared Weight: 1762
Corrected Weight: 1933

Weight Certificate
We Certify that this shipment
has been reweighed and that
the corrected weight as stated
is the true and accurate
weight of the shipment

| HU | Scan Date | Time | Weight | Terminal | Pro Number |
|---|---|---|---|---|---|
| 1 | 10/13/2022 | 07:11 | 375 | 453 | 777-8257691-0 |
| 3 | 10/13/2022 | 07:15 | 340 | 453 | 777-8257691-0 |
| 5 | 10/13/2022 | 07:13 | 593 | 453 | 777-825/691-0 |
| 7 | 10/13/2022 | 07:11 | 218 | 453 | 777 8257691 0 |
| 9 | 10/13/2022 | 07:13 | 407 | 453 | 777-8257691-0 |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| Total | | | 1933 | | |

## Beyond
### Chargeback Details Report

| Vendor Number | | | | | Check Date | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 18595 ARTSANA USA INC/JUVENILE | | | | | 01/09/2023 | | | | |
| Check Number | | | | | | | | | |
| 822852 | | | | | | | | | |

| Inv Number | Inv Date | Store | PO Number | UPC | Type | Charge Qty | Unit Cost | Extended Cost |
|---|---|---|---|---|---|---|---|---|
| 5213170527 | 10/12/2022 | 3055 | JR2X4RM | 49796611472 | CS | 1 | $220.49 | $220.49 |
| **Total CONCEALED SHORT** | | | | | | | | **($220.49)** |

Thursday, Jan 12, 2023                                                                                    Page 1 of  1

| 10/11/2022 | BILL OF LANDING | 1 of 2 |
|---|---|---|

| Ship from | Bill of Lading #1130004956 |
|---|---|
| Name: Chicco USA<br>Address: 1826 William Penn Way<br>City/State/Zip: Lancaster, PA 17601<br><br>FOB: X | ‖‖‖‖‖‖‖‖‖‖ |

| Ship to | Carrier Name: CENTRAL TRANSPORT LLC<br>Trailer Number:<br>Seal Number: |
|---|---|
| Name: Pathmark Transportation -ORL 2651<br>Adrdress: 4501 HOME RUN BLVD STE 400<br>City/State/Zip: DAVENPORT, FL, 33837-6409<br>CID # (MVDP) MVDP7071646      FOB: | SCAC: CTII      777-8257693-6   BL Pg 1<br>Pro Number:<br>Subject to: NMFC 100; CT 100/CT 101 Rules Tariffs; 49 USC 14706 and 49 CFR 370<br>Driver's Signature Only Acknowledges Receipt of Freight |

| THIRD PARTY FREIGHT CHARGES BILL TO: | |
|---|---|
| Name: BB & B<br>Address: BER<br><br>City/State/Zip | Bed Bath & Beyond C/O HubGroup<br>2000 Clearwater Drive<br>Oak Brook IL 60523 |

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____   Collect: ___ _   3rd Party: X

Master Bill of Lading: with attached
_____ Underlying Bills of Lading

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | #PKGS | WEIGHT | PALLET | SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| JQ8F3PG | 10 | 66.176 | | Y | |
| JQ8R7TA | 9 | 98.979 | | Y | |
| JQ8F3PG | 13 | 151.475 | | Y | |
| JQ9U4CG | 1 | 19.749 | | Y | |
| JQ8E9XG | 15 | 170.673 | | Y | |
| JQ8F3PG | 11 | 62.953 | | Y | |
| JQ9U4CG | 1 | 1.323 | | Y | |
| JQ8Y4BQ | 8 | 158.645 | | Y | |
| JR2X4CY | 2 | 1.323 | | Y | |
| JR2X4CY | 4 | 4.619 | | Y | |
| JR2X4CY | 1 | 1.786 | | Y | |
| JR2X4CY | 10 | 157.289 | | Y | |
| **GRAND TOTAL** | 85 | 893.989 | 3 | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 0.00 | | 31.00 | CTN | 197.093 | | CAR SEATS, CUPS, PACIFIERS | 156600 | 125 |
| 0.00 | | 19.00 | CTN | 418.658 | | STROLLERS | 188690 | 125 |
| 0.00 | | 14.00 | CTN | 189.227 | | FEEDING SEATS | 79620 | 85 |
| 0.00 | | 15.00 | CTN | 14.687 | | HIGHCHAIRS | 80635 | 125 |
| 0.00 | | 4.00 | CTN | 72.576 | | INFANT SLEEPING | 81394 | 125 |
| 0.00 | | 2.00 | CTN | 1.746 | | POCKET BUDDY PACIFIER HOLDER | 84260 | 175 |
| 0.00 | | 85.00 | CTN | 893.987 | | **GRAND TOTAL** | | |

| 10/11/2022 | BILL OF LANDING | 2 of 2 |
|---|---|---|

### Ship from
Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601

FOB: X

**Bill of Lading #1130004956**

### Ship to
Name: Pathmark Transportation -ORL 2651
Adrdress: 4501 HOME RUN BLVD STE 400
City/State/Zip: DAVENPORT, FL, 33837-6409
CID # (MVDP) MVDP7071646     FOB:

Carrier Name: CENTRAL TRANSPORT LLC
Trailer Number:
Seal Number:

SCAC: CTII
Pro Number:

777-8257693-6   BL Pg 2

### THIRD PARTY FREIGHT CHARGES BILL TO:
Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
        P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 11804

See pg1

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____   Collect: _____   3rd Party: X

_____ Master Bill of Lading: with attached Underlying Bills of Lading

### SPECIAL INSTRUCTIONS

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

**CONSIGNEE RESPONSIBLE FOR
ALL ACCESSORIAL CHARGES**

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: 'The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____

NOTE: Liability limitation for loss or demage in this shipment may be applicable. See 49. U.S.C 14706(1)(A) and (B).

RECEIVED, subject to Individualy determined tates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

Subject to section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the Consignee without recourse to the Consignor, the consigno shall sign the following statement:
The carrier shall not make delivery of this shipment without payments of freight and all other lawful charges.
_____ Shipper Signature

### SHIPPER SIGNATURE/DATE
This is to certify that the above named materials are properly classified, packeged, marked and labeled, and are in proper condition. Transportation according to the applicable regulations of the DOT.

Trailer Loaded:
_X_ By Shipper
___ By Driver

Freight Counted:
_X_ By Shipper
___ By Driver/pallets
    said to contain
___ By Driver/Pieces

### CARRIER SIGNATURE/PICKUP DATE
Carrier acknowledges receipt of packages and required placecards. Carrier certifies emergency response information was made available and/or has the DOT emergency response guidebook or equivalent documentation in the vehicle.
*Property described above is received in good order except as noted.*

16-12-22

Sic

1700582

## Bed Bath & Beyond SHIPMENT MANIFEST

**FROM:**
ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

Bill of Lading# 1130004956

**CONSIGN TO:**
Pathmark Transportation -ORL--#2651
4501 HOME RUN BLVD STE 400
DAVENPORT, FL, 33837-6409
Carrier: CENTRAL TRANSPORT LLC
Trailer No:

777-8257693-6   BL

| BBB Store # | BBB P.O. # | Number of Cartons | Total Weight (lbs) | Cube (cu ft) |
|---|---|---|---|---|
| 3029<br>11345 Causeway Blvd<br>Brandon, FL, 33511-2904 | JQ8F3PG | 10 | 65.175 | 9.782 |
| 3029 | JQ8R7TA | 9 | 98.979 | 12.855 |
| 3029 | JR2X4CY | 2 | 1.323 | 0.318 |
| , , | | | | |
| **Sub - Total Store #** | 3029 | 21 | 165.477 | 22.955 |
| 3029<br>11345 Causeway Blvd<br>Brandon, FL, 33511-2904 | JQ8F3PG | 10 | 65.175 | 9.782 |
| 3029 | JQ8R7TA | 9 | 98.979 | 12.855 |
| 3029 | JR2X4CY | 2 | 1.323 | 0.318 |
| , , | | | | |
| **Sub - Total Store #** | 3029 | 21 | 165.477 | 22.955 |
| 3029<br>11345 Causeway Blvd<br>Brandon, FL, 33511-2904 | JQ8F3PG | 10 | 65.175 | 9.782 |
| 3029 | JQ8R7TA | 9 | 98.979 | 12.855 |
| 3029 | JR2X4CY | 2 | 1.323 | 0.318 |
| , , | | | | |
| **Sub - Total Store #** | 3029 | 21 | 165.477 | 22.955 |
| 3071<br>8801 Southside Blvd Ste 10<br>JACKSONVILLE, FL, 32256-0796 | JR2X4CY | 10 | 157.289 | 20.412 |
| **Sub - Total Store #** | 3071 | 10 | 157.289 | 20.412 |
| 3072<br>130 E Altamonte Dr Ste 1000<br>Altamonte Springs, FL, 32701-4324 | JQ8F3PG | 13 | 151.475 | 25.003 |
| 3072 | JQ9U4CG | 1 | 19.749 | 1.554 |
| 3072 | JQ8E9XG | 15 | 170.673 | 22.849 |
| 3072 | JR2X4CY | 4 | 4.619 | 0.848 |
| , , | | | | |
| **Sub - Total Store #** | 3072 | 33 | 346.516 | 50.254 |
| 3072<br>130 E Altamonte Dr Ste 1000<br>Altamonte Springs, FL, 32701-4324 | JQ8F3PG | 13 | 151.475 | 25.003 |
| 3072 | JQ9U4CG | 1 | 19.749 | 1.554 |
| 3072 | JQ8E9XG | 15 | 170.673 | 22.849 |
| 3072 | JR2X4CY | 4 | 4.619 | 0.848 |
| , , | | | | |
| **Sub - Total Store #** | 3072 | 33 | 346.516 | 50.254 |
| 3072<br>130 E Altamonte Dr Ste 1000<br>Altamonte Springs, FL, 32701-4324 | JQ8F3PG | 13 | 151.475 | 25.003 |
| 3072 | JQ9U4CG | 1 | 19.749 | 1.554 |
| 3072 | JQ8E9XG | 15 | 170.673 | 22.849 |
| 3072 | JR2X4CY | 4 | 4.619 | 0.848 |
| **Sub - Total Store #** | 3072 | 29 | 341.897 | 49.406 |

## Bed Bath & Beyond SHIPMENT MANIFEST

**FROM:**
ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

Bill of Lading# 1130004956

**CONSIGN TO:**
Pathmark Transportation -ORL--#2651
4501 HOME RUN BLVD STE 400
DAVENPORT, FL, 33837-6409
Carrier: CENTRAL TRANSPORT LLC
Trailer No:

777-8257693-6   BL Pg 4

| | | | | |
|---|---|---|---|---|
| **Sub - Total Store #** | 3072 | 33 | 346.516 | 50.254 |
| 3072<br>130 E Altamonte Dr Ste 1000<br>Altamonte Springs, FL, 32701-4324<br>3072 | JQ8F3PG | 13 | 151.475 | 25.003 |
| | JQ9U4CG | 1 | 19.749 | 1.554 |
| 3072 | JQ8E9XG | 15 | 170.673 | 22.849 |
| 3072 | JR2X4CY | 4 | 4.619 | 0.848 |
| **Sub   Total Store #** | 3072 | 33 | 346.516 | 50.254 |
| 3074<br>3206 EAST COLONIAL DRIVE<br>Orlando, FL, 32803-5121<br>3074 | JQ8F3PG | 11 | 62.953 | 9.111 |
| | JQ9U4CG | 1 | 1.323 | 0.388 |
| 3074 | JQ8Y4BQ | 8 | 158.645 | 20.447 |
| 3074 | JR2X4CY | 1 | 1.786 | 0.318 |
| **Sub - Total Store #** | 3074 | 21 | 224.707 | 30.264 |
| 3074<br>3206 EAST COLONIAL DRIVE<br>Orlando, FL, 32803-5121<br>3074 | JQ8F3PG | 11 | 62.953 | 9.111 |
| | JQ9U4CG | 1 | 1.323 | 0.388 |
| 3074 | JQ8Y4BQ | 8 | 158.645 | 20.447 |
| 3074 | JR2X4CY | 1 | 1.786 | 0.318 |
| **Sub - Total Store #** | 3074 | 21 | 224.707 | 30.264 |
| 3074<br>3206 EAST COLONIAL DRIVE<br>Orlando, FL, 32803-5121<br>3074 | JQ8F3PG | 11 | 62.953 | 9.111 |
| | JQ9U4CG | 1 | 1.323 | 0.388 |
| 3074 | JQ8Y4BQ | 8 | 158.645 | 20.447 |
| 3074 | JR2X4CY | 1 | 1.786 | 0.318 |
| **Sub - Total Store #** | 3074 | 21 | 224.707 | 30.264 |
| 3074<br>3206 EAST COLONIAL DRIVE<br>Orlando, FL, 32803-5121<br>3074 | JQ8F3PG | 11 | 62.953 | 9.111 |
| | JQ9U4CG | 1 | 1.323 | 0.388 |
| 3074 | JQ8Y4BQ | 8 | 158.645 | 20.447 |
| 3074 | JR2X4CY | 1 | 1.786 | 0.318 |
| **Sub - Total Store #** | 3074 | 21 | 224.707 | 30.264 |

# DELIVERY TRAILER MANIFEST

Terminal: **181**
Trailer Number: **HGIU649879**
Weight: **13252**
HUs: **32**
Closed By: **JOHNSON, LAMARR**
Remarks:

Dest: BBBC 2651 (181T5G)
Door: **22**

Date: 10/25/2022
Time: **06:11**

Received By: _(signature)_
Name: Saadiq Rangl
Date: 10/27/22

M#: **Q181-0321443-2**

| Pro | Flags | Orig | Shipper | Consignee | BOL # | | | PO # | | Ref # |
|-----|-------|------|---------|-----------|-------|---|---|------|--------|-------|
| **777-8166745-4** | | 171 | MAYTEX MILLS | HUB/BBB ORL 2651 (18 | 00734610004451406 | | | JQ8S3NS, JQ9P8FR, JQ8H5RD, 807447, 816 | | |
| HU | | | Loader | | | S | & D | | Notation | |
| ☐111-0230253 06 | | | CT-1812093 | | 111-0230253 06: | ☐ | ☐ | | | |
| **149-6803520-5** | | 217 | INSTANT BRANDS LLC | HUB/BBB ORL 2651 (18 | 07116000115580946 | | | JQ8M8EP | | 4032687575 |
| HU | | | Loader | | | S | & D | | Notation | |
| ☐149-6803520 01 | | | CT-1811967 | | 149-6803520 01: | ☐ | ☐ | | | |
| ☐149-6803520 02 | | | CT-1811311 | | 149-6803520 02: | ☐ | ☐ | | | |
| **149-8620237-3** | HSS | 274 | INDOCOUNT | HUB/BBB ORL 2651 (18 | 00817490001318372 | | | JQ8A5LD | | 4032544275 |
| HU | | | Loader | | | S | & D | | Notation | |
| ☐149-8620237 01 | | | CT-181745 | | 149-8620237 01: | ☐ | ☐ | | | |
| ☐149-8620237 02 | | | CT-181745 | | 149-8620237 02: | ☐ | ☐ | | | |
| ☐149-8620237 03 | | | CT-181745 | | 149-8620237 03: | ☐ | ☐ | | | |
| ☐149-8620237 04 | | | CT-181745 | | 149-8620237 04: | ☐ | ☐ | | | |
| ☐149-8620237 05 | | | CT-181745 | | 149-8620237 05: | ☐ | ☐ | | | |
| ☐149-8620237 06 | | | CT-181745 | | 149-8620237 06: | ☐ | ☐ | | | |
| ☐149-8620237 07 | | | CT-181745 | | 149-8620237 07: | ☐ | ☐ | | | |
| ☐149-8620237 08 | | | CT-181745 | | 149-8620237 08: | ☐ | ☐ | | | |
| ☐149-8620237 09 | | | CT-181745 | | 149-8620237 09: | ☐ | ☐ | | | |
| ☐149-8620237 10 | | | CT-181745 | | 149-8620237 10: | ☐ | ☐ | | | |
| **150-1951274-6** | | 117 | CREATIVELY DESIGNED | HUB/BBB ORL 2651 (18 | 09302271490 | | | JQ8H3KL | | 4032544212 |
| HU | | | Loader | | | S | & D | | Notation | |
| ☐150-1951274 01 | | | CT-1812067 | | 150-1951274 01: | ☐ | ☐ | | | |
| **150-2642411-7** | | 142 | UMBRA INC | HUB/BBB ORL 2651 (18 | 00282950006474447 | | | JR4R2VB, JR4J2LU, JR4R2VB | | |
| HU | | | Loader | | | S | & D | | Notation | |
| ☐150-2642411 01 | | | CT-1811921 | | 150-2642411 01: | ☐ | ☐ | | | |
| ☐150-2642411 02 | | | CT-1811967 | | 150-2642411 02: | ☐ | ☐ | | | |
| ☐150-2642411 03 | | | CT-1811985 | | 150-2642411 03: | ☐ | ☐ | | | |
| ☐150-2642411 04 | | | CT-1812089 | | 150-2642411 04: | ☐ | ☐ | | | |
| **150-2939906-8** | | 072 | H SCHULTZ - SONS | HUB/BBB ORL 2651 (18 | 219904 | | | | | 4032687424 |
| HU | | | Loader | | | S | & D | | Notation | |
| ☐150-2939906 01 | | | CT-1811927 | | 150-2939906 01: | ☐ | ☐ | | | |
| ☐150-2939906 02 | | | CT-1811667 | | 150-2939906 02: | ☐ | ☐ | | | |



**CENTRAL TRANSPORT**

12225 Stephens Road
Warren, MI 48089

## CERTIFIED WEIGHT CERTIFICATE

Pro Number: 777-825/693-6
Date. 10/13/2022

Bill of Lading

CHICCO USA
1626 WILLIAM PENN WAY
LANCASTER, PA 17601

Weight Certificate
We Certify that this shipment
has been reweighed and that
the corrected weight as stated
is the true and accurate
weight of the shipment

Declared Weight: 896
Corrected Weight: 1298

| HU | Scan Date | Time | Weight | Terminal | Pro Number |
|---|---|---|---|---|---|
| 1 | 10/13/2022 | 05:54 | 446 | 212 | 777-8257693-6 |
| 3 | 10/13/2022 | 05:54 | 380 | 212 | 777-8257693-6 |
| 5 | 10/13/2022 | 11:39 | 472 | 212 | 777-825/693-6 |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| Total | | | 1298 | | |

# Beyond
## Chargeback Details Report

| Vendor Number | | | | | Check Date | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 18595 ARTSANA USA INC/JUVENILE | | | | | 01/09/2023 | | | | |
| Check Number | | | | | | | | | |
| 822852 | | | | | | | | | |

| Inv Number | Inv Date | Store | PO Number | UPC | Type | Charge Qty | Unit Cost | Extended Cost |
|---|---|---|---|---|---|---|---|---|
| 5213178526 | 11/17/2022 | 3118 | JR8Y7VM | 49796612578 | CS | 1 | $125.99 | $125.99 |
| **Total CONCEALED SHORT** | | | | | | | | **($125.99)** |

| 11/16/2022 | | BILL OF LANDING | | | 1 of 3 | |
|---|---|---|---|---|---|---|

**Ship from**

Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601
FOB: X

**Bill of Lading #1130005102**

**Ship to**

Name: BED BATH AND BEYOND 2613 2613
Adrress: 2401 E PACIFIC COAST HWY
City/State/Zip: WILMINGTON, CA, 90744-2920
CID # (MVDP) MVDP7090462          FOB:

Carrier Name: CENTRAL TRANSPORT LLC
Trailer Number:
Seal Number:

SCAC: CTII          **777-7158181-4**   BL Pg 1
Pro Number:

Subject to: NMFC 100; CT 100/CT 101 Rules Tariffs; 49 USC 14706 and 49 CFR 370
Driver's Signature Only Acknowledges Receipt of Freight

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
          P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 11804

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____   Collect: __X__   3rd Party: _____

Master Bill of Lading: with attached
_____ Underlying Bills of Lading

**SPECIAL INSTRUCTIONS**

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | #PKGS | WEIGHT | PALLET | SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| JR8K2RM | 6 | 122.123 | | Y | |
| JR7P2FP | 9 | 91.355 | | Y | |
| JR8K2RM | 1 | 0.326 | | Y | |
| JR8A2LH | 12 | 16.539 | | Y | |
| JR7P2FP | 9 | 154.650 | | Y | |
| JR6K5SD | 1 | 1.786 | | Y | |
| JR8K2RM | 3 | 35.265 | | Y | |
| JR7P2FP | 9 | 81.157 | | Y | |
| JR8K2RM | 2 | 67.484 | | Y | |
| JR7P2FP | 1 | 21.936 | | Y | |
| JR3R5GV | 1 | 1.786 | | Y | |
| JR8K2RM | 1 | 1.323 | | Y | |
| JR7P2FP | 2 | 68.895 | | Y | |
| JR7N3DS | 7 | 16.138 | | Y | |
| JR8K2RM | 1 | 0.833 | | Y | |
| JR7P2FP | 10 | 52.254 | | Y | |
| JR8K2RM | 1 | 0.489 | | Y | |
| JR7P2FP | 7 | 97.594 | | Y | |
| JR8K2RM | 1 | 1.534 | | Y | |
| JR7P2FP | 9 | 150.805 | | Y | |
| JR8K2RM | 3 | 34.524 | | Y | |
| JR7S2TD | 6 | 112.524 | | Y | |
| JR7P2FP | 9 | 150.915 | | Y | |
| JR8K2RM | 5 | 51.412 | | Y | |
| JR7P2FP | 10 | 178.522 | | Y | |
| JR2E5AC | 1 | 1.786 | | Y | |
| JR8K2RM | 2 | 51.544 | | Y | |
| JR7P2FP | 5 | 43.841 | | Y | |
| **GRAND TOTAL** | 134 | 1,609.340 | | | |

| 11/16/2022 | | BILL OF LANDING | | | | 2 of 3 |
|---|---|---|---|---|---|---|

**Ship from** — Bill of Lading #1130005102

Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601
FOB: X

**Ship to**

Name: BED BATH AND BEYOND 2613 2613
Adrdress: 2401 E PACIFIC COAST HWY
City/State/Zip: WILMINGTON, CA, 90744-2920
CID # (MVDP) MVDP7090462   FOB:

Carrier Name: CENTRAL TRANSPORT LLC
Trailer Number:
Seal Number:

777-7158181-4   BL Pg 2

SCAC: CTII
Pro Number:

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 11804

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____   Collect: __X__   3rd Party: _____

_____ Master Bill of Lading: with attached
Underlying Bills of Lading

**SPECIAL INSTRUCTIONS**

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

| CUSTOMER ORDER NUMBER | #PKGS | WEIGHT | PALLET | SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| JR8K2RM | 1 | 0.489 | | Y | |
| JR7P2FP | 5 | 21.791 | | Y | |
| JQ5D8YL | 2 | 51.544 | | Y | |
| JQ7T7ZV | 2 | 51.544 | | Y | |
| JR6S5HC | 1 | 1.623 | | Y | |
| JR8K2RM | 2 | 51.544 | | Y | |
| JR8S5TE | 7 | 166.912 | | Y | |
| JR9V8TS | 13 | 265.450 | | Y | |
| JR8K2RM | 1 | 0.163 | | Y | |
| JR9V8TS | 6 | 51.368 | | Y | |
| JR9V8TS | 7 | 93.132 | | Y | |
| JR8S5TE | 2 | 24.560 | | Y | |
| JR9V8TS | 1 | 1.623 | | Y | |
| JR8V3LX | 8 | 156.683 | | Y | |
| JR8S5TE | 1 | 12.280 | | Y | |
| JR9V8TS | 2 | 24.560 | | Y | |
| JR8S5TE | 3 | 36.839 | | Y | |
| JR9V8TS | 2 | 22.664 | | Y | |
| JR9D2QD | 18 | 371.259 | | Y | |
| JR6S5FL | 4 | 6.490 | | Y | |
| JR9V8TS | 2 | 2.310 | | Y | |
| JR8S5TE | 1 | 12.280 | | Y | |
| JR9V8TS | 2 | 1.561 | | Y | |
| JR8Y7VM | 24 | 474.819 | | Y | |
| JR9V8TS | 24 | 467.098 | | Y | |
| JR9V8TS | 4 | 132.277 | | Y | |
| JR9V8TS | 5 | 4.890 | | Y | |
| **GRAND TOTAL** | 284 | 4,117.093 | 9 | | |

**CARRIER INFORMATION**

| HANDLING UNIT | PACKAGE | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY |
|---|---|---|---|---|---|
| | | | | | |

| 11/16/2022 | BILL OF LANDING | 3 of 3 |
|---|---|---|

### Ship from

Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601

FOB: X

**Bill of Lading #1130005102**

Carrier Name: CENTRAL TRANSPORT LLC
Trailer Number:
Seal Number:

**777-7158181-4**   BL Pg 3

SCAC: CTII
Pro Number:

### Ship to

Name: BED BATH AND BEYOND 2613 2613
Adrdress: 2401 E PACIFIC COAST HWY
City/State/Zip: WILMINGTON, CA, 90744-2920
CID # (MVDP) MVDP7090462        FOB:

### THIRD PARTY FREIGHT CHARGES BILL TO:

Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
            P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 11804

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____    Collect: __X__    3rd Party: _____

Master Bill of Lading: with attached
_____ Underlying Bills of Lading

### SPECIAL INSTRUCTIONS

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 0.00 | | 104.00 | CTN | 1,326.787 | | CAR SEATS, CUPS, PACIFIERS | 156600 | 125 |
| 0.00 | | 7.00 | CTN | 108.335 | | CARRIER BABY | 187645 | 175 |
| 0.00 | | 89.00 | CTN | 2,316.399 | | STROLLERS | 188690 | 125 |
| 0.00 | | 5.00 | CTN | 3.439 | | PACIFIER CLIP | 56290 | 100 |
| 0.00 | | 16.00 | CTN | 211.274 | | FEEDING SEATS | 79620 | 85 |
| 0.00 | | 51.00 | CTN | 71.298 | | HIGHCHAIRS | 80635 | 125 |
| 0.00 | | 4.00 | CTN | 72.576 | | INFANT SLEEPING | 81394 | 125 |
| 0.00 | | 8.00 | CTN | 6.984 | | POCKET BUDDY PACIFIER HOLDER | 84260 | 175 |
| 0.00 | | 284.00 | CTN | 4,117.092 | | **GRAND TOTAL** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: 'The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____

### CONSIGNEE RESPONSIBLE FOR
### ALL ACCESSORIAL CHARGES

NOTE: Liability limitation for loss or demage in this shipment may be applicable. See 49. U.S.C 14706(1)(A) and (B).

RECEIVED, subject to Individualy determined tates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

Subject to section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the Consignee without recourse to the Consignor, the consigno shall sign the following statement:
The carrier shall not make delivery of this shipment without payments of freight and all other lawful charges.
_____ Shipper Signature

### SHIPPER SIGNATURE/DATE

This is to certify that the above named materials are properly classified, packeged, marked and labeled, and are in proper condition. Transportation according to the applicable regulations of the DOT.

Trailer Loaded:
_X_ By Shipper
___ By Driver

Freight Counted:
_X_ By Shipper
___ By Driver/pallets said to contain
___ By Driver/Pieces

### CARRIER SIGNATURE/PICKUP DATE

Carrier acknowledges receipt of packages and required placecards. Carrier certifies emergency response information was made available and/or has the DOT emergency response guidebook or equivalent documentation in the vehicle.
*Property described above is received in good order except as noted.*



**CENTRAL TRANSPORT**

12225 Stephens Road
Warren, MI 48089

## CERTIFIED WEIGHT CERTIFICATE

Pro Number: ///-/158181-4
Date. 11/19/2022

Bill of Lading

CHICCO USA
1826 WILLIAM PENN WAY
LANCASTER, PA 17601

Weight Certificate
We Certify that this shipment
has been reweighed and that
the corrected weight as stated
is the true and accurate
weight of the shipment

Declared Weight: 4121
Corrected Weight: 4340

| HU | Scan Date | Time | Weight | Terminal | Pro Number |
|---|---|---|---|---|---|
| 1 | 11/18/2022 | 05:18 | 213 | 181 | 777-7158181-4 |
| 3 | 11/18/2022 | 05:18 | 444 | 181 | 777-7158181-4 |
| 5 | 11/18/2022 | 05:55 | 485 | 181 | ///-/158181-4 |
| 7 | 11/18/2022 | 05:53 | 316 | 181 | 777 7158181 4 |
| 9 | 11/18/2022 | 05:57 | 462 | 181 | 777-7158181-4 |
| 11 | 11/18/2022 | 05:59 | 570 | 181 | 777-7158181-4 |
| 13 | 11/18/2022 | 06:01 | 633 | 181 | ///-/158181-4 |
| 15 | 11/18/2022 | 05:55 | 225 | 181 | 777 7158101 4 |
| 17 | 11/18/2022 | 05:55 | 573 | 181 | 777-7158181-4 |
| 19 | 11/18/2022 | 05:50 | 419 | 181 | 777-7158181-4 |
| Total | | | 4340 | | |

# Beyond

## Chargeback Details Report

| Vendor Number | | | | | Check Date | | | |
|---|---|---|---|---|---|---|---|---|
| 18595 ARTSANA USA INC/JUVENILE | | | | | 12/08/2022 | | | |
| Check Number | | | | | | | | |
| 821512 | | | | | | | | |

| Inv Number | Inv Date | Store | PO Number | UPC | Type | Charge Qty | Unit Cost | Extended Cost |
|---|---|---|---|---|---|---|---|---|
| 5213174580 | 11/01/2022 | 3024 | JR6P9DZ | 49796400847 | CS | 2 | $27.23 | $54.46 |
| 5213174580 | 11/01/2022 | 3024 | JR6P9DZ | 49796400953 | CS | 6 | $3.70 | $22.20 |
| 5213174580 | 11/01/2022 | 3024 | JR6P9DZ | 49796401097 | CS | 4 | $10.80 | $43.20 |
| 5213174580 | 11/01/2022 | 3024 | JR6P9DZ | 49796611755 | CS | 6 | $31.49 | $188.94 |
| **Total CONCEALED SHORT** | | | | | | | | **($308.80)** |

| 11/01/2022 | BILL OF LANDING | 1 of 2 |
|---|---|---|

| Ship from | | Bill of Lading #1130004979 |
|---|---|---|

Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601
FOB: X

**Ship to**

Name: Distribution Technology 2662
Adrdress: 1701 CONTINENTAL BLVD
City/State/Zip: CHARLOTTE, NC, 28273-6374
CID # (MVDP) MVDP7083532    FOB:

Carrier Name: ROADWAY EXPRESS
Trailer Number:
Seal Number:

05/11/22    **664-009657-1**    YRC

SCAC: RDW
Pro Number:    YRC BOL    135

YRC Freight tariffs are incorporated herein (copies available upon request).
YRC Freight tariffs limit its liability. This shipment is subject to the terms and conditions
of the Uniform Straight Bill of Lading as stated in the NMFC 100 series tariff.

| CKR | PCS | O/B UNIT | DEST |
|---|---|---|---|

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 11804

Freight Charg
marked
othewise)

Prepaid: _____    Collect: __X__    3rd Party: _____

**SPECIAL INSTRUCTIONS**

Master Bill of Lading: with attached
_____ Underlying Bills of Lading

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | #PKGS | WEIGHT | PALLET | SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| JQ6Q3KL | 8 | 236.336 | | Y | |
| JR5L2RQ | 6 | 177.252 | | Y | |
| JR6A7LZ | 4 | 62.012 | | Y | |
| JQ6Q3KL | 8 | 236.336 | | Y | |
| JQ8Z3QF | 3 | 88.626 | | Y | |
| JR6A7LZ | 2 | 21.081 | | Y | |
| JQ6Q3KL | 8 | 236.336 | | Y | |
| JR5L2RQ | 10 | 295.420 | | Y | |
| JR6A7LZ | 6 | 43.215 | | Y | |
| JQ6Q7CA | 7 | 206.794 | | Y | |
| JR6A7LZ | 3 | 61.178 | | Y | |
| JR5C7PN | 17 | 241.360 | | Y | |
| JQ6Q3KL | 3 | 88.626 | | Y | |
| JR5L2RQ | 1 | 29.542 | | Y | |
| JR6A7LZ | 3 | 3.757 | | Y | |
| JR6A7LZ | 4 | 24.943 | | Y | |
| JQ4B3UU | 3 | 132.277 | | Y | |
| JR6P9DZ | 10 | 102.735 | | Y | |
| JQ4B3UU | 3 | 132.277 | | Y | |
| JQ4B3UU | 3 | 132.277 | | Y | |
| JR6M2KZ | 6 | 118.494 | | Y | |
| JQ4B3UU | 3 | 132.277 | | Y | |
| **GRAND TOTAL** | 121 | 2,803.151 | 0 | | |

| 11/01/2022 | BILL OF LANDING | 2 of 2 |
|---|---|---|

| Ship from | Bill of Lading #1130004979 |
|---|---|
| Name: Chicco USA<br>Address: 1826 William Penn Way<br>City/State/Zip: Lancaster, PA 17601<br><br>FOB: X | |

| Ship to | |
|---|---|
| Name: Distribution Technology 2662<br>Address: 1701 CONTINENTAL BLVD<br>City/State/Zip: CHARLOTTE, NC, 28273-6374<br>CID # (MVDP) MVDP7083532        FOB: | Carrier Name: ROADWAY EXPRESS<br>Trailer Number:<br>Seal Number: |
| | SCAC: RDWY<br>Pro Number: |

| THIRD PARTY FREIGHT CHARGES BILL TO: | |
|---|---|
| Name: BB & B<br>Address: BERMAN, BLAKE ASSOCIATES<br>             P.O. BOX 9202<br>City/State/Zip: OLD BETHPAGE, N.Y. 11804 | |
| **SPECIAL INSTRUCTIONS** | Freight Charge Terms: (freight charges are collect Unless marked othewise)<br><br>Prepaid: _____   Collect: __X__   3rd Party: _____<br><br>            Master Bill of Lading: with attached<br>_____ Underlying Bills of Lading |
| BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST | |

| CUSTOMER ORDER NUMBER | #PKGS | WEIGHT | PALLET | SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| JR6M9JU | 13 | 15.706 | | Y | |
| JR6K5TG | 27 | 95.112 | | Y | |
| **GRAND TOTAL** | 161 | 2,913.969 | *6 5* | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 0.00 | | 96.00 | CTN | 2,227.145 | | CAR SEATS, CUPS, PACIFIERS | 156600 | 125 |
| 0.00 | | 4.00 | CTN | 61.906 | | CARRIER BABY | 187645 | 175 |
| 0.00 | | 16.00 | CTN | 367.401 | | STROLLERS | 188690 | 125 |
| 0.00 | | 4.00 | CTN | 2.751 | | PACIFIER CLIP | 56290 | 100 |
| 0.00 | | 12.00 | CTN | 210.811 | | FEEDING SEATS | 79620 | 85 |
| 0.00 | | 28.00 | CTN | 43.083 | | HIGHCHAIRS | 80635 | 125 |
| 0.00 | | 1.00 | CTN | 0.873 | | POCKET BUDDY PACIFIER HOLDER | 84260 | 175 |
| 0.00 | | 161.00 | CTN | 2,913.970 | | **GRAND TOTAL** | | |

| Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: 'The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____ | **CONSIGNEE RESPONSIBLE FOR ALL ACCESSORIAL CHARGES** |
|---|---|

NOTE: Liability limitation for loss or demage in this shipment may be applicable. See 49. U.S.C 14706(1)(A) and (B).

| RECEIVED, subject to Individualy determined tates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations. | Subject to section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the Consignee without recourse to the Consignor, the consignor shall sign the following statement:<br>The carrier shall not make delivery of this shipment without payments of freight and all other lawful charges.<br>                                      Shipper Signature |
|---|---|

| **SHIPPER SIGNATURE/DATE**<br>This is to certify that the above named materials are properly classified, packeged, marked and labeled, and are in proper condition. Transportation according to the applicable regulations of the DOT. | Trailer Loaded:   Freight Counted:<br>_X_ By Shipper    _X_ By Shipper<br>___ By Driver      ___ By Driver/pallets<br>                          said to contain<br>                   ___ By Driver/Pieces | **CARRIER SIGNATURE/PICKUP DATE**<br>Carrier acknowledges receipt of packages and required placecards. Carrier certifies emergency response information was made available and/or has the DOT emergency response guidebook or equivalent documentation in the vehicle.<br>*Property described above is received in good order except as noted)* |
|---|---|---|

*4w 843255 (8 shts) 11-1-22*

## Bed Bath & Beyond SHIPMENT MANIFEST

**FROM:**
ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

Bill of Lading# 1130004979

**CONSIGN TO:**
Distribution Technology--#2662
1701 CONTINENTAL BLVD
CHARLOTTE, NC, 28273-6374
**Carrier:** ROADWAY EXPRESS
**Trailer No:**

| BBB Store # | BBB P.O. # | Number of Cartons | Total Weight (lbs) | Cube (cu ft) |
|---|---|---|---|---|
| 3019<br>242 ROBERT C DANIELS JR PARKWAY<br>AUGUSTA, GA, 30909 | JQ6Q7CA | 7 | 206.794 | 19.388 |
| 3019 | JR6A7LZ | 3 | 61.178 | 7.416 |
| 3019 | JQ4B3UU | 3 | 132.277 | 30.794 |
| 3019 | JR6M2KZ | 6 | 118.494 | 9.429 |
| Sub - Total Store # | 3019 | 19 | 518.743 | 67.027 |
| 3019<br>242 ROBERT C DANIELS JR PARKWAY<br>AUGUSTA, GA, 30909 | JQ6Q7CA | 7 | 206.794 | 19.388 |
| 3019 | JR6A7LZ | 3 | 61.178 | 7.416 |
| 3019 | JQ4B3UU | 3 | 132.277 | 30.794 |
| 3019 | JR6M2KZ | 6 | 118.494 | 9.429 |
| Sub - Total Store # | 3019 | 19 | 518.743 | 67.027 |
| 3019<br>242 ROBERT C DANIELS JR PARKWAY<br>AUGUSTA, GA, 30909 | JQ6Q7CA | 7 | 206.794 | 19.388 |
| 3019 | JR6A7LZ | 3 | 61.178 | 7.416 |
| 3019 | JQ4B3UU | 3 | 132.277 | 30.794 |
| 3019 | JR6M2KZ | 6 | 118.494 | 9.429 |
| Sub - Total Store # | 3019 | 19 | 518.743 | 67.027 |
| 3019<br>242 ROBERT C DANIELS JR PARKWAY<br>AUGUSTA, GA, 30909 | JQ6Q7CA | 7 | 206.794 | 19.388 |
| 3019 | JR6A7LZ | 3 | 61.178 | 7.416 |
| 3019 | JQ4B3UU | 3 | 132.277 | 30.794 |
| 3019 | JR6M2KZ | 6 | 118.494 | 9.429 |
| Sub - Total Store # | 3019 | 19 | 518.743 | 67.027 |
| 3024<br>9555 South Blvd<br>Charlotte, NC, 28273-6901 | JQ6Q3KL | 8 | 236.336 | 22.178 |
| 3024 | JR5L2RQ | 6 | 177.252 | 16.633 |
| 3024 | JR6A7LZ | 4 | 62.012 | 7.557 |
| 3024 | JQ4B3UU | 3 | 132.277 | 30.794 |
| 3024 | JR6P9DZ | 10 | 102.735 | 14.550 |
| Sub - Total Store # | 3024 | 31 | 710.612 | 91.712 |
| 3024<br>9555 South Blvd<br>Charlotte, NC, 28273-6901 | JQ6Q3KL | 8 | 236.336 | 22.178 |
| 3024 | JR5L2RQ | 6 | 177.252 | 16.633 |
| Sub - Total Store # | 3024 | 8 | 236.336 | 22.178 |

## Bed Bath & Beyond SHIPMENT MANIFEST

**FROM:**
ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

**CONSIGN TO:**
Distribution Technology--#2662
1701 CONTINENTAL BLVD
CHARLOTTE, NC, 28273-6374
**Carrier:** ROADWAY EXPRESS
**Trailer No:**

**Bill of Lading#** 1130004979

| | | | | |
|---|---|---|---|---|
| 3024 | JR6A7LZ | 4 | 62.012 | 7.557 |
| 3024 | JQ4B3UU | 3 | 132.277 | 30.794 |
| 3024 | JR6P9DZ | 10 | 102.735 | 14.550 |
| **Sub - Total Store #** | 3024 | 31 | 710.612 | 91.712 |
| 3024<br>9555 South Blvd<br>Charlotte, NC, 28273-6901 | JQ6Q3KL | 8 | 236.336 | 22.178 |
| 3024 | JR5L2RQ | 6 | 177.252 | 16.633 |
| 3024 | JR6A7LZ | 4 | 62.012 | 7.557 |
| 3024 | JQ4B3UU | 3 | 132.277 | 30.794 |
| 3024 | JR6P9DZ | 10 | 102.735 | 14.550 |
| **Sub - Total Store #** | 3024 | 31 | 710.612 | 91.712 |
| 3024<br>9555 South Blvd<br>Charlotte, NC, 28273-6901 | JQ6Q3KL | 8 | 236.336 | 22.178 |
| 3024 | JR5L2RQ | 6 | 177.252 | 16.633 |
| 3024 | JR6A7LZ | 4 | 62.012 | 7.557 |
| 3024 | JQ4B3UU | 3 | 132.277 | 30.794 |
| 3024 | JR6P9DZ | 10 | 102.735 | 14.550 |
| **Sub - Total Store #** | 3024 | 31 | 710.612 | 91.712 |
| 3024<br>9555 South Blvd<br>Charlotte, NC, 28273-6901 | JQ6Q3KL | 8 | 236.336 | 22.178 |
| 3024 | JR5L2RQ | 6 | 177.252 | 16.633 |
| 3024 | JR6A7LZ | 4 | 62.012 | 7.557 |
| 3024 | JQ4B3UU | 3 | 132.277 | 30.794 |
| 3024 | JR6P9DZ | 10 | 102.735 | 14.550 |
| **Sub - Total Store #** | 3024 | 31 | 710.612 | 91.712 |
| 3032<br>1125 Woodruff Rd Ste 600<br>Greenville, SC, 29607-4162 | JQ6Q3KL | 8 | 236.336 | 22.178 |
| 3032 | JR5L2RQ | 10 | 295.420 | 27.722 |
| 3032 | JR6A7LZ | 6 | 43.215 | 4.026 |
| **Sub - Total Store #** | 3032 | 24 | 574.971 | 53.926 |
| 3032<br>1125 Woodruff Rd Ste 600<br>Greenville, SC, 29607-4162 | JQ6Q3KL | 8 | 236.336 | 22.178 |
| 3032 | JR5L2RQ | 10 | 295.420 | 27.722 |
| **Sub - Total Store #** | 3032 | 8 | 236.336 | 22.178 |

## Bed Bath & Beyond SHIPMENT MANIFEST

**FROM:**
ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

**CONSIGN TO:**
Distribution Technology--#2662
1701 CONTINENTAL BLVD
CHARLOTTE, NC, 28273-6374
Carrier: ROADWAY EXPRESS
Trailer No:

**Bill of Lading#** 1130004979

| | | | | |
|---|---|---|---|---|
| 3032 | JR6A7LZ | 6 | 43.215 | 4.026 |
| **Sub - Total Store #** | 3032 | 24 | 574.971 | 53.926 |
| 3032<br>1125 Woodruff Rd Ste 600<br>Greenville, SC, 29607-4162 | JQ6Q3KL | 8 | 236.336 | 22.178 |
| 3032 | JR5L2RQ | 10 | 295.420 | 27.722 |
| 3032 | JR6A7LZ | 6 | 43.215 | 4.026 |
| **Sub - Total Store #** | 3032 | 24 | 574.971 | 53.926 |
| 3050<br>3121 Market Center Dr<br>Morrisville, NC, 27560-7506 | JQ6Q3KL | 8 | 236.336 | 22.178 |
| 3050 | JQ8Z3QF | 3 | 88.626 | 8.299 |
| 3050 | JR6A7LZ | 2 | 21.081 | 2.578 |
| 3050 | JQ4B3UU | 3 | 132.277 | 30.794 |
| **Sub - Total Store #** | 3050 | 16 | 478.320 | 63.849 |
| 3050<br>3121 Market Center Dr<br>Morrisville, NC, 27560-7506 | JQ6Q3KL | 8 | 236.336 | 22.178 |
| 3050 | JQ8Z3QF | 3 | 88.626 | 8.299 |
| 3050 | JR6A7LZ | 2 | 21.081 | 2.578 |
| 3050 | JQ4B3UU | 3 | 132.277 | 30.794 |
| **Sub - Total Store #** | 3050 | 16 | 478.320 | 63.849 |
| 3050<br>3121 Market Center Dr<br>Morrisville, NC, 27560-7506 | JQ6Q3KL | 8 | 236.336 | 22.178 |
| 3050 | JQ8Z3QF | 3 | 88.626 | 8.299 |
| 3050 | JR6A7LZ | 2 | 21.081 | 2.578 |
| 3050 | JQ4B3UU | 3 | 132.277 | 30.794 |
| **Sub - Total Store #** | 3050 | 16 | 478.320 | 63.849 |
| 3050<br>3121 Market Center Dr<br>Morrisville, NC, 27560-7506 | JQ6Q3KL | 8 | 236.336 | 22.178 |
| 3050 | JQ8Z3QF | 3 | 88.626 | 8.299 |
| 3050 | JR6A7LZ | 2 | 21.081 | 2.578 |
| 3050 | JQ4B3UU | 3 | 132.277 | 30.794 |
| **Sub - Total Store #** | 3050 | 16 | 478.320 | 63.849 |
| 3115<br>2716 Freedom Parkway Dr<br>Fayetteville, NC, 28314-3230 | JR5C7PN | 17 | 241.360 | 40.894 |
| 3115 | JQ4B3UU | 3 | 132.277 | 30.794 |
| **Sub - Total Store #** | 3115 | 20 | 373.637 | 71.688 |

## Bed Bath & Beyond SHIPMENT MANIFEST

**FROM:**
ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

**CONSIGN TO:**
Distribution Technology--#2662
1701 CONTINENTAL BLVD
CHARLOTTE, NC, 28273-6374
Carrier: ROADWAY EXPRESS
Trailer No:

**Bill of Lading# 1130004979**

| | | | | |
|---|---|---|---|---|
| 3115 | JR6M9JU | 13 | 15.706 | 4.097 |
| **Sub - Total Store #** | 3115 | 33 | 389.343 | 75.785 |
| 3115 2716 Freedom Parkway Dr Fayetteville, NC, 28314-3230 | JR5C7PN | 17 | 241.360 | 40.894 |
| 3115 | JQ4B3UU | 3 | 132.277 | 30.794 |
| 3115 | JR6M9JU | 13 | 15.706 | 4.097 |
| **Sub - Total Store #** | 3115 | 33 | 389.343 | 75.785 |
| 3115 2716 Freedom Parkway Dr Fayetteville, NC, 28314-3230 | JR5C7PN | 17 | 241.360 | 40.894 |
| 3115 | JQ4B3UU | 3 | 132.277 | 30.794 |
| 3115 | JR6M9JU | 13 | 15.706 | 4.097 |
| **Sub - Total Store #** | 3115 | 33 | 389.343 | 75.785 |
| 3131 8062 CONCORD MILLS BLVD STE 20 CONCORD, NC, 28027-4417 | JQ6Q3KL | 3 | 88.626 | 8.299 |
| 3131 | JR5L2RQ | 1 | 29.542 | 2.755 |
| 3131 | JR6A7LZ | 3 | 3.757 | 1.130 |
| 3131 | JR6K5TG | 27 | 95.112 | 20.977 |
| **Sub - Total Store #** | 3131 | 34 | 217.037 | 33.161 |
| 3131 8062 CONCORD MILLS BLVD STE 20 CONCORD, NC, 28027-4417 | JQ6Q3KL | 3 | 88.626 | 8.299 |
| 3131 | JR5L2RQ | 1 | 29.542 | 2.755 |
| 3131 | JR6A7LZ | 3 | 3.757 | 1.130 |
| 3131 | JR6K5TG | 27 | 95.112 | 20.977 |
| **Sub - Total Store #** | 3131 | 34 | 217.037 | 33.161 |
| 3131 8062 CONCORD MILLS BLVD STE 20 CONCORD, NC, 28027-4417 | JQ6Q3KL | 3 | 88.626 | 8.299 |
| 3131 | JR5L2RQ | 1 | 29.542 | 2.755 |
| 3131 | JR6A7LZ | 3 | 3.757 | 1.130 |
| 3131 | JR6K5TG | 27 | 95.112 | 20.977 |
| **Sub - Total Store #** | 3131 | 34 | 217.037 | 33.161 |
| 3131 8062 CONCORD MILLS BLVD STE 20 CONCORD, NC, 28027-4417 | JQ6Q3KL | 3 | 88.626 | 8.299 |
| 3131 | JR5L2RQ | 1 | 29.542 | 2.755 |
| 3131 | JR6A7LZ | 3 | 3.757 | 1.130 |
| 3131 | JR6K5TG | 27 | 95.112 | 20.977 |
| **Sub - Total Store #** | 3131 | 34 | 217.037 | 33.161 |
| 3142 | JR6A7LZ | 4 | 24.943 | 2.543 |

## Bed Bath & Beyond SHIPMENT MANIFEST

**FROM:**
ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

**Bill of Lading#** 1130004979

**CONSIGN TO:**
Distribution Technology--#2662
1701 CONTINENTAL BLVD
CHARLOTTE, NC, 28273-6374
**Carrier:** ROADWAY EXPRESS
**Trailer No:**

| 7250 RIVERS AVE CHARLESTON, SC, 29406-4625 | | | | |
|---|---|---|---|---|
| **Sub - Total Store #** | 3142 | 4 | 24.943 | 2.543 |



ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

**BILL OF LADING**

| NUMBER | DATE | PAGE | SHIP-TO-PARTY | 348658 |
|---|---|---|---|---|
| 3661300931 | 10/13/2022 | 1 / 1 | WAL-MART DC 7853 DAVENPORT | |
| **SHIPPING POINT** USOA | | | 5100 N RIDGE TRAIL | |
| **INCOTERMS** FH | | | DAVENPORT FL 33897 US | |
| **DELIVERY AREA** P72 YRC - RDWY | | | | |

CASH

**ORDER REF.** 1661227072   **PURCHASE ORDER** 8078810201 DEL 10/13/2022   **DATE** 10/18/2022

| Q.TY | UM | MAT. CODE | PRODUCT DESCRIPTION |
|---|---|---|---|
| 6 | CN | 00001808000070 | PHYSIOFORMA SILICONE PACIFIER CLEAR 0-6M |
| | | YOUR REF. 568346422 | |
| 3 | CN | 00007092100070 | INSULATED STRAW CUP GIRL 12M+ 2PCS |
| | | YOUR REF. 577145394 | |
| 6 | CN | 00007388000070 | BOTTLE AND BABY FOOD WARMER |
| | | YOUR REF. 568346604 | |
| 2 | CN | 00007390000070 | BOTTLE AND BABY FOOD WARMER DIGITAL |
| | | YOUR REF. 568348140 | |
| 2 | CN | 04079136600070 | CADDY HOOK-ON CHAIR NATURE USA |
| | | YOUR REF. 574193400 | |
| 14 | CN | 04079751230070 | GOFIT BACKLESS BOOSTER SEAT SHARK USA |
| | | YOUR REF. 568331077 | |

CARTONS : 14

**FREIGHT CHARGES TO BE (CIRCLE ONE):**     PREPAID     (COLLECT)     THIRD PARTY
**IF THIRD PARTY, BILL TO ADDRESS:**

ROUTING NUMBER 00497960235326226

NUMBER OF (SKIDS) BOXES ___1___   TOTAL WEIGHT ___118___   CLASS ___200___

DRIVER SIGNATURE ___ 8432ᴅ58 (15ᴘ) 11.1.22

SHIPPER SIGNATURE ___

05/11/22   **664-009655-3**   YRC

YRC BOL  135

YRC Freight tariffs are incorporated herein (copies available upon request).
YRC Freight tariffs limit its liability. This shipment is subject to the terms and conditions
of the Uniform Straight Bill of Lading as stated in the NMFC 100 series tariff

| CKR | PCS | O/B UNIT | DEST |
|---|---|---|---|

LOAD 23532622

FOR: DISTRIBUTION TECHNOL
MANIFEST NO.    223083671122452

CREATE DATE    11/04/2022 12:24 EST    ETA    11/04/2022 23:59 EST

TRAILER NO.    RDWY 353294    DEST SC    653

SEAL NO. APPLIED BY
YRC FREIGHT -
SEAL IS INTACT -    4021585    19126    SPECIAL NO.    Arthy

DRIVER
INITIALS    CONSIGNEE
INITIALS

| B/L NO. | SHIPPER | PRO NUMBER | P/U DATE | PURCHASE ORDER NUMBER | DEPT. NO. | CARTON COUNT | P C | PCS WT (LB) CHARGES | HM | BILL NOT RETURNED | EXCEPTIONS | DELIVERY RECEIPT NOT RECEIVED ("X") |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0624636000186514B | GOURMET SETTING SUMNER, WA 98390 | 6561947310 | 1026 | POJR5G7EF LOMVDP7083507 | | | 1 P | 827 0.00 | 1 | B | | |
| 0843479100100140B | MERCHSOURCE BLOOMINGDALE, G 31302 | 6473249719 | 1102 | POJQ2J8JT POJQ6R9ZR POJQ6Y3KL POJQ7K2JG POJQ83GBT PGJQ6Y3LC PGJQ5X79P LOMVDP7072864 | | | 42 C 81 287 85 159 66 157 | 34 1454 0 | I L L N O T | | |
| 1130004977 1130005096 | ARTSANA USA INC LANCASTER PA 17601 | 6840096571 | 1101 | LOMVDP7033522 | | | 5 | 6 2710 | | R E | | |
| 0114770005880284B | LIFETIME BRANDS RIALTO, CA 92376 | 4371322916 | 1024 | POJR4P9UY POJR408UX POJR4H7RC POJR4J8RU POJR4Q2ET POJR489BB POJR403SL POJR402ZK POJR4H7KK LOMVDP7079445 | | | 24 C 69 9 0 6 21 45 7 1 | 2 554 0 | T U R N E D | | |

SPOTTED    Motivational Fulfillment  6706868061  1024
                                     5359132164  1028

DRIVER    Polder Housewares

CONSIGNEE-PER    3-1925 lbs
                 5-2451

PICKED UP    DRIVER    CONSIGNEE-PER

| | DATE | TIME |
|---|---|---|
| | | |
| | | |

* IF TRAILER CONTAINS HAZARDOUS MATERIALS, THE LOADING MANIFEST AND ALL
DELIVERY RECEIPTS DESCRIBING THE HAZARDOUS MATERIALS MUST BE ATTACHED
TO THIS FORM AND MUST TRAVEL WITH THE TRAILER.    DELIVERY MANIFEST

RECEIVED BY

DATE

IN THE U.S.A. OP-103 08/14

## Beyond
### Chargeback Details Report

| Vendor Number | | | | | Check Date | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 18595 ARTSANA USA INC/JUVENILE | | | | | 01/09/2023 | | | | |
| Check Number | | | | | | | | | |
| 822852 | | | | | | | | | |

| Inv Number | Inv Date | Store | PO Number | UPC | Type | Charge Qty | Unit Cost | Extended Cost |
|---|---|---|---|---|---|---|---|---|
| 5213170412 | 10/12/2022 | 3091 | JQ8F4AF | 49796400793 | CS | 4 | $10.80 | $43.20 |
| 5213170412 | 10/12/2022 | 3091 | JQ8F4AF | 49796400892 | CS | 3 | $5.50 | $16.50 |
| 5213170412 | 10/12/2022 | 3091 | JQ8F4AF | 49796401004 | CS | 6 | $3.62 | $21.72 |
| 5213170412 | 10/12/2022 | 3091 | JQ8F4AF | 49796612615 | CS | 1 | $368.29 | $368.29 |
| **Total CONCEALED SHORT** | | | | | | | | **($449.71)** |

| 10/11/2022 | BILL OF LANDING | 1 of 3 |
|---|---|---|

### Ship from

Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601

FOB: X

### Ship to

Name: Pathmark Transportation - HOU 2659
Address: 14810 NORTH FWY STE 180
City/State/Zip: HOUSTON, TX, 77090-6648
CID # (MVDP) MVDP7071658        FOB:

### THIRD PARTY FREIGHT CHARGES BILL TO:

Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
            P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 11804

**Bill of Lading #1130004951**

Carrier Name: ROADWAY EXPRESS
Trailer Number:
Seal Number          05/11/22
                                    **664-009749-8**   **YRC**
SCAC: RD\
Pro Number        YRC BOL   135

YRC Freight tariffs are incorporated herein (copies available upon request).
YRC Freight tariffs limit its liability. This shipment is subject to the terms and conditions
of the Uniform Straight Bill of Lading as stated in the NMFC 100 series tariff.

| CKR | PCS | O/B UNIT | DEST |
|---|---|---|---|

Freight Charge Terms: (freight charges are collect unless marked othewise)

Prepaid: _____   Collect: __X__   3rd Party: _____

_____ Master Bill of Lading: with attached Underlying Bills of Lading

### SPECIAL INSTRUCTIONS

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | #PKGS | WEIGHT | PALLET | SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| JQ8F3PG | 11 | 152.315 | | Y | |
| JQ8F3PG | 7 | 39.256 | | Y | |
| JQ8F3PG | 4 | 33.817 | | Y | |
| JQ2N8HD | 7 | 98.767 | | Y | |
| JQ8F3PG | 8 | 94.102 | | Y | |
| JQ8U4AC | 16 | 692.565 | | Y | |
| JQ8F3PG | 3 | 3.289 | | Y | |
| JQ9U4CG | 2 | 39.498 | | Y | |
| JQ8F3PG | 5 | 40.761 | | Y | |
| JQ9U4CG | 1 | 1.623 | | Y | |
| JQ8K5QV | 2 | 97.003 | | Y | |
| JQ8F3PG | 7 | 94.951 | | Y | |
| JQ8F3PG | 5 | 26.372 | | Y | |
| JQ9U4CG | 1 | 1.541 | | Y | |
| JQ8F3PG | 10 | 12.194 | | Y | |
| JR2X4CY | 14 | 161.182 | | Y | |
| JR2X4CY | 7 | 183.623 | | Y | |
| JR2J2GW | 5 | 26.339 | | Y | |
| JR2X4CY | 5 | 62.779 | | Y | |
| JR2X4CY | 4 | 4.270 | | Y | |
| JR2E3ZP | 18 | 694.280 | | Y | |
| JR2X4CY | 7 | 88.811 | | Y | |
| JR2X4CY | 4 | 132.277 | | Y | |
| JR2W3KP | 2 | 40.786 | | Y | |
| JR2C5GV | 8 | 52.657 | | Y | |
| JR2X4CY | 5 | 56.081 | | Y | |
| JR2J2KV | 6 | 97.105 | | Y | |
| JR2X4CY | 3 | 67.012 | | Y | |
| **GRAND TOTAL** | 177 | 3,095.256 | | | |

| 10/11/2022 | BILL OF LANDING | 2 of 3 |
|---|---|---|

### Ship from
Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601

FOB: X

### Ship to
Name: Pathmark Transportation - HOU 2659
Adrdress: 14810 NORTH FWY STE 180
City/State/Zip: HOUSTON, TX, 77090-6648
CID # (MVDP) MVDP7071658          FOB:

### THIRD PARTY FREIGHT CHARGES BILL TO:
Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
               P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 11804

### SPECIAL INSTRUCTIONS

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

**Bill of Lading #1130004951**

Carrier Name: ROADWAY EXPRESS
Trailer Number:
Seal Number:

SCAC: RDWY
Pro Number:

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____   Collect: __X__   3rd Party: _____

Master Bill of Lading: with attached
_____ Underlying Bills of Lading

| CUSTOMER ORDER NUMBER | #PKGS | WEIGHT | PALLET | SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| JR2X4CY | 11 | 177.547 | | Y | |
| JR2L5EV | 12 | 193.359 | | Y | |
| **GRAND TOTAL** | 200 | 3,466.162 | 8 | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 0.00 | | 91.00 | CTN | 1,850.862 | | CAR SEATS, CUPS, PACIFIERS | 156600 | 125 |
| 0.00 | | 3.00 | CTN | 46.429 | | CARRIER BABY | 187645 | 175 |
| 0.00 | | 41.00 | CTN | 1,114.989 | | STROLLERS | 188690 | 125 |
| 0.00 | | 2.00 | CTN | 1.376 | | PACIFIER CLIP | 56290 | 100 |
| 0.00 | | 25.00 | CTN | 397.741 | | FEEDING SEATS | 79620 | 85 |
| 0.00 | | 29.00 | CTN | 29.639 | | HIGHCHAIRS | 80635 | 125 |
| 0.00 | | 1.00 | CTN | 18.144 | | INFANT SLEEPING | 81394 | 125 |
| 0.00 | | 8.00 | CTN | 6.984 | | POCKET BUDDY PACIFIER HOLDER | 84260 | 175 |
| 0.00 | | 200.00 | CTN | 3,466.164 | | **GRAND TOTAL** | | |

There the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: 'The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____

**CONSIGNEE RESPONSIBLE FOR
ALL ACCESSORIAL CHARGES**

NOTE: Liability limitation for loss or demage in this shipment may be applicable. See 49. U.S.C 14706(1)(A) and (B).

RECEIVED, subject to Individualy determined tates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

Subject to section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the Consignee without recourse to the Consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payments of freight and all other lawful charges.
_____ Shipper Signature

| 10/11/2022 | BILL OF LANDING | 3 of 3 |
|---|---|---|

### Ship from

Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601

FOB: X

### Ship to

Name: Pathmark Transportation - HOU 2659
Ardress: 14810 NORTH FWY STE 180
City/State/Zip: HOUSTON, TX, 77090-6648
CID # (MVDP) MVDP7071658          FOB:

### THIRD PARTY FREIGHT CHARGES BILL TO:

Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
              P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 11804

### SPECIAL INSTRUCTIONS

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

**Bill of Lading #1130004951**

Carrier Name: ROADWAY EXPRESS
Trailer Number:
Seal Number:

SCAC: RDWY
Pro Number:

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____    Collect: __X__    3rd Party: _____

Master Bill of Lading: with attached
_____ Underlying Bills of Lading

### SHIPPER SIGNATURE/DATE
This is to certify that the above named materials are properly classified, packeged, marked and labeled, and are in proper condition. Transportation according to the applicable regulations of the DOT.

Trailer Loaded:
_X_ By Shipper
___ By Driver

Freight Counted:
_X_ By Shipper
___ By Driver/pallets
        said to contain
___ By Driver/Pieces

### CARRIER SIGNATURE/PICKUP DATE
Carrier acknowledges receipt of packages and required placecards. Carrier certifies emergency response information was made available and/or has the DOT emergency response guidebook or equivalent documentation in the vehicle.
*Property described above is received in good order except as noted.*

YRC
Tim Ritter
10-12-22
380217
JLC

## Bed Bath & Beyond SHIPMENT MANIFEST

**FROM:**
ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

**CONSIGN TO:**
Pathmark Transportation - HOU--#2659
14810 NORTH FWY STE 180
HOUSTON, TX, 77090-6648
Carrier: ROADWAY EXPRESS
Trailer No:

Bill of Lading# 1130004951

| BBB Store # | BBB P.O. # | Number of Cartons | Total Weight (lbs) | Cube (cu ft) |
|---|---|---|---|---|
| 3018<br>5400 Brodie Ln Ste 400<br>Austin, TX, 78745-2526 | JQ8F3PG | 7 | 39.256 | 8.087 |
| 3018 | JR2X4CY | 7 | 183.623 | 24.967 |
| 3018 | JR2J2GW | 5 | 26.339 | 4.167 |
| **Sub - Total Store #** | 3018 | 19 | 249.218 | 37.221 |
| 3018<br>5400 Brodie Ln Ste 400<br>Austin, TX, 78745-2526 | JQ8F3PG | 7 | 39.256 | 8.087 |
| 3018 | JR2X4CY | 7 | 183.623 | 24.967 |
| 3018 | JR2J2GW | 5 | 26.339 | 4.167 |
| **Sub - Total Store #** | 3018 | 19 | 249.218 | 37.221 |
| 3018<br>5400 Brodie Ln Ste 400<br>Austin, TX, 78745-2526 | JQ8F3PG | 7 | 39.256 | 8.087 |
| 3018 | JR2X4CY | 7 | 183.623 | 24.967 |
| 3018 | JR2J2GW | 5 | 26.339 | 4.167 |
| **Sub - Total Store #** | 3018 | 19 | 249.218 | 37.221 |
| 3067<br>9801 Gulf Fwy Ste 800<br>Webster, TX, 77598-3802 | JQ8F3PG | 11 | 152.315 | 17.693 |
| 3067 | JR2X4CY | 14 | 161.182 | 17.905 |
| **Sub - Total Store #** | 3067 | 25 | 313.497 | 35.598 |
| 3067<br>9801 Gulf Fwy Ste 800<br>Webster, TX, 77598-3802 | JQ8F3PG | 11 | 152.315 | 17.693 |
| 3067 | JR2X4CY | 14 | 161.182 | 17.905 |
| **Sub - Total Store #** | 3067 | 25 | 313.497 | 35.598 |
| 3091<br>7355 Tomball Pkwy Ste 1K<br>Houston, TX, 77064-1324 | JQ8F3PG | 7 | 94.951 | 22.142 |
| 3091 | JR2X4CY | 5 | 56.081 | 7.240 |
| 3091 | JR2J2KV | 6 | 97.105 | 11.936 |
| **Sub - Total Store #** | 3091 | 18 | 248.137 | 41.318 |
| 3091<br>7355 Tomball Pkwy Ste 1K<br>Houston, TX, 77064-1324 | JQ8F3PG | 7 | 94.951 | 22.142 |
| 3091 | JR2X4CY | 5 | 56.081 | 7.240 |
| 3091 | JR2J2KV | 6 | 97.105 | 11.936 |
| **Sub - Total Store #** | 3091 | 18 | 248.137 | 41.318 |
| 3091<br>7355 Tomball Pkwy Ste 1K<br>Houston, TX, 77064-1324 | JQ8F3PG | 7 | 94.951 | 22.142 |
| 3091 | JR2X4CY | 5 | 56.081 | 7.240 |
| **Sub - Total Store #** | 3091 | 12 | 151.032 | 29.382 |

**Bed Bath & Beyond SHIPMENT MANIFEST**

**FROM:**
ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

**CONSIGN TO:**
Pathmark Transportation - HOU--#2659
14810 NORTH FWY STE 180
HOUSTON, TX, 77090-6648
Carrier: ROADWAY EXPRESS
Trailer No:

**Bill of Lading#** 1130004951

| | | | | |
|---|---|---|---|---|
| 3091 | JR2J2KV | 6 | 97.105 | 11.936 |
| **Sub - Total Store #** | 3091 | 18 | 248.137 | 41.318 |
| 3109<br>24600 Katy Fwy Ste 200<br>Katy, TX, 77494-7819 | JQ8F3PG | 4 | 33.817 | 5.438 |
| 3109 | JR2X4CY | 5 | 62.779 | 7.699 |
| **Sub - Total Store #** | 3109 | 9 | 96.596 | 13.137 |
| 3109<br>24600 Katy Fwy Ste 200<br>Katy, TX, 77494-7819 | JQ8F3PG | 4 | 33.817 | 5.438 |
| 3109 | JR2X4CY | 5 | 62.779 | 7.699 |
| **Sub - Total Store #** | 3109 | 9 | 96.596 | 13.137 |
| 3111<br>500 N Jackson Rd Ste A2<br>Pharr, TX, 78577-2110 | JQ2N8HD | 7 | 98.767 | 32.984 |
| 3111 | JQ8F3PG | 8 | 94.102 | 21.966 |
| 3111 | JQ8U4AC | 16 | 692.565 | 125.191 |
| 3111 | JR2X4CY | 4 | 4.270 | 0.848 |
| 3111 | JR2E3ZP | 18 | 694.280 | 121.165 |
| **Sub - Total Store #** | 3111 | 53 | 1,583.984 | 302.154 |
| 3111<br>500 N Jackson Rd Ste A2<br>Pharr, TX, 78577-2110 | JQ2N8HD | 7 | 98.767 | 32.984 |
| 3111 | JQ8F3PG | 8 | 94.102 | 21.966 |
| 3111 | JQ8U4AC | 16 | 692.565 | 125.191 |
| 3111 | JR2X4CY | 4 | 4.270 | 0.848 |
| 3111 | JR2E3ZP | 18 | 694.280 | 121.165 |
| **Sub - Total Store #** | 3111 | 53 | 1,583.984 | 302.154 |
| 3111<br>500 N Jackson Rd Ste A2<br>Pharr, TX, 78577-2110 | JQ2N8HD | 7 | 98.767 | 32.984 |
| 3111 | JQ8F3PG | 8 | 94.102 | 21.966 |
| 3111 | JQ8U4AC | 16 | 692.565 | 125.191 |
| 3111 | JR2X4CY | 4 | 4.270 | 0.848 |
| 3111 | JR2E3ZP | 18 | 694.280 | 121.165 |
| **Sub - Total Store #** | 3111 | 53 | 1,583.984 | 302.154 |
| 3111<br>500 N Jackson Rd Ste A2<br>Pharr, TX, 78577-2110 | JQ2N8HD | 7 | 98.767 | 32.984 |
| 3111 | JQ8F3PG | 8 | 94.102 | 21.966 |
| 3111 | JQ8U4AC | 16 | 692.565 | 125.191 |
| **Sub - Total Store #** | 3111 | 31 | 885.434 | 180.141 |

## Bed Bath & Beyond SHIPMENT MANIFEST

**FROM:**
ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

**CONSIGN TO:**
Pathmark Transportation - HOU--#2659
14810 NORTH FWY STE 180
HOUSTON, TX, 77090-6648
**Carrier:** ROADWAY EXPRESS
**Trailer No:**

Bill of Lading# 1130004951

| | | | | |
|---|---|---|---|---|
| 3111 | JR2X4CY | 4 | 4.270 | 0.848 |
| 3111 | JR2E3ZP | 18 | 694.280 | 121.165 |
| **Sub - Total Store #** | 3111 | 53 | 1,583.984 | 302.154 |
| 3111<br>500 N Jackson Rd Ste A2<br>Pharr, TX, 78577-2110<br>3111 | JQ2N8HD | 7 | 98.767 | 32.984 |
| 3111 | JQ8F3PG | 8 | 94.102 | 21.966 |
| 3111 | JQ8U4AC | 16 | 692.565 | 125.191 |
| 3111 | JR2X4CY | 4 | 4.270 | 0.848 |
| 3111 | JR2E3ZP | 18 | 694.280 | 121.165 |
| **Sub - Total Store #** | 3111 | 53 | 1,583.984 | 302.154 |
| 3117<br>5001 183A TOLL ROAD SUITE I100<br>CEDAR PARK, TX, 78613-7397<br>3117 | JQ8F3PG | 5 | 40.761 | 5.050 |
| 3117 | JQ9U4CG | 1 | 1.623 | 0.636 |
| 3117 | JQ8K5QV | 2 | 97.003 | 17.657 |
| 3117 | JR2X4CY | 4 | 132.277 | 14.973 |
| 3117 | JR2W3KP | 2 | 40.786 | 4.944 |
| 3117 | JR2C5GV | 8 | 52.657 | 8.122 |
| **Sub - Total Store #** | 3117 | 22 | 365.107 | 51.382 |
| 3117<br>5001 183A TOLL ROAD SUITE I100<br>CEDAR PARK, TX, 78613-7397<br>3117 | JQ8F3PG | 5 | 40.761 | 5.050 |
| 3117 | JQ9U4CG | 1 | 1.623 | 0.636 |
| 3117 | JQ8K5QV | 2 | 97.003 | 17.657 |
| 3117 | JR2X4CY | 4 | 132.277 | 14.973 |
| 3117 | JR2W3KP | 2 | 40.786 | 4.944 |
| 3117 | JR2C5GV | 8 | 52.657 | 8.122 |
| **Sub - Total Store #** | 3117 | 22 | 365.107 | 51.382 |
| 3117<br>5001 183A TOLL ROAD SUITE I100<br>CEDAR PARK, TX, 78613-7397<br>3117 | JQ8F3PG | 5 | 40.761 | 5.050 |
| 3117 | JQ9U4CG | 1 | 1.623 | 0.636 |
| 3117 | JQ8K5QV | 2 | 97.003 | 17.657 |
| 3117 | JR2X4CY | 4 | 132.277 | 14.973 |
| 3117 | JR2W3KP | 2 | 40.786 | 4.944 |
| **Sub - Total Store #** | 3117 | 14 | 312.450 | 43.260 |

**Bed Bath & Beyond SHIPMENT MANIFEST**

**FROM:**
ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

Bill of Lading# 1130004951

**CONSIGN TO:**
Pathmark Transportation - HOU--#2659
14810 NORTH FWY STE 180
HOUSTON, TX, 77090-6648
Carrier: ROADWAY EXPRESS
Trailer No:

| Store | Item | Qty | Weight | Cube |
|---|---|---|---|---|
| 3117 | JR2C5GV | 8 | 52.657 | 8.122 |
| **Sub - Total Store #** | 3117 | 22 | 365.107 | 51.382 |
| 3117 5001 183A TOLL ROAD SUITE I100 CEDAR PARK, TX, 78613-7397 3117 | JQ8F3PG | 5 | 40.761 | 5.050 |
| 3117 | JQ9U4CG | 1 | 1.623 | 0.636 |
| 3117 | JQ8K5QV | 2 | 97.003 | 17.657 |
| 3117 | JR2X4CY | 4 | 132.277 | 14.973 |
| 3117 | JR2W3KP | 2 | 40.786 | 4.944 |
| 3117 | JR2C5GV | 8 | 52.657 | 8.122 |
| **Sub - Total Store #** | 3117 | 22 | 365.107 | 51.382 |
| 3117 5001 183A TOLL ROAD SUITE I100 CEDAR PARK, TX, 78613-7397 3117 | JQ8F3PG | 5 | 40.761 | 5.050 |
| 3117 | JQ9U4CG | 1 | 1.623 | 0.636 |
| 3117 | JQ8K5QV | 2 | 97.003 | 17.657 |
| 3117 | JR2X4CY | 4 | 132.277 | 14.973 |
| 3117 | JR2W3KP | 2 | 40.786 | 4.944 |
| 3117 | JR2C5GV | 8 | 52.657 | 8.122 |
| **Sub - Total Store #** | 3117 | 22 | 365.107 | 51.382 |
| 3117 5001 183A TOLL ROAD SUITE I100 CEDAR PARK, TX, 78613-7397 3117 | JQ8F3PG | 5 | 40.761 | 5.050 |
| 3117 | JQ9U4CG | 1 | 1.623 | 0.636 |
| 3117 | JQ8K5QV | 2 | 97.003 | 17.657 |
| 3117 | JR2X4CY | 4 | 132.277 | 14.973 |
| 3117 | JR2W3KP | 2 | 40.786 | 4.944 |
| 3117 | JR2C5GV | 8 | 52.657 | 8.122 |
| **Sub - Total Store #** | 3117 | 22 | 365.107 | 51.382 |
| 3122 20416 HIGHWAY 59N HUMBLE, TX, 77338-3122 3122 | JQ8F3PG | 3 | 3.289 | 0.918 |
| 3122 | JQ9U4CG | 2 | 39.498 | 3.143 |
| 3122 | JR2X4CY | 7 | 88.811 | 10.418 |
| **Sub - Total Store #** | 3122 | 12 | 131.598 | 14.479 |
| 3122 20416 HIGHWAY 59N HUMBLE, TX, 77338-3122 3122 | JQ8F3PG | 3 | 3.289 | 0.918 |
| 3122 | JQ9U4CG | 2 | 39.498 | 3.143 |
| **Sub - Total Store #** | 3122 | 3 | 3.289 | 0.918 |

**Bed Bath & Beyond SHIPMENT MANIFEST**

**FROM:**
ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

**CONSIGN TO:**
Pathmark Transportation - HOU--#2659
14810 NORTH FWY STE 180
HOUSTON, TX, 77090-6648
Carrier: ROADWAY EXPRESS
Trailer No:

Bill of Lading# 1130004951

| | | | | |
|---|---|---|---|---|
| 3122 | JR2X4CY | 7 | 88.811 | 10.418 |
| **Sub - Total Store #**  3122 | | 12 | 131.598 | 14.479 |
| 3122 20416 HIGHWAY 59N HUMBLE, TX, 77338-3122 | JQ8F3PG | 3 | 3.289 | 0.918 |
| 3122 | JQ9U4CG | 2 | 39.498 | 3.143 |
| 3122 | JR2X4CY | 7 | 88.811 | 10.418 |
| **Sub - Total Store #**  3122 | | 12 | 131.598 | 14.479 |
| 3126 12710 FOUNTAIN LAKE CIR STAFFORD, TX, 77477-3705 | JQ8F3PG | 5 | 26.372 | 3.072 |
| 3126 | JQ9U4CG | 1 | 1.541 | 0.388 |
| 3126 | JR2X4CY | 3 | 67.012 | 8.440 |
| **Sub - Total Store #**  3126 | | 9 | 94.925 | 11.900 |
| 3126 12710 FOUNTAIN LAKE CIR STAFFORD, TX, 77477-3705 | JQ8F3PG | 5 | 26.372 | 3.072 |
| 3126 | JQ9U4CG | 1 | 1.541 | 0.388 |
| 3126 | JR2X4CY | 3 | 67.012 | 8.440 |
| **Sub - Total Store #**  3126 | | 9 | 94.925 | 11.900 |
| 3126 12710 FOUNTAIN LAKE CIR STAFFORD, TX, 77477-3705 | JQ8F3PG | 5 | 26.372 | 3.072 |
| 3126 | JQ9U4CG | 1 | 1.541 | 0.388 |
| 3126 | JR2X4CY | 3 | 67.012 | 8.440 |
| **Sub - Total Store #**  3126 | | 9 | 94.925 | 11.900 |
| 3125 522 NW LOOP 410 STE 108 SAN ANTONIO, TX, 78216-5551 | JQ8F3PG | 10 | 12.194 | 2.649 |
| 3125 | JR2X4CY | 11 | 177.547 | 21.824 |
| 3125 | JR2L5EV | 12 | 193.359 | 19.105 |
| **Sub - Total Store #**  3125 | | 33 | 383.100 | 43.578 |
| 3125 522 NW LOOP 410 STE 108 SAN ANTONIO, TX, 78216-5551 | JQ8F3PG | 10 | 12.194 | 2.649 |
| 3125 | JR2X4CY | 11 | 177.547 | 21.824 |
| 3125 | JR2L5EV | 12 | 193.359 | 19.105 |
| **Sub - Total Store #**  3125 | | 33 | 383.100 | 43.578 |
| 3125 522 NW LOOP 410 STE 108 SAN ANTONIO, TX, 78216-5551 | JQ8F3PG | 10 | 12.194 | 2.649 |
| 3125 | JR2X4CY | 11 | 177.547 | 21.824 |
| 3125 | JR2L5EV | 12 | 193.359 | 19.105 |
| **Sub - Total Store #**  3125 | | 21 | 189.741 | 24.473 |

## Bed Bath & Beyond SHIPMENT MANIFEST

**FROM:**
ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

**Bill of Lading#** 1130004951

**CONSIGN TO:**
Pathmark Transportation - HOU--#2659
14810 NORTH FWY STE 180
HOUSTON, TX, 77090-6648
**Carrier:** ROADWAY EXPRESS
**Trailer No:**

| Sub - Total Store # | 3125 | 33 | 383.100 | 43.578 |
|---|---|---|---|---|

Case 24-01336-VFP   Doc 22-8   Filed 04/14/26   Entered 04/14/26 20:50:31   Desc
Exhibit A - Part 2   Page 85 of 96

ONSIGNEE

ED BATH N BEYOND
OUSTON        TX
OR: BED BATH & BEYOND
ANIFEST NO. 223503709055518

# CLOSED TRAILER DELIVERY MANIFEST

*Monday 12-19-22*

PAGE    1

CREATE DATE  12/16/2022 04:55 CST

ETA   12/19/2022 07:00 CST

TRAILER NO.  HMES 453288

DEST SC    521

SEAL NO. APPLIED BY
YRC FREIGHT -

SEAL IS INTACT 4076025

SPECIAL NO.

*Pathmark*

| DRIVER INITIALS | CONSIGNEE INITIALS |
| --- | --- |

| B/L NO. | SHIPPER | PRO NUMBER | P/U DATE | PURCHASE ORDER NUMBER | DEPT. NO. | CARTON COUNT | P C | PCS WT (LB) CHARGES | HM | BILL NOT RETURNED | EXCEPTIONS | DELIVERY RECEIPT NOT RECEIVED ("X") |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 130004951 | ARTSANA USA INC LANCASTER, PA 17601 | 6640097498 | 1012 | POJQ8F3PG POJQ9U4CG POJRZ2X4CY POJR2C56V POJQ8F4BG POJQ2N8HD POJQ8U4AC POJQ8K5QV LOMVDP7071658 | | 26 34 20 51 40 7 16 2 | C | 9 4000 2213.99 | | B I L L   N O T   R E T U R N E D | | |
| 0488650065382681 | OXO INTERNATION SOUTHAVEN, MS 38671 | 6649261845 | 1011 | POMA7U7ZU POJQ9J4TP LDMVDP7071649 | | 51 195 | C | 10 6205 1570.79 | | | | |
| 7915510225674239 7915510225993763 /DP7076966 7915510225993763 | BERKSHIRE BLANK MORENO VALLE, C 92551 | 6748033594 | 1010 | POJP8V8SX POJQ7R4UL POMA7S3RA POMA7U4QR POMA7U8YA POMA7V2SV LOMVDP7072523 | | 76 185 36 80 1 3 | C | 10 5221 2633.49 | | | | |

| SPOTTED | DRIVER | | CONSIGNEE PER *Jelitza Caveros* | DATE 12/19/22 | TIME 8:30AM |
| --- | --- | --- | --- | --- | --- |
| PICKED UP | DRIVER | | CONSIGNEE PER | DATE | TIME |

RC

* IF TRAILER CONTAINS HAZARDOUS MATERIALS, THE LOADING MANIFEST AND ALL
DELIVERY RECEIPTS DESCRIBING THE HAZARDOUS MATERIALS MUST BE ATTACHED

ONSIGNEE

ED BATH N BEYOND
JUSTON          TX
OR: BED BATH & BEYOND
ANIFEST NO. 223503709055518

CREATE DATE 12/16/2022 04:55 CST     ETA  12/19/2022 07:00 CST

TRAILER NO. HMES 453288     DEST SC  521

**SEAL NO. APPLIED BY
YRC FREIGHT -**
SEAL IS INTACT 4076025

SPECIAL NO.

DRIVER INITIALS     CONSIGNEE INITIALS

| B/L NO. | SHIPPER | PRO NUMBER | P/U DATE | PURCHASE ORDER NUMBER | DEPT. NO. | CARTON COUNT | P C | PCS WT (LB) CHARGES | HM | BILL NOT RETURNED | EXCEPTIONS | DELIVERY RECEIPT NOT RECEIVED ("X") |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTALS   SHPMNT | PCS | WGT | | | | CRTN | | CHARGES | | B | | |
| PPD TOTALS:   0 | 0 | 0 | | | | 0 | | 0.00 | | I | | |
| COL TOTALS:   3 | 29 | 15426 | | | | 823 | | 6418.27 | | L | | |
| INAL TOTALS:   3 | 29 | 15426 | | | | 823 | | 6418.27 | | L | | |

THIS IS NOT AN INVOICE AND THEREFORE MAY NOT REFLECT ANY
DISCOUNT, ALLOWANCES OR OTHER ADJUSTMENTS THAT MAY APPLY

BILL NOT RETURNED

| SPOTTED | ▶ DRIVER | ▶ CONSIGNEE-PER | DATE | TIME |
|---|---|---|---|---|
| PICKED UP | ▶ DRIVER | ▶ CONSIGNEE-PER | DATE | TIME |

YRC

\* IF TRAILER CONTAINS HAZARDOUS MATERIALS, THE LOADING MANIFEST AND ALL
DELIVERY RECEIPTS DESCRIBING THE HAZARDOUS MATERIALS MUST BE ATTACHED

RECEIVED BY                    DATE

Case 24-01336-VFP   Doc 22-8   Filed 04/14/26   Entered 04/14/26 20:50:31   Desc
Exhibit A - Part 2   Page 86 of 96

## Beyond
### Chargeback Details Report

| Vendor Number | | | | | Check Date | | | |
|---|---|---|---|---|---|---|---|---|
| 18595 ARTSANA USA INC/JUVENILE | | | | | 01/09/2023 | | | |
| Check Number | | | | | | | | |
| 822852 | | | | | | | | |

| Inv Number | Inv Date | Store | PO Number | UPC | Type | Charge Qty | Unit Cost | Extended Cost |
|---|---|---|---|---|---|---|---|---|
| 5213170427 | 10/12/2022 | 3091 | JR2J2KV | 49796070316 | CS | 6 | $3.70 | $22.20 |
| 5213170427 | 10/12/2022 | 3091 | JR2J2KV | 49796400793 | CS | 4 | $10.80 | $43.20 |
| 5213170427 | 10/12/2022 | 3091 | JR2J2KV | 49796612578 | CS | 3 | $125.99 | $377.97 |
| **Total CONCEALED SHORT** | | | | | | | | **($443.37)** |

Thursday, Jan 12, 2023

Page 1 of 1

| 10/11/2022 | BILL OF LANDING | 1 of 3 |
|---|---|---|

**Ship from**

Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601

FOB: X

**Ship to**

Name: Pathmark Transportation - HOU 2659
Address: 14810 NORTH FWY STE 180
City/State/Zip: HOUSTON, TX, 77090-6648
CID # (MVDP) MVDP7071658        FOB:

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 11804

**Bill of Lading #1130004951**

Carrier Name: ROADWAY EXPRESS
Trailer Number:
Seal Number        05/11/22

**664-009749-8**   *YRC*

SCAC: RDY
Pro Number

YRC BOL 135

YRC Freight tariffs are incorporated herein (copies available upon request).
YRC Freight tariffs limit its liability. This shipment is subject to the terms and conditions
of the Uniform Straight Bill of Lading as stated in the NMFC 100 series tariff.

| CKR | PCS | O/B UNIT | DEST |
|---|---|---|---|

Freight Charge Terms: (freight charges are collect unless
marked othewise)

Prepaid: _____   Collect: __X__   3rd Party: _____

_____ Master Bill of Lading: with attached
Underlying Bills of Lading

**SPECIAL INSTRUCTIONS**

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | #PKGS | WEIGHT | PALLET | SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| JQ8F3PG | 11 | 152.315 | | Y | |
| JQ8F3PG | 7 | 39.256 | | Y | |
| JQ8F3PG | 4 | 33.817 | | Y | |
| JQ2N8HD | 7 | 98.767 | | Y | |
| JQ8F3PG | 8 | 94.102 | | Y | |
| JQ8U4AC | 16 | 692.565 | | Y | |
| JQ8F3PG | 3 | 3.289 | | Y | |
| JQ9U4CG | 2 | 39.498 | | Y | |
| JQ8F3PG | 5 | 40.761 | | Y | |
| JQ9U4CG | 1 | 1.623 | | Y | |
| JQ8K5QV | 2 | 97.003 | | Y | |
| JQ8F3PG | 7 | 94.951 | | Y | |
| JQ8F3PG | 5 | 26.372 | | Y | |
| JQ9U4CG | 1 | 1.541 | | Y | |
| JQ8F3PG | 10 | 12.194 | | Y | |
| JR2X4CY | 14 | 161.182 | | Y | |
| JR2X4CY | 7 | 183.623 | | Y | |
| JR2J2GW | 5 | 26.339 | | Y | |
| JR2X4CY | 5 | 62.779 | | Y | |
| JR2X4CY | 4 | 4.270 | | Y | |
| JR2E3ZP | 18 | 694.280 | | Y | |
| JR2X4CY | 7 | 88.811 | | Y | |
| JR2X4CY | 4 | 132.277 | | Y | |
| JR2W3KP | 2 | 40.786 | | Y | |
| JR2C5GV | 8 | 52.657 | | Y | |
| JR2X4CY | 5 | 56.081 | | Y | |
| JR2J2KV | 6 | 97.105 | | Y | |
| JR2X4CY | 3 | 67.012 | | Y | |
| **GRAND TOTAL** | 177 | 3,095.256 | | | |

| 10/11/2022 | BILL OF LANDING | 2 of 3 |
|---|---|---|

### Ship from
Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601

FOB: X

### Ship to
Name: Pathmark Transportation - HOU 2659
Adrdress: 14810 NORTH FWY STE 180
City/State/Zip: HOUSTON, TX, 77090-6648
CID # (MVDP) MVDP7071658        FOB:

### THIRD PARTY FREIGHT CHARGES BILL TO:
Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
        P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 11804

### SPECIAL INSTRUCTIONS

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

**Bill of Lading #1130004951**

Carrier Name: ROADWAY EXPRESS
Trailer Number:
Seal Number:

SCAC: RDWY
Pro Number:

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____    Collect: __X__    3rd Party: _____

Master Bill of Lading: with attached
_____ Underlying Bills of Lading

| CUSTOMER ORDER NUMBER | #PKGS | WEIGHT | PALLET | SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| JR2X4CY | 11 | 177.547 | | Y | |
| JR2L5EV | 12 | 193.359 | | Y | |
| **GRAND TOTAL** | 200 | 3,466.162 | 8 | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 0.00 | | 91.00 | CTN | 1,850.862 | | CAR SEATS, CUPS, PACIFIERS | 156600 | 125 |
| 0.00 | | 3.00 | CTN | 46.429 | | CARRIER BABY | 187645 | 175 |
| 0.00 | | 41.00 | CTN | 1,114.989 | | STROLLERS | 188690 | 125 |
| 0.00 | | 2.00 | CTN | 1.376 | | PACIFIER CLIP | 56290 | 100 |
| 0.00 | | 25.00 | CTN | 397.741 | | FEEDING SEATS | 79620 | 85 |
| 0.00 | | 29.00 | CTN | 29.639 | | HIGHCHAIRS | 80635 | 125 |
| 0.00 | | 1.00 | CTN | 18.144 | | INFANT SLEEPING | 81394 | 125 |
| 0.00 | | 8.00 | CTN | 6.984 | | POCKET BUDDY PACIFIER HOLDER | 84260 | 175 |
| 0.00 | | 200.00 | CTN | 3,466.164 | | **GRAND TOTAL** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: 'The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____

### CONSIGNEE RESPONSIBLE FOR ALL ACCESSORIAL CHARGES

**NOTE:** Liability limitation for loss or demage in this shipment may be applicable. See 49. U.S.C 14706(1)(A) and (B).

RECEIVED, subject to Individualy determined tates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

Subject to section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the Consignee without recourse to the Consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payments of freight and all other lawful charges.
_____ Shipper Signature

| 10/11/2022 | BILL OF LANDING | 3 of 3 |
|---|---|---|

### Ship from

Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601

FOB: X

**Bill of Lading #1130004951**

### Ship to

Name: Pathmark Transportation - HOU 2659
Adrdress: 14810 NORTH FWY STE 180
City/State/Zip: HOUSTON, TX, 77090-6648
CID # (MVDP) MVDP7071658          FOB:

Carrier Name: ROADWAY EXPRESS
Trailer Number:
Seal Number:

SCAC: RDWY
Pro Number:

### THIRD PARTY FREIGHT CHARGES BILL TO:

Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
           P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 11804

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____   Collect: __X__   3rd Party: _____

### SPECIAL INSTRUCTIONS

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

_____ Master Bill of Lading: with attached Underlying Bills of Lading

### SHIPPER SIGNATURE/DATE

This is to certify that the above named materials are properly classified, packeged, marked and labeled, and are in proper condition. Transportation according to the applicable regulations of the DOT.

Trailer Loaded:
_X_ By Shipper
___ By Driver

Freight Counted:
_X_ By Shipper
___ By Driver/pallets said to contain
___ By Driver/Pieces

### CARRIER SIGNATURE/PICKUP DATE

Carrier acknowledges receipt of packages and required placecards. Carrier certifies emergency response information was made available and/or has the DOT emergency response guidebook or equivalent documentation in the vehicle.
*Property described above is received in good order except as noted.*

YRC
Tim Ritter
10-12-22
380217
JLC

**Bed Bath & Beyond SHIPMENT MANIFEST**

**FROM:**
ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

Bill of Lading# 1130004951

**CONSIGN TO:**
Pathmark Transportation - HOU--#2659
14810 NORTH FWY STE 180
HOUSTON, TX, 77090-6648
Carrier: ROADWAY EXPRESS
Trailer No:

| BBB Store # | BBB P.O. # | Number of Cartons | Total Weight (lbs) | Cube (cu ft) |
|---|---|---|---|---|
| 3018<br>5400 Brodie Ln Ste 400<br>Austin, TX, 78745-2526 | JQ8F3PG | 7 | 39.256 | 8.087 |
| 3018 | JR2X4CY | 7 | 183.623 | 24.967 |
| 3018 | JR2J2GW | 5 | 26.339 | 4.167 |
| **Sub - Total Store #** | 3018 | 19 | 249.218 | 37.221 |
| 3018<br>5400 Brodie Ln Ste 400<br>Austin, TX, 78745-2526 | JQ8F3PG | 7 | 39.256 | 8.087 |
| 3018 | JR2X4CY | 7 | 183.623 | 24.967 |
| 3018 | JR2J2GW | 5 | 26.339 | 4.167 |
| **Sub - Total Store #** | 3018 | 19 | 249.218 | 37.221 |
| 3018<br>5400 Brodie Ln Ste 400<br>Austin, TX, 78745-2526 | JQ8F3PG | 7 | 39.256 | 8.087 |
| 3018 | JR2X4CY | 7 | 183.623 | 24.967 |
| 3018 | JR2J2GW | 5 | 26.339 | 4.167 |
| **Sub - Total Store #** | 3018 | 19 | 249.218 | 37.221 |
| 3067<br>9801 Gulf Fwy Ste 800<br>Webster, TX, 77598-3802 | JQ8F3PG | 11 | 152.315 | 17.693 |
| 3067 | JR2X4CY | 14 | 161.182 | 17.905 |
| **Sub - Total Store #** | 3067 | 25 | 313.497 | 35.598 |
| 3067<br>9801 Gulf Fwy Ste 800<br>Webster, TX, 77598-3802 | JQ8F3PG | 11 | 152.315 | 17.693 |
| 3067 | JR2X4CY | 14 | 161.182 | 17.905 |
| **Sub - Total Store #** | 3067 | 25 | 313.497 | 35.598 |
| 3091<br>7355 Tomball Pkwy Ste 1K<br>Houston, TX, 77064-1324 | JQ8F3PG | 7 | 94.951 | 22.142 |
| 3091 | JR2X4CY | 5 | 56.081 | 7.240 |
| 3091 | JR2J2KV | 6 | 97.105 | 11.936 |
| **Sub - Total Store #** | 3091 | 18 | 248.137 | 41.318 |
| 3091<br>7355 Tomball Pkwy Ste 1K<br>Houston, TX, 77064-1324 | JQ8F3PG | 7 | 94.951 | 22.142 |
| 3091 | JR2X4CY | 5 | 56.081 | 7.240 |
| 3091 | JR2J2KV | 6 | 97.105 | 11.936 |
| **Sub - Total Store #** | 3091 | 18 | 248.137 | 41.318 |
| 3091<br>7355 Tomball Pkwy Ste 1K<br>Houston, TX, 77064-1324 | JQ8F3PG | 7 | 94.951 | 22.142 |
| 3091 | JR2X4CY | 5 | 56.081 | 7.240 |
| **Sub - Total Store #** | 3091 | 12 | 151.032 | 29.382 |

**Bed Bath & Beyond SHIPMENT MANIFEST**

**FROM:**
ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

**CONSIGN TO:**
Pathmark Transportation - HOU--#2659
14810 NORTH FWY STE 180
HOUSTON, TX, 77090-6648
Carrier: ROADWAY EXPRESS
Trailer No:

**Bill of Lading# 1130004951**

| | | | | |
|---|---|---|---|---|
| 3091 | JR2J2KV | 6 | 97.105 | 11.936 |
| **Sub - Total Store #** | 3091 | 18 | 248.137 | 41.318 |
| 3109 24600 Katy Fwy Ste 200 Katy, TX, 77494-7819 3109 | JQ8F3PG | 4 | 33.817 | 5.438 |
| | JR2X4CY | 5 | 62.779 | 7.699 |
| **Sub - Total Store #** | 3109 | 9 | 96.596 | 13.137 |
| 3109 24600 Katy Fwy Ste 200 Katy, TX, 77494-7819 3109 | JQ8F3PG | 4 | 33.817 | 5.438 |
| | JR2X4CY | 5 | 62.779 | 7.699 |
| **Sub - Total Store #** | 3109 | 9 | 96.596 | 13.137 |
| 3111 500 N Jackson Rd Ste A2 Pharr, TX, 78577-2110 3111 | JQ2N8HD | 7 | 98.767 | 32.984 |
| | JQ8F3PG | 8 | 94.102 | 21.966 |
| 3111 | JQ8U4AC | 16 | 692.565 | 125.191 |
| 3111 | JR2X4CY | 4 | 4.270 | 0.848 |
| 3111 | JR2E3ZP | 18 | 694.280 | 121.165 |
| **Sub - Total Store #** | 3111 | 53 | 1,583.984 | 302.154 |
| 3111 500 N Jackson Rd Ste A2 Pharr, TX, 78577-2110 3111 | JQ2N8HD | 7 | 98.767 | 32.984 |
| | JQ8F3PG | 8 | 94.102 | 21.966 |
| 3111 | JQ8U4AC | 16 | 692.565 | 125.191 |
| 3111 | JR2X4CY | 4 | 4.270 | 0.848 |
| 3111 | JR2E3ZP | 18 | 694.280 | 121.165 |
| **Sub - Total Store #** | 3111 | 53 | 1,583.984 | 302.154 |
| 3111 500 N Jackson Rd Ste A2 Pharr, TX, 78577-2110 3111 | JQ2N8HD | 7 | 98.767 | 32.984 |
| | JQ8F3PG | 8 | 94.102 | 21.966 |
| 3111 | JQ8U4AC | 16 | 692.565 | 125.191 |
| 3111 | JR2X4CY | 4 | 4.270 | 0.848 |
| 3111 | JR2E3ZP | 18 | 694.280 | 121.165 |
| **Sub - Total Store #** | 3111 | 53 | 1,583.984 | 302.154 |
| 3111 500 N Jackson Rd Ste A2 Pharr, TX, 78577-2110 3111 | JQ2N8HD | 7 | 98.767 | 32.984 |
| | JQ8F3PG | 8 | 94.102 | 21.966 |
| 3111 | JQ8U4AC | 16 | 692.565 | 125.191 |
| **Sub - Total Store #** | 3111 | 31 | 885.434 | 180.141 |

## Bed Bath & Beyond SHIPMENT MANIFEST

**FROM:**
ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

**Bill of Lading# 1130004951**

**CONSIGN TO:**
Pathmark Transportation - HOU--#2659
14810 NORTH FWY STE 180
HOUSTON, TX, 77090-6648
**Carrier:** ROADWAY EXPRESS
**Trailer No:**

| | | | | |
|---|---|---|---|---|
| 3111 | JR2X4CY | 4 | 4.270 | 0.848 |
| 3111 | JR2E3ZP | 18 | 694.280 | 121.165 |
| **Sub - Total Store #** | 3111 | 53 | 1,583.984 | 302.154 |
| 3111<br>500 N Jackson Rd Ste A2<br>Pharr, TX, 78577-2110<br>3111 | JQ2N8HD | 7 | 98.767 | 32.984 |
| 3111 | JQ8F3PG | 8 | 94.102 | 21.966 |
| 3111 | JQ8U4AC | 16 | 692.565 | 125.191 |
| 3111 | JR2X4CY | 4 | 4.270 | 0.848 |
| 3111 | JR2E3ZP | 18 | 694.280 | 121.165 |
| **Sub - Total Store #** | 3111 | 53 | 1,583.984 | 302.154 |
| 3117<br>5001 183A TOLL ROAD SUITE I100<br>CEDAR PARK, TX, 78613-7397<br>3117 | JQ8F3PG | 5 | 40.761 | 5.050 |
| 3117 | JQ9U4CG | 1 | 1.623 | 0.636 |
| 3117 | JQ8K5QV | 2 | 97.003 | 17.657 |
| 3117 | JR2X4CY | 4 | 132.277 | 14.973 |
| 3117 | JR2W3KP | 2 | 40.786 | 4.944 |
| 3117 | JR2C5GV | 8 | 52.657 | 8.122 |
| **Sub - Total Store #** | 3117 | 22 | 365.107 | 51.382 |
| 3117<br>5001 183A TOLL ROAD SUITE I100<br>CEDAR PARK, TX, 78613-7397<br>3117 | JQ8F3PG | 5 | 40.761 | 5.050 |
| 3117 | JQ9U4CG | 1 | 1.623 | 0.636 |
| 3117 | JQ8K5QV | 2 | 97.003 | 17.657 |
| 3117 | JR2X4CY | 4 | 132.277 | 14.973 |
| 3117 | JR2W3KP | 2 | 40.786 | 4.944 |
| 3117 | JR2C5GV | 8 | 52.657 | 8.122 |
| **Sub - Total Store #** | 3117 | 22 | 365.107 | 51.382 |
| 3117<br>5001 183A TOLL ROAD SUITE I100<br>CEDAR PARK, TX, 78613-7397<br>3117 | JQ8F3PG | 5 | 40.761 | 5.050 |
| 3117 | JQ9U4CG | 1 | 1.623 | 0.636 |
| 3117 | JQ8K5QV | 2 | 97.003 | 17.657 |
| 3117 | JR2X4CY | 4 | 132.277 | 14.973 |
| 3117 | JR2W3KP | 2 | 40.786 | 4.944 |
| **Sub - Total Store #** | 3117 | 14 | 312.450 | 43.260 |

**Bed Bath & Beyond SHIPMENT MANIFEST**

**FROM:**
ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

Bill of Lading# 1130004951

**CONSIGN TO:**
Pathmark Transportation - HOU--#2659
14810 NORTH FWY STE 180
HOUSTON, TX, 77090-6648
Carrier: ROADWAY EXPRESS
Trailer No:

| | | | | |
|---|---|---|---|---|
| 3117 | JR2C5GV | 8 | 52.657 | 8.122 |
| **Sub - Total Store #** | 3117 | 22 | 365.107 | 51.382 |
| 3117 5001 183A TOLL ROAD SUITE I100 CEDAR PARK, TX, 78613-7397 | JQ8F3PG | 5 | 40.761 | 5.050 |
| 3117 | JQ9U4CG | 1 | 1.623 | 0.636 |
| 3117 | JQ8K5QV | 2 | 97.003 | 17.657 |
| 3117 | JR2X4CY | 4 | 132.277 | 14.973 |
| 3117 | JR2W3KP | 2 | 40.786 | 4.944 |
| 3117 | JR2C5GV | 8 | 52.657 | 8.122 |
| **Sub - Total Store #** | 3117 | 22 | 365.107 | 51.382 |
| 3117 5001 183A TOLL ROAD SUITE I100 CEDAR PARK, TX, 78613-7397 | JQ8F3PG | 5 | 40.761 | 5.050 |
| 3117 | JQ9U4CG | 1 | 1.623 | 0.636 |
| 3117 | JQ8K5QV | 2 | 97.003 | 17.657 |
| 3117 | JR2X4CY | 4 | 132.277 | 14.973 |
| 3117 | JR2W3KP | 2 | 40.786 | 4.944 |
| 3117 | JR2C5GV | 8 | 52.657 | 8.122 |
| **Sub - Total Store #** | 3117 | 22 | 365.107 | 51.382 |
| 3117 5001 183A TOLL ROAD SUITE I100 CEDAR PARK, TX, 78613-7397 | JQ8F3PG | 5 | 40.761 | 5.050 |
| 3117 | JQ9U4CG | 1 | 1.623 | 0.636 |
| 3117 | JQ8K5QV | 2 | 97.003 | 17.657 |
| 3117 | JR2X4CY | 4 | 132.277 | 14.973 |
| 3117 | JR2W3KP | 2 | 40.786 | 4.944 |
| 3117 | JR2C5GV | 8 | 52.657 | 8.122 |
| **Sub - Total Store #** | 3117 | 22 | 365.107 | 51.382 |
| 3122 20416 HIGHWAY 59N HUMBLE, TX, 77338-3122 | JQ8F3PG | 3 | 3.289 | 0.918 |
| 3122 | JQ9U4CG | 2 | 39.498 | 3.143 |
| 3122 | JR2X4CY | 7 | 88.811 | 10.418 |
| **Sub - Total Store #** | 3122 | 12 | 131.598 | 14.479 |
| 3122 20416 HIGHWAY 59N HUMBLE, TX, 77338-3122 | JQ8F3PG | 3 | 3.289 | 0.918 |
| 3122 | JQ9U4CG | 2 | 39.498 | 3.143 |
| **Sub - Total Store #** | 3122 | 3 | 3.289 | 0.918 |

## Bed Bath & Beyond SHIPMENT MANIFEST

**FROM:**
ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

**Bill of Lading#** 1130004951

**CONSIGN TO:**
Pathmark Transportation - HOU--#2659
14810 NORTH FWY STE 180
HOUSTON, TX, 77090-6648
Carrier: ROADWAY EXPRESS
Trailer No:

| | | | | |
|---|---|---|---|---|
| 3122 | JR2X4CY | 7 | 88.811 | 10.418 |
| **Sub - Total Store #** | 3122 | 12 | 131.598 | 14.479 |
| 3122<br>20416 HIGHWAY 59N<br>HUMBLE, TX, 77338-3122<br>3122 | JQ8F3PG | 3 | 3.289 | 0.918 |
| | JQ9U4CG | 2 | 39.498 | 3.143 |
| 3122 | JR2X4CY | 7 | 88.811 | 10.418 |
| **Sub - Total Store #** | 3122 | 12 | 131.598 | 14.479 |
| 3126<br>12710 FOUNTAIN LAKE CIR<br>STAFFORD, TX, 77477-3705<br>3126 | JQ8F3PG | 5 | 26.372 | 3.072 |
| | JQ9U4CG | 1 | 1.541 | 0.388 |
| 3126 | JR2X4CY | 3 | 67.012 | 8.440 |
| **Sub - Total Store #** | 3126 | 9 | 94.925 | 11.900 |
| 3126<br>12710 FOUNTAIN LAKE CIR<br>STAFFORD, TX, 77477-3705<br>3126 | JQ8F3PG | 5 | 26.372 | 3.072 |
| | JQ9U4CG | 1 | 1.541 | 0.388 |
| 3126 | JR2X4CY | 3 | 67.012 | 8.440 |
| **Sub - Total Store #** | 3126 | 9 | 94.925 | 11.900 |
| 3126<br>12710 FOUNTAIN LAKE CIR<br>STAFFORD, TX, 77477-3705<br>3126 | JQ8F3PG | 5 | 26.372 | 3.072 |
| | JQ9U4CG | 1 | 1.541 | 0.388 |
| 3126 | JR2X4CY | 3 | 67.012 | 8.440 |
| **Sub - Total Store #** | 3126 | 9 | 94.925 | 11.900 |
| 3125<br>522 NW LOOP 410 STE 108<br>SAN ANTONIO, TX, 78216-5551<br>3125 | JQ8F3PG | 10 | 12.194 | 2.649 |
| | JR2X4CY | 11 | 177.547 | 21.824 |
| 3125 | JR2L5EV | 12 | 193.359 | 19.105 |
| **Sub - Total Store #** | 3125 | 33 | 383.100 | 43.578 |
| 3125<br>522 NW LOOP 410 STE 108<br>SAN ANTONIO, TX, 78216-5551<br>3125 | JQ8F3PG | 10 | 12.194 | 2.649 |
| | JR2X4CY | 11 | 177.547 | 21.824 |
| 3125 | JR2L5EV | 12 | 193.359 | 19.105 |
| **Sub - Total Store #** | 3125 | 33 | 383.100 | 43.578 |
| 3125<br>522 NW LOOP 410 STE 108<br>SAN ANTONIO, TX, 78216-5551<br>3125 | JQ8F3PG | 10 | 12.194 | 2.649 |
| | JR2X4CY | 11 | 177.547 | 21.824 |
| 3125 | JR2L5EV | 12 | 193.359 | 19.105 |
| **Sub - Total Store #** | 3125 | 21 | 189.741 | 24.473 |

**Bed Bath & Beyond SHIPMENT MANIFEST**

FROM:
ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

Bill of Lading# 1130004951

CONSIGN TO:
Pathmark Transportation - HOU--#2659
14810 NORTH FWY STE 180
HOUSTON, TX, 77090-6648
Carrier: ROADWAY EXPRESS
Trailer No:

| Sub - Total Store # | 3125 | 33 | 383.100 | 43.578 |
|---|---|---|---|---|