| 03/17/2022 | BILL OF LANDING | 1 of 2 |
|---|---|---|

### Ship from
Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601

**Bill of Lading #1130003998**

Chicco USA / Copy

### Ship to
Name: BB&B 653 0653
Adrdress: 1001 W MIDDLESEX AVE
City/State/Zip: PORT READING, NJ, 07064-1518
CID # (MVDP) MVDP6937184          FOB:

Carrier Name: TOTAL QUALITY LOGISTICS LLC
Trailer Number: 1327K    C-115831
Seal Number:    897534
SCAC: TQYL
Pro Number:

### THIRD PARTY FREIGHT CHARGES BILL TO:
Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
          P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 11804

### SPECIAL INSTRUCTIONS

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____    Collect: __X__    3rd Party: _____

_____ Master Bill of Lading: with attached
Underlying Bills of Lading

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | #PKGS | WEIGHT | PALLET | SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| JJ3Y7YZ | 25 | 1,138.689 | | Y | |
| JJ7M5RX | 14 | 25.000 | | Y | |
| JJ7T7RX | 7 | 76.110 | | Y | |
| JJ6R2ZV | 5 | 141.890 | | Y | |
| JJ4R3LA | 2 | 3.245 | | Y | |
| JJ8Q2QR | 575 | 9,796.496 | | Y | |
| JJ8M6VD | 40 | 1,099.005 | | Y | |
| JJ9M5UT | 59 | 1,407.404 | | Y | |
| GRAND TOTAL | 727 | 13,687.839 | 28 | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 0.00 | | 36.00 | CTN | 282.307 | | STEAM STERILIZER | 108010 | 110 |
| 0.00 | | 133.00 | CTN | 2,638.192 | | CAR SEATS, CUPS, PACIFIERS | 156600 | 125 |
| 0.00 | | 33.00 | CTN | 757.864 | | STROLLERS | 188690 | 125 |
| 0.00 | | 3.00 | CTN | 2.064 | | PACIFIER CLIP | 56290 | 100 |
| 0.00 | | 10.00 | CTN | 26.985 | | BOTTLE WARMER | 61559 | 92.5 |
| 0.00 | | 209.00 | CTN | 2,522.196 | | FEEDING SEATS | 79620 | 85 |
| 0.00 | | 6.00 | CTN | 72.753 | | WALKERS INFANT | 79640 | 150 |
| 0.00 | | 281.00 | CTN | 7,014.317 | | HIGHCHAIRS | 80635 | 125 |
| 0.00 | | 15.00 | CTN | 370.289 | | INFANT SLEEPING | 81394 | 125 |
| 0.00 | | 1.00 | CTN | 0.873 | | POCKET BUDDY PACIFIER HOLDER | 84260 | 175 |
| 0.00 | | 727.00 | CTN | 13,687.840 | | GRAND TOTAL | | |

Chicco USA / Copy

| 03/17/2022 | BILL OF LANDING | 2 of 2 |
|---|---|---|

| Ship from | Bill of Lading #1130003998 |
|---|---|

**Ship from**

Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601

FOB: X

**Ship to**

Name: BB&B 653 0653
Adrdress: 1001 W MIDDLESEX AVE
City/State/Zip: PORT READING, NJ, 07064-1518
CID # (MVDP) MVDP6937184          FOB:

Carrier Name: TOTAL QUALITY LOGISTICS LLC
Trailer Number:
Seal Number:

SCAC: TQYL
Pro Number:

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
          P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 11804

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____     Collect: __X__   3rd Party: _____

          Master Bill of Lading: with attached
_____     Underlying Bills of Lading

**SPECIAL INSTRUCTIONS**

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: 'The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
                              per

**CONSIGNEE RESPONSIBLE FOR
ALL ACCESSORIAL CHARGES**

NOTE: Liability limitation for loss or damage in this shipment may be applicable. See 49. U.S.C 14706(1)(A) and (B).

RECEIVED, subject to Individualy determined tates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

Subject to section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the Consignee without recourse to the Consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payments of freight and all other lawful charges.
                              Shipper Signature

**SHIPPER SIGNATURE/DATE**
This is to certify that the above named materials are properly classified, packeged, marked and labeled, and are in proper condition. Transportation according to the applicable regulations of th DOT.

3-17-22

Trailer Loaded:
_X_ By Shipper
___ By Driver

Freight Counted:
_X_ By Shipper
___ By Driver/pallets
    said to contain
___ By Driver/Pieces

**CARRIER SIGNATURE/PICKUP DATE**
Carrier acknowledges receipt of packages and required placecards. Carrier certifies emergency response information was made available and/or has the DOT emergency response guidebook or equivalent documentation in the vehicle.
*Property described above is received in good order except as noted.*

3-17-22

# chicco

ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888



**PICKING LIST**

| NUMBER | DATE | | PAGE | DOCUMENT DESTINATION | 214878 |
|---|---|---|---|---|---|
| 3661241496 | 03/09/2022 | | 1 / 1 | Company BUY BUY BABY INC LIBERTY PROCUREMENT CO INC 650 Liberty Ave | |
| **SHIPPING POINT** USOA | | | | | |
| **INCOTERMS** FH | | | | Union NJ 07083-8107 US | |
| **DELIVERY AREA** P08 COLLECT | | | | | |

| SOLD-TO-PARTY    214878 | SHIP-TO-PARTY    265313 |
|---|---|
| Company BUY BUY BABY INC LIBERTY PROCUREMENT CO INC 650 Liberty Ave | BB&B 653 E COMMERCE FULLFILLMENT CENTER 1001 W MIDDLESEX AVE |
| Union NJ 07083-8107 US | PORT READING NJ 07064-1518 US |

**ORDER REF.** 1661175434    **YOUR REF.** JJ8M6VD **DEL** 03/04/2022    **DATE** 03/10/2022

warehouse: 731-364-3070

Customer Service: 1-800-323-4903

| Q.TY | UM | MAT.CODE | COL | SIZE | SEASON | PRODUCT DESCRIPTION | | | |
|---|---|---|---|---|---|---|---|---|---|
| 30 | CN | 04079562090070 | | | | LITE WAY STROLLER PETAL USA | | | |
| | | | | | | Bin: E-23 | 1 | 30.00 | 658.080 |
| 10 | CN | 07087001870070 | | | | ACTIV3 TRAVEL SYSTEM SOLAR USA | | | |
| | | | | | | ' ' | 1 | 10.00 | 440.925 |

TOTAL QUANTITY(pieces):    40.000

TOTAL OF CARTONS: 40.000    TOTAL WEIGHT: 1,099.005    TOTALE VOLUME: 188.100 TOTAL OF PALLETS:    2.071

Retailers only : For compliance certificates please contact your sales representative

USER :   ELORAH

Page:    1
APR3003A

BEYOND
Chargeback Details Report

6/22/22
14:05:27
BC89501

Vendor Number:  18595  ARTSANA USA INC/JUVENILE
Check Number:  810596      Check Date: 06/14/2022

| Inv Number | Inv Date | Store | PO Number | UPC | Type | Charge Qty | Unit Cost | Extended Cost |
|---|---|---|---|---|---|---|---|---|
| 5213124607 | 04/11/2022 | 655 | JK8G7KC00 | 49796611649 | PP | 4 | 35.740 | 142.96 |
| 5213124607 | 04/11/2022 | 655 | JK8G7KC00 | 49796611908 | PP | 2 | 64.490 | 128.98 |
| 5213124607 | 04/11/2022 | 655 | JK8G7KC00 | 49796612516 | PP | 3 | 40.240 | 120.72 |
| Total PRE-PAID OR STC SHORT TO PRO | | | | | | | | 392.66 |

Total of Above Charges                                      392.66

***End of Report***

364R48187

Schneider



ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

| DOCUMENT | | NUMBER | DATE |
|---|---|---|---|
| **Invoice** | | 5213124607 | 04/08/2022 |
| DIVISION | CUSTOMER TAX NUMBER | | PAGE |
| P2 | | | 1/2 |
| SALES PERSON   800002798 | | | CURRENCY |
| HOUSE | | | USD |
| PAYMENT TERMS | | | CUSTOMER |
| 60 DAYS ID | | | 214878 |

**BILL TO PARTY**

BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave
Union, NJ 07083-8107 US

**CUSTOMER ADDRESS**

BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave
Union, NJ 07083-8107 US

| ITEM CODE | DESCRIPTION | U.M. | QTY | GROSS PRICE | DISCOUNT | NET PRICE | AMOUNT | CT |
|---|---|---|---|---|---|---|---|---|
| Number of Adheren | 018595 | | | | | | | |
| | | | | | | | | |
| Delivery Address: 310212, BB&B 0655 NORTH LAS VEGAS - 0655 - 5835 E ANN RD 89116-1935 LAS VEGAS NV US | | | | | | | | |
| | Sales Order N. 1661181935 Customer PO JK8G7KC Customer PO JK8G7KC of 03/30/2022 | | | | | | | |
| | Delivery n. 3661248181 of the 04/06/2022- Shipper COLLECT | | | | | | | |
| 00007031100070 | SIL SPOUT TRANSITION CUP GIRL 4M + 1 | CN | 6 | | | 3.70 | 22.20 | |
| 00008013100070 | POCKET BUDDY FOX | CN | 6 | | | 5.30 | 31.80 | |
| 00021611410070 | DUO 5OZ FEEDING BOTTLE 2PCS PINK US | CN | 4 | | | 10.80 | 43.20 | |
| 00073221110070 | SILICONE MINI PACIFIER PINK 0-2M 2P | CN | 6 | | | 3.05 | 18.30 | |
| 00079611390070 | STACK 1-2-3 HIGHCHAIR DOTS USA | CN | 7 | | | 63.99 | 447.93 | |
| 00079656460070 | ALFALITE PLAYARD MIDNIGHT USA | CN | 6 | | | 103.57 | 621.42 | |
| 00079753920070 | LULLABY PLAYARD CAMDEN USA | CN | 14 | | | 129.47 | 1,812.58 | |
| 00079756100070 | POLLY HIGHCHAIR TAUPE USA | CN | 10 | | | 80.72 | 807.20 | |
| 04079136700070 | CADDY HOOK-ON CHAIR RED USA | CN | 4 | | | 29.99 | 119.96 | |
| 04079747680070 | VIARO TRAVEL SYSTEM TECHNA USA | CN | 1 | | | 233.16 | 233.16 | |
| 04079756300070 | POLLY HIGHCHAIR AVA USA | CN | 25 | | | 80.72 | 2,018.00 | |
| 04079774930070 | PROGRES5 RELAX HIGHCHAIR GENESIS US | CN | 13 | | | 142.59 | 1,853.67 | |
| 05079443460070 | FIT2 AIR B.CAR SEAT VERO USA | CN | 3 | | | 223.19 | 669.57 | |
| 05079835780070 | GOFIT PLUS BACKLESS BOOST.SEAT VIVA | CN | 10 | | | 35.74 | 357.40 | |
| 06079649990070 | CAR SEAT SPINNER BAG ANTHRACITE USA | CN | 30 | | | 50.00 | 1,500.00 | |
| 06079707810070 | KIT 2 SHEETS LULLAGO GREY TRIANGLE | CN | 8 | | | 14.99 | 119.92 | |
| 06079726020070 | TOT QUAD BOX HONEY BEAR USA | CN | 3 | | | 64.49 | 193.47 | |
| 06079753980070 | LULLABY PLAYARD CALLA USA | CN | 6 | | | 129.47 | 776.82 | |
| 06079754330070 | LULLABY ZIP PLAYARD DRIFTWOOD USA | CN | 3 | | | 161.73 | 485.19 | |
| 07079646860070 | FIT4 ADAPT B.CAR SEAT EMBER USA | CN | 3 | | | 250.76 | 752.28 | |
| 07087006470070 | MOD BABY WALKER GREY USA | CN | 13 | | | 40.24 | 523.12 | |

PAYMENT: 60 DAYS ID
PAYMENT DATE

NEXT                                                                                    ORIGINAL

**chicco**

ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

| DOCUMENT | | NUMBER | DATE |
|---|---|---|---|
| **Invoice** | | 5213124607 | 04/08/2022 |
| DIVISION | CUSTOMER TAX NUMBER | | PAGE |
| P2 | | | 2/2 |
| SALES PERSON  800002798 | | | CURRENCY |
| HOUSE | | | USD |
| PAYMENT TERMS | | | CUSTOMER |
| 60 DAYS ID | | | 214878 |

**BILL TO PARTY**
BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave
Union, NJ 07083-8107 US

**CUSTOMER ADDRESS**
BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave
Union, NJ 07083-8107 US

| ITEM CODE | DESCRIPTION | U.M. | QTY | GROSS PRICE | DISCOUNT | NET PRICE | AMOUNT | CT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| TAX | BASE AMOUNT | TAX AMOUNT | TAX | BASE AMOUNT | TAX AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| O1 | 11,627.94 | 0.00 | | | | |
| O3 | 1,779.25 | 0.00 | | | | 13,407.19 |

| OWNERSHIP RESERVE CLAUSE | TOT.BASE AMOUNT | TOT.TAX AMOUNT | TOT.INVOICE |
|---|---|---|---|
| | 13,407.19 | | 13,407.19 |

ORIGINAL

| 04/08/2022 | BILL OF LANDING | 1 of 2 |
|---|---|---|

### Ship from

Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601

Chicco USA / Copy
FOB:

**Bill of Lading #1130004151**

### Ship to

Name: BB&B 0655 NORTH LAS VEGAS 0655
Adrdress: 5835 E ANN RD
City/State/Zip: LAS VEGAS, NV, 89115-1835
CID # (MVDP) MVDP6964876          FOB:

Carrier Name: SCHNEIDER-INTERMODAL
Trailer Number: 306439
Seal Number: 6061233

SCAC: SCDS
Pro Number:

### THIRD PARTY FREIGHT CHARGES BILL TO:

Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
                    P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 11804

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____   Collect: __X__   3rd Party: _____

_____ Master Bill of Lading: with attached Underlying Bills of Lading

### SPECIAL INSTRUCTIONS

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | #PKGS | WEIGHT | PALLET | SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| JK8W3NS | 63 | 1,899.478 | | Y | |
| JK9M6KB | 130 | 3,275.459 | | Y | |
| JK9U5CP | 43 | 1,093.022 | | Y | |
| JK9J3AX | 110 | 2,964.744 | | Y | |
| JK8N2LQ | 2 | 3.157 | | Y | |
| JK8G7KC | 149 | 3,457.215 | | Y | |
| GRAND TOTAL | 497 | 12,693.075 | 24 | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 0.00 | | 109.00 | CTN | 3,188.321 | | CAR SEATS, CUPS, PACIFIERS | 156600 | 175 |
| 0.00 | | 35.00 | CTN | 267.200 | | CARRIER BABY | 187645 | 175 |
| 0.00 | | 1.00 | CTN | 5.291 | | SHEETS | 49390 | 85 |
| 0.00 | | 35.00 | CTN | 624.971 | | FEEDING SEATS | 79620 | 85 |
| 0.00 | | 17.00 | CTN | 206.132 | | WALKERS INFANT | 79640 | 150 |
| 0.00 | | 217.00 | CTN | 6,060.208 | | HIGHCHAIRS | 80635 | 125 |
| 0.00 | | 82.00 | CTN | 2,340.077 | | INFANT SLEEPING | 81394 | 100 |
| 0.00 | | 1.00 | CTN | 0.873 | | POCKET BUDDY PACIFIER HOLDER | 84260 | 175 |
| 0.00 | | 497.00 | CTN | 12,693.073 | | GRAND TOTAL | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: 'The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____

**CONSIGNEE RESPONSIBLE FOR ALL ACCESSORIAL CHARGES**

NOTE: Liability limitation for loss or demage in this shipment may be applicable. See 49. U.S.C 14706(1)(A) and (B).

| 04/08/2022 | BILL OF LANDING | 2 of 2 |
|---|---|---|

| | |
|---|---|
| **Ship from** | **Bill of Lading #1130004151** |
| Name: Chicco USA <br> Address: 1826 William Penn Way <br> City/State/Zip: Lancaster, PA 17601 <br><br> FOB: X | |

| | |
|---|---|
| **Ship to** | Carrier Name: SCHNEIDER-INTERMODAL <br> Trailer Number: <br> Seal Number: |
| Name: BB&B 0655 NORTH LAS VEGAS 0655 <br> Adrdress: 5835 E ANN RD <br> City/State/Zip: LAS VEGAS, NV, 89115-1835 <br> CID # (MVDP) MVDP6964876         FOB: | SCAC: SCDS <br> Pro Number: |

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
         P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 11804

**SPECIAL INSTRUCTIONS**

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____    Collect: __X__   3rd Party: _____

_____    Master Bill of Lading: with attached
Underlying Bills of Lading

RECEIVED, subject to Individualy determined tates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

Subject to section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the Consignee without recourse to the Consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payments of freight and all other lawful charges.
                                    Shipper Signature

| **SHIPPER SIGNATURE/DATE** | Trailer Loaded:   Freight Counted: | **CARRIER SIGNATURE/PICKUP DATE** |
|---|---|---|
| This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition. Transportation according to the applicable regulations of the DOT. | _X_ By Shipper   _X_ By Shipper <br> ___ By Driver   ___ By Driver/pallets <br>              said to contain <br>              ___ By Driver/Pieces | Carrier acknowledges receipt of packages and required placecards. Carrier certifies emergency response information was made available and/or has the DOT emergency response guidebook or equivalent documentation in the vehicle. <br> *Property described above is received in good order except as noted.* |

 **ARTSANA USA, Inc.**
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

**PICKING LIST**



| NUMBER | DATE | PAGE | DOCUMENT DESTINATION 214878 |
|---|---|---|---|
| 3661248181 | 04/06/2022 | 1 / 2 | Company |

**SHIPPING POINT** US0A

**INCOTERMS** FH

**DELIVERY AREA** P08 COLLECT

DOCUMENT DESTINATION 214878
Company
BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave

Union NJ 07083-8107 US

| SOLD-TO-PARTY    214878 | SHIP-TO-PARTY    310212 |
|---|---|
| Company | |
| BUY BUY BABY INC | BB&B 0655 NORTH LAS VEGAS |
| LIBERTY PROCUREMENT CO INC | |
| 650 Liberty Ave | 5835 E ANN RD |
| | |
| Union NJ 07083-8107 US | LAS VEGAS NV 89115-1835 US |

**ORDER REF.** 1661181935      **YOUR REF.** JK8G7KC DEL 03/30/2022      **DATE** 04/07/2022

warehouse: 731-364-3070

Customer Service: 1-800-323-4903

| Q.TY | UM | MAT.CODE | COL | SIZE | SEASON | PRODUCT DESCRIPTION | | | |
|---|---|---|---|---|---|---|---|---|---|
| 6 | CN | 00007031100070 | | | | SIL SPOUT TRANSITION CUP GIRL 4M + 1PC US | | | |
| | | | | | | Bin: J-29 | 6 | 1.00 | 1.764 |
| 6 | CN | 00008013100070 | | | | POCKET BUDDY FOX | | | |
| | | | | | | Bin: K-26 | 6 | 1.00 | 0.882 |
| 4 | CN | 00021611410070 | | | | DUO 5OZ FEEDING BOTTLE 2PCS PINK US | | | |
| | | | | | | Bin: J-07 | 4 | 1.00 | 1.750 |
| 6 | CN | 00073221110070 | | | | SILICONE MINI PACIFIER PINK 0-2M 2PCS | | | |
| | | | | | | Bin: J-04 | 6 | 1.00 | 0.970 |
| 7 | CN | 00079611390070 | | | | STACK 1-2-3 HIGHCHAIR DOTS USA | | | |
| | | | | | | Bin: B-4 | 1 | 7.00 | 200.621 |
| 6 | CN | 00079656460070 | | | | ALFALITE PLAYARD MIDNIGHT USA | | | |
| | | | | | | Bin: D-01 | 1 | 6.00 | 211.644 |
| 14 | CN | 00079753920070 | | | | LULLABY PLAYARD CAMDEN USA | | | |
| | | | | | | Bin: B-14 | 1 | 14.00 | 524.701 |
| 10 | CN | 00079756100070 | | | | POLLY HIGHCHAIR TAUPE USA | | | |
| | | | | | | Bin: D-29 | 1 | 10.00 | 281.971 |
| 4 | CN | 04079136700070 | | | | CADDY HOOK-ON CHAIR RED USA | | | |
| | | | | | | Bin: B-03 | 2 | 2.00 | 33.069 |
| 1 | CN | 04079747680070 | | | | VIARO TRAVEL SYSTEM TECHNA USA | | | |
| | | | | | | ' ' | 1 | 1.00 | 45.548 |
| 25 | CN | 04079756300070 | | | | POLLY HIGHCHAIR AVA USA | | | |
| | | | | | | Bin: C-22 | 1 | 25.00 | 704.929 |
| 13 | CN | 04079774930070 | | | | PROGRES5 RELAX HIGHCHAIR GENESIS USA | | | |
| | | | | | | Bin: B-28 | 1 | 13.00 | 453.976 |
| 3 | CN | 05079443460070 | | | | FIT2 AIR B.CAR SEAT VERO USA | | | |
| | | | | | | Bin: B-22 | 1 | 3.00 | 78.209 |
| 10 | CN | 05079835780070 | | | | GOFIT PLUS BACKLESS BOOST.SEAT VIVACI US | | | |
| | | | | | | Bin: D-15 | 2 | 5.00 | 31.967 |
| 30 | CN | 06079649990070 | | | | CAR SEAT SPINNER BAG ANTHRACITE USA | | | |
| | | | | | | Bin: B-15 | 1 | 30.00 | 43.387 |
| 8 | CN | 06079707810070 | | | | KIT 2 SHEETS LULLAGO GREY TRIANGLE USA | | | |



ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

**PICKING LIST**



| NUMBER | DATE | PAGE | DOCUMENT DESTINATION | 214878 |
|---|---|---|---|---|
| 3661248181 | 04/06/2022 | 2 / 2 | Company BUY BUY BABY INC LIBERTY PROCUREMENT CO INC 650 Liberty Ave | |

**SHIPPING POINT** USOA
**INCOTERMS** FH
**DELIVERY AREA** P08 COLLECT

Union NJ 07083-8107 US

| SOLD-TO-PARTY | 214878 | SHIP-TO-PARTY | 310212 |
|---|---|---|---|
| Company BUY BUY BABY INC LIBERTY PROCUREMENT CO INC 650 Liberty Ave | | Company BB&B 0655 NORTH LAS VEGAS | |
| Union NJ 07083-8107 US | | 5835 E ANN RD | |
| | | LAS VEGAS NV 89115-1835 US | |

| | | | | | |
|---|---|---|---|---|---|
| | | | Bin: I-33-B | 8 | 1.00 | 5.291 |
| 3 | CN | 06079726020070 | TOT QUAD BOX HONEY BEAR USA | | |
| | | | Bin: C-12 | 1 | 3.00 | 84.922 |
| 6 | CN | 06079753980070 | LULLABY PLAYARD CALLA USA | | |
| | | | Bin: C-27 | 1 | 6.00 | 224.872 |
| 3 | CN | 06079754330070 | LULLABY ZIP PLAYARD DRIFTWOOD USA | | |
| | | | Bin: D-26 | 1 | 3.00 | 112.436 |
| 3 | CN | 07079646860070 | FIT4 ADAPT B.CAR SEAT EMBER USA | | |
| | | | ' ' | 1 | 3.00 | 77.316 |
| 13 | CN | 07087006470070 | MOD BABY WALKER GREY USA | | |
| | | | Bin: C-13 | 1 | 13.00 | 157.631 |

TOTAL QUANTITY(pieces):      181.000
TOTAL OF CARTONS: 149.000    TOTAL WEIGHT: 3,277.856    TOTALE VOLUME: 495.391 TOTAL OF PALLETS:      6.091
Retailers only : For compliance certificates please contact your sales representative

USER :  ELORAH

Page:   1                                                    BEYOND                                        6/22/22
APR3003A                                              Chargeback Details Report                          14:06:04
                                                                                                         BC89501
Vendor Number:  18595  ARTSANA USA INC/JUVENILE
Check Number:  810596     Check Date: 06/14/2022

| Inv Number | Inv Date | Store | PO Number | UPC | Type | Charge Qty | Unit Cost | Extended Cost |
|---|---|---|---|---|---|---|---|---|
| 5213124663 | 04/11/2022 | 3068 | JK8J5PC00 | 49796612479 | CS | 2 | 63.990 | 127.98 |
| Total CONCEALED SHORT | | | | | | | | 127.98 |

Total of Above Charges    127.98

***End of Report***

31242479(1)

XPO
046-4214B5



ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

| DOCUMENT | | NUMBER | DATE |
|---|---|---|---|
| **Invoice** | | 5213124663 | 04/11/2022 |
| DIVISION | CUSTOMER TAX NUMBER | | PAGE |
| P3 | | | 1/1 |
| SALES PERSON | 800002798 | | CURRENCY |
| HOUSE | | | USD |
| PAYMENT TERMS | | | CUSTOMER |
| 60 DAYS ID | | | 214878 |

**BILL TO PARTY**

BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave
Union, NJ 07083-8107 US

**CUSTOMER ADDRESS**

BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave
Union, NJ 07083-8107 US

| ITEM CODE | DESCRIPTION | U.M. | QTY | GROSS PRICE | DISCOUNT | NET PRICE | AMOUNT | CT |
|---|---|---|---|---|---|---|---|---|
| Number of Adheren | 018595 | | | | | | | |
| Delivery Address: 298081, BUY BUY BABY 3068 PRINCETON - 3068 - 601 Nassau Park Blvd 08540-5938 PRINCETON NJ US | | | | | | | | |
| | Sales Order N. 1661181932 Customer PO JK8J5PC Customer PO JK8J5PC of 03/30/2022 | | | | | | | |
| | Delivery n. 3661247967 of the 04/06/2022- Shipper COLLECT | | | | | | | |
| 00021625400070 | DUO 9OZ FEEDING BOTTLE 2PCS GREY US | CN | 4 | | | 10.80 | 43.20 | |
| 00087004190070 | E-MOTION AUTO-GLIDER&BOUNCER GREY U | CN | 12 | | | 63.99 | 767.88 | |

PAYMENT: 60 DAYS ID
PAYMENT DATE

| TAX | BASE AMOUNT | TAX AMOUNT | TAX | BASE AMOUNT | TAX AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 01 | 811.08 | 0.00 | | | | 811.08 |

| OWNERSHIP RESERVE CLAUSE | TOT.BASE AMOUNT | TOT.TAX AMOUNT | TOT.INVOICE |
|---|---|---|---|
| | 811.08 | | 811.08 |

ORIGINAL

| 04/11/2022 | | BILL OF LANDING | | | | 1 of 2 | |
|---|---|---|---|---|---|---|---|

**Ship from**

Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601

FOB: X

Bill of Lading #1130004128

*Chicco USA / Copy*

**Ship to**

Name: BED BATH & BEYOND 2693 2693
Adrdress: 71 MALL ROAD
City/State/Zip: FRACKVILLE, PA, 17931
CID # (MVDP) MVDP6963854    FOB:

Carrier Name: CENTRAL TRANSPORT LLC
Trailer Number:
Seal Number:

SCAC: CTII    XPOLogistics

640-621435

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 11804

Driver's signature acknowledges receipt of freight only. Received shipment is subject to terms of a written contract, if any, otherwise subject to the terms, conditions and limitations of liability set forth in XPO Logistics freight, inc. rules tariff. (see www.xpo.com)

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____    Collect: __X__    3rd Party: _____

_____  Master Bill of Lading: with attached Underlying Bills of Lading

**SPECIAL INSTRUCTIONS**

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | #PKGS | WEIGHT | PALLET | SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| JK9H8PV | 1 | 0.728 | | Y | |
| JK8Q3SV | 4 | 24.580 | | Y | |
| JK9P5US | 1 | 48.502 | | Y | |
| JK9H6QZ | 2 | 23.559 | | Y | |
| JK7T4SD | 1 | 21.936 | | Y | |
| JK8W5SN | 1 | 25.772 | | Y | |
| JK9H8PE | 2 | 23.559 | | Y | |
| JK9Q2GA | 1 | 0.833 | | Y | |
| JK9J3BT | 1 | 0.728 | | Y | |
| JK9H9DS | 1 | 0.873 | | Y | |
| JK9H7VK | 1 | 21.936 | | Y | |
| JK5E6MM | 7 | 153.552 | | Y | |
| JK9H7VW | 2 | 2.496 | | Y | |
| JK7V8PB | 2 | 43.872 | | Y | |
| JK8W5SN | 1 | 26.070 | | Y | |
| JK9H6RA | 1 | 1.534 | | Y | |
| JK6D4PL | 1 | 21.936 | | Y | |
| JK7T4WN | 3 | 65.808 | | Y | |
| JK9H6QX | 2 | 23.259 | | Y | |
| JK6C8YB | 1 | 21.936 | | Y | |
| JK7T7XV | 2 | 43.872 | | Y | |
| JK9H5QD | 1 | 21.936 | | Y | |
| JK9H9ES | 2 | 2.513 | | Y | |
| JK8J5PC | 7 | 110.487 | | Y | |
| JK6D2HJ | 1 | 21.936 | | Y | |
| JK7T6WJ | 1 | 21.936 | | Y | |
| JK9H5XA | 3 | 54.895 | | Y | |
| **GRAND TOTAL** | 53 | 831.024 | 2 | | |

*Chicco USA / Copy*

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 0.00 | | 0.00 | CTN | 0.000 | | GRAND TOTAL | | |

| 04/11/2022 | BILL OF LANDING | 2 of 2 |
|---|---|---|

### Ship from

Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601

FOB: X

**Bill of Lading #1130004128**

### Ship to

Name: BED BATH & BEYOND 2693 2693
Adrdress: 71 MALL ROAD
City/State/Zip: FRACKVILLE, PA, 17931
CID # (MVDP) MVDP6963854          FOB:

Carrier Name: CENTRAL TRANSPORT LLC
Trailer Number:
Seal Number:

SCAC: CTII
Pro Number:

### THIRD PARTY FREIGHT CHARGES BILL TO:

Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
         P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 11804

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____   Collect: __X__   3rd Party: _____

Master Bill of Lading: with attached
_____ Underlying Bills of Lading

### SPECIAL INSTRUCTIONS

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 0.00 | | 11.00 | CTN | 108.981 | | CAR SEATS, CUPS, PACIFIERS | 156600 | 175 |
| 0.00 | | 26.00 | CTN | 570.336 | | STROLLERS | 188690 | 125 |
| 0.00 | | 3.00 | CTN | 33.069 | | FEEDING SEATS | 79620 | 85 |
| 0.00 | | 5.00 | CTN | 8.025 | | HIGHCHAIRS | 80635 | 125 |
| 0.00 | | 6.00 | CTN | 108.864 | | INFANT SLEEPING | 81394 | 125 |
| 0.00 | | 2.00 | CTN | 1.746 | | POCKET BUDDY PACIFIER HOLDER | 84260 | 175 |
| 0.00 | | 53.00 | CTN | 831.021 | | **GRAND TOTAL** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: 'The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____

**CONSIGNEE RESPONSIBLE FOR ALL ACCESSORIAL CHARGES**

NOTE: Liability limitation for loss or demage in this shipment may be applicable. See 49. U.S.C 14706(1)(A) and (B).

RECEIVED, subject to Individualy determined tates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

Subject to section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the Consignee without recourse to the Consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payments of freight and all other lawful charges.
                                        Shipper Signature

### SHIPPER SIGNATURE/DATE

This is to certify that the above named materials are properly classified, packeged, marked and labeled, and are in proper condition. Transportation according to the applicable regulations of the DOT.

4-11-22

Trailer Loaded:
X  By Shipper
__ By Driver

Freight Counted:
X  By Shipper
__ By Driver/pallets said to contain
__ By Driver/Pieces

### CARRIER SIGNATURE/PICKUP DATE

Carrier acknowledges receipt of packages and required placecards. Carrier certifies emergency response information was made available and/or has the DOT emergency response guidebook or equivalent documentation in the vehicle.
*Property described above is received in good order except as noted.*

**PICKING LIST**



ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888



| NUMBER | DATE | PAGE | DOCUMENT DESTINATION | 214878 |
|---|---|---|---|---|
| 3661247967 | 04/06/2022 | 1 / 1 | Company | |

**SHIPPING POINT** USOA

**INCOTERMS** FH

**DELIVERY AREA** P08 COLLECT

DOCUMENT DESTINATION  214878
Company
BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave

Union NJ 07083-8107 US

| SOLD-TO-PARTY | 214878 | SHIP-TO-PARTY | 298081 |
|---|---|---|---|

Company
BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave

Union NJ 07083-8107 US

BUY BUY BABY 3068 PRINCETON

601 Nassau Park Blvd

PRINCETON NJ 08540-5938 US

**ORDER REF.** 1661181932    **YOUR REF.** JK8J5PC **DEL** 03/30/2022    **DATE** 04/07/2022

warehouse: 731-364-3070

Customer Service: 1-800-323-4903

| Q.TY | UM | MAT.CODE | COL | SIZE | SEASON | PRODUCT DESCRIPTION | | | |
|---|---|---|---|---|---|---|---|---|---|
| 4 | CN | 00021625400070 | | | | DUO 9OZ FEEDING BOTTLE 2PCS GREY US | | | |
| | | | | | | Bin: L-31 | 4 | 1.00 | 1.634 |
| 12 | CN | 00087004190070 | | | | E-MOTION AUTO-GLIDER&BOUNCER GREY USA | | | |
| | | | | | | Bin: E-27 | 2 | 6.00 | 148.415 |

TOTAL QUANTITY(pieces):      16.000

TOTAL OF CARTONS: 7.000    TOTAL WEIGHT: 150.049    TOTALE VOLUME: 20.657 TOTAL OF PALLETS:      0.205

Retailers only : For compliance certificates please contact your sales representative

USER : ELORAH

**Beyond**

Chargeback Details Report

| Vendor Number | Check Date |
|---|---|
| 18595 ARTSANA USA INC/JUVENILE | 06/28/2022 |
| Check Number | |
| 812267 | |

| Inv Number | Inv Date | Store | PO Number | UPC | Type | Charge Qty | Unit Cost | Extended Cost |
|---|---|---|---|---|---|---|---|---|
| 5213127535 | 04/26/2022 | 3094 | JL4J8SN | 49796612646 | CS | 2 | $71.49 | $142.98 |
| Total CONCEALED SHORT | | | | | | | | ($142.98) |

364R50976

XPO

Thursday, Jun 30, 2022

Page 23 of 23



ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

| DOCUMENT **Invoice** | | NUMBER 5213127535 | DATE 04/25/2022 |
|---|---|---|---|
| DIVISION P3 | CUSTOMER TAX NUMBER | | PAGE 1/1 |
| SALES PERSON  800002798 HOUSE | | | CURRENCY USD |
| PAYMENT TERMS 60 DAYS ID | | | CUSTOMER 214878 |

**BILL TO PARTY**

BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave
Union, NJ 07083-8107 US

**CUSTOMER ADDRESS**

BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave
Union, NJ 07083-8107 US

| ITEM CODE | DESCRIPTION | U.M. | QTY | GROSS PRICE | DISCOUNT | NET PRICE | AMOUNT | CT |
|---|---|---|---|---|---|---|---|---|
| Number of Adheren 018595 | | | | | | | | |
| Delivery Address: 3 6824, BUY BUY BABY 3094 LIVINGSTON - 3094 - 530 W Mount Pleasant Ave 07039-1740 LIVINGSTON NJ US | | | | | | | | |
| | Sales Order N. 1661184523 Customer PO JL4J8SN Customer PO JL4J8SN of 04/14/2022 | | | | | | | |
| | Delivery n. 3661250976 of the 04/20/2022- Shipper COLLECT | | | | | | | |
| 00001808000070 | PHYSIOFORMA SILICONE PACIFIER CLEAR | CN | 6 | | | 3.05 | 18.30 | |
| 00002712200070 | PHYSIOFORMA SILICONE PACIFIER TEAL | CN | 6 | | | 3.05 | 18.30 | |
| 00021611300070 | DUO 5OZ FEEDING BOTTLE 1PC GREY US | CN | 4 | | | 6.25 | 25.00 | |
| 04079562090070 | LITE WAY STROLLER PETAL USA | CN | 8 | | | 71.49 | 571.92 | |
| PAYMENT:  60 DAYS ID | | | | | | | | |
| PAYMENT DATE | | | | | | | | |

| TAX | BASE AMOUNT | TAX AMOUNT | TAX | BASE AMOUNT | TAX AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 01 | 633.52 | 0.00 | | | | 633.52 |

| OWNERSHIP RESERVE CLAUSE | TOT.BASE AMOUNT | TOT.TAX AMOUNT | TOT.INVOICE |
|---|---|---|---|
| | 633.52 | | 633.52 |

ORIGINAL

| 04/25/2022 | BILL OF LANDING | 1 of 3 |
|---|---|---|

**Ship from**

Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601

FOB: X

**Bill of Lading #1130004200**

**Ship to**

Name: BED BATH & BEYOND 2693 2693
Adrdress: 71 MALL ROAD
City/State/Zip: FRACKVILLE, PA 17931
CID # (MVDP) MVDP6974398

FOB:

Carrier Name: XPO LOGISTICS
Trailer Number:
Seal Number:

Driver's signature acknowledges receipt of freight only.
Received shipment is subject to terms of a written contract,
if any, otherwise subject to the terms, conditions and
limitations of liability set forth in XPO Logistics
Freight, Inc. rules tariff. (see www.xpo.com)

XPOLogistics

116-137615

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 11804

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____    Collect: __X__    3rd Party: _____

Master Bill of Lading: with attached
_____ Underlying Bills of Lading

**SPECIAL INSTRUCTIONS**

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

| CUSTOMER ORDER INFORMATION | | | | | |
|---|---|---|---|---|---|
| **CUSTOMER ORDER NUMBER** | **#PKGS** | **WEIGHT** | **PALLET** | **SLIP** | **ADDITIONAL SHIPPER INFO** |
| JJ4D5RX | 1 | 33.069 | | Y | |
| JJ6R3GV | 1 | 9.524 | | Y | |
| JL5L2RJ | 1 | 48.502 | | Y | |
| JL5B6ZM | 1 | 0.833 | | Y | |
| JL4J8SN | 11 | 177.710 | | Y | |
| JJ4D5RX | 1 | 33.069 | | Y | |
| JK5F3QJ | 1 | 33.069 | | Y | |
| JL3A6TS | 1 | 15.476 | | Y | |
| JL5B7MT | 4 | 55.623 | | Y | |
| JJ4D5RX | 1 | 33.069 | | Y | |
| JJ6R2TT | 1 | 9.524 | | Y | |
| JJ8P6PT | 3 | 28.572 | | Y | |
| JL5C5HG | 8 | 154.385 | | Y | |
| JL4J2EB | 11 | 53.092 | | Y | |
| JL5B8UV | 2 | 1.561 | | Y | |
| JL5B9TA | 4 | 2.910 | | Y | |
| JJ4D5RX | 1 | 33.069 | | Y | |
| JK5F3QJ | 1 | 33.069 | | Y | |
| JL5L2RJ | 1 | 25.772 | | Y | |
| JL5B8YC | 10 | 198.297 | | Y | |
| JJ8E9XF | 11 | 104.764 | | Y | |
| JL5B8VH | 4 | 3.805 | | Y | |
| JL4S7CR | 25 | 365.487 | | Y | |
| JJ4D5RX | 1 | 33.069 | | Y | |
| JL5L2RJ | 1 | 25.772 | | Y | |
| JL5B8XU | 6 | 110.553 | | Y | |
| JJ4D5RX | 1 | 33.069 | | Y | |
| JL5C5GU | 1 | 21.936 | | Y | |
| **GRAND TOTAL** | 115 | 1,678.650 | 5 | | |

| 04/25/2022 | BILL OF LANDING | 2 of 3 |
|---|---|---|

### Ship from

Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601
FOB: X

### Ship to

Name: BED BATH & BEYOND 2693 2693
Adrdress: 71 MALL ROAD
City/State/Zip: FRACKVILLE, PA, 17931
CID # (MVDP) MVDP6974398          FOB:

### THIRD PARTY FREIGHT CHARGES BILL TO:

Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 11804

**Bill of Lading #1130004200**

Carrier Name: XPO LOGISTICS
Trailer Number:
Seal Number:

SCAC: XPOL
Pro Number:

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____    Collect: __X__    3rd Party: _____

Master Bill of Lading: with attached
_____ Underlying Bills of Lading

### SPECIAL INSTRUCTIONS

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

| CUSTOMER ORDER NUMBER | #PKGS | WEIGHT | PALLET | SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| JJ4D5RX | 2 | 66.139 | | Y | |
| JJ8M6VD | 1 | 33.069 | | Y | |
| JJ5L3XR | 2 | 19.045 | | Y | |
| JK5F3QJ | 2 | 66.139 | | Y | |
| JL5B7MV | 1 | 0.873 | | Y | |
| JJ4D5RX | 1 | 33.069 | | Y | |
| JJ5J8RY | 4 | 38.096 | | Y | |
| JL5B6ZJ | 1 | 18.144 | | Y | |
| JJ4D5RX | 1 | 33.069 | | Y | |
| JL5B8VC | 1 | 0.728 | | Y | |
| JL4S2GC | 6 | 131.202 | | Y | |
| JJ4D5RX | 1 | 33.069 | | Y | |
| JL5C5HN | 8 | 154.425 | | Y | |
| JJ4D5RX | 1 | 33.069 | | Y | |
| JL5L2RJ | 1 | 25.772 | | Y | |
| JL5B7MR | 4 | 87.744 | | Y | |
| **GRAND TOTAL** | 152 | 2,452.305 | 5 | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 0.00 | | 49.00 | CTN | 454.505 | | CAR SEATS, CUPS, PACIFIERS | 156600 | 175 |
| 0.00 | | 3.00 | CTN | 46.429 | | CARRIER BABY | 187645 | 175 |
| 0.00 | | 76.00 | CTN | 1,856.404 | | STROLLERS | 188690 | 125 |
| 0.00 | | 3.00 | CTN | 2.064 | | PACIFIER CLIP | 56290 | 100 |
| 0.00 | | 5.00 | CTN | 55.116 | | FEEDING SEATS | 79620 | 85 |
| 0.00 | | 10.00 | CTN | 15.282 | | HIGHCHAIRS | 80635 | 125 |
| 0.00 | | 1.00 | CTN | 18.144 | | INFANT SLEEPING | 81394 | 125 |
| 0.00 | | 147.00 | CTN | 2,447.944 | | **GRAND TOTAL** | | |

| 04/25/2022 | BILL OF LANDING | 3 of 3 |
|---|---|---|

**Bill of Lading #1130004200**

| **Ship from** |
|---|
| Name: Chicco USA<br>Address: 1826 William Penn Way<br>City/State/Zip: Lancaster, PA 17601 |
| FOB: X |

Carrier Name: XPO LOGISTICS
Trailer Number:
Seal Number:

| **Ship to** |
|---|
| Name: BED BATH & BEYOND 2693 2693<br>Adrdress: 71 MALL ROAD<br>City/State/Zip: FRACKVILLE, PA, 17931<br>CID # (MVDP) MVDP6974398      FOB: |

SCAC: XPOL
Pro Number:

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
        P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 11804

Freight Charge Terms: (freight charges are collect Unless marked
othewise)

Prepaid: _____   Collect: __X__   3rd Party: _____

Master Bill of Lading: with attached
_____ Underlying Bills of Lading

**SPECIAL INSTRUCTIONS**

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 0.00 | | 5.00 | CTN | 4.365 | | POCKET BUDDY PACIFIER HOLDER | 84260 | 175 |
| 0.00 | | 152.00 | CTN | 2,452.309 | | **GRAND TOTAL** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: 'The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____

**CONSIGNEE RESPONSIBLE FOR
ALL ACCESSORIAL CHARGES**

NOTE: Liability limitation for loss or demage in this shipment may be applicable. See 49. U.S.C 14706(1)(A) and (B).

RECEIVED, subject to Individualy determined tates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

Subject to section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the Consignee without recourse to the Consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payments of freight and all other lawful charges.
                                    Shipper Signature

**SHIPPER SIGNATURE/DATE**
This is to certify that the above named materials are properly classified, packeged, marked and labeled, and are in proper condition. Transportation according to the applicable regulations of the DOT.

Trailer Loaded: Freight Counted:
_X_ By Shipper   _X_ By Shipper
___ By Driver    ___ By Driver/pallets
                     said to contain
                 ___ By Driver/Pieces

**CARRIER SIGNATURE/PICKUP DATE**
Carrier acknowledges receipt of packages and required placecards. Carrier certifies emergency response information was made available and/or has the DOT emergency response guidebook or equivalent documentation in the vehicle.
*Property described above is received in good order except as noted.*

 **chicco**

ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

**PICKING LIST**



| NUMBER | DATE | | PAGE | DOCUMENT DESTINATION | 214878 |
|---|---|---|---|---|---|
| 3661250976 | 04/20/2022 | | 1 / 1 | Company | |

**SHIPPING POINT** USOA

**INCOTERMS** FH

**DELIVERY AREA** PO8 COLLECT

DOCUMENT DESTINATION 214878
Company
BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave

Union NJ 07083-8107 US

| SOLD-TO-PARTY | 214878 | SHIP-TO-PARTY | 316824 |
|---|---|---|---|

Company
BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave

Union NJ 07083-8107 US

BUY BUY BABY 3094 LIVINGSTON

530 W Mount Pleasant Ave

LIVINGSTON NJ 07039-1740 US

**ORDER REF.** 1661184523       **YOUR REF.** JL4J8SN DEL 04/14/2022                          **DATE** 04/21/2022

warehouse: 731-364-3070

Customer Service: 1-800-323-4903

| Q.TY | UM | MAT.CODE | COL | SIZE | SEASON | PRODUCT DESCRIPTION | | | |
|---|---|---|---|---|---|---|---|---|---|
| 6 | CN | 00001808000070 | | | | PHYSIOFORMA SILICONE PACIFIER CLEAR 0-6M | | | |
| | | | | | | Bin: K-01 | 6 | 1.00 | 0.897 |
| 6 | CN | 00002712200070 | | | | PHYSIOFORMA SILICONE PACIFIER TEAL 6-16M | | | |
| | | | | | | Bin: K-05 | 6 | 1.00 | 0.897 |
| 4 | CN | 00021611300070 | | | | DUO 5OZ FEEDING BOTTLE 1PC GREY US | | | |
| | | | | | | Bin: J-08 | 4 | 1.00 | 1.049 |
| 8 | CN | 04079562090070 | | | | LITE WAY STROLLER PETAL USA | | | |
| | | | | | | Bin: E-23 | 1 | 8.00 | 175.488 |

TOTAL QUANTITY(pieces):        24.000

TOTAL OF CARTONS: 11.000    TOTAL WEIGHT: 178.331    TOTALE VOLUME: 23.156 TOTAL OF PALLETS:        0.290

Retailers only : For compliance certificates please contact your sales representative

USER :  ELORAH

# Beyond

## Chargeback Details Report

| Vendor Number | | | | | | Check Date | | | |
|---|---|---|---|---|---|---|---|---|---|
| 18595 ARTSANA USA INC/JUVENILE | | | | | | 07/07/2022 | | | |
| Check Number | | | | | | | | | |
| 814657 | | | | | | | | | |

| Inv Number | Inv Date | Store | PO Number | UPC | Type | Charge Qty | Unit Cost | Extended Cost |
|---|---|---|---|---|---|---|---|---|
| 5213128231 | 04/28/2022 | 653 | JL5J5HM | 49796611731 | PP | 1 | $193.49 | $193.49 |
| Total PRE-PAID OR STC SHORT TO PRO | | | | | | | | ($193.49) |

366125/350

TQYL



ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

| DOCUMENT | | NUMBER | DATE |
|---|---|---|---|
| **Invoice** | | 5213128231 | 04/27/2022 |
| DIVISION | CUSTOMER TAX NUMBER | | PAGE |
| P2 | | | 1/1 |
| SALES PERSON  800002798 | | | CURRENCY |
| HOUSE | | | USD |
| PAYMENT TERMS | | | CUSTOMER |
| 60 DAYS ID | | | 214878 |

**BILL TO PARTY**

BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave
Union, NJ 07083-8107 US

**CUSTOMER ADDRESS**

BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave
Union, NJ 07083-8107 US

| ITEM CODE | DESCRIPTION | U.M. | QTY | GROSS PRICE | DISCOUNT | NET PRICE | AMOUNT | CT |
|---|---|---|---|---|---|---|---|---|
| Number of Adheren 018595 | | | | | | | | |
| Delivery Address: 205313, BB&B 653 - 653 - 1001 W MIDDLESEX AVE 07064-1618 PORT READING NJ US | | | | | | | | |
| | Sales Order N. 1661184200 Customer PO JL5J5HM Customer PO JL5J5HM of 04/18/2022 | | | | | | | |
| | Delivery n. 3661251350 of the 04/20/2022- Shipper COLLECT | | | | | | | |
| 00079656460070 | ALFALITE PLAYARD MIDNIGHT USA | CN | 16 | | | 103.57 | 1,657.12 | |
| 00079753920070 | LULLABY PLAYARD CAMDEN USA | CN | 23 | | | 129.47 | 2,977.81 | |
| 04079755520070 | LLB PRIMO PLAYARD ORGANIC LAKESHORE | CN | 6 | | | 193.49 | 1,160.94 | |
| 05079726720070 | TOT QUAD BOX CONFETTI USA | CN | 7 | | | 64.49 | 451.43 | |
| 06079726020070 | TOT QUAD BOX HONEY BEAR USA | CN | 3 | | | 64.49 | 193.47 | |
| 06079753980070 | LULLABY PLAYARD CALLA USA | CN | 20 | | | 129.47 | 2,589.40 | |
| 06079754330070 | LULLABY ZIP PLAYARD DRIFTWOOD USA | CN | 15 | | | 161.73 | 2,425.95 | |

PAYMENT:  60 DAYS ID
PAYMENT DATE

| TAX | BASE AMOUNT | TAX AMOUNT | TAX | BASE AMOUNT | TAX AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 01 | 11,456.12 | 0.00 | | | | 11,456.12 |

| OWNERSHIP RESERVE CLAUSE | | TOT.BASE AMOUNT | TOT.TAX AMOUNT | TOT.INVOICE |
|---|---|---|---|---|
| | | 11,456.12 | | 11,456.12 |

ORIGINAL

| 04/27/2022 | BILL OF LANDING | 1 of 2 |
|---|---|---|

| **Ship from** | **Bill of Lading #1130004215** |
|---|---|
| Name: Chicco USA<br>Address: 1826 William Penn Way<br>City/State/Zip: Lancaster, PA 17601 | |
| **Ship to** | Carrier Name: TOTAL QUALITY LOGISTICS LLC<br>Trailer Number: 576030<br>Seal Number: 6035055 |
| Name: BB&B 653 0653<br>Adrdress: 1001 W MIDDLESEX AVE<br>City/State/Zip: PORT READING, NJ, 07064-1518<br>CID # (MVDP) MVDP6977492        FOB: | SCAC: TQYL<br>Pro Number: |
| **THIRD PARTY FREIGHT CHARGES BILL TO:** | |
| Name: BB & B<br>Address: BERMAN, BLAKE ASSOCIATES<br>          P.O. BOX 9202<br>City/State/Zip: OLD BETHPAGE, N.Y. 11804 | Freight Charge Terms: (freight charges are collect Unless marked othewise)<br><br>Prepaid: ____   Collect: __X__   3rd Party: ____ |
| **SPECIAL INSTRUCTIONS** | |
| <br><br>BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST | _____ Master Bill of Lading: with attached<br>Underlying Bills of Lading |

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | #PKGS | WEIGHT | PALLET | SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| JJ4L5HN | 3 | 99.208 | | Y | |
| JJ4D5RX | 24 | 793.665 | | Y | |
| JJ8M6VD | 1 | 33.069 | | Y | |
| JK3P4QB | 3 | 55.755 | | Y | |
| JK5F3QJ | 24 | 793.665 | | Y | |
| JK6C8SU | 4 | 139.077 | | Y | |
| JK4Z2FS | 10 | 330.694 | | Y | |
| JK7T4YV | 2 | 30.953 | | Y | |
| JK9J3BG | 2 | 30.953 | | Y | |
| JL3A8DF | 2 | 30.953 | | Y | |
| JL5L2RJ | 551 | 8,613.710 | | Y | |
| JL5J5HM | 90 | 3,246.089 | | Y | |
| JL5R9YH | 19 | 622.474 | | Y | |
| **GRAND TOTAL** | 735 | 14,820.265 | 28 | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 0.00 | | 561.00 | CTN | 8,901.191 | | CAR SEATS, CUPS, PACIFIERS | 156600 | 125 |
| 0.00 | | 6.00 | CTN | 92.859 | | CARRIER BABY | 187645 | 175 |
| 0.00 | | 66.00 | CTN | 2,189.377 | | STROLLERS | 188690 | 125 |
| 0.00 | | 1.00 | CTN | 15.873 | | FEEDING SEATS | 79620 | 85 |
| 0.00 | | 101.00 | CTN | 3,620.963 | | INFANT SLEEPING | 81394 | 100 |
| 0.00 | | 735.00 | CTN | 14,820.263 | | **GRAND TOTAL** | | |

| 04/27/2022 | BILL OF LANDING | 2 of 2 |
|---|---|---|

**Ship from**

Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601

FOB: X

**Bill of Lading #1130004215**

**Ship to**

Name: BB&B 653 0653
Adrdress: 1001 W MIDDLESEX AVE
City/State/Zip: PORT READING, NJ, 07064-1518
CID # (MVDP) MVDP6977492          FOB:

Carrier Name: TOTAL QUALITY LOGISTICS LLC
Trailer Number:
Seal Number:

SCAC: TQYL
Pro Number:

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
          P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 11804

Freight Charge Terms: (freight charges are collect Unless marked
othewise)

Prepaid: _____    Collect: __X__   3rd Party: _____

Master Bill of Lading: with attached
_____ Underlying Bills of Lading

**SPECIAL INSTRUCTIONS**

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: 'The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per

**CONSIGNEE RESPONSIBLE FOR
ALL ACCESSORIAL CHARGES**

NOTE: Liability limitation for loss or demage in this shipment may be applicable. See 49. U.S.C 14706(1)(A) and (B).

RECEIVED, subject to Individualy determined tates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

Subject to section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the Consignee without recourse to the Consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payments of freight and all other lawful charges.
_____ Shipper Signature

**SHIPPER SIGNATURE/DATE**
This is to certify that the above named materials are properly classified, packeged, marked and labeled, and are in proper condition. Transportation according to the applicable regulations of the DOT.

*Victor Rose*
4-28-22

Trailer Loaded:
_X_ By Shipper
___ By Driver

Freight Counted:
_X_ By Shipper
___ By Driver/pallets
    said to contain
___ By Driver/Pieces

**CARRIER SIGNATURE/PICKUP DATE**
Carrier acknowledges receipt of packages and required placecards. Carrier certifies emergency response information was made available and/or has the DOT emergency response guidebook or equivalent documentation in the vehicle.
*Property described above is received in good order except as noted.*



ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888



**PICKING LIST**

| NUMBER | DATE | | PAGE | DOCUMENT DESTINATION 214878 |
|---|---|---|---|---|
| 3661251350 | 04/20/2022 | | 1 / 1 | Company<br>BUY BUY BABY INC<br>LIBERTY PROCUREMENT CO INC<br>650 Liberty Ave |
| **SHIPPING POINT** USOA | | | | |
| **INCOTERMS** FH | | | | |
| **DELIVERY AREA** P08 COLLECT | | | | Union NJ 07083-8107 US |

| SOLD-TO-PARTY 214878 | SHIP-TO-PARTY 265313 |
|---|---|
| Company<br>BUY BUY BABY INC<br>LIBERTY PROCUREMENT CO INC<br>650 Liberty Ave | BB&B 653<br>E COMMERCE FULLFILLMENT CENTER<br>1001 W MIDDLESEX AVE |
| Union NJ 07083-8107 US | PORT READING NJ 07064-1518 US |

**ORDER REF.** 1661184200    **YOUR REF.** JL5J5HM **DEL** 04/18/2022    **DATE** 04/21/2022

warehouse: 731-364-3070

Customer Service: 1-800-323-4903

| Q.TY | UM | MAT.CODE | COL | SIZE | SEASON | PRODUCT DESCRIPTION | | | |
|---|---|---|---|---|---|---|---|---|---|
| 16 | CN | 00079656460070 | | | | ALFALITE PLAYARD MIDNIGHT USA | | | |
| | | | | | | Bin: D-01 | 1 | 16.00 | 564.384 |
| 23 | CN | 00079753920070 | | | | LULLABY PLAYARD CAMDEN USA | | | |
| | | | | | | Bin: B-14 | 1 | 23.00 | 862.008 |
| 6 | CN | 04079755520070 | | | | LLB PRIMO PLAYARD ORGANIC LAKESHORE USA | | | |
| | | | | | | Bin: C-21 | 1 | 6.00 | 224.872 |
| 7 | CN | 05079726720070 | | | | TOT QUAD BOX CONFETTI USA | | | |
| | | | | | | Bin: B-13 | 1 | 7.00 | 198.152 |
| 3 | CN | 06079726020070 | | | | TOT QUAD BOX HONEY BEAR USA | | | |
| | | | | | | Bin: C-12 | 1 | 3.00 | 84.922 |
| 20 | CN | 06079753980070 | | | | LULLABY PLAYARD CALLA USA | | | |
| | | | | | | Bin: C-27 | 1 | 20.00 | 749.572 |
| 15 | CN | 06079754330070 | | | | LULLABY ZIP PLAYARD DRIFTWOOD USA | | | |
| | | | | | | Bin: D-26 | 1 | 15.00 | 562.179 |

TOTAL QUANTITY(pieces):    90.000

TOTAL OF CARTONS: 90.000    TOTAL WEIGHT: 3,246.089    TOTALE VOLUME: 247.541 TOTAL OF PALLETS:    4.803

Retailers only : For compliance certificates please contact your sales representative

USER :  ELORAH

# Beyond
## Chargeback Details Report

| Vendor Number | | | | Check Date | | | | |
|---|---|---|---|---|---|---|---|---|
| 18595 ARTSANA USA INC/JUVENILE | | | | 07/22/2022 | | | | |
| Check Number | | | | | | | | |
| 816555 | | | | | | | | |

| Inv Number | Inv Date | Store | PO Number | UPC | Type | Charge Qty | Unit Cost | Extended Cost |
|---|---|---|---|---|---|---|---|---|
| 5213128426 | 04/29/2022 | 3076 | JL6V8WY | 49796080124 | IV | 6 | $5.30 | $31.80 |
| 5213128426 | 04/29/2022 | 3076 | JL6V8WY | 49796093414 | IV | 12 | $2.58 | $30.96 |
| 5213128426 | 04/29/2022 | 3076 | JL6V8WY | 49796400830 | IV | 2 | $36.00 | $72.00 |
| 5213128426 | 04/29/2022 | 3076 | JL6V8WY | 49796401004 | IV | 6 | $3.05 | $18.30 |
| 5213128426 | 04/29/2022 | 3076 | JL6V8WY | 49796612585 | IV | 1 | $71.49 | $71.49 |
| 5213128426 | 04/29/2022 | 3076 | JL6V8WY | 49796732214 | IV | 6 | $3.05 | $18.30 |
| Total ALL SHORT | | | | | | | | ($242.85) |



ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

| DOCUMENT | | NUMBER | DATE |
|---|---|---|---|
| **Invoice** | | 5213128426 | 04/28/2022 |
| DIVISION | CUSTOMER TAX NUMBER | | PAGE |
| P3 | | | 1/1 |
| SALES PERSON   800002798 | | | CURRENCY |
| HOUSE | | | USD |
| PAYMENT TERMS | | | CUSTOMER |
| 60 DAYS ID | | | 214878 |

BILL TO PARTY
BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave
Union, NJ 07083-8107 US

CUSTOMER ADDRESS
BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave
Union, NJ 07083-8107 US

| ITEM CODE | DESCRIPTION | U.M. | QTY | GROSS PRICE | DISCOUNT | NET PRICE | AMOUNT | CT |
|---|---|---|---|---|---|---|---|---|
| Number of Adheren| 018595 | | | | | | | |
| Delivery Address: 305293, BUY BUY BABY 3076 TORRANCE - 3076 - 3700 Torrance Blvd 90503-4808 Torrance CA US | | | | | | | | |
| | Sales Order N. 1661185864 Customer PO JL6V8WY Customer PO JL6V8WY of 04/25/2022 | | | | | | | |
| | Delivery n. 3661252623 of the 04/27/2022- Shipper COLLECT | | | | | | | |
| 00008012100070 | POCKET BUDDY - PINK | CN | 6 | | | 5.30 | 31.80 | |
| 00009341100070 | UNIVERSAL PACIFIER CLIP PINK | CN | 12 | | | 2.58 | 30.96 | |
| 00021611620070 | DUO DELUXE GIFTSET GREY (3X5OZ;3X9O | CN | 2 | | | 36.00 | 72.00 | |
| 00073221110070 | SILICONE MINI PACIFIER PINK 0-2M 2P | CN | 6 | | | 3.05 | 18.30 | |
| 00073221210070 | SILICONE MINI PACIFIER NEUTRAL 0-2M | CN | 6 | | | 3.05 | 18.30 | |
| 05079562880070 | LITE WAY STROLLER COSMO USA | CN | 1 | | | 71.49 | 71.49 | |

PAYMENT:  60 DAYS ID
PAYMENT DATE

| TAX | BASE AMOUNT | TAX AMOUNT | TAX | BASE AMOUNT | TAX AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 01 | 242.85 | 0.00 | | | | 242.85 |

| OWNERSHIP RESERVE CLAUSE | | TOT.BASE AMOUNT | TOT.TAX AMOUNT | TOT.INVOICE |
|---|---|---|---|---|
| | | 242.85 | | 242.85 |

ORIGINAL

| 04/28/2022 | BILL OF LANDING | 1 of 2 |
|---|---|---|

### Ship from

Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601

Chicco USA / Copy   FOB: X

**Bill of Lading #1130004238**

### Ship to

Name: BED BATH AND BEYOND 2613 2613
Adrdress: 2401 E PACIFIC COAST HWY
City/State/Zip: WILMINGTON, CA. 90744-2920
CID # (MVDP) MVDP6978398     FOB:

Carrier Name: XPO LOGISTICS
Trailer Number:
Seal Number:

Driver's signature acknowledges receipt of freight only.
Received shipment is subject to terms of a written contract,
if any, otherwise subject to the terms, conditions and
limitations of liability set forth in XPO Logistics
freight, inc. rules tariff. (see www.xpo.com)

116-137626   XPOLogistics

### THIRD PARTY FREIGHT CHARGES BILL TO:

Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 11804

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____   Collect: __X__   3rd Party: _____

### SPECIAL INSTRUCTIONS

_____ Master Bill of Lading: with attached
Underlying Bills of Lading

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | #PKGS | WEIGHT | PALLET | SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| JL6V8WY | 6 | 27.597 | | Y | |
| JL6L6HB | 7 | | | Y | |
| | | 339.512 | | | |
| JL6W2HW | 4 | 34.414 | | Y | |
| JL6W2JC | 5 | 88.617 | | Y | |
| GRAND TOTAL | 22 | | 2 | | |
| | | 490.140 | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 0.00 | | 11.00 | CTN | 342.634 | | CAR SEATS, CUPS, PACIFIERS | 156600 | 125 |
| 0.00 | | 6.00 | CTN | 131.616 | | STROLLERS | 188690 | 125 |
| 0.00 | | 1.00 | CTN | 0.688 | | PACIFIER CLIP | 56290 | 100 |
| 0.00 | | 1.00 | CTN | 11.023 | | FEEDING SEATS | 79620 | 85 |
| 0.00 | | 1.00 | CTN | 2.434 | | HIGHCHAIRS | 80635 | 125 |
| 0.00 | | 2.00 | CTN | 1.746 | | POCKET BUDDY PACIFIER HOLDER | 84260 | 175 |
| 0.00 | | 22.00 | CTN | 490.141 | | GRAND TOTAL | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: 'The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____

**CONSIGNEE RESPONSIBLE FOR
ALL ACCESSORIAL CHARGES**

NOTE: Liability limitation for loss or damage in this shipment may be applicable. See 49. U.S.C 14706(1)(A) and (B).

RECEIVED, subject to Individualy determined tates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

Subject to section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the Consignee without recourse to the Consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payments of freight and all other lawful charges.
Shipper Signature

Chicco USA / Copy

| 04/28/2022 | BILL OF LANDING | 2 of 2 |
| --- | --- | --- |

| Ship from | Bill of Lading #1130004238 |
| --- | --- |

**Ship from**

Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601

FOB: X

**Bill of Lading #1130004238**

**Ship to**

Name: BED BATH AND BEYOND 2613 2613
Adrdress: 2401 E PACIFIC COAST HWY
City/State/Zip: WILMINGTON, CA, 90744-2920
CID # (MVDP) MVDP6978398          FOB:

Carrier Name: XPO LOGISTICS
Trailer Number:
Seal Number:

SCAC: XPOL
Pro Number:

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 11804

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____     Collect: __X__   3rd Party: _____

Master Bill of Lading: with attached
Underlying Bills of Lading
_____

**SPECIAL INSTRUCTIONS**

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

| **SHIPPER SIGNATURE/DATE** | Trailer Loaded:  Freight Counted: | **CARRIER SIGNATURE/PICKUP DATE** |
| --- | --- | --- |

**SHIPPER SIGNATURE/DATE**
This is to certify that the above named materials are properly classified, packeged, marked and labeled, and are in proper condition. Transportation according to the applicable regulations of the DOT

Trailer Loaded:
_X_ By Shipper
___ By Driver

Freight Counted:
_X_ By Shipper
___ By Driver/pallets said to contain
___ By Driver/Pieces

**CARRIER SIGNATURE/PICKUP DATE**
Carrier acknowledges receipt of packages and required placecards. Carrier certifies emergency response information was made available and/or has the DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order except as noted.

4/29/21

# chicco

ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

**PICKING LIST**



| NUMBER | DATE | | PAGE | DOCUMENT DESTINATION | 214878 |
|---|---|---|---|---|---|
| 3661252623 | 04/27/2022 | | 1 / 1 | Company BUY BUY BABY INC LIBERTY PROCUREMENT CO INC 650 Liberty Ave | |

**SHIPPING POINT** USOA
**INCOTERMS** FH
**DELIVERY AREA** PO8 COLLECT

Union NJ 07083-8107 US

**SOLD-TO-PARTY**  214878
Company
BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave

Union NJ 07083-8107 US

**SHIP-TO-PARTY**  305282
See Attached
BUY BUY BABY 3076 TORRANCE
3700 Torrance Blvd

Torrance CA 90503-4808 US

AISLE #9
PICKER  Rafael F.
LABELER  mymy
CHECKER
WRAPPER  SEb

**ORDER REF.** 1661185864   **YOUR REF.** JL6V8WY **DEL** 04/25/2022
warehouse: 731-364-3070
Customer Service: 1-800-323-4903

**DATE** 04/28/2022

| Q.TY | UM | MAT.CODE | COL | SIZE | SEASON | PRODUCT DESCRIPTION | | | |
|---|---|---|---|---|---|---|---|---|---|
| ~~6~~ | ~~CN~~ | ~~00008012100070~~ | | | | ~~POCKET BUDDY - PINK~~ | | | |
| | | | | | | Bin: J-02 | 6 | 1.00 | 0.882 |
| 12 | CN | 00009341100070 | | | | UNIVERSAL PACIFIER CLIP PINK | | | |
| | | | | | | Bin: J-20 | 12 | 1.00 | 0.688 |
| 2 | CN | 00021611620070 | | | | DUO DELUXE GIFTSET GREY (3X5OZ;3X9OZ)US | | | |
| | | | | | | Bin: L-32 | 2 | 1.00 | 2.445 |
| 6 | CN | 00073221110070 | | | | SILICONE MINI PACIFIER PINK 0-2M 2PCS | | | |
| | | | | | | Bin: J-04 | 6 | 1.00 | 0.970 |
| 6 | CN | 00073221210070 | | | | SILICONE MINI PACIFIER NEUTRAL 0-2M 2PCS | | | |
| | | | | | | Bin: K-13 | 6 | 1.00 | 0.970 |
| 1 | CN | 05079562880070 | | | | LITE WAY STROLLER COSMO USA | | | |
| | | | | | | Bin: E-20 | 1 | 1.00 | 21.936 |

TOTAL QUANTITY(pieces):     33.000
TOTAL OF CARTONS: 6.000    TOTAL WEIGHT: 27.891    TOTALE VOLUME: 20.898 TOTAL OF PALLETS:    0.046
Retailers only : For compliance certificates please contact your sales representative

USER :  ELORAH

| 04/27/2022 | BILL OF LANDING | 1 of 1 |
|---|---|---|

### Ship from

Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601
FOB: X

**Bill of Lading #1130004238**

### Ship to

Name: BED BATH AND BEYOND 2613 2613
Adrdress: 2401 E PACIFIC COAST HWY
City/State/Zip: WILMINGTON, CA, 90744-2920
CID # (MVDP)        FOB:

Carrier Name: Fornitore Dummy
Trailer Number:
Seal Number:

SCAC:
Pro Number:

### THIRD PARTY FREIGHT CHARGES BILL TO:

Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 18004-9002

### SPECIAL INSTRUCTIONS

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____    Collect: __X__    3rd Party: _____

Master Bill of Lading: with attached
Underlying Bills of Lading
_____

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | #PKGS | WEIGHT | PALLET | SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| JL6V8WY | 6 | 27.597 | | Y | |
| JL6L6HB | 7 | 339.512 | | Y | |
| JL6W2HW | 4 | 34.414 | | Y | |
| JL6W2JC | 5 | 88.617 | | Y | |
| **GRAND TOTAL** | 22 | 490.140 | 2 | | CUBE        82.020 |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 0.00 | | 11.00 | CTN | 342.634 | | CAR SEATS, CLIPS, PACIFIERS | 156600 | 125 |
| 0.00 | | 6.00 | CTN | 131.616 | | STROLLERS | 188690 | 125 |
| 0.00 | | 1.00 | CTN | 0.886 | | PACIFIER CLIP | 56290 | 100 |
| 0.00 | | 1.00 | CTN | 11.023 | | FEEDING SEATS | 79620 | 85 |
| 0.00 | | 1.00 | CTN | 2.434 | | HIGHCHAIRS | 80635 | 125 |
| 0.00 | | 2.00 | CTN | 1.746 | | POCKET BUDDY PACIFIER HOLDER | 84260 | 175 |
| 0.00 | | 22.00 | CTN | 490.141 | | **GRAND TOTAL** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: 'The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____

**CONSIGNEE RESPONSIBLE FOR
ALL ACCESSORIAL CHARGES**

NOTE: Liability limitation for loss or demage in this shipment may be applicable. See 49. U.S.C 14706(1)(A) and (B).

RECEIVED, subject to Individualy determined tates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

Subject to section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the Consignee without recourse to the Consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payments of freight and all other lawful charges.
Shipper Signature

### SHIPPER SIGNATURE/DATE

This is to certify that the above named materials are properly classified, packeged, marked and labeled, and are in proper condition. Transportation according to the applicable regulations of the DOT.

Trailer Loaded:    Freight Counted:
_X_ By Shipper    _X_ By Shipper
___ By Driver    ___ By Driver/pallets
                said to contain
                ___ By Driver/Pieces

### CARRIER SIGNATURE/PICKUP DATE

Carrier acknowledges receipt of packages and required placecards. Carrier certifies emergency response information was made available and/or has the DOT emergency response guidebook or equivalent documentation in the vehicle.
*Property described above is received in good order except as noted.*

## Beyond
### Chargeback Details Report

| Vendor Number | | | | | Check Date | | | |
|---|---|---|---|---|---|---|---|---|
| 18595 ARTSANA USA INC/JUVENILE | | | | | 07/22/2022 | | | |
| Check Number | | | | | | | | |
| 816555 | | | | | | | | |

| Inv Number | Inv Date | Store | PO Number | UPC | Type | Charge Qty | Unit Cost | Extended Cost |
|---|---|---|---|---|---|---|---|---|
| 5213108033 | 02/03/2022 | 3028 | JG4L4HX | 49796611335 | CS | 1 | $223.19 | $223.19 |
| Total CONCEALED SHORT | | | | | | | | ($223.19) |



ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

| DOCUMENT **Invoice** | | NUMBER 5213108033 | DATE 02/03/2022 |
|---|---|---|---|
| DIVISION P2 | CUSTOMER TAX NUMBER | | PAGE 1/1 |
| SALES PERSON  800002798 HOUSE | | | CURRENCY USD |
| PAYMENT TERMS 60 DAYS ID | | | CUSTOMER 214878 |

**BILL TO PARTY**

BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave
Union, NJ 07083-8107 US

**CUSTOMER ADDRESS**

BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave
Union, NJ 07083-8107 US

| ITEM CODE | DESCRIPTION | U.M. | QTY | GROSS PRICE | DISCOUNT | NET PRICE | AMOUNT | CT |
|---|---|---|---|---|---|---|---|---|
| Number of Adheren 018595 | | | | | | | | |
| Delivery Address: 278326, BUY BUY BABY 3028 NASHUA - 3028 - 213 Daniel Webster Hwy 03060-6600 NASHUA NH US | | | | | | | | |
| | Sales Order N. 1661165039 Customer PO JG4L4FF Customer PO JG4L4FF of 01/24/2022 | | | | | | | |
| | Delivery n. 3661229502 of the 01/26/2022- Shipper COLLECT | | | | | | | |
| 05079443460070 | FIT2 AIR B.CAR SEAT VERO USA | CN | 1 | | | 223.19 | 223.19 | |
| 06079629990070 | KEYFIT 35 CAR SEAT BASE USA | CN | 1 | | | 63.68 | 63.68 | |
| 07079728860070 | KIDFIT ADAPT PLUS B.CAR SEAT EMBER | CN | 4 | | | 81.50 | 326.00 | |
| PAYMENT:  60 DAYS ID | | | | | | | | |
| PAYMENT DATE | | | | | | | | |

| TAX | BASE AMOUNT | TAX AMOUNT | TAX | BASE AMOUNT | TAX AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| O3 | 612.87 | 0.00 | | | | 612.87 |

| OWNERSHIP RESERVE CLAUSE | | TOT.BASE AMOUNT | TOT.TAX AMOUNT | TOT.INVOICE |
|---|---|---|---|---|
| | | 612.87 | | 612.87 |

ORIGINAL

| 02/03/2022 | BILL OF LANDING | | | | 1 of 2 |
|---|---|---|---|---|---|

**Ship from**

Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601

FOB: X

**Bill of Lading #1130003787**

**Ship to**

Name: PALMER DEDICATED LOGISTICS LLC 2690
Address: 39 S BROAD ST
City/State/Zip: WESTFIELD, MA, 01085-6402
CID # (MVDP) MVDP6865260        FOB:

Carrier Name: CENTRAL TRANSPORT LLC
Trailer Number:
Seal Number:

SCAC: CTII
Pro Number:

**777-8138865-5**

Chicco USA / Copy

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 11804

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____   Collect: __X__   3rd Party: _____

**SPECIAL INSTRUCTIONS**

Master Bill of Lading: with attached
Underlying Bills of Lading

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | #PKGS | WEIGHT | PALLET | SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| JF5M3CM | 1 | 14.110 | | Y | |
| JF9L7NZ | 1 | 1.786 | | Y | |
| JE6M8NA | 4 | 132.277 | | Y | |
| JF4U3JQ | 6 | 48.943 | | Y | |
| JF4R3GQ | 2 | 19.048 | | Y | |
| JF5M3CM | 4 | 56.438 | | Y | |
| JF9D5EJ | 2 | 3.327 | | Y | |
| JF9L7NZ | 1 | 1.786 | | Y | |
| JG4L4FF | 4 | 118.168 | | Y | |
| JG3U7WG | 8 | 18.675 | | Y | |
| JE6M8MW | 4 | 132.277 | | Y | |
| JE6M8NA | 4 | 132.277 | | Y | |
| JE6M8NM | 4 | 176.370 | | Y | |
| JF4R3GQ | 1 | 9.524 | | Y | |
| JF9D5EJ | 1 | 1.541 | | Y | |
| JF9L7NZ | 2 | 3.327 | | Y | |
| JG4L4FF | 6 | 153.762 | | Y | |
| JG3U9TW | 2 | 2.050 | | Y | |
| JE6M8NA | 4 | 132.277 | | Y | |
| JE6M8NM | 4 | 176.370 | | Y | |
| JF4R3GQ | 5 | 47.620 | | Y | |
| JF5M3CM | 4 | 56.438 | | Y | |
| JF9D5EJ | 1 | 1.541 | | Y | |
| JF9L7NZ | 1 | 1.786 | | Y | |
| JG4L4FF | 1 | 9.524 | | Y | |
| JG3U7WJ | 8 | 120.624 | | Y | |
| **GRAND TOTAL** | 85 | 1,571.866 | 3 | | |

### CARRIER INFORMATION

| 02/03/2022 | BILL OF LANDING | 2 of 2 |
|---|---|---|

### Ship from

Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601

FOB: X

**Bill of Lading #1130003787**

Carrier Name: CENTRAL TRANSPORT LLC
Trailer Number:
Seal Number:

SCAC: CTII
Pro Number:

### Ship to

Name: PALMER DEDICATED LOGISTICS LLC 2690
Adrdress: 39 S BROAD ST
City/State/Zip: WESTFIELD, MA, 01085-6402
CID # (MVDP) MVDP6865260          FOB:

### THIRD PARTY FREIGHT CHARGES BILL TO:

Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
          P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 11804

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____    Collect: __X__    3rd Party: _____

_____ Master Bill of Lading: with attached
Underlying Bills of Lading

### SPECIAL INSTRUCTIONS

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 0.00 | | 61.00 | CTN | 960.974 | | CAR SEATS, CUPS, PACIFIERS | 156600 | 125 |
| 0.00 | | 18.00 | CTN | 572.982 | | STROLLERS | 188690 | 125 |
| 0.00 | | 3.00 | CTN | 33.069 | | FEEDING SEATS | 79620 | 85 |
| 0.00 | | 2.00 | CTN | 3.968 | | HIGHCHAIRS | 80635 | 125 |
| 0.00 | | 1.00 | CTN | 0.873 | | POCKET BUDDY PACIFIER HOLDER | 84260 | 175 |
| 0.00 | | 85.00 | CTN | 1,571.866 | | **GRAND TOTAL** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: 'The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____

### CONSIGNEE RESPONSIBLE FOR ALL ACCESSORIAL CHARGES

NOTE: Liability limitation for loss or demage in this shipment may be applicable. See 49. U.S.C 14706(1)(A) and (B).

RECEIVED, subject to Individualy determined tates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

Subject to section 7 of conditions of applicable bill lading. If this shipment is to be delivered to the Consignee without recourse to the Consignor, the consigner shall sign the following statement:
The carrier shall not make delivery of this shipment without payments of freight and all other lawful charges.
Shipper Signature

### SHIPPER SIGNATURE/DATE

This is to certify that the above named materials are properly classified, packeged, marked and labeled, and are in proper condition. Transportation according to the applicable regulations of the DOT.

| Trailer Loaded: | Freight Counted: |
|---|---|
| X_ By Shipper | _X_ By Shipper |
| ___ By Driver | ___ By Driver/pallets |
| | said to contain |
| | ___ By Driver/Pieces |

### CARRIER SIGNATURE/PICKUP DATE

Carrier acknowledges receipt of packages and required placecards. Carrier certifies emergency response information was made available and/or has the DOT emergency response guidebook or equivalent documentation in the vehicle. *Property described above is received in good order except as noted.*

 **PICKING LIST**

ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888



| NUMBER | DATE | | PAGE | DOCUMENT DESTINATION    214878 |
|---|---|---|---|---|
| 3661229502 | 01/26/2022 | | 1 / 1 | Company |

**SHIPPING POINT** USOA

**INCOTERMS** FH

**DELIVERY AREA** P08 COLLECT

DOCUMENT DESTINATION    214878
Company
BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave

Union NJ 07083-8107 US

| SOLD-TO-PARTY    214878 | SHIP-TO-PARTY    278326 |
|---|---|
| Company
BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave

Union NJ 07083-8107 US | BUY BUY BABY 3028 NASHUA

213 Daniel Webster Hwy

NASHUA NH 03060-6600 US |

**ORDER REF.** 1661165039       **YOUR REF.** JG4L4FF **DEL** 01/24/2022                              **DATE** 01/27/2022

warehouse: 731-364-3070

Customer Service: 1-800-323-4903

| Q.TY | UM | MAT.CODE | COL | SIZE | SEASON | PRODUCT DESCRIPTION | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CN | 05079443460070 | | | | FIT2 AIR B.CAR SEAT VERO USA | | | |
| | | | | | | Bin: B-22 | 1 | 1.00 | 26.070 |
| 1 | CN | 06079629990070 | | | | KEYFIT 35 CAR SEAT BASE USA | | | |
| | | | | | | Bin: B-33 | 1 | 1.00 | 9.524 |
| 4 | CN | 07079728860070 | | | | KIDFIT ADAPT PLUS B.CAR SEAT EMBER USA | | | |
| | | | | | | Bin: E-04 | 1 | 4.00 | 118.168 |

TOTAL QUANTITY(pieces):        6.000

TOTAL OF CARTONS: 6.000    TOTAL WEIGHT: 153.762    TOTALE VOLUME: 17.270 TOTAL OF PALLETS:        0.242

Retailers only : For compliance certificates please contact your sales representative

USER : ELORAH

# Beyond

## Chargeback Details Report

| Vendor Number | | | | | | Check Date | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 18595 ARTSANA USA INC/JUVENILE | | | | | | 07/29/2022 | | | | |
| Check Number | | | | | | | | | | |
| 817131 | | | | | | | | | | |

| Inv Number | Inv Date | Store | PO Number | UPC | | Type | Charge Qty | Unit Cost | Extended Cost | |
|---|---|---|---|---|---|---|---|---|---|---|
| 5213108042 | 02/03/2022 | 3060 | JG3U7WJ | 49796612301 | | CS | 1 | $250.76 | $250.76 | |
| Total CONCEALED SHORT | | | | | | | | | | ($250.76) |

# chicco

ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

| DOCUMENT | | NUMBER | DATE |
|---|---|---|---|
| **Invoice** | | 5213108042 | 02/03/2022 |
| DIVISION | CUSTOMER TAX NUMBER | | PAGE |
| P3 | | | 1/1 |
| SALES PERSON  800002798 | | | CURRENCY |
| HOUSE | | | USD |
| PAYMENT TERMS | | | CUSTOMER |
| 60 DAYS ID | | | 214878 |

**BILL TO PARTY**
BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave
Union, NJ 07083-8107 US

**CUSTOMER ADDRESS**
BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave
Union, NJ 07083-8107 US

| ITEM CODE | DESCRIPTION | U.M. | QTY | GROSS PRICE | DISCOUNT | NET PRICE | AMOUNT | CT |
|---|---|---|---|---|---|---|---|---|
| Number of Adheren 018595 | | | | | | | | |
| Delivery Address: 292717, BUY BUY BABY-3060 BRAINTREE - 3060 - 160 Granite St 02184-1747 BRAINTREE MA US | | | | | | | | |
| | Sales Order N. 1661165373 Customer PO JG3U7WJ Customer PO JG3U7WJ of 01/24/2022 | | | | | | | |
| | Delivery n. 3661229511 of the 01/26/2022- Shipper COLLECT | | | | | | | |
| 00002711200070 | PHYSIOFORMA SILICONE PACIFIER TEAL | CN | 6 | | | 3.05 | 18.30 | |
| 00021611620070 | DUO DELUXE GIFTSET GREY (3X5OZ;3X9O | CN | 2 | | | 36.00 | 72.00 | |
| 00079727840070 | BOOSTER SEAT TAKE-A SEAT GREY STAR | CN | 4 | | | 31.49 | 125.96 | |
| 05079562880070 | LITE WAY STROLLER COSMO USA | CN | 2 | | | 71.49 | 142.98 | |
| 07079646860070 | FIT4 ADAPT B.CAR SEAT EMBER USA | CN | 2 | | | 250.76 | 501.52 | |

PAYMENT:  60 DAYS ID
PAYMENT DATE

| TAX | BASE AMOUNT | TAX AMOUNT | TAX | BASE AMOUNT | TAX AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| O1 | 359.24 | 0.00 | | | | |
| O3 | 501.52 | 0.00 | | | | 860.76 |

| OWNERSHIP RESERVE CLAUSE | | TOT.BASE AMOUNT | TOT.TAX AMOUNT | TOT.INVOICE |
|---|---|---|---|---|
| | | 860.76 | | 860.76 |

ORIGINAL

| 02/03/2022 | BILL OF LANDING | 1 of 2 |
|---|---|---|

### Ship from
Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601

FOB: X

**Bill of Lading #1130003787**

### Ship to
Name: PALMER DEDICATED LOGISTICS LLC 2690
Adrdress: 39 S BROAD ST
City/State/Zip: WESTFIELD, MA. 01085-6402
CID # (MVDP) MVDP6865260          FOB:

Chicco USA / Copy

Carrier Name: CENTRAL TRANSPORT LLC
Trailer Number:
Seal Number:

SCAC: CTII
Pro Number:

**777-8138865-5**

### THIRD PARTY FREIGHT CHARGES BILL TO:
Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
            P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 11804

### SPECIAL INSTRUCTIONS

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____    Collect: __X__   3rd Party: _____

Master Bill of Lading: with attached
_____ Underlying Bills of Lading

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | #PKGS | WEIGHT | PALLET | SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| JF5M3CM | 1 | 14.110 | | Y | |
| JF9L7NZ | 1 | 1.786 | | Y | |
| JE6M8NA | 4 | 132.277 | | Y | |
| JF4U3JQ | 6 | 48.943 | | Y | |
| JF4R3GQ | 2 | 19.048 | | Y | |
| JF5M3CM | 4 | 56.438 | | Y | |
| JF9D5EJ | 2 | 3.327 | | Y | |
| JF9L7NZ | 1 | 1.786 | | Y | |
| JG4L4FF | 4 | 118.168 | | Y | |
| JG3U7WG | 8 | 18.675 | | Y | |
| JE6M8MW | 4 | 132.277 | | Y | |
| JE6M8NA | 4 | 132.277 | | Y | |
| JE6M8NM | 4 | 176.370 | | Y | |
| JF4R3GQ | 1 | 9.524 | | Y | |
| JF9D5EJ | 1 | 1.541 | | Y | |
| JF9L7NZ | 2 | 3.327 | | Y | |
| JG4L4FF | 6 | 153.762 | | Y | |
| JG3U9TW | 2 | 2.050 | | Y | |
| JE6M8NA | 4 | 132.277 | | Y | |
| JE6M8NM | 4 | 176.370 | | Y | |
| JF4R3GQ | 5 | 47.620 | | Y | |
| JF5M3CM | 4 | 56.438 | | Y | |
| JF9D5EJ | 1 | 1.541 | | Y | |
| JF9L7NZ | 1 | 1.786 | | Y | |
| JG4L4FF | 1 | 9.524 | | Y | |
| JG3U7WJ | 8 | 120.624 | | Y | |
| **GRAND TOTAL** | 85 | 1,571.866 | 3 | | |

### CARRIER INFORMATION

| 02/03/2022 | BILL OF LANDING | 2 of 2 |
|---|---|---|

### Ship from

Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601

FOB: X

**Bill of Lading #1130003787**

Carrier Name: CENTRAL TRANSPORT LLC
Trailer Number:
Seal Number:

SCAC: CTII
Pro Number:

### Ship to

Name: PALMER DEDICATED LOGISTICS LLC 2690
Adrdress: 39 S BROAD ST
City/State/Zip: WESTFIELD, MA, 01085-6402
CID # (MVDP) MVDP6865260          FOB:

### THIRD PARTY FREIGHT CHARGES BILL TO:

Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
          P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 11804

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____     Collect: __X__    3rd Party: _____

_____ Master Bill of Lading: with attached
Underlying Bills of Lading

### SPECIAL INSTRUCTIONS

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 0.00 | | 61.00 | CTN | 960.974 | | CAR SEATS, CUPS, PACIFIERS | 156600 | 125 |
| 0.00 | | 18.00 | CTN | 572.982 | | STROLLERS | 188690 | 125 |
| 0.00 | | 3.00 | CTN | 33.069 | | FEEDING SEATS | 79620 | 85 |
| 0.00 | | 2.00 | CTN | 3.968 | | HIGHCHAIRS | 80635 | 125 |
| 0.00 | | 1.00 | CTN | 0.873 | | POCKET BUDDY PACIFIER HOLDER | 84260 | 175 |
| 0.00 | | 85.00 | CTN | 1,571.866 | | **GRAND TOTAL** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: 'The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____

### CONSIGNEE RESPONSIBLE FOR ALL ACCESSORIAL CHARGES

NOTE: Liability limitation for loss or demage in this shipment may be applicable. See 49. U.S.C 14706(1)(A) and (B).

RECEIVED, subject to Individualy determined tates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

Subject to section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the Consignee without recourse to the Consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payments of freight and all other lawful charges.
                                        Shipper Signature

### SHIPPER SIGNATURE/DATE

This is to certify that the above named materials are properly classified, packeged, marked and labeled, and are in proper condition. Transportation according to the applicable regulations of the DOT.

| Trailer Loaded: | Freight Counted: |
|---|---|
| _X_ By Shipper | _X_ By Shipper |
| ___ By Driver | ___ By Driver/pallets |
| | ___ said to contain |
| | ___ By Driver/Pieces |

### CARRIER SIGNATURE/PICKUP DATE

Carrier acknowledges receipt of packages and required placecards. Carrier certifies emergency response information was made available and/or has the DOT emergency response guidebook or equivalent documentation in the vehicle.
*Property described above is received in good order except as noted.*

**PICKING LIST**

**chicco**

ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888



| NUMBER | DATE | | PAGE | DOCUMENT DESTINATION 214878 |
|---|---|---|---|---|
| 3661229511 | 01/26/2022 | | 1 / 1 | Company |

**SHIPPING POINT** US0A

**INCOTERMS** FH

**DELIVERY AREA** P08 COLLECT

DOCUMENT DESTINATION    214878
Company
BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave

Union NJ 07083-8107 US

| SOLD-TO-PARTY 214878 | SHIP-TO-PARTY 292717 |
|---|---|
| Company
BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave | BUY BUY BABY 3060 BRAINTREE

160 Granite St |
| Union NJ 07083-8107 US | BRAINTREE MA 02184-1747 US |

**ORDER REF.** 1661165373    **YOUR REF.** JG3U7WJ **DEL** 01/24/2022    **DATE** 01/27/2022

warehouse: 731-364-3070

Customer Service: 1-800-323-4903

| Q.TY | UM | MAT.CODE | COL | SIZE | SEASON | PRODUCT DESCRIPTION | | | |
|---|---|---|---|---|---|---|---|---|---|
| 6 | CN | 00002711200070 | | | | PHYSIOFORMA SILICONE PACIFIER TEAL 0-6M | | | |
| | | | | | | Bin: K-04 | 6 | 1.00 | 0.897 |
| 2 | CN | 00021611620070 | | | | DUO DELUXE GIFTSET GREY (3X5OZ;3X9OZ)US | | | |
| | | | | | | Bin: L-32 | 2 | 1.00 | 2.445 |
| 4 | CN | 00079727840070 | | | | BOOSTER SEAT TAKE-A SEAT GREY STAR USA | | | |
| | | | | | | Bin: B-16 | 2 | 2.00 | 23.369 |
| 2 | CN | 05079562880070 | | | | LITE WAY STROLLER COSMO USA | | | |
| | | | | | | Bin: E-20 | 1 | 2.00 | 43.872 |
| 2 | CN | 07079646860070 | | | | FIT4 ADAPT B.CAR SEAT EMBER USA | | | |
| | | | | | | ' ' | 1 | 2.00 | 51.544 |

**TOTAL QUANTITY**(pieces):    16.000

**TOTAL OF CARTONS:** 8.000    **TOTAL WEIGHT:** 122.127    **TOTALE VOLUME:** 19.380 **TOTAL OF PALLETS:**    0.294

Retailers only : For compliance certificates please contact your sales representative

USER : ELORAH

# Beyond

## Chargeback Details Report

| Vendor Number 18595 ARTSANA USA INC/JUVENILE Check Number 816555 | | | | | Check Date 07/22/2022 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Inv Number | Inv Date | Store | PO Number | UPC | | Type | Charge Qty | Unit Cost | Extended Cost |
| 5213130541 | 05/10/2022 | 3025 | JL7W4TP | 49796612479 | | CS | 2 | $63.99 | $127.98 |
| Total CONCEALED SHORT | | | | | | | | | ($127.98) |



ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

| DOCUMENT **Invoice** | | NUMBER 5213130541 | DATE 05/09/2022 |
|---|---|---|---|
| DIVISION P3 | CUSTOMER TAX NUMBER | | PAGE 1/1 |
| SALES PERSON 800002798 HOUSE | | | CURRENCY USD |
| PAYMENT TERMS 60 DAYS ID | | | CUSTOMER 214878 |

**BILL TO PARTY**
BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave
Union, NJ 07083-8107 US

**CUSTOMER ADDRESS**
BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave
Union, NJ 07083-8107 US

| ITEM CODE | DESCRIPTION | U.M. | QTY | GROSS PRICE | DISCOUNT | NET PRICE | AMOUNT | CT |
|---|---|---|---|---|---|---|---|---|
| Number of Adheren | 018595 | | | | | | | |
| Delivery Address: 278327, BUY BUY BABY 3025 FLAGLER - 3025 - 8241 W Flagler St Ste 100 33144-2027 Miami FL US | | | | | | | | |
| | Sales Order N. 1661187183 Customer PO JL7W4TP Customer PO JL7W4TP of 04/29/2022 | | | | | | | |
| | Delivery n. 3661254009 of the 05/04/2022- Shipper COLLECT | | | | | | | |
| 00087004190070 | E-MOTION AUTO-GLIDER&BOUNCER GREY U | CN | 10 | | | 63.99 | 639.90 | |
| 05079562880070 | LITE WAY STROLLER COSMO USA | CN | 5 | | | 71.49 | 357.45 | |
| PAYMENT: 60 DAYS ID | | | | | | | | |
| PAYMENT DATE | | | | | | | | |

| TAX | BASE AMOUNT | TAX AMOUNT | TAX | BASE AMOUNT | TAX AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| O1 | 997.35 | 0.00 | | | | 997.35 |

| OWNERSHIP RESERVE CLAUSE | TOT.BASE AMOUNT | TOT.TAX AMOUNT | TOT.INVOICE |
|---|---|---|---|
| | 997.35 | | 997.35 |

ORIGINAL

| 05/09/2022 | BILL OF LANDING | 1 of 2 |
|---|---|---|

**Ship from**

Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601

FOB: X

**Ship to**

Name: International Distribution Group 2673
Address: 3245 MERIDIAN PKWY
City/State/Zip: FORT LAUDERDALE, FL, 33331-3503
CID # (MVDP) MVDP6983740    FOB:

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Bed Bath & Beyond C/O HubGroup
2000 Clearwater Drive
Oak Brook IL 60523    'IONS

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

**Bill of Lading #1130004275**

Carrier Name: CENTRAL TRANSPORT LLC
Trailer Number:
Seal Number:

SCAC: CTII
Pro Number:

777-7900412-4

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____    Collect: _____    3rd Party: X

_____ Master Bill of Lading: with attached Underlying Bills of Lading

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | #PKGS | WEIGHT | PALLET | SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| JL7D8JY | 1 | 9.524 | | Y | |
| JL8L3VT | 1 | 12.280 | | Y | |
| JL8V8UN | 4 | 46.385 | | Y | |
| JL7D8JY | 1 | 9.524 | | Y | |
| JL8L3VT | 2 | 24.560 | | Y | |
| JL8L3AQ | 1 | 45.548 | | Y | |
| JL7W4TP | 10 | 200.400 | | Y | |
| JL8L3VT | 2 | 24.560 | | Y | |
| JL8V9CX | 3 | 113.031 | | Y | |
| JL7R4NB | 5 | 8.075 | | Y | |
| JL7D8JY | 2 | 19.048 | | Y | |
| JL6W3XZ | 1 | 9.524 | | Y | |
| JL8L3VT | 1 | 12.280 | | Y | |
| JL8V7LZ | 5 | 112.083 | | Y | |
| JL7N5XN | 9 | 68.687 | | Y | |
| **GRAND TOTAL** | 48 | 715.609 | | 2 | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 0.00 | | 24.00 | CTN | 338.256 | | CAR SEATS, CUPS, PACIFIERS | 156600 | 125 |
| 0.00 | | 11.00 | CTN | 241.296 | | STROLLERS | 188690 | 125 |
| 0.00 | | 4.00 | CTN | 7.302 | | HIGHCHAIRS | 80635 | 125 |
| 0.00 | | 7.00 | CTN | 127.008 | | INFANT SLEEPING | 81394 | 125 |
| 0.00 | | 2.00 | CTN | 1.746 | | POCKET BUDDY PACIFIER HOLDER | 84260 | 175 |
| 0.00 | | 48.00 | CTN | 715.608 | | **GRAND TOTAL** | | |

| 05/09/2022 | BILL OF LANDING | 2 of 2 |
|---|---|---|

| Ship from | Bill of Lading #1130004275 |
|---|---|

Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601

FOB: X

| Ship to | Carrier Name: CENTRAL TRANSPORT LLC |
|---|---|

Name: International Distribution Group 2673
Adrress: 3245 MERIDIAN PKWY
City/State/Zip: FORT LAUDERDALE, FL, 33331-3503
CID # (MVDP) MVDP6983740         FOB:

Trailer Number:
Seal Number:

SCAC: CTII
Pro Number:

### THIRD PARTY FREIGHT CHARGES BILL TO:

Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
                   P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 11804

*See page 1*

### SPECIAL INSTRUCTIONS

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____     Collect: _     3rd Party: X

Master Bill of Lading: with attached
Underlying Bills of Lading

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: 'The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____

### CONSIGNEE RESPONSIBLE FOR
### ALL ACCESSORIAL CHARGES

NOTE: Liability limitation for loss or demage in this shipment may be applicable. See 49. U.S.C 14706(1)(A) and (B).

RECEIVED, subject to Individualy determined tates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

Subject to section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the Consignee without recourse to the Consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payments of freight and all other lawful charges.
                                                   Shipper Signature

### SHIPPER SIGNATURE/DATE
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition. Transportation according to the applicable regulations of the DOT.

Trailer Loaded:
X  By Shipper
___ By Driver

Freight Counted:
X  By Shipper
___ By Driver/pallets
     said to contain
___ By Driver/Pieces

### CARRIER SIGNATURE/PICKUP DATE
Carrier acknowledges receipt of packages and required placecards. Carrier certifies emergency response information was made available and/or has the DOT emergency response guidebook or equivalent documentation in the vehicle.
*Property described above is received in good order except as noted.*

5-10-22

 

ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

**PICKING LIST**

| NUMBER | DATE | | PAGE | DOCUMENT DESTINATION | 214878 |
|---|---|---|---|---|---|
| 3661254009 | 05/04/2022 | | 1 / 1 | Company<br>BUY BUY BABY INC<br>LIBERTY PROCUREMENT CO INC<br>650 Liberty Ave | |
| **SHIPPING POINT** US0A | | | | | |
| **INCOTERMS** FH | | | | Union NJ 07083-8107 US | |
| **DELIVERY AREA** P08 COLLECT | | | | | |

| SOLD-TO-PARTY    214878 | SHIP-TO-PARTY    278327 |
|---|---|
| Company<br>BUY BUY BABY INC<br>LIBERTY PROCUREMENT CO INC<br>650 Liberty Ave | BUY BUY BABY 3025 FLAGLER |
| | 8241 W Flagler St Ste 100 |
| Union NJ 07083-8107 US | Miami FL 33144-2027 US |

**ORDER REF.** 1661187183       **YOUR REF.** JL7W4TP **DEL** 04/29/2022                    DATE 05/05/2022

warehouse: 731-364-3070

Customer Service: 1-800-323-4903

| Q.TY | UM | MAT.CODE | COL | SIZE | SEASON | PRODUCT DESCRIPTION | | | |
|---|---|---|---|---|---|---|---|---|---|
| 10 | CN | 00087004190070 | | | | E-MOTION AUTO-GLIDER&BOUNCER GREY USA | | | |
| | | | | | | Bin: E-27 | 2 | 5.00 | 123.679 |
| 5 | CN | 05079562880070 | | | | LITE WAY STROLLER COSMO USA | | | |
| | | | | | | Bin: E-20 | 1 | 5.00 | 109.680 |

TOTAL QUANTITY(pieces):       15.000

TOTAL OF CARTONS: 10.000    TOTAL WEIGHT: 233.359    TOTALE VOLUME: 30.831 TOTAL OF PALLETS:       0.346

Retailers only : For compliance certificates please contact your sales representative

USER :  ELORAH

# Beyond
## Chargeback Details Report

| Vendor Number | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 18595 ARTSANA USA INC/JUVENILE | | | | Check Date | | | | |
| Check Number | | | | 07/22/2022 | | | | |
| 816555 | | | | | | | | |

| Inv Number | Inv Date | Store | PO Number | UPC | Type | Charge Qty | Unit Cost | Extended Cost |
|---|---|---|---|---|---|---|---|---|
| 5213129698 | 05/09/2022 | 3001 | JL8W2KP | 49796018080 | CS | 6 | $3.05 | $18.30 |
| 5213129698 | 05/09/2022 | 3001 | JL8W2KP | 49796400830 | CS | 2 | $36.00 | $72.00 |
| Total CONCEALED SHORT | | | | | | | | ($90.30) |



ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

| DOCUMENT | | NUMBER | DATE |
|---|---|---|---|
| **Invoice** | | 5213129698 | 05/09/2022 |
| DIVISION | CUSTOMER TAX NUMBER | | PAGE |
| P3 | | | 1/1 |
| SALES PERSON   800002798 | | | CURRENCY |
| HOUSE | | | USD |
| PAYMENT TERMS | | | CUSTOMER |
| 60 DAYS ID | | | 214878 |

**BILL TO PARTY**

BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave
Union, NJ 07083-8107 US

**CUSTOMER ADDRESS**

BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave
Union, NJ 07083-8107 US

| ITEM CODE | DESCRIPTION | U.M. | QTY | GROSS PRICE | DISCOUNT | NET PRICE | AMOUNT | CT |
|---|---|---|---|---|---|---|---|---|
| Number of Adheren| 018595 | | | | | | | |
| Delivery Address: 215693, BUY BUY BABY 3001 ROCKVILLE - 3001 - 1683 ROCKVILLE PIKE 20852-1619 Rockville MD US | | | | | | | | |
| | Sales Order N. 1661187132 Customer PO JL8W2KP Customer PO JL8W2KP of 05/03/2022 | | | | | | | |
| | Delivery n. 3661253764 of the 05/04/2022- Shipper COLLECT | | | | | | | |
| 00001808000070 | PHYSIOFORMA SILICONE PACIFIER CLEAR | CN | 6 | | | 3.05 | 18.30 | |
| 00021611620070 | DUO DELUXE GIFTSET GREY (3X5OZ;3X9O | CN | 2 | | | 36.00 | 72.00 | |
| 00073221110070 | SILICONE MINI PACIFIER PINK 0-2M 2P | CN | 6 | | | 3.05 | 18.30 | |
| 00073221210070 | SILICONE MINI PACIFIER NEUTRAL 0-2M | CN | 6 | | | 3.05 | 18.30 | |
| 00079727840070 | BOOSTER SEAT TAKE-A SEAT GREY STAR | CN | 2 | | | 31.49 | 62.98 | |
| 04079562090070 | LITE WAY STROLLER PETAL USA | CN | 1 | | | 71.49 | 71.49 | |
| 05079443460070 | FIT2 AIR B.CAR SEAT VERO USA | CN | 1 | | | 223.19 | 223.19 | |

PAYMENT:  60 DAYS ID
PAYMENT DATE

| TAX | BASE AMOUNT | TAX AMOUNT | TAX | BASE AMOUNT | TAX AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| O1 | 261.37 | 0.00 | | | | |
| O3 | 223.19 | 0.00 | | | | 484.56 |

| OWNERSHIP RESERVE CLAUSE | | TOT.BASE AMOUNT | TOT.TAX AMOUNT | TOT.INVOICE |
|---|---|---|---|---|
| | | 484.56 | | 484.56 |

**ORIGINAL**

| 05/09/2022 | BILL OF LANDING | 1 of 2 |
|---|---|---|

**Ship from**

Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601

Chicco USA / Copy

FOB: X

**Bill of Lading #1130004262**

**Ship to**

Name: INTERNATIONAL DISTRIBUTION GROUP 2664
Adrdress: 1710 MIDWAY RD
City/State/Zip: ODENTON, MD. 21113-1152
CID # (MVDP) MVDP6983711        FOB:

Carrier Name: CENTRAL TRANSPORT LLC
Trailer Number:
Seal Number:

SCAC: CTII
Pro Number:

777-7900405-8

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
           P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 11804

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____   Collect: __X__   3rd Party: _____

**SPECIAL INSTRUCTIONS**

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

_____ Master Bill of Lading: with attached Underlying Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | #PKGS | WEIGHT | PALLET | SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| JL7D8JY | 1 | 9.524 | | Y | |
| JL8W4UN | 5 | 15.732 | | Y | |
| JL8L3VT | 1 | 12.280 | | Y | |
| JL8L3VT | 1 | 12.280 | | Y | |
| JL8L3AQ | 1 | 45.548 | | Y | |
| JL8W2KP | 7 | 63.857 | | Y | |
| JL7D8JY | 4 | 44.048 | | Y | |
| JL8L3VT | 3 | 40.036 | | Y | |
| JL8W5CN | 5 | 57.400 | | Y | |
| JL7W2QC | 3 | 36.830 | | Y | |
| JL7D8JY | 2 | 19.048 | | Y | |
| JL8L3VT | 2 | 27.756 | | Y | |
| JL8W4UQ | 1 | 1.786 | | Y | |
| JL7D8JY | 1 | 9.524 | | Y | |
| JL8L3VT | 3 | 36.839 | | Y | |
| JL8V7RE | 1 | 11.023 | | Y | |
| **GRAND TOTAL** | 41 | 443.528 | 1 | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 0.00 | | 27.00 | CTN | 281.841 | | CAR SEATS, CUPS, PACIFIERS | 156600 | 125 |
| 0.00 | | 3.00 | CTN | 46.429 | | CARRIER BABY | 187645 | 175 |
| 0.00 | | 3.00 | CTN | 65.808 | | STROLLERS | 188690 | 125 |
| 0.00 | | 4.00 | CTN | 44.092 | | FEEDING SEATS | 79620 | 85 |
| 0.00 | | 4.00 | CTN | 5.357 | | HIGHCHAIRS | 80635 | 125 |
| 0.00 | | 41.00 | CTN | 443.527 | | GRAND TOTAL | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: 'The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____

**CONSIGNEE RESPONSIBLE FOR ALL ACCESSORIAL CHARGES**

| 05/09/2022 | BILL OF LANDING | 2 of 2 |
|---|---|---|

| Ship from | Bill of Lading #1130004262 |
|---|---|
| Name: Chicco USA<br>Address: 1826 William Penn Way<br>City/State/Zip: Lancaster, PA 17601<br><br>FOB: X | |

| Ship to | Carrier Name: CENTRAL TRANSPORT LLC<br>Trailer Number:<br>Seal Number: |
|---|---|
| Name: INTERNATIONAL DISTRIBUTION GROUP 2664<br>Adrdress: 1710 MIDWAY RD<br>City/State/Zip: ODENTON, MD, 21113-1152<br>CID # (MVDP) MVDP6983711        FOB: | SCAC: CTII<br>Pro Number: |

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 11804

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____    Collect: __X__    3rd Party: _____

Master Bill of Lading: with attached Underlying Bills of Lading

**SPECIAL INSTRUCTIONS**

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

NOTE: Liability limitation for loss or demage in this shipment may be applicable. See 49. U.S.C 14706(1)(A) and (B).

RECEIVED, subject to Individualy determined tates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

Subject to section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the Consignee without recourse to the Consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payments of freight and all other lawful charges.
_____ Shipper Signature

**SHIPPER SIGNATURE/DATE**
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition. Transportation according to the applicable regulations of the DOT.

5-9-22

Trailer Loaded:
_X_ By Shipper
___ By Driver

Freight Counted:
_X_ By Shipper
___ By Driver/pallets said to contain
___ By Driver/Pieces

**CARRIER SIGNATURE/PICKUP DATE**
Carrier acknowledges receipt of packages and required placecards. Carrier certifies emergency response information was made available and/or has the DOT emergency response guidebook or equivalent documentation in the vehicle.
*Property described above is received in good order except as noted.*





**PICKING LIST**

ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

| NUMBER | DATE | PAGE |
|---|---|---|
| 3661253763 | 05/04/2022 | 1 / 1 |

**SHIPPING POINT** USOA

**INCOTERMS** FH

**DELIVERY AREA** P08 COLLECT

**DOCUMENT DESTINATION**    214878
Company
BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave

Union NJ 07083-8107 US

**SOLD-TO-PARTY**    214878
Company
BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave

Union NJ 07083-8107 US

**SHIP-TO-PARTY**    215693

BUY BUY BABY 3001 ROCKVILLE

1683 ROCKVILLE PIKE
301-984-1122
Rockville MD 20852-1619 US

**ORDER REF.** 1661186854    **YOUR REF.** JL8L3AQ DEL 05/02/2022                **DATE** 05/05/2022

warehouse: 731-364-3070

Customer Service: 1-800-323-4903

| Q.TY | UM | MAT.CODE | COL | SIZE | SEASON | PRODUCT DESCRIPTION |
|---|---|---|---|---|---|---|
| 1 | CN | 08079610160070 | | | | CORSO TRAVEL SYSTEM SILVERSPRING USA |
| | | | | | 1 | 1.00 | 45.548 |

TOTAL QUANTITY(pieces):        1.000

TOTAL OF CARTONS: 1.000    TOTAL WEIGHT: 45.548    TOTALE VOLUME: 8.225 TOTAL OF PALLETS:        0.100

Retailers only : For compliance certificates please contact your sales representative

USER :  ELORAH

## Beyond

### Chargeback Details Report

| Vendor Number | | | | | Check Date | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 18595 ARTSANA USA INC/JUVENILE | | | | | 07/22/2022 | | | | |
| Check Number | | | | | | | | | |
| 816555 | | | | | | | | | |

| Inv Number | Inv Date | Store | PO Number | UPC | Type | Charge Qty | Unit Cost | Extended Cost |
|---|---|---|---|---|---|---|---|---|
| 5213130497 | 05/10/2022 | 3130 | JL8W5DG | 49796400830 | CS | 2 | $36.00 | $72.00 |
| Total CONCEALED SHORT | | | | | | | | ($72.00) |



ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

| DOCUMENT | | NUMBER | DATE |
|---|---|---|---|
| **Invoice** | | 5213130497 | 05/09/2022 |
| DIVISION | CUSTOMER TAX NUMBER | | PAGE |
| P3 | | | 1/1 |
| SALES PERSON    800002798 | | | CURRENCY |
| HOUSE | | | USD |
| PAYMENT TERMS | | | CUSTOMER |
| 60 DAYS ID | | | 214878 |

**BILL TO PARTY**
BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave
Union, NJ 07083-8107 US

**CUSTOMER ADDRESS**
BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave
Union, NJ 07083-8107 US

| ITEM CODE | DESCRIPTION | U.M. | QTY | GROSS PRICE | DISCOUNT | NET PRICE | AMOUNT | CT |
|---|---|---|---|---|---|---|---|---|
| Number of Adheren | 018595 | | | | | | | |
| Delivery Address: 365689, BUY BUY BABY 3130 ISELIN - 3130 - 676 US HIGHWAY 1 S STE 1 08830-3152 ISELIN NJ US | | | | | | | | |
| | Sales Order N. 1661187085 Customer PO JL8W5DG Customer PO JL8W5DG of 05/03/2022 | | | | | | | |
| | Delivery n. 3661253912 of the 05/04/2022- Shipper COLLECT | | | | | | | |
| 00001808000070 | PHYSIOFORMA SILICONE PACIFIER CLEAR | CN | 6 | | | 3.05 | 18.30 | |
| 00021611600070 | DUO STARTER GIFTSET PINK(2X5OZ;2X9O | CN | 2 | | | 25.60 | 51.20 | |
| 00021611620070 | DUO DELUXE GIFTSET GREY (3X5OZ;3X9O | CN | 2 | | | 36.00 | 72.00 | |
| PAYMENT:  60 DAYS ID | | | | | | | | |
| PAYMENT DATE | | | | | | | | |

| TAX | BASE AMOUNT | TAX AMOUNT | TAX | BASE AMOUNT | TAX AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 01 | 141.50 | 0.00 | | | | 141.50 |

| OWNERSHIP RESERVE CLAUSE | TOT.BASE AMOUNT | TOT.TAX AMOUNT | TOT.INVOICE |
|---|---|---|---|
| | 141.50 | | 141.50 |

ORIGINAL

| 05/09/2022 | BILL OF LANDING | | | | 1 of 3 |
|---|---|---|---|---|---|

**Ship from**

Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601

Chicco USA / Copy
FOB: X

**Bill of Lading #1130004270**

Carrier Name: XPO LOGISTICS
Trailer Number:
Seal Number:

**Ship to**

Name: BED BATH & BEYOND 2693 2693
Adrdress: 71 MALL ROAD
City/State/Zip: FRACKVILLE, PA, 17931
CID # (MVDP) MVDP6984184          FOB:

Driver's signature acknowledges receipt of freight only.
Received shipment is subject to terms of a written contract,
if any, otherwise subject to the terms, conditions and
limitations of liability set forth in XPO Logistics
Freight, Inc. rules tariff. (see www.xpo.com)

116-137652    XPOLogistics

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
          P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 11804

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____    Collect: __X__    3rd Party: _____

_____ Master Bill of Lading: with attached Underlying Bills of Lading

**SPECIAL INSTRUCTIONS**

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

| CUSTOMER ORDER INFORMATION | | | | | |
|---|---|---|---|---|---|
| CUSTOMER ORDER NUMBER | #PKGS | WEIGHT | PALLET | SLIP | ADDITIONAL SHIPPER INFO |
| JL7D8JY | 2 | 19.048 | | Y | |
| JL8L3VT | 1 | 12.280 | | Y | |
| JL8W6TN | 2 | 2.513 | | Y | |
| JL7D8JY | 2 | 19.048 | | Y | |
| JL8L3VT | 1 | 12.280 | | Y | |
| JL8L3AQ | 1 | 45.548 | | Y | |
| JL8W5CQ | 6 | 69.904 | | Y | |
| JL8L3VT | 1 | 15.476 | | Y | |
| JL8L3AQ | 1 | 45.548 | | Y | |
| JL8V7MA | 3 | 7.302 | | Y | |
| JL8W6TC | 3 | 4.136 | | Y | |
| JL8W2KN | 3 | 5.701 | | Y | |
| JL8W2KZ | 6 | | | Y | |
| | | 109.790 | | | |
| JL8L3VT | 1 | 15.476 | | Y | |
| JL8W5DG | 3 | 4.784 | | Y | |
| JL7D8JY | 3 | 28.572 | | Y | |
| JL8L3VT | 4 | 52.316 | | Y | |
| JL8L3AQ | 1 | 45.548 | | Y | |
| JL8V7LQ | 7 | 96.527 | | Y | |
| JL8L3VT | 2 | 24.560 | | Y | |
| JL8L3AQ | 1 | 45.548 | | Y | |
| JL8W6ZR | 2 | 11.896 | | Y | |
| JL7D8JY | 1 | 15.476 | | Y | |
| JL8L3VT | 3 | 40.036 | | Y | |
| JL8W3BQ | | 5.962 | | Y | |
| JL7D8JY | 1 | 15.476 | | Y | |
| JL8L3VT | 1 | 15.476 | | Y | |
| JL7D8JY | 3 | 28.572 | | Y | |
| JL8L3VT | 3 | 40.036 | | Y | |
| JL8W6TK | 6 | 39.079 | | Y | |
| JL7D8JY | 1 | 9.524 | | Y | |
| JL8L3VT | 1 | 12.280 | | Y | |
| JL8L3AQ | 1 | 45.548 | | Y | |
| **GRAND TOTAL** | **82** | **1,001.266** | **3** | | |

| 05/09/2022 | BILL OF LANDING | 2 of 3 |
|---|---|---|

### Ship from

Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601

FOB: X

**Bill of Lading #1130004270**

### Ship to

Name: BED BATH & BEYOND 2693 2693
Adrdress: 71 MALL ROAD
City/State/Zip: FRACKVILLE, PA, 17931
CID # (MVDP) MVDP6984184       FOB:

Carrier Name: XPO LOGISTICS
Trailer Number:
Seal Number:

SCAC: XPOL
Pro Number:

### THIRD PARTY FREIGHT CHARGES BILL TO:

Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 11804

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____   Collect: __X__   3rd Party: _____

Master Bill of Lading: with attached Underlying Bills of Lading

### SPECIAL INSTRUCTIONS

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

| CUSTOMER ORDER NUMBER | #PKGS | WEIGHT | PALLET | SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| JL8W6TP | 7 | 219.819 | | Y | |
| JL7D8JY | 2 | 19.048 | | Y | |
| JL6W2YD | 1 | 9.524 | | Y | |
| JL8L3VT | 1 | 12.280 | | Y | |
| JL8L3AQ | 1 | 45.548 | | Y | |
| JL8W6TD | 1 | 11.023 | | Y | |
| **GRAND TOTAL** | 95 | 1,318.508 | 3 | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 0.00 | | 52.00 | CTN | 801.460 | | CAR SEATS, CUPS, PACIFIERS | 156600 | 125 |
| 0.00 | | 9.00 | CTN | 139.288 | | CARRIER BABY | 187645 | 175 |
| 0.00 | | 13.00 | CTN | 285.168 | | STROLLERS | 188690 | 125 |
| 0.00 | | 1.00 | CTN | 0.688 | | PACIFIER CLIP | 56290 | 100 |
| 0.00 | | 6.00 | CTN | 66.139 | | FEEDING SEATS | 79620 | 85 |
| 0.00 | | 12.00 | CTN | 24.017 | | HIGHCHAIRS | 80635 | 125 |
| 0.00 | | 2.00 | CTN | 1.746 | | POCKET BUDDY PACIFIER HOLDER | 84260 | 175 |
| 0.00 | | 95.00 | CTN | 1,318.506 | | **GRAND TOTAL** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: 'The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____

**CONSIGNEE RESPONSIBLE FOR ALL ACCESSORIAL CHARGES**

NOTE: Liability limitation for loss or demage in this shipment may be applicable. See 49. U.S.C 14706(1)(A) and (B).

RECEIVED, subject to Individualy determined tates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

Subject to section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the Consignee without recourse to the Consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payments of freight and all other lawful charges.
_____ Shipper Signature

| 05/09/2022 | BILL OF LANDING | 3 of 3 |
|---|---|---|

| Ship from | Bill of Lading #1130004270 |
|---|---|

Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601

FOB: X

**Ship to**

Name: BED BATH & BEYOND 2693 2693
Adrdress: 71 MALL ROAD
City/State/Zip: FRACKVILLE, PA, 17931
CID # (MVDP) MVDP6984184        FOB:

Carrier Name: XPO LOGISTICS
Trailer Number:
Seal Number:

SCAC: XPOL
Pro Number:

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
              P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 11804

**SPECIAL INSTRUCTIONS**

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____    Collect: __X__    3rd Party: _____

_____ Master Bill of Lading: with attached Underlying Bills of Lading

| SHIPPER SIGNATURE/DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE/PICKUP DATE |
|---|---|---|---|

This is to certify that the above named materials are properly classified, packeged, marked and labeled, and are in proper condition. Transportation according to the applicable regulations of the DOT.

Trailer Loaded:
_X_ By Shipper
___ By Driver

Freight Counted:
_X_ By Shipper
___ By Driver/pallets
      said to contain
___ By Driver/Pieces

Carrier acknowledges receipt of packages and required placecards. Carrier certifies emergency response information was made available and/or has the DOT emergency response guidebook or equivalent documentation in the vehicle.

*Property described above is received in good order except as noted.*

5-10-22




**PICKING LIST**

**chicco**

ARTSAÑA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

| NUMBER | DATE | | PAGE | DOCUMENT DESTINATION | 214878 |
|---|---|---|---|---|---|
| 3661253912 | 05/04/2022 | | 1 / 1 | Company | |

**SHIPPING POINT** USOA

**INCOTERMS** FH

**DELIVERY AREA** PO8 COLLECT

DOCUMENT DESTINATION 214878
Company
BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave

Union NJ 07083-8107 US

**SOLD-TO-PARTY** 214878
Company
BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave

Union NJ 07083-8107 US

**SHIP-TO-PARTY** 365689

BUY BUY BABY 3130 ISELIN

675 US HIGHWAY 1 S STE 1

ISELIN NJ 08830-3152 US

**ORDER REF.** 1661187085      **YOUR REF.** JL8W5DG **DEL** 05/03/2022                    **DATE** 05/04/2022

warehouse: 731-364-3070

Customer Service: 1-800-323-4903

| Q.TY | UM | MAT.CODE | COL | SIZE | SEASON | PRODUCT DESCRIPTION | | | |
|---|---|---|---|---|---|---|---|---|---|
| 6 | CN | 00001808000070 | | | | PHYSIOFORMA SILICONE PACIFIER CLEAR 0-6M | | | |
| | | | | | | Bin: K-01 | 6 | 1.00 | 0.897 |
| 2 | CN | 00021611600070 | | | | DUO STARTER GIFTSET PINK(2X5OZ;2X9OZ)US | | | |
| | | | | | | Bin: L-27 | 2 | 1.00 | 1.634 |
| 2 | CN | 00021611620070 | | | | DUO DELUXE GIFTSET GREY (3X5OZ;3X9OZ)US | | | |
| | | | | | | Bin: L-32 | 2 | 1.00 | 2.445 |

TOTAL QUANTITY(pieces):        10.000

TOTAL OF CARTONS: 3.000    TOTAL WEIGHT: 4.976    TOTALE VOLUME: 1.124 TOTAL OF PALLETS:        0.009

Retailers only : For compliance certificates please contact your sales representative

USER :  ELORAH

## Beyond

### Chargeback Details Report

| Vendor Number | | | | | Check Date | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 18595 ARTSANA USA INC/JUVENILE | | | | | 07/22/2022 | | | | |
| Check Number | | | | | | | | | |
| 816555 | | | | | | | | | |

| Inv Number | Inv Date | Store | PO Number | UPC | Type | Charge Qty | Unit Cost | Extended Cost |
|---|---|---|---|---|---|---|---|---|
| 5213126531 | 04/20/2022 | 3066 | JK9H9EG | 49796612646 | IV | 1 | $71.49 | $71.49 |
| Total ALL SHORT | | | | | | | | ($71.49) |



ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

| DOCUMENT **Invoice** | | NUMBER 5213126531 | DATE 04/20/2022 |
|---|---|---|---|
| DIVISION P2 | CUSTOMER TAX NUMBER | | PAGE 1/1 |
| SALES PERSON  800002798 HOUSE | | | CURRENCY USD |
| PAYMENT TERMS 60 DAYS ID | | | CUSTOMER 214878 |

**BILL TO PARTY**

BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave
Union, NJ 07083-8107 US

**CUSTOMER ADDRESS**

BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave
Union, NJ 07083-8107 US

| ITEM CODE | DESCRIPTION | U.M. | QTY | GROSS PRICE | DISCOUNT | NET PRICE | AMOUNT | CT |
|---|---|---|---|---|---|---|---|---|
| Number of Adheren 018595 | | | | | | | | |
| | Delivery Address: 205779, BUY BUY BABY 3066 SANDY - 3066 - 10230 S State St 84070-4115 Sandy UT US | | | | | | | |
| | **Sales Order N. 1661181833 Customer PO JK9H9EG Customer PO JK9H9EG of 04/04/2022** | | | | | | | |
| | **Delivery n. 3661249853 of the 04/13/2022- Shipper FED EX Ground FEDX** | | | | | | | |
| 04079562090070 | LITE WAY STROLLER PETAL USA | CN | 1 | | | 71.49 | 71.49 | |
| PAYMENT:  60 DAYS ID PAYMENT DATE | | | | | | | | |
| | Tracking Number:  934737711120 | | | | | | | |

| TAX | BASE AMOUNT | TAX AMOUNT | TAX | BASE AMOUNT | TAX AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 01 | 71.49 | 0.00 | | | | 71.49 |

| OWNERSHIP RESERVE CLAUSE | | TOT.BASE AMOUNT | TOT.TAX AMOUNT | TOT.INVOICE |
|---|---|---|---|---|
| | | 71.49 | | 71.49 |

ORIGINAL



**chicco**

ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

½

**PICKING LIST**

| NUMBER | DATE | PAGE | DOCUMENT DESTINATION | 214878 |
| --- | --- | --- | --- | --- |
| 3661249853 | 04/13/2022 | 1 / 1 | Company | |
| SHIPPING POINT USOA | | | BUY BUY BABY INC | |
| INCOTERMS FH | | | LIBERTY PROCUREMENT CO INC | |
| DELIVERY AREA P08 COLLECT FedEx | | | 650 Liberty Ave | |
| | | | Union NJ 07083-8107 US | AISLE |

| SOLD-TO-PARTY 214878 | SHIP-TO-PARTY | PICKER |
| --- | --- | --- |
| Company | BUY BUY BABY 3080 SANDY UT | LABELER |
| BUY BUY BABY INC 4/20 | | |
| LIBERTY PROCUREMENT CO INC | 10230 S State St | CHECKER |
| 650 Liberty Ave | | |
| Union NJ 07083-8107 US | Sandy UT 84070-4115 US | WRAPPER |

See Attached Page -->

ORDER REF. 1661181833    YOUR REF. JK9H9EG DEL 04/04/2022    DATE 04/07/2022

warehouse: 731-364-3070

Customer Service: 1-800-323-4903

| Q.TY | UM | MAT.CODE | COL | SIZE | SEASON | PRODUCT DESCRIPTION | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | CN | 04079562090070 | | | | LITE WAY STROLLER PETAL USA | | | |
| | | | | | | Bin: E-23 | 1 | 1.00 | 21.936 |

TOTAL QUANTITY(pieces): 1.000

TOTAL OF CARTONS: 1.000    TOTAL WEIGHT: 21.936    TOTALE VOLUME: 2.847 TOTAL OF PALLETS: 0.036

Retailers only : For compliance certificates please contact your sales representative

USER : ELORAH    3    120    21

H30004173
mvDFbb8H5

Invoice:
Cust: 000004979619920    Date: 20Apr22
Dept:    Wgt: 23.00 LBS
PO Number: JK9H9EG    COD:
DV:
2ND THRD PTY O/S Master 934737711120
TRCK: 934737711120
0.00

SHIPPING:
SPECIAL:    0.00
HANDLING:    0.00
TOTAL:    0.00
    0.00