| 04/13/2022 | BILL OF LANDING | 1 of 1 |
|---|---|---|

### Ship from

Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601

FOB: X

**Bill of Lading #1130004173**

### Ship to

Name: Freight Systems Incorporated 2647
Adrdress: 5445 W HAROLD GATTY DR STE C
City/State/Zip: SALT LAKE CITY, UT, 84116-3788
CID # (MVDP)   FOB:

Carrier Name: Fornitore Dummy
Trailer Number:
Seal Number:

SCAC:
Pro Number:

### THIRD PARTY FREIGHT CHARGES BILL TO:

Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
      P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 18004-9002

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____   Collect: __X__   3rd Party: _____

### SPECIAL INSTRUCTIONS

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

Master Bill of Lading: with attached
_____ Underlying Bills of Lading

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | #PKGS | WEIGHT | PALLET | SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| JK9H9EG | 1 | 21.936 | | Y | |
| JK8P6CQ | 2 | 97.003 | | Y | |
| **GRAND TOTAL** | 3 | 118.939 | 1 | CUBE | 20.501 |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 0.00 | | 2.00 | CTN | 97.003 | | CAR SEATS, CUPS, PACIFIERS | 156600 | 125 |
| 0.00 | | 1.00 | CTN | 21.936 | | STROLLERS | 188690 | 125 |
| 0.00 | | 3.00 | CTN | 118.939 | | GRAND TOTAL | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____

**CONSIGNEE RESPONSIBLE FOR ALL ACCESSORIAL CHARGES**

NOTE: Liability limitation for loss of demage in this shipment may be applicable. See 49. U.S.C 14706(1)(A) and (B).

RECEIVED, subject to Individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

Subject to section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the Consignee without recourse to the Consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payments of freight and all other lawful charges.
_____ Shipper Signature

### SHIPPER SIGNATURE/DATE

This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition. Transportation according to the applicable regulations of the DOT.

Trailer Loaded:   Freight Counted:
_X_ By Shipper   _X_ By Shipper
___ By Driver   ___ By Driver/pallets said to contain
             ___ By Driver/Pieces

### CARRIER SIGNATURE/PICKUP DATE

Carrier acknowledges receipt of packages and required placecards. Carrier certifies emergency response information was made available and/or has the DOT emergency response guidebook or equivalent documentation in the vehicle.
*Property described above is received in good order except as noted.*

## Beyond
### Chargeback Details Report

| Vendor Number | | | | | Check Date | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 18595 ARTSANA USA INC/JUVENILE | | | | | 06/28/2022 | | | | |
| Check Number | | | | | | | | | |
| 812267 | | | | | | | | | |

| Inv Number | Inv Date | Store | PO Number | UPC | Type | Charge Qty | Unit Cost | Extended Cost |
|---|---|---|---|---|---|---|---|---|
| 5213127794 | 04/26/2022 | 653 | | 49796612103 | PD | 2 | $253.99 | $507.98 |
| Total PPD OR STC CAR DMG | | | | | | | | ($507.98) |



ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

| DOCUMENT | | NUMBER | DATE |
|---|---|---|---|
| **Invoice** | | 5213127794 | 04/26/2022 |
| DIVISION | CUSTOMER TAX NUMBER | | PAGE |
| P2 | | | 1/1 |
| SALES PERSON   800002798 | | | CURRENCY |
| HOUSE | | | USD |
| PAYMENT TERMS | | | CUSTOMER |
| 60 DAYS ID | | | 214878 |

**BILL TO PARTY**

BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave
Union, NJ 07083-8107 US

**CUSTOMER ADDRESS**

BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave
Union, NJ 07083-8107 US

| ITEM CODE | DESCRIPTION | U.M. | QTY | GROSS PRICE | DISCOUNT | NET PRICE | AMOUNT | CT |
|---|---|---|---|---|---|---|---|---|
| Number of Adheren | O18595 | | | | | | | |
| Delivery Address: 255313, BB&B 653 - 653 - 1001 W MIDDLESEX AVE 07064-1518 PORT READING NJ US | | | | | | | | |
| | Sales Order N. 1661183264 Customer PO JL3F8VG Customer PO JL3F8VG of 04/11/2022 | | | | | | | |
| | Delivery n. 3661249916 of the 04/13/2022- Shipper COLLECT | | | | | | | |
| 04087010350070 | CORSO PRIMO CLEARTEX TS ASPEN USA | CN | 33 | | | 440.93 | 14,550.69 | |
| 06079632980070 | BRAVO TRIO TRAVEL SYSTEM CALLA USA | CN | 23 | | | 253.99 | 5,841.77 | |
| 08079563220070 | CORSO LE TRAVEL SYSTEM VERANDA USA | CN | 2 | | | 365.39 | 730.78 | |

PAYMENT:  60 DAYS ID
PAYMENT DATE

| TAX | BASE AMOUNT | TAX AMOUNT | TAX | BASE AMOUNT | TAX AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| O1 | 21,123.24 | 0.00 | | | | 21,123.24 |

| OWNERSHIP RESERVE CLAUSE | | | TOT.BASE AMOUNT | TOT.TAX AMOUNT | TOT.INVOICE |
|---|---|---|---|---|---|
| | | | 21,123.24 | | 21,123.24 |

ORIGINAL

| 04/26/2022 | BILL OF LANDING | 1 of 2 |
|---|---|---|

### Ship from

Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601

Chicco USA / Copy FOB: X

**Bill of Lading #** 1130004178

Carrier Name: TOTAL QUALITY LOGISTICS LLC
Trailer Number: P1001
Seal Number: 6035017

### Ship to

Name: BB&B 653 0653
Address: 1001 W MIDDLESEX AVE
City/State/Zip: PORT READING, NJ, 07064-1518
CID # (MVDP) MVDP6968643    FOB:

SCAC: TQYL
Pro Number:

### THIRD PARTY FREIGHT CHARGES BILL TO:

Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 11804

### SPECIAL INSTRUCTIONS

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____   Collect: __X__   3rd Party: _____

_____ Master Bill of Lading: with attached Underlying Bills of Lading

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | #PKGS | WEIGHT | PALLET | SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| JJ6R2ZV | 3 | 77.316 | . | Y | |
| JJ8Q2QR | 38 | 98.891 | | Y | |
| JJ9M5UT | 3 | 77.316 | | Y | |
| JK6Q3LL | 1 | 0.873 | | Y | |
| JK6C8SU | 3 | 93.496 | | Y | |
| JK4Z2FS | 2 | 66.139 | | Y | |
| JK7T4YV | 1 | 2.401 | | Y | |
| JK7G7EC | 8 | 206.176 | | Y | |
| JK8W5SN | 23 | 731.990 | | Y | |
| JK9U5CU | 1 | 2.064 | | Y | |
| JK9J3BG | 14 | 362.127 | | Y | |
| JK8G7KJ | 47 | 1,380.739 | | Y | |
| JL3H2VN | 6 | 16.191 | | Y | |
| JL3F9QS | 79 | 2,409.577 | | Y | |
| JL3F8VG | 58 | 2,747.050 | | Y | |
| JL3F8JH | 39 | 846.355 | | Y | |
| JL3A8DF | 83 | 1,733.481 | | Y | |
| **GRAND TOTAL** | 409 | 10,852.182 | 26 | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 0.00 | | 285.00 | CTN | 9,148.219 | | CAR SEATS, CUPS, PACIFIERS | 156600 | 125 |
| 0.00 | | 1.00 | CTN | 12.346 | | CARRIER BABY | 187645 | 175 |
| 0.00 | | 22.00 | CTN | 504.859 | | STROLLERS | 188690 | 125 |
| 0.00 | | 42.00 | CTN | 113.335 | | BOTTLE WARMER | 61559 | 92.5 |
| 0.00 | | 18.00 | CTN | | | FEEDING SEATS | 79620 | 85 |
| 0.00 | | 350.00 | CTN | 9,778.759 | | **GRAND TOTAL** | | |

Chicco USA / Copy

| 04/26/2022 | BILL OF LANDING | 2 of 2 |
|---|---|---|

**Ship from**

Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601

FOB: X

**Bill of Lading #1130004178**

Carrier Name: TOTAL QUALITY LOGISTICS LLC
Trailer Number:
Seal Number:

SCAC: TQYL
Pro Number:

**Ship to**

Name: BB&B 653 0653
Adrdress: 1001 W MIDDLESEX AVE
City/State/Zip: PORT READING, NJ, 07064-1518
CID # (MVDP) MVDP6968643        FOB:

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
           P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 11804

**SPECIAL INSTRUCTIONS**

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____    Collect: __X__    3rd Party: _____

_____ Master Bill of Lading: with attached Underlying Bills of Lading

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| | | | | 271.323 | | | | |
| 0.00 | | 3.00 | CTN | 36.376 | | WALKERS INFANT | 79640 | 150 |
| 0.00 | | 25.00 | CTN | 472.905 | | HIGHCHAIRS | 80635 | 125 |
| 0.00 | | 8.00 | CTN | 288.453 | | INFANT SLEEPING | 81394 | 100 |
| 0.00 | | 5.00 | CTN | 4.365 | | POCKET BUDDY PACIFIER HOLDER | 84260 | 175 |
| 0.00 | | 409.00 | CTN | 10,852.181 | | **GRAND TOTAL** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: 'The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____

**CONSIGNEE RESPONSIBLE FOR ALL ACCESSORIAL CHARGES**

NOTE: Liability limitation for loss or demage in this shipment may be applicable. See 49. U.S.C 14706(1)(A) and (B).

RECEIVED, subject to Individualy determined tates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

Subject to section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the Consignee without recourse to the Consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payments of freight and all other lawful charges.
_____ Shipper Signature

**SHIPPER SIGNATURE/DATE**
This is to certify that the above named materials are properly classified, packeged, marked and labeled, and are in proper condition. Transportation according to the applicable regulations of the DOT.

4-26-22

Trailer Loaded:
_X_ By Shipper
___ By Driver

Freight Counted:
_X_ By Shipper
___ By Driver/pallets said to contain
___ By Driver/Pieces

**CARRIER SIGNATURE/PICKUP DATE**
Carrier acknowledges receipt of packages and required placecards. Carrier certifies emergency response information was made available and/or has the DOT emergency response guidebook or equivalent documentation in the vehicle.
*Property described above is received in good order except as noted.*

# chicco

ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888



**PICKING LIST**

| NUMBER | DATE | | PAGE | DOCUMENT DESTINATION 214878 |
|---|---|---|---|---|
| 3661249916 | 04/13/2022 | | 1 / 1 | Company |
| **SHIPPING POINT** USOA | | | | BUY BUY BABY INC |
| **INCOTERMS** FH | | | | LIBERTY PROCUREMENT CO INC |
| **DELIVERY AREA** P08 COLLECT | | | | 650 Liberty Ave |
| | | | | Union NJ 07083-8107 US |

| SOLD-TO-PARTY 214878 | SHIP-TO-PARTY 265313 |
|---|---|
| Company | |
| BUY BUY BABY INC | BB&B 653 |
| LIBERTY PROCUREMENT CO INC | E COMMERCE FULLFILLMENT CENTER |
| 650 Liberty Ave | 1001 W MIDDLESEX AVE |
| Union NJ 07083-8107 US | PORT READING NJ 07064-1518 US |

**ORDER REF.** 1661183264    **YOUR REF.** JL3F8VG **DEL** 04/11/2022                              **DATE** 04/14/2022

warehouse: 731-364-3070

Customer Service: 1-800-323-4903

| Q.TY | UM | MAT.CODE | COL SIZE SEASON | PRODUCT DESCRIPTION | | | |
|---|---|---|---|---|---|---|---|
| ~~33~~ | ~~CN~~ | ~~04087010350070~~ | | ~~CORSO PRIMO CLEARTEX TS ASPEN USA~~ | | | |
| | | | '' | | 1 | 33.00 | 1,600.557 |
| 23 | CN | 06079632980070 | | BRAVO TRIO TRAVEL SYSTEM CALLA USA | | | |
| | | | '' | | 1 | 23.00 | 1,039.480 |
| 2 | CN | 08079563220070 | | CORSO LE TRAVEL SYSTEM VERANDA USA | | | |
| | | | '' | | 1 | 2.00 | 107.012 |

TOTAL QUANTITY(pieces):        58.000

TOTAL OF CARTONS: 58.000    TOTAL WEIGHT: 2,747.049    TOTALE VOLUME: 486.097 TOTAL OF PALLETS:        6.675

Retailers only : For compliance certificates please contact your sales representative

USER :   ELORAH

## Beyond
### Chargeback Details Report

| Vendor Number | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 18595 ARTSANA USA INC/JUVENILE | | | | | Check Date | | | |
| Check Number | | | | | 06/28/2022 | | | |
| 812267 | | | | | | | | |

| Inv Number | Inv Date | Store | PO Number | UPC | Type | Charge Qty | Unit Cost | Extended Cost |
|---|---|---|---|---|---|---|---|---|
| 5213127796 | 04/26/2022 | 653 | | 49796610321 | PD | 1 | $222.24 | $222.24 |
| 5213127796 | 04/26/2022 | 653 | | 49796611755 | PD | 1 | $31.49 | $31.49 |
| 5213127796 | 04/26/2022 | 653 | | 49796608076 | PD | 1 | $142.59 | $142.59 |
| Total PPD OR STC CAR DMG | | | | | | | | ($396.32) |

JL3A8DF

3661249918

TQYL



ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

| DOCUMENT | | NUMBER | DATE |
|---|---|---|---|
| **Invoice** | | 5213127796 | 04/26/2022 |
| DIVISION | CUSTOMER TAX NUMBER | | PAGE |
| P3 | | | 1/2 |
| SALES PERSON  800002798 | | | CURRENCY |
| HOUSE | | | USD |
| PAYMENT TERMS | | | CUSTOMER |
| 60 DAYS ID | | | 214878 |

**BILL TO PARTY**
BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave
Union, NJ 07083-8107 US

CUSTOMER ADDRESS
BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave
Union, NJ 07083-8107 US

| ITEM CODE | DESCRIPTION | U.M. | QTY | GROSS PRICE | DISCOUNT | NET PRICE | AMOUNT | CT |
|---|---|---|---|---|---|---|---|---|
| Number of Adheren| 018595 | | | | | | | |
| Delivery Address: 2|5313, BB&B 653 - 653 - 1001 W MIDDLESEX AVE 07|64-151| PORT REA|DING NJ US | | | | |
| Sales Order N. 1661183494 Customer PO JL3|8DF Customer PO JL3A8D| of 04/11/2022 | | | | | | |
| Delivery n. 3661249918 of the 04/13/2022- Shipper COLLECT | | | | | | | | |
| 00001808000070 | PHYSIOFORMA SILICONE PACIFIER CLEAR | CN | 6 | | | 3.05 | 18.30 | |
| 00002711100070 | PHYSIOFORMA SILICONE PACIFIER PINK | CN | 6 | | | 3.05 | 18.30 | |
| 00002711200070 | PHYSIOFORMA SILICONE PACIFIER TEAL | CN | 6 | | | 3.05 | 18.30 | |
| 00007092200070 | INSULATED STRAW CUP BOY 12M+ 2PCS | CN | 6 | | | 4.95 | 29.70 | |
| 00007092300070 | INSULATED STRAW CUP NEUTRAL 12M+ 2P | CN | 3 | | | 4.95 | 14.85 | |
| 00021611300070 | DUO 5OZ FEEDING BOTTLE 1PC GREY US | CN | 4 | | | 6.25 | 25.00 | |
| 00021611400070 | DUO 5OZ FEEDING BOTTLE 2PCS GREY US | CN | 4 | | | 10.80 | 43.20 | |
| 00021611410070 | DUO 5OZ FEEDING BOTTLE 2PCS PINK US | CN | 4 | | | 10.80 | 43.20 | |
| 00021611600070 | DUO STARTER GIFTSET PINK(2X5OZ;2X9O | CN | 4 | | | 25.60 | 102.40 | |
| 00021611610070 | DUO STARTER GIFTSET GREY(2X5OZ;2X9O | CN | 4 | | | 25.60 | 102.40 | |
| 00021611620070 | DUO DELUXE GIFTSET GREY (3X5OZ;3X9O | CN | 4 | | | 36.00 | 144.00 | |
| 00021625400070 | DUO 9OZ FEEDING BOTTLE 2PCS GREY US | CN | 4 | | | 10.80 | 43.20 | |
| 00021625410070 | DUO 9OZ FEEDING BOTTLE 2PCS PINK US | CN | 4 | | | 10.80 | 43.20 | |
| 00021723000070 | DUO NIPPLE - MEDIUM FLOW - US | CN | 6 | | | 3.20 | 19.20 | |
| 00079562770070 | LITE WAY STROLLER MOON GREY USA | CN | 4 | | | 71.49 | 285.96 | |
| 00079656460070 | ALFALITE PLAYARD MIDNIGHT USA | CN | 1 | | | 103.57 | 103.57 | |
| 00079660040070 | MINI BRAVO PLUS TRAVEL SYSTEM SLATE | CN | 1 | | | 222.24 | 222.24 | |
| 00079660460070 | MINI BRAVO PLUS TRAVEL SYSTEM MIDNI | CN | 3 | | | 222.24 | 666.72 | |
| 00079727840070 | BOOSTER SEAT TAKE-A SEAT GREY STAR | CN | 24 | | | 31.49 | 755.76 | |
| 04079540020070 | WALKY TALKY BABY WALKER CIRCLES USA | CN | 3 | | | 51.74 | 155.22 | |
| 04079562090070 | LITE WAY STROLLER PETAL USA | CN | 8 | | | 71.49 | 571.92 | |
| 04079755520070 | LLB PRIMO PLAYARD ORGANIC LAKESHORE | CN | 3 | | | 193.49 | 580.47 | |
| 04079774930070 | PROGRES5 RELAX HIGHCHAIR GENESIS US | CN | 13 | | | 142.59 | 1,853.67 | |
| 05079666080070 | QUICKSEAT HOOK ON CHAIR POETIC USA | CN | 10 | | | 41.59 | 415.90 | |
| 05079726720070 | TOT QUAD BOX CONFETTI USA | CN | 1 | | | 64.49 | 64.49 | |
| 06079639950070 | VIARO TRAVEL SYSTEM BLACK USA | CN | 3 | | | 233.16 | 699.48 | |
| 06079679980070 | KEYFIT 30 BABY CAR SEAT CALLA USA | CN | 3 | | | 135.97 | 407.91 | |
| 06079754330070 | LULLABY ZIP PLAYARD DRIFTWOOD USA | CN | 3 | | | 161.73 | 485.19 | |
| 07079363740070 | BOOSTER SEAT POCKET SNACK LAVENDER | CN | 4 | | | 18.00 | 72.00 | |
| 07079768840070 | SIDEKICK PLUS 3-IN-1 HIPSEAT TITANI | CN | 4 | | | 51.79 | 207.16 | |

PAYMENT:  60 DAYS ID
PAYMENT DATE

NEXT                                                                                    ORIGINAL



ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

| DOCUMENT | | NUMBER | DATE |
|---|---|---|---|
| **Invoice** | | 5213127796 | 04/26/2022 |
| DIVISION | CUSTOMER TAX NUMBER | | PAGE |
| P3 | | | 2/2 |
| SALES PERSON  800002798 | | | CURRENCY |
| HOUSE | | | USD |
| PAYMENT TERMS | | | CUSTOMER |
| 60 DAYS ID | | | 214878 |

**BILL TO PARTY**

BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave
Union, NJ 07083-8107 US

**CUSTOMER ADDRESS**

BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave
Union, NJ 07083-8107 US

| ITEM CODE | DESCRIPTION | U.M. | QTY | GROSS PRICE | DISCOUNT | NET PRICE | AMOUNT | CT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| TAX | BASE AMOUNT | TAX AMOUNT | TAX | BASE AMOUNT | TAX AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| O1 | 7,805.00 | 0.00 | | | | |
| O3 | 407.91 | 0.00 | | | | 8,212.91 |

| OWNERSHIP RESERVE CLAUSE | TOT.BASE AMOUNT | TOT.TAX AMOUNT | TOT.INVOICE |
|---|---|---|---|
| | 8,212.91 | | 8,212.91 |

ORIGINAL

| 04/26/2022 | | BILL OF LANDING | | | 1 of 2 |
|---|---|---|---|---|---|

**Ship from**

Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601

Chicco USA / Copy
FOB: X

**Bill of Lading #1130004178**

**Ship to**

Name: BB&B 653 0653
Address: 1001 W MIDDLESEX AVE
City/State/Zip: PORT READING, NJ, 07064-1518
CID # (MVDP) MVDP6968643        FOB:

Carrier Name: TOTAL QUALITY LOGISTICS LLC
Trailer Number: D1001
Seal Number:
6035017

SCAC: TQYL
Pro Number:

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 11804

**SPECIAL INSTRUCTIONS**

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____    Collect: __X__    3rd Party: _____

_____ Master Bill of Lading: with attached Underlying Bills of Lading

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | #PKGS | WEIGHT | PALLET | SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| JJ6R2ZV | 3 | 77.316 | | Y | |
| JJ8O2OR | 38 | 98.891 | | Y | |
| JJ9M5UT | 3 | 77.316 | | Y | |
| JK6Q3LL | 1 | 0.873 | | Y | |
| JK6C8SU | 3 | 93.496 | | Y | |
| JK4Z2FS | 2 | 66.139 | | Y | |
| JK7T4YV | 1 | 2.401 | | Y | |
| JK7G7EC | 8 | 206.176 | | Y | |
| JK8W5SN | 23 | 731.990 | | Y | |
| JK9U5CU | 1 | 2.064 | | Y | |
| JK9J3BG | 14 | 362.127 | | Y | |
| JK8G7KJ | 47 | 1,380.739 | | Y | |
| JL3H2VN | 6 | 16.191 | | Y | |
| JL3F9QS | 79 | 2,409.577 | | Y | |
| JL3F8VG | 58 | 2,747.050 | | Y | |
| JL3F8JH | 39 | 846.355 | | Y | |
| JL3A8DF | 83 | 1,733.481 | | Y | |
| **GRAND TOTAL** | 409 | 10,852.182 | 26 | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 0.00 | | 285.00 | CTN | 9,148.219 | | CAR SEATS, CUPS, PACIFIERS | 156600 | 125 |
| 0.00 | | 1.00 | CTN | 12.346 | | CARRIER BABY | 187645 | 175 |
| 0.00 | | 22.00 | CTN | 504.859 | | STROLLERS | 188690 | 125 |
| 0.00 | | 42.00 | CTN | 113.335 | | BOTTLE WARMER | 61559 | 92.5 |
| 0.00 | | 18.00 | CTN | | | FEEDING SEATS | 79620 | 85 |
| 0.00 | | 350.00 | CTN | 9,778.759 | | **GRAND TOTAL** | | |

| 04/26/2022 | BILL OF LANDING | 2 of 2 |
|---|---|---|

### Ship from

Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601

FOB: X

### Ship to

Name: BB&B 653 0653
Adrdress: 1001 W MIDDLESEX AVE
City/State/Zip: PORT READING, NJ, 07064-1518
CID # (MVDP) MVDP6968643          FOB:

### THIRD PARTY FREIGHT CHARGES BILL TO:

Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
          P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 11804

### SPECIAL INSTRUCTIONS

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

**Bill of Lading #1130004178**

Carrier Name: TOTAL QUALITY LOGISTICS LLC
Trailer Number:
Seal Number:

SCAC: TQYL
Pro Number:

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____     Collect: __X__   3rd Party: _____

_____ Master Bill of Lading: with attached Underlying Bills of Lading

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| | | | | 271.323 | | | | |
| 0.00 | | 3.00 | CTN | 36.376 | | WALKERS INFANT | 79640 | 150 |
| 0.00 | | 25.00 | CTN | 472.905 | | HIGHCHAIRS | 80635 | 125 |
| 0.00 | | 8.00 | CTN | 288.453 | | INFANT SLEEPING | 81394 | 100 |
| 0.00 | | 5.00 | CTN | 4.365 | | POCKET BUDDY PACIFIER HOLDER | 84260 | 175 |
| 0.00 | | 409.00 | CTN | 10,852.181 | | **GRAND TOTAL** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: 'The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____

**CONSIGNEE RESPONSIBLE FOR
ALL ACCESSORIAL CHARGES**

NOTE: Liability limitation for loss or demage in this shipment may be applicable. See 49. U.S.C 14706(1)(A) and (B).

RECEIVED, subject to Individualy determined tates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

Subject to section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the Consignee without recourse to the Consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payments of freight and all other lawful charges.
                                    Shipper Signature

### SHIPPER SIGNATURE/DATE

This is to certify that the above named materials are properly classified, packeged, marked and labeled, and are in proper condition. Transportation according to the applicable regulatios of the DOT.

4-26-22

Trailer Loaded:
_X_ By Shipper
___ By Driver

Freight Counted:
_X_ By Shipper
___ By Driver/pallets said to contain
___ By Driver/Pieces

### CARRIER SIGNATURE/PICKUP DATE

Carrier acknowledges receipt of packages and required placecards. Carrier certifies emergency response information was made available and/or has the DOT emergency response guidebook or equivalent documentation in the vehicle.
*Property described above is received in good order except as noted.*



ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

**PICKING LIST**



| NUMBER | DATE | PAGE | DOCUMENT DESTINATION    214878 |
|---|---|---|---|
| 3661249918 | 04/13/2022 | 1 / 2 | Company |

**SHIPPING POINT** USOA

**INCOTERMS** FH

**DELIVERY AREA** P08 COLLECT

DOCUMENT DESTINATION    214878
Company
BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave

Union NJ 07083-8107 US

| SOLD-TO-PARTY    214878 | SHIP-TO-PARTY    265313 |
|---|---|
| Company<br>BUY BUY BABY INC<br>LIBERTY PROCUREMENT CO INC<br>650 Liberty Ave<br><br>Union NJ 07083-8107 US | BB&B 653<br>E COMMERCE FULLFILLMENT CENTER<br>1001 W MIDDLESEX AVE<br><br>PORT READING NJ 07064-1518 US |

**ORDER REF.** 1661183494     **YOUR REF.** JL3A8DF **DEL** 04/11/2022                              **DATE** 04/14/2022

warehouse: 731-364-3070

Customer Service: 1-800-323-4903

| Q.TY | UM | MAT.CODE | COL | SIZE | SEASON | PRODUCT DESCRIPTION | | | |
|---|---|---|---|---|---|---|---|---|---|
| 6 | CN | 00001808000070 | | | | PHYSIOFORMA SILICONE PACIFIER CLEAR 0-6M | | | |
| | | | | | | Bin: K-01 | 6 | 1.00 | 0.897 |
| 6 | CN | 00002711100070 | | | | PHYSIOFORMA SILICONE PACIFIER PINK 0-6M | | | |
| | | | | | | Bin: K-07 | 6 | 1.00 | 0.897 |
| 6 | CN | 00002711200070 | | | | PHYSIOFORMA SILICONE PACIFIER TEAL 0-6M | | | |
| | | | | | | Bin: K-04 | 6 | 1.00 | 0.897 |
| 6 | CN | 00007092200070 | | | | INSULATED STRAW CUP BOY 12M + 2PCS | | | |
| | | | | | | Bin: K-23 | 3 | 2.00 | 4.806 |
| 3 | CN | 00007092300070 | | | | INSULATED STRAW CUP NEUTRAL 12M + 2PCS | | | |
| | | | | | | Bin: J-30 | 3 | 1.00 | 2.403 |
| 4 | CN | 00021611300070 | | | | DUO 5OZ FEEDING BOTTLE 1PC GREY US | | | |
| | | | | | | Bin: J-08 | 4 | 1.00 | 1.049 |
| 4 | CN | 00021611400070 | | | | DUO 5OZ FEEDING BOTTLE 2PCS GREY US | | | |
| | | | | | | Bin: J-10 | 4 | 1.00 | 1.750 |
| 4 | CN | 00021611410070 | | | | DUO 5OZ FEEDING BOTTLE 2PCS PINK US | | | |
| | | | | | | Bin: J-07 | 4 | 1.00 | 1.750 |
| 4 | CN | 00021611600070 | | | | DUO STARTER GIFTSET PINK(2X5OZ;2X9OZ)US | | | |
| | | | | | | Bin: L-27 | 2 | 2.00 | 3.267 |
| 4 | CN | 00021611610070 | | | | DUO STARTER GIFTSET GREY(2X5OZ;2X9OZ) US | | | |
| | | | | | | Bin: L-29 | 2 | 2.00 | 3.267 |
| 4 | CN | 00021611620070 | | | | DUO DELUXE GIFTSET GREY (3X5OZ;3X9OZ)US | | | |
| | | | | | | Bin: L-32 | 2 | 2.00 | 4.890 |
| 4 | CN | 00021625400070 | | | | DUO 9OZ FEEDING BOTTLE 2PCS GREY US | | | |
| | | | | | | Bin: L-31 | 4 | 1.00 | 1.634 |
| 4 | CN | 00021625410070 | | | | DUO 9OZ FEEDING BOTTLE 2PCS PINK US | | | |
| | | | | | | Bin: L-34 | 4 | 1.00 | 1.634 |
| 6 | CN | 00021723000070 | | | | DUO NIPPLE - MEDIUM FLOW - US | | | |
| | | | | | | Bin: K-11 | 6 | 1.00 | 0.679 |
| 4 | CN | 00079562770070 | | | | LITE WAY STROLLER MOON GREY USA | | | |
| | | | | | | Bin: B-21 | 1 | 4.00 | 87.744 |
| 1 | CN | 00079656460070 | | | | ALFALITE PLAYARD MIDNIGHT USA | | | |



ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

**PICKING LIST**



| NUMBER | DATE | PAGE | DOCUMENT DESTINATION | 214878 |
|---|---|---|---|---|
| 3661249918 | 04/13/2022 | 2 / 2 | Company BUY BUY BABY INC LIBERTY PROCUREMENT CO INC 650 Liberty Ave | |
| **SHIPPING POINT** USOA | | | | |
| **INCOTERMS** FH | | | Union NJ 07083-8107 US | |
| **DELIVERY AREA** P08 COLLECT | | | | |

| SOLD-TO-PARTY    214878 | SHIP-TO-PARTY    265313 |
|---|---|
| Company BUY BUY BABY INC LIBERTY PROCUREMENT CO INC 650 Liberty Ave | Company BB&B 653 E COMMERCE FULLFILLMENT CENTER 1001 W MIDDLESEX AVE |
| Union NJ 07083-8107 US | PORT READING NJ 07064-1518 US |

| | | | | Bin: D-01 | 1 | 1.00 | 35.274 |
|---|---|---|---|---|---|---|---|
| 1 | CN | 00079660040070 | | MINI BRAVO PLUS TRAVEL SYSTEM SLATE USA | | | |
| | | | | ' ' | 1 | 1.00 | 45.195 |
| 3 | CN | 00079660460070 | | MINI BRAVO PLUS TRAVEL SYSTEM MIDNIGHT | | | |
| | | | | ' ' | 1 | 3.00 | 135.584 |
| 24 | CN | 00079727840070 | | BOOSTER SEAT TAKE-A SEAT GREY STAR USA | | | |
| | | | | Bin: B-16 | 2 | 12.00 | 140.214 |
| 3 | CN | 04079540020070 | | WALKY TALKY BABY WALKER CIRCLES USA | | | |
| | | | | Bin: D-17 | 1 | 3.00 | 36.376 |
| 8 | CN | 04079562090070 | | LITE WAY STROLLER PETAL USA | | | |
| | | | | Bin: E-23 | 1 | 8.00 | 175.488 |
| 3 | CN | 04079755520070 | | LLB PRIMO PLAYARD ORGANIC LAKESHORE USA | | | |
| | | | | Bin: C-21 | 1 | 3.00 | 112.436 |
| 13 | CN | 04079774930070 | | PROGRES5 RELAX HIGHCHAIR GENESIS USA | | | |
| | | | | Bin: B-28 | 1 | 13.00 | 453.976 |
| 10 | CN | 05079666080070 | | QUICKSEAT HOOK ON CHAIR POETIC USA | | | |
| | | | | Bin: E-1 | 2 | 5.00 | 86.862 |
| 1 | CN | 05079726720070 | | TOT QUAD BOX CONFETTI USA | | | |
| | | | | Bin: B-13 | 1 | 1.00 | 28.307 |
| 3 | CN | 06079639950070 | | VIARO TRAVEL SYSTEM BLACK USA | | | |
| | | | | ' ' | 1 | 3.00 | 136.643 |
| 3 | CN | 06079679980070 | | KEYFIT 30 BABY CAR SEAT CALLA USA | | | |
| | | | | Bin: B-02 | 1 | 3.00 | 62.038 |
| 3 | CN | 06079754330070 | | LULLABY ZIP PLAYARD DRIFTWOOD USA | | | |
| | | | | Bin: D-26 | 1 | 3.00 | 112.436 |
| 4 | CN | 07079363740070 | | BOOSTER SEAT POCKET SNACK LAVENDER USA | | | |
| | | | | Bin: C-05 | 4 | 1.00 | 25.530 |
| 4 | CN | 07079768840070 | | SIDEKICK PLUS 3-IN-1 HIPSEAT TITANIUM US | | | |
| | | | | Bin: D-31 | 4 | 1.00 | 12.566 |

TOTAL QUANTITY(pieces):    153.000

TOTAL OF CARTONS: 83.000    TOTAL WEIGHT: 1,716.489    TOTALE VOLUME: 258.662 TOTAL OF PALLETS:    3.323

Retailers only : For compliance certificates please contact your sales representative

USER :  ELORAH

# Beyond
## Chargeback Details Report

| Vendor Number | | | | | Check Date | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 18595 ARTSANA USA INC/JUVENILE | | | | | 07/22/2022 | | | | |
| Check Number | | | | | | | | | |
| 816555 | | | | | | | | | |

| Inv Number | Inv Date | Store | PO Number | UPC | Type | Charge Qty | Unit Cost | Extended Cost | |
|---|---|---|---|---|---|---|---|---|---|
| 5213129685 | 05/09/2022 | 3101 | JL8L4QL | 49796610123 | CS | 2 | $67.26 | $134.52 | |
| Total CONCEALED SHORT | | | | | | | | ($134.52) | |



ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

| DOCUMENT **Invoice** | | NUMBER 5213129685 | DATE 05/06/2022 |
|---|---|---|---|
| DIVISION P2 | CUSTOMER TAX NUMBER | | PAGE 1/1 |
| SALES PERSON  800002798 HOUSE | | | CURRENCY USD |
| PAYMENT TERMS 60 DAYS ID | | | CUSTOMER 214878 |

**BILL TO PARTY**
BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave
Union, NJ 07083-8107 US

**CUSTOMER ADDRESS**
BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave
Union, NJ 07083-8107 US

| ITEM CODE | DESCRIPTION | U.M. | QTY | GROSS PRICE | DISCOUNT | NET PRICE | AMOUNT | CT |
|---|---|---|---|---|---|---|---|---|
| Number of Adheren | 018595 | | | | | | | |
| Delivery Address: 327498, BUY BUY BABY 3101 OMAHA - 3101 - 12204 K Plz 68137-2250 OMAHA NE US | | | | | | | | |
| | Sales Order N. 1661186853 Customer PO JL8L3VT Customer PO JL8L3VT of 05/02/2022 | | | | | | | |
| | Delivery n. 3661253977 of the 05/04/2022- Shipper COLLECT | | | | | | | |
| 06079629990070 | KEYFIT 35 CAR SEAT BASE USA | CN | 3 | | | 63.68 | 191.04 | |
| 07079569470070 | SMART SUPPORT BACKPACK GREY USA | CN | 2 | | | 67.26 | 134.52 | |
| PAYMENT:  60 DAYS ID | | | | | | | | |
| PAYMENT DATE | | | | | | | | |

| TAX | BASE AMOUNT | TAX AMOUNT | TAX | BASE AMOUNT | TAX AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 01 | 134.52 | 0.00 | | | | |
| 03 | 191.04 | 0.00 | | | | 325.56 |

| OWNERSHIP RESERVE CLAUSE | TOT.BASE AMOUNT | TOT.TAX AMOUNT | TOT.INVOICE |
|---|---|---|---|
| | 325.56 | | 325.56 |

ORIGINAL

| 05/06/2022 | BILL OF LANDING | 1 of 2 |
|---|---|---|

**Ship from**

Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601

Chicco USA / Copy    FOB: X

**Bill of Lading #1130004272**

Carrier Name: CENTRAL TRANSPORT LLC
Trailer Number:
Seal Number:

SCAC: CTII
Pro Number:

www.centraltransport.com
Driver's Signature Only Acknowledges Receipt of Freight

**777-7900403-3**
SHIPPER LABEL
CENTRAL TRANSPORT

**Ship to**

Name: 24/7 Express Logistics, Inc. 2646
Address: 1851 SOUTHERN RD
City/State/Zip: KANSAS CITY, MO, 64120-1111
CID # (MVDP) MVDP6984085    FOB:

RGES BILL TO:

Bed Bath & Beyond C/O HubGroup
2000 Clearwater Drive
Oak Brook IL 60523

TIONS

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____    Collect: _    3rd Party: X

_____ Master Bill of Lading: with attached Underlying Bills of Lading

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | #PKGS | WEIGHT | PALLET | SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| JL7D8JY | 3 | 28.572 | | Y | |
| JL8L3VT | 4 | 52.316 | | Y | |
| JL8W4UK | 4 | 95.460 | | Y | |
| JL8J3UD | 1 | 15.476 | | Y | |
| JL8W4US | 4 | 52.117 | | Y | |
| JL7Q6MC | 11 | 68.632 | | Y | |
| JL8W5DC | 8 | 102.008 | | Y | |
| JL7D8JY | 1 | 9.524 | | Y | |
| JL6V8LR | 1 | 10.623 | | Y | |
| JL8L3VT | 2 | 27.756 | | Y | |
| JL8W4UM | 6 | 55.689 | | Y | |
| JL7D8JY | 3 | 28.572 | | Y | |
| JL8L3VT | 4 | 52.316 | | Y | |
| JL8L3VT | 1 | 12.280 | | Y | |
| JL8W7AC | 2 | 22.664 | | Y | |
| JL6K6KV | 1 | 1.623 | | Y | |
| JL8W6TL | 1 | 0.728 | | Y | |
| JL7D8JY | 2 | 19.048 | | Y | |
| JL8L3VT | 2 | 24.560 | | Y | |
| JL8L3AQ | 1 | 45.548 | | Y | |
| **GRAND TOTAL** | 62 | 716.512 | 2 | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 0.00 | | 39.00 | CTN | 543.940 | | CAR SEATS, CUPS, PACIFIERS | 156600 | 125 |
| 0.00 | | 4.00 | CTN | 61.906 | | CARRIER BABY | 187645 | 175 |
| 0.00 | | 2.00 | CTN | 43.872 | | STROLLERS | 188690 | 125 |
| 0.00 | | 1.00 | CTN | 11.023 | | FEEDING SEATS | 79620 | 85 |
| 0.00 | | 46.00 | CTN | 660.741 | | **GRAND TOTAL** | | |

| 05/06/2022 | BILL OF LANDING | 2 of 2 |
|---|---|---|

### Ship from

Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601

FOB: X

**Bill of Lading #1130004272**

Carrier Name: CENTRAL TRANSPORT LLC
Trailer Number:
Seal Number:

SCAC: CTII
Pro Number:

### Ship to

Name: 24/7 Express Logistics, Inc. 2646
Address: 1851 SOUTHERN RD
City/State/Zip: KANSAS CITY, MO, 64120-1114
CID # (MVDP) MVDP6984085          FOB:

### THIRD PARTY FREIGHT CHARGES BILL TO:

Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
        P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 11804

*see page 1*

### SPECIAL INSTRUCTIONS

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____   Collect· ``   3rd Party: X

Master Bill of Lading: with attached
_____  Underlying Bills of Lading

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 0.00 | | 13.00 | CTN | 18.607 | | HIGHCHAIRS | 80635 | 125 |
| 0.00 | | 2.00 | CTN | 36.288 | | INFANT SLEEPING | 81394 | 125 |
| 0.00 | | 1.00 | CTN | 0.873 | | POCKET BUDDY PACIFIER HOLDER | 84260 | 175 |
| 0.00 | | 62.00 | CTN | 716.509 | | **GRAND TOTAL** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: 'The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____

### CONSIGNEE RESPONSIBLE FOR
### ALL ACCESSORIAL CHARGES

NOTE: Liability limitation for loss or damage in this shipment may be applicable. See 49. U.S.C 14706(1)(A) and (B).

RECEIVED, subject to Individualy determined tates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

Subject to section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the Consignee without recourse to the Consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payments of freight and all other lawful charges.
                                    Shipper Signature

### SHIPPER SIGNATURE/DATE

This is to certify that the above named materials are properly classified, packeged, marked and labeled, and are in proper condition. Transportation according to the applicable regulations of the DOT.

*Victor H.*

5-9-22

| Trailer Loaded: | Freight Counted: |
|---|---|
| _X_ By Shipper | _X_ By Shipper |
| ___ By Driver | ___ By Driver/pallets |
| | ___ said to contain |
| | ___ By Driver/Pieces |

### CARRIER SIGNATURE/PICKUP DATE

Carrier acknowledges receipt of packages and required placecards. Carrier certifies emergency response information was made available and/or has the DOT emergency response guidebook or equivalent documentation in the vehicle.
*Property described above is received in good order except as noted.*

 **chicco**

ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

**PICKING LIST**



| NUMBER | DATE | | PAGE | DOCUMENT DESTINATION    214878 |
|---|---|---|---|---|
| 3661253977 | 05/04/2022 | | 1 / 1 | Company |

**SHIPPING POINT** USOA

**INCOTERMS** FH

**DELIVERY AREA** PO8 COLLECT

DOCUMENT DESTINATION    214878
Company
BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave

Union NJ 07083-8107 US

**SOLD-TO-PARTY**    214878
Company
BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave

Union NJ 07083-8107 US

**SHIP-TO-PARTY**    327498

BUY BUY BABY 3101 OMAHA

12204 K Plz

OMAHA NE 68137-2250 US

**ORDER REF.** 1661186853        **YOUR REF.** JL8L3VT **DEL** 05/02/2022                **DATE** 05/05/2022

warehouse: 731-364-3070

Customer Service: 1-800-323-4903

| Q.TY | UM | MAT.CODE | COL SIZE SEASON | PRODUCT DESCRIPTION | | | |
|---|---|---|---|---|---|---|---|
| 3 | CN | 06079629990070 | | KEYFIT 35 CAR SEAT BASE USA | | | |
| | | | | Bin: B-33 | 1 | 3.00 | 36.839 |
| 2 | CN | 07079569470070 | | SMART SUPPORT BACKPACK GREY USA | | | |
| | | | | Bin: E-3 | 2 | 1.00 | 17.857 |

TOTAL QUANTITY(pieces):        5.000

TOTAL OF CARTONS: 4.000    TOTAL WEIGHT: 54.696    TOTALE VOLUME: 8.124 TOTAL OF PALLETS:        0.125

Retailers only : For compliance certificates please contact your sales representative

USER :   ELORAH

## Beyond
### Chargeback Details Report

| Vendor Number | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 18595 ARTSANA USA INC/JUVENILE | | | | | Check Date | | | | |
| Check Number | | | | | 07/22/2022 | | | | |
| 816555 | | | | | | | | | |

| Inv Number | Inv Date | Store | PO Number | UPC | Type | Charge Qty | Unit Cost | Extended Cost |
|---|---|---|---|---|---|---|---|---|
| 5213129677 | 05/09/2022 | 3104 | JL8W4US | 49796611311 | CS | 1 | $200.79 | $200.79 |
| Total CONCEALED SHORT | | | | | | | | ($200.79) |



ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

| DOCUMENT | | NUMBER | DATE |
|---|---|---|---|
| **Invoice** | | 5213129677 | 05/06/2022 |
| DIVISION | CUSTOMER TAX NUMBER | | PAGE |
| P3 | | | 1/1 |
| SALES PERSON | 800002798 | | CURRENCY |
| HOUSE | | | USD |
| PAYMENT TERMS | | | CUSTOMER |
| 60 DAYS ID | | | 214878 |

**BILL TO PARTY**

BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave
Union, NJ 07083-8107 US

**CUSTOMER ADDRESS**

BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave
Union, NJ 07083-8107 US

| ITEM CODE | DESCRIPTION | U.M. | QTY | GROSS PRICE | DISCOUNT | NET PRICE | AMOUNT | CT |
|---|---|---|---|---|---|---|---|---|
| Number of Adheren | 018595 | | | | | | | |
| Delivery Address: 330127, BUY BUY BABY 3104 WICHITA - 3104 - 2766 N Greenwich Ct 67226-7000 Wichita KS US | | | | | | | | |
| | Sales Order N. 1661187098 Customer PO JL8W4US Customer PO JL8W4US of 05/03/2022 | | | | | | | |
| | Delivery n. 3661253969 of the 05/04/2022- Shipper COLLECT | | | | | | | |
| 00007042120070 | SEMI SOFT SPOUT TRAINER GIRL 6M + 2P | CN | 3 | | | 4.95 | 14.85 | |
| 00079771060070 | FIT2 REAR-FACING B.CAR SEAT STACCAT | CN | 1 | | | 200.79 | 200.79 | |
| 06079629990070 | KEYFIT 35 CAR SEAT BASE USA | CN | 2 | | | 63.68 | 127.36 | |

PAYMENT:  60 DAYS ID
PAYMENT DATE

| TAX | BASE AMOUNT | TAX AMOUNT | TAX | BASE AMOUNT | TAX AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 01 | 14.85 | 0.00 | | | | |
| 03 | 328.15 | 0.00 | | | | · 343.00 |

| OWNERSHIP RESERVE CLAUSE | TOT.BASE AMOUNT | TOT.TAX AMOUNT | TOT.INVOICE |
|---|---|---|---|
| | 343.00 | | 343.00 |

ORIGINAL

| 05/06/2022 | BILL OF LANDING | 1 of 2 |
|---|---|---|

**Ship from**

Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601

Chicco USA / Copy          FOB: X

**Ship to**

Name: 24/7 Express Logistics, Inc. 2646
Address: 1851 SOUTHERN RD
City/State/Zip: KANSAS CITY, MO, 64120-1111
CID # (MVDP) MVDP6984085          FOB:

RGES BILL TO:

Bed Bath & Beyond C/O HubGroup
2000 Clearwater Drive
Oak Brook IL 60523

ΓIONS

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

**Bill of Lading #1130004272**

Carrier Name: CENTRAL TRANSPORT LLC
Trailer Number:
Seal Number:

SCAC: CTII
Pro Number:

www.centraltransport.com
Driver's Signature Only Acknowledges Receipt of Freight
**777-7900403-3**
SHIPPER LABEL
CENTRAL TRANSPORT    Subject to: NMFC 102, CT 100/CT 101

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____    Collect: _    3rd Party: X

_____ Master Bill of Lading: with attached Underlying Bills of Lading

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | #PKGS | WEIGHT | PALLET | SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| JL7D8JY | 3 | 28.572 | | Y | |
| JL8L3VT | 4 | 52.316 | | Y | |
| JL8W4UK | 4 | 95.460 | | Y | |
| JL8J3UD | 1 | 15.476 | | Y | |
| JL8W4US | 4 | 52.117 | | Y | |
| JL7Q6MC | 11 | 68.632 | | Y | |
| JL8W5DC | 8 | 102.008 | | Y | |
| JL7D8JY | 1 | 9.524 | | Y | |
| JL6V8LR | 1 | 0.623 | | Y | |
| JL8L3VT | 2 | 27.756 | | Y | |
| JL8W4UM | 6 | 55.689 | | Y | |
| JL7D8JY | 3 | 28.572 | | Y | |
| JL8L3VT | 4 | 52.316 | | Y | |
| JL8L3VT | 1 | 12.280 | | Y | |
| JL8W7AC | 2 | 22.664 | | Y | |
| JL6K6KV | 1 | 1.623 | | Y | |
| JL8W6TL | 1 | 0.728 | | Y | |
| JL7D8JY | 2 | 19.048 | | Y | |
| JL8L3VT | 2 | 24.560 | | Y | |
| JL8L3AQ | 1 | 45.548 | | Y | |
| GRAND TOTAL | 62 | 716.512 | 2 | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 0.00 | | 39.00 | CTN | 543.940 | | CAR SEATS, CUPS, PACIFIERS | 156600 | 125 |
| 0.00 | | 4.00 | CTN | 61.906 | | CARRIER BABY | 187645 | 175 |
| 0.00 | | 2.00 | CTN | 43.872 | | STROLLERS | 188690 | 125 |
| 0.00 | | 1.00 | CTN | 11.023 | | FEEDING SEATS | 79620 | 85 |
| 0.00 | | 46.00 | CTN | 660.741 | | GRAND TOTAL | | |

| 05/06/2022 | BILL OF LANDING | 2 of 2 |
|---|---|---|

### Ship from

Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601

FOB: X

**Bill of Lading #1130004272**

‖‖‖‖‖‖‖‖‖‖‖‖

### Ship to

Name: 24/7 Express Logistics, Inc. 2646
Adrdress: 1851 SOUTHERN RD
City/State/Zip: KANSAS CITY, MO, 64120-1111
CID # (MVDP) MVDP6984085       FOB:

Carrier Name: CENTRAL TRANSPORT LLC
Trailer Number:
Seal Number:

SCAC: CTII
Pro Number:

### THIRD PARTY FREIGHT CHARGES BILL TO:

Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 11804

*See page 1*

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____     Collect _____     3rd Party: X

Master Bill of Lading: with attached
_____ Underlying Bills of Lading

### SPECIAL INSTRUCTIONS

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 0.00 | | 13.00 | CTN | 18.607 | | HIGHCHAIRS | 80635 | 125 |
| 0.00 | | 2.00 | CTN | 36.288 | | INFANT SLEEPING | 81394 | 125 |
| 0.00 | | 1.00 | CTN | 0.873 | | POCKET BUDDY PACIFIER HOLDER | 84260 | 175 |
| 0.00 | | 62.00 | CTN | 716.509 | | **GRAND TOTAL** | | |

| | |
|---|---|
| Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: 'The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____ | **CONSIGNEE RESPONSIBLE FOR ALL ACCESSORIAL CHARGES** |

NOTE: Liability limitation for loss or demage in this shipment may be applicable. See 49. U.S.C 14706(1)(A) and (B).

| | |
|---|---|
| RECEIVED, subject to Individualy determined tates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations. | Subject to section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the Consignee without recourse to the Consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payments of freight and all other lawful charges. _____ Shipper Signature |

| SHIPPER SIGNATURE/DATE | Trailer Loaded: Freight Counted: | CARRIER SIGNATURE/PICKUP DATE |
|---|---|---|
| This is to certify that the above named materials are properly classified, packeged, marked and labeled, and are in proper condition. Transportation according to the applicable regulations of the DOT. *Victor U___* 5-9-22 | _X_ By Shipper   _X_ By Shipper ___ By Driver   ___ By Driver/pallets said to contain ___ By Driver/Pieces | Carrier acknowledges receipt of packages and required placecards. Carrier certifies emergency response information was made available and/or has the DOT emergency response guidebook or equivalent documentation in the vehicle. *Property described above is received in good order except as noted.* |

 **PICKING LIST**

ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888



| NUMBER | DATE | | PAGE | DOCUMENT DESTINATION    214878 |
|---|---|---|---|---|
| 3661253969 | 05/04/2022 | | 1 / 1 | Company |

**SHIPPING POINT** USOA

**INCOTERMS** FH

**DELIVERY AREA** P08 COLLECT

DOCUMENT DESTINATION    214878
Company
BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave

Union NJ 07083-8107 US

| SOLD-TO-PARTY    214878 | SHIP-TO-PARTY    330127 |
|---|---|
| Company
BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave

Union NJ 07083-8107 US | BUY BUY BABY 3104 WICHITA

2756 N Greenwich Ct

Wichita KS 67226-7000 US |

**ORDER REF.** 1661187098         **YOUR REF.** JL8W4US DEL 05/03/2022                                    **DATE** 05/04/2022

warehouse: 731-364-3070

Customer Service: 1-800-323-4903

| Q.TY | UM | MAT.CODE | COL | SIZE | SEASON | PRODUCT DESCRIPTION | | | |
|---|---|---|---|---|---|---|---|---|---|
| 3 | CN | 00007042120070 | | | | SEMI SOFT SPOUT TRAINER GIRL 6M+ 2PCS | | | |
| | | | | | | Bin: J-16 | 3 | 1.00 | 1.786 |
| 1 | CN | 00079771060070 | | | | FIT2 REAR-FACING B.CAR SEAT STACCATO USA | | | |
| | | | | | | Bin: B-34 | 1 | 1.00 | 25.772 |
| 2 | CN | 06079629990070 | | | | KEYFIT 35 CAR SEAT BASE USA | | | |
| | | | | | | Bin: B-33 | 1 | 2.00 | 24.560 |

TOTAL QUANTITY(pieces):        6.000

TOTAL OF CARTONS: 4.000      TOTAL WEIGHT: 52.118      TOTALE VOLUME: 8.005 TOTAL OF PALLETS:        0.104

Retailers only : For compliance certificates please contact your sales representative

USER :   ELORAH

## Beyond
### Chargeback Details Report

| Vendor Number 18595 ARTSANA USA INC/JUVENILE | | | | | Check Date 07/22/2022 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Check Number 816555 | | | | | | | | | |

| Inv Number | Inv Date | Store | PO Number | UPC | Type | Charge Qty | Unit Cost | Extended Cost |
|---|---|---|---|---|---|---|---|---|
| 5213132667 | 05/17/2022 | 653 | | 49796612110 | PD | 1 | $283.94 | $283.94 |
| Total PPD OR STC CAR DMG | | | | | | | | ($283.94) |

**chicco**

ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

| DOCUMENT | | NUMBER | | DATE |
|---|---|---|---|---|
| **Invoice** | | 5213132667 | | 05/17/2022 |
| DIVISION | CUSTOMER TAX NUMBER | | | PAGE |
| P2 | | | | 1/1 |
| SALES PERSON | 800002798 | | | CURRENCY |
| HOUSE | | | | USD |
| PAYMENT TERMS | | | | CUSTOMER |
| 60 DAYS ID | | | | 214878 |

BILL TO PARTY
BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave
Union, NJ 07083-8107 US

CUSTOMER ADDRESS
BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave
Union, NJ 07083-8107 US

| ITEM CODE | DESCRIPTION | U.M. | QTY | GROSS PRICE | DISCOUNT | NET PRICE | AMOUNT | CT |
|---|---|---|---|---|---|---|---|---|
| Number of Adheren 018595 | | | | | | | | |
| Delivery Address: 205313, BB&B 653 - 653 - 1001 W MIDDLESEX AVE 07064-1518 PORT READING NJ US | | | | | | | | |
| | Sales Order N. 1661184199 Customer PO JL5L2RJ Customer PO JL5L2RJ of 04/18/2022 | | | | | | | |
| | Delivery n. 3661256412 of the 05/11/2022- Shipper COLLECT | | | | | | | |
| 06079633330070 | BRAVO LE TRIO TRAVEL SYSTEM DRIFTWO | CN | 68 | | | 283.94 | 19,307.92 | |
| PAYMENT: 60 DAYS ID | | | | | | | | |
| PAYMENT DATE | | | | | | | | |

| TAX | BASE AMOUNT | TAX AMOUNT | TAX | BASE AMOUNT | TAX AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 01 | 19,307.92 | 0.00 | | | | 19,307.92 |

| OWNERSHIP RESERVE CLAUSE | TOT.BASE AMOUNT | TOT.TAX AMOUNT | TOT.INVOICE |
|---|---|---|---|
| | 19,307.92 | | 19,307.92 |

ORIGINAL

| 05/17/2022 | BILL OF LANDING | 1 of 2 |
|---|---|---|

**Ship from**

Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601

FOB: X

*Chicco USA / Copy*

**Bill of Lading #1130004298**

Carrier Name: TOTAL QUALITY LOGISTICS LLC
Trailer Number:
Seal Number: 23063

603503 6

**Ship to**

Name: BB&B 653 0653
Address: 1001 W MIDDLESEX AVE
City/State/Zip: PORT READING, NJ, 07064-1518
CID # (MVDP) MVDP6988005        FOB:

SCAC: TQYL
Pro Number:

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
            P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 11804

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____    Collect: __X__    3rd Party: _____

_____ Master Bill of Lading: with attached Underlying Bills of Lading

**SPECIAL INSTRUCTIONS**

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | #PKGS | WEIGHT | PALLET | SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| JJ4K8WV | 3 | 105.822 | | Y | |
| JJ4D5RX | 22 | 776.028 | | Y | |
| JJ6R2ZV | 2 | 31.747 | | Y | |
| JJ8Q2QR | 5 | 79.366 | | Y | |
| JJ9M5UT | 4 | 121.519 | | Y | |
| JK4G8TK | 45 | 674.615 | | Y | |
| JK3P4QB | 7 | | | Y | |
| JK2H9JU | 4 | 141.096 | | Y | |
| JK5E3FD | 92 | 2,794.935 | | Y | |
| JK6C8SU | 8 | 138.759 | | Y | |
| JK8W5SN | 148 | 2,538.405 | | Y | |
| JL5L2RJ | 68 | 3,073.246 | | Y | |
| JL6W7SP | 2 | 90.390 | | Y | |
| JL8L3AQ | 24 | 359.795 | | Y | |
| **GRAND TOTAL** | 434 | 11,119.069 | 28 | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 0.00 | | 424.00 | CTN | 10,960.334 | | CAR SEATS, CUPS, PACIFIERS | 156600 | 175 |
| 0.00 | | 10.00 | CTN | 158.733 | | FEEDING SEATS | 79620 | 85 |
| 0.00 | | 434.00 | CTN | 11,119.067 | | **GRAND TOTAL** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: 'The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
per

**CONSIGNEE RESPONSIBLE FOR ALL ACCESSORIAL CHARGES**

| 05/17/2022 | BILL OF LANDING | 2 of 2 |
|---|---|---|

| Ship from | Bill of Lading #1130004298 |
|---|---|

**Ship from**

Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601

FOB: X

**Bill of Lading #1130004298**

Carrier Name: TOTAL QUALITY LOGISTICS LLC
Trailer Number:
Seal Number:

**Ship to**

Name: BB&B 653 0653
Adrdress: 1001 W MIDDLESEX AVE
City/State/Zip: PORT READING, NJ, 07064-1518
CID # (MVDP) MVDP6988005        FOB:

SCAC: TQYL
Pro Number:

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 11804

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____    Collect: __X__   3rd Party: _____

**SPECIAL INSTRUCTIONS**

_____ Master Bill of Lading: with attached Underlying Bills of Lading

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

NOTE: Liability limitation for loss or demage in this shipment may be applicable. See 49. U.S.C 14706(1)(A) and (B).

RECEIVED, subject to Individualy determined tates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

Subject to section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the Consignee without recourse to the Consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payments of freight and all other lawful charges.

_____ Shipper Signature

**SHIPPER SIGNATURE/DATE**
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition. Transportation according to the applicable regulations of th DOT.

M. G.  5-17-22

Trailer Loaded:
_X_ By Shipper
___ By Driver

Freight Counted:
_X_ By Shipper
___ By Driver/pallets
      said to contain
___ By Driver/Pieces

**CARRIER SIGNATURE/PICKUP DATE**
Carrier acknowledges receipt of packages and required placecards. Carrier certifies emergency response information was made available and/or has the DOT emergency response guidebook or equivalent documentation in the vehicle.
*Property described above is received in good order except as noted.*



ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

**PICKING LIST**



| NUMBER | DATE | | PAGE | DOCUMENT DESTINATION    214878 |
|---|---|---|---|---|
| 3661256412 | 05/11/2022 | | 1 / 1 | Company<br>BUY BUY BABY INC<br>LIBERTY PROCUREMENT CO INC<br>650 Liberty Ave |
| **SHIPPING POINT** US0A | | | | |
| **INCOTERMS** FH | | | | |
| **DELIVERY AREA** P08 COLLECT | | | | Union NJ 07083-8107 US |

| SOLD-TO-PARTY    214878 | SHIP-TO-PARTY    265313 |
|---|---|
| Company<br>BUY BUY BABY INC<br>LIBERTY PROCUREMENT CO INC<br>650 Liberty Ave | BB&B 653<br>E COMMERCE FULLFILLMENT CENTER<br>1001 W MIDDLESEX AVE |
| Union NJ 07083-8107 US | PORT READING NJ 07064-1518 US |

**ORDER REF.** 1661184199      **YOUR REF.** JL5L2RJ **DEL** 04/18/2022                                **DATE** 04/21/2022

warehouse: 731-364-3070

Customer Service: 1-800-323-4903

| Q.TY | UM | MAT.CODE | COL | SIZE | SEASON | PRODUCT DESCRIPTION | | | |
|---|---|---|---|---|---|---|---|---|---|
| 68 | CN | 06079633330070 | | | | BRAVO LE TRIO TRAVEL SYSTEM DRIFTWOOD US | | | |
| | | | | | | ' ' | 1 | 68.00 | 3,073.246 |

TOTAL QUANTITY(pieces):       68.000

TOTAL OF CARTONS: 68.000    TOTAL WEIGHT: 3,073.246    TOTALE VOLUME: 527.333 TOTAL OF PALLETS:       6.800

Retailers only : For compliance certificates please contact your sales representative

USER : ELORAH

**Beyond**

Chargeback Details Report

| Vendor Number | | | | | | Check Date | | | |
|---|---|---|---|---|---|---|---|---|---|
| 18595 ARTSANA USA INC/JUVENILE | | | | | | 07/22/2022 | | | |
| Check Number | | | | | | | | | |
| 816555 | | | | | | | | | |

| Inv Number | Inv Date | Store | PO Number | UPC | Type | Charge Qty | Unit Cost | Extended Cost |
|---|---|---|---|---|---|---|---|---|
| 5213131796 | 05/16/2022 | 653 | | 49796611489 | PD | 1 | $336.54 | $336.54 |
| **Total PPD OR STC CAR DMG** | | | | | | | | ($336.54) |



ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

| DOCUMENT | | NUMBER | DATE |
|---|---|---|---|
| **Invoice** | | 5213131796 | 05/13/2022 |
| DIVISION | CUSTOMER TAX NUMBER | | PAGE |
| P2 | | | 1/1 |
| SALES PERSON   800002798 | | | CURRENCY |
| HOUSE | | | USD |
| PAYMENT TERMS | | | CUSTOMER |
| 60 DAYS ID | | | 214878 |

**BILL TO PARTY**

BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave
Union, NJ 07083-8107 US

**CUSTOMER ADDRESS**

BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave
Union, NJ 07083-8107 US

| ITEM CODE | DESCRIPTION | U.M. | QTY | GROSS PRICE | DISCOUNT | NET PRICE | AMOUNT | CT |
|---|---|---|---|---|---|---|---|---|
| Number of Adheren 018595 | | | | | | | | |
| Delivery Address: 265313, BB&B 553 - 553 - 1001 W MIDDLESEX AVE 07064-1518 PORT READING NJ US | | | | | | | | |
| | Sales Order N. 1661186854 Customer PO JL8L3AQ Customer PO JL8L3AQ of 05/02/2022 | | | | | | | |
| | Delivery n. 3661254185 of the 05/04/2022- Shipper COLLECT | | | | | | | |
| 05079625240070 | KEYFIT 35 BABY CAR SEAT ONYX USA | CN | 9 | | | 167.34 | 1,506.06 | |
| 06079852950070 | NEXTFIT ZIP BABY CAR SEAT CARBON US | CN | 4 | | | 195.96 | 783.84 | |
| 08079610160070 | CORSO TRAVEL SYSTEM SILVERSPRING US | CN | 28 | | | 336.54 | 9,423.12 | |

PAYMENT:  60 DAYS ID
PAYMENT DATE

| TAX | BASE AMOUNT | TAX AMOUNT | TAX | BASE AMOUNT | TAX AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| O1 | 9,423.12 | 0.00 | | | | |
| O3 | 2,289.90 | 0.00 | | | | 11,713.02 |

| OWNERSHIP RESERVE CLAUSE | TOT.BASE AMOUNT | TOT.TAX AMOUNT | TOT.INVOICE |
|---|---|---|---|
| | 11,713.02 | | 11,713.02 |

ORIGINAL

| 05/13/2022 | | BILL OF LANDING | | 1 of 2 |
|---|---|---|---|---|

**Ship from**

Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601

FOB: X

**Bill of Lading #1130004289**

**Ship to**

Name: BB&B 653 0653
Adrdress: 1001 W MIDDLESEX AVE
City/State/Zip: PORT READING, NJ, 07064-1518
CID # (MVDP) MVDP6986103    FOB:

Carrier Name: TOTAL QUALITY LOGISTICS LLC
Trailer Number: 1922
Seal Number: 6035047

SCAC: TQYL
Pro Number:

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 11804

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____    Collect: __X__    3rd Party: _____

_____ Master Bill of Lading: with attached Underlying Bills of Lading

**SPECIAL INSTRUCTIONS**

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | #PKGS | WEIGHT | PALLET | SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| JL7D8JY | 444 | 4,228.646 | | Y | - |
| JL8W2SP | 1 | 1.623 | | Y | |
| JL8L3VT | 268 | 3,539.359 | | Y | |
| JL8L3AQ | 41 | 1,673.134 | | Y | |
| JL8W3BA | 94 | 1,631.700 | | Y | |
| **GRAND TOTAL** | 848 | 11,074.462 | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 0.00 | | 761.00 | CTN | 9,645.146 | | CAR SEATS, CUPS, PACIFIERS | 156600 | 175 |
| 0.00 | | 15.00 | CTN | 232.147 | | CARRIER BABY | 187645 | 175 |
| 0.00 | | 11.00 | CTN | 241.296 | | STROLLERS | 188690 | 125 |
| 0.00 | | 1.00 | CTN | 5.291 | | SHEETS | 49390 | 85 |
| 0.00 | | 2.00 | CTN | 5.397 | | BOTTLE WARMER | 61559 | 92.5 |
| 0.00 | | 21.00 | CTN | 263.166 | | FEEDING SEATS | 79620 | 85 |
| 0.00 | | 3.00 | CTN | 36.376 | | WALKERS INFANT | 79640 | 150 |
| 0.00 | | 22.00 | CTN | 336.201 | | HIGHCHAIRS | 80635 | 125 |
| 0.00 | | 12.00 | CTN | 309.441 | | INFANT SLEEPING | 81394 | 100 |
| 0.00 | | 848.00 | CTN | 11,074.461 | | **GRAND TOTAL** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: 'The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____

**CONSIGNEE RESPONSIBLE FOR ALL ACCESSORIAL CHARGES**

NOTE: Liability limitation for loss or demage in this shipment may be applicable. See 49. U.S.C 14706(1)(A) and (B).

Chicco USA / Copy
Chicco USA / Copy
Chicco USA / Copy

| 05/13/2022 | BILL OF LANDING | 2 of 2 |
|---|---|---|

### Ship from

Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601

FOB: X

### Bill of Lading #1130004289

Carrier Name: TOTAL QUALITY LOGISTICS LLC
Trailer Number:
Seal Number:

SCAC: TQYL
Pro Number:

### Ship to

Name: BB&B 653 0653
Adrdress: 1001 W MIDDLESEX AVE
City/State/Zip: PORT READING, NJ, 07064-1518
CID # (MVDP) MVDP6986103        FOB:

### THIRD PARTY FREIGHT CHARGES BILL TO:

Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
            P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 11804

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____    Collect: __X__    3rd Party: _____

_____ Master Bill of Lading: with attached
Underlying Bills of Lading

### SPECIAL INSTRUCTIONS

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

RECEIVED, subject to Individualy determined tates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

Subject to section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the Consignee without recourse to the Consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payments of freight and all other lawful charges.
Shipper Signature

### SHIPPER SIGNATURE/DATE

This is to certify that the above named materials are properly classified, packeged, marked and labeled, and are in proper condition. Transportation according to the applicable regulations of the DOT.

| Trailer Loaded: | Freight Counted: |
|---|---|
| _X_ By Shipper | _X_ By Shipper |
| ___ By Driver | ___ By Driver/pallets said to contain |
| | ___ By Driver/Pieces |

### CARRIER SIGNATURE/PICKUP DATE

Carrier acknowledges receipt of packages and required placecards. Carrier certifies emergency response information was made available and/or has the DOT emergency response guidebook or equivalent documentation in the vehicle.
*Property described above is received in good order except as noted.*

5-16-22

 **CHICCO**

ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

**PICKING LIST**



| NUMBER | DATE | | PAGE | DOCUMENT DESTINATION    214878 |
|---|---|---|---|---|
| 3661254185 | 05/04/2022 | | 1 / 1 | Company<br>BUY BUY BABY INC<br>LIBERTY PROCUREMENT CO INC<br>650 Liberty Ave |
| **SHIPPING POINT** USOA | | | | |
| **INCOTERMS** FH | | | | Union NJ 07083-8107 US |
| **DELIVERY AREA** P08 COLLECT | | | | |

| SOLD-TO-PARTY    214878 | SHIP-TO-PARTY    265313 |
|---|---|
| Company<br>BUY BUY BABY INC<br>LIBERTY PROCUREMENT CO INC<br>650 Liberty Ave | BB&B 653<br>E COMMERCE FULLFILLMENT CENTER<br>1001 W MIDDLESEX AVE |
| Union NJ 07083-8107 US | PORT READING NJ 07064-1518 US |

**ORDER REF.** 1661186854        **YOUR REF.** JL8L3AQ **DEL** 05/02/2022                    **DATE** 05/05/2022

warehouse: 731-364-3070

Customer Service: 1-800-323-4903

| Q.TY | UM | MAT.CODE | COL | SIZE | SEASON | PRODUCT DESCRIPTION | | | |
|---|---|---|---|---|---|---|---|---|---|
| 9 | CN | 05079625240070 | | | | KEYFIT 35 BABY CAR SEAT ONYX USA | | | |
| | | | | | | Bin: B-11 | 1 | 9.00 | 216.274 |
| 4 | CN | 06079852950070 | | | | NEXTFIT ZIP BABY CAR SEAT CARBON USA | | | |
| | | | | | | ' ' | 1 | 4.00 | 122.004 |
| 28 | CN | 08079610160070 | | | | CORSO TRAVEL SYSTEM SILVERSPRING USA | | | |
| | | | | | | ' ' | 1 | 28.00 | 1,275.331 |

TOTAL QUANTITY(pieces):        41.000

TOTAL OF CARTONS: 41.000    TOTAL WEIGHT: 1,613.609    TOTALE VOLUME: 297.496 TOTAL OF PALLETS:        3.733

Retailers only : For compliance certificates please contact your sales representative

USER :  ELORAH

Page:   1
APR3003A

BEYOND
Chargeback Details Report

6/22/22
14:05:09
BC89501

Vendor Number:  18595  ARTSANA USA INC/JUVENILE
Check Number:  810596    Check Date: 06/14/2022

| Inv Number | Inv Date | Store | PO Number | UPC | Type | Charge Qty | Unit Cost | Extended Cost |
|---|---|---|---|---|---|---|---|---|
| 5213124605 | 04/11/2022 | 655 | JK9J3AX00 | 49796610062 | PP | 1 | 126.990 | 126.99 |
| 5213124605 | 04/11/2022 | 655 | JK9J3AX00 | 49796610215 | PP | 2 | 233.160 | 466.32 |
| 5213124605 | 04/11/2022 | 655 | JK9J3AX00 | 49796611748 | PP | 1 | 74.510 | 74.51 |
| 5213124605 | 04/11/2022 | 655 | JK9J3AX00 | 49796611984 | PP | 2 | 103.570 | 207.14 |
| 5213124605 | 04/11/2022 | 655 | JK9J3AX00 | 49796611991 | PP | 1 | 80.720 | 80.72 |
| Total PRE-PAID OR STC SHORT TO PRO | | | | | | | | 955.68 |

Total of Above Charges                 955.68

***End of Report***



ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

| DOCUMENT | | NUMBER | DATE |
|---|---|---|---|
| **Invoice** | | 5213124605 | 04/08/2022 |
| DIVISION | CUSTOMER TAX NUMBER | | PAGE |
| P3 | | | 1/2 |
| SALES PERSON | 800002798 | | CURRENCY |
| HOUSE | | | USD |
| PAYMENT TERMS | | | CUSTOMER |
| 60 DAYS ID | | | 214878 |

**BILL TO PARTY**

BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave
Union, NJ 07083-8107 US

**CUSTOMER ADDRESS**

BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave
Union, NJ 07083-8107 US

| ITEM CODE | DESCRIPTION | U.M. | QTY | GROSS PRICE | DISCOUNT | NET PRICE | AMOUNT | GT |
|---|---|---|---|---|---|---|---|---|
| Number of Adheren | 018595 | | | | | | | |
| | | | | | | | | |
| Delivery Address: 310212, BB&B 0655 NORTH LAS VEGAS - 0655 - 5835 E ANN RD 89115-1805 LAS VEGAS NV US | | | | | | | | |
| | Sales Order N. 1661181810 Customer PO JK9J3AX Customer PO JK9J3AX of 04/04/2022 | | | | | | | |
| | Delivery n. 3661248179 of the 04/06/2022- Shipper COLLECT | | | | | | | |
| 00001808000070 | PHYSIOFORMA SILICONE PACIFIER CLEAR | CN | 6 | | | 3.05 | 18.30 | |
| 00002711200070 | PHYSIOFORMA SILICONE PACIFIER TEAL | CN | 6 | | | 3.05 | 18.30 | |
| 00002712200070 | PHYSIOFORMA SILICONE PACIFIER TEAL | CN | 6 | | | 3.05 | 18.30 | |
| 00007062100070 | RIM SPOUT TRAINER CUP GIRL 9M + US | CN | 3 | | | 4.40 | 13.20 | |
| 00007092200070 | INSULATED STRAW CUP BOY 12M + 2PCS | CN | 3 | | | 4.95 | 14.85 | |
| 00021611300070 | DUO 5OZ FEEDING BOTTLE 1PC GREY US | CN | 4 | | | 6.25 | 25.00 | |
| 00079061860070 | TRAVEL LULLAGO ANYWHERE SANDSTONE U | CN | 9 | | | 64.99 | 584.91 | |
| 00079607840070 | SNACK BOOSTER SEAT GREY STAR USA | CN | 1 | | | 44.09 | 44.09 | |
| 00079641940070 | CLOSE TO YOU SE BEDSIDE CHARCOAL US | CN | 4 | | | 147.19 | 588.76 | |
| 00079656460070 | ALFALITE PLAYARD MIDNIGHT USA | CN | 4 | | | 103.57 | 414.28 | |
| 00079660040070 | MINI BRAVO PLUS TRAVEL SYSTEM SLATE | CN | 1 | | | 222.24 | 222.24 | |
| 00079660460070 | MINI BRAVO PLUS TRAVEL SYSTEM MIDNI | CN | 1 | | | 222.24 | 222.24 | |
| 00079727840070 | BOOSTER SEAT TAKE-A SEAT GREY STAR | CN | 10 | | | 31.49 | 314.90 | |
| 00079753920070 | LULLABY PLAYARD CAMDEN USA | CN | 4 | | | 129.47 | 517.88 | |
| 00079756100070 | POLLY HIGHCHAIR TAUPE USA | CN | 17 | | | 80.72 | 1,372.24 | |
| 04079136700070 | CADDY HOOK-ON CHAIR RED USA | CN | 4 | | | 29.99 | 119.96 | |
| 04079669100070 | POLLY2START HIGHCHAIR PEBBLE USA | CN | 6 | | | 74.51 | 447.06 | |
| 04079747680070 | VIARO TRAVEL SYSTEM TECHNA USA | CN | 2 | | | 233.16 | 466.32 | |
| 04079756300070 | POLLY HIGHCHAIR AVA USA | CN | 6 | | | 80.72 | 484.32 | |
| 06079632980070 | BRAVO TRIO TRAVEL SYSTEM CALLA USA | CN | 4 | | | 253.99 | 1,015.96 | |
| 06079639950070 | VIARO TRAVEL SYSTEM BLACK USA | CN | 3 | | | 233.16 | 699.48 | |
| 06079666690070 | QUICKSEAT HOOK ON CHAIR ISLE USA | CN | 8 | | | 41.59 | 332.72 | |
| 06079716620070 | KEYFIT35 ZIP CLEARTEX B.CAR SEAT RE | CN | 4 | | | 185.99 | 743.96 | |
| 06079726020070 | TOT QUAD BOX HONEY BEAR USA | CN | 3 | | | 64.49 | 193.47 | |
| 06079754330070 | LULLABY ZIP PLAYARD DRIFTWOOD USA | CN | 1 | | | 161.73 | 161.73 | |
| 06079756950070 | POLLY HIGHCHAIR BLACK USA | CN | 20 | | | 80.72 | 1,614.40 | |
| 07079363470070 | BOOSTER SEAT POCKET SNACK GREY USA | CN | 4 | | | 18.00 | 72.00 | |
| 08079408020070 | PROGRES5 HIGHCHAIR MINERALE USA | CN | 2 | | | 126.99 | 253.98 | |

PAYMENT: 60 DAYS ID
PAYMENT DATE

NEXT                                                                                    ORIGINAL

**chicco**

ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

| DOCUMENT | | NUMBER | DATE |
|---|---|---|---|
| **Invoice** | | 5213124605 | 04/08/2022 |
| DIVISION | CUSTOMER TAX NUMBER | | PAGE |
| P3 | | | 2/2 |
| SALES PERSON | 800002798 | | CURRENCY |
| HOUSE | | | USD |
| PAYMENT TERMS | | | CUSTOMER |
| 60 DAYS ID | | | 214878 |

**BILL TO PARTY**
BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave
Union, NJ 07083-8107 US

**CUSTOMER ADDRESS**
BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave
Union, NJ 07083-8107 US

| ITEM CODE | DESCRIPTION | U.M. | QTY | GROSS PRICE | DISCOUNT | NET PRICE | AMOUNT | CT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| TAX | BASE AMOUNT | TAX AMOUNT | TAX | BASE AMOUNT | TAX AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 01 | 10,250.89 | 0.00 | | | | |
| 03 | 743.96 | 0.00 | | | | 10,994.85 |

| OWNERSHIP RESERVE CLAUSE | TOT.BASE AMOUNT | TOT.TAX AMOUNT | TOT.INVOICE |
|---|---|---|---|
| | 10,994.85 | | 10,994.85 |

ORIGINAL

| 04/08/2022 | BILL OF LANDING | 1 of 2 |
|---|---|---|

### Ship from
Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601

Chicco USA / Copy   FOB: X

**Bill of Lading #1130004151**

### Ship to
Name: BB&B 0655 NORTH LAS VEGAS 0655
Adrdress: 5835 E ANN RD
City/State/Zip: LAS VEGAS, NV, 89115-1835
CID # (MVDP) MVDP6964876    FOB:

Carrier Name: SCHNEIDER-INTERMODAL
Trailer Number: 206439
Seal Number: 6061233

SCAC: SCDS
Pro Number:

### THIRD PARTY FREIGHT CHARGES BILL TO:
Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 11804

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____    Collect: _X_    3rd Party: _____

_____ Master Bill of Lading: with attached Underlying Bills of Lading

### SPECIAL INSTRUCTIONS

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | #PKGS | WEIGHT | PALLET | SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| JK8W3NS | 63 | 1,899.478 | | Y | |
| JK9M5KB | 130 | 3,275.459 | | Y | |
| JK9U5CP | 43 | 1,093.022 | | Y | |
| JK9J3AX | 110 | 2,964.744 | | Y | |
| JK8N2LQ | 2 | 3.157 | | Y | |
| JK8G7KC | 149 | 3,457.215 | | Y | |
| GRAND TOTAL | 497 | 12,693.075 | 24 | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 0.00 | | 109.00 | CTN | 3,188.321 | | CAR SEATS, CUPS, PACIFIERS | 156600 | 175 |
| 0.00 | | 35.00 | CTN | 267.200 | | CARRIER BABY | 187645 | 175 |
| 0.00 | | 1.00 | CTN | 5.291 | | SHEETS | 49390 | 85 |
| 0.00 | | 35.00 | CTN | 624.971 | | FEEDING SEATS | 79620 | 85 |
| 0.00 | | 17.00 | CTN | 206.132 | | WALKERS INFANT | 79640 | 150 |
| 0.00 | | 217.00 | CTN | 6,060.208 | | HIGHCHAIRS | 80635 | 125 |
| 0.00 | | 82.00 | CTN | 2,340.077 | | INFANT SLEEPING | 81394 | 100 |
| 0.00 | | 1.00 | CTN | 0.873 | | POCKET BUDDY PACIFIER HOLDER | 84260 | 175 |
| 0.00 | | 497.00 | CTN | 12,693.073 | | GRAND TOTAL | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: 'The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____

**CONSIGNEE RESPONSIBLE FOR ALL ACCESSORIAL CHARGES**

NOTE: Liability limitation for loss or demage in this shipment may be applicable. See 49. U.S.C 14706(1)(A) and (B).

| 04/08/2022 | BILL OF LANDING | 2 of 2 |
|---|---|---|

### Ship from

Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601

FOB: X

**Bill of Lading #1130004151**

### Ship to

Name: BB&B 0655 NORTH LAS VEGAS 0655
Adrdress: 5835 E ANN RD
City/State/Zip: LAS VEGAS, NV, 89115-1835
CID # (MVDP) MVDP6964876          FOB:

Carrier Name: SCHNEIDER-INTERMODAL
Trailer Number:
Seal Number:

SCAC: SCDS
Pro Number:

### THIRD PARTY FREIGHT CHARGES BILL TO:

Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
               P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 11804

**Freight Charge Terms:** (freight charges are collect Unless marked othewise)

Prepaid: _____     Collect: __X__     3rd Party: _____

Master Bill of Lading: with attached
_____ Underlying Bills of Lading

### SPECIAL INSTRUCTIONS

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

RECEIVED, subject to Individualy determined tates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

Subject to section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the Consignee without recourse to the Consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payments of freight and all other lawful charges.
                                        Shipper Signature

### SHIPPER SIGNATURE/DATE

This is to certify that the above named materials are properly classified, packeged, marked and labeled, and are in proper condition. Transportation according to the applicable regulations of the DOT.

Trailer Loaded:
_X_ By Shipper
___ By Driver

Freight Counted:
_X_ By Shipper
___ By Driver/pallets said to contain
___ By Driver/Pieces

### CARRIER SIGNATURE/PICKUP DATE

Carrier acknowledges receipt of packages and required placecards. Carrier certifies emergency response information was made available and/or has the DOT emergency response guidebook or equivalent documentation in the vehicle.
*Property described above is received in good order except as noted.*



ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

**PICKING LIST**



| NUMBER | DATE | | PAGE |
|---|---|---|---|
| 3661248179 | 04/06/2022 | | 1 / 2 |

**SHIPPING POINT** US0A
**INCOTERMS** FH
**DELIVERY AREA** P08 COLLECT

**DOCUMENT DESTINATION**    214878
Company
BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave

Union NJ 07083-8107 US

**SOLD-TO-PARTY**    214878
Company
BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave

Union NJ 07083-8107 US

**SHIP-TO-PARTY**    310212

BB&B 0655 NORTH LAS VEGAS

5835 E ANN RD

LAS VEGAS NV 89115-1835 US

**ORDER REF.** 1661181810    **YOUR REF.** JK9J3AX DEL 04/04/2022    **DATE** 04/07/2022
warehouse: 731-364-3070
Customer Service: 1-800-323-4903

| Q.TY | UM | MAT.CODE | COL | SIZE | SEASON | PRODUCT DESCRIPTION | | | |
|---|---|---|---|---|---|---|---|---|---|
| 6 | CN | 00001808000070 | | | | PHYSIOFORMA SILICONE PACIFIER CLEAR 0-6M | | | |
| | | | | | | Bin: K-01 | 6 | 1.00 | 0.897 |
| 6 | CN | 00002711200070 | | | | PHYSIOFORMA SILICONE PACIFIER TEAL 0-6M | | | |
| | | | | | | Bin: K-04 | 6 | 1.00 | 0.897 |
| 6 | CN | 00002712200070 | | | | PHYSIOFORMA SILICONE PACIFIER TEAL 6-16M | | | |
| | | | | | | Bin: K-05 | 6 | 1.00 | 0.897 |
| 3 | CN | 00007062100070 | | | | RIM SPOUT TRAINER CUP GIRL 9M+ US | | | |
| | | | | | | Bin: J-11 | 3 | 1.00 | 1.543 |
| 3 | CN | 00007092200070 | | | | INSULATED STRAW CUP BOY 12M+ 2PCS | | | |
| | | | | | | Bin: K-23 | 3 | 1.00 | 2.403 |
| 4 | CN | 00021611300070 | | | | DUO 5OZ FEEDING BOTTLE 1PC GREY US | | | |
| | | | | | | Bin: J-08 | 4 | 1.00 | 1.049 |
| 9 | CN | 00079061860070 | | | | TRAVEL LULLAGO ANYWHERE SANDSTONE USA | | | |
| | | | | | | Bin: B-29 | 1 | 9.00 | 162.701 |
| 1 | CN | 00079607840070 | | | | SNACK BOOSTER SEAT GREY STAR USA | | | |
| | | | | | | Bin: B-25 | 1 | 1.00 | 5.512 |
| 4 | CN | 00079641940070 | | | | CLOSE TO YOU SE BEDSIDE CHARCOAL USA | | | |
| | | | | | | Bin: C-14 | 1 | 4.00 | 167.551 |
| 4 | CN | 00079656460070 | | | | ALFALITE PLAYARD MIDNIGHT USA | | | |
| | | | | | | Bin: D-01 | 1 | 4.00 | 141.096 |
| 1 | CN | 00079660040070 | | | | MINI BRAVO PLUS TRAVEL SYSTEM SLATE USA | | | |
| | | | | | | ' ' | 1 | 1.00 | 45.195 |
| 1 | CN | 00079660460070 | | | | MINI BRAVO PLUS TRAVEL SYSTEM MIDNIGHT | | | |
| | | | | | | ' ' | 1 | 1.00 | 45.195 |
| 10 | CN | 00079727840070 | | | | BOOSTER SEAT TAKE-A SEAT GREY STAR USA | | | |
| | | | | | | Bin: B-16 | 2 | 5.00 | 58.423 |
| 4 | CN | 00079753920070 | | | | LULLABY PLAYARD CAMDEN USA | | | |
| | | | | | | Bin: B-14 | 1 | 4.00 | 149.914 |
| 17 | CN | 00079756100070 | | | | POLLY HIGHCHAIR TAUPE USA | | | |
| | | | | | | Bin: D-29 | 1 | 17.00 | 479.351 |
| 4 | CN | 04079136700070 | | | | CADDY HOOK-ON CHAIR RED USA | | | |

# chicco

ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

**PICKING LIST**



| NUMBER | DATE | | PAGE | DOCUMENT DESTINATION | 214878 |
|---|---|---|---|---|---|
| 3661248179 | 04/06/2022 | | 2 / 2 | Company | |
| **SHIPPING POINT** US0A | | | | BUY BUY BABY INC | |
| **INCOTERMS** FH | | | | LIBERTY PROCUREMENT CO INC | |
| **DELIVERY AREA** P08 COLLECT | | | | 650 Liberty Ave | |
| | | | | Union NJ 07083-8107 US | |

| SOLD-TO-PARTY | 214878 | SHIP-TO-PARTY | 310212 |
|---|---|---|---|
| Company | | Company | |
| BUY BUY BABY INC | | BB&B 0655 NORTH LAS VEGAS | |
| LIBERTY PROCUREMENT CO INC | | | |
| 650 Liberty Ave | | 5835 E ANN RD | |
| Union NJ 07083-8107 US | | LAS VEGAS NV 89115-1835 US | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Bin: B-03 | 2 | 2.00 | 33.069 |
| 6 | CN | 04079669100070 | POLLY2START HIGHCHAIR PEBBLE USA | | | |
| | | | Bin: C-34 | 1 | 6.00 | 161.775 |
| 2 | CN | 04079747680070 | VIARO TRAVEL SYSTEM TECHNA USA | | | |
| | | | ' ' | 1 | 2.00 | 91.095 |
| 6 | CN | 04079756300070 | POLLY HIGHCHAIR AVA USA | | | |
| | | | Bin: C-22 | 1 | 6.00 | 169.183 |
| 4 | CN | 06079632980070 | BRAVO TRIO TRAVEL SYSTEM CALLA USA | | | |
| | | | ' ' | 1 | 4.00 | 180.779 |
| 3 | CN | 06079639950070 | VIARO TRAVEL SYSTEM BLACK USA | | | |
| | | | ' ' | 1 | 3.00 | 136.643 |
| 8 | CN | 06079666690070 | QUICKSEAT HOOK ON CHAIR ISLE USA | | | |
| | | | Bin: D-2 | 2 | 4.00 | 69.490 |
| 4 | CN | 06079716620070 | KEYFIT35 ZIP CLEARTEX B.CAR SEAT REEF US | | | |
| | | | Bin: B-19 | 1 | 4.00 | 97.197 |
| 3 | CN | 06079726020070 | TOT QUAD BOX HONEY BEAR USA | | | |
| | | | Bin: C-12 | 1 | 3.00 | 84.922 |
| 1 | CN | 06079754330070 | LULLABY ZIP PLAYARD DRIFTWOOD USA | | | |
| | | | Bin: D-26 | 1 | 1.00 | 37.479 |
| 20 | CN | 06079756950070 | POLLY HIGHCHAIR BLACK USA | | | |
| | | | Bin: C-33 | 1 | 20.00 | 563.943 |
| 4 | CN | 07079363470070 | BOOSTER SEAT POCKET SNACK GREY USA | | | |
| | | | Bin: E-09 | 4 | 1.00 | 25.530 |
| 2 | CN | 08079408020070 | PROGRES5 HIGHCHAIR MINERALE USA | | | |
| | | | Bin: D-33 | 1 | 2.00 | 65.918 |

**TOTAL QUANTITY(pieces):**    146.000

**TOTAL OF CARTONS:** 110.000    **TOTAL WEIGHT:** 2,979.647    **TOTALE VOLUME:** 391.080 TOTAL OF PALLETS:    5.133

Retailers only : For compliance certificates please contact your sales representative

**USER :** ELORAH

## Beyond
### Chargeback Details Report

| Vendor Number 18595 ARTSANA USA INC/JUVENILE Check Number 814657 | | | | | Check Date 07/07/2022 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Inv Number | Inv Date | Store | PO Number | UPC | | Type | Charge Qty | Unit Cost | Extended Cost |
| 5213128232 | 04/28/2022 | 653 | JL5R9YH | 497966116B7 | | PP | 1 | $129.47 | $129.47 |
| Total PRE-PAID OR STC SHORT TO PRO | | | | | | | | | ($129.47) |

364485/351

TQYL

**chicco**

ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888

| DOCUMENT | | NUMBER | DATE |
|---|---|---|---|
| **Invoice** | | 5213128232 | 04/27/2022 |
| DIVISION | CUSTOMER TAX NUMBER | | PAGE |
| P2 | | | 1/1 |
| SALES PERSON   800002798 | | | CURRENCY |
| HOUSE | | | USD |
| PAYMENT TERMS | | | CUSTOMER |
| 60 DAYS ID | | | 214878 |

**BILL TO PARTY**
BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave
Union, NJ 07083-8107 US

**CUSTOMER ADDRESS**
BUY BUY BABY INC
LIBERTY PROCUREMENT CO INC
650 Liberty Ave
Union, NJ 07083-8107 US

| ITEM CODE | DESCRIPTION | U.M. | QTY | GROSS PRICE | DISCOUNT | NET PRICE | AMOUNT | CT |
|---|---|---|---|---|---|---|---|---|
| Number of Adheren 018595 | | | | | | | | |
| Delivery Address: 265313, BB&B 653 - 653 - 1001 W MIDDLESEX AVE 07064-1513 PORT READING NJ US | | | | | | | | |
| | Sales Order N. 1661184384 Customer PO JL5R9YH Customer PO JL5R9YH of 04/19/2022 | | | | | | | |
| | Delivery n. 3661251351 of the 04/20/2022- Shipper COLLECT | | | | | | | |
| 00007062200070 | RIM SPOUT TRAINER CUP BOY 9M+ US | CN | 3 | | | 4.40 | 13.20 | |
| 00010218200070 | SILICONE PLACE MAT TEAL 18M+ US | CN | 6 | | | 7.14 | 42.84 | |
| 00079660460070 | MINI BRAVO PLUS TRAVEL SYSTEM MIDNI | CN | 3 | | | 222.24 | 666.72 | |
| 00079753920070 | LULLABY PLAYARD CAMDEN USA | CN | 3 | | | 129.47 | 388.41 | |
| 04079136700070 | CADDY HOOK-ON CHAIR RED USA | CN | 2 | | | 29.99 | 59.98 | |
| 04079747680070 | VIARO TRAVEL SYSTEM TECHNA USA | CN | 2 | | | 233.16 | 466.32 | |
| 05079687730070 | LULLAGO ANYWHERE LE SERENE USA | CN | 2 | | | 84.49 | 168.98 | |
| 06079753980070 | LULLABY PLAYARD CALLA USA | CN | 3 | | | 129.47 | 388.41 | |
| 06079754330070 | LULLABY ZIP PLAYARD DRIFTWOOD USA | CN | 3 | | | 161.73 | 485.19 | |

PAYMENT:  60 DAYS ID
PAYMENT DATE

| TAX | BASE AMOUNT | TAX AMOUNT | TAX | BASE AMOUNT | TAX AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 01 | 2,680.05 | 0.00 | | | | 2,680.05 |

| OWNERSHIP RESERVE CLAUSE | TOT.BASE AMOUNT | TOT.TAX AMOUNT | TOT.INVOICE |
|---|---|---|---|
| | 2,680.05 | | 2,680.05 |

ORIGINAL

| 04/27/2022 | BILL OF LANDING | 1 of 2 |
|---|---|---|

### Ship from
Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601

### Ship to
Name: BB&B 653 0653
Address: 1001 W MIDDLESEX AVE
City/State/Zip: PORT READING, NJ, 07064-1518
CID # (MVDP) MVDP6977492    FOB:

### THIRD PARTY FREIGHT CHARGES BILL TO:
Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 11804

### SPECIAL INSTRUCTIONS

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

**Bill of Lading #1130004215**

Carrier Name: TOTAL QUALITY LOGISTICS LLC
Trailer Number:
Seal Number: 576030
6035055

SCAC: TQYL
Pro Number:

Freight Charge Terms: (freight charges are collect Unless marked othewise)

Prepaid: _____    Collect: __X__    3rd Party: _____

_____ Master Bill of Lading: with attached Underlying Bills of Lading

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | #PKGS | WEIGHT | PALLET | SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| JJ4L5HN | 3 | 99.208 | | Y | |
| JJ4D5RX | 24 | 793.665 | | Y | |
| JJ8M6VD | 1 | 33.069 | | Y | |
| JK3P4QB | 3 | 55.755 | | Y | |
| JK5F3QJ | 24 | 793.665 | | Y | |
| JK6C8SU | 4 | 139.077 | | Y | |
| JK4Z2FS | 10 | 330.694 | | Y | |
| JK7T4YV | 2 | 30.953 | | Y | |
| JK9J3BG | 2 | 30.953 | | Y | |
| JL3A8DF | 2 | 30.953 | | Y | |
| JL5L2RJ | 551 | 8,613.710 | | Y | |
| JL5J5HM | 90 | 3,246.089 | | Y | |
| JL5R9YH | 19 | 622.474 | | Y | |
| **GRAND TOTAL** | **735** | **14,820.265** | **28** | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 0.00 | | 561.00 | CTN | 8,901.191 | | CAR SEATS, CUPS, PACIFIERS | 156600 | 125 |
| 0.00 | | 6.00 | CTN | 92.859 | | CARRIER BABY | 187645 | 175 |
| 0.00 | | 66.00 | CTN | 2,189.377 | | STROLLERS | 188690 | 125 |
| 0.00 | | 1.00 | CTN | 15.873 | | FEEDING SEATS | 79620 | 85 |
| 0.00 | | 101.00 | CTN | 3,620.963 | | INFANT SLEEPING | 81394 | 100 |
| 0.00 | | 735.00 | CTN | 14,820.263 | | **GRAND TOTAL** | | |

| 04/27/2022 | BILL OF LANDING | 2 of 2 |
|---|---|---|

### Ship from

Name: Chicco USA
Address: 1826 William Penn Way
City/State/Zip: Lancaster, PA 17601

FOB: X

### Bill of Lading #1130004215

Carrier Name: TOTAL QUALITY LOGISTICS LLC
Trailer Number:
Seal Number:

SCAC: TQYL
Pro Number:

### Ship to

Name: BB&B 653 0653
Adrdress: 1001 W MIDDLESEX AVE
City/State/Zip: PORT READING, NJ, 07064-1518
CID # (MVDP) MVDP6977492        FOB:

### THIRD PARTY FREIGHT CHARGES BILL TO:

Name: BB & B
Address: BERMAN, BLAKE ASSOCIATES
                   P.O. BOX 9202
City/State/Zip: OLD BETHPAGE, N.Y. 11804

Freight Charge Terms: (freight charges are collect Unless marked
othewise)

Prepaid: _____    Collect: __X__    3rd Party: _____

Master Bill of Lading: with attached
_____ Underlying Bills of Lading

### SPECIAL INSTRUCTIONS

BBB/VDP LOAD DO NOT BREAK/TOUCH UNTIL FINAL DEST

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: 'The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
                   per

### CONSIGNEE RESPONSIBLE FOR
### ALL ACCESSORIAL CHARGES

NOTE: Liability limitation for loss or demage in this shipment may be applicable. See 49. U.S.C 14706(1)(A) and (B).

RECEIVED, subject to Individualy determined tates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

Subject to section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the Consignee without recourse to the Consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payments of freight and all other lawful charges.
_____ Shipper Signature

### SHIPPER SIGNATURE/DATE
This is to certify that the above named materials are properly classified, packeged, marked and labeled, and are in proper condition. Transportation according to the applicable regulations of the DOT.

_Victo Rva_
4-28-22

Trailer Loaded:
_X_ By Shipper
___ By Driver

Freight Counted:
_X_ By Shipper
___ By Driver/pallets said to contain
___ by Driver/Pieces

### CARRIER SIGNATURE/PICKUP DATE
Carrier acknowledges receipt of packages and required placecards. Carrier certifies emergency response information was made available and/or has the DOT emergency response guidebook or equivalent documentation in the vehicle.
_Property described above is received in good order except as noted._

 **PICKING LIST**

ARTSANA USA, Inc.
1826 William Penn Way
Lancaster, PA 17601
tel:(717)735-6200
fax:(717)735-0888



| NUMBER | DATE | | PAGE | DOCUMENT DESTINATION   214878 |
|---|---|---|---|---|
| 3661251351 | 04/20/2022 | | 1 / 1 | Company |
| **SHIPPING POINT** USOA | | | | BUY BUY BABY INC |
| **INCOTERMS** FH | | | | LIBERTY PROCUREMENT CO INC |
| **DELIVERY AREA** P08 COLLECT | | | | 650 Liberty Ave |
| | | | | Union NJ 07083-8107 US |

| SOLD-TO-PARTY   214878 | SHIP-TO-PARTY   265313 |
|---|---|
| Company | |
| BUY BUY BABY INC | BB&B 653 |
| LIBERTY PROCUREMENT CO INC | E COMMERCE FULLFILLMENT CENTER |
| 650 Liberty Ave | 1001 W MIDDLESEX AVE |
| Union NJ 07083-8107 US | PORT READING NJ 07064-1518 US |

**ORDER REF.** 1661184384    **YOUR REF.** JL5R9YH **DEL** 04/19/2022                **DATE** 04/21/2022

warehouse: 731-364-3070

Customer Service: 1-800-323-4903

| Q.TY | UM | MAT.CODE | COL | SIZE | SEASON | PRODUCT DESCRIPTION | | | |
|---|---|---|---|---|---|---|---|---|---|
| 3 | CN | 00007062200070 | | | | RIM SPOUT TRAINER CUP BOY 9M + US | | | |
| | | | | | | Bin: J-12 | 3 | 1.00 | 1.543 |
| 6 | CN | 00010218200070 | | | | SILICONE PLACE MAT TEAL 18M + US | | | |
| | | | | | | Bin: K-22 | 6 | 1.00 | 3.505 |
| 3 | CN | 00079660460070 | | | | MINI BRAVO PLUS TRAVEL SYSTEM MIDNIGHT | | | |
| | | | | | | ' ' | 1 | 3.00 | 135.584 |
| 3 | CN | 00079753920070 | | | | LULLABY PLAYARD CAMDEN USA | | | |
| | | | | | | Bin: B-14 | 1 | 3.00 | 112.436 |
| 2 | CN | 04079136700070 | | | | CADDY HOOK-ON CHAIR RED USA | | | |
| | | | | | | Bin: B-03 | 2 | 1.00 | 16.535 |
| 2 | CN | 04079747680070 | | | | VIARO TRAVEL SYSTEM TECHNA USA | | | |
| | | | | | | ' ' | 1 | 2.00 | 91.095 |
| 2 | CN | 05079687730070 | | | | LULLAGO ANYWHERE LE SERENE USA | | | |
| | | | | | | Bin: E-25 | 1 | 2.00 | 37.567 |
| 3 | CN | 06079753980070 | | | | LULLABY PLAYARD CALLA USA | | | |
| | | | | | | Bin: C-27 | 1 | 3.00 | 112.436 |
| 3 | CN | 06079754330070 | | | | LULLABY ZIP PLAYARD DRIFTWOOD USA | | | |
| | | | | | | Bin: D-26 | 1 | 3.00 | 112.436 |

TOTAL QUANTITY(pieces):      27.000

TOTAL OF CARTONS: 19.000    TOTAL WEIGHT: 623.137    TOTALE VOLUME: 71.007 TOTAL OF PALLETS:      1.146

Retailers only : For compliance certificates please contact your sales representative

USER :  ELORAH

Exhibit F-1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CHAPTER 11
CASE NO. 23-13359 (VFP)
(JOINTLY ADMINISTERED)
        -   -   -   -
IN RE: BED BATH & BEYOND, INC.,
et al.,

            Debtors,

- - - - - - - - - - - - - - - - - -

ADV. NO. 24-01336 (VFP)

MICHAEL GOLDBERG, AS PLAN ADMINISTRATOR
FOR 20230930-DK-BUTTERFLY-1, INC.
(f/k/a BED BATH & BEYOND, INC.),

            Plaintiff,

V.

ARTSANA USA, INC.,

            Defendant.
- - - - - - - - - - - - - - - - - - - -

            Oral sworn Remote Video Conference

deposition of LAURA CROSSEN, taken pursuant to

Notice, commencing at 9:34 a.m., on Monday,

September 8, 2025 before Judith A. Maruca, a

New Jersey Certified Court Reporter and Notary

Public within and for the State of New Jersey.



                -   -   -   -


                U.S. LEGAL SUPPORT
                1818 MARKET STREET
                 SUITE 1400
            PHILADELPHIA, PENNSYLVANIA 19103
                 (877) 479-2484

Laura Crossen
September 08, 2025

R E M O T E   A P P E A R A N C E S:


ASK LLP
BY:  NICHOLAS C. BROWN, ESQUIRE
     2600 Eagan Woods Drive, Suite 400
     St. Paul, MN 55121
     nbrown@askllp.com
Attorneys for the Plaintiff


SAUL EWING LLP
BY:  TURNER N. FALK, ESQUIRE
     1500 Market Street, 38th Floor
     Philadelphia, PA 19102
     215.972.7777
     turner.falk@saul.com
Attorneys for the Defendant,
Artsana USA, Inc.

Laura Crossen
September 08, 2025

                              -   -   -

                          I N D E X

                              -   -   -

WITNESS

LAURA CROSSEN

(Witness remotely sworn.)


EXAMINATION                              PAGE

BY MR. FALK..............         6

BY MR. BROWN............         74

Laura Crossen
September 08, 2025

INDEX   TO   EXHIBITS

LAURA CROSSEN

IN RE: BED BATH & BEYOND, INC., ET AL.

MONDAY, SEPTEMBER 8, 2025

JUDITH A. MARUCA, CCR


| MARKED | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1 | E-mail chain | 47 |
| Exhibit 2 | E-mail chain | 50 |
| Exhibit 3 | E-mail chain | 65 |
| Exhibit 4 | E-mail chain | 29 |
| Exhibit 5 | E-mail chain | 38 |
| Exhibit 6 | E-mail chain | 46 |
| Exhibit 7 | E-mail chain | 63 |
| Exhibit 8 | E-mail chain | 65 |
| Exhibit 9 | E-mail chain | 54 |
| Exhibit 10 | E-mail chain | 59 |
| Exhibit 14 | E-mail chain | 70 |

(EXHIBITS ANNEXED HERETO)

Laura Crossen
September 08, 2025

- - -

DEPOSITION SUPPORT INDEX

- - -

Direction to Witness Not to Answer

Page Line          Page Line          Page Line

None


Request for Production of Documents

Page Line          Page Line          Page Line

None


Stipulations

Page Line          Page Line          Page Line

None


Question Marked

Page Line          Page Line          Page Line

None

Laura Crossen
September 08, 2025

- - -

THE COURT REPORTER:  The attorneys participating in this deposition acknowledge that I am not physically present in the deposition room and that I will be reporting this deposition remotely. They further acknowledge that, in lieu of an oath administered in person, the witness will verbally declare his/her testimony in this matter under penalty of perjury.  The parties and their counsel consent to this arrangement and waive any objections to this manner of reporting.

Please indicate your agreement by stating your name and your agreement on the record.

MR. FALK:  Turner Falk, counsel for the defendant, Artsana USA.  I'm in agreement.

MR. BROWN:  Nicholas Brown for the plaintiff.  We agree.

- - -

LAURA CROSSEN, after having been first duly sworn, was examined and testified as follows:

- - -

EXAMINATION

- - -

BY MR. FALK:

Q.    All right.  Good morning, Ms. Crossen.

Laura Crosser
September 08, 2025

A.      Good morning.

Q.      So my name is Turner Falk.  I'm counsel for Artsana USA, Incorporated, the defendant in a piece of litigation.  Before we begin, I just want to get some basic background first.

First, are you under the influence of any substances that would prevent you from giving full and accurate answers to my questions?

A.      No.

Q.      And you are here as a 30(b)(6) designee.  In your own words, what does that mean?

A.      I'm here to represent information that I have reviewed on behalf of this case.

Q.      And which entity are you the designee for?

A.      For the wind down debtor DK-Butterfly formerly Bed Bath & Beyond, Inc.

Q.      There may be times where I use the word you, and it may be unclear whether I mean you personally or you, the entity that you are the designee for.  If that is unclear, just ask me and I'll try to clear it up, and hopefully I won't get my wires crossed in the first place.

Tell me everything you did to get ready for this deposition.

Laura Crossen
September 08, 2025

A.      I reviewed information that was provided by both counsel to plaintiff and counsel to the defendant.  I reviewed prior information around history of activities with Artsana USA with respect to records that were retained post bankruptcy.

Q.      And Mr. Brown, your counsel, he provided me with a collection of documents that's about say 120 e-mails and 30 or so spreadsheets. And he represented to me that that was material that you reviewed say last week, at least some time in preparation for this deposition.  Does that seem roughly accurate?

A.      That's correct.

Q.      And in your own words, what is this litigation about?

A.      This is a preference claim with respect to payments made in the 90 days prior to the filing of bankruptcy.

Q.      And have you given testimony in a court of preference claims before?

A.      No.

Q.      Have you given deposition testimony as a designee of the Butterfly wind down entity before?

A.      No.

Q.      Have you ever given 30(b)(6) corporate

Laura Crossen
September 08, 2025

designee testimony in any matter before?

A.      No. For 30 (b)(6).

Q.      And to your knowledge, what is the current amount in dispute in this case?

A.      Approximately 530,000.

Q.      If I said it was $535,358.78 does that sound right?

A.      It does.

Q.      And in your own words, what exactly is a preference?

A.      It's a payment made in the 90 days before the filing of bankruptcy that is designated as having preference.

Q.      And personally, are you familiar with any of the defenses to preferences?

A.      I am.

Q.      Which defenses are you familiar with?

A.      Most relevant is the value.  That's one that I'm familiar with.

Q.      And are you also familiar with a defense called the ordinary course of business defense?

A.      I am.

Q.      I just want to make sure that I minimize my jargon to the right level.

Laura Crosser
September 08, 2025

So let's talk about background.  Were you formerly employed by the debtor, Bed Bath & Beyond family companies.

A.      Yes, I was.

Q.      And what role did you have with Bed Bath & Beyond when it filed bankruptcy?

A.      I was the chief accounting officer at the time it filed bankruptcy.

Q.      And how long had you held that position at the time it filed bankruptcy?

A.      Under one year.

Q.      But more than three months?

A.      Yes.

Q.      So you would have been the chief accounting officer for the entire preference period?

A.      Yes.

Q.      Do you know if you took on that role before or after say November 14th of 2022?

A.      Before.

Q.      And can you tell me what do you do? What did you do in that role?

A.      So for clarification, I was named chief accounting officer in June of 2022.  I assumed the role of interim chief financial officer in September of 2022, and basically wore both hats

Laura Crosser
September 08, 2025

until around the time of February 23, at which time a chief restructuring officer was appointed by the Board, and I continued in my chief accounting officer role.  So I oversaw the accounting and financial functions of the company.

Q.      And I guess as a chief officer, were you often digging into the nitty-gritty of ordering and billing?

A.      No.

Q.      And who then was handling that sort of on-the-ground-work?

A.      There were staff members in both the business financial groups for the concepts as well as a large accounts payable function.

Q.      Can you explain what you mean by the concepts?

A.      The brands, Bed Bath & Beyond, Buy Buy Baby, Harmon, et cetera.  They have finance representatives.

Q.      I see.  I'm interested in understanding how the different concepts work from like invoicing, ordering, accounting perspective.  Can you sort of tell me about the order flow and the payment flow between these different concepts?

A.      So they weren't necessarily between

Laura Crosser
September 08, 2025

them, but each concept would write its own hues

through a procurement company that operated to serve

most of the concepts that I referenced.  And that

procurement company would write the POs and the

payments would flow from the parent company.

Q.      The parent company.  What is the name

of the parent company?

A.      Bed Bath & Beyond, Inc.

Q.      And what was the name of that

procurement company that --

A.      Liberty Procurement Company.

Q.      Is that a subsidiary or affiliate in

the Buy Buy Baby group?

A.      It is a subsidiary of Bed Bath &

Beyond, Inc.

Q.      I see.  And I believe you said that

that procurement company would do purchase orders

for several different concepts.  Did those concepts

include the Buy Buy Baby concepts?

A.      Yes.

Q.      And let's see.  What is your role now

as we sit here today?

A.      I'm a consultant for the plan

administrator.

Q.      And how long have you held that role?

Laura Crosser
September 08, 2025

A.      Approximately two years.

Q.      And what are your job responsibilities in that role?

A.      I assist in asset recovery, tax compliance, claims, resolution, and support all of the plan administrators, operating requirements and assist with, you know, any information needs that arise during the course of winding down the debtor.

Q.      Are you familiar with the defendant in this litigation, Artsana USA?

A.      I'm familiar with it to the extent that I recognize the vendor name and have done review necessary for today's deposition.  And I'm familiar with the brands and products.

Q.      And what kind of goods did Artsana supply to the Bed Bath & Beyond family companies?

A.      So I think a primary brand, Chicco was the larger of the vendors.  And they provided baby products in various categories.

Q.      When you say that -- did I hear you right that Artsana was one of the larger vendors supplying?

A.      No. I was referencing the Chicco brand under Artsana as a large brand.

Q.      So you --

Laura Crossen
September 08, 2025

A.        -- within the Artsana family, right.

Q.        So when you say the Chicco brand is a large brand, do you mean that the Chicco brand was supplying a lot of inventory, or do you mean that it is a well-known brand, generally?

A.        So I believe that the Chicco brand was the one that sold the most branded product to Buy Buy Baby.  That was what I was referencing.

Q.        I see.  And to your knowledge, did Artsana sell only to the Buy Buy Baby concept or did it also sell to other concepts?

A.        To my knowledge, the Buy Buy Baby concept.

Q.        And it sounds like you are suggesting that there were various Chicco brands that were not necessarily Artsana USA; is that correct?

A.        No.

Q.        Are you aware of any Chicco affiliates that are not Artsana USA that sold goods to any of the Bed Bath family companies?

A.        No. No.

Q.        Can you describe the course of dealing between Artsana USA and the Bed Bath family of companies during the period -- I'll call it the healthy period -- up to say a year before the

bankruptcy filing?

A.      Yes.  So I think they would be a normal process of buyers and merchants corroborating with Artsana USA to determine purchase volumes, and purchase items, POs would be written.  They would be written under agreed upon terms that would have been 60-day payment terms in tact during that period.  And then Bed Bath & Beyond slash Liberty Procurement slash Buy Buy Baby, the whole entity would arrange for carrier pickup of goods.  Those goods would be picked up by carrier and shipped to the company.

Q.      I see.  And I'd like to dig in detail into each of those steps in the process.  Let's break down how actual ordering works.

Who -- when an order needs to be placed, who makes the initial outreach to start the process of placing that order?

A.      That is a merchant responsibility.

Q.      And who exactly would that be, which entity first?

A.      Buy Buy Baby merchants would be the ones reaching out.

Q.      And let's see, who -- I guess I will get to that later -- so this merchant would reach out to Artsana USA, correct?

Laura Crosser
September 08, 2025

A.      Correct.  The merchants were employees of Liberty Procurement Company, so that's who would reach out.

Q.      And what information did they give to Artsana USA to start the process of placing an order?

A.      Personally, I wouldn't know exactly what the dialogue or process is, but there was a, you know, and automated PO form, and I would assume it would involve a skew number, quantity cases, and distribution list of where to ship it to.

Q.      And talking about shipping, where did the goods provided by Artsana ship from?

A.      I don't know.

Q.      And where did the goods provided by Artsana ship to?

A.      It would have shipped to either warehouses or stores.

Q.      In --

A.      The company.

Q.      Would all of those have been within the United States or other countries as well?

A.      Within the United States.

Q.      And do you know if there were any third-party shipping companies involved in this

Laura Crossen
September 08, 2025

chain of distributing inventory?

A.      Can you clarify what you mean by a third-party shipping company in the context of the question?

Q.      So are you familiar with a company called Yusen?

A.      Yusen was an import provider.  Yusen was a logistics company that assisted with scheduling import containers.

Q.      And was Yusen involved in the shipping of orders from Artsana to the Bed Bath family companies?

A.      So they would not have been involved in domestic orders.  So I would -- they would have been involved if there were import containers that were shipping from Artsana to the Bed Bath family of companies.

Q.      And do you know if import containers were shipping to the Bed Bath family of companies?

A.      So I did see some reference and e-mails that were shared with me related to import containers, so I think the answer is yes.  But I do not have access to records around import containers.  Those were in a third-party system that we no longer have access to.

Laura Crosser
September 08, 2025

Q.       And when something is shipping -- let's do the import containers first.  When something is coming via an import container, what information can the Bed Bath family of companies see about that order before it's delivered?

MR. BROWN:  Objection to form.

BY MR. FALK:

Q.       What I mean is, can the Bed Bath family of companies see that it's left the port, track it in the ocean, see that it's been dropped off at a destination in the U.S., things like that?

A.       That's a question I did not prepare for.  I do not have the details of the system or records from it available to answer exactly what was visible to people.  I don't have that information.

Q.     I see.

A.       To answer specifically.

Q.       Then let's dig into specific of how delivery to the Bed Bath of families works.

Can you tell me when product gets dropped off somewhere and is made available to Bed Bath, how does that work?

A.       So once a PO is agreed upon, a ship date would be established.  In almost all cases, the Bed Bath & Beyond family of companies would use a

Laura Crossen
September 08, 2025

designated carrier of its choice that it had

contracts with to go and schedule an appointment to

go pick up the goods and to bring them to a

warehouse or a store of the company.

Q.      And to your knowledge and

understanding, did Bed Bath -- at what point in this

process did Bed Bath come to own the goods?

A.      At the point it picked them up.  At

the point the carrier picked them up.

Q.      And which party is paying for the

carrier at that pickup time that you are discussing?

A.      As I said, in most cases, I don't have

the specifics here, but in most cases, Bed Bath and

Beyond of families paid the carrier, the purchaser.

Q.      Under what circumstances would some

other party have paid the carrier?

A.      There could have been a vendor

arrangement where it was flex rate, and that meant

that the vendor paid the freight and charged the

company for the freight.

Q.      And in that sort of hypothetical the

vendor would have been Artsana USA, correct?

A.      Correct.  If in fact that was the way

it was done.

Q.      That's I'm just about to get at.  Are

Laura Crosser
September 08, 2025

you aware of any times where Artsana shipped and

paid for those fees itself?

A.     I'm not.  I am not aware.  But I did

not have any information to review the answer to

that question, so I do not know the answer to that

question.

Q.     And just to be clear, is the reason

you did not have that information has been -- become

inaccessible?

A.     So information regarding the freight

component of each shipment, to my knowledge was not

retained.

Q.     I see.  Would it be fair to say that

Artsana shipped millions of dollars of inventory

each year to the Bed Bath family?

A.     Yes.

Q.     And how many other vendors shipped

million of dollars worth of inventory a year to the

Bed Bath family?  Let's -- for time period, I mean

say like a year before the bankruptcy filing?

MR. BROWN:  Objection to form.  Could

you clarify when you say millions of dollars, do you

mean anything over a million?

MR. FALK:  I will get more specific on

that in a moment, I guess.

Laura Crosser
September 08, 2025

BY MR. FALK:

Q.       But yeah, a year before the bankruptcy filing, how many vendors shipped one million dollars or more worth of goods to the Bed Bath family?

A.       I don't know the answer to that question.

Q.       Would it be fair to say that Artsana shipped tens of million, 10 million or more dollars worth of goods per year?

A.       Yes.

Q.       And do you know how many vendors shipped tens of millions of dollars per year to the Bed Bath family again at that one year prior to the bankruptcy date?

A.       No, not off the top of my head, no.

Q.       I see.  To your knowledge, are there any major differences between the ordering and shipping processes that Artsana and the Bed Bath family used, and the ordering and shipping processes that other large vendors -- other million dollar plus vendors used?

A.       Can you clarify within that question. That's such a broad process.

Q.       I'll break it down.  When I say large vendors, at least for this part of the deposition, I

Laura Crossen
September 08, 2025

mean those million dollar a year plus vendors.

You described a process for placing purchase orders that would work with Artsana.  Was that -- would that be the same process that was used for other large vendors?

A.      I would generally say yes, but there were different types of arrangements depending on the vendor and whether they shipped to warehouses or stores, whether they were drop shipped or vendor direct to consumer.  So there were a number of purchasing processes, but would Artsana's process fit into a structure like other vendors to the extent it was the same process for purchases?  Yes.

Q.      I see.  And I believe you mentioned that Artsana was supplying inventory on 60-day terms, is that right?

A.      Correct.

Q.      So the Bed Bath family was effectively buying inventory on credit, correct?

A.      Correct.

Q.      And were -- one year prior to the bankruptcy, were these other large vendors also providing inventory to the Bed Bath family on credit?

A.      Yes.

Laura Crosser
September 08, 2025

MR. BROWN:  Objection to form.

BY MR. FALK:

Q.      And one year prior to the bankruptcy, were any of the large vendors providing inventory on a pre-payment basis?

MR. BROWN:  Objection to form.  I think it is a little bit unclear what you are referring to when you say other large vendors.

MR. FALK:  Again, I'm using the concept of other large vendors to mean vendors that are not Artsana that supply a million plus dollars worth of goods per year.

THE WITNESS:  I don't know of the specifics of all vendor orders one year prior to the bankruptcy, but generally, the company purchased on terms.

BY MR. FALK:

Q.      And are you aware of any of the large vendors providing goods in that one year -- at that one year benchmark on a cash and delivery basis?

A.      I believe there were some.

Q.      So --

A.      Limited.  Very limited.  It was not standard.

Q.      I see.  Let's dig into billing,

invoice and payments.

Can you describe at a high level, how billing, invoicing and payment works.

A.      So billing and invoicing I would call those synonymous.  The purchase order is placed. Once the goods are, you know, shipped by the vendor, they would EDI an invoice to the company's systems. And the company would schedule that pickup of the goods.  Once goods were received, the company systems would attempt a three-way match between the PO, the invoice, and the receiver.  And once that process was complete and all differences, discrepancies were resolved, that three-way matched set of documents, electronic documents would be available to pay.

Q.      And let's see, would it be fair to say that at some point leading up to the bankruptcy, Bed Bath & Beyond began to fall behind on payments to its inventory vendors?

A.      There were definitely some payments that fell behind.

Q.      And when did the Bed Bath family of companies start to fall beyond on payments to large vendors in general?

A.      I can't answer specifically as a group

Laura Crossen
September 08, 2025

like that.  I don't have that level of information for each one to answer the question broadly like that.  It would have varied.

Q.      And to your knowledge, when did the Bed Bath family start to fall behind on bills to Artsana?

A.      Based on the information I reviewed, it appeared to be at the end of 2022.

Q.      And can you describe for me what kind of discussions were happening inside the Bed Bath family about dealing with arrearages to inventory vendors?

A.      I mean there was, you know, process of discussing where payments were at with certain vendors and, you know, what was due in each upcoming period, and how to prioritize payments.

Q.      And how did the Bed Bath family of companies decide which payments to prioritize?

A.      It would be based on the extent of the past due balance and days past due, as well as in collaboration with the merchant groups.

Q.      And did the criteria that you just described are purely mathematical, days past due, arrearage balance.  Are those the only factors that were evaluated when deciding how to prioritize

Laura Grossen
September 08, 2025

payments towards arrearages?

A.      I can't answer if those were the only factors, because the merchants would offer, you know, their input on, you know, which vendors they needed to, you know, improve or buy additional inventory from so they would, you know, provide information to us around which vendors to pay, you know, from a priority prospective.  So it wasn't one dimensional. There were multiple factors in when to pay and how to prioritize those payments.

Q.      And so the identity of the vendor mattered in deciding whether to do, what I'll call catch-up payments?

A.      Yeah.  I can't say that the identity mattered.  I can say there was a process of evaluating you know open payments that were past due and prioritizing them or determining how to allocate funds to them.

Q.      Let me ask a more specific question. Did the specific goods that a particular vendor provided factor into the discussions about how to prioritize payments of vendor arrearages?

A.      I can't say for sure.  But that factored in. I can tell you that the merchants were a part of the process.

Laura Crossen
September 08, 2025

Q.      And were you personally as an individual part of these discussions on prioritizing payments towards arrearages?

MR. BROWN:  Objection to form.  Can you help clarify what timeframe you are referring to?  Is it generally, or is there a specific timeframe?

MR. FALK:  I believe Ms. Crossen indicated that we are talking about say the second half of 2022 maybe the fourth quarter of 2022.

BY MR. FALK:

Q.      So Ms. Crossen, in that timeframe, were you personally part of discussions regarding payment toward arrearages to vendors?

A.      I was.  Yes.

Q.      And so you were on phone calls or e-mail chains with the merchants in these discussions?

A.      In a limited number of individual discussions.  On a more broad basis I would monitor the overall payables, the overall aging of payables and ensure that we were managing, you know, the process.  It wasn't -- I was not involved in every detailed discussion.  I did get involved in a handful.

Laura Crosser
September 08, 2025

Q.    I just want to be clear on this.  You were personally involved in some of these discussions about paying towards vendors with arrearages, correct?

A.    I was.  Yes.

Q.    But you were not able to tell me what criteria the merchants used in deciding which payments to prioritize?

A.    I assume the merchants were reviewing their business, the needs of inventory for their business, and the status of the past due with their vendors and indicating priorities based on those criteria.

Q.    And you said you assume this to be true.  What information --

A.    I want to be clear.  I was involved in the allocation of funds and so the broad management of accounts payable and payments.  I wasn't involved in the details of you know vendor ordering and vendor purchasing status and prioritization.  That was a merchant and business president responsibility.

Q.    We have been talking generally about this billing payment and arrearage process.  I would like to dig in on Artsana specifically.

Laura Crossen
September 08, 2025

A.      Okay.

Q.      Can you tell me when did the Bed Bath family of companies start -- when did they learn that there was an arrearage with Artsana USA?

A.      So the company had system reporting and data that would continuously age its accounts payable.  So that would have been something that would have appeared in a report, you know, with thousands of other vendors.  So I would see that report in aging bucket form, not -- I would not necessarily look at every detail.

Q.      I see.  Can you take a look at the exhibit marked exhibit number four.

A.      Yes.  Give me a moment to pull it up.

(Whereupon, Exhibit No. Exhibit-4 was marked for identification.)

BY MR. FALK:

Q.      Ms. Crossen, do you have the document in front of you?

A.      Yes, I do.  I'm just reviewing it to make sure I know the details for you.

Q.      Thank you.

A.      Yes.  I'm rereading it.  Just give me one moment.  Okay I re-read it.

Q.      Would it be accurate to say this is an

Laura Croasen
September 08, 2025

e-mail chain where the last e-mail, the one that appears at the top of the documents, November 14th, 2022?

A.      Correct.

Q.      And can you describe at a high level what this e-mail reflects?

A.      This is an e-mail just going back and forth on outstanding balances and asking questions about when payments will be forwarded and answering questions about when payments were made.

Q.      And you see the oldest e-mail in this chain indicates about $670,000 due to Artsana from Bed Bath & Beyond as of the date it was sent October 28, 2022?

A.      I do.

Q.      And do you have any reason to believe that that number is materially inaccurate?

A.      I don't have an open payable balance history.  That was frozen at that time to answer that question.  I see that it came from Artsana.  I you know I don't have access to information to verify it though at that point in time.

Q.      And do you see on the bottom of the first page, top of the second page of the document, do you see the October 31st, e-mail from Brian

Laura Crossen
September 08, 2025

Cashman?

A.    I do.

Q.    And what does that e-mail indicate -- per that e-mail, what has recently occurred?

A.    He is indicating a payment was issued that morning.

Q.    And what company is Brian Cashman with at this point?

A.    He is with a company BRG, Berkeley Research Group.  They are consultants that were supporting the company through the back half of '22, and to help support a number of areas including assisting with payment flow.

Q.    Do you see any Bed Bath employees anywhere on this e-mail chain?

A.    No, I don't.  Not on this one.  I see Brian as the representative.

Q.    Is that unusual at this point in the year with BRG on board, would that be unusual to be no Bed Bath employees on a discussion about payments?

A.    So I can't answer that question.  I, you know, I don't have every access to every e-mail communication that may have occurred at that timeframe to answer that question.  What I can see

Laura Crosser
September 08, 2025

is that Artsana initiated this e-mail string and included only Brian Cashman.

Q.      How did this payment flow information?

A.      Ask that again please?

Q.      I'm sorry.  I'm trying to form a precise question for you.  When a BRG employee would receive information like this, how does that information make it to the Bed Bath family of companies?

A.      Well, this e-mail by example, if Brian Cashman was receiving this e-mail is that your question?

Q.      Right.  What I mean is a vendor says, I'm owed "X" dollars.  They tell BRG.  How does the information get from BRG to somebody at Bed Bath?

A.      Bed Bath would know the vendor outstanding payables at least per its records which may differ from the vendors, credits and other things are being processed, but there would be communication between the BRG employee and Bed Bath employees daily.

Q.      Can you elaborate or the nature of that communication between the BRG and the Bed Bath employees?

A.      It could be e-mails.  It could be

Laura Croasser
September 08, 2025

discussions.  It could be meetings.  It could have been any one of a number of things.

Q.      Did BRG of input on the prioritization of payments towards arrearages?

A.      Did they have authority?  What is your question around input.  Give me a little bit more context, please.

Q.      Earlier we discussed criteria that might have been used to decide the prioritization towards arrearages.  Did BRG also weigh in on prioritization?

A.      I don't believe so.

Q.      And when you say --

A.      I believe they supported processes and helped manage the, you know, the broader communications, but I don't believe they gave input on the prioritization.

Q.      And you earlier testified that BRG had authority to do something, correct?

A.      I didn't say -- I asked you what were you asking.  Was that authority when you asked if BRG gave input on payments.  I was trying to understand -- define the word input.

Q.      I see.

A.      I didn't rendered authority to BRG.

Laura Crossen
September 08, 2025

Q.        I'm about to ask you that about authority.  What I mean by authority is, the ability to legally bind the Bed Bath family of companies to a particular course of action.

          Did BRG have authority to place orders with vendors?

A.        No.

Q.        Did it have authority to place orders with Artsana specifically?

A.        Not that I'm aware of, no.

Q.        Did have it --

A.        That is a merchant responsibility.

Q.        Did it have authority to decide which payments for outstanding inventory would be made?

A.        No. It may have assisted with communications with vendors and process management, but no, not unilateral authority to decide the prioritization.

Q.        Once a decision to pay was made, did BRG have authority to accomplish that payment?

A.        BRG didn't work in the accounts payable group to accomplish payments.  They were financial consultants for the company.

Q.        I see.

A.        They didn't work in the accounts

Laura Crosser
September 08, 2025

payable function to execute a payment.

Q.      Going back to Exhibit Number 4.  If you look at the oldest e-mail in the chain.  The one from Amanda Plasterer.  There is a mention of something called Caben there, C-A-B-E-N. What is Caben?

A.      I do not know.

Q.      Why is an Artsana employee discussing arrearages with Caben?  I should say why are Artsana employees discussing arrearages that are allegedly due to Caben?

A.      I don't know the answer to that.

Q.      Would it be fair to say that this Exhibit-4 e-mail chain represents a request from Artsana to catch up on arrearages?

A.      So the first of these e-mails appears to be within the Artsana team.  So I don't know if that initially was informational within the Artsana team.  The next e-mail dated, you know, the same day appears to be a communication to a Brian Cashman referencing those aging payables.  So there is a communication regarding past due payables in this e-mail.

Q.      I see.  And is -- in this e-mail, is Artsana threatening to take any action if these

Laura Crossen
September 08, 2025

amounts are not paid?

A.      I do not see that, no.

MR. BROWN:  Could you repeat the question?

MR. FALK:  I said in these e-mails is Artsana threatening to take any action if these amounts aren't paid?

THE WITNESS:  I don't see action.  But I do see the words that say we will be evaluating shipments this week.

BY MR. FALK:

Q.      And during the timeframe of this e-mail chain from October 28th to November 14th, are you aware of any oral communications from Artsana threatening to take any action if this amount is not paid?

A.      I'm not.

Q.      And would you say that this communication in Exhibit-4 put pressure on the Bed Bath family of companies to pay?

MR. BROWN:  Objection to form.  You can answer.

THE WITNESS:  I'm reading the e-mails as they were written.  And certainly where -- there are references to evaluating shipments, or delaying

Laura Crossen
September 08, 2025

shipping.  That could, you know, put pressure.

Q.     And where in this e-mail chain do you see a mention of delaying shipping?

A.     From Steve McLaughlin where he says they will be evaluating for releasing shipments this week.

Q.     And in response -- the arrearage amounts discussed here, do you know if that was eventually paid?

A.     I know the payment of 761,000 is referenced in the e-mail was paid.

Q.     And --

A.     I don't have the specific invoices so I can't answer the question relative to these amounts being quoted back in October.  But it does appear a large payment was released from the e-mail.

Q.     And at this time, the time frame of this e-mail chain, did Artsana take any collections effort that gave it advantage over other vendors who were in arrears?

MR. BROWN:  Objection to form.

THE WITNESS:  I can't -- I can't make that comparison at that time.  I don't have enough information to make that comparison at that time.

BY MR. FALK:

Laura Crosser
September 08, 2025

Q.      And to be clear, at this time period, let's say November 1st, 2022, was the Bed Bath & Beyond company of families in arrears with other large million dollar a year plus vendors?

A.      I did not review the status of payable balances back at this specific timeframe.  So I can't answer it specifically as to those vendor -- large vendors you're referencing.  I would have to review the data.

Q.      I see.  Would you please take a look at Exhibit Number 5.  And let me know when you have taken a look at the document.

(Whereupon, Exhibit No. Exhibit-5 was marked for identification.)

THE WITNESS:  I looked at it.

BY MR. FALK:

Q.      All right.  And at a high level, what does this e-mail chain represent?

A.      This is an e-mail chain done in late December inquiring about past due balances in both Artsana USA, and now I'm seeing capital Caben which was a name for Artsana -- it looks like Asian Pacific.

Q.      And when you say that you are now coming to understand that Caben was a sister company

Laura Crossen
September 08, 2025

of Artsana, are you saying that based -- just on having read it in this document?

A.      This is the only mention that I have around Caben being a sister company of Artsana USA, yes.

Q.      I see.  And would it be accurate to say that over the course of this e-mail chain the BRG team redirects payment requests to John Dery at Bed Bath?

A.      Yes.

Q.      Do you know why that was done?  Why did BRG pass this off?

A.      BRG ended their engagement around the end of December and a different firm joined in the supporting the company in late December, January of 2023.

Q.      What was the replacement company?

A.      Alix Partners.

Q.      And do you know why that switch from BRG to Alix was made?

A.      That was made at a sort of an executive board level, that decision.

Q.      Does that mean that you do not know?

A.      I do not know the specifics of why it was made.

Laura Crosser
September 08, 2025

Q.      What do you know about the reasons for the decision to switch?

A.      I believe that the company was increasing the resources necessary to continue to support the phase that it was in.

Q.      What phase was it in at the time the switch was made?

A.      Increasing, you know, business pressure and, you know, commercial performance improvements were needed.

Q.      Would it be fair to say that at this time Bed Bath's financial situation became worse than it had been a year prior?

A.      Yes.

Q.      And I guess at an informal level, would it be fair to say at this point, the company is seriously considering bankruptcy?

A.      Yes.

Q.      So in the January 4th e-mail in this chain, the first one or the one at the top of the documents I mean --

A.      Uh-hum.

Q.      Do you see a reference to Artsana's HQ pressuring to stop shipments?

A.      I do.

Laura Grossen
September 08, 2025

Q.      And can you tell me how did the Bed Bath company react to this indication that shipments might be stopped?

A.      What do you mean by the Bed Bath's company reacting?  Could you please ask the question more specifically?

Q.      Okay.  I will break it down into pieces.  After Artsana mentioned that it might need to stop shipments, were there any discussion of that fact among the Bed Bath -- I'm going to calling it payment team -- by which I mean the merchants and accounts receivable folks that we were discussing earlier about prioritization?

A.      So, I don't have knowledge of oral discussions that would have taken place.  I have reviewed the e-mails that you provided indicating that you know there was some communication back and forth with the merchant team around the fact that you know, payment needed to be received otherwise shipment may -- shipments may be delayed or cease.

Q.      And do you know of any e-mail or other written correspondence internal to Bed Bath about Artsana's suggestion that they may stop shipments?

A.      The ones I reviewed that are provided, yes.

Laura Crossen
September 08, 2025

Q.      And to your knowledge, those communications that you reviewed are the whole universe of written communications about that issue?

A.      I don't have the whole universe to positively confirm that for you.  But I have what's been provided by house counsel and you.

Q.      And how -- at this point, January 4th, 2023, how did the Bed Bath companies respond to this suggestion that shipments may be stopped?

A.      Again, can you clarify what you mean by respond?  Do you mean verbal conversations that may have been taking place about that or what is your specific question?

Q.      Did the Bed Bath family of companies make a payment in response to this January 4th suggestion?

A.      I do not believe they did.

Q.      Did the Bed Bath family of companies change the manner in which they ordered inventory from Artsana?

A.      I can't answer that question.

Q.      Why?

A.      I don't --

Q.      Why can't you answer it?

A.      Because that would have been a

Laura Crosser
September 08, 2025

merchant activity that I don't have an imprint or a

record of -- whether or not --

Q.      I just want to be clear that the

reason you can't answer that question is because you

don't know?

A.      I don't have the records to answer

that question right now.  I don't have the

merchant's side of the communications that may have

taken place internally, right.

Q.      And did the Bed Bath companies feel

pressured by Artsana's suggestion that it would need

to stop shipping?

MR. BROWN:  Objection to form.  You

can answer it.

THE WITNESS:  I would say generally

that the act of not shipping creates pressure.  The

act of indicating that shipments will be delayed or

cease would create pressure.

BY MR. FALK:

Q.      Who from the Bed Bath family of

companies is on this e-mail chain?

A.      Are you still referring to Exhibit-4?

Q.      Exhibit-5 I mean.

A.      Five.  Okay.  Bear with me.  I want to

reopen it and make sure I have only Exhibit-5 open.

I see John Dery from the Bed Bath family of companies.

Q.      Anyone else?

A.      I only see John Dery after Brian Cashman.

Q.      At this point, when this e-mail chain is going on, what is John Dery's job title?

A.      He was director of accounts payable. Senior director of accounts payable.

Q.      And what were his job responsibilities?

A.      He oversaw the accounts payable function, processing, reconciliation, payment making.

Q.      Is it fair to say that Artsana communicated to John Dery a suggestion that they may have to stop shipping if their arrearage was not handled?

A.      So -- so in looking at this particular e-mail, I do not see them communicating that to John Dery.  I do see in the very final top e-mail that that was communicated to Chad Taylor who was the merchant or one of the merchants involved in the account.

Q.      So he would be another person employed

Laura Crosser
September 08, 2025

in the Bed Bath family of companies?

A.        I see that at the top, yes.  Yep.  It doesn't have his suffix, but it is him.

Q.        You said Chad Taylor worked with the merchants?

A.        He was in the merchant group, yes. That's where it says HQ is pressuring stop ship.

Q.        Do I have it right that the merchant group was mainly involved in the order placement side and not the accounts payable side?

A.        Correct.  Correct.

Q.        Would it have been unusual then for the merchant to be involved in an e-mail chain about arrearages like this?

A.        No. No. That is not unusual.  Vendor teams often communicate with merchant teams about their accounts, both purchases and the status of their accounts.

Q.        And this suggestion that shipments may need to be stopped, do you have any knowledge of whether it was communicated to anyone at Bed Bath Beyond John Dery and Bed Bath?

A.        Personally, no.

Q.        And in your role as the designee, the 30(b)(6) witness, do you have any knowledge either?

Laura Crosser
September 08, 2025

A.      I do not, no. I do not see the e-mail being forwarded.  I don't -- I don't have physical confirmation of it being shared with anyone else.

Q.      And do you have any knowledge of this suggestion being communicated orally to anyone else in the Bed Bath family of companies?

A.      I do not.

Q.      Would you take a look at Exhibit-6 and let me know when you have given that a quick look over?

(Whereupon, Exhibit No. Exhibit-6 was marked for identification.)

THE WITNESS: (The witness complies.) I looked at it.

BY MR. FALK:

Q.      Will you take a look at the second page, at the January 7th, 2023 e-mail from Steve Rubin.

A.      Uh-hum.

Q.      What is Steve Rubin asking be done in this e-mail?

A.      He is asking that shipments are halted or stopped.

Q.      Do you see that it refers to Caben team as well?

Laura Crosser
September 08, 2025

A.        I do.  Uh-hum.

Q.        Do you know whether shipments were actually stopped in response to this request?

MR. BROWN:  Objection to form.

Is there a Bed Bath representative on this e-mail or is this an internal Artsana e-mail?

MR. FALK:  I believe it's internal.

THE WITNESS:  I don't see one.

BY MR. FALK:

Q.        What I really want to get at with this exhibit then, I'll just ask it.

Would it be fair to say that this e-mail appears to show that Artsana made a request to freeze orders on January 7th?

A.        They made a request to freeze certain orders on January 7th, yes.

Q.        Do you have any reason to believe that that that request to freeze these particular orders was made on a different date than January 7th?

A.        This is Artsana's internal e-mail exchange, so I can only observe it.

Q.        I see.  Would you take a look at Exhibit Number 1.

(Whereupon, Exhibit No. Exhibit-1 was marked for identification.)

Laura Crossen
September 08, 2025

A.        (The witness complies.)  Yes.  I reviewed it.

Q.        And at a high level, what does this e-mail chain reflect?

A.        This reflects carrier Schneider trying to schedule a pickup.  And there's information being exchanged about pushing the pickup back.  And then there is information exchanged around cancelling the pickup.

Q.        And so the orders being discussed for pickup in this e-mail chain, were they picked up at the times agreed in this e-mail chain?

A.        Not per the information in the e-mail chain.  They were not.  They were cancelled.

Q.        And according to this e-mail why were they cancelled?

A.        I don't -- this e-mail is being exchanged between the carrier and the logistics.

Q.        Let me ask you more specifically here.

A.        I don't see a reference to exactly why in this e-mail.

Q.        In the Monday, January 9, 2023 e-mail sent at 2:52 p.m. it's the first one in the document.

A.        Yes.

Laura Grosser
September 08, 2025

Q.      Is there someone from Artsana on that e-mail?  Is Steve Rubin from Artsana --

A.      Steve Rubin is Artsana, yes.  Amy Cruz is Artsana, and I think the other one is sort of -- you see that letters, it's a Bed Bath e-mail box related to shipping, yes.

Q.      That's -- that e-mail that's abbreviating to TM SNE.  That is a Bed Bath e-mail address?

A.      Yes.

Q.      I see.  And so, this first -- this most recent e-mail in the chain it reflects a communication between Artsana and someone at Bed Bath, correct?

A.      It does, although that reads like a more of sort of generic logistics handling e-mail box not a merchant or a name of a person.  Just the scheduling of pickups and carrier management wasn't a merchant responsibility, so it looks like that was going into an e-mail box that handled those matters.

Q.      Would you say that that's the right e-mail box for this kind of communication to go to?

A.      Relative to the shipment itself and de-scheduling it, I assume so, based on the fact that the communications were going back and forth to

Laura Crosser
September 08, 2025

that e-mail.

Q.      The Bed Bath team that was responsible for scheduling shipments, what kind of communication would they have with the Bed Bath team dealing with accounts payable?

A.      Not much.  Not to my knowledge.

Q.      So is it possible that this e-mail never reached the Bed Bath accounts payable team?

A.      This is about holding shipments.  And that accounts payable is after something was shipped and been billed.  So I'm making the assumption that this e-mail would not normally go to the accounts payable team.

Q.      I see.  Could you please take a look at Exhibit Number 2 and let me know when you have given it a look over.

(Whereupon, Exhibit No. Exhibit-2 was marked for identification.)

A.      (The witness complies.)  I've looked at it.

Q.      And at a high level, what does this e-mail chain reflect?

A.      This e-mail is referring to -- looks like shipments that were being scheduled through use and logistics import POs to Caben as you referred

Laura Crosser
September 08, 2025

to, and that these were being held.

Q.      And to your knowledge, were the orders shipping through Yusen, the same orders that were shipping through Schneider, the entity in the prior exhibit?

A.      No.

Q.      It is different sets of orders?

A.      These are import orders through the Caben Asia Specific company.  And Schneider Logistics would have been a domestic carrier picking up domestic orders.

Q.      And according to Artsana, in this e-mail chain, how much -- how much does Bed Bath family of companies owe to Artsana on this date of January 9th?

A.      There is a reference to 5.2 million for direct import in this e-mail.

Q.      And how much of that is past due?

A.      Two million is the amount that is quoted here.

Q.      And does Bed Bath promise to do anything on this e-mail chain?

A.      They -- the communicator, Christina DiBella, indicates that she's heard about a payment that could go out early in the week.  This -- a

Laura Crossen
September 08, 2025

reference to payments that were received already

that week, and then some attempt to clarify that.

Q.        Would you say that Artsana pointing

out the two million that is allegedly past due, puts

pressure on the Bed Bath companies?

A.        I mean to me, it's a statement of past

due amounts.  The shipments are being held as a

result of that amount.  So you know, that again,

whenever shipments are held, it puts pressure on

reviewing the status of the payables.

Q.        Would it be fair to say that this

e-mail chain shows the Bed Bath employees finding

out about the shipping freeze for these orders on

January 9th?

A.        It appears to Jenn Turetsky at Bed

Bath received that information on January 9th.

Q.        Do you have any reason to believe that

Bed Bath employees got the information that there

would be a shipping freeze earlier than January 9th?

A.        I don't have that information.  I

wouldn't be able to answer that question.

Q.        Do you know whether the $1.2 million

payment from Bed Bath, referred in this e-mail

chain, do you know if that was requested before or

after Bed Bath learned of the shipping freeze?

Laura Crosser
September 08, 2025

A.      I do not know.

Q.      I know we have been going through the timeline detail.  I just want to back up for a moment.  So Artsana supplied goods mostly to the Buy Buy Baby concept, right?

A.      Uh-hum.

Q.      And --

A.      Correct.

Q.      You said it was shipping of large dollar value of orders at least in excess of a million dollars a year?

A.      Correct.

Q.      How important were Artsana's goods for the normal business operations of the Buy Buy Baby concept?

A.      I can't answer that question.  I wasn't a merchant responsible for Buy Buy Baby sales.

Q.      So you do not know whether the total cessation of orders from Artsana would have severely harmed the Buy Buy Baby concept?

A.      I think the cessation of orders from a large vendor would create harm to sales.  I don't have -- I personally didn't oversee the vendor and its relationship with the business, so I don't have

Laura Crosser
September 08, 2025

the sort of the nuance context in which you ask that

question.

Q.      I see.  Would you please take a look

at Exhibit Number 9.

(Whereupon, Exhibit No. Exhibit-9 was

marked for identification.)

THE WITNESS:  Yes, I will.  I'm

familiar with it, yes.

BY MR. FALK:

Q.      And at a high level, what does this

e-mail chain reflect?

A.      It is a formal notice that --

notifying the company of Artsana's version of a

current aging report, and that any future orders

would need to be done via pre payment.

Q.      And what discussions occurred inside

Bed Bath & Beyond as a result of Artsana's switching

to pre payment?

A.      I don't know.

Q.      Did any discussions occur internally

about this?

A.      About Artsana specifically?

Q.      Yes.

A.      I don't know.

Q.      Did any discussions occur internally

Laura Crossen
September 08, 2025

in Bed Bath & Beyond about any vendors switching to pre payments around this time?

A.        Specifically with respect to vendors switching to pre payment at this time, I can't answer the question on, you know, who had what discussions about what vendors, but I would assume if any other vendors were switching to pre payment or requesting pre payment, the discussions would have -- communications would have occurred.

Q.        That's an assumption that you do not have direct knowledge of, correct?

A.        I do not have direct knowledge at this point in time of who had which conversations about the status of shipping or pre payment requests from vendors.

Q.        And in the year leading up to the bankruptcy, how many large vendors, million dollar a year plus vendors, switched to pre payments?

A.        In the year leading up to bankruptcy, so the timeframe literally, the one year?  Is that the question?

Q.        I believe the bankruptcy was what, April 2023?

A.        April '23.

Q.        April '22 to April '23, how many

Laura Grossen
September 08, 2025

million dollar plus vendors switched to pre payment?

A.      I do not have a specific number.  In terms of assessing the exact count of vendors, but I can say that they were very limited pre payments in the year leading up.  There was only one timeframe when the company offered a pre payment process for new goods in December of '22, that stands as having you know a significant amount of pre payments, but that was not vendor-requested, it was company-offered in order to replenish stock after the holiday season.

Q.      And which vendor companies was this special pre payment process offered to?

A.      When you say which companies, do you mean which vendors?

Q.      Which vendors, yes.

A.      Yes.  There was a list of vendors. There were several.

Q.      Was Artsana one of those vendors?

A.      No.

Q.      Was Caben?

A.      I did not see Caben, no.  I did not see Caben.

Q.      Artsana switched to pre payment that's discussed in this Exhibit 9.

Laura Crossen
September 08, 2025

A.      Uh-hum.

Q.      Did the Bed Bath team negotiate that with Artsana before it was formally put in place?

A.      I do not know.  If it was negotiated, it would have been by the merchants, so I don't have any record of that.

Q.      And to be clear again, the merchants are employees of a Bed Bath & Beyond affiliated company, correct?

A.      Correct.

Q.      The entity the merchants work for, do you know if that was one of the debtors in this bankruptcy?

A.      Yes.

Q.      It was?

A.      Yes.

Q.      And after this switch to pre payment was communicated to the Bed Bath & Beyond team, how did Bed Bath react?

A.      I do not know.  I don't know how individuals -- when you say the entity reacted, I don't know.

Q.      Did the switch to pre payment put pressure on the company?

A.      The switch to pre payment obviously

Laura Crossen
September 08, 2025

not being able to access goods affects the company's

performance.

        Q.      Did the switch to pre payment put

pressure on the company to pay existing outstanding

invoices?

               MR. BROWN:  Sir, can you repeat that

question?

BY MR. FALK:

        Q.      Yes.  Did the switch to prepayment put

pressure on Bed Bath to pay existing outstanding

invoices?

        A.      I think that any pressure to not ship,

if it was in fact a requirement that outstanding

invoices be paid before any prepayment would be

allowed, if that was the structure, then that would

put pressure.

        Q.      Do you see that structure reflected in

this e-mail?

        A.      I see this e-mail indicating

prepayment will be effective as of 1/10/23, and the

expectation is payments that are open would be paid

in accordance with terms.

        Q.      And so that portion discussing payment

to the existing invoices, would it be fair to say

that Artsana is just asking those be paid normally?

Laura Crossen
September 08, 2025

A.       That's what it reads, yes.

Q.       Would you please take a look at Exhibit Number 10 and let me know when you have skimmed that.

(Whereupon, Exhibit No. Exhibit-10 was marked for identification.)

A.       I will.

Q.       Oh, before we leave Exhibit 9.  I just want to get us oriented on the timeline.  Exhibit 9 is the switch to prepayment.  That's being communicated to Bed Bath on January 10th, correct?

A.       Yes.  Correct.

Q.       Now we can go to Exhibit 10.

MR. BROWN:  Would you mind maybe after this next exhibit, if that would be a good time to take a break?

MR. FALK:  You know, it would actually be a good time to take a break right now.  Because the next few exhibits go together.

MR. BROWN:  Great.

MR. FALK:  What do you need, five minutes, 10 minutes?  What do you need?

MR. BROWN:  Maybe five or ten just to be safe.

THE WITNESS:  Ten would be good.

Laura Crossen
September 08, 2025

MR. FALK: All right. 11:05 I'll see you again.

THE WITNESS: Thank you.

MR. BROWN: Thank you.

(Recess taken 10:56.)

(Back on the record 11:07.)

BY MR. FALK:

Q. All right. Ms. Crossen, we are just coming back after a short break. You understand that you are still under oath and must give true and accurate answers to these questions. Correct?

A. I do.

Q. Wonderful.

To refresh us, is it right we were just looking at a January 10th, 2023, e-mail exchange where Artsana switched to going forward orders to prepayment?

A. Correct.

Q. All right. Let's take a look at Exhibit Number 10.

A. I have it open.

Q. And have you given that a look?

A. I have.

Q. At a high level, what does this e-mail exchange reflect?

Laura Crossen
September 08, 2025

A.      Artsana communicating to I believe three Bed Bath individuals, an aging report indicating there's three million in past due invoices and a response indicating that there will be prioritized weekly payments going forward.

Q.      Would it be fair to say that this indicates Bed Bath was going to be paying towards existing past due invoices?

A.      So this indicates from the merchant, Chad Taylor, that the merchant team, had given the greenlight and prioritized weekly payments for Artsana.  I don't believe that that necessarily can guarantee that those payments would occur.  But that the merchant team put that priority level in place.

Q.      Is there any indication in this e-mail of Artsana put any pressure on the company to pay?

A.      Well, at this point Artsana had already indicated in January 10th's e-mail that any future orders would be on a pre-paid basis.  This e-mail is more of an inquiry.

Q.      So you don't see this e-mail as putting pressure on the company?

A.      I think that this is a request for update and status on payment.

Q.      Okay.  And for the go-forward order by

Laura Crossen
September 08, 2025

which I mean orders placed after January 10th that would have been occurring under the prepayment structure, were orders placed by Bed Bath under that new structure?

A.      I believe yes.  Although there was a delay between the timing of that January 10th conversion to pre-pay, and an actual pre-pay going out, which was at the end of February.

Q.      And what was responsible for that delay?

A.      Cash flow availability.

Q.      By that do you mean Bed Bath & Beyond was -- did not have sufficient cash flow to make all the prepayments it wanted to?

A.      Yes.  They were lender waivers and other things going on in the timeframe of January and February and cash rasing activities.  So --

Q.      And those lender waivers -- actually, to your knowledge, what are the other things.  You mentioned lender waivers.  What are the other things that were necessary to address, before the prepayments could be made?

A.      Well, the accessibility to cash was what had to be addressed.

Q.      Can you elaborate on what exactly that

Laura Crossen
September 08, 2025

means?

A.      It means resolving any status issues with lenders that were required to continue to access the facility, as well as, you know, generating cash flow from the business in order to release payments.

Q.      And those issues, those were issues did not need to be addressed with Artsana, correct?

A.      They are not specific to Artsana, no.

Q.      And those particular issues did not involve negotiations with Artsana, did they?

A.      No.

Q.      Would you take a look at Exhibit Number 7?

(Whereupon, Exhibit No. Exhibit-7, was marked for identification.)

A.      The witness complies.  Yes, I'm familiar.

Q.      At a high level, what does this e-mail chain represent?

A.      This is a Bed Bath merchant, Buy Buy Baby, a merchant, communicating a new order and a paydown of payables in the form of a total payment in late February.

Q.      And what is the total amount of that

Laura Crossen
September 08, 2025

payment roughly?

A.        1.6 million, roughly.

Q.        And how is that divided up between new orders versus payment to existing invoices?

A.        A million 65 new orders.  532,000, paydown payment.

Q.        And that 532, that's for a paydown of existing invoices.  Do you know if that is the amount that is being challenged as a preference here in this case.  Or do you know if that is a portion of the amount that is being challenged as a preference in this case?

A.        Yes.

Q.        This is Bed Bath committing to pay the alleged preference?

A.        This is a communication about that payment, yes.

Q.        I see.  And this also includes a placement, a prepayment for new going-forward orders, correct?

A.        Correct.

Q.        And the orders pre-paid by payment discussed here, were they placed by Bed Bath & Beyond?

A.        Based on subsequent communications

Laura Crossen
September 08, 2025

about the related shipments, I would say yes.

Q.      And were the goods ordered by those orders delivered to Bed Bath?

A.      I don't have a direct answer to that question.  But I do see some information in e-mails that were shared indicating that some of the goods on those orders may have been held and potentially utilized by a carrier, but I would assume the vast majority of that was in fact resolved, but there seemed to be some back and forth on it in the e-mail communications.

Q.      I see.  Would you please take a look at Exhibit-3?

(Whereupon, Exhibit No. Exhibit-3 was marked for identification.)

THE WITNESS:  Exhibit-3?

BY MR. FALK:

Q.      Yes.

A.      Yes.  I looked at it.

Q.      And on the third page of the document, do you see an image that starts with the word Oracle and payments and a number?

A.      I do.

Q.      So that image albeit cut off, extends to the right side of the screen.  Would you take

Laura Crossen
September 08, 2025

look at also Exhibit 8.  We are going to look at these in conjunction.

(Whereupon, Exhibit No. Exhibit-8 was marked for identification.)

THE WITNESS:  I have that opened as well.

Q.    Does Exhibit-8 accurately reflect the entire contents of the picture that is cut off in Exhibit-3?

A.    It does.

Q.    I see.  So taken together, these exhibits, do they reflect a payment made to Artsana from the Bed Bath companies?

A.    They do.

Q.    And what is the amount of that payment?

A.    1,603,440.30.

Q.    When a payment is made from Bed Bath to Artsana, which company decides how that payment will be applied?

A.    So normally when a payment is made, Bed Bath systems will apply the payment to the oldest invoices.

Q.    That's the general rule.  Do you have any reason to believe that general rule was changed

Laura Crossen
September 08, 2025

for this payment?

A.        It's possible it was changed.  But not changed intentionally, but when a prepayment goes out, obviously there are no invoices yet.  So then a manual intervention has to occur to clear a payment against invoices.  But I would assume that the portion of this payment that was paying down invoices applied in the system as I described.

Q.        You headed off the question I was about to ask next.  Would it be fair to say that this e-mail chain in Exhibit-3 reflects the fact that orders were being placed before this payment was made?

A.        Well orders were being -- it looked to me like discussed and arranged and chosen and arrived at before the payment was made.

Q.        Did Bed Bath have any reason to believe that if it did not make the portion of this payment towards existing invoices, that Artsana wouldn't fill pre-paid future orders?

A.        I can't determine that from this e-mail exchange.

Q.        Do you have any other knowledge that indicates that those two concepts were linked?  The prepayment idea and the payment of the existing

invoices?

MR. BROWN:  Objection to form.  You can answer it, if you can.

THE WITNESS:  **I do believe that Artsana received an arrangement** where 50 cents of each dollar of prepayment was paid to Artsana on open payables.  That's how this amount was arrived at.

Q.      Have you seen written communications to that effect?

A.      I'm aware of it.  I'm aware of that arrangement.

Q.      Are you aware of it from oral discussions with other people or from written communications?

A.      I'm aware of it from being in the environment at the time.

Q.      I see.  And when you say you at this point, you mean yourself personally?

A.      Personally, correct.

Q.      Which person did you speak with that told you about this arrangement?

A.      I think that the chief restructuring officer mentioned this arrangement -- these arrangements, yes.

Laura Crossen
September 08, 2025

Q.      Who was that chief restructuring officer?

A.      She was from Alix Partners.  Her name is Holly Etlin.

Q.      And so this arrangement that we are talking about, that was kind of -- that was the deal, an amount pre-paid, half that amount towards old invoices, and that would allow pre-paid inventory to be shipped out?

A.      Yes.  That's how I understood it.

Q.      And Bed Bath -- on the Bed Bath side, did Bed Bath understand this arrangement to be a way to ensure continued fulfillment to orders?

A.      I can't answer that.  I don't know.  I don't know what it -- what this arrangement did for future orders.

Q.      If this arrangement was not in place, did Bed Bath believe that go-forward pre-paid orders would not be filed?

MR. BROWN:  Objection to form.

THE WITNESS:  I can't answer whether it believed.  I don't know outright whether the Bed Bath believed that in each vendor's case.  I think that it would be reasonable to assume that pre-paid orders, you know, may not occur with some vendors if

paid out of open payables, you know, didn't happen,

but I can't tell you for sure.

BY MR. FALK:

Q.      And you did not specifically know for

Artsana whether --

A.      I do not.

Q.      I see.  Would you take a look at

Exhibit Number 14.

(Whereupon, Exhibit No. Exhibit-14

was marked for identification.)

THE WITNESS:  (The witness complies.)

I looked at it.

BY MR. FALK:

Q.      And at a high level, what does this

e-mail chain reflect?

A.      It indicates that there is a problem

with one of the freight carriers who some of the

orders were released to.  And that freight carrier

is threatening to salvage goods to pay past bills.

Q.      And so this -- would it be accurate to

say this is about the freight carrier not having

been paid?

A.      That's what it indicates, yeah.

Q.      And would Bed Bath or Artsana have

been responsible for paying that freight carrier?

Laura Crossen
September 08, 2025

A.      I would assume Bed Bath based on the arrangements I described to you.

Q.      And what is the earliest dated e-mail in this chain?

A.      March 9th.

Q.      March 9th, 2023?

A.      That's right.

Q.      So this entire exchange is happening after the $1.6 million payment that was made on February 27, 2023, correct?

A.      That's correct.

Q.      So is there any way that these March order issues could have put pressure on the company to have made that February payment?

A.      These freight carrier issues?

Q.      Yes.

A.      In March?  I don't -- I think that this would be unrelated.

Q.      So to sort of sum up this series of exhibits that we've looked at, can you tell me what kind of pressure Artsana put on Bed Bath to make payment of its past due invoices?

A.      So Artsana required prepayment following January 10th.  Artsana communicated regarding open payables, and with respect to certain

Laura Crossen
September 08, 2025

shipments, indicated that they would be held.

Q.     And those shipments that would be held, how important were they to Bed Bath's business?

A.     It's relative.  You know, it's hard for me to indicate exactly how important they were.  But I assume based on the volume I see with Artsana and Buy Buy Baby, that Artsana was an important vendor to the Buy Buy Baby business.  And that the shipments were prioritized and important to the buyers.

Q.     You said that was something you assume.  Is that assumption based on any specific knowledge?

A.     It's just based on the volume and the, you know, knowledge of the brand.

Q.     But it's not based on any specific communication you had or know about?

A.     No.

Q.     And I believe you said that the switch to prepayment put on pressure to pay prior invoices. How so?

A.     I think what I said was, that the holding or stopping shipments, leading up to the prepayment, is what would have put pressure on the

Laura Crossen
September 08, 2025

company to pay.

Q.      And let's see, to refresh both of us, I believe that the shipments were frozen between January 7th and 9th.  Does that sound about right?

A.      That does sound correct.  As well as some that were held or were I believe potentially being reviewed for being held earlier than that, yes.

Q.      And when was the alleged preference payment made.  What date?

A.      I believe it's February 27th.

Q.      So that's six or seven weeks from the order freeze, correct?

A.      That's correct.

Q.      Can you explain why there was such a long time lag between the order freeze and that payment being made?

A.      I will reiterate the explanation around availability of funds and other financial management that was taking place during that timeframe.

Q.      And if in early January Bed Bath had been in a financial position to make that 530-something thousand dollar payment, that it made in February, if it would have been able to do so in

Laura Crossen
September 08, 2025

early January, would it have made that payment at

that time?

        A.      It's a hypothetical question.  I would

assume if the company could have made that payment

at that time it would have.  But it's a hypothetical

question.

                MR. FALK:  All right.  I believe that

concludes my direct.

                MR. BROWN:  Just give me a minute.  I

would like to review my notes.  I have cross.

EXAMINATION BY MR. BROWN:

        Q.      Ms. Crossen, I just have a couple of

questions.  Back towards the beginning of our

deposition today, Mr. Falk was asking you about

Chicco or Artsana and the size of its brand.

        A.      Uh-hum.

        Q.      I think there was a little bit of

confusion about whether were you referring to Chicco

in its large size as being large within the Artsana

family or large within all of the Buy Buy Baby

vendors.

                Can you elaborate to what extent that

you can, the size or what you meant when you were

referring to that.

        A.      So right, so I think in the context of

Laura Crossen
September 08, 2025

describing vendors with over a million or in this case, over 10 million a year in purchasing, I was referencing the fact that Chicco was the most, you know, well-known part of the purchase process for the Buy Buy Baby business.  So it's really just referencing the underlying brands under which goods are sold from Artsana.

Q.      And so Chicco is one of the most well-known brands that Buy Buy Baby is buying; is that correct?

A.      I would say that is one -- that is a well-known brand at Buy Buy Baby, yes.

Q.      Okay.  We saw some reference to Christina DiBella.

A.      Correct.

Q.      Do you know what her position with Bed Bath was?

A.      I believe Christina was a buyer, internal terminology.

Q.      Let's just take a couple minute break and come back.  And I will confirm whether or not I have any more questions.

MR. FALK:  You need ten minutes? Five?

MR. BROWN:  Five is fine, unless you'd

Laura Crossen
September 08, 2025

like more.

MR. FALK:  No.

MR. BROWN:  Great.

(Recess taken at 11:36.)

(Back on the record 11:40.)

MR. BROWN:  Thank you.  We are back on after a break.  I have no further questions for Ms. Crossen unless you have any re-direct questions.

MR. FALK:  Based on your cross, I do not.

Ms. Crossen, thank you for giving me your time today.  Mr. Brown, thank you for setting this up in the least painful way possible.

THE COURT REPORTER:  Mr. Brown, do you need a copy of the transcript?

MR. BROWN:  Yes.  Electronic.  Thank you.

(Off the record 11:41 a.m.)

(Whereupon, the Witness was excused.)

(Whereupon, the deposition concluded at approximately 11:41 a.m.)

Laura Crossen
September 08, 2025

C E R T I F I C A T E

I, JUDITH A. MARUCA, a Notary Public and Certified Court Reporter of the State of New Jersey, do hereby certify that prior to the commencement of the examination, LAURA CROSSEN was duly sworn by me to testify to the truth, the whole truth and nothing but the truth.

I DO FURTHER CERTIFY that the foregoing is a verbatim transcript of the testimony as taken stenographically by and before me at the time, place and on the date hereinbefore set forth, to the best of my ability.

I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in the action.

JUDITH A. MARUCA, CCR

CCR License Number:  30XI00187300

Dated:  September 17, 2025

Laura Crossen
September 08, 2025

LAWYER'S NOTES

PAGE   LINE

_____  _____   _____

_____  _____   _____

_____  _____   _____

_____  _____   _____

_____  _____   _____

_____  _____   _____

_____  _____   _____

_____  _____   _____

_____  _____   _____

_____  _____   _____

_____  _____   _____

_____  _____   _____

_____  _____   _____

_____  _____   _____

_____  _____   _____

_____  _____   _____

_____  _____   _____

_____  _____   _____

_____  _____   _____

_____  _____   _____

_____  _____   _____

_____  _____   _____

_____  _____   _____

Laura Crossen
September 08, 2025

---

**Exhibits**

---

**EX 0001 Laura Crossen 0908 25**
 4:8 47:23,24

**EX 0002 Laura Crossen 0908 25**
 4:9 50:15,17

**EX 0003 Laura Crossen 0908 25**
 4:10 65:13, 14,16 66:9 67:11

**EX 0004 Laura Crossen 0908 25**
 4:11 29:15 35:2,14 36:19 43:22

**EX 0005 Laura Crossen 0908 25**
 4:12 38:11, 13 43:23,25

**EX 0006 Laura Crossen 0908 25**
 4:13 46:8,11

**EX 0007 Laura Crossen 0908 25**
 4:14 63:13, 14,15

**EX 0008 Laura Crossen 0908 25**
 4:15 66:1,3, 7

**EX 0009 Laura Crossen 0908 25**
 4:16 54:4,5 56:25 59:8,9

**EX 0010 Laura Crossen 0908 25**
 4:17 59:3,5, 13 60:20

**EX 0014 Laura Crossen 0908 25**
 4:18 70:8,9

---

**$**

---

**$1.2**
 52:22
**$1.6**
 71:9
**$535,358.78**
 9:6
**$670,000**
 30:12

---

**(**

---

**(b)(6)**
 9:2

---

**1**

---

**1**
 47:23
**1,603,440.30**
 66:17
**1.6**
 64:2
**1/10/23**
 58:20
**10**
 21:8 59:3, 13,22 60:20 75:2
**10:56**
 60:5
**10th**
 59:11 60:15 62:1,6 71:24

**10th's**
 61:18
**11:05**
 60:1
**11:07**
 60:6
**11:36**
 76:4
**11:40**
 76:5
**11:41**
 76:18,21
**120**
 8:8
**14**
 70:8
**14th**
 10:18 30:2 36:13
**1st**
 38:2

---

**2**

---

**2**
 50:15
**2022**
 10:18,23,25 25:8 27:10 30:3,14 38:2
**2023**
 39:16 42:8 46:17 48:22 55:23 60:15 71:6,10
**22**
 31:11 55:25 56:7
**23**
 11:1 55:24, 25
**27**
 71:10
**27th**
 73:11
**28**
 30:14

**28th**
 36:13
**2:52**
 48:23

---

**3**

---

**30**
 8:8 9:2
**30(b)(6)**
 7:10 8:25 45:25
**31st**
 30:25

---

**4**

---

**4**
 35:2
**4th**
 40:19 42:7, 15

---

**5**

---

**5**
 38:11
**5.2**
 51:16
**50**
 68:5
**530,000**
 9:5
**530-something**
 73:24
**532**
 64:7
**532,000**
 64:5

---

**6**

---

**60-day**
 15:7 22:15
**65**
 64:5

---

Laura Crossen
September 08, 2025

**7**

**7**
  63:14
**761,000**
  37:10
**7th**
  46:17 47:14,
  16,19 73:4

**8**

**8**
  66:1

**9**

**9**
  48:22 54:4
  56:25 59:8,9
**90**
  8:17 9:11
**9th**
  51:15 52:14,
  16,19 71:5,6
  73:4

**A**

**a.m.**
  76:18,21
**abbreviating**
  49:8
**ability**
  34:2
**able**
  28:6 52:21
  58:1 73:25
**access**
  17:23,25
  30:21 31:23
  58:1 63:4
**accessibility**
  62:23

**accomplish**
  34:20,22
**accordance**
  58:22
**account**
  44:24
**accounting**
  10:7,15,23
  11:3,4,22
**accounts**
  11:14 28:18
  29:6 34:21,
  25 41:12
  44:8,9,12
  45:10,17,18
  50:5,8,10,12
**accurate**
  7:8 8:12
  29:25 39:6
  60:11 70:20
**accurately**
  66:7
**acknowledge**
  6:3,6
**act**
  43:16,17
**action**
  34:4 35:25
  36:6,8,15
**activities**
  8:4 62:17
**activity**
  43:1
**actual**
  15:14 62:7
**additional**
  26:5
**address**
  49:9 62:21
**addressed**
  62:24 63:8
**administered**
  6:7
**administrator**
  12:24

**administrators**
  13:6
**advantage**
  37:19
**affects**
  58:1
**affiliate**
  12:12
**affiliated**
  57:8
**affiliates**
  14:18
**age**
  29:6
**aging**
  27:21 29:10
  35:21 54:14
  61:2
**agree**
  6:17
**agreed**
  15:6 18:23
  48:12
**agreement**
  6:12,13,15
**albeit**
  65:24
**Alix**
  39:18,20
  69:3
**alleged**
  64:15 73:9
**allegedly**
  35:10 52:4
**allocate**
  26:17
**allocation**
  28:17
**allow**
  69:8
**allowed**
  58:15
**Amanda**
  35:4
**amount**
  9:4 36:15

  51:19 52:8
  56:8 63:25
  64:9,11
  66:15 68:7
  69:7
**amounts**
  36:1,7 37:8,
  15 52:7
**Amy**
  49:3
**answer**
  17:22 18:14,
  17 20:4,5
  21:5 24:25
  25:2 26:2
  30:19 31:22,
  25 35:12
  36:22 37:14
  38:7 42:21,
  24 43:4,6,14
  52:21 53:16
  55:5 65:4
  68:3 69:14,
  21
**answering**
  30:9
**answers**
  7:8 60:11
**anyone**
  44:3 45:21
  46:3,5
**appeared**
  25:8 29:8
**appears**
  30:2 35:16,
  20 47:13
  52:15
**applied**
  66:20 67:8
**apply**
  66:22
**appointed**
  11:2
**appointment**
  19:2
**approximately**
  9:5 13:1

Laura Crossen
September 08, 2025

76:21

**April**
55:23,24,25

**areas**
31:12

**arise**
13:8

**around**
8:3 11:1
17:23 26:7
33:6 39:4,13
41:18 48:8
55:2 73:19

**arrange**
15:9

**arranged**
67:15

**arrangement**
6:10 19:18
68:5,12,22,
24 69:5,12,
15,17

**arrangements**
22:7 68:25
71:2

**arrearage**
25:24 28:24
29:4 37:7
44:17

**arrearages**
25:11 26:1,
22 27:3,14
28:4 33:4,10
35:9,10,15
45:14

**arrears**
37:20 38:3

**arrived**
67:16 68:7

**Artsana**
6:15 7:3 8:4
13:10,15,21,
24 14:1,10,
16,19,23
15:4,25
16:5,13,16
17:11,16

19:22 20:1,
14 21:7,18
22:3,15
23:11 25:6
28:25 29:4
30:12,20
32:1 34:9
35:8,9,15,
17,18,25
36:6,14
37:18 38:21,
22 39:1,4
41:8 42:20
44:15 47:6,
13 49:1,2,3,
4,13 51:12,
14 52:3
53:4,20
54:22 56:19,
24 57:3
58:25 60:16
61:1,12,16,
17 63:8,9,11
66:12,19
67:19 68:5,6
70:5,24
71:21,23,24
72:7,8
74:15,19
75:7

**Artsana's**
22:11 40:23
41:23 43:11
47:20 53:13
54:13,17

**Asia**
51:9

**Asian**
38:22

**asked**
33:20,21

**asking**
30:8 33:21
46:20,22
58:25 74:14

**assessing**
56:3

**asset**
13:4

**assist**
13:4,7

**assisted**
17:8 34:15

**assisting**
31:13

**assume**
16:9 28:9,14
49:24 55:6
65:8 67:6
69:24 71:1
72:7,13 74:4

**assumed**
10:23

**assumption**
50:11 55:10
72:13

**attempt**
24:10 52:2

**attorneys**
6:2

**authority**
33:5,19,21,
25 34:2,5,8,
13,17,20

**automated**
16:9

**availability**
62:11 73:19

**available**
18:14,21
24:15

**aware**
14:18 20:1,3
23:18 34:10
36:14 68:11,
13,16

---

**B**

**baby**
11:18 12:13,
19 13:18
14:8,10,12
15:9,21

53:5,14,17,
21 63:22
72:8,9 74:20
75:5,9,12

**back**
30:7 31:11
35:2 37:15
38:6 41:17
48:7 49:25
53:3 60:6,9
65:10 74:13
75:21 76:5,6

**background**
7:5 10:1

**balance**
25:20,24
30:18

**balances**
30:8 38:6,20

**bankruptcy**
8:5,18 9:12
10:6,8,10
15:1 20:20
21:2,14
22:22 23:3,
15 24:17
40:17 55:17,
19,22 57:13

**based**
25:7,19
28:12 39:1
49:24 64:25
71:1 72:7,
13,15,17
76:9

**basic**
7:5

**basically**
10:25

**basis**
23:5,20
27:20 61:19

**Bath**
7:17 10:2,6
11:17 12:8,
14 13:16
14:20,23
15:8 17:11,

Laura Crossen
September 08, 2025

16,19 18:4,
8,19,22,25
19:6,7,13
20:15,19
21:4,13,18
22:18,23
24:18,22
25:5,10,17
29:2 30:13
31:14,20
32:8,15,16,
20,23 34:3
36:20 38:2
39:9 41:2,
10,22 42:8,
14,18 43:10,
20 44:1
45:1,21,22
46:6 47:5
49:5,8,14
50:2,4,8
51:13,21
52:5,12,16,
18,23,25
54:17 55:1
57:2,8,18,19
58:10 59:11
61:2,7 62:3,
12 63:21
64:14,23
65:3 66:13,
18,22 67:17
69:11,12,18,
23 70:24
71:1,21
73:22 75:17

**Bath's**
40:12 41:4
72:3

**Bear**
43:24

**Bed**
7:17 10:2,5
11:17 12:8,
14 13:16
14:20,23
15:8 17:11,
16,19 18:4,

8,19,21,25
19:6,7,13
20:15,19
21:4,13,18
22:18,23
24:17,22
25:5,10,17
29:2 30:13
31:14,20
32:8,15,16,
20,23 34:3
36:19 38:2
39:9 40:12
41:1,4,10,22
42:8,14,18
43:10,20
44:1 45:1,
21,22 46:6
47:5 49:5,8,
13 50:2,4,8
51:13,21
52:5,12,15,
18,23,25
54:17 55:1
57:2,8,18,19
58:10 59:11
61:2,7 62:3,
12 63:21
64:14,23
65:3 66:13,
18,22 67:17
69:11,12,18,
22 70:24
71:1,21 72:3
73:22 75:16

**began**
24:18

**begin**
7:4

**beginning**
74:13

**behalf**
7:13

**behind**
24:18,21
25:5

**believe**
12:16 14:6

22:14 23:21
27:8 30:16
33:12,14,16
40:3 42:17
47:7,17
52:17 55:22
61:1,12 62:5
66:25 67:18
68:4 69:18
72:20 73:3,
6,11 74:7
75:18

**believed**
69:22,23

**benchmark**
23:20

**Berkeley**
31:9

**billed**
50:11

**billing**
11:8 23:25
24:3,4 28:24

**bills**
25:5 70:19

**bind**
34:3

**bit**
23:7 33:6
74:17

**board**
11:3 31:19
39:22

**bottom**
30:23

**box**
49:5,17,20,
22

**brand**
13:17,23,24
14:2,3,5,6
72:16 74:15
75:12

**branded**
14:7

**brands**
11:17 13:14

14:15 75:6,9

**break**
15:14 21:24
41:7 59:16,
18 60:9
75:20 76:7

**BRG**
31:9,19
32:6,14,15,
20,23 33:3,
10,18,22,25
34:5,20,21
39:8,12,13,
20

**Brian**
30:25 31:7,
17 32:2,10
35:20 44:4

**bring**
19:3

**broad**
21:23 27:20
28:17

**broader**
33:15

**broadly**
25:2

**Brown**
6:16 8:6
18:6 20:21
23:1,6 27:4
36:3,21
37:21 43:13
47:4 58:6
59:14,20,23
60:4 68:2
69:20 74:9,
11 75:25
76:3,6,12,
14,16

**bucket**
29:10

**business**
9:21 11:13
28:10,11,21
40:8 53:14,
25 63:5
72:4,9 75:5

Laura Crossen
September 08, 2025

Butterfly
 8:23
buy
 11:17 12:13,
 19 14:7,8,
 10,12 15:9,
 21 26:5
 53:4,5,14,
 17,21 63:21
 72:8,9 74:20
 75:5,9,12
buyer
 75:18
buyers
 15:3 72:11
buying
 22:19 75:9

————————

C

C-A-B-E-N
 35:5
Caben
 35:5,6,9,11
 38:21,25
 39:4 46:24
 50:25 51:9
 56:21,22,23
call
 14:24 24:4
 26:12
called
 9:21 17:6
 35:5
calling
 41:10
calls
 27:16
cancelled
 48:14,16
cancelling
 48:8
capital
 38:21
carrier
 15:10,11
 19:1,9,11,

14,16 48:5,
18 49:18
51:10 65:8
70:18,21,25
71:15
carriers
 70:17
case
 7:13 9:4
 64:10,12
 69:23 75:2
cases
 16:10 18:24
 19:12,13
cash
 23:20 62:11,
 13,17,23
 63:5
Cashman
 31:1,7 32:2,
 11 35:20
 44:5
catch
 35:15
catch-up
 26:13
categories
 13:19
cease
 41:20 43:18
cents
 68:5
certain
 25:14 47:15
 71:25
certainly
 36:24
cessation
 53:20,22
cetera
 11:18
Chad
 44:22 45:4
 61:10
chain
 17:1 30:1,12
 31:15 35:3,

14 36:13
37:2,18
38:18,19
39:7 40:20
43:21 44:6
45:13 48:4,
11,12,14
49:12 50:22
51:13,22
52:12,24
54:11 63:20
67:11 70:15
71:4
chains
 27:17
challenged
 64:9,11
change
 42:19
changed
 66:25 67:2,3
charged
 19:19
Chicco
 13:17,23
 14:2,3,6,15,
 18 74:15,18
 75:3,8
chief
 10:7,14,23,
 24 11:2,3,6
 68:23 69:1
choice
 19:1
chosen
 67:15
Christina
 51:23 75:14,
 18
circumstances
 19:15
claim
 8:16
claims
 8:20 13:5
clarification
 10:22

clarify
 17:2 20:22
 21:22 27:5
 42:10 52:2
clear
 7:22 20:7
 28:1,16 38:1
 43:3 57:7
 67:5
collaboration
 25:21
collection
 8:7
collections
 37:18
come
 19:7 75:21
commercial
 40:9
committing
 64:14
communicate
 45:16
communicated
 44:16,22
 45:21 46:5
 57:18 59:11
 71:24
communicating
 44:20 61:1
 63:22
communication
 31:24 32:20,
 23 35:20,22
 36:19 41:17
 49:13,22
 50:3 64:16
 72:18
communication
s
 33:16 34:16
 36:14 42:2,3
 43:8 49:25
 55:9 64:25
 65:11 68:9,
 15

Laura Crossen
September 08, 2025

communicator
  51:23
companies
  10:3 13:16
  14:20,24
  16:25 17:12,
  17,19 18:4,
  9,25 24:23
  25:18 29:3
  32:9 34:3
  36:20 42:8,
  14,18 43:10,
  21 44:2 45:1
  46:6 51:14
  52:5 56:12,
  14 66:13
company
  11:5 12:2,4,
  5,6,7,10,11,
  17 15:11
  16:2,20
  17:3,5,8
  19:4,20
  23:15 24:8,9
  29:5 31:7,9,
  11 34:23
  38:3,25
  39:4,15,17
  40:3,16
  41:2,5 51:9
  54:13 56:6
  57:9,24 58:4
  61:16,22
  66:19 71:13
  73:1 74:4
company's
  24:7 58:1
company-
offered
  56:10
comparison
  37:23,24
complete
  24:12
compliance
  13:5
complies
  46:13 48:1

50:19 63:17
70:11
component
  20:11
concept
  12:1 14:10,
  13 23:10
  53:5,15,21
concepts
  11:13,16,21,
  24 12:3,18,
  19 14:11
  67:24
concluded
  76:20
concludes
  74:8
confirm
  42:5 75:21
confirmation
  46:3
confusion
  74:18
conjunction
  66:2
consent
  6:10
considering
  40:17
consultant
  12:23
consultants
  31:10 34:23
consumer
  22:10
container
  18:3
containers
  17:9,15,18,
  22,23 18:2
contents
  66:8
context
  17:3 33:7
  54:1 74:25
continue
  40:4 63:3

continued
  11:3 69:13
continuously
  29:6
contracts
  19:2
conversations
  42:11 55:13
conversion
  62:7
copy
  76:15
corporate
  8:25
correct
  8:13 14:16
  15:25 16:1
  19:22,23
  22:17,19,20
  28:4 30:4
  33:19 45:11
  49:14 53:8,
  12 55:11
  57:9,10
  59:11,12
  60:11,18
  63:8 64:20,
  21 68:20
  71:10,11
  73:5,13,14
  75:10,15
correspondenc
e
  41:22
corroborating
  15:3
counsel
  6:9,14 7:3
  8:2,6 42:6
count
  56:3
countries
  16:22
couple
  74:12 75:20
course
  9:21 13:8

14:22 34:4
39:7
court
  6:2 8:20
  76:14
create
  43:18 53:23
creates
  43:16
credit
  22:19,24
credits
  32:18
criteria
  25:22 28:7,
  13 33:8
cross
  74:10 76:9
crossed
  7:23
Crossen
  6:19,25
  27:8,12
  29:18 60:8
  74:12 76:8,
  11
Cruz
  49:3
current
  9:4 54:14
cut
  65:24 66:8

—————————
          D
—————————

daily
  32:21
data
  29:6 38:9
date
  18:24 21:14
  30:13 47:19
  51:14 73:10
dated
  35:19 71:3
day
  35:19

Laura Crossen
September 08, 2025

| | | | |
|---|---|---|---|
| **days** | **delaying** | **dialogue** | **dispute** |
| 8:17 9:11 | 36:25 37:3 | 16:8 | 9:4 |
| 25:20,23 | **delivered** | **Dibella** | **distributing** |
| **de-scheduling** | 18:5 65:3 | 51:24 75:14 | 17:1 |
| 49:24 | **delivery** | **differ** | **distribution** |
| **deal** | 18:19 23:20 | 32:18 | 16:11 |
| 69:7 | **depending** | **differences** | **divided** |
| **dealing** | 22:7 | 21:17 24:12 | 64:3 |
| 14:22 25:11 | **deposition** | **different** | **DK-BUTTERFLY** |
| 50:4 | 6:3,4,5 7:25 | 11:21,24 | 7:16 |
| **debtor** | 8:11,22 | 12:18 22:7 | **document** |
| 7:16 10:2 | 13:13 21:25 | 39:14 47:19 | 29:18 30:24 |
| 13:8 | 74:14 76:20 | 51:7 | 38:12 39:2 |
| **debtors** | **Dery** | **dig** | 48:24 65:20 |
| 57:12 | 39:8 44:1,4, | 15:12 18:18 | **documents** |
| **December** | 16,21 45:22 | 23:25 28:25 | 8:7 24:14 |
| 38:20 39:14, | **Dery's** | **digging** | 30:2 40:21 |
| 15 56:7 | 44:7 | 11:7 | **dollar** |
| **decide** | **describe** | **dimensional** | 21:20 22:1 |
| 25:18 33:9 | 14:22 24:2 | 26:9 | 38:4 53:10 |
| 34:13,17 | 25:9 30:5 | **direct** | 55:17 56:1 |
| **decides** | **described** | 22:10 51:17 | 68:6 73:24 |
| 66:19 | 22:2 25:23 | 55:11,12 | **dollars** |
| **deciding** | 67:8 71:2 | 65:4 74:8 | 20:14,18,22 |
| 25:25 26:12 | **describing** | **director** | 21:3,8,12 |
| 28:7 | 75:1 | 44:8,9 | 23:11 32:14 |
| **decision** | **designated** | **discrepancies** | 53:11 |
| 34:19 39:22 | 9:12 19:1 | 24:13 | **domestic** |
| 40:2 | **designee** | **discussed** | 17:14 51:10, |
| **declare** | 7:11,14,21 | 33:8 37:8 | 11 |
| 6:8 | 8:23 9:1 | 48:10 56:25 | **drop** |
| **defendant** | 45:24 | 64:23 67:15 | 22:9 |
| 6:15 7:3 8:3 | **destination** | **discussing** | **dropped** |
| 13:9 | 18:11 | 19:11 25:14 | 18:10,21 |
| **defense** | **detail** | 35:8,10 | **due** |
| 9:21,22 | 15:12 29:11 | 41:12 58:23 | 25:15,20,23 |
| **defenses** | 53:3 | **discussion** | 26:16 28:11 |
| 9:15,17 | **detailed** | 27:24 31:20 | 30:12 35:11, |
| **define** | 27:24 | 41:9 | 22 38:20 |
| 33:23 | **details** | **discussions** | 51:18 52:4,7 |
| **definitely** | 18:13 28:19 | 25:10 26:21 | 61:3,8 71:22 |
| 24:20 | 29:21 | 27:2,13,18, | **duly** |
| **delay** | **determine** | 20 28:3 33:1 | 6:20 |
| 62:6,10 | 15:4 67:21 | 41:15 54:16, | |
| **delayed** | **determining** | 20,25 55:6,8 | |
| 41:20 43:17 | 26:17 | 68:14 | |

**E**

**e-mail**
27:17 30:1,
6,7,11,25
31:3,4,15,23
32:1,10,11
35:3,14,19,
23,24 36:13
37:2,11,16,
18 38:18,19
39:7 40:19
41:21 43:21
44:6,20,21
45:13 46:1,
17,21 47:6,
13,20 48:4,
11,12,13,15,
17,21,22
49:2,5,7,8,
12,16,20,22
50:1,7,12,
22,23 51:13,
17,22 52:12,
23 54:11
58:18,19
60:15,24
61:15,18,20,
21 63:19
65:10 67:11,
22 70:15
71:3
**e-mails**
8:8 17:21
32:25 35:16
36:5,23
41:16 65:5
**earlier**
33:8,18
41:13 52:19
73:7
**earliest**
71:3
**early**
51:25 73:22
74:1

**EDI**
24:7
**effect**
68:10
**effective**
58:20
**effectively**
22:18
**effort**
37:19
**either**
16:17 45:25
**elaborate**
32:22 62:25
74:22
**electronic**
24:14 76:16
**employed**
10:2 44:25
**employee**
32:6,20 35:8
**employees**
16:1 31:14,
20 32:21,24
35:10 52:12,
18 57:8
**end**
25:8 39:14
62:8
**ended**
39:13
**engagement**
39:13
**ensure**
27:22 69:13
**entire**
10:15 66:8
71:8
**entity**
7:14,20 8:23
15:9,20 51:4
57:11,21
**environment**
68:17
**established**
18:24

**et**
11:18
**Etlin**
69:4
**evaluated**
25:25
**evaluating**
26:16 36:9,
25 37:5
**eventually**
37:9
**exact**
56:3
**exactly**
9:9 15:19
16:7 18:14
48:20 62:25
72:6
**EXAMINATION**
6:22 74:11
**examined**
6:20
**excess**
53:10
**exchange**
47:21 60:16,
25 67:22
71:8
**exchanged**
48:7,8,18
**excused**
76:19
**execute**
35:1
**executive**
39:22
**exhibit**
29:13,15
35:2 38:11,
13 46:11
47:11,23,24
50:15,17
51:5 54:4,5
56:25 59:3,
5,8,9,13,15
60:20 63:13,
15 65:14

66:1,3 70:8,
9
**Exhibit-1**
47:24
**Exhibit-10**
59:5
**Exhibit-14**
70:9
**Exhibit-2**
50:17
**Exhibit-3**
65:13,14,16
66:9 67:11
**Exhibit-4**
29:15 35:14
36:19 43:22
**Exhibit-5**
38:13 43:23,
25
**Exhibit-6**
46:8,11
**Exhibit-7**
63:15
**Exhibit-8**
66:3,7
**Exhibit-9**
54:5
**exhibits**
59:19 66:12
71:20
**existing**
58:4,10,24
61:8 64:4,8
67:19,25
**expectation**
58:21
**explain**
11:15 73:15
**explanation**
73:18
**extends**
65:24
**extent**
13:11 22:13
25:19 74:22

Laura Crossen
September 08, 2025

**F**

**facility**
  63:4
**fact**
  19:23 41:10,
  18 49:24
  58:13 65:9
  67:11 75:3
**factor**
  26:21
**factored**
  26:24
**factors**
  25:24 26:3,9
**fair**
  20:13 21:7
  24:16 35:13
  40:11,16
  44:15 47:12
  52:11 58:24
  61:6 67:10
**Falk**
  6:14,24 7:2
  18:7 20:24
  21:1 23:2,9,
  17 27:8,11
  29:17 36:5,
  11 37:25
  38:16 43:19
  46:15 47:7,9
  54:9 58:8
  59:17,21
  60:1,7 65:17
  70:3,13
  74:7,14
  75:23 76:2,9
**fall**
  24:18,23
  25:5
**familiar**
  9:14,17,19,
  20 13:9,11,
  14 17:5 54:8
  63:18

**families**
  18:19 19:14
  38:3
**family**
  10:3 13:16
  14:1,20,23
  17:11,16,19
  18:4,9,25
  20:15,19
  21:4,13,19
  22:18,23
  24:22 25:5,
  11,17 29:3
  32:8 34:3
  36:20 42:14,
  18 43:20
  44:1 45:1
  46:6 51:14
  74:20
**February**
  11:1 62:8,17
  63:24 71:10,
  14 73:11,25
**feel**
  43:10
**fees**
  20:2
**fell**
  24:21
**filed**
  10:6,8,10
  69:19
**filing**
  8:18 9:12
  15:1 20:20
  21:3
**fill**
  67:20
**final**
  44:21
**finance**
  11:18
**financial**
  10:24 11:5,
  13 34:23
  40:12 73:19,
  23

**finding**
  52:12
**fine**
  75:25
**firm**
  39:14
**first**
  6:19 7:5,6,
  23 15:20
  18:2 30:24
  35:16 40:20
  48:23 49:11
**fit**
  22:12
**five**
  43:24 59:21,
  23 75:24,25
**flex**
  19:18
**flow**
  11:23,24
  12:5 31:13
  32:3 62:11,
  13 63:5
**folks**
  41:12
**following**
  71:24
**follows**
  6:20
**form**
  16:9 18:6
  20:21 23:1,6
  27:4 29:10
  32:5 36:21
  37:21 43:13
  47:4 63:23
  68:2 69:20
**formal**
  54:12
**formally**
  57:3
**forth**
  30:8 41:18
  49:25 65:10
**forward**
  60:16 61:5

**forwarded**
  30:9 46:2
**four**
  29:13
**fourth**
  27:10
**frame**
  37:17
**freeze**
  47:14,15,18
  52:13,19,25
  73:13,16
**freight**
  19:19,20
  20:10 70:17,
  18,21,25
  71:15
**front**
  29:19
**frozen**
  30:19 73:3
**fulfillment**
  69:13
**full**
  7:8
**function**
  11:14 35:1
  44:13
**functions**
  11:5
**funds**
  26:18 28:17
  73:19
**future**
  54:14 61:19
  67:20 69:16

**G**

**gave**
  33:16,22
  37:19
**general**
  24:24 66:24,
  25
**generally**
  14:5 22:6

Laura Crossen
September 08, 2025

23:15  27:6
28:23  43:15
**generating**
63:5
**generic**
49:16
**give**
16:4  29:14,
23  33:6
60:10  74:9
**given**
8:19,22,25
46:9  50:16
60:22  61:10
**giving**
7:7  76:11
**go-forward**
61:25  69:18
**goes**
67:3
**going**
30:7  35:2
41:10  44:7
49:20,25
53:2  60:16
61:5,7  62:7,
16  66:1
**going-forward**
64:19
**good**
6:25  7:1
59:15,18,25
**goods**
13:15  14:19
15:10  16:13,
15  19:3,7
21:4,9
23:12,19
24:6,9  26:20
53:4,13  56:7
58:1  65:2,6
70:19  75:6
**Great**
59:20  76:3
**greenlight**
61:11

**group**
12:13  24:25
31:10  34:22
45:6,9
**groups**
11:13  25:21
**guarantee**
61:13
**guess**
11:6  15:23
20:25  40:15

————————————

**H**

————————————

**half**
27:10  31:11
69:7
**halted**
46:22
**handful**
27:25
**handled**
44:18  49:20
**handling**
11:10  49:16
**happen**
70:1
**happening**
25:10  71:8
**hard**
72:5
**harm**
53:23
**harmed**
53:21
**Harmon**
11:18
**hats**
10:25
**head**
21:15
**headed**
67:9
**healthy**
14:25

**hear**
13:20
**heard**
51:24
**held**
10:9  12:25
51:1  52:7,9
65:7  72:1,3
73:6,7
**help**
27:5  31:12
**helped**
33:15
**high**
24:2  30:5
38:17  48:3
50:21  54:10
60:24  63:19
70:14
**his/her**
6:8
**history**
8:4  30:19
**holding**
50:9  72:24
**holiday**
56:11
**Holly**
69:4
**house**
42:6
**HQ**
40:23  45:7
**hues**
12:1
**hypothetical**
19:21  74:3,5

————————————

**I**

————————————

**idea**
67:25
**identificatio
n**
29:16  38:14
46:12  47:25
50:18  54:6

59:6  63:16
65:15  66:4
70:10
**identity**
26:11,14
**image**
65:21,24
**import**
17:7,9,15,
18,21,23
18:2,3  50:25
51:8,17
**important**
53:13  72:3,
6,8,10
**imprint**
43:1
**improve**
26:5
**improvements**
40:10
**inaccessible**
20:9
**inaccurate**
30:17
**include**
12:19
**included**
32:2
**includes**
64:18
**including**
31:12
**Incorporated**
7:3
**increasing**
40:4,8
**indicate**
6:12  31:3
72:6
**indicated**
27:9  61:18
72:1
**indicates**
30:12  51:24
61:7,9  67:24
70:16,23

Laura Crossen
September 08, 2025

indicating
 28:12 31:5
 41:16 43:17
 58:19 61:3,4
 65:6
indication
 41:2 61:15
individual
 27:2,19
individuals
 57:21 61:2
influence
 7:6
informal
 40:15
information
 7:12 8:1,3
 13:7 16:4
 18:4,15
 20:4,8,10
 25:1,7 26:7
 28:15 30:21
 32:3,7,8,15
 37:24 48:6,
 8,13 52:16,
 18,20 65:5
informational
 35:18
initial
 15:16
initially
 35:18
initiated
 32:1
input
 26:4 33:3,6,
 16,22,23
inquiring
 38:20
inquiry
 61:20
inside
 25:10 54:16
intentionally
 67:3
interested
 11:20

interim
 10:24
internal
 41:22 47:6,
 7,20 75:19
internally
 43:9 54:20,
 25
intervention
 67:5
inventory
 14:4 17:1
 20:14,18
 22:15,19,23
 23:4 24:19
 25:11 26:6
 28:10 34:14
 42:19 69:9
invoice
 24:1,7,11
invoices
 37:13 58:5,
 11,14,24
 61:4,8 64:4,
 8 66:23
 67:4,6,8,19
 68:1 69:8
 71:22 72:21
invoicing
 11:22 24:3,4
involve
 16:10 63:11
involved
 16:25 17:10,
 13,15 27:23,
 24 28:2,16,
 18 44:23
 45:9,13
issue
 42:3
issued
 31:5
issues
 63:2,7,10
 71:13,15
items
 15:5

_____

J

_____

January
 39:15 40:19
 42:7,15
 46:17 47:14,
 16,19 48:22
 51:15 52:14,
 16,19 59:11
 60:15 61:18
 62:1,6,16
 71:24 73:4,
 22 74:1
jargon
 9:25
Jenn
 52:15
job
 13:2 44:7,10
John
 39:8 44:1,4,
 7,16,20
 45:22
joined
 39:14
June
 10:23

_____

K

_____

kind
 13:15 25:9
 49:22 50:3
 69:6 71:21
know
 10:17 13:7
 16:7,9,14,24
 17:18 20:5
 21:5,11
 23:13 24:6
 25:13,15
 26:4,5,6,8,
 16 27:22
 28:19 29:8,
 21 30:21
 31:23 32:16

33:15 35:7,
12,17,19
37:1,8,10
38:11 39:11,
19,23,24
40:1,8,9
41:17,19,21
43:5 46:9
47:2 50:15
52:8,22,24
53:1,2,19
54:19,24
55:5 56:8
57:4,12,20,
22 59:3,17
63:4 64:8,10
69:14,15,22,
25 70:1,4
72:5,16,18
75:4,16
knowledge
 9:3 14:9,12
 19:5 20:11
 21:16 25:4
 41:14 42:1
 45:20,25
 46:4 50:6
 51:2 55:11,
 12 62:19
 67:23 72:14,
 16

_____

L

_____

lag
 73:16
large
 11:14 13:24
 14:3 21:20,
 24 22:5,22
 23:4,8,10,18
 24:23 37:16
 38:4,8 53:9,
 23 55:17
 74:19,20
larger
 13:18,21

late
 38:19 39:15
 63:24
LAURA
 6:19
leading
 24:17 55:16,
 19 56:5
 72:24
learn
 29:3
learned
 52:25
leave
 59:8
left
 18:9
legally
 34:3
lender
 62:15,18,20
lenders
 63:3
letters
 49:5
level
 9:25 24:2
 25:1 30:5
 38:17 39:22
 40:15 48:3
 50:21 54:10
 60:24 61:14
 63:19 70:14
Liberty
 12:11 15:8
 16:2
lieu
 6:6
limited
 23:23 27:19
 56:4
linked
 67:24
list
 16:11 56:17
literally
 55:20

litigation
 7:4 8:15
 13:10
little
 23:7 33:6
 74:17
logistics
 17:8 48:18
 49:16 50:25
 51:10
long
 10:9 12:25
 73:16
longer
 17:24
look
 29:11,12
 35:3 38:10,
 12 46:8,9,16
 47:22 50:14,
 16 54:3 59:2
 60:19,22
 63:13 65:12
 66:1 70:7
looked
 38:15 46:14
 50:19 65:19
 67:14 70:12
 71:20
looking
 44:19 60:15
looks
 38:22 49:19
 50:23
lot
 14:4

———————————

          M

———————————

made
 8:17 9:11
 18:21 30:10
 34:14,19
 39:20,21,25
 40:7 47:13,
 15,19 62:22
 66:12,18,21

 67:13,16
 71:9,14
 73:10,17,24
 74:1,4
major
 21:17
majority
 65:9
make
 9:24 29:21
 32:8 37:22,
 24 42:15
 43:25 62:13
 67:18 71:21
 73:23
makes
 15:16
making
 44:14 50:11
manage
 33:15
management
 28:17 34:16
 49:18 73:20
managing
 27:22
manner
 6:11 42:19
manual
 67:5
March
 71:5,6,12,17
marked
 29:13,16
 38:14 46:12
 47:25 50:18
 54:6 59:6
 63:16 65:15
 66:4 70:10
match
 24:10
matched
 24:13
material
 8:9
materially
 30:17

mathematical
 25:23
matter
 6:8 9:1
mattered
 26:12,15
matters
 49:20
Mclaughlin
 37:4
mean
 7:11,19
 11:15 14:3,4
 17:2 18:8
 20:19,23
 22:1 23:10
 25:13 32:13
 34:2 39:23
 40:21 41:4,
 11 42:10,11
 43:23 52:6
 56:15 62:1,
 12 68:19
means
 63:1,2
meant
 19:18 74:23
meetings
 33:1
members
 11:12
mention
 35:4 37:3
 39:3
mentioned
 22:14 41:8
 62:20 68:24
merchant
 15:18,24
 25:21 28:21
 34:12 41:18
 43:1 44:23
 45:6,8,13,16
 49:17,19
 53:17 61:9,
 10,14 63:21,
 22

Laura Crossen
September 08, 2025

| | | | |
|---|---|---|---|
| **merchant's** | | **notice** | **October** |
| 43:8 | | 54:12 | 30:14,25 |
| **merchants** | **N** | **notifying** | 36:13 37:15 |
| 15:3,21 16:1 | | 54:13 | **offer** |
| 26:3,24 | **name** | **November** | 26:3 |
| 27:17 28:7,9 | 6:13 7:2 | 10:18 30:2 | **offered** |
| 41:11 44:23 | 12:6,9 13:12 | 36:13 38:2 | 56:6,13 |
| 45:5 57:5,7, | 38:22 49:17 | **nuance** | **officer** |
| 11 | 69:3 | 54:1 | 10:7,15,23, |
| **million** | **named** | **number** | 24 11:2,4,6 |
| 20:18,23 | 10:22 | 16:10 22:10 | 68:24 69:2 |
| 21:3,8,20 | **nature** | 27:19 29:13 | **Okay** |
| 22:1 23:11 | 32:22 | 30:17 31:12 | 29:1,24 41:7 |
| 38:4 51:16, | **necessarily** | 33:2 35:2 | 43:24 61:25 |
| 19 52:4,22 | 11:25 14:16 | 38:11 47:23 | 75:13 |
| 53:11 55:17 | 29:11 61:12 | 50:15 54:4 | **oldest** |
| 56:1 61:3 | **necessary** | 56:2 59:3 | 30:11 35:3 |
| 64:2,5 71:9 | 13:13 40:4 | 60:20 63:14 | 66:23 |
| 75:1,2 | 62:21 | 65:22 70:8 | **on-the-** |
| **millions** | **need** | | **ground-work** |
| 20:14,22 | 41:8 43:11 | | 11:11 |
| 21:12 | 45:20 54:15 | **O** | **once** |
| **mind** | 59:21,22 | | 18:23 24:6, |
| 59:14 | 63:8 75:23 | **oath** | 9,11 34:19 |
| **minimize** | 76:15 | 6:6 60:10 | **one** |
| 9:25 | **needed** | **Objection** | 9:19 10:11 |
| **minute** | 26:5 40:10 | 18:6 20:21 | 13:21 14:7 |
| 74:9 75:20 | 41:19 | 23:1,6 27:4 | 21:3,13 |
| **minutes** | **needs** | 36:21 37:21 | 22:21 23:3, |
| 59:22 75:23 | 13:7 15:15 | 43:13 47:4 | 14,19,20 |
| **moment** | 28:10 | 68:2 69:20 | 25:2 26:8 |
| 20:25 29:14, | **negotiate** | **objections** | 29:24 30:1 |
| 24 53:4 | 57:2 | 6:10 | 31:16 33:2 |
| **Monday** | **negotiated** | **observe** | 35:3 40:20 |
| 48:22 | 57:4 | 47:21 | 44:23 47:8 |
| **monitor** | **negotiations** | **obviously** | 48:23 49:4 |
| 27:20 | 63:11 | 57:25 67:4 | 55:20 56:5, |
| **months** | **never** | **occur** | 19 57:12 |
| 10:12 | 50:8 | 54:20,25 | 70:17 75:8, |
| **morning** | **Nicholas** | 61:13 67:5 | 11 |
| 6:25 7:1 | 6:16 | 69:25 | **ones** |
| 31:6 | **nitty-gritty** | **occurred** | 15:22 41:24 |
| **multiple** | 11:7 | 31:4,24 | **open** |
| 26:9 | **normal** | 54:16 55:9 | 26:16 30:18 |
| | 15:3 53:14 | **occurring** | 43:25 58:21 |
| | **notes** | 62:2 | 60:21 68:7 |
| | 74:10 | **ocean** | 70:1 71:25 |
| | | 18:10 | |

Laura Crossen
September 08, 2025

opened
  66:5
operated
  12:2
operating
  13:6
operations
  53:14
Oracle
  65:21
oral
  36:14  41:14
  68:13
orally
  46:5
order
  11:23  15:15,
  17  16:6  18:5
  24:5  45:9
  56:10  61:25
  63:5,22
  71:13  73:13,
  16
ordered
  42:19  65:2
ordering
  11:7,22
  15:14  21:17,
  19  28:19
orders
  12:17  17:11,
  14  22:3
  23:14  34:5,8
  47:14,16,18
  48:10  51:2,
  3,7,8,11
  52:13  53:10,
  20,22  54:14
  60:17  61:19
  62:1,3  64:4,
  5,20,22
  65:3,7
  67:12,14,20
  69:13,16,18,
  25  70:18
ordinary
  9:21

oriented
  59:9
outreach
  15:16
outright
  69:22
outstanding
  30:8  32:17
  34:14  58:4,
  10,13
oversaw
  11:4  44:12
oversee
  53:24
owe
  51:14
owed
  32:14

_____

P
_____

p.m.
  48:23
Pacific
  38:23
page
  30:24  46:17
  65:20
paid
  19:14,16,19
  20:2  36:1,7,
  16  37:9,11
  58:14,21,25
  68:6  70:1,22
painful
  76:13
parent
  12:5,6,7
part
  21:25  26:25
  27:2,13  75:4
participating
  6:3
particular
  26:20  34:4
  44:19  47:18
  63:10

parties
  6:9
Partners
  39:18  69:3
party
  19:10,16
pass
  39:12
past
  25:20,23
  26:16  28:11
  35:22  38:20
  51:18  52:4,6
  61:3,8  70:19
  71:22
pay
  24:15  26:7,
  10  34:19
  36:20  58:4,
  10  61:16
  64:14  70:19
  72:21  73:1
payable
  11:14  28:18
  29:7  30:18
  34:22  35:1
  38:5  44:8,9,
  12  45:10
  50:5,8,10,13
payables
  27:21  32:17
  35:21,22
  52:10  63:23
  68:7  70:1
  71:25
paydown
  63:23  64:6,7
paying
  19:10  28:3
  61:7  67:7
  70:25
payment
  9:11  11:24
  15:7  24:3
  27:14  28:24
  31:5,13  32:3
  34:20  35:1
  37:10,16

  39:8  41:11,
  19  42:15
  44:13  51:24
  52:23  54:15,
  18  55:4,7,8,
  14  56:1,6,
  13,24  57:17,
  23,25  58:3,
  23  61:24
  63:23  64:1,
  4,6,17,22
  66:12,16,18,
  19,21,22
  67:1,5,7,12,
  16,19,25
  71:9,14,22
  73:10,17,24
  74:1,4
payments
  8:17  12:5
  24:1,18,20,
  23  25:14,16,
  18  26:1,10,
  13,16,22
  27:3  28:8,18
  30:9,10
  31:21  33:4,
  22  34:14,22
  52:1  55:2,18
  56:4,8  58:21
  61:5,11,13
  63:6  65:22
penalty
  6:9
people
  18:15  68:14
performance
  40:9  58:2
period
  10:15  14:24,
  25  15:7
  20:19  25:16
  38:1
perjury
  6:9
person
  6:7  44:25
  49:17  68:21

Laura Crossen
September 08, 2025

personally
  7:20 9:14
  16:7 27:1,13
  28:2 45:23
  53:24 68:19,
  20
perspective
  11:22
phase
  40:5,6
phone
  27:16
physical
  46:2
physically
  6:4
pick
  19:3
picked
  15:11 19:8,9
  48:11
picking
  51:10
pickup
  15:10 19:11
  24:8 48:6,7,
  9,11
pickups
  49:18
picture
  66:8
piece
  7:4
pieces
  41:8
place
  7:23 34:5,8
  41:15 42:12
  43:9 57:3
  61:14 69:17
  73:20
placement
  45:9 64:19
placing
  15:17 16:5
  22:2

plaintiff
  6:17 8:2
plan
  12:23 13:6
Plasterer
  35:4
please
  6:12 32:4
  33:7 38:10
  41:5 50:14
  54:3 59:2
  65:12
PO
  16:9 18:23
  24:11
point
  19:6,8,9
  24:17 30:22
  31:8,18
  40:16 42:7
  44:6 55:13
  61:17 68:19
pointing
  52:3
port
  18:9
portion
  58:23 64:10
  67:7,18
POS
  12:4 15:5
  50:25
position
  10:10 73:23
  75:16
positively
  42:5
possible
  50:7 67:2
  76:13
post
  8:5
potentially
  65:7 73:6
pre
  54:15,18
  55:2,4,7,8,

  14,18 56:1,
  4,6,8,13,24
  57:17,23,25
  58:3
pre-paid
  61:19 64:22
  67:20 69:7,
  8,18,24
pre-pay
  62:7
pre-payment
  23:5
precise
  32:6
preference
  8:16,20
  9:10,13
  10:15 64:9,
  12,15 73:9
preferences
  9:15
preparation
  8:11
prepare
  18:12
prepayment
  58:9,14,20
  59:10 60:17
  62:2 64:19
  67:3,25 68:6
  71:23 72:21,
  25
prepayments
  62:14,22
present
  6:4
president
  28:21
pressure
  36:19 37:1
  40:9 43:16,
  18 52:5,9
  57:24 58:4,
  10,12,16
  61:16,22
  71:13,21
  72:21,25

pressured
  43:11
pressuring
  40:24 45:7
prevent
  7:7
primary
  13:17
prior
  8:3,17 21:13
  22:21 23:3,
  14 40:13
  51:4 72:21
priorities
  28:12
prioritizatio
n
  28:20 33:3,
  9,11,17
  34:18 41:13
prioritize
  25:16,18,25
  26:10,22
  28:8
prioritized
  61:5,11
  72:10
prioritizing
  26:17 27:2
priority
  26:8 61:14
problem
  70:16
process
  15:3,13,17
  16:5,8 19:7
  21:23 22:2,
  4,11,13
  24:12 25:13
  26:15,25
  27:23 28:24
  34:16 56:6,
  13 75:4
processed
  32:19
processes
  21:18,19

22:11 33:14
**processing**
44:13
**procurement**
12:2,4,10,
11,17 15:8
16:2
**product**
14:7 18:20
**products**
13:14,19
**promise**
51:21
**prospective**
26:8
**provide**
26:6
**provided**
8:2,7 13:18
16:13,15
26:21 41:16,
24 42:6
**provider**
17:7
**providing**
22:23 23:4,
19
**pull**
29:14
**purchase**
12:17 15:4,5
22:3 24:5
75:4
**purchased**
23:15
**purchaser**
19:14
**purchases**
22:13 45:17
**purchasing**
22:11 28:20
75:2
**purely**
25:23
**pushing**
48:7

**put**
36:19 37:1
57:3,23
58:3,9,16
61:14,16
71:13,21
72:21,25
**puts**
52:4,9
**putting**
61:22

---

**Q**

---

**quantity**
16:10
**quarter**
27:10
**question**
17:4 18:12
20:5,6 21:6,
22 25:2
26:19 30:20
31:22,25
32:6,12 33:6
36:4 37:14
41:5 42:13,
21 43:4,7
52:21 53:16
54:2 55:5,21
58:7 65:5
67:9 74:3,6
**questions**
7:8 30:8,10
60:11 74:13
75:22 76:7,8
**quick**
46:9
**quoted**
37:15 51:20

---

**R**

---

**rasing**
62:17
**rate**
19:18

**re-direct**
76:8
**re-read**
29:24
**reach**
15:24 16:3
**reached**
50:8
**reaching**
15:22
**react**
41:2 57:19
**reacted**
57:21
**reacting**
41:5
**read**
39:2
**reading**
36:23
**reads**
49:15 59:1
**ready**
7:25
**reason**
20:7 30:16
43:4 47:17
52:17 66:25
67:17
**reasonable**
69:24
**reasons**
40:1
**receivable**
41:12
**receive**
32:7
**received**
24:9 41:19
52:1,16 68:5
**receiver**
24:11
**receiving**
32:11
**recent**
49:12

**recently**
31:4
**recess**
60:5 76:4
**recognize**
13:12
**reconciliatio
n**
44:13
**record**
6:13 43:2
57:6 60:6
76:5,18
**records**
8:5 17:23
18:14 32:17
43:6
**recovery**
13:4
**redirects**
39:8
**reference**
17:20 40:23
48:20 51:16
52:1 75:13
**referenced**
12:3 37:11
**references**
36:25
**referencing**
13:23 14:8
35:21 38:8
75:3,6
**referred**
50:25 52:23
**referring**
23:8 27:5
43:22 50:23
74:18,24
**refers**
46:24
**reflect**
48:4 50:22
54:11 60:25
66:7,12
70:15

Laura Crossen
September 08, 2025

reflected
  58:17
reflects
  30:6 48:5
  49:12 67:11
refresh
  60:14 73:2
regarding
  20:10 27:13
  35:22 71:25
reiterate
  73:18
related
  17:21 49:6
  65:1
relationship
  53:25
relative
  37:14 49:23
  72:5
release
  63:6
released
  37:16 70:18
releasing
  37:5
relevant
  9:18
remotely
  6:5
rendered
  33:25
reopen
  43:25
repeat
  36:3 58:6
replacement
  39:17
replenish
  56:10
report
  29:8,10
  54:14 61:2
REPORTER
  6:2 76:14
reporting
  6:5,11 29:5

represent
  7:12 38:18
  63:20
representativ
e
  31:17 47:5
representativ
es
  11:19
represented
  8:9
represents
  35:14
request
  35:14 47:3,
  13,15,18
  61:23
requested
  52:24
requesting
  55:8
requests
  39:8 55:14
required
  63:3 71:23
requirement
  58:13
requirements
  13:6
rereading
  29:23
Research
  31:10
resolution
  13:5
resolved
  24:13 65:9
resolving
  63:2
resources
  40:4
respect
  8:4,17 55:3
  71:25
respond
  42:8,11

response
  37:7 42:15
  47:3 61:4
responsibilit
ies
  13:2 44:11
responsibilit
y
  15:18 28:22
  34:12 49:19
responsible
  50:2 53:17
  62:9 70:25
restructuring
  11:2 68:23
  69:1
result
  52:8 54:17
retained
  8:5 20:12
review
  13:13 20:4
  38:5,9 74:10
reviewed
  7:13 8:1,3,
  10 25:7
  41:16,24
  42:2 48:2
  73:7
reviewing
  28:9 29:20
  52:10
right
  6:25 9:7,25
  13:21 14:1
  22:16 32:13
  38:17 43:7,9
  45:8 49:21
  53:5 59:18
  60:1,8,14,19
  65:25 71:7
  73:4 74:7,25
role
  10:5,17,21,
  24 11:4
  12:21,25
  13:3 45:24

room
  6:4
roughly
  8:12 64:1,2
Rubin
  46:18,20
  49:2,3
rule
  66:24,25

_____

S

_____

safe
  59:24
sales
  53:18,23
salvage
  70:19
saying
  39:1
says
  32:13 37:4
  45:7
schedule
  19:2 24:8
  48:6
scheduled
  50:24
scheduling
  17:9 49:18
  50:3
Schneider
  48:5 51:4,9
screen
  65:25
season
  56:11
second
  27:9 30:24
  46:16
see
  11:20 12:16,
  21 14:9
  15:12,23
  17:20 18:4,
  9,10,16
  20:13 21:16

Laura Crossen
September 08, 2025

22:14 23:25
24:16 29:9,
12 30:11,20,
23,25 31:14,
16,25 33:24
34:24 35:24
36:2,8,9
37:3 38:10
39:6 40:23
44:1,4,20,21
45:2 46:1,24
47:8,22
48:20 49:5,
11 50:14
54:3 56:22,
23 58:17,19
60:1 61:21
64:18 65:5,
12,21 66:11
68:18 70:7
72:7 73:2

**seeing**
  38:21
**sell**
  14:10,11
**Senior**
  44:9
**September**
  10:25
**series**
  71:19
**seriously**
  40:17
**serve**
  12:2
**set**
  24:14
**sets**
  51:7
**setting**
  76:12
**seven**
  73:12
**several**
  12:18 56:18
**severely**
  53:20

**shared**
  17:21 46:3
  65:6
**ship**
  16:11,13,16
  18:23 45:7
  58:12
**shipment**
  20:11 41:20
  49:23
**shipments**
  36:10,25
  37:5 40:24
  41:2,9,20,23
  42:9 43:17
  45:19 46:22
  47:2 50:3,9,
  24 52:7,9
  65:1 72:1,2,
  10,24 73:3
**shipped**
  15:11 16:17
  20:1,14,17
  21:3,8,12
  22:8,9 24:6
  50:10 69:9
**shipping**
  16:12,25
  17:3,10,16,
  19 18:1
  21:18,19
  37:1,3
  43:12,16
  44:17 49:6
  51:3,4
  52:13,19,25
  53:9 55:14
**short**
  60:9
**show**
  47:13
**shows**
  52:12
**side**
  43:8 45:10
  65:25 69:11
**significant**
  56:8

**Sir**
  58:6
**sister**
  38:25 39:4
**sit**
  12:22
**situation**
  40:12
**size**
  74:15,19,23
**skew**
  16:10
**skimmed**
  59:4
**slash**
  15:8,9
**SNE**
  49:8
**sold**
  14:7,19 75:7
**sort**
  11:10,23
  19:21 39:21
  49:4,16 54:1
  71:19
**sound**
  9:7 73:4,5
**sounds**
  14:14
**speak**
  68:21
**special**
  56:13
**specific**
  18:18 20:24
  26:19,20
  27:6 37:13
  38:6 42:13
  51:9 56:2
  63:9 72:13,
  17
**specifically**
  18:17 24:25
  28:25 34:9
  38:7 41:6
  48:19 54:22
  55:3 70:4

**specifics**
  19:13 23:14
  39:24
**spreadsheets**
  8:8
**staff**
  11:12
**standard**
  23:24
**stands**
  56:7
**start**
  15:16 16:5
  24:23 25:5
  29:3
**starts**
  65:21
**statement**
  52:6
**States**
  16:22,23
**stating**
  6:13
**status**
  28:11,20
  38:5 45:17
  52:10 55:14
  61:24 63:2
**steps**
  15:13
**Steve**
  37:4 46:17,
  20 49:2,3
**stock**
  56:10
**stop**
  40:24 41:9,
  23 43:12
  44:17 45:7
**stopped**
  41:3 42:9
  45:20 46:23
  47:3
**stopping**
  72:24
**store**
  19:4

**stores**
  16:18 22:9
**string**
  32:1
**structure**
  22:12 58:15,
  17 62:3,4
**subsequent**
  64:25
**subsidiary**
  12:12,14
**substances**
  7:7
**sufficient**
  62:13
**suffix**
  45:3
**suggesting**
  14:14
**suggestion**
  41:23 42:9,
  16 43:11
  44:16 45:19
  46:5
**sum**
  71:19
**supplied**
  53:4
**supply**
  13:16 23:11
**supplying**
  13:22 14:4
  22:15
**support**
  13:5 31:12
  40:5
**supported**
  33:14
**supporting**
  31:11 39:15
**sure**
  9:24 26:23
  29:21 43:25
  70:2
**switch**
  39:19 40:2,7
  57:17,23,25

58:3,9 59:10
  72:20
**switched**
  55:18 56:1,
  24 60:16
**switching**
  54:17 55:1,
  4,7
**sworn**
  6:20
**synonymous**
  24:5
**system**
  17:24 18:13
  29:5 67:8
**systems**
  24:7,10
  66:22

---

**T**

---

**tact**
  15:7
**take**
  29:12 35:25
  36:6,15
  37:18 38:10
  46:8,16
  47:22 50:14
  54:3 59:2,
  16,18 60:19
  63:13 65:12,
  25 70:7
  75:20
**taken**
  38:12 41:15
  43:9 60:5
  66:11 76:4
**taking**
  42:12 73:20
**talk**
  10:1
**talking**
  16:12 27:9
  28:23 69:6
**tax**
  13:4

**Taylor**
  44:22 45:4
  61:10
**team**
  35:17,19
  39:8 41:11,
  18 46:25
  50:2,4,8,13
  57:2,18
  61:10,14
**teams**
  45:16
**tell**
  7:24 10:20
  11:23 18:20
  26:24 28:6
  29:2 32:14
  41:1 70:2
  71:20
**ten**
  59:23,25
  75:23
**tens**
  21:8,12
**terminology**
  75:19
**terms**
  15:6,7 22:16
  23:16 56:3
  58:22
**testified**
  6:20 33:18
**testimony**
  6:8 8:19,22
  9:1
**thank**
  29:22 60:3,4
  76:6,11,12,
  16
**things**
  18:11 32:19
  33:2 62:16,
  19,20
**think**
  13:17 15:2
  17:22 23:7
  49:4 53:22

58:12 61:23
  68:23 69:23
  71:17 72:23
  74:17,25
**third**
  65:20
**third-party**
  16:25 17:3,
  24
**thousand**
  73:24
**thousands**
  29:9
**threatening**
  35:25 36:6,
  15 70:19
**three**
  10:12 61:2,3
**three-way**
  24:10,13
**time**
  8:10 10:8,10
  11:1 19:11
  20:19 30:19,
  22 37:17,23,
  24 38:1
  40:6,12
  55:2,4,13
  59:15,18
  68:17 73:16
  74:2,5 76:12
**timeframe**
  27:5,7,12
  31:25 36:12
  38:6 55:20
  56:5 62:16
  73:21
**timeline**
  53:3 59:9
**times**
  7:18 20:1
  48:12
**timing**
  62:6
**title**
  44:7

Laura Crossen
September 08, 2025

**TM**
 49:8
**today**
 12:22 74:14
 76:12
**today's**
 13:13
**told**
 68:22
**top**
 21:15 30:2,
 24 40:20
 44:21 45:2
**total**
 53:19 63:23,
 25
**track**
 18:10
**transcript**
 76:15
**true**
 28:15 60:10
**try**
 7:22
**trying**
 32:5 33:22
 48:5
**Turetsky**
 52:15
**Turner**
 6:14 7:2
**two**
 13:1 51:19
 52:4 67:24
**types**
 22:7

———————
**U**
———————

**U.S.**
 18:11
**Uh-hum**
 40:22 46:19
 47:1 53:6
 57:1 74:16
**unclear**
 7:19,21 23:7

**underlying**
 75:6
**understand**
 33:23 38:25
 60:9 69:12
**understanding**
 11:21 19:6
**understood**
 69:10
**unilateral**
 34:17
**United**
 16:22,23
**universe**
 42:3,4
**unrelated**
 71:18
**unusual**
 31:18,19
 45:12,15
**upcoming**
 25:15
**update**
 61:24
**USA**
 6:15 7:3 8:4
 13:10 14:16,
 19,23 15:4,
 25 16:5
 19:22 29:4
 38:21 39:4
**utilized**
 65:8

———————
**V**
———————

**value**
 9:18 53:10
**varied**
 25:3
**various**
 13:19 14:15
**vast**
 65:8
**vendor**
 13:12 19:17,
 19,22 22:8,9

 23:14 24:6
 26:11,20,22
 28:19,20
 32:13,16
 38:7 45:15
 53:23,24
 56:12 72:9
**vendor's**
 69:23
**vendor-
requested**
 56:9
**vendors**
 13:18,21
 20:17 21:3,
 11,20,21,25
 22:1,5,12,22
 23:4,8,10,19
 24:19,24
 25:12,15
 26:4,7 27:14
 28:3,12 29:9
 32:18 34:6,
 16 37:19
 38:4,8 55:1,
 3,6,7,15,17,
 18 56:1,3,
 15,16,17,19
 69:25 74:21
 75:1
**verbal**
 42:11
**verbally**
 6:7
**verify**
 30:22
**version**
 54:13
**versus**
 64:4
**visible**
 18:15
**volume**
 72:7,15
**volumes**
 15:4

———————
**W**
———————

**waive**
 6:10
**waivers**
 62:15,18,20
**want**
 7:5 9:24
 28:1,16
 43:3,24
 47:10 53:3
 59:9
**wanted**
 62:14
**warehouse**
 19:4
**warehouses**
 16:18 22:8
**way**
 19:23 69:12
 71:12 76:13
**week**
 8:10 36:10
 37:6 51:25
 52:2
**weekly**
 61:5,11
**weeks**
 73:12
**weigh**
 33:10
**well-known**
 14:5 75:4,9,
 12
**wind**
 7:16 8:23
**winding**
 13:8
**wires**
 7:23
**witness**
 6:7 23:13
 36:8,23
 37:22 38:15
 43:15 45:25
 46:13 47:8

Laura Crossen
September 08, 2025

| | |
|---|---|
| 48:1 50:19<br>54:7 59:25<br>60:3 63:17<br>65:16 66:5<br>68:4 69:21<br>70:11 76:19 | 23:3,12,14,<br>19,20 31:19<br>38:4 40:13<br>53:11 55:16,<br>18,19,20<br>56:5 75:2 |
| **Wonderful**<br>60:13 | **years**<br>13:1 |
| **word**<br>7:19 33:23<br>65:21 | **Yusen**<br>17:6,7,10<br>51:3 |

**words**
7:11 8:14
9:9 36:9

**wore**
10:25

**work**
11:21 18:22
22:3 34:21,
25 57:11

**worked**
45:4

**works**
15:14 18:19
24:3

**worse**
40:12

**worth**
20:18 21:4,9
23:12

**write**
12:1,4

**written**
15:5,6 36:24
41:22 42:3
68:9,14

---

**Y**

---

**yeah**
21:2 26:14
70:23

**year**
10:11 14:25
20:15,18,20
21:2,9,12,13
22:1,21

EXHIBIT
1
Laura Crossen
9/8/2025

**Falk, Turner N.**

| | |
|---|---|
| **From:** | Steve Rubin <Steve.Rubin@artsana.com> |
| **Sent:** | Monday, January 9, 2023 2:52 PM |
| **To:** | TMSNE; Amy Cruz |
| **Subject:** | RE: Schneider Appointment Request |

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Nyree,

At this time, we have been asked to hold shipments to BBB.  As we get more information and things change, we will advise.

Thank you,

Steve Rubin

**From:** TMSNE <TMSNE@bedbath.com>
**Sent:** Monday, January 9, 2023 2:50 PM
**To:** Steve Rubin <Steve.Rubin@artsana.com>; Amy Cruz <Amy.Cruz@artsana.com>
**Subject:** FW: Schneider Appointment Request

**EXTERNAL EMAIL** - Prestare attenzione a eventuali collegamenti o allegati - Be careful with links or attachments

Hi Amy,

Can I ask why this load is cancelled?

Thanks,

Nyree Waters
Logistics Consultant, North East
Nyree.Waters@Consultant.Bedbath.com

**From:** STM BBBY <STMBBBY@schneider.com>
**Sent:** Monday, January 9, 2023 2:41 PM
**To:** 653 inbound <653inbound@bedbath.com>; STM BBBY <STMBBBY@schneider.com>; TMSNE <TMSNE@bedbath.com>
**Subject:** RE: Schneider Appointment Request

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

1

Hello,

@TMSNE
@653 inbound

Shipper is advising they are cancelling these two shipments.

**MVDP7114460**
and
**MVDP7114450**

Please confirm we are good to remove from our system.

Drivers assigned have been informed to avoid any TONUs.

Thanks,
**Cody Kinley**
*Account Management*

**SCHNEIDER TRANSPORTATION MANAGEMENT**
**Midwest Regional Logistics Center**
**1 N Dearborn St Chicago IL 60602**
**New Direct Line: 920-357-2869**
Kinleyc1@schneider.com

View my profile on **Link**

**After hours support: (855) 476-4786**

## Schneider FreightPower®

**Get unprecedented access to a vast network of shippers and quality freight with Schneider FreightPower®.**

**Learn More**

\*\*All rate quotes are good for four (4) hours.
\*\*All rates are good for thirty (30) days once accepted unless otherwise specified.
\*\*All rate quotes include two (2) hours free load and unload.
\*\*All rate quotes assume legal dimensions unless otherwise specified.
\*\*LTL pickup/delivery dates cannot be guaranteed / Transit times are estimated and do not include the day of pickup or weekends.
\*\* Volume expected is no more than five loads per day, unless otherwise specified.
\*\*All rate quotes assume live load/live unload unless otherwise specified.
\*\*Capacity is not guaranteed.  We work with outside carriers to provide capacity.
\*\*Mexican rates and insurance coverage are limited depending on the product and applicable Mexican Regulations.
\*\* The attached rates are based on current Federal Motor Carrier hours of service rules.  Should these regulations change, adjustments to our quoted rates may be necessary.
\*\*STM, a division of Schneider Logistics, Inc. operates solely as a broker and shall not be held liable for any cargo claims or injuries to persons (including death) or property related to the movement of freight.

*The information contained in this email message may be privileged, confidential and protected from disclosure, and no waiver of any privilege is intended. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this email message in error, please email the sender and delete all copies*

**From:** 653 inbound <653inbound@bedbath.com>
**Sent:** Friday, January 6, 2023 5:31 AM
**To:** STM BBBY <STMBBBY@schneider.com>; 653 inbound <653inbound@bedbath.com>

**Cc:** TMSNE <TMSNE@bedbath.com>
**Subject:** RE: Schneider Appointment Request

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good morning.
Your loads are scheduled for 01-12@06:00 AM.

Thank you

Esmeralda Sempertegui

---

**From:** STM BBBY <STMBBBY@schneider.com>
**Sent:** Thursday, January 5, 2023 3:23 PM
**To:** STM BBBY <STMBBBY@schneider.com>; 653 inbound <653inbound@bedbath.com>
**Cc:** TMSNE <TMSNE@bedbath.com>
**Subject:** RE: Schneider Appointment Request

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hello,

Kindly following up.

Please see emails attached from the shipper.

They are requesting to push pickup for both the loads below till 1/11.

Please let us know if we can reset the delivery appointments to the loads below:

**MVDP7114460**
1/12 0600

**MVDP7114450**
1/12 0600

Please let us know, thanks!

**Cody Kinley**
*Account Management*

**SCHNEIDER TRANSPORTATION MANAGEMENT**
**Midwest Regional Logistics Center**
**1 N Dearborn St Chicago IL 60602**
**New Direct Line: 920-357-2869**
Kinleyc1@schneider.com



**After hours support: (855) 476-4786**

# Schneider FreightPower®

**Get unprecedented access to a vast network of shippers and quality freight with Schneider FreightPower®.**

**Learn More**

\*\*All rate quotes are good for four (4) hours.
\*\*All rates are good for thirty (30) days once accepted unless otherwise specified.
\*\*All rate quotes include two (2) hours free load and unload.
\*\*All rate quotes assume legal dimensions unless otherwise specified.
\*\*LTL pickup/delivery dates cannot be guaranteed / Transit times are estimated and do not include the day of pickup or weekends.
\*\* Volume expected is no more than five loads per day, unless otherwise specified.
\*\*All rate quotes assume live load/live unload unless otherwise specified.
\*\*Capacity is not guaranteed.  We work with outside carriers to provide capacity.
\*\*Mexican rates and insurance coverage are limited depending on the product and applicable Mexican Regulations.
\*\* The attached rates are based on current Federal Motor Carrier hours of service rules.  Should these regulations change, adjustments to our quoted rates may be necessary.
\*\*STM, a division of Schneider Logistics, Inc. operates solely as a broker and shall not be held liable for any cargo claims or injuries to persons (including death) or property related to the movement of freight.

*The information contained in this email message may be privileged, confidential and protected from disclosure, and no waiver of any privilege is intended. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this email message in error, please email the sender and delete all copies*

**From:** STM BBBY <STMBBBY@schneider.com>
**Sent:** Thursday, January 5, 2023 11:48 AM
**To:** 653 inbound <653inbound@bedbath.com>
**Cc:** STM BBBY <STMBBBY@schneider.com>; TMSNE <TMSNE@bedbath.com>
**Subject:** RE: Schneider Appointment Request

Hello,

Please see emails attached from the shipper.

They are requesting to push pickup for both the loads below till 1/11.

Please let us know if we can reset the delivery appointments to the loads below:

**MVDP7114460**
1/12 0600

**MVDP7114450**
1/12 0600

Please let us know, thanks!

**Cody Kinley**
*Account Management*

**SCHNEIDER TRANSPORTATION MANAGEMENT**
**Midwest Regional Logistics Center**
**1 N Dearborn St Chicago IL 60602**
**New Direct Line: 920-357-2869**
Kinleyc1@schneider.com



**After hours support: (855) 476-4786**

**Schneider FreightPower®**

**Get unprecedented access to a vast network of shippers and quality freight with Schneider FreightPower®.**

**Learn More**

\*\*All rate quotes are good for four (4) hours.

\*\*All rates are good for thirty (30) days once accepted unless otherwise specified.

\*\*All rate quotes include two (2) hours free load and unload.

\*\*All rate quotes assume legal dimensions unless otherwise specified.

\*\*LTL pickup/delivery dates cannot be guaranteed / Transit times are estimated and do not include the day of pickup or weekends.

\*\* Volume expected is no more than five loads per day, unless otherwise specified.

\*\*All rate quotes assume live load/live unload unless otherwise specified.

\*\*Capacity is not guaranteed.  We work with outside carriers to provide capacity.

\*\*Mexican rates and insurance coverage are limited depending on the product and applicable Mexican Regulations.

\*\* The attached rates are based on current Federal Motor Carrier hours of service rules.  Should these regulations change, adjustments to our quoted rates may be necessary.

\*\*STM, a division of Schneider Logistics, Inc. operates solely as a broker and shall not be held liable for any cargo claims or injuries to persons (including death) or property related to the movement of freight.

*The information contained in this email message may be privileged, confidential and protected from disclosure, and no waiver of any privilege is intended. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this email message in error, please email the sender and delete all copies*

**From:** 653 inbound <653inbound@bedbath.com>
**Sent:** Monday, January 2, 2023 5:51 AM
**To:** Kinley, Cody <kinleyc1@schneider.com>; 653 inbound <653inbound@bedbath.com>
**Cc:** STM BBBY <stmbbby@schneider.com>
**Subject:** RE: Schneider Appointment Request

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good morning.

Your load has been scheduled for 01-10@6:00 AM.

Thank you

Esmeralda Sempertegui

**From:** kinleyc1@schneider.com <kinleyc1@schneider.com>
**Sent:** Saturday, December 31, 2022 1:24 PM
**To:** 653 inbound <653inbound@bedbath.com>
**Cc:** stmbbby@schneider.com
**Subject:** Schneider Appointment Request

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hello,

Please confirm the suggested appointment for the Schneider order(s) below and include any required appointment references. To accept the "Suggested Appt Start/End," please put Y/Yes in the column labeled "Confirm Appointment (Y/N)". If the appointment does not work for you, please put N/No in the column labeled "Confirm Appointment (Y/N)" and provide an "Alternative Suggestion" and we will respond with confirmation.

| Order Id | Stop Type | Suggested Appt Start DTTM | Suggested Appt End DTTM | Additional Information | Confirm Appointment (Y/N) | Alternative Suggestion | Appointment Reference | Master Bill of Lading | Purchase Order |
|---|---|---|---|---|---|---|---|---|---|
| 2044392780 | Delivery | 01/10/23 06:00 AM | 01/10/23 06:00 AM | | | | | MVDP7114450 | |

Thank you,
Cody Kinley
For Schneider internal use only: correlation-key=2337479-6130818627475429445-1939457810836706923

Appointment requests not responded to, or confirmed outside of the requested times, may be subject to additional fees to include ramp storage, trailer detention, or redelivery fees, based on your specific agreement with Schneider. The information contained in this email message may be privileged, confidential and protected from disclosure, and no waiver of any privilege is intended. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this email message in error, please email the sender and delete all copies.

*This message is confidential and may be legally privileged or otherwise protected from disclosure. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system; you must not copy or disclose the contents of this message or any attachment to any other person. Copyright in documents created by or on behalf of this firm remains vested in the firm, and we assert our moral rights.*

**Please, think about environment before printing this e-mail**

EXHIBIT
2
Laura Crossen
9/8/2025

**Falk, Turner N.**

| | |
|---|---|
| **From:** | Chad Taylor </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP /CN=RECIPIENTS/CN=C19789E09D9D47B78CD801E875CE9098-CHAD TAYLOR> on behalf of Chad Taylor <chad.taylor@buybuybaby.com> |
| **Sent:** | Tuesday, January 10, 2023 2:54 PM |
| **To:** | Christina Dibella |
| **Cc:** | Heather Hatfield; Erika Christiansen |
| **Subject:** | RE: BBB - PO on hold - ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD. |

Yes, there is a $1.2M payment we have requested for Caben/Artsana Asia. Still no confirmation of processing date.

**From:** Christina Dibella <Christina.DiBella@buybuybaby.com>
**Sent:** Tuesday, January 10, 2023 2:47 PM
**To:** Chad Taylor <chad.taylor@buybuybaby.com>
**Cc:** Heather Hatfield <Heather.Hatfield@buybuybaby.com>; Erika Christiansen <ERIKA.Christiansen@buybuybaby.com>
**Subject:** RE: BBB - PO on hold - ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD.

@Chad Taylor can you answer the below question?

## Chrissy DiBella

Manager of Category Management, Gear
christina.dibella@buybuybaby.com
t: 908.855.2712

welcome to parenthood™
buybuy BABY

**From:** Josh Pahl <Josh.Pahl@artsana.com>
**Sent:** Tuesday, January 10, 2023 1:25 PM
**To:** Christina Dibella <Christina.DiBella@buybuybaby.com>
**Cc:** Heather Hatfield <Heather.Hatfield@buybuybaby.com>; Erika Christiansen <ERIKA.Christiansen@buybuybaby.com>
**Subject:** RE: BBB - PO on hold - ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD.

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Is the below $1.2M in addition to the payments we received yesterday for the domestic portion of the business?  The past due $2M is tied directly to the 46718 DI vendor number.

Please let me know.

Thanks

**From:** Christina Dibella <Christina.DiBella@buybuybaby.com>
**Sent:** Tuesday, January 10, 2023 12:39 PM
**To:** Josh Pahl <Josh.Pahl@artsana.com>

1

**Cc:** Heather Hatfield <Heather.Hatfield@buybuybaby.com>; Erika Christiansen <ERIKA.Christiansen@buybuybaby.com>
**Subject:** RE: BBB - PO on hold - ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD.

**EXTERNAL EMAIL** - Prestare attenzione a eventuali collegamenti o allegati - Be careful with links or attachments

We have heard $1.2M is to be paid early this week.  We'll keep following up on that until it happens.

## Chrissy DiBella

Manager of Category Management, Gear
christina.dibella@buybuybaby.com
t: 908.855.2712

welcome to parenthood™
buybuy BABY

---

**From:** Josh Pahl <Josh.Pahl@artsana.com>
**Sent:** Tuesday, January 10, 2023 12:34 PM
**To:** Christina Dibella <Christina.DiBella@buybuybaby.com>
**Cc:** Heather Hatfield <Heather.Hatfield@buybuybaby.com>; Erika Christiansen <ERIKA.Christiansen@buybuybaby.com>
**Subject:** RE: BBB - PO on hold - ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD.

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Chrissy,

Can you please provide an update on the outstanding $2m payment?  There is another $1m that comes due at the end of next week bumping the total to $3m.

Possible to let me know by EOD?

Thanks,
Josh

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: Josh Pahl <Josh.Pahl@artsana.com>
Date: 1/9/23 10:57 AM (GMT-05:00)
To: Christina Dibella <Christina.DiBella@buybuybaby.com>
Cc: Heather Hatfield <Heather.Hatfield@buybuybaby.com>, Erika Christiansen <ERIKA.Christiansen@buybuybaby.com>
Subject: RE: BBB - PO on hold - ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD.

Chrissy,

2

There is a total of $5.2m open for direct import and **$2.0m** is now past due.  Can you advise when we will receive the past due payment of $2.0M?

---

**From:** Christina Dibella <Christina.DiBella@buybuybaby.com>
**Sent:** Monday, January 9, 2023 10:04 AM
**To:** Josh Pahl <Josh.Pahl@artsana.com>
**Cc:** Heather Hatfield <Heather.Hatfield@buybuybaby.com>; Erika Christiansen <ERIKA.Christiansen@buybuybaby.com>
**Subject:** RE: BBB - PO on hold - ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD.

**EXTERNAL EMAIL** - Prestare attenzione a eventuali collegamenti o allegati - Be careful with links or attachments

Josh can you shed some light here?  How much are you showing as past due?

## Chrissy DiBella

Manager of Category Management, Gear
christina.dibella@buybuybaby.com
t: 908.855.2712

welcome to parenthood™
buybuy BABY

---

**From:** Jennifer Turetsky <Jennifer.Turetsky@bedbath.com>
**Sent:** Monday, January 9, 2023 10:02 AM
**To:** Rita Shippee <Rita.Shippee@us.yusen-logistics.com>; Christina Dibella <Christina.DiBella@buybuybaby.com>; Heather Hatfield <Heather.Hatfield@buybuybaby.com>; Erika Christiansen <ERIKA.Christiansen@buybuybaby.com>
**Subject:** RE: BBB - PO on hold - ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD.

@Lindsey Marden@Christina Dibella@Heather Hatfield@Erika Christiansen Yusen informed us that Artsana is holding PO's due to payment issues.  Are we on hold for overdue payments or negotiating new payment terms?  Can you please find our their lead time for shipping once payments are resolved.  Thank you.

---

**From:** Rita Shippee <Rita.Shippee@us.yusen-logistics.com>
**Sent:** Monday, January 9, 2023 8:57 AM
**To:** Paul Pastor <Paul.Pastor@bedbath.com>; Jennifer Turetsky <Jennifer.Turetsky@bedbath.com>; Gregory Cooke <Gregory.Cooke@bedbath.com>; Timothy Stroever <Timothy.Stroever@bedbath.com>
**Cc:** Ian Pinchuk <Ian.Pinchuk@bedbath.com>; Laurie Staugaitis <laurie.staugaitis@us.yusen-logistics.com>; Seweryn Soban <seweryn.soban@bedbath.com>
**Subject:** RE: BBB - PO on hold - ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD.

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hi Paul,

Noted.

3



*Best rega*
*Rita*

Rita Shippee  I  Client Management Specialist  I  Client Management & Operations  I  Order Management  I  Supply Chain Solutions
**Yusen Logistics (Americas) Inc.  I**  300 Lighting Way, 6th Floor  I  Secaucus, NJ 07094
C: 774.281.5043  I  E: Rita.Shippee@us.Yusen-Logistics.com  I  W:  www.yusen-logistics.com



---

**From:** Paul Pastor <Paul.Pastor@bedbath.com>
**Sent:** Monday, January 9, 2023 8:55 AM
**To:** Rita Shippee <Rita.Shippee@us.yusen-logistics.com>; Jennifer Turetsky <Jennifer.Turetsky@bedbath.com>; Gregory Cooke <Gregory.Cooke@bedbath.com>; Timothy Stroever <Timothy.Stroever@bedbath.com>
**Cc:** Ian Pinchuk <Ian.Pinchuk@bedbath.com>; Laurie Staugaitis <laurie.staugaitis@us.yusen-logistics.com>; Seweryn Soban <seweryn.soban@bedbath.com>
**Subject:** RE: BBB - PO on hold - ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD.

Rita if there are charges we should try to push back on vendor.  Thanks

---

**From:** Rita Shippee <Rita.Shippee@us.yusen-logistics.com>
**Sent:** Monday, January 9, 2023 8:54 AM
**To:** Paul Pastor <Paul.Pastor@bedbath.com>; Jennifer Turetsky <Jennifer.Turetsky@bedbath.com>; Gregory Cooke <Gregory.Cooke@bedbath.com>; Timothy Stroever <Timothy.Stroever@bedbath.com>
**Cc:** Ian Pinchuk <Ian.Pinchuk@bedbath.com>; Laurie Staugaitis <laurie.staugaitis@us.yusen-logistics.com>; Seweryn Soban <seweryn.soban@bedbath.com>
**Subject:** RE: BBB - PO on hold - ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD.

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hi Paul,

It was not mentioned, but I'll check and let you know.

Thanks.

*Best regards,*
*Rita*

Rita Shippee  I  Client Management Specialist  I  Client Management & Operations  I  Order Management  I  Supply Chain Solutions
**Yusen Logistics (Americas) Inc.  I**  300 Lighting Way, 6th Floor  I  Secaucus, NJ 07094
C: 774.281.5043  I  E: Rita.Shippee@us.Yusen-Logistics.com  I  W:  www.yusen-logistics.com

4



**From:** Paul Pastor <Paul.Pastor@bedbath.com>
**Sent:** Monday, January 9, 2023 8:49 AM
**To:** Rita Shippee <Rita.Shippee@us.yusen-logistics.com>; Jennifer Turetsky <Jennifer.Turetsky@bedbath.com>; Gregory Cooke <Gregory.Cooke@bedbath.com>; Timothy Stroever <Timothy.Stroever@bedbath.com>
**Cc:** Ian Pinchuk <Ian.Pinchuk@bedbath.com>; Laurie Staugaitis <laurie.staugaitis@us.yusen-logistics.com>; Seweryn Soban <seweryn.soban@bedbath.com>
**Subject:** RE: BBB - PO on hold - ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD.

Thanks Rita, 3 of the orders have booking numbers

Any concern with charges from carrier?

| VENDOR NAME | P.O. # | PO STATUS | PORT OF LADING | PORT OF DISCHARGE | DC | |
|---|---|---|---|---|---|---|
| ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD. | NX5M2RQ | Planned to Ship | YANTIAN | LOS ANGELES, CA | 3601 IMPORTS/SOUTHWEST | |
| ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD. | NX5M2RT | Planned to Ship | YANTIAN | LOS ANGELES, CA | 3601 IMPORTS/SOUTHWEST | |
| ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD. | NX5M2RM | Planned to Ship | YANTIAN | LOS ANGELES, CA | 3601 IMPORTS/SOUTHWEST | |
| ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD. | NX5M2RS | Planned to Ship | YANTIAN | NEWARK, NJ | 1590 NE IMPORT TRANSLOAD VIRT | |
| ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD. | NX5M2RU | Planned to Ship | YANTIAN | SAVANNAH, GA | 3666 IMPORTS/SOUTHEAST | |
| ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD. | NX5M2RP | Planned to Ship | YANTIAN | NEWARK, NJ | 1590 NE IMPORT TRANSLOAD VIRT | |
| ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD. | NX5M2RR | Planned to Ship | YANTIAN | SAVANNAH, GA | 3666 IMPORTS/SOUTHEAST | |
| ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD. | NX5M2RY | Planned to Ship | YANTIAN | NEWARK, NJ | 1590 NE IMPORT TRANSLOAD VIRT | |
| ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD. | NX5M2RZ | Planned to Ship | YANTIAN | LOS ANGELES, CA | 3601 IMPORTS/SOUTHWEST | |
| ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD. | NX5M2SA | Planned to Ship | YANTIAN | SAVANNAH, GA | 3666 IMPORTS/SOUTHEAST | |

**From:** Rita Shippee <Rita.Shippee@us.yusen-logistics.com>
**Sent:** Monday, January 9, 2023 8:00 AM
**To:** Jennifer Turetsky <Jennifer.Turetsky@bedbath.com>; Gregory Cooke <Gregory.Cooke@bedbath.com>; Timothy Stroever <Timothy.Stroever@bedbath.com>; Paul Pastor <Paul.Pastor@bedbath.com>
**Cc:** Ian Pinchuk <Ian.Pinchuk@bedbath.com>; Laurie Staugaitis <laurie.staugaitis@us.yusen-logistics.com>; Seweryn Soban <seweryn.soban@bedbath.com>
**Subject:** BBB - PO on hold - ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD.

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Good morning,

The vendor is holding the below po's due to payment issues.

Please keep us posted with any updates on these po's.

Thank you.

| VENDOR NAME | P.O. # | BUYER NAME | DEP |
|---|---|---|---|
| ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD. | NX5M2RM | CHRISTINA DIBELLA | 88 |
| ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD. | NX5M2RT | CHRISTINA DIBELLA | 88 |
| ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD. | NX5M2RQ | CHRISTINA DIBELLA | 88 |
| ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD. | NX5M2RY | CHRISTINA DIBELLA | 88 |
| ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD. | NX5M2RZ | CHRISTINA DIBELLA | 88 |
| ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD. | NX5M2SA | CHRISTINA DIBELLA | 88 |

| VENDOR NAME | P.O. # | PORT OF LADING | PORT DISCH |
|---|---|---|---|
| ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD. | NX5M2RS | YANTIAN | NEWA |
| ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD. | NX5M2RU | YANTIAN | SAVA |
| ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD. | NX5M2RP | YANTIAN | NEWA |
| ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD. | NX5M2RR | YANTIAN | SAVA |



Best regards,
Rita

Rita Shippee  I  Client Management Specialist  I  Client Management & Operations  I  Order Management  I  Supply Chain Solutions

**Yusen Logistics (Americas) Inc.  I** 300 Lighting Way, 6th Floor  I  Secaucus, NJ 07094
C: 774.281.5043  I  E: Rita.Shippee@us.Yusen-Logistics.com  I  W: www.yusen-logistics.com



*This message is confidential and may be legally privileged or otherwise protected from disclosure. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system; you must not copy or disclose the contents of this message or any attachment to any other person. Copyright in documents created by or on behalf of this firm remains vested in the firm, and we assert our moral rights.*

 **Please, think about environment before printing this e-mail**

*This message is confidential and may be legally privileged or otherwise protected from disclosure. If you are not the intended recipient, please telephone or*

email the sender and delete this message and any attachment from your system; you must not copy or disclose the contents of this message or any attachment to any other person. Copyright in documents created by or on behalf of this firm remains vested in the firm, and we assert our moral rights.

**Please, think about environment before printing this e-mail**

**Please, think about environment before printing this e-mail**

EXHIBIT
4
Laura Crossen
9/8/2025

## Falk, Turner N.

| | |
|---|---|
| **From:** | Amanda Plasterer <Amanda.Plasterer@artsana.com> |
| **Sent:** | Monday, November 14, 2022 9:08 AM |
| **To:** | Brian Cashman; Steve McLaughlin |
| **Cc:** | Josh Pahl; Steve Rubin; Greg Obetz |
| **Subject:** | RE: Buy Buy Baby Aging |

Hello Brian,

Following up from below.

Our current past due for domestic is $228,096. For Import, it is $627,492. Can you tell us when next payments will be going out?

Thank you,

**Amanda Plasterer**
Staff Accountant
Chicco USA │ Artsana USA
1826 William Penn Way │ Lancaster, PA 17601
p 717-517-5823 │ f 717-735-0888 │ chiccousa.com

---

**From:** Amanda Plasterer
**Sent:** Thursday, November 10, 2022 10:28 AM
**To:** Brian Cashman ; Steve McLaughlin
**Cc:** Josh Pahl ; Steve Rubin ; Greg Obetz
**Subject:** RE: Buy Buy Baby Aging

Good Morning Brian,

We see there was a payment posted in the portal today for $358K. With that payment factored in, the current past due balance for domestic is $100,682. For import, the past due balance is $180,010.

Thank you,

**Amanda Plasterer**
Staff Accountant
Chicco USA │ Artsana USA
1826 William Penn Way │ Lancaster, PA 17601
p 717-517-5823 │ f 717-735-0888 │ chiccousa.com

---

**From:** Brian Cashman <bcashman@thinkbrg.com>
**Sent:** Monday, October 31, 2022 1:28 PM
**To:** Steve McLaughlin <Steve.McLaughlin@artsana.com>
**Cc:** Josh Pahl <Josh.Pahl@artsana.com>; Steve Rubin <Steve.Rubin@artsana.com>; Amanda Plasterer <Amanda.Plasterer@artsana.com>; Greg Obetz <Greg.Obetz@artsana.com>
**Subject:** Re: Buy Buy Baby Aging

**EXTERNAL EMAIL** - *Prestare attenzione a eventuali collegamenti o allegati - Be careful with links or attachments*

Steve,

A payment of $761k was issued this morning. I can get you the exact amount in a bit but wanted to pass this along. Is this the payment amount you were expecting to avoid any delay in shipping?

Brian

---

**From:** Steve McLaughlin <Steve.McLaughlin@artsana.com>
**Sent:** Monday, October 31, 2022 9:16:43 AM
**To:** Brian Cashman <bcashman@thinkbrg.com>
**Cc:** Josh Pahl <Josh.Pahl@artsana.com>; Steve Rubin <Steve.Rubin@artsana.com>; Amanda Plasterer <Amanda.Plasterer@artsana.com>; Greg Obetz <Greg.Obetz@artsana.com>
**Subject:** [EXT] RE: Buy Buy Baby Aging

Good morning, Brian. Following up on below – we have payables over a month behind and we will be evaluating releasing shipments this week.

Thanks for your reply.
Steve

**Steve McLaughlin**
Vice President of Sales

Chicco USA │ Artsana USA

1826 William Penn Way │ Lancaster, PA 17601

p 717-735-6200 │ f 717-735-0888 │ chiccousa.com



**From:** Steve McLaughlin
**Sent:** Friday, October 28, 2022 9:47 AM
**To:** Brian Cashman <bcashman@thinkbrg.com>
**Cc:** Josh Pahl <Josh.Pahl@artsana.com>; Steve Rubin <Steve.Rubin@artsana.com>; Amanda Plasterer <Amanda.Plasterer@artsana.com>; Greg Obetz <Greg.Obetz@artsana.com>
**Subject:** Buy Buy Baby Aging

Good morning, Brian.

I wanted to check in on status of aging payables. See below and attached from Amanda in our finance dept. We typically see payments on Friday, and nothing is showing in portal.

2

Please advise.

Thanks
Steve

**Steve McLaughlin**
Vice President of Sales

Chicco USA │ Artsana USA

1826 William Penn Way │ Lancaster, PA 17601

p 717-735-6200 │ f 717-735-0888 │ chiccousa.com



**From:** Amanda Plasterer <Amanda.Plasterer@artsana.com>
**Sent:** Friday, October 28, 2022 8:12 AM
**To:** Steve McLaughlin <Steve.McLaughlin@artsana.com>; Steve Rubin <Steve.Rubin@artsana.com>; Josh Pahl <Josh.Pahl@artsana.com>; Greg Obetz <Greg.Obetz@artsana.com>
**Subject:** RE: Buy Buy Baby Aging

I just checked the Buy Buy portal, there are no payments showing (typically you can see payments on Friday's).

Here is the updated aging. There is $670K due now for domestic.

Also, caben is asking about $638K they are seeing in Nexus but isn't released. Both agings are in the attached file.

Thank you,

**Amanda Plasterer**
Staff Accountant
Chicco USA │ Artsana USA
1826 William Penn Way │ Lancaster, PA 17601
p 717-517-5823 │ f 717-735-0888 │ chiccousa.com

*This message is confidential and may be legally privileged or otherwise protected from disclosure. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system; you must not copy or disclose the contents of this message or any attachment to any other person. Copyright in documents created by or on behalf of this firm remains vested in the firm, and we assert our moral rights.*

**Please, think about environment before printing this e-mail**

BERKELEY RESEARCH GROUP, LLC (TOGETHER WITH ITS AFFILIATES, "BRG") - NOTICE
THIS EMAIL TRANSMISSION AND ANY ATTACHMENTS HERETO CONTAIN INFORMATION FROM BRG WHICH MAY BE CONFIDENTIAL AND PRIVILEGED. THE INFORMATION IS INTENDED FOR THE SOLE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT, YOUR USE, DISSEMINATION, FORWARDING, PRINTING OR COPYING OF THIS INFORMATION IS PROHIBITED.

TAX ADVICE DISCLOSURE
ANY TAX ADVICE CONTAINED IN THIS COMMUNICATION (INCLUDING ANY ATTACHMENTS) IS NOT INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, FOR THE PURPOSE OF (I) AVOIDING PENALTIES UNDER THE INTERNAL REVENUE CODE OR (II) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TRANSACTION OR MATTER ADDRESSED HEREIN.

BRG IS (I) NOT A LAW FIRM AND DOES NOT PROVIDE LEGAL ADVICE AND (II) NOT A CPA FIRM AND DOES NOT PROVIDE AUDIT, ATTEST OR PUBLIC ACCOUNTING SERVICES.

EXHIBIT
5
Laura Crossen
9/8/2025

## Falk, Turner N.

| | |
|---|---|
| **From:** | Steve McLaughlin <IMCEAEX-_o=ExchangeLabs_ou=Exchange+20Administrative+20Group+20+28FYDIBOHF23SPDLT+29_cn=Recipients_cn=58e11f0bd91a4de68b884de3ea85b487-Steve+20McLau@EURP251.PROD.OUTLOOK.COM> |
| **Sent:** | Wednesday, January 4, 2023 11:10 AM |
| **To:** | Chad Taylor |
| **Cc:** | Josh Pahl |
| **Subject:** | FW: Buy Buy Aging |

Chad – Happy New Year. Can you please assist in pushing the finance team on communication. Our team has seemed to have lost contact with BRG team and our HQ is pressuring stop ship.

Many Thanks for any assistance – trail below for your review.

Thanks,
Steve

**Steve McLaughlin**
Vice President of Sales

Chicco USA │ Artsana USA

1826 William Penn Way │ Lancaster, PA 17601

p 717-735-6200 │ f 717-735-0888 │ chiccousa.com



---

**From:** Amanda Plasterer
**Sent:** Tuesday, January 3, 2023 11:49 AM
**To:** Greg Obetz ; Brian Cashman ; John Dery
**Cc:** Steve Rubin ; Steve McLaughlin ; Josh Pahl
**Subject:** RE: Buy Buy Aging

Hello John and Brian,

As of today, total due for Domestic is $287,903. Total due for Import is $750,041.

Thank you,

**Amanda Plasterer**
Staff Accountant
Chicco USA │ Artsana USA
1826 William Penn Way │ Lancaster, PA 17601
p 717-517-5823 │ f 717-735-0888 │ chiccousa.com

1

**From:** Greg Obetz <Greg.Obetz@artsana.com>
**Sent:** Tuesday, January 3, 2023 10:45 AM
**To:** Brian Cashman <bcashman@thinkbrg.com>; John Dery <john.dery@bedbath.com>
**Cc:** Amanda Plasterer <Amanda.Plasterer@artsana.com>; Steve Rubin <Steve.Rubin@artsana.com>; Steve McLaughlin <Steve.McLaughlin@artsana.com>; Josh Pahl <Josh.Pahl@artsana.com>
**Subject:** RE: Buy Buy Aging


Hi John and Brian,

Please give me an update. We have not been paid in over two weeks. When will we (both Artsana USA and Caben) receive our next payment?

Regards,

Greg

**Greg Obetz**
Controller

Chicco USA │ Artsana USA

1826 William Penn Way │ Lancaster, PA 17601

p 717-735-6200 │ f 717-735-0888 │ chiccousa.com





The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer

**From:** Greg Obetz
**Sent:** Wednesday, December 28, 2022 9:24 AM
**To:** Brian Cashman <bcashman@thinkbrg.com>; John Dery <john.dery@bedbath.com>
**Cc:** Amanda Plasterer <Amanda.Plasterer@artsana.com>; Steve Rubin <Steve.Rubin@artsana.com>; Steve McLaughlin <Steve.McLaughlin@artsana.com>; Josh Pahl <Josh.Pahl@artsana.com>
**Subject:** RE: Buy Buy Aging

Hi John,

Please see below. Can you give me any update on a payment to Artsana USA or Caben Asia Pacific?

Regards,

Greg

---

**From:** Brian Cashman <bcashman@thinkbrg.com>
**Sent:** Wednesday, December 28, 2022 9:22 AM
**To:** Greg Obetz <Greg.Obetz@artsana.com>; John Dery <john.dery@bedbath.com>
**Cc:** Amanda Plasterer <Amanda.Plasterer@artsana.com>; Steve Rubin <Steve.Rubin@artsana.com>; Steve McLaughlin <Steve.McLaughlin@artsana.com>; Josh Pahl <Josh.Pahl@artsana.com>
**Subject:** Re: Buy Buy Aging

**EXTERNAL EMAIL** - Prestare attenzione a eventuali collegamenti o allegati - Be careful with links or attachments

Greg,

Please work with John Dery going forward on status of payments. Thank you.

---

**From:** Greg Obetz <Greg.Obetz@artsana.com>
**Sent:** Wednesday, December 28, 2022 8:56:15 AM
**To:** Brian Cashman <bcashman@thinkbrg.com>
**Cc:** Amanda Plasterer <Amanda.Plasterer@artsana.com>; Steve Rubin <Steve.Rubin@artsana.com>; Steve McLaughlin <Steve.McLaughlin@artsana.com>; Josh Pahl <Josh.Pahl@artsana.com>
**Subject:** [EXT] RE: Buy Buy Aging

Dear Brian,

Do you have any update on this? We still not received a payment from Buy Buy Baby since the previous email.

Also, our sister company Caben Asia Pacific is asking about payment as well. Do you have any update on a payment to us (Artsana USA) or Caben?

Thanks,
Greg

**Greg Obetz**

Controller

Chicco USA │ Artsana USA

1826 William Penn Way │ Lancaster, PA 17601

p 717-735-6200 │ f 717-735-0888 │ chiccousa.com





The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer

**From:** Greg Obetz
**Sent:** Monday, December 19, 2022 9:00 AM
**To:** bcashman@thinkbrg.com
**Cc:** Amanda Plasterer <Amanda.Plasterer@artsana.com>; Steve Rubin <Steve.Rubin@artsana.com>; Steve McLaughlin <Steve.McLaughlin@artsana.com>; Josh Pahl <Josh.Pahl@artsana.com>
**Subject:** FW: Buy Buy Agingq

Dear Brian,

We have over $200k that is now past due from Buy Buy Baby. Can you please tell us if there is a payment coming soon to pay for these past due invoices?

Regards,
Greg

**Greg Obetz**
Controller

Chicco USA │ Artsana USA

1826 William Penn Way │ Lancaster, PA 17601

p 717-735-6200 │ f 717-735-0888 │ chiccousa.com





The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer

**From:** Amanda Plasterer <Amanda.Plasterer@artsana.com>
**Sent:** Monday, December 19, 2022 8:55 AM
**To:** Steve McLaughlin <Steve.McLaughlin@artsana.com>; Steve Rubin <Steve.Rubin@artsana.com>; Josh Pahl <Josh.Pahl@artsana.com>; Greg Obetz <Greg.Obetz@artsana.com>
**Subject:** Buy Buy Agingq

**Amanda Plasterer**
Staff Accountant

Chicco USA │ Artsana USA
1826 William Penn Way │ Lancaster, PA 17601
p 717-517-5823 │ f 717-735-0888 │ chiccousa.com





The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer

*This message is confidential and may be legally privileged or otherwise protected from disclosure. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system; you must not copy or disclose the contents of this message or any attachment to any other person. Copyright in documents created by or on behalf of this firm remains vested in the firm, and we assert our moral rights.*

**Please, think about environment before printing this e-mail**

**BERKELEY RESEARCH GROUP, LLC (TOGETHER WITH ITS AFFILIATES, "BRG") - NOTICE**
THIS EMAIL TRANSMISSION AND ANY ATTACHMENTS HERETO CONTAIN INFORMATION FROM BRG WHICH MAY BE CONFIDENTIAL AND PRIVILEGED. THE INFORMATION IS INTENDED FOR THE SOLE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT, YOUR USE, DISSEMINATION, FORWARDING, PRINTING OR COPYING OF THIS INFORMATION IS PROHIBITED.

**TAX ADVICE DISCLOSURE**
ANY TAX ADVICE CONTAINED IN THIS COMMUNICATION (INCLUDING ANY ATTACHMENTS) IS NOT INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, FOR THE PURPOSE OF (I) AVOIDING PENALTIES UNDER THE INTERNAL REVENUE CODE OR (II) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TRANSACTION OR MATTER ADDRESSED HEREIN.

BRG IS (I) NOT A LAW FIRM AND DOES NOT PROVIDE LEGAL ADVICE AND (II) NOT A CPA FIRM AND DOES NOT PROVIDE AUDIT, ATTEST OR PUBLIC ACCOUNTING SERVICES.

EXHIBIT
6
Laura Crossen
9/8/2025

## Falk, Turner N.

| | |
|---|---|
| **From:** | Jane Wang <Jane.Wang@artsana.com> |
| **Sent:** | Sunday, January 8, 2023 11:28 PM |
| **To:** | Steve Rubin; Steve McLaughlin; Pietro Colombo; Patrick Smith; Shirleen He; Tom Gwiazdowski |
| **Cc:** | Yammy Wong; Shandi Wong; Anna Chan; Nicole Wang; Marco Ottolini |
| **Subject:** | RE: DI USA - JAN 2023 BBB Urgent |
| **Attachments:** | BBB urgent - 01 2023 shipments and shifts - 09-01.xlsx |

Dear Steve, dear Pietro,
Attached the updates for BBB orders (sheet 1) :

- Part 1 – those were shipped out, we can't stop in origin port, if needed, could you pls check any possibility to change the consignee to Artsana USA (instead of BBB in the B/L) so Artsana USA could take those containers when arrival in destination port?
- Part 2 – goods are ready in factory, we've cancelled the loading and on-hold, we'll wait for USA team's further instruction what to do in the following,
- Part 3 – BBB blanket orders with goods ready in Apr & Jun, pls adv if to switch to other customers?
- No more outstanding orders for BBB except for above mentioned,

Thank you,
Jane

## Already shipped, can't hold in origin port

| ustom | SC | PO# | ITEM# | Description | SC date | Qty | Ext Value | Up |
|---|---|---|---|---|---|---|---|---|
| BUY BU | 1160137555 | NX5L4DG | 00079632920070 | BRAVO TRIO TRAVEL SYSTEM CAMDEN USA | 02/01/2023 | 329 | 78,611 | Al |
| BUY BU | 1160138469 | NX5M2RE | 00079632920070 | BRAVO TRIO TRAVEL SYSTEM CAMDEN USA | 03/01/2023 | 329 | 78,611 | Al |
| BUY BU | 1160138470 | NX5M2RF | 00079632920070 | BRAVO TRIO TRAVEL SYSTEM CAMDEN USA | 03/01/2023 | 658 | 157,223 | Al |
| BUY BU | 1160138472 | NX5M2RG | 00079632920070 | BRAVO TRIO TRAVEL SYSTEM CAMDEN USA | 03/01/2023 | 329 | 78,611 | Al |
| BUY BU | 1160138475 | NX5M2RN | 05079563770070 | CORSO LE TRAVEL SYSTEM HAMPTON USA | 10/01/2023 | 279 | 89,389 | Al |
| BUY BU | 1160138487 | NX5M2RL | 05079563770070 | CORSO LE TRAVEL SYSTEM HAMPTON USA | 10/01/2023 | 279 | 89,389 | Al |
| | | | | | Sub total | 2,203 | 571,834 | |

## Already On-hold to ship, goods ready in factory and waitng for USA team to adv what to do

| ustom | SC | PO# | ITEM# | Description | SC date | Qty | Ext Value | Up |
|---|---|---|---|---|---|---|---|---|
| BUY BU | 1160138474 | NX5M2RM | 05079563770070 | CORSO LE TRAVEL SYSTEM HAMPTON USA | 10/01/2023 | 558 | 178,778 | On |
| BUY BU | 1160138463 | NX5M2RP | 04079682330070 | BRAVO PRIMO TRIO T.SYSTEM SPRINGHILL US | 17/01/2023 | 279 | 94,637 | On |
| BUY BU | 1160138465 | NX5M2RQ | 04079682330070 | BRAVO PRIMO TRIO T.SYSTEM SPRINGHILL US | 17/01/2023 | 558 | 189,274 | On |
| BUY BU | 1160138467 | NX5M2RR | 04079682330070 | BRAVO PRIMO TRIO T.SYSTEM SPRINGHILL US | 17/01/2023 | 279 | 94,637 | On |
| BUY BU | 1160138478 | NX5M2RS | 06079625780070 | KEYFIT 35 BABY CAR SEAT ELEMENT USA | 18/01/2023 | 448 | 63,737 | On |
| BUY BU | 1160138479 | NX5M2RT | 06079625780070 | KEYFIT 35 BABY CAR SEAT ELEMENT USA | 18/01/2023 | 896 | 127,474 | On |
| BUY BU | 1160138480 | NX5M2RU | 06079625780070 | KEYFIT 35 BABY CAR SEAT ELEMENT USA | 18/01/2023 | 448 | 63,737 | On |
| BUY BU | 1160138468 | NX5M2RY | 00079632920070 | BRAVO TRIO TRAVEL SYSTEM CAMDEN USA | 24/01/2023 | 329 | 78,611 | On |
| BUY BU | 1160138471 | NX5M2RZ | 00079632920070 | BRAVO TRIO TRAVEL SYSTEM CAMDEN USA | 24/01/2023 | 658 | 157,223 | On |
| BUY BU | 1160138473 | NX5M2SA | 00079632920070 | BRAVO TRIO TRAVEL SYSTEM CAMDEN USA | 24/01/2023 | 329 | 78,611 | On |
| | | | | | Sub total | 4,782 | 1,126,718 | |

## BBB Blanket orders, goods ready date in Apr & Jun, pls adv if on-hold production or not?

| ustom | SC | PO# | ITEM# | Description | Goods rea | Qty | Ext Value | Up |
|---|---|---|---|---|---|---|---|---|
| BUY BU | 502202482 | | 05087002560070 | KEYFIT 30 CLEARTEX B.CAR SEAT PEWTER USA | 01/06/2023 | 575 | | BB |
| BUY BU | 502206893 | | 07079734270070 | MYFIT CLEARTEX BABY CAR SEAT SHADOW USA | 06/04/2023 | 1,116 | | BB |
| BUY BU | 502207947 | | 05079560650070 | MYFIT ZIP BABY CAR SEAT GRANITE USA | 06/04/2023 | 1,116 | | BB |
| BUY BU | 502207947 | | 06079625780070 | KEYFIT 35 BABY CAR SEAT ELEMENT USA | 06/04/2023 | 1,344 | | BB |
| BUY BU | 502300044 | | 04079682330070 | BRAVO PRIMO TRIO T.SYSTEM SPRINGHILL US | 28/04/2023 | 3,348 | | BB |
| | | | | | Sub total | 7,499 | | |

**From:** Steve Rubin
**Sent:** 07 January 2023 22:59
**To:** Jane Wang ; Steve McLaughlin ; Pietro Colombo ; Patrick Smith ; Shirleen He ; Tom Gwiazdowski
**Cc:** Yammy Wong ; Shandi Wong ; Anna Chan
**Subject:** RE: DI USA - JAN 2023 BBB Urgent

Jane and Caben Team,

Unfortunately we need to ask you to halt/stop shipping all the Buy Buy Baby orders.

Please do whatever you can to hold the remaing shipments.

Until we find out further information about their financial status we will not be shipping.

Please follow up with us to let us know the status of the remaining shipments.

2

Any question please ask.

Steve Rubin

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: Jane Wang <Jane.Wang@artsana.com>
Date: 1/5/23 5:48 AM (GMT-05:00)
To: Steve Rubin <Steve.Rubin@artsana.com>, Steve McLaughlin <Steve.McLaughlin@artsana.com>, Pietro Colombo <Pietro.Colombo@artsana.com>, Greg Obetz <Greg.Obetz@artsana.com>, Amanda Plasterer <Amanda.Plasterer@artsana.com>, Sandy Storm <Sandy.Storm@artsana.com>, Patrick Smith <patrick.smith@artsana.com>
Cc: Yammy Wong <yammy.wong@artsana.com>, Shandi Wong <Shandi.Wong@artsana.com>, Anna Chan <anna.chan@artsana.com>
Subject: DI USA - JAN 2023

Dear all,
As attached the update for JAN orders FYI, thank you,

| DI USA - V1 JAN 2023 | Sum of Ext Value |
|---|---|
| awaiting the SO from the forwarder | 2,577,349 |
| AMAZON.COM | 626,675 |
| BUY BUY BABY INC | 631,193 |
| EI BRAND MANAGEMENT | 56,143 |
| Target Global Sourci | 973,311 |
| WAL-MART.COM | 290,028 |
| Invoiced in Jan 2023 | 626,900 |
| BUY BUY BABY INC | 393,056 |
| EI BRAND MANAGEMENT | 27,300 |
| Target Global Sourci | 165,559 |
| WAL-MART.COM | 40,986 |
| NO issue to invoice in Jan 2023 | 4,728,961 |
| AMAZON.COM | 2,271,512 |
| BUY BUY BABY INC | 674,303 |
| EI BRAND MANAGEMENT | 48,828 |
| Target Global Sourci | 1,462,210 |
| WAL-MART.COM | 272,109 |
| Grand Total | 7,933,211 |

3

EXHIBIT
7
Laura Crossen
9/8/2025

## Falk, Turner N.

| | |
|---|---|
| **From:** | Steve McLaughlin <IMCEAEX-_o=ExchangeLabs_ou=Exchange+20Administrative+20Group+20+28FYDIBOHF23SPDLT+29_cn=Recipients_cn=58e11f0bd91a4de68b884de3ea85b487-Steve+20McLau@EURP251.PROD.OUTLOOK.COM> |
| **Sent:** | Friday, February 24, 2023 11:59 AM |
| **To:** | Josh Pahl; Tom Gwiazdowski; Greg Obetz; Steve Rubin |
| **Subject:** | RE: This Week's Order and Payment |

Great, thanks for the update.

**Steve McLaughlin**
Vice President of Sales

Chicco USA │ Artsana USA

1826 William Penn Way │ Lancaster, PA 17601

p 717-735-6200 │ f 717-735-0888 │ chiccousa.com



**From:** Josh Pahl
**Sent:** Friday, February 24, 2023 11:59 AM
**To:** Steve McLaughlin ; Tom Gwiazdowski ; Greg Obetz ; Steve Rubin
**Subject:** RE: This Week's Order and Payment

I just heard from Chrissy again and Heather is writing the order today

**From:** Steve McLaughlin <Steve.McLaughlin@artsana.com>
**Sent:** Friday, February 24, 2023 10:57 AM
**To:** Tom Gwiazdowski <Tom.Gwiazdowski@artsana.com>; Greg Obetz <Greg.Obetz@artsana.com>; Steve Rubin <Steve.Rubin@artsana.com>
**Cc:** Josh Pahl <Josh.Pahl@artsana.com>
**Subject:** FW: This Week's Order and Payment

FYI

**From:** Christina Dibella <Christina.DiBella@buybuybaby.com>
**Sent:** Friday, February 24, 2023 10:03 AM
**To:** Josh Pahl <Josh.Pahl@artsana.com>
**Subject:** This Week's Order and Payment

**EXTERNAL EMAIL** – Prestare attenzione a eventuali collegamenti o allegati – Be careful with links or attachments

| Vendor # | Vendor Name | Payment Type | Cost NEW ORDERS | Repay | Total Cost |
|----------|-------------|--------------|-----------------|-------|------------|
| 18595 | ARTSANA USA INC/JUVENILE | ACH | $1,065,040 | $532,520 | $1,597,560 |

## Chrissy DiBella

Manager of Category Management, Gear
christina.dibella@buybuybaby.com
t: 908.855.2712

welcome to parenthood™
buybuy BABY

2