Laura Crossen
September 08, 2025

paid out of open payables, you know, didn't happen,

but I can't tell you for sure.

BY MR. FALK:

Q.      And you did not specifically know for

Artsana whether --

A.      I do not.

Q.      I see.  Would you take a look at

Exhibit Number 14.

(Whereupon, Exhibit No. Exhibit-14

was marked for identification.)

THE WITNESS:  (The witness complies.)

I looked at it.

BY MR. FALK:

Q.      And at a high level, what does this

e-mail chain reflect?

A.      It indicates that there is a problem

with one of the freight carriers who some of the

orders were released to.  And that freight carrier

is threatening to salvage goods to pay past bills.

Q.      And so this -- would it be accurate to

say this is about the freight carrier not having

been paid?

A.      That's what it indicates, yeah.

Q.      And would Bed Bath or Artsana have

been responsible for paying that freight carrier?

Laura Crossen
September 08, 2025

A.      I would assume Bed Bath based on the arrangements I described to you.

Q.      And what is the earliest dated e-mail in this chain?

A.      March 9th.

Q.      March 9th, 2023?

A.      That's right.

Q.      So this entire exchange is happening after the $1.6 million payment that was made on February 27, 2023, correct?

A.      That's correct.

Q.      So is there any way that these March order issues could have put pressure on the company to have made that February payment?

A.      These freight carrier issues?

Q.      Yes.

A.      In March?  I don't -- I think that this would be unrelated.

Q.      So to sort of sum up this series of exhibits that we've looked at, can you tell me what kind of pressure Artsana put on Bed Bath to make payment of its past due invoices?

A.      So Artsana required prepayment following January 10th.  Artsana communicated regarding open payables, and with respect to certain

Laura Crossen
September 08, 2025

shipments, indicated that they would be held.

Q.    And those shipments that would be held, how important were they to Bed Bath's business?

A.    It's relative.  You know, it's hard for me to indicate exactly how important they were.  But I assume based on the volume I see with Artsana and Buy Buy Baby, that Artsana was an important vendor to the Buy Buy Baby business.  And that the shipments were prioritized and important to the buyers.

Q.    You said that was something you assume.  Is that assumption based on any specific knowledge?

A.    It's just based on the volume and the, you know, knowledge of the brand.

Q.    But it's not based on any specific communication you had or know about?

A.    No.

Q.    And I believe you said that the switch to prepayment put on pressure to pay prior invoices.  How so?

A.    I think what I said was, that the holding or stopping shipments, leading up to the prepayment, is what would have put pressure on the

Laura Crossen
September 08, 2025

company to pay.

Q.      And let's see, to refresh both of us,
I believe that the shipments were frozen between
January 7th and 9th.  Does that sound about right?

A.      That does sound correct.  As well as
some that were held or were I believe potentially
being reviewed for being held earlier than that,
yes.

Q.      And when was the alleged preference
payment made.  What date?

A.      I believe it's February 27th.

Q.      So that's six or seven weeks from the
order freeze, correct?

A.      That's correct.

Q.      Can you explain why there was such a
long time lag between the order freeze and that
payment being made?

A.      I will reiterate the explanation
around availability of funds and other financial
management that was taking place during that
timeframe.

Q.      And if in early January Bed Bath had
been in a financial position to make that
530-something thousand dollar payment, that it made
in February, if it would have been able to do so in

Laura Crossen
September 08, 2025

early January, would it have made that payment at that time?

A.      It's a hypothetical question.  I would assume if the company could have made that payment at that time it would have.  But it's a hypothetical question.

MR. FALK:  All right.  I believe that concludes my direct.

MR. BROWN:  Just give me a minute.  I would like to review my notes.  I have cross.

EXAMINATION BY MR. BROWN:

Q.      Ms. Crossen, I just have a couple of questions.  Back towards the beginning of our deposition today, Mr. Falk was asking you about Chicco or Artsana and the size of its brand.

A.      Uh-hum.

Q.      I think there was a little bit of confusion about whether were you referring to Chicco in its large size as being large within the Artsana family or large within all of the Buy Buy Baby vendors.

Can you elaborate to what extent that you can, the size or what you meant when you were referring to that.

A.      So right, so I think in the context of

Laura Crossen
September 08, 2025

describing vendors with over a million or in this case, over 10 million a year in purchasing, I was referencing the fact that Chicco was the most, you know, well-known part of the purchase process for the Buy Buy Baby business.  So it's really just referencing the underlying brands under which goods are sold from Artsana.

Q.      And so Chicco is one of the most well-known brands that Buy Buy Baby is buying; is that correct?

A.      I would say that is one -- that is a well-known brand at Buy Buy Baby, yes.

Q.      Okay.  We saw some reference to Christina DiBella.

A.      Correct.

Q.      Do you know what her position with Bed Bath was?

A.      I believe Christina was a buyer, internal terminology.

Q.      Let's just take a couple minute break and come back.  And I will confirm whether or not I have any more questions.

MR. FALK:  You need ten minutes? Five?

MR. BROWN:  Five is fine, unless you'd

Laura Crossen
September 08, 2025

like more.

MR. FALK:  No.

MR. BROWN:  Great.

(Recess taken at 11:36.)

(Back on the record 11:40.)

MR. BROWN:  Thank you.  We are back on after a break.  I have no further questions for Ms. Crossen unless you have any re-direct questions.

MR. FALK:  Based on your cross, I do not.

Ms. Crossen, thank you for giving me your time today.  Mr. Brown, thank you for setting this up in the least painful way possible.

THE COURT REPORTER:  Mr. Brown, do you need a copy of the transcript?

MR. BROWN:  Yes.  Electronic.  Thank you.

(Off the record 11:41 a.m.)

(Whereupon, the Witness was excused.)

(Whereupon, the deposition concluded at approximately 11:41 a.m.)

Laura Crossen
September 08, 2025

C E R T I F I C A T E

I, JUDITH A. MARUCA, a Notary Public and Certified Court Reporter of the State of New Jersey, do hereby certify that prior to the commencement of the examination, LAURA CROSSEN was duly sworn by me to testify to the truth, the whole truth and nothing but the truth.

I DO FURTHER CERTIFY that the foregoing is a verbatim transcript of the testimony as taken stenographically by and before me at the time, place and on the date hereinbefore set forth, to the best of my ability.

I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in the action.

JUDITH A. MARUCA, CCR

CCR License Number:  30XI00187300

Dated:  September 17, 2025

Laura Crossen
September 08, 2025

LAWYER'S NOTES

PAGE   LINE

_____  _____  _____

_____  _____  _____

_____  _____  _____

_____  _____  _____

_____  _____  _____

_____  _____  _____

_____  _____  _____

_____  _____  _____

_____  _____  _____

_____  _____  _____

_____  _____  _____

_____  _____  _____

_____  _____  _____

_____  _____  _____

_____  _____  _____

_____  _____  _____

_____  _____  _____

_____  _____  _____

_____  _____  _____

_____  _____  _____

_____  _____  _____

_____  _____  _____

_____  _____  _____

Laura Crossen
September 08, 2025

---

## Exhibits

**EX 0001 Laura Crossen 0908 25**
  4:8 47:23,24
**EX 0002 Laura Crossen 0908 25**
  4:9 50:15,17
**EX 0003 Laura Crossen 0908 25**
  4:10 65:13, 14,16 66:9 67:11
**EX 0004 Laura Crossen 0908 25**
  4:11 29:15 35:2,14 36:19 43:22
**EX 0005 Laura Crossen 0908 25**
  4:12 38:11, 13 43:23,25
**EX 0006 Laura Crossen 0908 25**
  4:13 46:8,11
**EX 0007 Laura Crossen 0908 25**
  4:14 63:13, 14,15
**EX 0008 Laura Crossen 0908 25**
  4:15 66:1,3, 7
**EX 0009 Laura Crossen 0908 25**
  4:16 54:4,5 56:25 59:8,9

**EX 0010 Laura Crossen 0908 25**
  4:17 59:3,5, 13 60:20
**EX 0014 Laura Crossen 0908 25**
  4:18 70:8,9

---

### $

**$1.2**
  52:22
**$1.6**
  71:9
**$535,358.78**
  9:6
**$670,000**
  30:12

---

### (

**(b)(6)**
  9:2

---

### 1

**1**
  47:23
**1,603,440.30**
  66:17
**1.6**
  64:2
**1/10/23**
  58:20
**10**
  21:8 59:3, 13,22 60:20 75:2
**10:56**
  60:5
**10th**
  59:11 60:15 62:1,6 71:24

**10th's**
  61:18
**11:05**
  60:1
**11:07**
  60:6
**11:36**
  76:4
**11:40**
  76:5
**11:41**
  76:18,21
**120**
  8:8
**14**
  70:8
**14th**
  10:18 30:2 36:13
**1st**
  38:2

---

### 2

**2**
  50:15
**2022**
  10:18,23,25 25:8 27:10 30:3,14 38:2
**2023**
  39:16 42:8 46:17 48:22 55:23 60:15 71:6,10
**22**
  31:11 55:25 56:7
**23**
  11:1 55:24, 25
**27**
  71:10
**27th**
  73:11
**28**
  30:14

**28th**
  36:13
**2:52**
  48:23

---

### 3

**30**
  8:8 9:2
**30(b)(6)**
  7:10 8:25 45:25
**31st**
  30:25

---

### 4

**4**
  35:2
**4th**
  40:19 42:7, 15

---

### 5

**5**
  38:11
**5.2**
  51:16
**50**
  68:5
**530,000**
  9:5
**530-something**
  73:24
**532**
  64:7
**532,000**
  64:5

---

### 6

**60-day**
  15:7 22:15
**65**
  64:5

Laura Crossen
September 08, 2025

---

**7**

**7**
  63:14
**761,000**
  37:10
**7th**
  46:17 47:14,
  16,19 73:4

---

**8**

**8**
  66:1

---

**9**

**9**
  48:22 54:4
  56:25 59:8,9
**90**
  8:17 9:11
**9th**
  51:15 52:14,
  16,19 71:5,6
  73:4

---

**A**

**a.m.**
  76:18,21
**abbreviating**
  49:8
**ability**
  34:2
**able**
  28:6 52:21
  58:1 73:25
**access**
  17:23,25
  30:21 31:23
  58:1 63:4
**accessibility**
  62:23

**accomplish**
  34:20,22
**accordance**
  58:22
**account**
  44:24
**accounting**
  10:7,15,23
  11:3,4,22
**accounts**
  11:14 28:18
  29:6 34:21,
  25 41:12
  44:8,9,12
  45:10,17,18
  50:5,8,10,12
**accurate**
  7:8 8:12
  29:25 39:6
  60:11 70:20
**accurately**
  66:7
**acknowledge**
  6:3,6
**act**
  43:16,17
**action**
  34:4 35:25
  36:6,8,15
**activities**
  8:4 62:17
**activity**
  43:1
**actual**
  15:14 62:7
**additional**
  26:5
**address**
  49:9 62:21
**addressed**
  62:24 63:8
**administered**
  6:7
**administrator**
  12:24

**administrators**
  13:6
**advantage**
  37:19
**affects**
  58:1
**affiliate**
  12:12
**affiliated**
  57:8
**affiliates**
  14:18
**age**
  29:6
**aging**
  27:21 29:10
  35:21 54:14
  61:2
**agree**
  6:17
**agreed**
  15:6 18:23
  48:12
**agreement**
  6:12,13,15
**albeit**
  65:24
**Alix**
  39:18,20
  69:3
**alleged**
  64:15 73:9
**allegedly**
  35:10 52:4
**allocate**
  26:17
**allocation**
  28:17
**allow**
  69:8
**allowed**
  58:15
**Amanda**
  35:4
**amount**
  9:4 36:15

**51:19 52:8**
  56:8 63:25
  64:9,11
  66:15 68:7
  69:7
**amounts**
  36:1,7 37:8,
  15 52:7
**Amy**
  49:3
**answer**
  17:22 18:14,
  17 20:4,5
  21:5 24:25
  25:2 26:2
  30:19 31:22,
  25 35:12
  36:22 37:14
  38:7 42:21,
  24 43:4,6,14
  52:21 53:16
  55:5 65:4
  68:3 69:14,
  21
**answering**
  30:9
**answers**
  7:8 60:11
**anyone**
  44:3 45:21
  46:3,5
**appeared**
  25:8 29:8
**appears**
  30:2 35:16,
  20 47:13
  52:15
**applied**
  66:20 67:8
**apply**
  66:22
**appointed**
  11:2
**appointment**
  19:2
**approximately**
  9:5 13:1

Laura Crossen
September 08, 2025

76:21
**April**
 55:23,24,25
**areas**
 31:12
**arise**
 13:8
**around**
 8:3 11:1
 17:23 26:7
 33:6 39:4,13
 41:18 48:8
 55:2 73:19
**arrange**
 15:9
**arranged**
 67:15
**arrangement**
 6:10 19:18
 68:5,12,22,
 24 69:5,12,
 15,17
**arrangements**
 22:7 68:25
 71:2
**arrearage**
 25:24 28:24
 29:4 37:7
 44:17
**arrearages**
 25:11 26:1,
 22 27:3,14
 28:4 33:4,10
 35:9,10,15
 45:14
**arrears**
 37:20 38:3
**arrived**
 67:16 68:7
**Artsana**
 6:15 7:3 8:4
 13:10,15,21,
 24 14:1,10,
 16,19,23
 15:4,25
 16:5,13,16
 17:11,16

19:22 20:1,
14 21:7,18
22:3,15
23:11 25:6
28:25 29:4
30:12,20
32:1 34:9
35:8,9,15,
17,18,25
36:6,14
37:18 38:21,
22 39:1,4
41:8 42:20
44:15 47:6,
13 49:1,2,3,
4,13 51:12,
14 52:3
53:4,20
54:22 56:19,
24 57:3
58:25 60:16
61:1,12,16,
17 63:8,9,11
66:12,19
67:19 68:5,6
70:5,24
71:21,23,24
72:7,8
74:15,19
75:7
**Artsana's**
 22:11 40:23
 41:23 43:11
 47:20 53:13
 54:13,17
**Asia**
 51:9
**Asian**
 38:22
**asked**
 33:20,21
**asking**
 30:8 33:21
 46:20,22
 58:25 74:14
**assessing**
 56:3

**asset**
 13:4
**assist**
 13:4,7
**assisted**
 17:8 34:15
**assisting**
 31:13
**assume**
 16:9 28:9,14
 49:24 55:6
 65:8 67:6
 69:24 71:1
 72:7,13 74:4
**assumed**
 10:23
**assumption**
 50:11 55:10
 72:13
**attempt**
 24:10 52:2
**attorneys**
 6:2
**authority**
 33:5,19,21,
 25 34:2,5,8,
 13,17,20
**automated**
 16:9
**availability**
 62:11 73:19
**available**
 18:14,21
 24:15
**aware**
 14:18 20:1,3
 23:18 34:10
 36:14 68:11,
 13,16

---

**B**

**baby**
 11:18 12:13,
 19 13:18
 14:8,10,12
 15:9,21

53:5,14,17,
21 63:22
72:8,9 74:20
75:5,9,12
**back**
 30:7 31:11
 35:2 37:15
 38:6 41:17
 48:7 49:25
 53:3 60:6,9
 65:10 74:13
 75:21 76:5,6
**background**
 7:5 10:1
**balance**
 25:20,24
 30:18
**balances**
 30:8 38:6,20
**bankruptcy**
 8:5,18 9:12
 10:6,8,10
 15:1 20:20
 21:2,14
 22:22 23:3,
 15 24:17
 40:17 55:17,
 19,22 57:13
**based**
 25:7,19
 28:12 39:1
 49:24 64:25
 71:1 72:7,
 13,15,17
 76:9
**basic**
 7:5
**basically**
 10:25
**basis**
 23:5,20
 27:20 61:19
**Bath**
 7:17 10:2,6
 11:17 12:8,
 14 13:16
 14:20,23
 15:8 17:11,

Laura Crossen
September 08, 2025

16,19 18:4,
8,19,22,25
19:6,7,13
20:15,19
21:4,13,18
22:18,23
24:18,22
25:5,10,17
29:2 30:13
31:14,20
32:8,15,16,
20,23 34:3
36:20 38:2
39:9 41:2,
10,22 42:8,
14,18 43:10,
20 44:1
45:1,21,22
46:6 47:5
49:5,8,14
50:2,4,8
51:13,21
52:5,12,16,
18,23,25
54:17 55:1
57:2,8,18,19
58:10 59:11
61:2,7 62:3,
12 63:21
64:14,23
65:3 66:13,
18,22 67:17
69:11,12,18,
23 70:24
71:1,21
73:22 75:17

**Bath's**
40:12 41:4
72:3

**Bear**
43:24

**Bed**
7:17 10:2,5
11:17 12:8,
14 13:16
14:20,23
15:8 17:11,
16,19 18:4,

8,19,21,25
19:6,7,13
20:15,19
21:4,13,18
22:18,23
24:17,22
25:5,10,17
29:2 30:13
31:14,20
32:8,15,16,
20,23 34:3
36:19 38:2
39:9 40:12
41:1,4,10,22
42:8,14,18
43:10,20
44:1 45:1,
21,22 46:6
47:5 49:5,8,
13 50:2,4,8
51:13,21
52:5,12,15,
18,23,25
54:17 55:1
57:2,8,18,19
58:10 59:11
61:2,7 62:3,
12 63:21
64:14,23
65:3 66:13,
18,22 67:17
69:11,12,18,
22 70:24
71:1,21 72:3
73:22 75:16

**began**
24:18

**begin**
7:4

**beginning**
74:13

**behalf**
7:13

**behind**
24:18,21
25:5

**believe**
12:16 14:6

22:14 23:21
27:8 30:16
33:12,14,16
40:3 42:17
47:7,17
52:17 55:22
61:1,12 62:5
66:25 67:18
68:4 69:18
72:20 73:3,
6,11 74:7
75:18

**believed**
69:22,23

**benchmark**
23:20

**Berkeley**
31:9

**billed**
50:11

**billing**
11:8 23:25
24:3,4 28:24

**bills**
25:5 70:19

**bind**
34:3

**bit**
23:7 33:6
74:17

**board**
11:3 31:19
39:22

**bottom**
30:23

**box**
49:5,17,20,
22

**brand**
13:17,23,24
14:2,3,5,6
72:16 74:15
75:12

**branded**
14:7

**brands**
11:17 13:14

14:15 75:6,9

**break**
15:14 21:24
41:7 59:16,
18 60:9
75:20 76:7

**BRG**
31:9,19
32:6,14,15,
20,23 33:3,
10,18,22,25
34:5,20,21
39:8,12,13,
20

**Brian**
30:25 31:7,
17 32:2,10
35:20 44:4

**bring**
19:3

**broad**
21:23 27:20
28:17

**broader**
33:15

**broadly**
25:2

**Brown**
6:16 8:6
18:6 20:21
23:1,6 27:4
36:3,21
37:21 43:13
47:4 58:6
59:14,20,23
60:4 68:2
69:20 74:9,
11 75:25
76:3,6,12,
14,16

**bucket**
29:10

**business**
9:21 11:13
28:10,11,21
40:8 53:14,
25 63:5
72:4,9 75:5

Laura Crossen
September 08, 2025

Butterfly
  8:23
buy
  11:17 12:13,
  19 14:7,8,
  10,12 15:9,
  21 26:5
  53:4,5,14,
  17,21 63:21
  72:8,9 74:20
  75:5,9,12
buyer
  75:18
buyers
  15:3 72:11
buying
  22:19 75:9

C

C-A-B-E-N
  35:5
Caben
  35:5,6,9,11
  38:21,25
  39:4 46:24
  50:25 51:9
  56:21,22,23
call
  14:24 24:4
  26:12
called
  9:21 17:6
  35:5
calling
  41:10
calls
  27:16
cancelled
  48:14,16
cancelling
  48:8
capital
  38:21
carrier
  15:10,11
  19:1,9,11,

14,16 48:5,
  18 49:18
  51:10 65:8
  70:18,21,25
  71:15
carriers
  70:17
case
  7:13 9:4
  64:10,12
  69:23 75:2
cases
  16:10 18:24
  19:12,13
cash
  23:20 62:11,
  13,17,23
  63:5
Cashman
  31:1,7 32:2,
  11 35:20
  44:5
catch
  35:15
catch-up
  26:13
categories
  13:19
cease
  41:20 43:18
cents
  68:5
certain
  25:14 47:15
  71:25
certainly
  36:24
cessation
  53:20,22
cetera
  11:18
Chad
  44:22 45:4
  61:10
chain
  17:1 30:1,12
  31:15 35:3,

14 36:13
  37:2,18
  38:18,19
  39:7 40:20
  43:21 44:6
  45:13 48:4,
  11,12,14
  49:12 50:22
  51:13,22
  52:12,24
  54:11 63:20
  67:11 70:15
  71:4
chains
  27:17
challenged
  64:9,11
change
  42:19
changed
  66:25 67:2,3
charged
  19:19
Chicco
  13:17,23
  14:2,3,6,15,
  18 74:15,18
  75:3,8
chief
  10:7,14,23,
  24 11:2,3,6
  68:23 69:1
choice
  19:1
chosen
  67:15
Christina
  51:23 75:14,
  18
circumstances
  19:15
claim
  8:16
claims
  8:20 13:5
clarification
  10:22

clarify
  17:2 20:22
  21:22 27:5
  42:10 52:2
clear
  7:22 20:7
  28:1,16 38:1
  43:3 57:7
  67:5
collaboration
  25:21
collection
  8:7
collections
  37:18
come
  19:7 75:21
commercial
  40:9
committing
  64:14
communicate
  45:16
communicated
  44:16,22
  45:21 46:5
  57:18 59:11
  71:24
communicating
  44:20 61:1
  63:22
communication
  31:24 32:20,
  23 35:20,22
  36:19 41:17
  49:13,22
  50:3 64:16
  72:18
communication
s
  33:16 34:16
  36:14 42:2,3
  43:8 49:25
  55:9 64:25
  65:11 68:9,
  15

Laura Crossen
September 08, 2025

**communicator**
  51:23
**companies**
  10:3 13:16
  14:20,24
  16:25 17:12,
  17,19 18:4,
  9,25 24:23
  25:18 29:3
  32:9 34:3
  36:20 42:8,
  14,18 43:10,
  21 44:2 45:1
  46:6 51:14
  52:5 56:12,
  14 66:13
**company**
  11:5 12:2,4,
  5,6,7,10,11,
  17 15:11
  16:2,20
  17:3,5,8
  19:4,20
  23:15 24:8,9
  29:5 31:7,9,
  11 34:23
  38:3,25
  39:4,15,17
  40:3,16
  41:2,5 51:9
  54:13 56:6
  57:9,24 58:4
  61:16,22
  66:19 71:13
  73:1 74:4
**company's**
  24:7 58:1
**company-
offered**
  56:10
**comparison**
  37:23,24
**complete**
  24:12
**compliance**
  13:5
**complies**
  46:13 48:1

**50:19 63:17
70:11**
**component**
  20:11
**concept**
  12:1 14:10,
  13 23:10
  53:5,15,21
**concepts**
  11:13,16,21,
  24 12:3,18,
  19 14:11
  67:24
**concluded**
  76:20
**concludes**
  74:8
**confirm**
  42:5 75:21
**confirmation**
  46:3
**confusion**
  74:18
**conjunction**
  66:2
**consent**
  6:10
**considering**
  40:17
**consultant**
  12:23
**consultants**
  31:10 34:23
**consumer**
  22:10
**container**
  18:3
**containers**
  17:9,15,18,
  22,23 18:2
**contents**
  66:8
**context**
  17:3 33:7
  54:1 74:25
**continue**
  40:4 63:3

**continued**
  11:3 69:13
**continuously**
  29:6
**contracts**
  19:2
**conversations**
  42:11 55:13
**conversion**
  62:7
**copy**
  76:15
**corporate**
  8:25
**correct**
  8:13 14:16
  15:25 16:1
  19:22,23
  22:17,19,20
  28:4 30:4
  33:19 45:11
  49:14 53:8,
  12 55:11
  57:9,10
  59:11,12
  60:11,18
  63:8 64:20,
  21 68:20
  71:10,11
  73:5,13,14
  75:10,15
**correspondenc
e**
  41:22
**corroborating**
  15:3
**counsel**
  6:9,14 7:3
  8:2,6 42:6
**count**
  56:3
**countries**
  16:22
**couple**
  74:12 75:20
**course**
  9:21 13:8

**14:22 34:4
39:7**
**court**
  6:2 8:20
  76:14
**create**
  43:18 53:23
**creates**
  43:16
**credit**
  22:19,24
**credits**
  32:18
**criteria**
  25:22 28:7,
  13 33:8
**cross**
  74:10 76:9
**crossed**
  7:23
**Crossen**
  6:19,25
  27:8,12
  29:18 60:8
  74:12 76:8,
  11
**Cruz**
  49:3
**current**
  9:4 54:14
**cut**
  65:24 66:8

—————————
               D
—————————

**daily**
  32:21
**data**
  29:6 38:9
**date**
  18:24 21:14
  30:13 47:19
  51:14 73:10
**dated**
  35:19 71:3
**day**
  35:19

Laura Crossen
September 08, 2025

days
  8:17 9:11
  25:20,23
de-scheduling
  49:24
deal
  69:7
dealing
  14:22 25:11
  50:4
debtor
  7:16 10:2
  13:8
debtors
  57:12
December
  38:20 39:14,
  15 56:7
decide
  25:18 33:9
  34:13,17
decides
  66:19
deciding
  25:25 26:12
  28:7
decision
  34:19 39:22
  40:2
declare
  6:8
defendant
  6:15 7:3 8:3
  13:9
defense
  9:21,22
defenses
  9:15,17
define
  33:23
definitely
  24:20
delay
  62:6,10
delayed
  41:20 43:17

delaying
  36:25 37:3
delivered
  18:5 65:3
delivery
  18:19 23:20
depending
  22:7
deposition
  6:3,4,5 7:25
  8:11,22
  13:13 21:25
  74:14 76:20
Dery
  39:8 44:1,4,
  16,21 45:22
Dery's
  44:7
describe
  14:22 24:2
  25:9 30:5
described
  22:2 25:23
  67:8 71:2
describing
  75:1
designated
  9:12 19:1
designee
  7:11,14,21
  8:23 9:1
  45:24
destination
  18:11
detail
  15:12 29:11
  53:3
detailed
  27:24
details
  18:13 28:19
  29:21
determine
  15:4 67:21
determining
  26:17

dialogue
  16:8
Dibella
  51:24 75:14
differ
  32:18
differences
  21:17 24:12
different
  11:21,24
  12:18 22:7
  39:14 47:19
  51:7
dig
  15:12 18:18
  23:25 28:25
digging
  11:7
dimensional
  26:9
direct
  22:10 51:17
  55:11,12
  65:4 74:8
director
  44:8,9
discrepancies
  24:13
discussed
  33:8 37:8
  48:10 56:25
  64:23 67:15
discussing
  19:11 25:14
  35:8,10
  41:12 58:23
discussion
  27:24 31:20
  41:9
discussions
  25:10 26:21
  27:2,13,18,
  20 28:3 33:1
  41:15 54:16,
  20,25 55:6,8
  68:14

dispute
  9:4
distributing
  17:1
distribution
  16:11
divided
  64:3
DK-BUTTERFLY
  7:16
document
  29:18 30:24
  38:12 39:2
  48:24 65:20
documents
  8:7 24:14
  30:2 40:21
dollar
  21:20 22:1
  38:4 53:10
  55:17 56:1
  68:6 73:24
dollars
  20:14,18,22
  21:3,8,12
  23:11 32:14
  53:11
domestic
  17:14 51:10,
  11
drop
  22:9
dropped
  18:10,21
due
  25:15,20,23
  26:16 28:11
  30:12 35:11,
  22 38:20
  51:18 52:4,7
  61:3,8 71:22
duly
  6:20

Laura Crossen
September 08, 2025

---

**E**

---

**e-mail**
27:17 30:1,
6,7,11,25
31:3,4,15,23
32:1,10,11
35:3,14,19,
23,24 36:13
37:2,11,16,
18 38:18,19
39:7 40:19
41:21 43:21
44:6,20,21
45:13 46:1,
17,21 47:6,
13,20 48:4,
11,12,13,15,
17,21,22
49:2,5,7,8,
12,16,20,22
50:1,7,12,
22,23 51:13,
17,22 52:12,
23 54:11
58:18,19
60:15,24
61:15,18,20,
21 63:19
65:10 67:11,
22 70:15
71:3
**e-mails**
8:8 17:21
32:25 35:16
36:5,23
41:16 65:5
**earlier**
33:8,18
41:13 52:19
73:7
**earliest**
71:3
**early**
51:25 73:22
74:1

**EDI**
24:7
**effect**
68:10
**effective**
58:20
**effectively**
22:18
**effort**
37:19
**either**
16:17 45:25
**elaborate**
32:22 62:25
74:22
**electronic**
24:14 76:16
**employed**
10:2 44:25
**employee**
32:6,20 35:8
**employees**
16:1 31:14,
20 32:21,24
35:10 52:12,
18 57:8
**end**
25:8 39:14
62:8
**ended**
39:13
**engagement**
39:13
**ensure**
27:22 69:13
**entire**
10:15 66:8
71:8
**entity**
7:14,20 8:23
15:9,20 51:4
57:11,21
**environment**
68:17
**established**
18:24

**et**
11:18
**Etlin**
69:4
**evaluated**
25:25
**evaluating**
26:16 36:9,
25 37:5
**eventually**
37:9
**exact**
56:3
**exactly**
9:9 15:19
16:7 18:14
48:20 62:25
72:6
**EXAMINATION**
6:22 74:11
**examined**
6:20
**excess**
53:10
**exchange**
47:21 60:16,
25 67:22
71:8
**exchanged**
48:7,8,18
**excused**
76:19
**execute**
35:1
**executive**
39:22
**exhibit**
29:13,15
35:2 38:11,
13 46:11
47:11,23,24
50:15,17
51:5 54:4,5
56:25 59:3,
5,8,9,13,15
60:20 63:13,
15 65:14

66:1,3 70:8,
9
**Exhibit-1**
47:24
**Exhibit-10**
59:5
**Exhibit-14**
70:9
**Exhibit-2**
50:17
**Exhibit-3**
65:13,14,16
66:9 67:11
**Exhibit-4**
29:15 35:14
36:19 43:22
**Exhibit-5**
38:13 43:23,
25
**Exhibit-6**
46:8,11
**Exhibit-7**
63:15
**Exhibit-8**
66:3,7
**Exhibit-9**
54:5
**exhibits**
59:19 66:12
71:20
**existing**
58:4,10,24
61:8 64:4,8
67:19,25
**expectation**
58:21
**explain**
11:15 73:15
**explanation**
73:18
**extends**
65:24
**extent**
13:11 22:13
25:19 74:22

Laura Crossen
September 08, 2025

**F**

**facility**
  63:4
**fact**
  19:23 41:10,
  18 49:24
  58:13 65:9
  67:11 75:3
**factor**
  26:21
**factored**
  26:24
**factors**
  25:24 26:3,9
**fair**
  20:13 21:7
  24:16 35:13
  40:11,16
  44:15 47:12
  52:11 58:24
  61:6 67:10
**Falk**
  6:14,24 7:2
  18:7 20:24
  21:1 23:2,9,
  17 27:8,11
  29:17 36:5,
  11 37:25
  38:16 43:19
  46:15 47:7,9
  54:9 58:8
  59:17,21
  60:1,7 65:17
  70:3,13
  74:7,14
  75:23 76:2,9
**fall**
  24:18,23
  25:5
**familiar**
  9:14,17,19,
  20 13:9,11,
  14 17:5 54:8
  63:18

**families**
  18:19 19:14
  38:3
**family**
  10:3 13:16
  14:1,20,23
  17:11,16,19
  18:4,9,25
  20:15,19
  21:4,13,19
  22:18,23
  24:22 25:5,
  11,17 29:3
  32:8 34:3
  36:20 42:14,
  18 43:20
  44:1 45:1
  46:6 51:14
  74:20
**February**
  11:1 62:8,17
  63:24 71:10,
  14 73:11,25
**feel**
  43:10
**fees**
  20:2
**fell**
  24:21
**filed**
  10:6,8,10
  69:19
**filing**
  8:18 9:12
  15:1 20:20
  21:3
**fill**
  67:20
**final**
  44:21
**finance**
  11:18
**financial**
  10:24 11:5,
  13 34:23
  40:12 73:19,
  23

**finding**
  52:12
**fine**
  75:25
**firm**
  39:14
**first**
  6:19 7:5,6,
  23 15:20
  18:2 30:24
  35:16 40:20
  48:23 49:11
**fit**
  22:12
**five**
  43:24 59:21,
  23 75:24,25
**flex**
  19:18
**flow**
  11:23,24
  12:5 31:13
  32:3 62:11,
  13 63:5
**folks**
  41:12
**following**
  71:24
**follows**
  6:20
**form**
  16:9 18:6
  20:21 23:1,6
  27:4 29:10
  32:5 36:21
  37:21 43:13
  47:4 63:23
  68:2 69:20
**formal**
  54:12
**formally**
  57:3
**forth**
  30:8 41:18
  49:25 65:10
**forward**
  60:16 61:5

**forwarded**
  30:9 46:2
**four**
  29:13
**fourth**
  27:10
**frame**
  37:17
**freeze**
  47:14,15,18
  52:13,19,25
  73:13,16
**freight**
  19:19,20
  20:10 70:17,
  18,21,25
  71:15
**front**
  29:19
**frozen**
  30:19 73:3
**fulfillment**
  69:13
**full**
  7:8
**function**
  11:14 35:1
  44:13
**functions**
  11:5
**funds**
  26:18 28:17
  73:19
**future**
  54:14 61:19
  67:20 69:16

**G**

**gave**
  33:16,22
  37:19
**general**
  24:24 66:24,
  25
**generally**
  14:5 22:6

Laura Crossen
September 08, 2025

23:15 27:6
28:23 43:15
**generating**
63:5
**generic**
49:16
**give**
16:4 29:14,
23 33:6
60:10 74:9
**given**
8:19,22,25
46:9 50:16
60:22 61:10
**giving**
7:7 76:11
**go-forward**
61:25 69:18
**goes**
67:3
**going**
30:7 35:2
41:10 44:7
49:20,25
53:2 60:16
61:5,7 62:7,
16 66:1
**going-forward**
64:19
**good**
6:25 7:1
59:15,18,25
**goods**
13:15 14:19
15:10 16:13,
15 19:3,7
21:4,9
23:12,19
24:6,9 26:20
53:4,13 56:7
58:1 65:2,6
70:19 75:6
**Great**
59:20 76:3
**greenlight**
61:11

**group**
12:13 24:25
31:10 34:22
45:6,9
**groups**
11:13 25:21
**guarantee**
61:13
**guess**
11:6 15:23
20:25 40:15

——————————

**H**

——————————

**half**
27:10 31:11
69:7
**halted**
46:22
**handful**
27:25
**handled**
44:18 49:20
**handling**
11:10 49:16
**happen**
70:1
**happening**
25:10 71:8
**hard**
72:5
**harm**
53:23
**harmed**
53:21
**Harmon**
11:18
**hats**
10:25
**head**
21:15
**headed**
67:9
**healthy**
14:25

**hear**
13:20
**heard**
51:24
**held**
10:9 12:25
51:1 52:7,9
65:7 72:1,3
73:6,7
**help**
27:5 31:12
**helped**
33:15
**high**
24:2 30:5
38:17 48:3
50:21 54:10
60:24 63:19
70:14
**his/her**
6:8
**history**
8:4 30:19
**holding**
50:9 72:24
**holiday**
56:11
**Holly**
69:4
**house**
42:6
**HQ**
40:23 45:7
**hues**
12:1
**hypothetical**
19:21 74:3,5

——————————

**I**

——————————

**idea**
67:25
**identificatio**
**n**
29:16 38:14
46:12 47:25
50:18 54:6

59:6 63:16
65:15 66:4
70:10
**identity**
26:11,14
**image**
65:21,24
**import**
17:7,9,15,
18,21,23
18:2,3 50:25
51:8,17
**important**
53:13 72:3,
6,8,10
**imprint**
43:1
**improve**
26:5
**improvements**
40:10
**inaccessible**
20:9
**inaccurate**
30:17
**include**
12:19
**included**
32:2
**includes**
64:18
**including**
31:12
**Incorporated**
7:3
**increasing**
40:4,8
**indicate**
6:12 31:3
72:6
**indicated**
27:9 61:18
72:1
**indicates**
30:12 51:24
61:7,9 67:24
70:16,23

Laura Crossen
September 08, 2025

**indicating**
28:12 31:5
41:16 43:17
58:19 61:3,4
65:6
**indication**
41:2 61:15
**individual**
27:2,19
**individuals**
57:21 61:2
**influence**
7:6
**informal**
40:15
**information**
7:12 8:1,3
13:7 16:4
18:4,15
20:4,8,10
25:1,7 26:7
28:15 30:21
32:3,7,8,15
37:24 48:6,
8,13 52:16,
18,20 65:5
**informational**
35:18
**initial**
15:16
**initially**
35:18
**initiated**
32:1
**input**
26:4 33:3,6,
16,22,23
**inquiring**
38:20
**inquiry**
61:20
**inside**
25:10 54:16
**intentionally**
67:3
**interested**
11:20

**interim**
10:24
**internal**
41:22 47:6,
7,20 75:19
**internally**
43:9 54:20,
25
**intervention**
67:5
**inventory**
14:4 17:1
20:14,18
22:15,19,23
23:4 24:19
25:11 26:6
28:10 34:14
42:19 69:9
**invoice**
24:1,7,11
**invoices**
37:13 58:5,
11,14,24
61:4,8 64:4,
8 66:23
67:4,6,8,19
68:1 69:8
71:22 72:21
**invoicing**
11:22 24:3,4
**involve**
16:10 63:11
**involved**
16:25 17:10,
13,15 27:23,
24 28:2,16,
18 44:23
45:9,13
**issue**
42:3
**issued**
31:5
**issues**
63:2,7,10
71:13,15
**items**
15:5

_____
**J**
_____

**January**
39:15 40:19
42:7,15
46:17 47:14,
16,19 48:22
51:15 52:14,
16,19 59:11
60:15 61:18
62:1,6,16
71:24 73:4,
22 74:1
**jargon**
9:25
**Jenn**
52:15
**job**
13:2 44:7,10
**John**
39:8 44:1,4,
7,16,20
45:22
**joined**
39:14
**June**
10:23

_____
**K**
_____

**kind**
13:15 25:9
49:22 50:3
69:6 71:21
**know**
10:17 13:7
16:7,9,14,24
17:18 20:5
21:5,11
23:13 24:6
25:13,15
26:4,5,6,8,
16 27:22
28:19 29:8,
21 30:21
31:23 32:16

33:15 35:7,
12,17,19
37:1,8,10
38:11 39:11,
19,23,24
40:1,8,9
41:17,19,21
43:5 46:9
47:2 50:15
52:8,22,24
53:1,2,19
54:19,24
55:5 56:8
57:4,12,20,
22 59:3,17
63:4 64:8,10
69:14,15,22,
25 70:1,4
72:5,16,18
75:4,16
**knowledge**
9:3 14:9,12
19:5 20:11
21:16 25:4
41:14 42:1
45:20,25
46:4 50:6
51:2 55:11,
12 62:19
67:23 72:14,
16

_____
**L**
_____

**lag**
73:16
**large**
11:14 13:24
14:3 21:20,
24 22:5,22
23:4,8,10,18
24:23 37:16
38:4,8 53:9,
23 55:17
74:19,20
**larger**
13:18,21

Laura Crossen
September 08, 2025

**late**
  38:19  39:15
  63:24
**LAURA**
  6:19
**leading**
  24:17  55:16,
  19  56:5
  72:24
**learn**
  29:3
**learned**
  52:25
**leave**
  59:8
**left**
  18:9
**legally**
  34:3
**lender**
  62:15,18,20
**lenders**
  63:3
**letters**
  49:5
**level**
  9:25  24:2
  25:1  30:5
  38:17  39:22
  40:15  48:3
  50:21  54:10
  60:24  61:14
  63:19  70:14
**Liberty**
  12:11  15:8
  16:2
**lieu**
  6:6
**limited**
  23:23  27:19
  56:4
**linked**
  67:24
**list**
  16:11  56:17
**literally**
  55:20

**litigation**
  7:4  8:15
  13:10
**little**
  23:7  33:6
  74:17
**logistics**
  17:8  48:18
  49:16  50:25
  51:10
**long**
  10:9  12:25
  73:16
**longer**
  17:24
**look**
  29:11,12
  35:3  38:10,
  12  46:8,9,16
  47:22  50:14,
  16  54:3  59:2
  60:19,22
  63:13  65:12
  66:1  70:7
**looked**
  38:15  46:14
  50:19  65:19
  67:14  70:12
  71:20
**looking**
  44:19  60:15
**looks**
  38:22  49:19
  50:23
**lot**
  14:4

---
**M**
---

**made**
  8:17  9:11
  18:21  30:10
  34:14,19
  39:20,21,25
  40:7  47:13,
  15,19  62:22
  66:12,18,21

  67:13,16
  71:9,14
  73:10,17,24
  74:1,4
**major**
  21:17
**majority**
  65:9
**make**
  9:24  29:21
  32:8  37:22,
  24  42:15
  43:25  62:13
  67:18  71:21
  73:23
**makes**
  15:16
**making**
  44:14  50:11
**manage**
  33:15
**management**
  28:17  34:16
  49:18  73:20
**managing**
  27:22
**manner**
  6:11  42:19
**manual**
  67:5
**March**
  71:5,6,12,17
**marked**
  29:13,16
  38:14  46:12
  47:25  50:18
  54:6  59:6
  63:16  65:15
  66:4  70:10
**match**
  24:10
**matched**
  24:13
**material**
  8:9
**materially**
  30:17

**mathematical**
  25:23
**matter**
  6:8  9:1
**mattered**
  26:12,15
**matters**
  49:20
**Mclaughlin**
  37:4
**mean**
  7:11,19
  11:15  14:3,4
  17:2  18:8
  20:19,23
  22:1  23:10
  25:13  32:13
  34:2  39:23
  40:21  41:4,
  11  42:10,11
  43:23  52:6
  56:15  62:1,
  12  68:19
**means**
  63:1,2
**meant**
  19:18  74:23
**meetings**
  33:1
**members**
  11:12
**mention**
  35:4  37:3
  39:3
**mentioned**
  22:14  41:8
  62:20  68:24
**merchant**
  15:18,24
  25:21  28:21
  34:12  41:18
  43:1  44:23
  45:6,8,13,16
  49:17,19
  53:17  61:9,
  10,14  63:21,
  22