Laura Crossen
September 08, 2025

merchant's
  43:8
merchants
  15:3,21 16:1
  26:3,24
  27:17 28:7,9
  41:11 44:23
  45:5 57:5,7,
  11
million
  20:18,23
  21:3,8,20
  22:1 23:11
  38:4 51:16,
  19 52:4,22
  53:11 55:17
  56:1 61:3
  64:2,5 71:9
  75:1,2
millions
  20:14,22
  21:12
mind
  59:14
minimize
  9:25
minute
  74:9 75:20
minutes
  59:22 75:23
moment
  20:25 29:14,
  24 53:4
Monday
  48:22
monitor
  27:20
months
  10:12
morning
  6:25 7:1
  31:6
multiple
  26:9

---

**N**

---

name
  6:13 7:2
  12:6,9 13:12
  38:22 49:17
  69:3
named
  10:22
nature
  32:22
necessarily
  11:25 14:16
  29:11 61:12
necessary
  13:13 40:4
  62:21
need
  41:8 43:11
  45:20 54:15
  59:21,22
  63:8 75:23
  76:15
needed
  26:5 40:10
  41:19
needs
  13:7 15:15
  28:10
negotiate
  57:2
negotiated
  57:4
negotiations
  63:11
never
  50:8
Nicholas
  6:16
nitty-gritty
  11:7
normal
  15:3 53:14
notes
  74:10

notice
  54:12
notifying
  54:13
November
  10:18 30:2
  36:13 38:2
nuance
  54:1
number
  16:10 22:10
  27:19 29:13
  30:17 31:12
  33:2 35:2
  38:11 47:23
  50:15 54:4
  56:2 59:3
  60:20 63:14
  65:22 70:8

---

**O**

---

oath
  6:6 60:10
Objection
  18:6 20:21
  23:1,6 27:4
  36:21 37:21
  43:13 47:4
  68:2 69:20
objections
  6:10
observe
  47:21
obviously
  57:25 67:4
occur
  54:20,25
  61:13 67:5
  69:25
occurred
  31:4,24
  54:16 55:9
occurring
  62:2
ocean
  18:10

October
  30:14,25
  36:13 37:15
offer
  26:3
offered
  56:6,13
officer
  10:7,15,23,
  24 11:2,4,6
  68:24 69:2
Okay
  29:1,24 41:7
  43:24 61:25
  75:13
oldest
  30:11 35:3
  66:23
on-the-
ground-work
  11:11
once
  18:23 24:6,
  9,11 34:19
one
  9:19 10:11
  13:21 14:7
  21:3,13
  22:21 23:3,
  14,19,20
  25:2 26:8
  29:24 30:1
  31:16 33:2
  35:3 40:20
  44:23 47:8
  48:23 49:4
  55:20 56:5,
  19 57:12
  70:17 75:8,
  11
ones
  15:22 41:24
open
  26:16 30:18
  43:25 58:21
  60:21 68:7
  70:1 71:25

opened
  66:5
operated
  12:2
operating
  13:6
operations
  53:14
Oracle
  65:21
oral
  36:14 41:14
  68:13
orally
  46:5
order
  11:23 15:15,
  17 16:6 18:5
  24:5 45:9
  56:10 61:25
  63:5,22
  71:13 73:13,
  16
ordered
  42:19 65:2
ordering
  11:7,22
  15:14 21:17,
  19 28:19
orders
  12:17 17:11,
  14 22:3
  23:14 34:5,8
  47:14,16,18
  48:10 51:2,
  3,7,8,11
  52:13 53:10,
  20,22 54:14
  60:17 61:19
  62:1,3 64:4,
  5,20,22
  65:3,7
  67:12,14,20
  69:13,16,18,
  25 70:18
ordinary
  9:21

oriented
  59:9
outreach
  15:16
outright
  69:22
outstanding
  30:8 32:17
  34:14 58:4,
  10,13
oversaw
  11:4 44:12
oversee
  53:24
owe
  51:14
owed
  32:14

———————

P

———————

p.m.
  48:23
Pacific
  38:23
page
  30:24 46:17
  65:20
paid
  19:14,16,19
  20:2 36:1,7,
  16 37:9,11
  58:14,21,25
  68:6 70:1,22
painful
  76:13
parent
  12:5,6,7
part
  21:25 26:25
  27:2,13 75:4
participating
  6:3
particular
  26:20 34:4
  44:19 47:18
  63:10

parties
  6:9
Partners
  39:18 69:3
party
  19:10,16
pass
  39:12
past
  25:20,23
  26:16 28:11
  35:22 38:20
  51:18 52:4,6
  61:3,8 70:19
  71:22
pay
  24:15 26:7,
  10 34:19
  36:20 58:4,
  10 61:16
  64:14 70:19
  72:21 73:1
payable
  11:14 28:18
  29:7 30:18
  34:22 35:1
  38:5 44:8,9,
  12 45:10
  50:5,8,10,13
payables
  27:21 32:17
  35:21,22
  52:10 63:23
  68:7 70:1
  71:25
paydown
  63:23 64:6,7
paying
  19:10 28:3
  61:7 67:7
  70:25
payment
  9:11 11:24
  15:7 24:3
  27:14 28:24
  31:5,13 32:3
  34:20 35:1
  37:10,16

39:8 41:11,
  19 42:15
  44:13 51:24
  52:23 54:15,
  18 55:4,7,8,
  14 56:1,6,
  13,24 57:17,
  23,25 58:3,
  23 61:24
  63:23 64:1,
  4,6,17,22
  66:12,16,18,
  19,21,22
  67:1,5,7,12,
  16,19,25
  71:9,14,22
  73:10,17,24
  74:1,4
payments
  8:17 12:5
  24:1,18,20,
  23 25:14,16,
  18 26:1,10,
  13,16,22
  27:3 28:8,18
  30:9,10
  31:21 33:4,
  22 34:14,22
  52:1 55:2,18
  56:4,8 58:21
  61:5,11,13
  63:6 65:22
penalty
  6:9
people
  18:15 68:14
performance
  40:9 58:2
period
  10:15 14:24,
  25 15:7
  20:19 25:16
  38:1
perjury
  6:9
person
  6:7 44:25
  49:17 68:21

Laura Crossen
September 08, 2025

| | | | |
|---|---|---|---|
| **personally**<br>  7:20  9:14<br>  16:7  27:1,13<br>  28:2  45:23<br>  53:24  68:19,<br>  20<br>**perspective**<br>  11:22<br>**phase**<br>  40:5,6<br>**phone**<br>  27:16<br>**physical**<br>  46:2<br>**physically**<br>  6:4<br>**pick**<br>  19:3<br>**picked**<br>  15:11  19:8,9<br>  48:11<br>**picking**<br>  51:10<br>**pickup**<br>  15:10  19:11<br>  24:8  48:6,7,<br>  9,11<br>**pickups**<br>  49:18<br>**picture**<br>  66:8<br>**piece**<br>  7:4<br>**pieces**<br>  41:8<br>**place**<br>  7:23  34:5,8<br>  41:15  42:12<br>  43:9  57:3<br>  61:14  69:17<br>  73:20<br>**placement**<br>  45:9  64:19<br>**placing**<br>  15:17  16:5<br>  22:2 | **plaintiff**<br>  6:17  8:2<br>**plan**<br>  12:23  13:6<br>**Plasterer**<br>  35:4<br>**please**<br>  6:12  32:4<br>  33:7  38:10<br>  41:5  50:14<br>  54:3  59:2<br>  65:12<br>**PO**<br>  16:9  18:23<br>  24:11<br>**point**<br>  19:6,8,9<br>  24:17  30:22<br>  31:8,18<br>  40:16  42:7<br>  44:6  55:13<br>  61:17  68:19<br>**pointing**<br>  52:3<br>**port**<br>  18:9<br>**portion**<br>  58:23  64:10<br>  67:7,18<br>**POS**<br>  12:4  15:5<br>  50:25<br>**position**<br>  10:10  73:23<br>  75:16<br>**positively**<br>  42:5<br>**possible**<br>  50:7  67:2<br>  76:13<br>**post**<br>  8:5<br>**potentially**<br>  65:7  73:6<br>**pre**<br>  54:15,18<br>  55:2,4,7,8, | 14,18  56:1,<br>  4,6,8,13,24<br>  57:17,23,25<br>  58:3<br>**pre-paid**<br>  61:19  64:22<br>  67:20  69:7,<br>  8,18,24<br>**pre-pay**<br>  62:7<br>**pre-payment**<br>  23:5<br>**precise**<br>  32:6<br>**preference**<br>  8:16,20<br>  9:10,13<br>  10:15  64:9,<br>  12,15  73:9<br>**preferences**<br>  9:15<br>**preparation**<br>  8:11<br>**prepare**<br>  18:12<br>**prepayment**<br>  58:9,14,20<br>  59:10  60:17<br>  62:2  64:19<br>  67:3,25  68:6<br>  71:23  72:21,<br>  25<br>**prepayments**<br>  62:14,22<br>**present**<br>  6:4<br>**president**<br>  28:21<br>**pressure**<br>  36:19  37:1<br>  40:9  43:16,<br>  18  52:5,9<br>  57:24  58:4,<br>  10,12,16<br>  61:16,22<br>  71:13,21<br>  72:21,25 | **pressured**<br>  43:11<br>**pressuring**<br>  40:24  45:7<br>**prevent**<br>  7:7<br>**primary**<br>  13:17<br>**prior**<br>  8:3,17  21:13<br>  22:21  23:3,<br>  14  40:13<br>  51:4  72:21<br>**priorities**<br>  28:12<br>**prioritizatio<br>n**<br>  28:20  33:3,<br>  9,11,17<br>  34:18  41:13<br>**prioritize**<br>  25:16,18,25<br>  26:10,22<br>  28:8<br>**prioritized**<br>  61:5,11<br>  72:10<br>**prioritizing**<br>  26:17  27:2<br>**priority**<br>  26:8  61:14<br>**problem**<br>  70:16<br>**process**<br>  15:3,13,17<br>  16:5,8  19:7<br>  21:23  22:2,<br>  4,11,13<br>  24:12  25:13<br>  26:15,25<br>  27:23  28:24<br>  34:16  56:6,<br>  13  75:4<br>**processed**<br>  32:19<br>**processes**<br>  21:18,19 |

22:11 33:14
**processing**
44:13
**procurement**
12:2,4,10,
11,17 15:8
16:2
**product**
14:7 18:20
**products**
13:14,19
**promise**
51:21
**prospective**
26:8
**provide**
26:6
**provided**
8:2,7 13:18
16:13,15
26:21 41:16,
24 42:6
**provider**
17:7
**providing**
22:23 23:4,
19
**pull**
29:14
**purchase**
12:17 15:4,5
22:3 24:5
75:4
**purchased**
23:15
**purchaser**
19:14
**purchases**
22:13 45:17
**purchasing**
22:11 28:20
75:2
**purely**
25:23
**pushing**
48:7

**put**
36:19 37:1
57:3,23
58:3,9,16
61:14,16
71:13,21
72:21,25
**puts**
52:4,9
**putting**
61:22

---

**Q**

---

**quantity**
16:10
**quarter**
27:10
**question**
17:4 18:12
20:5,6 21:6,
22 25:2
26:19 30:20
31:22,25
32:6,12 33:6
36:4 37:14
41:5 42:13,
21 43:4,7
52:21 53:16
54:2 55:5,21
58:7 65:5
67:9 74:3,6
**questions**
7:8 30:8,10
60:11 74:13
75:22 76:7,8
**quick**
46:9
**quoted**
37:15 51:20

---

**R**

---

**rasing**
62:17
**rate**
19:18

**re-direct**
76:8
**re-read**
29:24
**reach**
15:24 16:3
**reached**
50:8
**reaching**
15:22
**react**
41:2 57:19
**reacted**
57:21
**reacting**
41:5
**read**
39:2
**reading**
36:23
**reads**
49:15 59:1
**ready**
7:25
**reason**
20:7 30:16
43:4 47:17
52:17 66:25
67:17
**reasonable**
69:24
**reasons**
40:1
**receivable**
41:12
**receive**
32:7
**received**
24:9 41:19
52:1,16 68:5
**receiver**
24:11
**receiving**
32:11
**recent**
49:12

**recently**
31:4
**recess**
60:5 76:4
**recognize**
13:12
**reconciliatio**
**n**
44:13
**record**
6:13 43:2
57:6 60:6
76:5,18
**records**
8:5 17:23
18:14 32:17
43:6
**recovery**
13:4
**redirects**
39:8
**reference**
17:20 40:23
48:20 51:16
52:1 75:13
**referenced**
12:3 37:11
**references**
36:25
**referencing**
13:23 14:8
35:21 38:8
75:3,6
**referred**
50:25 52:23
**referring**
23:8 27:5
43:22 50:23
74:18,24
**refers**
46:24
**reflect**
48:4 50:22
54:11 60:25
66:7,12
70:15

Laura Crossen
September 08, 2025

reflected
  58:17
reflects
  30:6 48:5
  49:12 67:11
refresh
  60:14 73:2
regarding
  20:10 27:13
  35:22 71:25
reiterate
  73:18
related
  17:21 49:6
  65:1
relationship
  53:25
relative
  37:14 49:23
  72:5
release
  63:6
released
  37:16 70:18
releasing
  37:5
relevant
  9:18
remotely
  6:5
rendered
  33:25
reopen
  43:25
repeat
  36:3 58:6
replacement
  39:17
replenish
  56:10
report
  29:8,10
  54:14 61:2
REPORTER
  6:2 76:14
reporting
  6:5,11 29:5

represent
  7:12 38:18
  63:20
representativ
e
  31:17 47:5
representativ
es
  11:19
represented
  8:9
represents
  35:14
request
  35:14 47:3,
  13,15,18
  61:23
requested
  52:24
requesting
  55:8
requests
  39:8 55:14
required
  63:3 71:23
requirement
  58:13
requirements
  13:6
rereading
  29:23
Research
  31:10
resolution
  13:5
resolved
  24:13 65:9
resolving
  63:2
resources
  40:4
respect
  8:4,17 55:3
  71:25
respond
  42:8,11

response
  37:7 42:15
  47:3 61:4
responsibilit
ies
  13:2 44:11
responsibilit
y
  15:18 28:22
  34:12 49:19
responsible
  50:2 53:17
  62:9 70:25
restructuring
  11:2 68:23
  69:1
result
  52:8 54:17
retained
  8:5 20:12
review
  13:13 20:4
  38:5,9 74:10
reviewed
  7:13 8:1,3,
  10 25:7
  41:16,24
  42:2 48:2
  73:7
reviewing
  28:9 29:20
  52:10
right
  6:25 9:7,25
  13:21 14:1
  22:16 32:13
  38:17 43:7,9
  45:8 49:21
  53:5 59:18
  60:1,8,14,19
  65:25 71:7
  73:4 74:7,25
role
  10:5,17,21,
  24 11:4
  12:21,25
  13:3 45:24

room
  6:4
roughly
  8:12 64:1,2
Rubin
  46:18,20
  49:2,3
rule
  66:24,25

------

S

------

safe
  59:24
sales
  53:18,23
salvage
  70:19
saying
  39:1
says
  32:13 37:4
  45:7
schedule
  19:2 24:8
  48:6
scheduled
  50:24
scheduling
  17:9 49:18
  50:3
Schneider
  48:5 51:4,9
screen
  65:25
season
  56:11
second
  27:9 30:24
  46:16
see
  11:20 12:16,
  21 14:9
  15:12,23
  17:20 18:4,
  9,10,16
  20:13 21:16

Laura Crossen
September 08, 2025

22:14 23:25 24:16 29:9, 12 30:11,20, 23,25 31:14, 16,25 33:24 34:24 35:24 36:2,8,9 37:3 38:10 39:6 40:23 44:1,4,20,21 45:2 46:1,24 47:8,22 48:20 49:5, 11 50:14 54:3 56:22, 23 58:17,19 60:1 61:21 64:18 65:5, 12,21 66:11 68:18 70:7 72:7 73:2

**seeing**
  38:21
**sell**
  14:10,11
**Senior**
  44:9
**September**
  10:25
**series**
  71:19
**seriously**
  40:17
**serve**
  12:2
**set**
  24:14
**sets**
  51:7
**setting**
  76:12
**seven**
  73:12
**several**
  12:18 56:18
**severely**
  53:20

**shared**
  17:21 46:3 65:6
**ship**
  16:11,13,16 18:23 45:7 58:12
**shipment**
  20:11 41:20 49:23
**shipments**
  36:10,25 37:5 40:24 41:2,9,20,23 42:9 43:17 45:19 46:22 47:2 50:3,9, 24 52:7,9 65:1 72:1,2, 10,24 73:3
**shipped**
  15:11 16:17 20:1,14,17 21:3,8,12 22:8,9 24:6 50:10 69:9
**shipping**
  16:12,25 17:3,10,16, 19 18:1 21:18,19 37:1,3 43:12,16 44:17 49:6 51:3,4 52:13,19,25 53:9 55:14
**short**
  60:9
**show**
  47:13
**shows**
  52:12
**side**
  43:8 45:10 65:25 69:11
**significant**
  56:8

**Sir**
  58:6
**sister**
  38:25 39:4
**sit**
  12:22
**situation**
  40:12
**size**
  74:15,19,23
**skew**
  16:10
**skimmed**
  59:4
**slash**
  15:8,9
**SNE**
  49:8
**sold**
  14:7,19 75:7
**sort**
  11:10,23 19:21 39:21 49:4,16 54:1 71:19
**sound**
  9:7 73:4,5
**sounds**
  14:14
**speak**
  68:21
**special**
  56:13
**specific**
  18:18 20:24 26:19,20 27:6 37:13 38:6 42:13 51:9 56:2 63:9 72:13, 17
**specifically**
  18:17 24:25 28:25 34:9 38:7 41:6 48:19 54:22 55:3 70:4

**specifics**
  19:13 23:14 39:24
**spreadsheets**
  8:8
**staff**
  11:12
**standard**
  23:24
**stands**
  56:7
**start**
  15:16 16:5 24:23 25:5 29:3
**starts**
  65:21
**statement**
  52:6
**States**
  16:22,23
**stating**
  6:13
**status**
  28:11,20 38:5 45:17 52:10 55:14 61:24 63:2
**steps**
  15:13
**Steve**
  37:4 46:17, 20 49:2,3
**stock**
  56:10
**stop**
  40:24 41:9, 23 43:12 44:17 45:7
**stopped**
  41:3 42:9 45:20 46:23 47:3
**stopping**
  72:24
**store**
  19:4

Laura Crossen
September 08, 2025

stores
  16:18 22:9
string
  32:1
structure
  22:12 58:15,
  17 62:3,4
subsequent
  64:25
subsidiary
  12:12,14
substances
  7:7
sufficient
  62:13
suffix
  45:3
suggesting
  14:14
suggestion
  41:23 42:9,
  16 43:11
  44:16 45:19
  46:5
sum
  71:19
supplied
  53:4
supply
  13:16 23:11
supplying
  13:22 14:4
  22:15
support
  13:5 31:12
  40:5
supported
  33:14
supporting
  31:11 39:15
sure
  9:24 26:23
  29:21 43:25
  70:2
switch
  39:19 40:2,7
  57:17,23,25

58:3,9 59:10
  72:20
switched
  55:18 56:1,
  24 60:16
switching
  54:17 55:1,
  4,7
sworn
  6:20
synonymous
  24:5
system
  17:24 18:13
  29:5 67:8
systems
  24:7,10
  66:22

———————————

           T
———————————

tact
  15:7
take
  29:12 35:25
  36:6,15
  37:18 38:10
  46:8,16
  47:22 50:14
  54:3 59:2,
  16,18 60:19
  63:13 65:12,
  25 70:7
  75:20
taken
  38:12 41:15
  43:9 60:5
  66:11 76:4
taking
  42:12 73:20
talk
  10:1
talking
  16:12 27:9
  28:23 69:6
tax
  13:4

Taylor
  44:22 45:4
  61:10
team
  35:17,19
  39:8 41:11,
  18 46:25
  50:2,4,8,13
  57:2,18
  61:10,14
teams
  45:16
tell
  7:24 10:20
  11:23 18:20
  26:24 28:6
  29:2 32:14
  41:1 70:2
  71:20
ten
  59:23,25
  75:23
tens
  21:8,12
terminology
  75:19
terms
  15:6,7 22:16
  23:16 56:3
  58:22
testified
  6:20 33:18
testimony
  6:8 8:19,22
  9:1
thank
  29:22 60:3,4
  76:6,11,12,
  16
things
  18:11 32:19
  33:2 62:16,
  19,20
think
  13:17 15:2
  17:22 23:7
  49:4 53:22

58:12 61:23
  68:23 69:23
  71:17 72:23
  74:17,25
third
  65:20
third-party
  16:25 17:3,
  24
thousand
  73:24
thousands
  29:9
threatening
  35:25 36:6,
  15 70:19
three
  10:12 61:2,3
three-way
  24:10,13
time
  8:10 10:8,10
  11:1 19:11
  20:19 30:19,
  22 37:17,23,
  24 38:1
  40:6,12
  55:2,4,13
  59:15,18
  68:17 73:16
  74:2,5 76:12
timeframe
  27:5,7,12
  31:25 36:12
  38:6 55:20
  56:5 62:16
  73:21
timeline
  53:3 59:9
times
  7:18 20:1
  48:12
timing
  62:6
title
  44:7

Laura Crossen
September 08, 2025

**TM**
  49:8
**today**
  12:22  74:14
  76:12
**today's**
  13:13
**told**
  68:22
**top**
  21:15  30:2,
  24  40:20
  44:21  45:2
**total**
  53:19  63:23,
  25
**track**
  18:10
**transcript**
  76:15
**true**
  28:15  60:10
**try**
  7:22
**trying**
  32:5  33:22
  48:5
**Turetsky**
  52:15
**Turner**
  6:14  7:2
**two**
  13:1  51:19
  52:4  67:24
**types**
  22:7

———————————

**U**

———————————

**U.S.**
  18:11
**Uh-hum**
  40:22  46:19
  47:1  53:6
  57:1  74:16
**unclear**
  7:19,21  23:7

**underlying**
  75:6
**understand**
  33:23  38:25
  60:9  69:12
**understanding**
  11:21  19:6
**understood**
  69:10
**unilateral**
  34:17
**United**
  16:22,23
**universe**
  42:3,4
**unrelated**
  71:18
**unusual**
  31:18,19
  45:12,15
**upcoming**
  25:15
**update**
  61:24
**USA**
  6:15  7:3  8:4
  13:10  14:16,
  19,23  15:4,
  25  16:5
  19:22  29:4
  38:21  39:4
**utilized**
  65:8

———————————

**V**

———————————

**value**
  9:18  53:10
**varied**
  25:3
**various**
  13:19  14:15
**vast**
  65:8
**vendor**
  13:12  19:17,
  19,22  22:8,9

  23:14  24:6
  26:11,20,22
  28:19,20
  32:13,16
  38:7  45:15
  53:23,24
  56:12  72:9
**vendor's**
  69:23
**vendor-
requested**
  56:9
**vendors**
  13:18,21
  20:17  21:3,
  11,20,21,25
  22:1,5,12,22
  23:4,8,10,19
  24:19,24
  25:12,15
  26:4,7  27:14
  28:3,12  29:9
  32:18  34:6,
  16  37:19
  38:4,8  55:1,
  3,6,7,15,17,
  18  56:1,3,
  15,16,17,19
  69:25  74:21
  75:1
**verbal**
  42:11
**verbally**
  6:7
**verify**
  30:22
**version**
  54:13
**versus**
  64:4
**visible**
  18:15
**volume**
  72:7,15
**volumes**
  15:4

———————————

**W**

———————————

**waive**
  6:10
**waivers**
  62:15,18,20
**want**
  7:5  9:24
  28:1,16
  43:3,24
  47:10  53:3
  59:9
**wanted**
  62:14
**warehouse**
  19:4
**warehouses**
  16:18  22:8
**way**
  19:23  69:12
  71:12  76:13
**week**
  8:10  36:10
  37:6  51:25
  52:2
**weekly**
  61:5,11
**weeks**
  73:12
**weigh**
  33:10
**well-known**
  14:5  75:4,9,
  12
**wind**
  7:16  8:23
**winding**
  13:8
**wires**
  7:23
**witness**
  6:7  23:13
  36:8,23
  37:22  38:15
  43:15  45:25
  46:13  47:8

Laura Crossen
September 08, 2025

| | |
|---|---|
| 48:1 50:19<br>54:7 59:25<br>60:3 63:17<br>65:16 66:5<br>68:4 69:21<br>70:11 76:19 | 23:3,12,14,<br>19,20 31:19<br>38:4 40:13<br>53:11 55:16,<br>18,19,20<br>56:5 75:2 |
| **Wonderful**<br>  60:13 | **years**<br>  13:1 |
| **word**<br>  7:19 33:23<br>  65:21 | **Yusen**<br>  17:6,7,10<br>  51:3 |
| **words**<br>  7:11 8:14<br>  9:9 36:9 | |
| **wore**<br>  10:25 | |
| **work**<br>  11:21 18:22<br>  22:3 34:21,<br>  25 57:11 | |
| **worked**<br>  45:4 | |
| **works**<br>  15:14 18:19<br>  24:3 | |
| **worse**<br>  40:12 | |
| **worth**<br>  20:18 21:4,9<br>  23:12 | |
| **write**<br>  12:1,4 | |
| **written**<br>  15:5,6 36:24<br>  41:22 42:3<br>  68:9,14 | |

## Y

| | |
|---|---|
| **yeah**<br>  21:2 26:14<br>  70:23 | |
| **year**<br>  10:11 14:25<br>  20:15,18,20<br>  21:2,9,12,13<br>  22:1,21 | |