**EXHIBIT C**

**TRANSCRIPT OF THOMAS GWIAZDOWSKI DEPOSITION**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

\*    \*    \*

IN RE:  BED BATH & BEYOND, :    Chapter 11
INC., et al              :
              Debtors,   :    Case No. 23-13359(VFP)
------------------------------------------------------
MICHAEL GOLDBERG, as Plan   :
Administrator for 20230930-:
DK-Butterfly-1, Inc., f/k/a:    Adv. No. 24-01336-VFP
BED BATH BEYOND, INC.,      :
              Plaintiff,   :
            - vs -         :
ARTSANA USA, INC.,          :
              Defendant.   :

\*    \*    \*

        Oral deposition of THOMAS GWIAZDOWSKI,

taken at the law offices of SAUL EWING, LLP, 1200

Liberty Ridge Drive, Suite 200, Wayne, Pennsylvania,

19087, on Monday, September 29, 2025, beginning at

approximately 9:00 a.m., before Lisa M. Cooper, Court

Reporter.

        \*    \*    \*

            U.S. LEGAL SUPPORT
          Northeast Processing Center
        1818 Market Street, Suite 1400
        Philadelphia, Pennsylvania  19103
              (877)  479-2484

Thomas Gwiazdowski
September 29, 2025

A P P E A R A N C E S :


       ASK, LLP
       BY:  NICHOLAS BROWN, ESQUIRE
       2600 Eagan Woods Drive, Suite 400
       Eagan, Minnesota  55121
       nbrown@askllp.com
       -- Attorney for the Plan Administrator


       SAUL EWING, LLP
       BY:  TURNER N. FALK, ESQUIRE
       1200 Liberty Ridge Drive, Suite 200
       Wayne, Pennsylvania  19087
       turner.falk@saul.com
       -- Attorney for the Defendant

              *    *    *

Thomas Gwiazdowski
September 29, 2025

I N D E X


WITNESS                                                     PAGE


THOMAS GWIAZDOWSKI


          By:   Mr. Brown                                    5

          By:   Mr. Falk                                    77

                        *     *     *

Thomas Gwiazdowski
September 29, 2025

E X H I B I T S

NUMBER                     DESCRIPTION                PAGE REF'D

          (Binder with Exhibits Premarked)

Tab-1                 Notice of Deposition

Tab-2                    (Blank Page)

Tab-3                    Excel Spreadsheet          11

Tab-4                    buybuy Baby Invoice        14

Tab-5                    E-mails                    29

Tab-6                    E-mails                    45

Tab-7                    (Blank page)

Tab-8                    E-mails                    47

Tab-9                    E-mails                    47

Tab-10                   E-mails                    53

Tab-11                   E-mails                    54

Tab-12                   E-mails                    54

Tab-13                   E-mails                    55

Tab-14                   E-mails                    57

Tab-15                   E-mails                    60

Tab-16                   E-mails                    61

Tab-17                   (Blank page)


                    *     *     *

Thomas Gwiazdowski
September 29, 2025

*    *    *

PROCEEDINGS

*    *    *

(It is hereby stipulated by and between counsel for the respective parties that signing, sealing, certification, and filing are waived, and that all objections, except as to the form of the question, are reserved until the time of trial.)

*    *    *

THOMAS GWIAZDOWSKI, after having been first duly sworn, was examined and testified as follows:

*    *    *

BY MR. BROWN:

Q.        Good morning.  Could you please state your name for the record?

A.        Sure.  Tom Gwiazdowski.

Q.        Gwiazdowski?

A.        Gwiazdowski.

Q.        Got it.  Okay.  My name is Nick Brown.  I'm the attorney for the Plan Administrator in the Bed Bath & Beyond bankruptcy cases.  Do you understand that you're here today to participate in a deposition in a bankruptcy case involving Bed Bath & Beyond?

Thomas Gwiazdowski
September 29, 2025

A.        Yes.

Q.        And were you designated by Artsana USA, Inc. as a witness for today?

A.        Yes.

Q.        And so you're here on behalf of Artsana USA, Inc., is that right?

A.        Yes.

Q.        Have you ever had your deposition before?

A.        In this case?  I'm sorry.

Q.        Sure, in the Bed Bath & Beyond case?

A.        No.

Q.        What about in general?

A.        Yes.

Q.        When was the last time you had your deposition taken?

A.        Within six months.

Q.        Was it related to a bankruptcy case?

A.        No.

Q.        Have you ever had your deposition taken in a bankruptcy case before?

A.        No.

Q.        And have you ever had your deposition taken in connection with the Bed Bath & Beyond payments to Artsana that we're going to be talking about today?

A.        No.

Thomas Gwiazdowski
September 29, 2025

Q.        All right.  So you're familiar with this, I assume.  And just to, I guess, make sure that we're all on the same page, everything that we're saying today will be transcribed.  Recorded and transcribed.  So in order to have a clean record, to the extent possible, we should avoid speaking over each other.  So if I'm asking a question, please wait until I complete my question and then you can answer.

          If you need a break at any time, just ask.  It's not a problem.  I only ask that you finish -- if you're in the middle of answering the question, please finish answering the question and then we can take a break.  Is there any reason, that you know of, why you wouldn't be able to understand my questions or participate in this deposition today?

A.        No.

Q.        I recall you saying beforehand that you're coming over a cold, but that's not anything that would prevent you from participating today, right?

A.        Yes.

Q.        Do you have any questions before we get started?

A.        No.

Q.        All right.  What is your role with Artsana USA, Incorporated?

Thomas Gwiazdowski
September 29, 2025

A.          President and CEO.

Q.          How long have you been the president and CEO?

A.          CEO, the last eight years.

Q.          And president as well?

A.          President, like six years.

Q.          Okay.  And are you familiar with the Complaint that the Plan Administrator in the Bed Bath & Beyond bankruptcy case filed against Artsana USA, Incorporated earlier this calendar year?

A.          Yes.

Q.          Have you had a chance to actually look at the Complaint and the exhibit attached to the Complaint?

A.          Note the actual Complaint, I haven't looked at recently, no.

Q.          I'd like to refer you to a collection of pages at the front of your binder.  It's actually in the little cover slip there.  And I'll represent to you that this is Exhibit-A to the Complaint.  And you'll see, if you flip through it is -- it's a list of mostly invoices and a payment.  Have you seen these pages before?

A.          Yes.

Q.          All right.  And what is your understanding about what these pages show?

A.          I'm not sure the timing of this document.

Thomas Gwiazdowski
September 29, 2025

Oh, this is the entire preference period documents?

Q.         Yes.  So this was the exhibit that was attached to the Complaint.  Have you seen this before?

A.         Yes.

Q.         Okay.  Have you had an opportunity to review this exhibit?

A.         Yes.

Q.         And do you understand that the Plan Administrator contends that a payment of invoices in the total sum of about $538,400.30 was made around the end of February of 2023?

A.         Yes.

Q.         And anything about that do you disagree with? Or do you agree that a payment in that amount was made around the end of February 2023?

A.         I believe this is part of a -- a total payment, yes.

Q.         All right.  And have you actually had a chance to look through the exhibit and confirm that each of the invoices here was in fact paid at the end of February 2023?

A.         I didn't look at it in detail, no.

Q.         All right.  Did you or someone at Artsana review its own records to confirm what invoices were paid by that end of February 2023 payment?

Thomas Gwiazdowski
September 29, 2025

A.          Yes.

Q.          And did you have the opportunity to compare your information about what invoices were paid, with the information that the Plan Administrator has about what invoices were paid?

A.          Did I personally?  Or did someone?

Q.          Did you or someone at Artsana.

A.          Yes.

Q.          Do you know if there's any discrepancies in the parties' respective information about which invoices were paid by the February 2023 payment?

A.          I don't believe there -- I believe we have an agreement on the basic amount and what was dictated from Bed Bath.

Q.          Okay.  So largely, it sounds like, tell me if I'm right here, that we are in agreement that, maybe with possible minor exceptions, the invoices that are appearing on this exhibit were in fact paid at the end of February 2023?

A.          Yes.

Q.          Is there anything in this exhibit, that you're aware of, that you or someone -- or -- or Artsana disagrees with, as far as what this exhibit is showing about what invoices were paid at the end of February 2023?

Thomas  Gwiazdowski
September 29, 2025

A.          Not that I'm aware of.

Q.          Could you turn to what's marked Tab 3 of your book there.  So I'll represent to you that as part of the exchange of information that your counsel and myself have had, I received an Excel spreadsheet with about three tabs on it.  And it may not be apparent from looking at it in its printed out form, but this is that Excel spreadsheet.  So Tab 1 is the first page, Tab 2 is a number of pages that you'll see right after that with yellow -- with a yellow highlighted column.  And I believe there may have been a Tab 3 as well, that -- where there's no yellow highlight.  But have you seen this document in its Excel spreadsheet form?

A.          Yes.

Q.          Do you know who prepared this document?

A.          Yes.

Q.          Who was that?

A.          Corey Eshelman.

Q.          Who is that?

A.          He's our controller.

Q.          And so do you understand what this -- why Corey prepared this document?

A.          Upon request, I'm sure.

Q.          And what is the -- what is the intention of this document?  As far as, what is it showing?

Thomas Gwiazdowski
September 29, 2025

A.          I think he's just trying to show the reconciling.  The total amount of payment that we received on the 27th of February of 2023, I believe.

Q.          Okay.  And so this first page here, can you -- it looks like a summary of some fashion.  Can you tell me what it's showing here on the first page?

A.          It's showing the amount paid.  And how it's broken down.

Q.          The February 27 date, is that February 27, 2023?

A.          I believe so.

Q.          And so is Artsana conveying, with this document, that it, in fact, does have a record of receiving about $1.6 million from Bed Bath & Beyond --

A.          Yes.

Q.          -- around February 27th?

A.          Sorry.  Yes.

Q.          You're fine.  Okay.  And then immediately below the 1.6 million number are two numbers.  Is that a breakdown of the 1.6 million?

A.          Yes.

Q.          And I see the 538,400 number that we were just talking about, correct?

A.          Yes.

Q.          And what is -- what is that number?

Thomas  Gwiazdowski
September 29, 2025

A.          That represents the amount that is tied to the detail of what was paid as per Bed Bath's instructions.

Q.          And that payment paid invoices, correct?

A.          The 538,000?

Q.          Yes.

A.          Yes.

Q.          And were those invoices past due at the time of the payment?

A.          I believe so, yes.

Q.          And then what is this other number, the 1 million 65 thousand number?

A.          It's a prepayment.

Q.          And so at the time of that payment, which was also on February 27th, correct?

A.          Yes.

Q.          At the time of that payment, no invoices had been issued as to that amount, is that correct?

A.          No invoices, yes.

Q.          And so the prepayment was in fact intended to pay for future goods and invoices issued for those goods, is that right?

A.          Identified orders, yes.

Q.          And do you know if that payment was in fact applied to the subsequently provided goods and

Thomas Gwiazdowski
September 29, 2025

identified orders?

A.          Was it applied?

Q.          Yes.

A.          Yes.

Q.          All right.  And if you can turn to Tab 4. Have you seen this document, or a document like this, before?

A.          Yes.

Q.          What is this document?

A.          Looks like an invoice to buybuy Baby.

Q.          And was this invoice produced by your company?

A.          It appears to be, yes.

Q.          Have you had a chance, in connection with your preparation for today's deposition, to review invoices that were issued by Artsana to Bed Bath & beyond or its affiliates?

A.          No.

Q.          You haven't -- you haven't -- have you reviewed any invoices like this, in preparation for today?

A.          No.

Q.          Okay.  Are you generally familiar with what the invoices would look like, and the process that Artsana has in issuing invoices, in general?

A.          Yes.

Q.          Any reason to believe that this was not the set of invoices issued to Bed Bath & Beyond or its affiliates?

A.          No.

Q.          And could you help me understand, based on your familiarity with Artsana's invoices, what is this an invoice for?

A.          Product.

Q.          In particular, what?

A.          Looks like pacifiers and some booster seats.

Q.          Is that the type of product that Artsana would sell to Bed Bath & Beyond?

A.          Yes.

Q.          Okay.  And do -- is it your understanding that the invoices that were paid by that $538,000 payment were for, or related to, goods such as pacifiers and booster seats, or things of that nature?

A.          Yes.

Q.          And so do you believe that -- so this is just one representative copy, but do you believe that all of the invoices that were paid by that $538,000 payment would have been issued and would look relatively similar to this particular example invoice?

A.          Yes.

Thomas Gwiazdowski
September 29, 2025

Q.          What is Chicco?

A.          Chicco is the brand.

Q.          And so that's not actually a company, that's just a brand name, right?

A.          Correct.

Q.          And that brand was owned by Artsana USA, Inc.?

A.          No.

Q.          Who owns that brand?

A.          The parent company.

Q.          What's the name of the parent company?

A.          Artsana SPA.

Q.          So taking a step back from the exhibits for a minute.  Do you know when the relationship between Artsana and Bed Bath & Beyond first began?

A.          Probably in 2003.

Q.          And at that time, what was the nature of that relationship?

A.          Supplying products to a baby retailer.

Q.          Was it Bed Bath & Beyond?  Or was it buybuy Baby?  Or -- do you know?

A.          I believe at that time it was buybuy Baby.  A division -- I think they were technically a division of, or a subsidiary of Bed Bath & Beyond.  I don't know their exact corporate structure, to be honest with you,

Thomas Gwiazdowski
September 29, 2025

at that time.

Q.        Would it have been things like booster seats and pacifiers?  Or similar product?

A.        In 2003.

Q.        Um-hum.

A.        We didn't sell -- there's -- the business morphed into something different.  We were very narrow back in 2003.  So probably just strollers, to be honest with you.

Q.        And then how did the business relationship between the two companies change over the next 20 or so years?  I realize that's a huge amount of time.  But just generally speaking?

A.        Generally, it grew based on our product portfolio offering expansion.

Q.        And so Artsana was supplying more product? Different types of product and quantities, is that right?

A.        Yes.

Q.        Did Artsana's own operations expand during the course of that time?

A.        Artsana USA?

Q.        Not so much geographically, but as far as the quantity and types of product that it was offering --

A.        Yes.

Thomas Gwiazdowski
September 29, 2025

Q.        -- and selling?  And so did the Artsana business relationship with Bed Bath & Beyond grow during that time?

A.        Buybuy Baby.  We don't -- we don't refer to them as Bed Bath & Beyond, just because we didn't sell to Bed Bath & Beyond.  But I'm just trying to make sure I'm clearer.  Yes, with buybuy Baby specifically.

Q.        Okay.  So would it be more accurate for me to refer to the -- the Bed Bath & Beyond entity that Artsana was doing business with as buybuy Baby?

A.        Yes.

Q.        Okay.  I'll try to do that going forward.

A.        No worries.

Q.        And so the -- so let's focus more now on 2020 and -- and a couple years after that, before buybuy Baby filed for bankruptcy.  At that time, is it the case that Artsana was supplying baby products to buybuy Baby all over the continental U.S.?

A.        Yes.

Q.        And was it shipping -- could you help me understand, during that course of time in particular, where the products were sourced, and how they were delivered to Bed -- to buybuy Baby?

A.        Where our products are sourced?

Q.        Yeah.  Like, for example, what -- take

Thomas Gwiazdowski
September 29, 2025

strollers for example.  Were they imported from outside

of the U.S., or were they manufactured in the U.S, by

and large?

A.          They were sourced outside of the USA and

Asia.

Q.          Okay.  Was there product that Artsana was

selling to buybuy Baby that was manufactured within the

United States?

A.          No.

Q.          So every -- all the product would have been

imported?

A.          From outside of the U.S.  Some -- we had some

Italian manufacturing as well.

Q.          Okay.  And so when an order was placed by

buybuy Baby, what would happen next for Artsana to be

able to fulfill that order?

A.          Most likely, they -- well, I know they were

using an EDI system which electronically sends orders

to us.

Q.          What does EDI stand for?

A.          Electronic Data Interchange.

Q.          So Bed Bath would be using that program, is

that right?

A.          It's -- it's customary.  CPG companies,

they're using the ERP systems, we're using the ERP

Thomas Gwiazdowski
September 29, 2025

system.  They're communicating via what's called EDI

Interchange.  And they're writing orders to our system

that's -- I don't want to get into the details of this,

but they're translating the order so that we can accept

it.  And then we're confirming back, via EDI, to them.

Q.        Is it -- are there people on either side that

are communicating, or is it more just --

A.        There's management of electronic records,

let's say.  If there's issues, things error out.  But

there are people managing on both sides.

Q.        Okay.  And then, so once an order is placed,

and I guess is it the case that Artsana would, more or

less, accept that order through the EDI system?

A.        Yes.

Q.        And then once that happened, what would be

the next step, as far as how that order would be

fulfilled?

A.        Well we -- we would obviously process it

through our ERP system, which is our -- our bay system.

We process it and look into the system to see if the

product was available for shipping and then coordinate

-- it's a whole cycle process, where it goes to

warehouse logistics and then it goes to dispatch.  In

this case, Bed Bath & Beyond, or buybuy Baby, has their

own, what's called preferred shipper, and you would

Thomas Gwiazdowski
September 29, 2025

coordinate shipping the product via their shipper, I believe.  I don't know who it was.  But they had their own arrangements.

Q.          At what point in the process would an invoice be issued?

A.          Once the product left our dock.

Q.          Okay.  So it would be imported first?

A.          It depends.  So there's two different methods by which buybuy Baby received product from us.  One was what we call domestic shipments, which is what I just described.  Processing orders, coordinating logistics and shipping from our warehouse in Lancaster, Pennsylvania to their stores, typically.  Their process was not one of distribution channels.  Our distribution warehouse.  They preferred what they call ship to store methodology.  In -- in what I consider domestic shipments.

Import shipments, or what is commonly referred to as FOB shipments in the CPG world, consumer products Good World, goes directly from the manufacturer in Asia to a distribution center owned by buybuy Baby.

Q.          And where would that typically be, that distribution center?

A.          I'm not sure where those are.  They have a --

Thomas Gwiazdowski
September 29, 2025

they have a handful of them.  Not many.  Two or three,
to be honest.

Q.          And so -- all right.  So you would have
product shipped or delivered under both scenarios?

A.          Yes.

Q.          Was there a particular product that -- that
buybuy Baby preferred be handled via import shipment
than different product that was done by domestic
shipment?  Or how did that work?

A.          Yes.  High volume items, typically.  Things
that turn quickly.

Q.          Which would be which one?

A.          Import.  What's referred to as FOB shipments.

Q.          Can you give me an example or two of high
volume product?

A.          Yes.  Car seat bases that are universal to
our car seats, so they fit three, four, five different
models.  Those would turn at a high volume, high rate.
This -- from a productivity standpoint, it makes more
sense for us to ship large volumes direct to them than
small volumes to -- to store shipments.

Q.          Okay.  But in either case, the -- the timing
of the invoice would be connected to the -- basically
whenever the product was shipped, is that fair to say?

A.          Yes.

Thomas Gwizdowski
September 29, 2025

Q.        All right.  Now, are you aware that -- or just as a reminder, buybuy Baby, Bed Bath & Beyond filed bankruptcy in April 2023, correct?

A.        That's my understanding, yes.

Q.        Did the quantity or types of product that buybuy Baby was ordering in the one year or six month time frame -- let's say, within one year prior to bankruptcy did buybuy Baby's behavior, as far as what it was ordering, change, to your knowledge?  Or was it pretty consistent?

A.        Well, I think it was fairly consistent. According to what I understand.  I mean, their -- they need to flow product, so they were ordering consistently, it seemed.  I didn't analyze it personally.

Q.        Okay.  And then prior to the bankruptcy, and just generally speaking, I imagine that you were not, you personally were not, in the -- in the -- overseeing the details about the Artsana, Bed Bath, buybuy Baby relationship, were you?  Or were you?

A.        No.

Q.        Okay.  Who would you say was sort of the oversight manager for that relationship?

A.        I mean, it depends what area of the business you're talking about.  Just general relationship of the

business with buybuy?

Q.        Yeah.  Was there anyone in particular?

A.        Probably the vice president of sales would be
responsible in that area.

Q.        Who was that?

A.        Steve McLaughlin.

Q.        And he's no longer with your company, right?

A.        Correct.

Q.        When did he leave the company?

A.        May of 2024, I believe.

Q.        In 2020, 2021, 2022, was buybuy Baby one of
Artsana's bigger customers?

A.        Yes.

Q.        And was it its biggest customer?

A.        No.

Q.        Where would you rank it, if you could, as far
as on the customer scale?

A.        Top three.

Q.        Okay.  Were there any other individuals at
Artsana that you would say had a -- a large role in
overseeing the relationship between Artsana and buybuy
Baby?

A.        Yes.

Q.        Who would those individuals be?

A.        Josh Pahl would be one.