Thomas Gwiazdowski
September 29, 2025

Q.          What did he do for Artsana?

A.          He was the national account manager.

Q.          What role did he have with respect to buybuy Baby?

A.          That was his role.  National account manager for buybuy Baby, amongst other accounts.

Q.          Can you give me a little more information? Like what -- what was he doing specific to buybuy Baby that was important and helpful to Artsana?

A.          He was the point person between the buyer and our team.  Responsible for strategizing, merchandizing. Primarily a sales role.

Q.          So he would be maintaining a -- a relationship, from a sales perspective, with people at buybuy Baby, is that right?

A.          Yes.

Q.          Was there someone in particular at buybuy Baby that he was talking to the most?

A.          Probably the -- the senior buyer, Chrissy DiBella.

Q.          So notwithstanding that the company's had a long lasting relationship and handled a lot of their business via the Electronic Data Interchange platform, was it still the case that Josh or Steve, or someone else, that had a direct line of communication with

Thomas Gwiazdowski
September 29, 2025

buybuy Baby would -- would maintain a communication channel with buybuy Baby for purposes of merchandizing and sales?

A.        Is that what you're asking me?  If Steve and Josh would have been communicating with them.

Q.        Or someone like that, yeah.  I guess -- let me rephrase.  Notwithstanding -- it sounds to me like a lot of the parties' business was able to be accomplished just by electronic means?

A.        Not -- not exactly.

Q.        Okay.

A.        That's just the means with which -- that we were interacting, you know, documents.  But classic CPG relationship was our sales team interacting with their buying team on a constant basis.

Q.        Okay.  Thank you.  And so that was important for Artsana to interact with buybuy Baby on a consistent basis?

A.        Yes.

Q.        And typically those interactions would involve things like what kind of product is buybuy Baby interested in, what quantity, and things like that?  Is that right?

A.        Yes.

Q.        Were there any other sort of subjects that

Thomas Gwiazdowski
September 29, 2025

the two companies would communicate about on a regular basis?

A.        Classic promotional strategy.  New launches.  Product development.  You know, ways to grow the business for both our teams.

Q.        Okay.  Understood.  So now I want to ask you about buybuy Baby's ability to pay, basically.  And its history of making payments.  So you got a 20-year or so relationship here.  Have you had a chance, or do you even have the ability, to go back and look at the history of buybuy Baby's ability to pay invoices on time?

A.        Did I go back and look at the history?

Q.        Yes.

A.        No.

Q.        Do you have an understanding about how -- how typical it was for buybuy Baby to pay its invoices to Artsana on time?

A.        Do I have an understanding of the payment method?  I mean, we had a terms agreement that they, historically, as I understand it, paid somewhat late.  If you looked at the entire -- we didn't go back 20 years, probably five years historically classic five to ten days late, based on terms.

Q.        What were the terms for payments in the five

Thomas Gwiazdowski
September 29, 2025

years before bankruptcy, do you know?

A.        60, I believe.

Q.        Did that waiver change at all?

A.        Well, I think in January of '23 we moved to a prepayment term based on, you know, not being paid according to -- to the original terms.

Q.        Was there a single contract between the two that governed the payment terms?  Or did the parties have multiple contracts?

A.        I'm not sure of that, to be honest with you. But I think in their -- that they had a portal -- their online portal.  I think that was the contract that dictated terms.

Q.        Okay.  Now, in your review -- let me ask, did you review, in preparation for today, e-mail correspondence that had transpired between Artsana and buybuy Baby?

A.        I looked over some of those.  I guess you're talking about the discovery documents of the e-mails?

Q.        Yeah.

A.        I looked at some of those, yes.

Q.        Okay.  And in particular, did you review e-mail correspondence regarding inquiries into buybuy Baby's failure to pay invoices on time?

A.        I think there was an e-mail about that.  If

Thomas Gwiazdowski
September 29, 2025

-- if you're referring to an e-mail from, I think it was one of our team members to buybuy.

Q.        Yes.  So let's look at some e-mails, if you don't mind.

A.        Please.

Q.        Let's start at Tab-5.  And so the way that these e-mails are printed out, you know the most recent exchange is going to appear first, right?  And it chronologically goes backward.  So I'd like to turn your attention to the second to last page of this exhibit here.  You will see the subject is buybuy Asian.  And I think if you look at the e-mail from Greg Obetz to B. Cashman, December 19th, 2022, do you see that?

A.        Yes.

Q.        Greg says, We have over 200,000 that is now past due for buybuy Baby.  Can you please tell us if there is a payment coming soon to pay for those past due invoices?  So what is Greg Obetz' role at Artsana?

A.        He was the controller.

Q.        I -- I think you said -- you gave me another name of a controller?

A.        Current controller was Corey Eshelman.

Q.        So Greg was the controller at the time?

A.        Yes.

Thomas Gwiazdowski
September 29, 2025

Q.        And so was Greg -- was one of Greg's roles to monitor past dues owing by customers?

A.        Oversee, monitor, yes.  It's fair.

Q.        And so what -- why is Greg reaching out or e-mailing B. Cashman here?

A.        This is the gentleman that buybuy put in place to manage receivables.  I'm not sure what their process was at that time, but I think they -- I mean, looking at it, he doesn't have a buybuy e-mail, so they must have outsourced that -- that role at that time. I'm not sure who Brian Cashman is, other than I know that name and I know he was designated.   That's why we're corresponding here with him.

Q.        Do you know when buybuy Baby designated an outside person to be the point of contact for Artsana?

A.        No.

Q.        Was it the case, historically, that if Artsana had a question about a past due invoice, they would reach out to an employee of buybuy Baby?

A.        No.

Q.        It's not the case that Artsana had a buybuy Baby employee contact for those types of things?

A.        No.

Q.        What was -- who was the contact, historically, for Artsana?

Thomas Gwiazdowski
September 29, 2025

A.          There was a contact that was -- we -- the procedure, as I understand it, you had to send documentation about aged invoices in the mail, snail mail.  If you wanted, you know, information about past due, you had to send documentation or proof of delivery or whatever.  It was a very arduous, cumbersome task, in my opinion.

Q.          And who would that mail be directed to?

A.          I'm not sure.  I think it was a generic box.

Q.          Was it a buybuy Baby address?

A.          Yes.

Q.          So it wasn't as simple as just sending an e-mail or picking up the phone?

A.          No.

Q.          When did that change?  Or did it change?

A.          I have no idea.

Q.          At least with respect to this December 19th, 2022 time frame, it looks like that process was not being taken, is that right?

A.          I think -- I think they changed the methodology, maybe, and put this person in place to -- to try to handle that.  I don't know if the other part actually changed, to be honest with you.  I don't know that.

Q.          Okay.

Thomas Gwiazdowski
September 29, 2025

A.          I don't think the entire process changed. Let's just say they introduced a new process.

Q.          Have you seen any examples -- in the course of your reviewing e-mails in preparation for today, have you seen any examples prior to this December 2022 example where someone from Artsana was reaching out by e-mail, rather than by snail mail, about a past due invoice?

A.          Well, yeah.  Our sales team would obviously be involved.  There's different levels of, you know, attention.  So sales team would help.  Try to help.  So they, of course, would try to reach out to the -- their counterparts.  Specifically probably starting with Chrissy DiBella.  So there's e-mail exchanges in different areas, for sure.

Q.          Now, what about the controller's involvement specifically, in the course of your preparation for today, did you see any examples, prior to December 2022, when Artsana's controller was cor -- or contacting buybuy Baby by e-mail about a past due invoice?

A.          I didn't see any of those.

Q.          Real quick, you've already described some of the people that are cc'd on this e-mail.  But could you explain, who is Steve Rubin?

Thomas Gwiazdowski
September 29, 2025

A.          He's our operation director.

Q.          And why, if you know, was he included on this e-mail?

A.          He's part of that -- you know, that team.

Q.          Which team?

A.          The finance and ops.  Steve Rubin is on our team.  He's part of our finance and -- he's in charge of operations.

Q.          And Amanda Plasterer?

A.          She's -- she was credit and collections manager at that time.

Q.          This particular e-mail is representing about $200,000 in past dues, correct?

A.          Which part?  I mean there's different --

Q.          Yeah.  This is -- I'm still on this Greg Obetz e-mail, December 19th, where he says, We have over $200,000 that is now past due.  Do you see that?

A.          No.

Q.          Okay.  Sorry.

A.          Which page?  The original --

Q.          So this exhibit is --

A.          The next to last page you're back to?

Q.          That's correct, yeah.

A.          Okay.  Yes.

Q.          Greg Obetz to B.Cashman, December 19th.  And

Thomas  Gwiazdowski
September 29, 2025

Greg references over $200,000 in past dues.  Do you see that?

A.          Yes.

Q.          It looks like -- so I guess my question is, so there's different people on the team, the Artsana team, that are included in this e-mail.  For example, Ms. Plasterer, who's the credit and collections manager.  Do you know why it is that the controller is the one that is sending this e-mail rather than someone like Ms. Plasterer or Mr. Rubin, or somebody else at Artsana?

A.          Do I know why he sent this?

Q.          Yes.

A.          No.

Q.          Is it the case that someone at a lower level than the controller would typically be contacting a customer about a past due invoice?

A.          I mean the situ -- it depends on the dollars and the situation, of course.  I mean, credit and collections managers don't have -- I mean, if you want to get someone's attention you escalate things, right?  So --

Q.          Is that --

A.          -- I'm sure that's what Greg was doing here.

Q.          Is this an example where Artsana is

Thomas Gwiazdowski
September 29, 2025

escalating the situation?

A.          Yes.

Q.          Is over $200,000 of past dues a lot, in comparison to the history between these parties, as far as how much is past due at a given time?

A.          I mean, a lot is a relative term.

Q.          Agree.

A.          It's --

Q.          Is it a lot compared to how much was typically, or commonly, outstanding by buybuy Baby?

A.          Outstanding at any given moment in the relationship, no.

Q.          All right.  Let's go forward in this chain.  The next e-mail in this chain is December 28, also by Mr. Obetz.  Also to Brian Cashman.  Do you see that?  December 28th at 8:56 a.m.

A.          Yeah.  There's two, but go ahead.  Same day.

Q.          Right.  He mentions something about a sister company, Caben, is that right?

A.          Yes.

Q.          What was Caben's role with buybuy Baby?

A.          In the FOB transactions, they're the billing entity.  In other words, domestics shipments billed by us at Artsana USA, FOB shipments billed by Caben Asia Pacific, Limited.

Thomas Gwiazdowski
September 29, 2025

Q.       What is -- is it FLB, is that right?

A.       FLB?

Q.       FOB, is that the acronym?

A.       No.  FOB.  F-O-B, Freight on Board?

Q.       FOB, all right.

A.       Yes.

Q.       So is it the case that the FOB goods were supplied by Caben?

A.       FOB China.  Yes.

Q.       Do you know if -- remember the $538,000 payment?

A.       Yes.

Q.       Do you know if any of the goods that were -- invoices that were paid by that payment were Caben FOB goods?

A.       I don't recall.

Q.       Would I be able to figure that out by looking at the copies of invoices that were paid by that payment?

A.       Yes.

Q.       So invoices were either issued by Caben or by Artsana USA, is that right?

A.       Yes.

Q.       Okay.  Do you happen to know if the 538,000 was actually paid to Artsana USA versus Caben Asia?

Thomas Gwiazdowski
September 29, 2025

A.          That was part of payments all to Artsana,

Incorporated.

Q.          And was the prepayment also paid to Artsana

USA?

A.          Yes.

Q.          Now, if you could turn to -- flip forward to

the first page of this exhibit.  At the bottom there's

an e-mail from Mr. Obetz, January 3rd at 10:35 a.m.  Do

you see that?

A.          Yes.

Q.          And he says -- he's asking for an update.  We

have not been paid in over two weeks, he said.  Do you

know if it was unusual for buybuy Baby to go two or

more weeks without a responding inquiry about past due

invoices?

A.          If it was inconsistent?  I'm sorry, can you

repeat the question.

Q.          Do you know if it was unusual for buybuy Baby

to go two or more weeks without responding to an

inquiry by Artsana about past due invoices?

A.          No.

Q.          You don't know?  Or it was not unusual?

A.          No, I don't -- I don't know.

Q.          And then up at the top, the very first e-mail

on this chain, do you recall seeing this e-mail in your

Thomas Gwiazdowski
September 29, 2025

preparation for today?

A.        This same chain?

Q.        Well, in particular, the first e-mail at the top.

A.        Yes.

Q.        Okay.  And if you need a minute to, like, read it again, please do so.  But I want to ask you, because Mr. McLaughlin is sending the e-mail now, correct?

A.        Yes.

Q.        And he's sending it to someone who I don't think appears in the prior chain, which is Chad Taylor. Do you see that?

A.        Yes.

Q.        So do you know why we have Mr. McLaughlin now reaching out to Mr. Taylor instead of Mr. Obetz corresponding with Mr. Cashman?

A.        Do I know why?

Q.        Yes.

A.        No.

Q.        If you look at the e-mail, Mr. McLaughlin says, Our team has seemed to have lost contact with the BRG team.  Is he referring to Mr. Cashman?

A.        I believe so.

Q.        And our HQ is pressuring stop ship.  What

Thomas Gwiazdowski
September 29, 2025

does that last part mean?

A.        I mean sure, the receivables, you know, start looking past due, so that, you know, there's probably some correspondence between myself and headquarters about it.

Q.        What is headquarters referring to?

A.        Probably my boss.  And I report to the group CEO.  The global CEO.

Q.        Do you recall at what point in time you and your boss began discussing buybuy Baby's past due situation?

A.        No.

Q.        Would it have been around the time of this January 2023 e-mail?

A.        I'm sure.  I mean, I don't recall exactly when, but I'm sure this is not a -- don't forget, sales people like to tell tales, but so -- this is interesting.  I read this before and, you know, this probably came up in a business review or something with headquarters, and so we discuss our options.

Q.        When you say "we discuss", who are you referring to?

A.        My -- my team.

Q.        Including yourself and Mr. McLaughlin?

A.        Yes.

Thomas Gwiazdowski
September 29, 2025

Q.        And so I notice that you are not personally included on these e-mails, correct?

A.        Yes.

Q.        But is it the case that someone from your team was keeping you informed about the past due situation with buybuy Baby around this time?

A.        Yes.

Q.        Do you recall what those conversations were like?

A.        What they were like?

Q.        Yeah.  I know that's a pretty vague question, but, I guess, what was Mr. McLaughlin or Mr. Obetz discussing with you about it at that time?

A.        I'm sure they were just keeping me up to date with what's going on.

Q.        Did you have any -- did you give them any direction about how they should handle the -- their communications with buybuy Baby around this time?

A.        Any direction on how they should handle it?

Q.        Um-hum.

A.        No.

Q.        So at this time was it more of they were reporting to you and keeping you updated on the status of the past dues?

A.        Yes.

Thomas Gwiazdowski
September 29, 2025

Q.          I'm sure -- is it the case that you were encouraging them to collect the past dues?

A.          Yes.

Q.          Did you offer them any direction as far as how to accomplish that task?

A.          In the normal course of business, of course.

Q.          Such as?

A.          I have many years of experience in this -- in this world, so I'm sure I counseled them on, you know, what our options are, what -- you know, what -- what we should do in this case.  I've been here before.  So I'm sure I -- I gave input onto the situation.

Q.          Do you recall whether your boss or someone at headquarters had mentioned to you, or suggested to you that Artsana stop shipping product to buybuy Baby?

A.          No.

Q.          You don't recall or did not -- or did that not happen?

A.          I don't recall that.

Q.          Do you have any reason to believe, based on Mr. McLaughlin's reference to HQ pressuring stop ship, that Mr. McLaughlin's statement there is -- is based on truth?

A.          Well, I mean, it's based on our discussions.

Q.          Okay.  So as far as you know, you had a

Thomas Gwiazdowski
September 29, 2025

discussion with Mr. McLaughlin about the possibility of stopping shipments to buybuy Baby around this time?

A.          I don't recall one -- a discussion.  There were many discussions, I'm sure.  And I'm sure that was one of the possibilities.

Q.          Prior to this December 2022, January 2023 time frame, do you recall having discussions with anyone on your team about the possibility of stopping shipments to buybuy Baby?

A.          No.

Q.          Do you know if that ever happened prior to this time frame that we're looking at?

A.          You -- what happened?  Stopped shipments?

Q.          Discussing the possibility of stopping shipments?

A.          I don't recall.

Q.          Would it surprise you if no such discussions had taken place in your team prior to this time frame?

A.          Would it surprise me?

Q.          Yes.

A.          I mean, it's -- I mean, yeah, I guess it would.  But I don't recall a specific conversation having that exact discussion.

Q.          So what I'm trying to get at is, I see this representation here by Mr. McLaughlin, as someone at

Thomas Gwiazdowski
September 29, 2025

buybuy Baby, at least representing the possibility of

stopping shipments, correct?

A.          Yes.

Q.          Okay.  Do you believe, based on your

experience at the company of Artsana, and your

familiarity with its relationship with buybuy Baby,

that there had been prior representations, at any point

in time in the parties' business relationship, where

Artsana was considering stopping shipments?

A.          I don't recall that.  I'm sure there was --

there's discussions about lots of different things to

do in these situations, and I'm sure that subject came

up.

Q.          Came up within your team or between Artsana

and --

A.          I'm sure it came up within our team.

Q.          What about -- so I think you can appreciate

that it's wanting to talk about it internally, right?

A.          Um-hum.

Q.          For example, this customer is -- has this

past due balance that keeps growing and we're getting

concerned about it.  We got to talk about our options

to bring this amount down to collect what is owed to

us.  You know, let's go through some possibilities.

One of them could be stopping shipments.  Discussions

Thomas Gwiazdowski
September 29, 2025

internally is one thing, but to actually communicate that out loud, or by e-mail in this case, to the customer, I feel like that is the initial step.  Do you agree?  Because at that point you're actually telling the customer, Hey, this is something we're considering doing.  That's sort of a next level.  I don't know how you would describe it, but.

A.        Well, that's your opinion.  It's the senior buyer you don't forget.  You don't know who Chad Taylor is?

Q.        Do you know who Chad Taylor is?

A.        Yes.  He's the senior buyer at that time.  He took the place of Chrissy DiBella.

Q.        And so how does that factor into your --

A.        I'm saying, those are salespeople having discussions.

Q.        Okay.  So do you know -- and is -- but Mr. McLaughlin's on your team, right?

A.        Yes.

Q.        Okay.  And do you know if, prior to this time frame, in December 2022, January 2023 time frame, do you know if the sales team of Artsana had communicated to anyone at buybuy Baby about the possibility of stopping shipments?

A.        Do I know of any other time than this e-mail?

Thomas Gwiazdowski
September 29, 2025

Q.          Prior to.

A.          I'm not aware.

Q.          Let's turn to Tab 6, if you don't mind?

A.          Yep.

Q.          Second page is the first e-mail on this e-mail chain.  Here we have a person named Jane Wang. Do you know what her role was with Artsana?

A.          Yes.

Q.          What was it?

A.          She was -- I believe she's in logistics and operations at Caben Asia Pacific.

Q.          Okay.  Then let's turn to the next e-mail up, which starts on the first page on the bottom from Mr. Rubin, where he says, Unfortunately, we need to ask you to halt/stop shipment on the buybuy Baby orders.  Do you see that?

A.          Yes.

Q.          He continues on, Please do whatever you can to hold the remaining shipments.  Until we find out further information about their financial status we will not be shipping.  Please follow up with us to let us know the status of the remaining shipments.  Do you see that?

A.          Yes.

Q.          So what -- what is the significance of Mr.

Thomas  Gwiazdowski
September 29, 2025

Rubin communicating this to Ms. Wang?  Why does this need to be communicated to Ms. Wang?

A.          Why does it?  We made a decision to stop shipping.

Q.          Who made the decision?

A.          I'm sure ultimately I did.

Q.          Okay.  So you made the decision to stop shipments to buybuy Baby around this time, correct?

A.          Yes.

Q.          And then Mr. Rubin communicated that decision to Ms. Wang?

A.          Yes.

Q.          And, in other words, Caben was being informed to stop shipments?

A.          Yes.

Q.          Is that essentially what is happening here?

A.          Yes.

Q.          Would that include the orders that are referenced in Ms. Wang's January 5th e-mail, which is the first e-mail that we looked at in this chain.

A.          It appears so.

Q.          Do you recall the -- when a decision was made by you on your team to officially stop shipments on all buybuy Baby orders?

A.          No.