Thomas Gwiazdowski
September 29, 2025

Q.        But you agree that that did in fact happen, correct?

A.        Yes.

Q.        And then the first e-mail in this chain, or the most recent e-mail, is this Ms. Wang communicating the status of buybuy Baby orders?

A.        Yes.

Q.        Okay.  Please turn to Tab 8 -- or Tab 7.  I think you alluded to previously there being third party shippers that are involved in delivering the product from Artsana to buybuy Baby, correct?

A.        Yes.

Q.        Is J.B. Hunt one of those?

A.        I'm not sure.

Q.        I'm going to move on from that one.  Let's go to the next tab, Tab 9.  So this -- the date of this e-mail, Tab 9, is January 10th, which is, I think, the day after the e-mail from Mr. Rubin to Ms. Wang that we were just looking at.  And this is an e-mail from Mr. McLaughlin to the buybuy Baby team, correct?

A.        The same team, yes.

Q.        Okay.  And what is the -- what is the general purpose of Mr. McLaughlin's e-mail here that we're looking at?

A.        He's informing them of a prepayment term

Thomas Gwiazdowski
September 29, 2025

effective immediately.

Q.        So this is different from the communication that we were just looking at about stopping shipments. This is about changing the terms of payment moving forward in the parties' relationship, correct?

A.        Yes.

Q.        Did a change to the parties' contract take place to memorialize this change in payment terms?

A.        I'm not sure.

Q.        Do you recall if you or someone on your team looked at the parties' contract to confirm if this was something that can be effectuated by e-mail, or if it needed to be more formally carried out?

A.        I don't know.

Q.        So earlier I was asking you if you recalled making a decision to stop shipments, right?  Do you recall me asking about that?

A.        Yes.

Q.        And I think, more or less, I think you said you don't specifically recall.  Is that right?

A.        Yes.

Q.        What about the decision to move to prepay, do you recall making that decision?

A.        Yes.

Q.        What do you remember about making that

Thomas Gwiazdowski
September 29, 2025

decision?

A.          Generally, reviewing our options and coming to a decision.  I don't remember the discussion or the meetings.

Q.          What was it about the status of Artsana's relationship with buybuy Baby at that time that caused you to decide, we've got to prepay?

A.          There's not one thing.  It's a business decision that, you know, we have to make based on all the information, all the facts, everything we know.

Q.          What were some of the factors that you recall considering in making the decision to move to prepay?

A.          Lack of communication, lack of information, lack of responsiveness.  And obviously lack of payment with past dues.

Q.          What was the lack of information you felt like Artsana was experiencing?  Was it --

A.          We're asking for information and there's no response for weeks.

Q.          Was it a lack of information as far as when buybuy Baby expected to make payment?  Or was it failing to provide you with any information in particular beyond that?

A.          I mean generically, it's lack of response. In a business relationship, you know, if you're not

Thomas Gwiazdowski
September 29, 2025

communicating, that's a poor -- that's a poor

relationship.

Q.        Do you recall having a feeling, or do you

recall knowing about how much time had transpired

around this time that there had been a failure of

communication with buybuy Baby?

A.        Not exactly.  I mean, no.

Q.        Did you feel, at this particular time, in

January of 2023, that you knew who the point of contact

at buybuy Baby should be?  In other words -- let me

rephrase.  Did you have a feeling like you weren't sure

who to communicate with buybuy Baby to get your

invoices paid, around this time?

A.        No.

Q.        Who did you think you should be communicating

with around that time?

A.        In a normal world we -- we multi prong

communicate.  In other words, you communicate with

finance ops separately and sales team at another prong.

So you -- you try to communicate with all the avenues

that are available.

Q.        Okay.  We've seen correspondence with people

on the sales side, I think.  Chrissy DiBella, Chad

Taylor, for example, correct?

A.        Yes.

Thomas Gwiazdowski
September 29, 2025

Q.        Who do you recall would be the point of contact for buybuy Baby on the finance side?  Was that Brian Cashman?

A.        I'm not sure who that is.

Q.        Remember Brian Cashman at BRG?

A.        Yes.

Q.        We were looking at his e-mails before.  Was that an example of someone on the finance side for buybuy Baby?

A.        Yes.

Q.        Okay.  Do you recall if you had any -- if you gave buybuy Baby any advance notice that Artsana was considering moving to prepay ahead of sending this e-mail to buybuy Baby?

A.        I'm unaware of that.

Q.        Do you recall if -- let me back up.  I remember you saying that for the five years prior the parties' payment terms were Net 60, correct?

A.        I believe so.  Yes.

Q.        And so, in other words, they were never prepay?

A.        Yes.

Q.        And do you -- was there any point in the parties' relationship, and I understand you haven't looked back 20 years, I don't expect you to have, but

Thomas Gwiazdowski
September 29, 2025

are you aware of any time in the parties' relationship, prior to 2023, where Artsana asked buybuy Baby to ship to prepay for goods?

A.        Not that I'm aware.

Q.        Would it be surprising to you if there was such a prior incident where buybuy Baby was on prepay terms?

A.        Yes.

Q.        And at the time of the relationship between Artsana and buybuy Baby, is it the case that buybuy Baby was one of Artsana's top three customers?

A.        Yes.

Q.        With respect to the other two, and I'm not asking you to name them, but had Artsana shifted the payment terms of those other two top customers to prepay at any time?

A.        No.

Q.        Do you recall what, if any, response buybuy Baby gave to Artsana upon learning that its payment terms were being moved to prepay?

A.        No.

Q.        Did you have any direct communication, either by e-mail or phone, with an employee or representative of buybuy Baby about the prepayment payment terms?

A.        I don't recall.

Thomas Gwiazdowski
September 29, 2025

Q.        Do you recall if a member of your team informed you about a call or e-mail that they would have had with buybuy Baby about specifically shifting to prepay?

A.        I don't recall.

Q.        If you could move to Tab 10.  So this is -- I don't think we need to go through the whole thing, but I will represent to you that this is e-mail correspondence of Schneider.  Was Schneider one of the third party ship -- like shipping companies that the parties used to deliver product?

A.        I believe so.  Yes.

Q.        And do you happen to know, on the first page here, one of the Artsana employees is Amy Cruz.  Do you happen to know her role with Artsana?

A.        She's a warehouse clerk.

Q.        Okay.  And do you know what the e-mail address tmsne@bedbath.com refers to?

A.        No.

Q.        What about at the bottom of the first page, there's an e-mail address stmbbby@scheider.com.  Do you know what that e-mail address refers to?

A.        No.

Q.        Do you know if Schneider was one of the companies that was involved in the shipment of product

Thomas Gwiazdowski
September 29, 2025

of Artsana's to buybuy Baby?

A.          I believe so.  Yes.

Q.          Okay.  Let's move to Tab 11.  Are you familiar with the company Yusen?

A.          No.

Q.          Y-U-S-E-N, you're not familiar with them?

A.          No.

Q.          What about Yusen Logistics?

A.          No.

Q.          Let's move on.  Tab 12, please.  This is a one page e-mail exchange exhibit.  Do you recall that we were just recently looking at a communication involving a shift to prepay that -- that e-mail was dated January 10th, do you recall that?

A.          Yes.

Q.          And then this particular exhibit on tab 12 is on -- this e-mail is also dated January 10th.  And I'm looking at the bottom half of this first page here.  Do you see that?

A.          Yes.

Q.          Mr. McLaughlin is writing to other members of your team, notifying them that he had a recent call with Chad Taylor of buybuy Baby and -- or on the subject of shifting to prepay going forward.  Is that a fair characterization of this e-mail?

Thomas Gwiazdowski
September 29, 2025

A.          Yes.

Q.          So is it the case that the decision to shift to prepay was -- was a decision that you communicated -- you personally communicated to Mr. McLaughlin and then he informed the rest of your team?

A.          Well, collaborative decision making, I'm sure.

Q.          As far as --

A.          What's the question?  Who made the decision?  Or?

Q.          I'm wondering -- I'm basically wondering -- I'm assuming, based on this e-mail, that the folks on this team were not aware -- may not have known for sure that the shift to prepay was happening until Mr. McLaughlin informed them of such by this e-mail.  Is that right or is that not right?

A.          I have no idea.

Q.          Okay I'm just trying to get a sense of whether this was something where Mr. McLaughlin communicated with you about it and then he communicated to the rest of the team about it?  Or is that not what transpired here?

A.          I'm not sure of the timing.

Q.          Okay.  I guess I misspoke, because there's a second page to this exhibit.  But that is an e-mail

Thomas Gwiazdowski
September 29, 2025

that we already reviewed.  Let's move to Tab 13.  Mr.
Pahl is writing to you, Patrick Smith and Mr. Colombo
on January 11th in this e-mail exchange.  Do you see
that?

A.        Yes.

Q.        DI -- it says -- the subject is Open DI PO's.
What is DI referring to, Domestic Import?

A.        Direct import.

Q.        Direct Import.  Is that domestic import?  Or
what is that?

A.        Direct import.  FOB.

Q.        FOB?

A.        It's synonymous with FOB.  There's
different --

Q.        I understand.

A.        -- ways to describe it, let's say.

Q.        Do you know who, or what role, I should say,
Patrick Smith and Pietro Colombo serve in Artsana?

A.        They're in our procurement demand planning
department.

Q.        So what is their relationship, as far as
buybuy Baby is concerned?  What do they do?

A.        Think manage product flow.

Q.        Why, if you know, is Mr. Pahl asking for
copies of purchase orders that are not to be shipped

Thomas Gwiazdowski
September 29, 2025

here?

A.          I don't know.  He's in sales.  He wants to know maybe what's not shipping.  What's shipping.

Q.          And do you know if there was anything shipping by Artsana to buybuy Baby at this time?  January 11th, 2023.

A.          I don't know.  I mean, maybe that's, I'm guessing, what he's trying to determine.

Q.          All right.  Please turn your attention to the next tab, which is Tab 14.  Now we're about a week after the January 10th prepay notice and, I think it was, January 9th stop shipment notice.  This is January 18th.  Mr. McLaughlin's writing to John Dery and Chad Taylor.  By the way, do you know who John Dery is?

A.          I do not.

Q.          The subject is buybuy Aging, and he's -- looks like he's sending an Artsana Aging Report.  At least he's referring to one.  Is that right?

A.          Yes.

Q.          We are currently close to 3 million in past due invoices.  So you and I were talking about a reference to an outstanding past due balance of something like -- something over $200,000.  Do you remember that?

A.          In this specific e-mail, yes.

Thomas Gwiazdowski
September 29, 2025

Q.        Yes.  And that was probably in December of 2022, I think is when we saw that.  But this number here is considerably higher, correct?

A.        Yes.

Q.        So do you recall this point in time and do you recall watching the past due balance, more or less, balloon from 200,000 to 3 million?

A.        Do I recall watching it?

Q.        Well --

A.        This is not -- I mean, I don't watch it.

Q.        Well, do you recall this taking place?  Did you have any reaction, around this time, to this obvious ballooning of past due balance on the part of buybuy Baby?

A.        When you say ballooning, it doesn't -- we can ship $3 million in one week and 75 days, or 60 days prior -- you have to understand how the business operates.  It can -- that can be one week's worth of the shipments.  So it doesn't all of a sudden balloon.  It trends and it doesn't just switch from 200 to 3 million.  It doesn't work that way.  Significant shipments cause, you know, significant dollars.

Q.        Do you know if -- it says currently close to 3 million, so I guess it's slightly under 3 million.  But do you know if, this point in time, right, we know

Thomas  Gwiazdowski
September 29, 2025

at this point in time past dues are close to 3 million.

Do you know if that is the highest past due balance

that buybuy Baby has had outstanding to Artsana in

their relationship?

A.          I have no idea.

Q.          Is that -- in your opinion, is that figure,

close to 3 million in past dues, is that figure higher

than what you would deem to be typical of the buybuy

Baby/Artsana relationship?

A.          I have no idea.

Q.          And then Mr. McLaughlin says, his second

sentence or third sentence, he says, I know last week

this was brought up on your end.  Can you please

provide an update on payment?  Do you know what he's

referring to, "I know last week this was brought up on

your end", was there some sort of call or meeting

between the two?

A.          I don't know.  I don't know what he's

referring to, to be honest with you.

Q.          Okay.  And by the way, have you had a chance

to communicate with Mr. McLaughlin, between the time

that the Plan Administrator's lawsuit was filed and

today, about buybuy Baby?

A.          No.

Q.          Okay.  So then the first e-mail, which is the

Thomas Gwiazdowski
September 29, 2025

top of this page, it's from Mr. Taylor in response to Mr. McLaughlin.  He says, We, merchant team, have given the green light and prioritize weekly payments in both the domestic and DI sides.  Those are the two different import scenarios you were experiencing earlier, correct?

A.        Yes.

Q.        So he mentions prioritizing weekly payments. Do you know if one side or the other, referring to Artsana and buybuy Baby, suggested the idea of making weekly payments?

A.        Suggested?  No.  I think that's probably their classic payment method.  I'm fairly certain. That's the way it had consistently happened in pasttimes.

Q.        Okay.  So your understanding is that buybuy Baby would generally pay on a weekly basis?

A.        I believe it was typical.  I don't think it was absolute, let's say.

Q.        But it's also the case, at this point in time, January 18th, that it had been a few weeks, at least, since any payment had been made, is that correct?

A.        I believe so.

Q.        All right.  Let's refer to Tab 15.  It's a

Thomas  Gwiazdowski
September 29, 2025

one page exhibit.  And now we're in the end of February 2023.  Ms. DiBella, at the bottom of this page, is e-mailing Mr. Pahl.  The subject is This Week's Order and Payment, do you see that?

A.        Yes.

Q.        And there's a reference to an ACH payment. Do you see that, in the table?

A.        Yes.

Q.        Do you know what that payment is referring to?  What that references?

A.        Yes.

Q.        What is that payment?

A.        As stated, about a million in new orders and 500 in change in repay, as they called it.

Q.        And is that the same payment that we were reviewing at the beginning of our deposition, the end of February, the $1.6 million payment?

A.        I believe so, yes.

Q.        The number is slightly different, but it's about the same.  Is it your understanding that that is referring to -- that this e-mail is referring to the same payment that was ultimately made at the end of February 2023 for 1.6?

A.        Yes.

Q.        There was no other $1.6 million payment

Thomas Gwiazdowski
September 29, 2025

around that time, is that fair?

A.          No.

Q.          All right.  So middle of January, the last exhibit, we're seeing a reference to a $3 million past due balance.  What I'm not seeing in that e-mail discussion is any information about how that balance was going to be paid or paid down.  And now here we are, at the end of February 2023, where buybuy Baby is confirming a payment is going to be made that at least is paying, in part, its past due balance, correct?

A.          Yes.

Q.          And is also making a payment for new orders, correct?

A.          Yes.

Q.          So what transpired, based on your recollection and your review of documents in preparation for today, between the middle of January and the end of February, to cause -- to allow this payment by buybuy Baby to be made?

A.          What transpired?

Q.          Yeah.  How did this come to be?  Were there communications by you or a member of your team with buybuy Baby?  Were there calls?  Were there meetings?

A.          I don't recall exactly what was happening, but I'm sure we had calls with their merchant team to

Thomas Gwiazdowski
September 29, 2025

make this happen.

Q.        Would it have been --

A.        Chad.

Q.        -- Chad Taylor?  Would that have been the point of contact at this time?

A.        I don't recall if it was him or Chrissy. They both -- Chrissy DiBella was on the merchant team. Chad was on the merchant team.  He may have left by then.  There was some transition in that team.  So I don't know exactly who it was with, but it would have been, more than likely, one of those two people.

Q.        And who, primarily, on your team was doing the communicating with those individuals at this time?

A.        Steve McLaughlin.

Q.        So were there -- were there negotiations taking place between the two?

A.        I don't -- I wouldn't characterize it as negotiations.  Let's -- you need product, we have product.  Let's figure out a way to make it happen. I'm sure that was the crux of the discussion.

Q.        So your recollection is that buybuy Baby was communicating a desire for new product, right?

A.        Yes.

Q.        And is it also the case that Artsana was communicating its desire to get paid on its past due

Thomas Gwiazdowski
September 29, 2025

outstanding sum?

A.        Yes.

Q.        And is it your understanding that Artsana communicated to buybuy Baby that in order to get new product from us, you will need to pay down part of your past due balance?

A.        I don't think that there was a characterization of what you're saying.  This sort of blackmail of you have to do this.  But let's work together to pay some of this balance.  And you need new product, so let's figure out a way to have that happen too on your side.

Q.        Were the discussions regarding providing new product occurring at the same time as the discussions about making a payment on the past due balance?

A.        I don't -- I don't know.

Q.        Were -- were those communications both happening?

A.        I mean, I wasn't involved in the actual communications, so I don't know exactly what was talked about.  But you can see the result of the discussion.

Q.        And do you recall meeting with Mr. McLaughlin, either in person, by phone, or e-mail, to talk about, both, providing new product and getting paid on the past due balance?

Thomas Gwiazdowski
September 29, 2025

A.          Not specifically.

Q.          Do you recall meeting or speaking with Mr. McLaughlin about one or the other?  Meaning, either providing new product or collecting payment on past dues?

A.          Again, not specifically.

Q.          But more generally, do you believe that such a meeting or conversation with Mr. Mc -- between Mr. McLaughlin and yourself did take place around this time?

A.          I'm sure we had some types of discussion.  I just can't recall exact verbiage or what was spoken.

Q.          Do you know -- okay.  Let me back up.  Is it correct that Artsana agreed to provide new product at a cost to the customer, buybuy Baby, of around $1 million?

A.          Yes.  That's what the e-mail says.

Q.          So do you recall how Artsana reached the decision that it was comfortable providing about $1 million of new product to buybuy Baby at this time?

A.          No.

Q.          What about the past due partial payment of a little over $500,000, do you recall how that sum was determined?

A.          No.

Thomas Gwiazdowski
September 29, 2025

Q.        Do you know if Mr. McLaughlin, or someone else on your team, had specific discussions with buybuy Baby about what amount was to be paid on past dues?

A.        No.

Q.        Do you believe that that number was a completely arbitrary number?  Or do you recall there being some sort of discussion of -- that -- that resulted in that specific amount being paid?

A.        I don't think it's arbitrary, but I'm sure it came from buybuy's side.

Q.        And in other words, do you believe that buybuy Baby determined how much it was going to pay?

A.        Yes.

Q.        You'll notice that the new orders cost here showing as 1,065,040 is twice the amount of the past due payment, 532,520.  Do you see that?

A.        Simple math says approximately, yes.

Q.        Do you recall discussing, or reviewing, that concept of basically a -- a 2 for 1 sort of ratio?

A.        No.

Q.        You don't recall that being part of this arrangement?

A.        I don't.

Q.        When you were preparing for this deposition, did you have the opportunity to speak with any of the

Thomas Gwiazdowski
September 29, 2025

other members on your team that are appearing on these

e-mails, as far as the buybuy Baby relationship goes?

A.          I speak to them every day.  About buybuy?

Q.          Yeah.  So specifically --

A.          No.

Q.          -- did you speak to anyone on your team to

help you in preparing for today?  Whether maybe it was

helping to refresh your recollection about things?

A.          Yes.

Q.          Okay.  And did you speak to anyone on your

team specifically about this payment that is at issue

in this litigation, the $1.6 million payment?

A.          Yes.

Q.          And in those discussions did anyone convey to

you that they recalled how the amount was determined,

or -- or, you know, the prepay versus past due payment?

How that was determined?  Anything like that?

A.          No.

Q.          Did they communicate to you that they

couldn't remember?  Or you just didn't go to that level

of detail with your team, in preparation for today?

A.          To be honest, they weren't involved.  The

person involved is no longer -- two people involved are

no longer with the company.

Q.          Who is that?

Thomas Gwiazdowski
September 29, 2025

A.        The controller, the prior controller, and the VP of sales.

Q.        Mr. McLaughlin?

A.        Steve McLaughlin and Greg Obetz.

Q.        Okay.  Do you know where Mr. Obetz is now?

A.        Yes.

Q.        Where is he?

A.        I don't think I should be giving you that information.  You can find it out, but.

Q.        Oh, is it --

A.        He's local, but.

Q.        Okay.  But he serves a similar role in a different company?

A.        Yes.

Q.        Since when?

A.        I can't recall.  Several years ago.

Q.        Okay.  And then Mr. McLaughlin, where is he, do you know?

A.        Again, I'm not going to give his personal information out.

Q.        Is he working for a company in a similar role?

A.        Yes.

Q.        Did you have a chance to talk with Josh Pahl or Steve Rubin in preparation for today?