Thomas Gwiazdowski
September 29, 2025

A.          Steve Rubin, yes.

Q.          And did you speak to him specifically about this payment and how the amounts were determined, or anything like that?

A.          No.

Q.          What is your belief as to why it took about -- well, from January to the end of February, so you recall January 10th was around the time that Artsana informed buybuy Baby about the shift to prepay, correct?

A.          Around January 10th?

Q.          Yes.

A.          Yes.

Q.          What is your belief as to why five or six weeks went by between the notice of the prepay and the actual prepay payment?  Why -- why did it take six weeks for buybuy Baby to make a prepayment?

A.          I have no idea.

Q.          Did buybuy Baby communicate to you, or your team, as far as you know, whether it was intending to make a prepayment and or why it took five or six weeks to make a prepayment?

A.          I don't recall that.

Q.          Okay.  Can you turn to Tab 16.  So if you go to the last page of this exhibit.  Sorry, second to

Thomas Gwiazdowski
September 29, 2025

last page.  It's the first e-mail from Mr. Pahl to Ms.

DiBella and Ms. Shoots.  Was Ms. Shoots also a member

of the sales team?

A.          Yes.

Q.          Sorry, the buy time for buybuy Baby?

A.          Yes.

Q.          You'll see that Mr. Pahl's referring to a

call on Friday, February 17th.  So that's prior to the

prepayment, right?

A.          Yes.

Q.          Do you know what they're discussing on

February 17th?

A.          In this call he's referring to?

Q.          Yes.

A.          No.

Q.          If you cycle through this e-mail chain, if

you wouldn't mind doing that and reading the

correspondence and then I'll ask you if that helps you

to better understand what discussions the parties were

having in the days leading up to the prepayment.

A.          Can you restate the question, please?

Q.          Yeah.  I'm just wondering what communications

-- so earlier I was asking you what was transpiring,

essentially, between the notice of the prepay on

January 10th and then the actual occurrence of the

Thomas Gwiazdowski
September 29, 2025

prepay on February 27th.  And here we have, in this last tab, some e-mail correspondence that was taking place in mid February.  I'm just -- I'm asking you to sort of summarize the nature of the communications between the two parties prior to the prepayment, based on what you're seeing in this Tab 17?

A.          You want my opinion on what was going on back and forth here?

Q.          And by the way, just to clear the record, it's Tab 16.  Yes.

A.          So it looks like the sales teams on each side, the buying and merchant team on buybuy and our sales team were trying to understand if we were going to have an order, and, if so, what was going to be in that order.  The items.  So I'm sure they're looking at what types of products and what quantities they were going to buy on the prepayment, whenever that came about.  But there's lots of, obviously, back and forth about the payment, the orders, the items, et cetera.

Q.          So, essentially, this was sort of planning for the -- in the event that a prepayment was made and the goods were being shipped, is that correct?

A.          It appears to be that, yes.

Q.          I think you already confirmed this, but following the prepayment, new goods were in fact

Thomas Gwiazdowski
September 29, 2025

provided by Artsana to buybuy Baby, correct?

A.        Yes.

Q.        Are you aware that Artsana filed a claim in the bankruptcy case in the amount that was unpaid?

A.        Yes.

Q.        Do you recall approximately how much Artsana believes it is owed by the bankruptcy estates for Bed Bath & Beyond and buybuy Baby?

A.        I think the claim was for around 6 million, I believe.

Q.        Yeah, I don't have it in front of me.  It's okay if you don't know it.  But I thought I saw a claim that was filed by Artsana for something like 800,000.

A.        Yeah.

Q.        And then I also saw a $6 million claim.  Do you know why there's --

A.        Well, there are -- because Caben Asia Pacific and Artsana USA, Incorporated, one was shipping domestically, one was shipping direct import FOB.  So that's why those claims combined, in my mind, are approximately 6 million.

Q.        Okay.

                MR. BROWN:  Why don't we go ahead and take a short break.  Let's go off the record.

                           *    *    *

Thomas Gwiazdowski
September 29, 2025

(Whereupon, a short break was taken.)

                    *   *   *

BY MR. BROWN:

Q.        So I wanted to ask you, you had said you've been president or CEO at Artsana for the last eight years, is that about right?

A.        Yes.

Q.        Prior to that, what was your role of the company?  Or were you somewhere else?

A.        I was CFO for the previous 14 years, approximately.

Q.        Have you worked for another company similar to Artsana at any point?

A.        No.

Q.        Now, the e-mail communications that we've been reviewing today have primarily covered a period of December 2022 to February 2023, does that sound right?

A.        Yes.

Q.        During that time, or immediately prior to that time, what, if any, efforts were you taking to determine buybuy Baby's financial status as a going concerned company?

A.        What was I doing personally?

Q.        Were you --

A.        In my role?  Please.

Thomas Gwiazdowski
September 29, 2025

Q.          Yeah.  I mean that's where I'm going with it. In your role, were you taking any efforts to understand, for example, if there were any -- if the -- the fact that buybuy Baby had this past due balance with Artsana was part of a bigger problem that buybuy Baby was experiencing with its overall financial status?

A.          In my opinion?  I mean, I'm not an expert in finance -- public companies financials, but, I mean, of course I was reviewing and looking at information, you know, both internal and external.

Q.          What sort of information were you looking at to try to understand what buybuy Baby was -- was going through?

A.          Well, I mean, public information that was available, from an external standpoint.  And internal, our classic, you know, analysis of, whether it's, you know, weekly reporting or monthly reporting, of their -- of all of our customers' accounts receivable status.

Q.          And do you recall, the end of 2022, early 2023 time frame, we touched on it a little bit, right. With some of the numbers we saw past dues were over 200,000 at one point to approaching 3 million at one point.  So is that an example of the sort of internal receivables monitoring you were undertaking or your

Thomas Gwiazdowski
September 29, 2025

team was undertaking to understand buybuy Baby's financial status?

A.          I mean, you're using two very specific time frames but it was fairly common and consistent to review receivables at a high level in my position.

Q.          I would think so.  And then from a public information perspective, what -- let me ask, where do you typically go to find publicly available information about a customer, for example?

A.          Online publications.  Specifically, Wall Street Journal, things of that nature

Q.          FCC filings, for example?

A.          They're available.  I would access those, on occasion, on some of our customers that are public and also competitors.

Q.          Now, do you recall accessing Wall Street Journal articles, or similar type articles, and/or FCC filing information regarding buybuy Baby around the end of 2022 or early 2023, specifically?

A.          Not specifically, no.

Q.          Do you recall, in or around the time of the decision to shift to prepay, that you felt like you had an understanding as to buybuy Baby's overall financial well-being?

A.          No.

Thomas Gwiazdowski
September 29, 2025

Q.          You don't recall having an understanding one way or the other about it?

A.          I wouldn't have an understanding of their internal financial picture, no.

Q.          Well, what about their financial picture as, can they, from publicly available information?

A.          I mean, I'm reading information just like everyone else and have to make a determination for our company.

Q.          So there is -- if there is an article on a customer like buybuy Baby about them undergoing or -- or suffering from financial distress, if there was such an article that was published by a well known publication like the Wall Street Journal, or New York Times, or something like that, is that something that would likely not have escaped you?

A.          Remember, this is Bed Bath & Beyond, so you're -- you're speaking about buybuy, but those publications wouldn't have determined -- they would say Bed Bath & Beyond.  So there was very little information about the subset of buybuy.  But, in general, the is, yes, that wouldn't have escaped me.

Q.          And you would have been looking out for -- or interested in articles about Bed Bath & Beyond, not just buybuy Baby, correct?

Thomas Gwiazdowski
September 29, 2025

A.          Yes.

Q.          Did -- did Artsana have a credit -- like a credit line set up with buybuy Baby?  In other words, was there a certain ceiling, as far as the amount of past dues that -- like a credit limit?

A.          No.

Q.          There was no credit limit in place?

A.          No.

Q.          Okay.  Okay.  So those are all the questions I have on direct.  I'll invite your attorney to ask any questions he may have at this time.

A.          Sure.

              MR. FALK:  I just have little lines of clarification.

                           *    *    *

                         EXAMINATION

                           *    *    *

BY MR. FALK:

Q.          So I want to get real specific about the concept of past due.  When -- when you say good amount is past due, what exactly does that mean?

A.          The definition is determined based on terms in the system.  As -- as we talked about, Net 60 means 60.  Past due is 61, technically.  So when reports come out they specifically delineate between, you know, 61

Thomas Gwiazdowski
September 29, 2025

is past due, you know, when you're looking at a report, and so on.  So past due is just dictated by the terms driven by the system.

Q.          And earlier we discussed a December 2022 e-mail that mentions $200,000 was past due.  Do you recall that?

A.          Yes.

Q.          And so at the time of that e-mail, $200,000 was unpaid for more than 60 days from the invoice date, correct?

A.          I believe so, yes.

Q.          And there could have been some other amount that had been invoiced, but 60 days since invoicing had not yet passed?

A.          Yes.

Q.          And that amount could have been maybe a million dollars or more, correct?

A.          Yes.

Q.          And if -- if that's the case, a week or two goes by and that million dollars could have then become past due?

A.          Yes.  Easily.

Q.          And I want to understand the sort of orders throughput between these two companies.  Over the course of a month, would it have been unusual for the

Thomas Gwiazdowski
September 29, 2025

Bed Bath companies to order a million dollars worth of product from Artsana?

A.        No.  Not unusual.

Q.        Would it have been unusual for them to order, say, less than $200,000 from Artsana in a month?

A.        Yes.

Q.        So a $200,000 past due like we were discussing, that represents, likely, a portion of a month's worth of the orders?

A.        A very small portion.

Q.        I see.  And you testified earlier that, at the start of the relationship between these companies, in say 2003, Artsana was offering a smaller collection of products, correct?

A.        Yes.

Q.        And then that collection expanded over time as Artsana began to offer more products?

A.        Yes.

Q.        And between, say, the beginning of 2022 and the bankruptcy filing date in April 2023, did Artsana start offering the -- many new products?  Or was it really already in its, sort of, final form in the beginning of 2022?

A.        In the same form.

Q.        So there wasn't meaningful relationship

Thomas  Gwiazdowski
September 29, 2025

expansion between 2022 and 2023 in this business

relationship?

A.        Correct.

Q.        I have no further questions.

          MR. BROWN:  Neither do I.  That

concludes our deposition.  Thank you very

much.

          THE COURT REPORTER:  Counsel, please

put your transcript order on the record.

          MR. BROWN:  Yes.  Electronic.  No rush.

          MR. FALK:  Same.

                    *    *    *

          (Witness excused.)

                    *    *    *

          (Whereupon, the deposition was concluded

at 11:09 a.m.)

Thomas Gwiazdowski
September 29, 2025

C E R T I F I C A T I O N

I, Lisa M. Cooper, a Court Reporter and Notary Public, do hereby certify the foregoing to be a true and accurate transcript of my original stenographic notes taken at the time and place hereinbefore set forth.

Witness my hand and official seal this 29th day of September A.D. 2025.

*Lisa M Cooper*

--------------------------------
Lisa M. Cooper
Court Reporter and Notary Public

(The foregoing certification of this transcript does not apply to any reproduction of the same by any names, unless under the direct control and/or supervision of the certifying reporter.)

Thomas Gwiazdowski
September 29, 2025

---

**Exhibits**

EX 0001 PWMK
Artsana USA,
 In 092925
EX 0003 PWMK
Artsana USA,
 In 092925
EX 0004 PWMK
Artsana USA,
 In 092925
EX 0005 PWMK
Artsana USA,
 In 092925
EX 0006 PWMK
Artsana USA,
 In 092925
EX 0008 PWMK
Artsana USA,
 In 092925
EX 0009 PWMK
Artsana USA,
 In 092925
EX 0010 PWMK
Artsana USA,
 In 092925
EX 0011 PWMK
Artsana USA,
 In 092925
EX 0012 PWMK
Artsana USA,
 In 092925
EX 0013 PWMK
Artsana USA,
 In 092925
EX 0014 PWMK
Artsana USA,
 In 092925
EX 0015 PWMK
Artsana USA,
 In 092925
EX 0016 PWMK
Artsana USA,
 In 092925

---

**$**

$1
 65:15,19
$1.6
 12:14 61:17,
 25 67:12
$200,000
 33:13,17
 34:1 35:3
 57:23 78:5,8
 79:5,7
$3
 58:16 62:4
$500,000
 65:23
$538,000
 15:16,22
 36:10
$538,400.30
 9:10
$6
 72:15

---

**1**

1
 11:8 13:11
 66:19
1,065,040
 66:15
1.6
 12:19,20
 61:23
10
 53:6
10:35
 37:8
10th
 47:17 54:14,
 17 57:11
 69:8,11
 70:25
11
 54:3

---

11:09
 80:16
11th
 56:3 57:6
12
 54:10,16
13
 56:1
14
 57:10 73:10
15
 60:25
16
 69:24 71:10
17
 71:6
17th
 70:8,12
18th
 57:13 60:21
19th
 29:13 31:17
 33:16,25

---

**2**

2
 11:9 66:19
20
 17:11 27:22
 51:25
20-year
 27:8
200
 58:20
200,000
 29:16 58:7
 74:23
2003
 16:16 17:4,8
 79:13
2020
 18:14 24:11
2021
 24:11

---

2022
 24:11 29:13
 31:18 32:5,
 19 42:6
 44:21 58:2
 73:17 74:20
 75:19 78:4
 79:19,23
 80:1
2023
 9:11,15,21,
 25 10:11,19,
 25 12:3,10
 23:3 39:14
 42:6 44:21
 50:9 52:2
 57:6 61:2,23
 62:8 73:17
 74:21 75:19
 79:20 80:1
2024
 24:10
23
 28:4
27
 12:9
27th
 12:3,16
 13:15 71:1
28
 35:14
28th
 35:16

---

**3**

3
 11:2,11
 57:20 58:7,
 20,24 59:1,7
 74:23
3rd
 37:8

---

Thomas Gwiazdowski
September 29, 2025

**4**

**4**
  14:5

**5**

**500**
  61:14
**532,520**
  66:16
**538,000**
  13:5 36:24
**538,400**
  12:22
**5th**
  46:19

**6**

**6**
  45:3 72:9,21
**60**
  28:2 51:18
  58:16 77:23,
  24 78:9,13
**61**
  77:24,25
**65**
  13:12

**7**

**7**
  47:8
**75**
  58:16

**8**

**8**
  47:8
**800,000**
  72:13

**8:56**
  35:16

**9**

**9**
  47:16,17
**9th**
  57:12

**A**

**a.m.**
  35:16 37:8
  80:16
**ability**
  27:7,10,11
**able**
  7:14 19:16
  26:8 36:17
**absolute**
  60:19
**accept**
  20:4,13
**access**
  75:13
**accessing**
  75:16
**accomplish**
  41:5
**accomplished**
  26:9
**account**
  25:2,5
**accounts**
  25:6 74:19
**accurate**
  18:8
**ACH**
  61:6
**acronym**
  36:3
**actual**
  8:13 64:19
  69:16 70:25

**address**
  31:10 53:18,
  21,22
**Administrator**
  5:22 8:7 9:9
  10:4
**Administrator
's**
  59:22
**advance**
  51:12
**affiliates**
  14:17 15:4
**aged**
  31:3
**Aging**
  57:16,17
**ago**
  68:16
**agree**
  9:14 35:7
  44:4 47:1
**agreed**
  65:14
**agreement**
  10:13,16
  27:20
**ahead**
  35:17 51:13
  72:23
**allow**
  62:18
**alluded**
  47:9
**Amanda**
  33:9
**amount**
  9:14 10:13
  12:2,7 13:1,
  18 17:12
  43:23 66:3,
  8,15 67:15
  72:4 77:4,20
  78:12,16
**amounts**
  69:3

**Amy**
  53:14
**analysis**
  74:17
**analyze**
  23:14
**and/or**
  75:17
**answer**
  7:8
**answering**
  7:11,12
**anyone**
  24:2 42:8
  44:23 67:6,
  10,14
**apparent**
  11:6
**appearing**
  10:18 67:1
**appears**
  14:13 38:12
  46:21 71:23
**applied**
  13:25 14:2
**appreciate**
  43:17
**approaching**
  74:23
**approximately**
  66:17 72:6,
  21 73:11
**April**
  23:3 79:20
**arbitrary**
  66:6,9
**arduous**
  31:6
**area**
  23:24 24:4
**areas**
  32:15
**around**
  9:10,15
  12:16 39:13
  40:6,18 42:2
  46:8 50:5,

Thomas  Gwiazdowski
September 29, 2025

13,16 58:12
62:1 65:9,15
69:8,11 72:9
75:18,21
**arrangement**
66:22
**arrangements**
21:3
**article**
76:10,13
**articles**
75:17 76:24
**Artsana**
6:2,5,24
7:24 8:8
9:23 10:7,23
12:12 14:16,
25 15:12
16:6,12,15
17:16,22
18:1,10,17
19:6,15
20:12 23:19
24:20,21
25:1,9 26:17
27:18 28:16
29:19 30:15,
18,21,25
32:6 34:5,
11,25 35:24
36:22,25
37:1,3,20
41:15 43:5,
9,14 44:22
45:7 47:11
49:17 51:12
52:2,10,14,
19 53:14,15
56:18 57:5,
17 59:3
60:10 63:24
64:3 65:14,
18 69:8
72:1,3,6,13,
18 73:5,13
74:5 77:2
79:2,5,13,
17,20

**Artsana's**
15:7 17:20
24:12 32:19
49:5 52:11
54:1
**Asia**
19:5 21:21
35:24 36:25
45:11 72:17
**Asian**
29:12
**asked**
52:2
**asking**
7:7 26:4
37:11 48:15,
17 49:18
52:14 56:24
70:23 71:3
**assume**
7:2
**assuming**
55:12
**attached**
8:12 9:3
**attention**
29:10 32:11
34:21 57:9
**attorney**
5:22 77:10
**available**
20:21 50:21
74:16 75:8,
13 76:6
**avenues**
50:20
**avoid**
7:6
**aware**
10:22 11:1
23:1 45:2
52:1,4 55:13
72:3

_____

**B**

_____

**B.cashman**
33:25
**baby**
14:10 16:19,
21,22 18:4,
7,10,16,17,
18,23 19:7,
15 20:24
21:9,22 22:7
23:2,6,19
24:11,22
25:4,6,8,15,
18 26:1,2,
17,21 27:17
28:17 29:17
30:14,19,22
31:10 32:20
35:10,21
37:13,18
40:6,18
41:15 42:2,9
43:1,6 44:23
45:15 46:8,
24 47:6,11,
20 49:6,21
50:6,10,12
51:2,9,12,14
52:2,6,10,
11,19,24
53:3 54:1,23
56:22 57:5
58:14 59:3,
23 60:10,17
62:8,19,23
63:21 64:4
65:15,20
66:3,12 67:2
69:9,17,19
70:5 72:1,8
74:4,6,13
75:18 76:11,
25 77:3
**Baby's**
23:8 27:7,11
28:24 39:10

73:21 75:1,
23
**Baby/artsana**
59:9
**back**
16:13 17:8
20:5 27:10,
13,22 33:22
51:16,25
65:13 71:7,
18
**backward**
29:9
**balance**
43:21 57:22
58:6,13 59:2
62:5,6,10
64:6,10,15,
25 74:4
**balloon**
58:7,19
**ballooning**
58:13,15
**bankruptcy**
5:23,25
6:17,20 8:8
18:16 23:3,
8,16 28:1
72:4,7 79:20
**based**
15:6 17:14
27:24 28:5
41:20,22,24
43:4 49:9
55:12 62:15
71:5 77:22
**bases**
22:16
**basic**
10:13
**basically**
22:23 27:7
55:11 66:19
**basis**
26:15,18
27:2 60:17

Thomas Gwiazdowski
September 29, 2025

**Bath**
5:22,25
6:10,23 8:7
10:14 12:14
14:16 15:3,
13 16:15,20,
24 18:2,5,6,
9 19:22
20:24 23:2,
19 72:8
76:17,20,24
79:1
**Bath's**
13:2
**bay**
20:19
**Bed**
5:22,25
6:10,23 8:7
10:14 12:14
13:2 14:16
15:3,13
16:15,20,24
18:2,5,6,9,
23 19:22
20:24 23:2,
19 72:7
76:17,20,24
79:1
**began**
16:15 39:10
79:17
**beginning**
61:16 79:19,
23
**behalf**
6:5
**behavior**
23:8
**belief**
69:6,14
**believe**
9:16 10:12
11:11 12:3,
11 13:10
15:2,20,21
16:22 21:2
24:10 28:2

38:24 41:20
43:4 45:10
51:19 53:12
54:2 60:18,
24 61:18
65:7 66:5,11
72:10 78:11
**believes**
72:7
**below**
12:19
**better**
70:19
**bigger**
24:12 74:5
**biggest**
24:14
**billed**
35:23,24
**billing**
35:22
**binder**
8:16
**bit**
74:21
**blackmail**
64:9
**Board**
36:4
**book**
11:3
**booster**
15:11,18
17:2
**boss**
39:7,10
41:13
**bottom**
37:7 45:13
53:20 54:18
61:2
**box**
31:9
**brand**
16:2,4,6,9
**break**
7:9,13 72:24

73:1
**breakdown**
12:20
**BRG**
38:23 51:5
**Brian**
30:11 35:15
51:3,5
**bring**
43:23
**broken**
12:8
**brought**
59:13,15
**Brown**
5:15,21
72:23 73:3
80:5,10
**business**
17:6,10
18:2,10
23:24 24:1
25:23 26:8
27:5 39:19
41:6 43:8
49:8,25
58:17 80:1
**buy**
70:5 71:17
**buybuy**
14:10 16:20,
22 18:4,7,
10,15,17,23
19:7,15
20:24 21:9,
22 22:7
23:2,6,8,19
24:1,11,21
25:3,6,8,15,
17 26:1,2,
17,21 27:7,
11,17 28:17,
23 29:2,11,
17 30:6,9,
14,19,21
31:10 32:20
35:10,21
37:13,18

39:10 40:6,
18 41:15
42:2,9 43:1,
6 44:23
45:15 46:8,
24 47:6,11,
20 49:6,21
50:6,10,12
51:2,9,12,14
52:2,6,10,
18,24 53:3
54:1,23
56:22 57:5,
16 58:14
59:3,8,23
60:10,16
62:8,19,23
63:21 64:4
65:15,20
66:2,12
67:2,3 69:9,
17,19 70:5
71:12 72:1,8
73:21 74:4,
5,13 75:1,
18,23 76:11,
18,21,25
77:3
**buybuy's**
66:10
**buyer**
25:10,19
44:9,12
**buying**
26:15 71:12

— C —

**Caben**
35:19,24
36:8,14,21,
25 45:11
46:13 72:17
**Caben's**
35:21
**calendar**
8:9

Thomas Gwiazdowski
September 29, 2025

call
  21:10,15
  53:2 54:22
  59:16 70:8,
  13
called
  20:1,25
  61:14
calls
  62:23,25
car
  22:16,17
carried
  48:13
case
  5:25 6:9,10,
  17,20 8:8
  18:17 20:12,
  24 22:22
  25:24 30:17,
  21 34:15
  36:7 40:4
  41:1,11 44:2
  52:10 55:2
  60:20 63:24
  72:4 78:19
cases
  5:23
Cashman
  29:13 30:5,
  11 35:15
  38:17,23
  51:3,5
caused
  49:6
cc'd
  32:24
ceiling
  77:4
center
  21:21,24
CEO
  8:1,2,3 39:8
  73:5
certain
  60:13 77:4

certification
  5:6
cetera
  71:19
CFO
  73:10
Chad
  38:12 44:9,
  11 50:23
  54:23 57:13
  63:3,4,8
chain
  35:13,14
  37:25 38:2,
  12 45:6
  46:20 47:4
  70:16
chance
  8:11 9:19
  14:14 27:9
  59:20 68:24
change
  17:11 23:9
  28:3 31:15
  48:7,8 61:14
changed
  31:20,23
  32:1
changing
  48:4
channel
  26:2
channels
  21:14
characterizat
ion
  54:25 64:8
characterize
  63:17
charge
  33:7
Chicco
  16:1,2
China
  36:9
Chrissy
  25:19 32:14

44:13 50:23
  63:6,7
chronological
ly
  29:9
claim
  72:3,9,12,15
claims
  72:20
clarification
  77:14
classic
  26:13 27:3,
  23 60:13
  74:17
clean
  7:5
clear
  71:9
clearer
  18:7
clerk
  53:16
close
  57:20 58:23
  59:1,7
cold
  7:18
collaborative
  55:6
collect
  41:2 43:23
collecting
  65:4
collection
  8:15 79:13,
  16
collections
  33:10 34:7,
  20
Colombo
  56:2,18
column
  11:10
combined
  72:20

come
  62:21 77:24
comfortable
  65:19
common
  75:4
commonly
  21:18 35:10
communicate
  27:1 44:1
  50:12,18,20
  59:21 67:19
  69:19
communicated
  44:22 46:2,
  10 55:3,4,20
  64:4
communicating
  20:1,7 26:5
  46:1 47:5
  50:1,15
  63:13,22,25
communication
  25:25 26:1
  48:2 49:13
  50:6 52:22
  54:12
communication
s
  40:18 62:22
  64:17,20
  70:22 71:4
  73:15
companies
  17:11 19:24
  27:1 53:10,
  25 74:9
  78:24 79:1,
  12
company
  14:12 16:3,
  10,11 24:7,9
  35:19 43:5
  54:4 67:24
  68:13,21
  73:9,12,22
  76:9

Thomas Gwiazdowski
September 29, 2025

company's
  25:21
compare
  10:2
compared
  35:9
comparison
  35:4
competitors
  75:15
Complaint
  8:7,12,13,18
  9:3
complete
  7:7
completely
  66:6
concept
  66:19 77:20
concerned
  43:22 56:22
  73:22
concluded
  80:15
concludes
  80:6
confirm
  9:19,24
  48:11
confirmed
  71:24
confirming
  20:5 62:9
connected
  22:23
connection
  6:23 14:14
consider
  21:16
considerably
  58:3
considering
  43:9 44:5
  49:12 51:13
consistent
  23:10,11
  26:18 75:4

consistently
  23:14 60:14
constant
  26:15
consumer
  21:19
contact
  30:15,22,24
  31:1 38:22
  50:9 51:2
  63:5
contacting
  32:20 34:16
contends
  9:9
continental
  18:18
continues
  45:18
contract
  28:7,12
  48:7,11
contracts
  28:9
controller
  11:20 29:20,
  22,23,24
  32:19 34:8,
  16 68:1
controller's
  32:16
conversation
  42:22 65:8
conversations
  40:8
convey
  67:14
conveying
  12:12
coordinate
  20:21 21:1
coordinating
  21:11
copies
  36:18 56:25
copy
  15:21

cor
  32:19
Corey
  11:18,22
  29:23
corporate
  16:25
correct
  12:23 13:4,
  15,18 16:5
  23:3 24:8
  33:13,23
  38:9 40:2
  43:2 46:8
  47:2,11,20
  48:5 50:24
  51:18 58:3
  60:6,23
  62:10,13
  65:14 69:10
  71:22 72:1
  76:25 78:10,
  17 79:14
  80:3
correspondenc
e
  28:16,23
  39:4 50:22
  53:9 70:18
  71:2
corresponding
  30:13 38:17
cost
  65:15 66:14
counsel
  5:5 11:4
  80:8
counseled
  41:9
counterparts
  32:13
couple
  18:15
course
  17:21 18:21
  32:3,12,17
  34:19 41:6

  74:10 78:25
COURT
  80:8
cover
  8:17
covered
  73:16
CPG
  19:24 21:19
  26:13
credit
  33:10 34:7,
  19 77:2,3,5,
  7
crux
  63:20
Cruz
  53:14
cumbersome
  31:6
Current
  29:23
customary
  19:24
customer
  24:14,17
  34:17 43:20
  44:3,5 65:15
  75:9 76:11
customers
  24:12 30:2
  52:11,15
  75:14
customers'
  74:19
cycle
  20:22 70:16

_____

D

Data
  19:21 25:23
date
  12:9 40:14
  47:16 78:9
  79:20

Thomas Gwiazdowski
September 29, 2025

dated
  54:14,17
day
  35:17 47:18
  67:3
days
  27:24 58:16
  70:20 78:9,
  13
December
  29:13 31:17
  32:5,18
  33:16,25
  35:14,16
  42:6 44:21
  58:1 73:17
  78:4
decide
  49:7
decision
  46:3,5,7,10,
  22 48:16,22,
  23 49:1,3,9,
  12 55:2,3,6,
  9 65:19
  75:22
deem
  59:8
definition
  77:22
delineate
  77:25
deliver
  53:11
delivered
  18:23 22:4
delivering
  47:10
delivery
  31:5
demand
  56:19
department
  56:20
depends
  21:8 23:24
  34:18

deposition
  5:24 6:8,15,
  19,22 7:15
  14:15 61:16
  66:24 80:6,
  15
Dery
  57:13,14
describe
  44:7 56:16
described
  21:11 32:23
designated
  6:2 30:12,14
desire
  63:22,25
detail
  9:22 13:2
  67:21
details
  20:3 23:19
determination
  76:8
determine
  57:8 73:21
determined
  65:24 66:12
  67:15,17
  69:3 76:19
  77:22
development
  27:4
DI
  56:6,7 60:4
Dibella
  25:20 32:14
  44:13 50:23
  61:2 63:7
  70:2
dictated
  10:13 28:13
  78:2
different
  17:7,17 21:8
  22:8,17
  32:10,15
  33:14 34:5

43:11 48:2
  56:14 60:4
  61:19 68:13
direct
  22:20 25:25
  52:22 56:8,
  9,11 72:19
  77:10
directed
  31:8
direction
  40:17,19
  41:4
directly
  21:20
director
  33:1
disagree
  9:13
disagrees
  10:23
discovery
  28:19
discrepancies
  10:9
discuss
  39:20,21
discussed
  78:4
discussing
  39:10 40:13
  42:14 66:18
  70:11 79:8
discussion
  42:1,3,23
  49:3 62:6
  63:20 64:21
  65:11 66:7
discussions
  41:24 42:4,
  7,17 43:11,
  25 44:16
  64:13,14
  66:2 67:14
  70:19
dispatch
  20:23

distress
  76:12
distribution
  21:14,21,24
division
  16:23
dock
  21:6
document
  8:25 11:13,
  15,22,25
  12:13 14:6,9
documentation
  31:3,5
documents
  9:1 26:13
  28:19 62:16
doing
  18:10 25:8
  34:24 44:6
  63:12 70:17
  73:23
dollars
  34:18 58:22
  78:17,20
  79:1
domestic
  21:10,16
  22:8 56:7,9
  60:4
domestically
  72:19
domestics
  35:23
driven
  78:3
due
  13:8 29:17,
  19 30:18
  31:5 32:7,20
  33:17 34:17
  35:5 37:14,
  20 39:3,10
  40:5 43:21
  57:21,22
  58:6,13 59:2
  62:5,10

Thomas Gwiazdowski
September 29, 2025

63:25 64:6,
15,25 65:22
66:16 67:16
74:4 77:20,
21,24 78:1,
2,5,21 79:7

**dues**
30:2 33:13
34:1 35:3
40:24 41:2
49:15 59:1,7
65:5 66:3
74:22 77:5

**duly**
5:12

---

**E**

---

**e-mail**
28:15,23,25
29:1,12 30:9
31:13 32:7,
14,20,24
33:3,12,16
34:6,9 35:14
37:8,24,25
38:3,8,21
39:14 44:2,
25 45:5,6,12
46:19,20
47:4,5,17,
18,19,23
48:12 51:14
52:23 53:2,
8,17,21,22
54:11,13,17,
25 55:12,15,
25 56:3
57:25 59:25
61:21 62:5
64:23 65:17
70:1,16 71:2
73:15 78:5,8

**e-mailing**
30:5 61:3

**e-mails**
28:19 29:3,7
32:4 40:2

51:7 67:2

**earlier**
8:9 48:15
60:5 70:23
78:4 79:11

**early**
74:20 75:19

**Easily**
78:22

**EDI**
19:18,20
20:1,5,13

**effective**
48:1

**effectuated**
48:12

**efforts**
73:20 74:2

**eight**
8:3 73:5

**either**
20:6 22:22
36:21 52:22
64:23 65:3

**electronic**
19:21 20:8
25:23 26:9
80:10

**electronically**
19:18

**employee**
30:19,22
52:23

**employees**
53:14

**encouraging**
41:2

**end**
9:11,15,20,
25 10:18,24
59:13,16
61:1,16,22
62:8,18 69:7
74:20 75:18

**entire**
9:1 27:22

32:1

**entity**
18:9 35:23

**ERP**
19:25 20:19

**error**
20:9

**escalate**
34:21

**escalating**
35:1

**escaped**
76:16,22

**Eshelman**
11:18 29:23

**essentially**
46:16 70:24
71:20

**estates**
72:7

**et**
71:19

**event**
71:21

**everyone**
76:8

**exact**
16:25 42:23
65:12

**exactly**
26:10 39:15
50:7 62:24
63:10 64:20
77:21

**EXAMINATION**
77:16

**examined**
5:13

**examples**
32:3,5,18

**Excel**
11:5,8,13

**exceptions**
10:17

**exchange**
11:4 29:8
54:11 56:3

**exchanges**
32:14

**excused**
80:13

**exhibit**
8:12 9:2,6,
19 10:18,21,
23 29:11
33:21 37:7
54:11,16
55:25 61:1
62:4 69:25

**Exhibit-a**
8:18

**exhibits**
16:13

**expand**
17:20

**expanded**
79:16

**expansion**
17:15 80:1

**expect**
51:25

**expected**
49:21

**experience**
41:8 43:5

**experiencing**
49:17 60:5
74:6

**expert**
74:8

**explain**
32:25

**extent**
7:5

**external**
74:11,16

---

**F**

---

**F-O-B**
36:4

**fact**
9:20 10:18
12:13 13:20,