Thomas Gwiazdowski
September 29, 2025

24 47:1
71:25 74:4
**factor**
44:14
**factors**
49:11
**facts**
49:10
**failing**
49:22
**failure**
28:24 50:5
**fair**
22:24 30:3
54:25 62:1
**fairly**
23:11 60:13
75:4
**FALK**
77:13,18
80:11
**familiar**
7:1 8:6
14:23 54:4,6
**familiarity**
15:7 43:6
**far**
10:23 11:25
17:23 20:16
23:8 24:16
35:4 41:4,25
49:20 55:8
56:21 67:2
69:20 77:4
**fashion**
12:5
**FCC**
75:12,17
**February**
9:11,15,21,
25 10:11,19,
25 12:3,9,16
13:15 61:1,
17,23 62:8,
18 69:7
70:8,12
71:1,3 73:17

**feel**
44:3 50:8
**feeling**
50:3,11
**felt**
49:16 75:22
**figure**
36:17 59:6,7
63:19 64:11
**filed**
8:8 18:16
23:3 59:22
72:3,13
**filing**
5:7 75:18
79:20
**filings**
75:12
**final**
79:22
**finance**
33:6,7 50:19
51:2,8 74:9
**financial**
45:20 73:21
74:6 75:2,23
76:4,5,12
**financials**
74:9
**find**
45:19 68:9
75:8
**fine**
12:18
**finish**
7:10,12
**first**
5:12 11:8
12:4,6 16:15
21:7 29:8
37:7,24 38:3
45:5,13
46:20 47:4
53:13,20
54:18 59:25
70:1

**fit**
22:17
**five**
22:17 27:23,
25 51:17
69:14,21
**FLB**
36:1,2
**flip**
8:19 37:6
**flow**
23:13 56:23
**FOB**
21:19 22:13
35:22,24
36:3,4,5,7,
9,14 56:11,
12,13 72:19
**focus**
18:14
**folks**
55:12
**follow**
45:21
**following**
71:25
**follows**
5:13
**forget**
39:16 44:9
**form**
5:8 11:7,13
79:22,24
**formally**
48:13
**forth**
71:8,18
**forward**
18:12 35:13
37:6 48:5
54:24
**four**
22:17
**frame**
23:7 31:18
42:7,12,18
44:21 74:21

**frames**
75:4
**Freight**
36:4
**Friday**
70:8
**front**
8:16 72:11
**fulfill**
19:16
**fulfilled**
20:17
**future**
13:21

---

### G

**gave**
29:21 41:12
51:12 52:19
**general**
6:12 14:25
23:25 47:22
76:22
**generally**
14:23 17:13,
14 23:17
49:2 60:17
65:7
**generic**
31:9
**generically**
49:24
**gentleman**
30:6
**geographicall
y**
17:23
**getting**
43:21 64:24
**give**
22:14 25:7
40:16 68:19
**given**
35:5,11 60:2
**giving**
68:8

Thomas Gwiazdowski
September 29, 2025

global
39:8
goes
20:22,23
21:20 29:9
67:2 78:20
going
6:24 18:12
29:8 40:15
47:15 54:24
62:7,9 66:12
68:19 71:7,
13,14,17
73:21 74:1,
13
good
5:16 21:20
77:20
goods
13:21,22,25
15:17 36:7,
13,15 52:3
71:22,25
governed
28:8
green
60:3
Greg
29:12,16,19,
24 30:1,4
33:15,25
34:1,24 68:4
Greg's
30:1
grew
17:14
group
39:7
grow
18:2 27:4
growing
43:21
guess
7:2 20:12
26:6 28:18
34:4 40:12
42:21 55:24

58:24
guessing
57:8
Gwiazdowski
5:11,18,19,
20

### H

half
54:18
halt/stop
45:15
handful
22:1
handle
31:22 40:17,
19
handled
22:7 25:22
happen
19:15 36:24
41:18 47:1
53:13,15
63:1,19
64:11
happened
20:15 42:11,
13 60:14
happening
46:16 55:14
62:24 64:18
headquarters
39:4,6,20
41:14
help
15:6 18:20
32:11 67:7
helpful
25:9
helping
67:8
helps
70:18
Hey
44:5

high
22:10,14,18
75:5
higher
58:3 59:7
highest
59:2
highlight
11:12
highlighted
11:10
historically
27:21,23
30:17,25
history
27:8,11,13
35:4
hold
45:19
honest
16:25 17:8
22:2 28:10
31:23 59:19
67:22
HQ
38:25 41:21
huge
17:12
Hunt
47:13

### I

idea
31:16 55:17
59:5,10
60:10 69:18
identified
13:23 14:1
imagine
23:17
immediately
12:18 48:1
73:19
import
21:18 22:7,
13 56:7,8,9,

11 60:5
72:19
important
25:9 26:16
imported
19:1,11 21:7
incident
52:6
include
46:18
included
33:2 34:6
40:2
Including
39:24
inconsistent
37:16
Incorporated
7:25 8:9
37:2 72:18
individuals
24:19,24
63:13
information
10:3,4,10
11:4 25:7
31:4 45:20
49:10,13,16,
18,20,22
62:6 68:9,20
74:10,12,15
75:7,8,18
76:6,7,21
informed
40:5 46:13
53:2 55:5,15
69:9
informing
47:25
initial
44:3
input
41:12
inquiries
28:23
inquiry
37:14,20

Thomas Gwiazdowski
September 29, 2025

instructions
13:3
intended
13:20
intending
69:20
intention
11:24
interact
26:17
interacting
26:13,14
interactions
26:20
Interchange
19:21 20:2
25:23
interested
26:22 76:24
interesting
39:18
internal
74:11,16,24
76:4
internally
43:18 44:1
introduced
32:2
invite
77:10
invoice
14:10,11
15:8,24 21:4
22:23 30:18
32:8,21
34:17 78:9
invoiced
78:13
invoices
8:20 9:9,20,
24 10:3,5,
11,17,24
13:4,8,17,
19,21 14:16,
20,24,25
15:3,7,16,22
27:11,17

28:24 29:19
31:3 36:14,
18,21 37:15,
20 50:13
57:21
invoicing
78:13
involve
26:21
involved
32:10 47:10
53:25 64:19
67:22,23
involvement
32:16
involving
5:25 54:13
issue
67:11
issued
13:18,21
14:16 15:3,
23 21:5
36:21
issues
20:9
issuing
14:25
Italian
19:13
items
22:10 71:15,
19

―――――――――――

J

―――――――――――

J.B.
47:13
Jane
45:6
January
28:4 37:8
39:14 42:6
44:21 46:19
47:17 50:9
54:14,17
56:3 57:6,

11,12 60:21
62:3,17
69:7,8,11
70:25
John
57:13,14
Josh
24:25 25:24
26:5 68:24
Journal
75:11,17
76:14

―――――――――――

K

―――――――――――

keeping
40:5,14,23
kind
26:21
knew
50:9
know
7:13 10:9
11:15 13:24
16:14,21,24
19:17 21:2
26:13 27:4
28:1,5 29:7
30:11,12,14
31:4,22,23
32:10 33:2,4
34:8,12
36:10,13,24
37:13,18,22,
23 38:15,18
39:2,3,18
40:11 41:9,
10,25 42:11
43:24 44:6,
9,11,17,20,
22,25 45:7,
22 48:14
49:9,10,25
53:13,15,17,
22,24 56:17,
24 57:2,3,4,
7,14 58:22,
23,25 59:2,

12,14,15,18
60:9 61:9
63:10 64:16,
20 65:13
66:1 67:16
68:5,18
69:20 70:11
72:12,16
74:11,17,18
77:25 78:1
knowing
50:4
knowledge
23:9
known
55:13 76:13

―――――――――――

L

―――――――――――

lack
49:13,14,16,
20,24
Lancaster
21:12
large
19:3 22:20
24:20
largely
10:15
lasting
25:22
late
27:21,24
launches
27:3
lawsuit
59:22
leading
70:20
learning
52:19
leave
24:9
left
21:6 63:8
level
34:15 44:6

Thomas Gwiazdowski
September 29, 2025

67:20 75:5
**levels**
32:10
**light**
60:3
**limit**
77:5,7
**Limited**
35:25
**line**
25:25 77:3
**lines**
77:13
**list**
8:19
**litigation**
67:12
**little**
8:17 25:7
65:23 74:21
76:20 77:13
**local**
68:11
**logistics**
20:23 21:11
45:10 54:8
**long**
8:2 25:22
**longer**
24:7 67:23,
24
**look**
8:11 9:19,22
14:24 15:23
20:20 27:10,
13 29:3,12
38:21
**looked**
8:13 27:22
28:18,21
46:20 48:11
51:25
**looking**
11:7 30:9
36:17 39:3
42:12 47:19,
24 48:3 51:7

54:12,18
71:15 74:10,
12 76:23
78:1
**looks**
12:5 14:10
15:11 31:18
34:4 57:17
71:11
**lost**
38:22
**lot**
25:22 26:8
35:3,6,9
**lots**
43:11 71:18
**loud**
44:2
**lower**
34:15

———————————

**M**

———————————

**made**
9:10,14
46:3,5,7,22
55:9 60:22
61:22 62:9,
19 71:21
**mail**
31:3,4,8
32:7
**maintain**
26:1
**maintaining**
25:13
**make**
7:2 18:6
49:9,21
63:1,19
69:17,21,22
76:8
**makes**
22:19
**making**
27:8 48:16,
23,25 49:12

55:6 60:10
62:12 64:15
**manage**
30:7 56:23
**management**
20:8
**manager**
23:23 25:2,5
33:11 34:8
**managers**
34:20
**managing**
20:10
**manufactured**
19:2,7
**manufacturer**
21:21
**manufacturing**
19:13
**marked**
11:2
**math**
66:17
**Mc**
65:8
**Mclaughlin**
24:6 38:8,
15,21 39:24
40:12 42:1,
25 47:20
54:21 55:4,
15,19 59:11,
21 60:2
63:14 64:23
65:3,9 66:1
68:3,4,17
**Mclaughlin's**
41:21,22
44:18 47:23
57:13
**mean**
23:12,24
27:20 30:8
33:14 34:18,
19,20 35:6
39:1,2,15
41:24 42:21

49:24 50:7
57:7 58:10
64:19 74:1,
8,9,15 75:3
76:7 77:21
**Meaning**
65:3
**meaningful**
79:25
**means**
26:9,12
77:23
**meeting**
59:16 64:22
65:2,8
**meetings**
49:4 62:23
**member**
53:1 62:22
70:2
**members**
29:2 54:21
67:1
**memorialize**
48:8
**mentioned**
41:14
**mentions**
35:18 60:8
78:5
**merchandizing**
25:11 26:2
**merchant**
60:2 62:25
63:7,8 71:12
**method**
27:20 60:13
**methodology**
21:16 31:21
**methods**
21:8
**mid**
71:3
**middle**
7:11 62:3,17
**million**
12:14,19,20

Thomas Gwiazdowski
September 29, 2025

13:12 57:20
58:7,16,21,
24 59:1,7
61:13,17,25
62:4 65:16,
20 67:12
72:9,15,21
74:23 78:17,
20 79:1
**mind**
29:4 45:3
70:17 72:20
**minor**
10:17
**minute**
16:14 38:6
**misspoke**
55:24
**models**
22:18
**moment**
35:11
**monitor**
30:2,3
**monitoring**
74:25
**month**
23:6 78:25
79:5
**month's**
79:9
**monthly**
74:18
**months**
6:16
**morning**
5:16
**morphed**
17:7
**move**
47:15 48:22
49:12 53:6
54:3,10 56:1
**moved**
28:4 52:20
**moving**
48:4 51:13

**multi**
50:17
**multiple**
28:9

---

**N**

---

**name**
5:17,21
16:4,11
29:22 30:12
52:14
**named**
45:6
**narrow**
17:7
**national**
25:2,5
**nature**
15:18 16:17
71:4 75:11
**need**
7:9 23:13
38:6 45:14
46:2 53:7
63:18 64:5,
10
**needed**
48:13
**negotiations**
63:15,18
**Net**
51:18 77:23
**never**
51:20
**Nick**
5:21
**normal**
41:6 50:17
**Note**
8:13
**notice**
40:1 51:12
57:11,12
66:14 69:15
70:24

**notifying**
54:22
**notwithstandi
ng**
25:21 26:7
**number**
11:9 12:19,
22,25 13:11,
12 58:2
61:19 66:5,6
**numbers**
12:19 74:22

---

**O**

---

**Obetz**
29:13 33:16,
25 35:15
37:8 38:16
40:12 68:4,5
**Obetz'**
29:19
**objections**
5:7
**obvious**
58:13
**obviously**
20:18 32:9
49:14 71:18
**occasion**
75:14
**occurrence**
70:25
**occurring**
64:14
**offer**
41:4 79:17
**offering**
17:15,24
79:13,21
**officially**
46:23
**okay**
5:21 8:6 9:5
10:15 12:4,
18 14:23
15:15 18:8,

12 19:6,14
20:11 21:7
22:22 23:16,
22 24:19
26:11,16
27:6 28:14,
22 31:25
33:19,24
36:24 38:6
41:25 43:4
44:17,20
45:12 46:7
47:8,22
50:22 51:11
53:17 54:3
55:18,24
59:20,25
60:16 65:13
67:10 68:5,
12,17 69:24
72:12,22
77:9
**once**
20:11,15
21:6
**one**
15:21 21:9,
14 22:12
23:6,7
24:11,25
29:2 30:1
34:9 42:3,5
43:25 44:1
47:13,15
49:8 52:11
53:9,14,24
54:11 57:18
58:16,18
60:9 61:1
63:11 65:3
72:18,19
74:23 76:1
**online**
28:12 75:10
**Open**
56:6
**operates**
58:18

Thomas Gwiazdowski
September 29, 2025

operation
  33:1
operations
  17:20 33:8
  45:11
opinion
  31:7 44:8
  59:6 71:7
  74:8
opportunity
  9:5 10:2
  66:25
ops
  33:6 50:19
options
  39:20 41:10
  43:22 49:2
order
  7:5 19:14,16
  20:4,11,13,
  16 61:3 64:4
  71:14,15
  79:1,4 80:9
ordering
  23:6,9,13
orders
  13:23 14:1
  19:18 20:2
  21:11 45:15
  46:18,24
  47:6 56:25
  61:13 62:12
  66:14 71:19
  78:23 79:9
original
  28:6 33:20
outside
  19:1,4,12
  30:15
outsourced
  30:10
outstanding
  35:10,11
  57:22 59:3
  64:1
Oversee
  30:3

overseeing
  23:18 24:21
oversight
  23:23
owed
  43:23 72:7
owing
  30:2
owned
  16:6 21:21
owns
  16:9

―――――――――

P

―――――――――

Pacific
  35:25 45:11
  72:17
pacifiers
  15:11,18
  17:3
page
  7:3 11:8
  12:4,6 29:10
  33:20,22
  37:7 45:5,13
  53:13,20
  54:11,18
  55:25 60:1
  61:1,2 69:25
  70:1
pages
  8:16,20,24
  11:9
Pahl
  24:25 56:2,
  24 61:3
  68:24 70:1
Pahl's
  70:7
paid
  9:20,25
  10:3,5,11,
  18,24 12:7
  13:2,4
  15:16,22
  27:21 28:5

36:14,18,25
37:3,12
50:13 62:7
63:25 64:25
66:3,8
parent
  16:10,11
part
  9:16 11:3
  31:22 33:4,
  7,14 37:1
  39:1 58:13
  62:10 64:5
  66:21 74:5
partial
  65:22
participate
  5:24 7:15
participating
  7:19
particular
  15:10,24
  18:21 22:6
  24:2 25:17
  28:22 33:12
  38:3 49:23
  50:8 54:16
parties
  5:5 28:8
  35:4 53:11
  70:19 71:5
parties'
  10:10 26:8
  43:8 48:5,7,
  11 51:18,24
  52:1
party
  47:9 53:10
passed
  78:14
past
  13:8 29:17,
  18 30:2,18
  31:4 32:7,20
  33:13,17
  34:1,17
  35:3,5

37:14,20
39:3,10
40:5,24 41:2
43:21 49:15
57:20,22
58:6,13
59:1,2,7
62:4,10
63:25 64:6,
15,25 65:4,
22 66:3,15
67:16 74:4,
22 77:5,20,
21,24 78:1,
2,5,21 79:7
pasttimes
  60:15
Patrick
  56:2,18
pay
  13:21 27:7,
  11,17 28:24
  29:18 60:17
  64:5,10
  66:12
paying
  62:10
payment
  8:20 9:9,14,
  17,25 10:11
  12:2 13:4,9,
  14,17,24
  15:17,22
  27:19 28:8
  29:18 36:11,
  14,19 48:4,8
  49:14,21
  51:18 52:15,
  19,24 59:14
  60:13,22
  61:4,6,9,12,
  15,17,22,25
  62:9,12,19
  64:15 65:4,
  22 66:16
  67:11,12,16
  69:3,16
  71:19

Thomas Gwiazdowski
September 29, 2025

payments
  6:23 27:8,25
  37:1 60:3,8,
  11
Pennsylvania
  21:13
people
  20:6,10
  25:14 32:24
  34:5 39:17
  50:22 63:11
  67:23
period
  9:1 73:16
person
  25:10 30:15
  31:21 45:6
  64:23 67:23
personal
  68:19
personally
  10:6 23:15,
  18 40:1 55:4
  73:23
perspective
  25:14 75:7
phone
  31:13 52:23
  64:23
picking
  31:13
picture
  76:4,5
Pietro
  56:18
place
  30:7 31:21
  42:18 44:13
  48:8 58:11
  63:16 65:9
  71:3 77:7
Plan
  5:22 8:7 9:8
  10:4 59:22
planning
  56:19 71:20

Plasterer
  33:9 34:7,10
platform
  25:23
please
  5:16 7:7,11
  29:5,17 38:7
  45:18,21
  47:8 54:10
  57:9 59:13
  70:21 73:25
  80:8
PO's
  56:6
point
  21:4 25:10
  30:15 39:9
  43:7 44:4
  50:9 51:1,23
  58:5,25 59:1
  60:20 63:5
  73:13 74:23,
  24
poor
  50:1
portal
  28:11,12
portfolio
  17:15
portion
  79:8,10
position
  75:5
possibilities
  42:5 43:24
possibility
  42:1,8,14
  43:1 44:23
possible
  7:5 10:17
preference
  9:1
preferred
  20:25 21:15
  22:7
preparation
  14:15,20

28:15 32:4,
  17 38:1
  62:17 67:21
  68:25
prepared
  11:15,22
preparing
  66:24 67:7
prepay
  48:22 49:7,
  12 51:13,21
  52:3,6,16,20
  53:4 54:13,
  24 55:3,14
  57:11 67:16
  69:9,15,16
  70:24 71:1
  75:22
prepayment
  13:13,20
  28:5 37:3
  47:25 52:24
  69:17,21,22
  70:9,20
  71:5,17,21,
  25
president
  8:1,2,4,5
  24:3 73:5
pressuring
  38:25 41:21
pretty
  23:10 40:11
prevent
  7:19
previous
  73:10
previously
  47:9
primarily
  25:12 63:12
  73:16
printed
  11:7 29:7
prior
  23:7,16
  32:5,18

38:12 42:6,
  11,18 43:7
  44:20 45:1
  51:17 52:2,6
  58:17 68:1
  70:8 71:5
  73:8,19
prioritize
  60:3
prioritizing
  60:8
probably
  16:16 17:8
  24:3 25:19
  27:23 32:13
  39:3,7,19
  58:1 60:12
problem
  7:10 74:5
procedure
  31:2
PROCEEDINGS
  5:2
process
  14:24 20:18,
  20,22 21:4,
  13 30:8
  31:18 32:1,2
Processing
  21:11
procurement
  56:19
produced
  14:11
product
  15:9,12
  17:3,14,16,
  17,24 19:6,
  10 20:21
  21:1,6,9
  22:4,6,8,15,
  24 23:5,13
  26:21 27:4
  41:15 47:10
  53:11,25
  56:23 63:18,
  19,22 64:5,

Thomas Gwiazdowski
September 29, 2025

11,14,24
65:4,14,20
79:2

**productivity**
22:19

**products**
16:19 18:17,
22,24 21:20
71:16 79:14,
17,21

**program**
19:22

**promotional**
27:3

**prong**
50:17,19

**proof**
31:5

**provide**
49:22 59:14
65:14

**provided**
13:25 72:1

**providing**
64:13,24
65:4,19

**public**
74:9,15
75:6,14

**publication**
76:14

**publications**
75:10 76:19

**publicly**
75:8 76:6

**published**
76:13

**purchase**
56:25

**purpose**
47:23

**purposes**
26:2

**put**
30:6 31:21
80:9

---

**Q**

---

**quantities**
17:17 71:16

**quantity**
17:24 23:5
26:22

**question**
5:8 7:7,8,
11,12 30:18
34:4 37:17
40:11 55:9
70:21

**questions**
7:14,21
77:9,11 80:4

**quick**
32:23

**quickly**
22:11

---

**R**

---

**rank**
24:16

**rate**
22:18

**ratio**
66:19

**reach**
30:19 32:12

**reached**
65:18

**reaching**
30:4 32:6
38:16

**reaction**
58:12

**read**
38:7 39:18

**reading**
70:17 76:7

**real**
32:23 77:19

**realize**
17:12

**reason**
7:13 15:2
41:20

**recall**
7:17 36:16
37:25 39:9,
15 40:8
41:13,17,19
42:3,7,16,22
43:10 46:22
48:10,17,20,
23 49:11
50:3,4 51:1,
11,16 52:18,
25 53:1,5
54:11,14
58:5,6,8,11
62:24 63:6
64:22 65:2,
12,18,23
66:6,18,21
68:16 69:8,
23 72:6
74:20 75:16,
21 76:1 78:6

**recalled**
48:15 67:15

**receivable**
74:19

**receivables**
30:7 39:2
74:25 75:5

**received**
11:5 12:3
21:9

**receiving**
12:14

**recent**
29:7 47:5
54:22

**recently**
8:14 54:12

**recollection**
62:16 63:21
67:8

**reconciling**
12:2

**record**
5:17 7:5
12:13 71:9
72:24 80:9

**Recorded**
7:4

**records**
9:24 20:8

**refer**
8:15 18:4,9
60:25

**reference**
41:21 57:22
61:6 62:4

**referenced**
46:19

**references**
34:1 61:10

**referred**
21:19 22:13

**referring**
29:1 38:23
39:6,22 56:7
57:18 59:15,
19 60:9
61:9,21
70:7,13

**refers**
53:18,22

**refresh**
67:8

**regarding**
28:23 64:13
75:18

**regular**
27:1

**related**
6:17 15:17

**relationship**
16:14,18
17:10 18:2
23:20,23,25
24:21 25:14,
22 26:14
27:9 35:12

Thomas Gwiazdowski
September 29, 2025

43:6,8 48:5
49:6,25 50:2
51:24 52:1,9
56:21 59:4,9
67:2 79:12,
25 80:2
**relative**
35:6
**remaining**
45:19,22
**remember**
36:10 48:25
49:3 51:5,17
57:24 67:20
76:17
**reminder**
23:2
**repay**
61:14
**repeat**
37:17
**rephrase**
26:7 50:11
**report**
39:7 57:17
78:1
**REPORTER**
80:8
**reporting**
40:23 74:18
**reports**
77:24
**represent**
8:17 11:3
53:8
**representatio
n**
42:25
**representatio
ns**
43:7
**representativ
e**
15:21 52:23
**representing**
33:12 43:1

**represents**
13:1 79:8
**request**
11:23
**reserved**
5:9
**respect**
25:3 31:17
52:13
**respective**
5:5 10:10
**responding**
37:14,19
**response**
49:19,24
52:18 60:1
**responsible**
24:4 25:11
**responsivenes
s**
49:14
**rest**
55:5,21
**restate**
70:21
**result**
64:21
**resulted**
66:8
**retailer**
16:19
**review**
9:5,24 14:15
28:14,15,22
39:19 62:16
75:5
**reviewed**
14:20 56:1
**reviewing**
32:4 49:2
61:16 66:18
73:16 74:10
**right**
6:6 7:1,19,
24 8:23
9:18,23
10:16 11:9

13:22 14:5
16:4 17:18
19:23 22:3
23:1 24:7
25:15 26:23
29:8 31:19
34:21 35:13,
18,19 36:1,
5,22 43:18
44:18 48:16,
20 55:16
57:9,18
58:25 60:25
62:3 63:22
70:9 73:6,17
74:21
**role**
7:24 24:20
25:3,5,12
29:19 30:10
35:21 45:7
53:15 56:17
68:12,22
73:8,25 74:2
**roles**
30:1
**Rubin**
32:25 33:6
34:10 45:14
46:1,10
47:18 68:25
69:1
**rush**
80:10

---

**S**

---

**sales**
24:3 25:12,
14 26:3,14
32:9,11
39:16 44:22
50:19,23
57:2 68:2
70:3 71:11,
13
**salespeople**
44:15

**saying**
7:3,17 44:15
51:17 64:8
**says**
29:16 33:16
37:11 38:22
45:14 56:6
58:23 59:11,
12 60:2
65:17 66:17
**scale**
24:17
**scenarios**
22:4 60:5
**Schneider**
53:9,24
**sealing**
5:6
**seat**
22:16
**seats**
15:11,18
17:2 22:17
**second**
29:10 45:5
55:25 59:11
69:25
**see**
8:19 11:9
12:22 20:20
29:11,13
32:18,22
33:17 34:1
35:15 37:9
38:13 42:24
45:16,23
54:19 56:3
61:4,7 64:21
66:16 70:7
79:11
**seeing**
37:25 62:4,5
71:6
**sell**
15:13 17:6
18:5

Thomas Gwiazdowski
September 29, 2025

selling
  18:1  19:7
send
  31:2,5
sending
  31:12  34:9
  38:8,11
  51:13  57:17
sends
  19:18
senior
  25:19  44:8,
  12
sense
  22:20  55:18
sentence
  59:12
separately
  50:19
serve
  56:18
serves
  68:12
set
  15:3  77:3
Several
  68:16
shift
  54:13  55:2,
  14  69:9
  75:22
shifted
  52:14
shifting
  53:3  54:24
ship
  21:15  22:20
  38:25  41:21
  52:2  53:10
  58:16
shipment
  22:7,9  45:15
  53:25  57:12
shipments
  21:10,17,18,
  19  22:13,21
  35:23,24

42:2,9,13,15
43:2,9,25
44:24  45:19,
22  46:8,14,
23  48:3,16
58:19,22
shipped
  22:4,24
  56:25  71:22
shipper
  20:25  21:1
shippers
  47:10
shipping
  18:20  20:21
  21:1,12
  41:15  45:21
  46:4  53:10
  57:3,5
  72:18,19
Shoots
  70:2
short
  72:24  73:1
show
  8:24  12:1
showing
  10:24  11:25
  12:6,7  66:15
side
  20:6  50:23
  51:2,8  60:9
  64:12  66:10
  71:12
sides
  20:10  60:4
significance
  45:25
significant
  58:21,22
signing
  5:6
similar
  15:24  17:3
  68:12,21
  73:12  75:17

simple
  31:12  66:17
single
  28:7
sister
  35:18
situ
  34:18
situation
  34:19  35:1
  39:11  40:6
  41:12
situations
  43:12
slightly
  58:24  61:19
slip
  8:17
small
  22:21  79:10
smaller
  79:13
Smith
  56:2,18
snail
  31:3  32:7
someone's
  34:21
sort
  23:22  26:25
  44:6  59:16
  64:8  66:7,19
  71:4,20
  74:12,24
  78:23  79:22
sound
  73:17
sounds
  10:15  26:7
sourced
  18:22,24
  19:4
SPA
  16:12
speak
  66:25  67:3,
  6,10  69:2

speaking
  7:6  17:13
  23:17  65:2
  76:18
specific
  25:8  42:22
  57:25  66:2,8
  75:3  77:19
specifically
  18:7  32:13,
  17  48:20
  53:3  65:1,6
  67:4,11  69:2
  75:10,19,20
  77:25
spoken
  65:12
spreadsheet
  11:5,8,13
stand
  19:20
standpoint
  22:19  74:16
start
  29:6  39:2
  79:12,21
started
  7:22
starting
  32:13
starts
  45:13
state
  5:16
stated
  61:13
statement
  41:22
States
  19:8
status
  40:23  45:20,
  22  47:6  49:5
  73:21  74:7,
  19  75:2
step
  16:13  20:16

Thomas Gwiazdowski
September 29, 2025

44:3

**Steve**
24:6 25:24
26:4 32:25
33:6 63:14
68:4,25 69:1

**stipulated**
5:4

**stmbbby@
scheider.com.**
53:21

**stop**
38:25 41:15,
21 46:3,7,
14,23 48:16
57:12

**Stopped**
42:13

**stopping**
42:2,8,14
43:2,9,25
44:24 48:3

**store**
21:15 22:21

**stores**
21:13

**strategizing**
25:11

**strategy**
27:3

**Street**
75:11,16
76:14

**strollers**
17:8 19:1

**structure**
16:25

**subject**
29:11 43:12
54:24 56:6
57:16 61:3

**subjects**
26:25

**subsequently**
13:25

**subset**
76:21

**subsidiary**
16:24

**sudden**
58:19

**suffering**
76:12

**suggested**
41:14 60:10,
12

**sum**
9:10 64:1
65:23

**summarize**
71:4

**summary**
12:5

**supplied**
36:8

**supplying**
16:19 17:16
18:17

**sure**
5:18 6:10
7:2 8:25
11:23 18:6
21:25 28:10
30:7,11 31:9
32:15 34:24
39:2,15,16
40:14 41:1,
9,12 42:4
43:10,12,16
46:6 47:14
48:9 50:11
51:4 55:7,
13,23 62:25
63:20 65:11
66:9 71:15
77:12

**surprise**
42:17,19

**surprising**
52:5

**switch**
58:20

**sworn**
5:12

**synonymous**
56:13

**system**
19:18 20:1,
2,13,19,20
77:23 78:3

**systems**
19:25

_____

**T**
_____

**tab**
11:2,8,9,11
14:5 45:3
47:8,16,17
53:6 54:3,
10,16 56:1
57:10 60:25
69:24 71:2,
6,10

**Tab-5**
29:6

**table**
61:7

**tabs**
11:6

**take**
7:12 18:25
48:7 65:9
69:16 72:24

**taken**
6:15,19,22
31:19 42:18
73:1

**taking**
16:13 58:11
63:16 71:2
73:20 74:2

**tales**
39:17

**talk**
43:18,22
64:24 68:24

**talked**
64:20 77:23

**talking**
6:24 12:23

23:25 25:18
28:19 57:21

**task**
31:6 41:5

**Taylor**
38:12,16
44:9,11
50:24 54:23
57:14 60:1
63:4

**team**
25:11 26:14,
15 29:2
32:9,11
33:4,5,7
34:5,6
38:22,23
39:23 40:5
42:8,18
43:14,16
44:18,22
46:23 47:20,
21 48:10
50:19 53:1
54:22 55:5,
13,21 60:2
62:22,25
63:7,8,9,12
66:2 67:1,6,
11,21 69:20
70:3 71:12,
13 75:1

**teams**
27:5 71:11

**technically**
16:23 77:24

**tell**
10:15 12:6
29:17 39:17

**telling**
44:4

**ten**
27:24

**term**
28:5 35:6
47:25

**terms**
27:20,24,25

Thomas Gwiazdowski
September 29, 2025

28:6,8,13
48:4,8 51:18
52:7,15,20,
24 77:22
78:2

**testified**
5:13 79:11

**Thank**
26:16 80:6

**thing**
44:1 49:8
53:7

**things**
15:18 17:2
20:9 22:10
26:21,22
30:22 34:21
43:11 67:8
75:11

**think**
12:1 16:23
23:11 28:4,
11,12,25
29:1,12,21
30:8 31:9,20
32:1 38:12
43:17 47:9,
17 48:19
50:15,23
53:7 56:23
57:11 58:2
60:12,18
64:7 66:9
68:8 71:24
72:9 75:6

**third**
47:9 53:10
59:12

**THOMAS**
5:11

**thought**
72:12

**thousand**
13:12

**three**
11:6 22:1,17
24:18 52:11

**throughput**
78:24

**tied**
13:1

**time**
5:9 6:14 7:9
13:8,14,17
16:17,22
17:1,12,21
18:3,16,21
23:7 27:12,
18 28:24
29:24 30:8,
10 31:18
33:11 35:5
39:9,13
40:6,13,18,
22 42:2,7,
12,18 43:8
44:12,20,21,
25 46:8 49:6
50:4,5,8,13,
16 52:1,9,16
57:5 58:5,
12,25 59:1,
21 60:21
62:1 63:5,13
64:14 65:10,
20 69:8 70:5
73:19,20
74:21 75:3,
21 77:11
78:8 79:16

**Times**
76:15

**timing**
8:25 22:22
55:23

**tmsne@
bedbath.com**
53:18

**today**
5:24 6:3,24
7:3,15,19
14:21 28:15
32:4,18 38:1
59:23 62:17
67:7,21

68:25 73:16

**today's**
14:15

**Tom**
5:18

**top**
24:18 37:24
38:4 52:11,
15 60:1

**total**
9:10,16 12:2

**touched**
74:21

**transactions**
35:22

**transcribed**
7:4

**transcript**
80:9

**transition**
63:9

**translating**
20:4

**transpired**
28:16 50:4
55:22 62:15,
20

**transpiring**
70:23

**trends**
58:20

**trial**
5:9

**truth**
41:23

**try**
18:12 31:22
32:11,12
50:20 74:13

**trying**
12:1 18:6
42:24 55:18
57:8 71:13

**turn**
11:2 14:5
22:11,18
29:9 37:6

45:3,12 47:8
57:9 69:24

**twice**
66:15

**two**
12:19 17:11
21:8 22:1,14
27:1 28:7
35:17 37:12,
13,19 52:13,
15 59:17
60:4 63:11,
16 67:23
71:5 75:3
78:19,24

**type**
15:12 75:17

**types**
17:17,24
23:5 30:22
65:11 71:16

**typical**
27:17 59:8
60:18

**typically**
21:13,23
22:10 26:20
34:16 35:10
75:8

---

**U**

---

**U.s**
19:2

**U.S.**
18:18 19:2,
12

**ultimately**
46:6 61:22

**Um-hum**
17:5 40:20
43:19

**unaware**
51:15

**undergoing**
76:11

Thomas Gwiazdowski
September 29, 2025

understand
  5:23 7:14
  9:8 11:21
  15:6 18:21
  23:12 27:21
  31:2 51:24
  56:15 58:17
  70:19 71:13
  74:3,13 75:1
  78:23
understanding
  8:23 15:15
  23:4 27:16,
  19 60:16
  61:20 64:3
  75:23 76:1,3
Understood
  27:6
undertaking
  74:25 75:1
United
  19:8
universal
  22:16
unpaid
  72:4 78:9
unusual
  37:13,18,22
  78:25 79:3,4
update
  37:11 59:14
updated
  40:23
USA
  6:2,5 7:25
  8:8 16:6
  17:22 19:4
  35:24 36:22,
  25 37:4
  72:18

V

vague
  40:11
verbiage
  65:12

versus
  36:25 67:16
vice
  24:3
volume
  22:10,15,18
volumes
  22:20,21
VP
  68:2

W

wait
  7:7
waived
  5:7
waiver
  28:3
Wall
  75:10,16
  76:14
Wang
  45:6 46:1,2,
  11 47:5,18
Wang's
  46:19
want
  20:3 27:6
  34:20 38:7
  71:7 77:19
  78:23
wanted
  31:4 73:4
wanting
  43:18
warehouse
  20:23 21:12,
  15 53:16
watch
  58:10
watching
  58:6,8
way
  29:6 57:14
  58:21 59:20
  60:14 63:19

  64:11 71:9
  76:2
ways
  27:4 56:16
week
  57:10 58:16
  59:12,15
  78:19
week's
  58:18 61:3
weekly
  60:3,8,11,17
  74:18
weeks
  37:12,14,19
  49:19 60:21
  69:15,17,21
well-being
  75:24
went
  69:15
witness
  6:3 80:13
wondering
  55:11 70:22
words
  35:23 46:13
  50:10,18
  51:20 66:11
  77:3
work
  22:9 58:21
  64:9
worked
  73:12
working
  68:21
world
  21:19,20
  41:9 50:17
worries
  18:13
worth
  58:18 79:1,9
writing
  20:2 54:21
  56:2 57:13

Y

Y-U-S-E-N
  54:6
yeah
  18:25 24:2
  26:6 28:20
  32:9 33:15,
  23 35:17
  40:11 42:21
  62:21 67:4
  70:22 72:11,
  14 74:1
year
  8:9 23:6,7
years
  8:3,5 17:12
  18:15 27:23
  28:1 41:8
  51:17,25
  68:16 73:6,
  10
yellow
  11:10,12
York
  76:14
Yusen
  54:4,8