| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| *Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>SAUL EWING LLP<br>Turner N. Falk, Esq.<br>1735 Market Street, 34th Floor<br>Philadelphia, PA 19103<br>Telephone: (215) 972-7777<br>Email: turner.falk@saul.com<br>*Counsel for Artsana USA, Inc.* |

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND, INC., *et al.*,<br><br>      Debtors. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |
| Michael Goldberg, as Plan Administrator for 20230930-DK-Butterfly-1, Inc. (f/k/a Bed Bath & Beyond Inc.),<br><br>      Plaintiff,<br>  v.<br><br>Artsana USA, Inc.,<br><br>      Defendant. | Adv. No. 24-01336 (VFP) |

## <u>CERTIFICATION OF SERVICE</u>

   I hereby certify that on April 14, 2026, I caused a true and correct copy of the foregoing *Defendant's Cross-Motion For Summary Judgment and Response in Opposition to Motion for Summary Judgment with Respect to Plaintiff's Claims Against Defendant, Artsana USA, Inc.* to be served via (i) the CM/ECF system for the United States Bankruptcy Court for the District of New Jersey upon all registered users thereof, and (ii) via electronic mail on the parties listed on the attached service list.

Dated:  April 14, 2026       **SAUL EWING LLP**

           */s/ Turner N. Falk*
           Turner N. Falk, Esq.
           1735 Market Street, 34th Floor
           Philadelphia, PA 19103
           Telephone: (215) 972-7777
           Email: turner.falk@saul.com

           *Counsel for Artsana USA, Inc.*

## **<u>Service List</u>**

Brigette McGrath Esquire
Nicholas C. Brown, Esquire
ASK LLP
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
bmcgrath@askllp.com
nbrown@askllp.com

Marianna Udem, Esquire
ASK LLP
60 East 42nd Street, 46th Fl.
New York, NY 10165
mudem@askllp.com

52369617.1 04/14/2026
57657972.7