**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Marianna Udem
Brigette McGrath
ASK LLP
60 East 42nd Street, 46th Floor
New York, NY 10165
Telephone: (212) 267-7342
Facsimile: (212) 918-3427
mudem@askllp.com
bmcgrath@askllp.com

*Special Counsel to the Plan Administrator*

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND, INC., *et al.*,[1] | Case No. 23-13359 (VFP) |
| Debtor. | (Jointly Administered) |
| Michael Goldberg, as Plan Administrator for 20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath & Beyond Inc.),[2] | |
| Plaintiff, | Adv. No. 24-01336 |
| v. | |
| Artsana USA, Inc., | |
| Defendant. | |

**SEVENTH STIPULATION TO EXTEND**
**CERTAIN DEADLINES IN PROCEDURES ORDER**

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

[2] Pursuant to the *Certificate of Amendment of the Certificate of Incorporation of Bed Bath & Beyond Inc.*, which was filed with the State of New York Department of State on September 21, 2023, the name of the entity formerly known as "Bed Bath & Beyond Inc." was changed to *20230930-DK-Butterfly, Inc.* [Filing ID No. 230921001833 DOS ID 315602].

1

Michael Goldberg, in his capacity as Plan Administrator (the "Plaintiff" or "Plan Administrator") for 20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath & Beyond Inc.) and its affiliated debtors (each, a "Debtor" and collectively, the "Wind-Down Debtors" or "Debtors"), and Artsana USA, Inc. (the "Defendant" and, together with Plaintiff, the "Parties"), through their respective counsel, enter into this *Seventh Stipulation for Extension of Certain Deadlines in the Procedures Order* (the "Stipulation") and hereby stipulate and agree as follows:

WHEREAS, on August 9, 2024, the Court entered the *Order Granting Motion for Order Establishing Streamlined Procedures Governing Adversary Proceedings Brought by Plaintiff Pursuant to Sections 502, 542, 547, 548, 549, and 550 of the Bankruptcy Code* (the "Procedures Order") [Docket No. 3445], which Procedures Order applies to the above-captioned adversary proceeding;

WHEREAS, on or about February 17, July 15, August 12, September 11, December 18 2025, and January 26, 2026, the Parties entered into stipulations extending certain deadlines in the Procedures Order;

WHEREAS, on March 13, 2026, Plaintiff filed a Motion for Summary Judgement (the "Motion") [D.I. 21];

WHEREAS, on April 14, 2026, Artsana filed a response to the Motion and a cross-motion for summary judgment (the "Cross-Motion");

WHEREAS a hearing on the Motion and Cross-Motion has been scheduled for June 23, 2026 at 10:00 a.m.;

WHEREAS, the Parties desire to establish a briefing schedule for responses and replies regarding the Motion and Cross-Motion;

WHEREFORE, the Parties agree and stipulate as follows:

2

57740007.1

1. Plaintiff may file any response to the Cross-Motion and/or reply in support of the Motion on or before May 8, 2026;

2. Artsana may file any reply in support of the Cross-Motion on or before May 29, 2026;

3. The deadline to file any pretrial motions, including motions in limine, is tolled pending a ruling on the Motion and Cross-Motion.

Dated: April 23, 2026

**ASK LLP**

/s/ *Brigette McGrath*
Brigette McGrath, Esq.
NJ SBN 01000-2011
Joseph L. Steinfeld, Jr., Esq.
MN 0266292
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: (651) 289-3857
Email: bmcgrath@askllp.com

*-and-*

Marianna Udem, Esq., NJ SBN 03659-2006
60 East 42nd Street, 46th Fl.
New York, NY  10165
Telephone: (212) 267-7342
Email: mudem@askllp.com

*Counsel for Plaintiff*

Dated: April 23, 2026

**SAUL EWING LLP**

/s/ *Turner N. Falk*
Turner N. Falk, Esq.
1735 Market Street, 34th Floor
Philadelphia, PA 19103
Telephone: (215) 972-7777
Email: turner.falk@saul.com

*Counsel to Defendant*

3