<table>
<tr><td>

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

*Caption in Compliance with D.N.J. LBR 9004-1(b)*

SAUL EWING LLP
Turner N. Falk, Esq.
1735 Market Street, 34th Floor
Philadelphia, PA 19103
Telephone: (215) 972-7777
Email: turner.falk@saul.com
*Counsel for Artsana USA, Inc.*

</td><td></td></tr>
<tr><td>

In re:

BED BATH & BEYOND, INC., *et al.*,

                    Debtors.

</td><td>

Chapter 11

Case No. 23-13359 (VFP)

(Jointly Administered)

</td></tr>
<tr><td>

Michael Goldberg, as Plan Administrator for
20230930-DK-Butterfly-1, Inc. (f/k/a Bed Bath &
Beyond Inc.),

                    Plaintiff,

    v.

Artsana USA, Inc.,

                    Defendant.

</td><td>

Adv. No. 24-01336 (VFP)

</td></tr>
</table>

## CERTIFICATION OF SERVICE

        I hereby certify that on May 29, 2026, I caused a true and correct copy of *Artsana USA, Inc.'s Reply in Support of Cross-Motion For Summary Judgment* to be served via (i) the CM/ECF system for the United States Bankruptcy Court for the District of New Jersey upon all registered users thereof, and (ii) via electronic mail on the parties listed on the attached service list.

Dated:  May 29, 2026              **SAUL EWING LLP**

                            */s/ Turner N. Falk*
                            Turner N. Falk, Esq.
                            1735 Market Street, 34th Floor
                            Philadelphia, PA 19103
                            Telephone: (215) 972-7777
                            Email: turner.falk@saul.com

                            *Counsel for Artsana USA, Inc.*

52369617.1 05/29/2026
57942062.5

## **Service List**

Brigette McGrath Esquire
Nicholas C. Brown, Esquire
ASK LLP
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
bmcgrath@askllp.com
nbrown@askllp.com

Marianna Udem, Esquire
ASK LLP
60 East 42nd Street, 46th Fl.
New York, NY 10165
mudem@askllp.com

52369617.1 05/29/2026
57942062.5