# GAVIN / SOLMONESE

# Expert Report of Edward T. Gavin, CTP, NCPM

## Bed Bath & Beyond, Inc., et al.

Bankruptcy Case Number 23-13359 (VFP)

## Adversary Proceeding:

Michael Goldberg, as Plan Administrator for 20230930-DK-Butter-fly-1, Inc. (f/ka Bed Bath & Beyond Inc.), v. Artsana USA, Inc. Adv. No. 24-01336 (VFP)

Report Date: February 13, 2026

Edward T. Gavin, CTP, NCPM

1

## Introductory Letter

1007 N. Orange Street
3rd Floor, Suite 314
Wilmington, DE 19801
Telephone (302) 655-8997
Fax (302) 655-6063
Email: ted.gavin@gavinsolmonese.com

February 13, 2026

Nicholas Brown, Esq.
ASK Financial
2600 Eagan Woods Drive, Suite 400
Eagan, MN 55121

**Re:  Michael Goldberg, as Plan Administrator for 20230930-DK-Butterfly-1, Inc. (f/ka Bed Bath & Beyond Inc.) v. Artsana USA, Inc., Adv. No. 24-01336 (VFP)**

Dear Mr. Brown:

On April 23, 2023 ("Petition Date"), Bed, Bath & Beyond, Inc. and approximately seventy-three affiliated debtors ("BBB" and/or the "Debtors") each filed a voluntary petition for relief under chapter 11 of Title 11 of the United States Code ("Bankruptcy Code") in the United States Bankruptcy Court for the District of New Jersey ("Bankruptcy Court").

ASK LLP ("ASK"), on behalf of the Plan Administrator ("Plaintiff"), has retained Gavin/Solmonese LLC ("G/S") as of December 16, 2025 to submit an expert report in rebuttal ("Rebuttal Report") to the expert report submitted by H. A. Schaeffer, C.C.E., C.E.W. of D&H Credit Services, Inc. ("Schaeffer") on behalf of Artsana USA, Inc. ("Schaeffer Report").

The Schaeffer Report arises from the complaint filed on May 17, 2024 by the Plaintiff against Artsana USA, Inc. ("Artsana" and/or "Defendant," together the "Parties"), where the Plaintiff seeks to avoid and recover from Defendant all alleged preferential transfers of property ("Preference Payments"

2

Expert Report of Edward T. Gavin, CTP, NCPM

Michael Goldberg, as Plan Administrator for
20230930-DK-Butterfly-1, Inc. (f/ka Bed Bath & Beyond Inc.)
As Reported February 13, 2026

or "Preference Transfers") made during the ninety (90) day period prior to the Petition Date ("Preference Period") in an amount asserted by the Plaintiff to be not less than $544,483.06.

The Schaeffer Report provides an analysis of:

- The objective ordinary course defense as applied to the Defendant's industry, and;
- The subjective ordinary course defense as applied to the Debtors' and Defendant's past business relationship.

ASK has requested that I, Edward T. Gavin, CTP, NCPM, a Managing Director of G/S, with a business address of 1007 N. Orange Street, 3rd Floor, Suite 314, Wilmington, DE 19801, provide an analysis of the Schaeffer Report as well as an independent opinion with respect to Defendants' defenses in the ordinary course of business ("OCB") as provided by 11 U.S.C. § 547(c)(2). ASK has also asked that I consider whether application of collection practices by Artsana produced sufficient pressure on the Debtors that would render the parties' behavior so idiosyncratic as to make the payments themselves not in the ordinary course of business or dealings between the parties.

My opinions are based on an investigation and analysis of the Debtors' historical financial performance, as well as additional information provided by ASK.  My work in connection with this report also included a review and analysis of the Debtors' financial information, Risk Management Association ("RMA") industry information, and certain authoritative information.  Although my study is based upon currently available records, including records provided by ASK and the Defendant, and I am in a position to render my opinions at this time based upon such information, my work is ongoing.  Accordingly, I reserve the right to revise or expand my expert opinions to reflect any additional opinions I may formulate based upon newly acquired information or information arising from reflection and reconsideration of the opinions based upon views expressed by other expert witnesses, if any, and upon further study and information.

Expert Report of Edward T. Gavin, CTP, NCPM

Michael Goldberg, as Plan Administrator for
20230930-DK-Butterfly-1, Inc. (f/ka Bed Bath & Beyond Inc.)
As Reported February 13, 2026

GAVIN /
SOLMONESE

I, and G/S professionals under my direct supervision and control, therefore "we," prepared this report.  Our compensation for this report and associated services is pursuant to our executed engagement letter, which provides for compensation at an hourly rate ranging from $275 to $950 plus reimbursement for reasonable expenses.  Additionally, our compensation is not dependent on the outcome of the adversary proceeding between the Plaintiff and Defendant.

My engagements have included responsibilities as financial advisor to debtors and official committees of unsecured creditors; bankruptcy and non-bankruptcy interim management appointments; business viability assessments; mergers and acquisitions; business integrations and strategic sales; corporate strategy and policy development and implementation; e-commerce and marketing strategy development; process re-engineering; and enterprise resource planning (ERP) system implementation and assessment.  My roles have also included regulatory affairs management positions in FDA-regulated organizations, including the leadership of process re-engineering to remediate violations of FDA regulations.  In engagements where I have served as a liquidating trustee, I have been involved in various adversarial proceedings, including, but not limited to, avoidance actions, that required the analysis of transfers involving payment histories with vendors, industry credit terms, and new value analyses.  Lastly, I have been involved with the preparation of numerous expert reports regarding debtor/creditor relationships on such matters including, but not limited to, piercing the corporate veil, valuations, fraudulent conveyances, and preferential transfers.

A *curriculum vitae* that details my experience and qualifications and a list of my testimony experience are attached hereto in Exhibit F to this report, which is hereby incorporated by reference herein.

Respectfully submitted,

Edward T. Gavin, CTP, NCPM
Managing Director and Founding Partner
Gavin/Solmonese LLC

Expert Report of Edward T. Gavin, CTP, NCPM

Michael Goldberg, as Plan Administrator for
20230930-DK-Butterfly-1, Inc. (f/ka Bed Bath & Beyond Inc.)
As Reported February 13, 2026

GAVIN/
SOLMONESE

## Expert Report

## Introduction

Bed Bath & Beyond, Inc. and seventy-three affiliated debtors[1] filed voluntary petitions for relief under chapter 11 of title 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey on April 23, 2023, and the cases were assigned consolidated case number 23-13359 (VFP).

At the time of filing, Bed Bath & Beyond was the largest home goods retailer in the United States, with locations in the U.S. and Puerto Rico, Canada, and Mexico.[2] Artsana USA is an American subsidiary of Artsana Group, an Italian conglomerate that is a leading manufacturer of baby products, with 2023 revenues of approximately €1.358 billion.[3]

The Parties worked together in a relationship whereby Bed Bath & Beyond purchased goods from the Defendant on credit for sale through the Debtors' retail stores and channels.  Payments made by Debtors to the Defendant were credited to the Debtors' account with Defendant, and sales of goods from Defendant to Debtors were charged to the Debtors' account.

As Debtors' business faltered in the months before the filing of its bankruptcy petition, Artsana placed the Debtors on more restrictive credit terms, wherein Artsana first terminated sales on credit, requiring prepayment for shipment of new orders, and then received payment on future orders *and* open invoices in exchange for shipping new orders (see Exhibit A).

---

[1] Case No. 23-13359 (VFP) Dist. NJ.
[2] Case No. 23-13359, ECF No. 1690.
[3] Artsana 2023 Sustainability Report. Page 7. https://www.artsana.com/wp-content/uploads/2024/08/Artsana-Sustainability-Report-2023.pdf.

Expert Report of Edward T. Gavin, CTP, NCPM

Michael Goldberg, as Plan Administrator for
20230930-DK-Butterfly-1, Inc. (f/ka Bed Bath & Beyond Inc.)
As Reported February 13, 2026

GAVIN /
SOLMONESE

The Debtors initiated a payment to Defendant on February 24, 2023 in the amount of $538,400.30 and on April 5, 2023 in the amount of $6,082.76 (see Exhibit B) to pay 541 invoices totaling $813,615.96. These transfers, and the avoidability of these transfers, are the subject of this adversary proceeding.

## Statement of Assignments

The Plaintiff has retained ASK to analyze and recover potential Preference Payments on behalf of the Debtors' chapter 11 estates.  On May 17, 2024 the Plaintiff filed a complaint against the Defendant to avoid Preference Transfers pursuant to 11 U.S.C. §§ 547 and to recover Preference Payments pursuant to 11 U.S.C. § 550 (the "Complaints").

G/S was retained by ASK, on behalf of the Plan Administrator, to review the Schaeffer Report, and, with this Rebuttal Report, to rebut any incorrect assertions presented by the Schaeffer Report.

In preparing this report, we:

- reviewed payment data and information provided by Defendants or ASK based on the Debtors' books and records;
- researched independent third-party sources for information related to the Parties, and;
- performed other such investigations and analyses as deemed necessary.

**G/S Understanding of the Schaeffer Report Conclusions and Analysis**

1. Schaeffer defines the scope of the avoidance action as applying to the transfer of $544,483.06 commenced on February 24, 2023. Schaeffer states that this payment was intended by the Debtor to satisfy invoices with a range of 78 to 136 days from the invoice date[4].

---

[4] Schaeffer Report, Exhibit 1.

Expert Report of Edward T. Gavin, CTP, NCPM

Michael Goldberg, as Plan Administrator for
20230930-DK-Butterfly-1, Inc. (f/ka Bed Bath & Beyond Inc.)
As Reported February 13, 2026

GAVIN /
SOLMONESE

A.  Ordinary Course of Business ("OCB") Defense:  Schaeffer provides an analysis of the "ordinary business terms," which he does not define. The Schaeffer Report states that the "*Ordinary Course of Business Defense*" can be determined *"using a very conservative review … based on the Risk Management Association National – All Regions Report from 4/1/22 to 3/31/23*"[5] and "RMA National – All Regions Industry Standard Report from 4/1/23 to 3/31/24."[6] These standard industry reports are provided by the Risk Management Association.

B.  Historical Events Occurring During the Preference Period

    a.  Payment Pressure by Defendant

        i.  The Schaeffer Report states that "*A review of the Credit Department Notes between the parties as supplied by Artsana does not reflect any references to undue pressure being used to collect past due invoices and maintains complete consistency when comparing the pre-preference period to the preference period.*"[7] The report also cites select testimony from the September 8, 2025 deposition of Laura Crossen in support of this conclusion (which transcript Schaeffer provides in his Exhibit F-1).

    b.  COVID-19

        i.  The Schaeffer Report opines that, because of the extraordinary measures taken by the Federal and State governments during the COVID-19 pandemic, comparisons of prior-period payment history between the Debtor and Defendant would be inaccurate. Therefore, Schaeffer states, post-pandemic payment data must be compared to pre-pandemic payment data (thereby eliminating payment data from the period during which government intervention existed). Schaeffer cites to no evidence or independent third-party source to confirm either these conclusory statements, nor does he otherwise justify the practice of eliminating payment data

---

[5] Schaeffer Report. Pg. 2 at iv.
[6] Schaeffer Report. Pg. 2 at v.
[7] Schaeffer Report. Pg. 3 at ¶ 1.

Expert Report of Edward T. Gavin, CTP, NCPM

Michael Goldberg, as Plan Administrator for
20230930-DK-Butterfly-1, Inc. (f/ka Bed Bath & Beyond Inc.)
As Reported February 13, 2026



from a large period in which the Debtor and Defendant had a business relation-ship.

C.  Objective Test – Artsana's Industry

i.   Payment terms in Artsana's industry

    i.   The Schaeffer Report characterizes Artsana as belonging to NAICS code 423920 "Toy and Hobby Goods and Supplies Merchant Wholesalers Industry"[8].

    ii.  The Schaeffer Report states the "*typical payment terms extended by vendors*" in Artsana's industry is 1% 10 days Net 30, though this "*is not the only credit term extended in this industry*."[9] Schaeffer offers no independent source for this data, nor the assertions made.

    iii. Using RMA's data, the Schaeffer Report states that the average days paid in Artsana's industry for the period April 1, 2022 through March 31, 2023 is 36 days, with the middle fifty percent of all payment data between 10 days and 68 days.[10] Schaeffer also states that the average days paid in Artsana's industry for the period April 1, 2023 through March 31, 2024 is 29 days, with the middle fifty percent of all payment data between 4 days (later misstated as 2 days) and 62 days.[11]

    iv.  Data outside of the range of 10-68 days for the period ending March 31, 2023 and 4-62 days for the period ending March 31, 2024 "*is considered unusual values*."[12]

    v.   The Schaeffer Report states that "*[t]his type of comparison is rarely done as it uses the average days past due range provided by RMA to compare with the actual past due payment range of invoices paid during the preference period based on the credit terms extended*."[13] It is not clear whether Schaeffer is referring to using RMA data as a measure for industry ordinariness as being rarely done, or if he is stating that using RMA as a benchmark to derive "average days past due" and then comparing

---

[8] Schaeffer Report. Pg. 5 at ¶ 4.
[9] Schaeffer Report. Pg. 4 at ¶ 3.
[10] Schaeffer Report. Pg. 5 at ¶ 6.
[11] Schaeffer Report. Pg. 6 at ¶ 5.
[12] Schaeffer Report. Pg. 5 at ¶ 6 *citing* RMA Definition of Ratios. Schaeffer Report., Exhibit A-1
[13] Schaeffer Report. Pg. 4 at ¶ 5.

Expert Report of Edward T. Gavin, CTP, NCPM

Michael Goldberg, as Plan Administrator for
20230930-DK-Butterfly-1, Inc. (f/ka Bed Bath & Beyond Inc.)
As Reported February 13, 2026



that average to the behavior of the subject payments in the preference period that are the subject of the complaint is what is rarely done.

vi.  The Schaeffer Report states that "*[t]he average past due payment range provided by RMA is made up of an unknown number of transactions to create a low and a high average past due range.*"[14]

vii.  Schaeffer creates an "average past due payment range" by subtracting his stated typical industry credit terms of 30 days from the uppermost bound of the RMA ranges of 68 days (for the 2022-2023 period) and 62 days (for the 2023-2024 period), thereby defining a "past due range" of 1 to 38 days and 1 to 32 days, respectively. Schaeffer states that payments made beyond their credit terms that fell within 1 to 38 days (for 2022-2023) or 1 to 32 days (for 2023-2024) past credit terms "*would be within industry standards*" for the Toy and Hobby Goods and Supplies Merchant Wholesalers Industry. Schaeffer cites to no authority for this methodology.

viii.  Schaeffer states that "*[u]sing the RMA average past due payment range and comparing it to the average past due days to be paid during the preference period is an accurate use of this comparison as multiple credit terms were extended in this industry, not just net terms of Net 30 days.*"[15]

ix.  Schaeffer concludes that the application of his Ordinary Course of Business Defense analysis protects all but payments on 86 invoices totaling $49,048.80 (for the February 2023 payment) and further reduces to payments on 80 invoices totaling $42,966.04 (after factoring in Schaeffer's defenses from the April 2023 payment) from avoidance.

2.  Subjective Ordinary Course of Business Test

i.  The Schaeffer Report states that, due to the impact of COVID and seasonality issues, the only valid comparison of the prior relationship between the Debtor and Artsana

---

[14] Schaeffer Report. Pg. 5 at ¶ 1.
[15] Schaeffer Report. Pg. 5 at ¶ 1.

Expert Report of Edward T. Gavin, CTP, NCPM

Michael Goldberg, as Plan Administrator for
20230930-DK-Butterfly-1, Inc. (f/ka Bed Bath & Beyond Inc.)
As Reported February 13, 2026

GAVIN /
SOLMONESE

is in comparing the payment relationships in February 2019 and February 2022 to the preference period payments.

    ii. Schaeffer determines that the range of payments made during those periods are 1 days to 107 days past due in February 2019, and 2 days to 135 days past due for February 2022. Therefore, Schaeffer opines that payments made between 2 and 135 days past due properly define the pre-preference period business relationship between the parties.[16] Because the preference period payments fall between 40 and 76 days past due, Schaeffer opines, the Subjective Ordinary Course of Business Defense protects from avoidance the remaining payments not already protected by the Objective Ordinary Course of Business analysis.

    iii. Schaeffer states that the payments made in February 2019 and February 2022 reflect a "seasonality pattern in that the past due payments made in the preference period are completely contained within these two pre-preference period months."[17]

    iv. Schaeffer cites to two cases from the United States Bankruptcy Court for the District of Delaware in supporting his conclusions, *AES Thames, LLC v. P&M Brick LLC* and *Center City Healthcare LLC v. Medline Industries, Inc.*[18]

3. Conclusion: The Schaeffer Report concludes that all of the asserted transfers fall within the ordinary course of business when considering the objective and subjective course analyses as offered by Schaeffer.

I will review each of the Schaeffer Report's assertions in turn.

---

[16] Schaeffer Report. Pg. 7 at ¶ 4.
[17] Schaeffer Report. Pg. 7 at ¶ 5.
[18] Schaeffer Report. Pg. 8 at ¶ 1, citing *In re AES Thames, LLC v. P&M Brick LLC*. Case No. 13-50406 (KJC), and *In re Center City Healthcare, LLC v. Medline Industries, Inc.* Case No. 21-50920 (MFW).

Expert Report of Edward T. Gavin, CTP, NCPM

Michael Goldberg, as Plan Administrator for
20230930-DK-Butterfly-1, Inc. (f/ka Bed Bath & Beyond Inc.)
As Reported February 13, 2026

**GAVIN/
SOLMONESE**

**Methodology**

The process for determining whether the Debtors' payments to Artsana represent avoidable payments is a matter defined by the Bankruptcy Code.  G/S outlines its understanding of the relevant law and then outlines its applied methodology in the below sections.

**Applicable Bankruptcy Code Sections**

According to Title 11 of the United States Code, as amended by the Bankruptcy Abuse Protection and Consumer Protection Act ("BAPCPA"), the preference defenses under 11 U.S.C. §§ 547(c)(2) which Schaeffer asserts, are as follows:

**(c)** The trustee may not avoid under this section a transfer—

**(2)** to the extent that such transfer was in payment of a debt incurred by the debtor in the ordinary course of business or financial affairs of the debtor and the transferee, and such transfer was—

> **(A)** made in the ordinary course of business or financial affairs of the debtor and the transferee; or

> **(B)** made according to ordinary business terms;

…

**G/S Applied Methodology**

In the review of the Schaeffer Report, G/S applied a methodology which undertook analyses of:

- the data upon which the Schaeffer Report relies; and
- the manner in which the Schaeffer Report applies its relied upon information, specifically with respect to whether payments were made according to ordinary business terms.

Expert Report of Edward T. Gavin, CTP, NCPM

Michael Goldberg, as Plan Administrator for
20230930-DK-Butterfly-1, Inc. (f/ka Bed Bath & Beyond Inc.)
As Reported February 13, 2026

GAVIN /
SOLMONESE

In the following section, G/S outlines its findings with respect to its application of the above methodology.

**G/S Findings**

**Overview**

G/S examined the Schaeffer Report to determine the appropriateness of the general presumptions and industry data relied upon by the Schaeffer Report to determine the appropriateness of the data set chosen as well as the methodology applied.  As part of this process, G/S examined the Debtors' payments made to Artsana from January 23, 2023 through April 23, 2023 (the "Preference Period") to ascertain whether the transfers between the Parties were made outside of ordinary business terms prevalent in the appropriate industry.  Further, G/S analyzed whether there were any available defenses relating to New Value.

**Analysis of the Schaeffer Report**

The Schaeffer Report relies upon numerous data points, including actual transfers between the Parties during the Preference Period ("Preference Data"), certain data from one industry resource ("Industry Data"), and several public sources of data on industry and other companies (i.e., companies that are neither the Plaintiff nor Defendant in this action).  G/S will examine the following Schaeffer Report sections in order herein:  1. Payment Terms in Artsana's Industry; 2. the business relationship between Bed Bath & Beyond before the Preference Period (the Subjective Ordinary Course of Business Defense), and; 3. the Credit Relationship between Bed Bath & Beyond during the Preference Period (Artsana's Application of Payment Pressure on the Debtor).

**Analysis of 1.  Payment Terms in Artsana's Industry**

The Schaeffer Report presents its findings based on a calculation of an "average days past due range" derived by comparing actual observed payment activity provided by RMA industry reports and subtracting Schaeffer's determination of the average credit terms in the industry (1% 10 Net 30, or thirty-

Expert Report of Edward T. Gavin, CTP, NCPM

Michael Goldberg, as Plan Administrator for
20230930-DK-Butterfly-1, Inc. (f/ka Bed Bath & Beyond Inc.)
As Reported February 13, 2026



day payment terms). In discussing the use of RMA Industry Report data, Schaeffer states in his report that "*[t]his type of comparison is rarely done, as it uses the average days past due range provided by RMA to compare with the actual past due payment range of invoices paid during the preference period.*"

At the outset, I cannot tell from that statement whether Schaeffer is opining that using the RMA days sales outstanding ("DSO") interquartile range is rarely done, or if deriving a range of average days past due from RMA DSO data and an external data source is rarely done. If his assertion is the latter, I agree. If it is the former, I disagree. The RMA interquartile range of days sales outstanding (or days receivables) is a common measure of industry activity and what constitutes "normal" invoice payment practices in a given industry, and its use is ubiquitous in the analysis of objective ordinary course of business defenses. Mr. Schaeffer knows this, as he has used it himself in other cases – including in one of the cases he cites, *AES Thames, LLC v. P&M Brick LLC*:

> "*Schaeffer reviewed three industries that were appropriate comparisons for the sales made by P&M Brick to the Debtor during the Preference Period … For each, he looked at the average days to be paid as reported by the RMA. Then he compared each industry's middle 50% average payment range to the actual payment range of invoices during the Preference Period. Mr. Schaeffer stated that using the RMA industry <u>averages</u> as a benchmark … For each industry, the payment data reviewed fell within a date range of April 1, 2010 to March 31, 2011; thus, the RMA data covered the Preference Period. For the Crushed and Broken Limestone Mining and Quarrying Industry, the average number of days for payment (based on a review of 64 financial statements) reflected a low of 26 days to a high of 50 days. For the Marine Cargo Handling Industry, the average number of days for payment (based on a review of 86 financial statements) reflected a low of 27 days to a high of 58 days. The data for the Brick, Stone, and Related Construction Material Merchant Wholesalers Industry reflected an average payment range of 23 to 52 days based on a review of 267 financial statements…*



Expert Report of Edward T. Gavin, CTP, NCPM

Michael Goldberg, as Plan Administrator for
20230930-DK-Butterfly-1, Inc. (f/ka Bed Bath & Beyond Inc.)
As Reported February 13, 2026

> *The actual payment range for the Debtor's payments to P&M Brick during the Prefer-ence Period was between 27 and 45 days. Therefore, the paid invoices fell within the average payment range for each RMA industry analyzed, Mr. Schaefer concluded."*[19]

On the other hand, if Mr. Schaeffer is stating that his methodology of calculating what he calls an "average days past due range" is rarely done, he is absolutely correct. First, the Schaeffer Report repeatedly refers to "average days past due range as provided by RMA." This is not correct – RMA does not provide average days past due information. Schaeffer has calculated this himself using RMA data and his own pronouncement as to normal credit terms in the underlying RMA population. To imply that this average days past due behavior is somehow independent information provided by RMA, on which he, as an expert, is simply relying, is misleading.

I disagree strongly with the methodology Schaeffer has selected here, which is to use his asserted prevalent credit terms in the industry of 30 days, subtracting that from the uppermost bound of the RMA interquartile days receivables range of 68 days, and thereby deriving an "average past due payment range" of 1-38 days. First, Schaeffer cites to no source supporting that 30 days is the prevalent credit term in the industry, and he admits that other credit terms exist – as he must, since Artsana's own credit terms with the Debtor were sixty days, not thirty. Second, the Schaeffer Report states that the underlying transactions that RMA compiles are unknown in both number and identity, which is correct. What is also unknown are the credit terms that exist between a company submitting data to RMA (a "reporting company") and its customers. In fact, the RMA's own limiting language states that, when using the days sales outstanding analysis, the observer should "*take into consideration the terms offered by a company to its customers because these may differ from terms within the industry*."[20]

Because we cannot know what the credit terms are between the reporting companies and their customers, we cannot determine how the payment ranges reported exist relative to those underlying credit terms. Without that information, trying to derive past-due payment activity from RMA days sales outstanding data is a pointless exercise. We are left with no objective means by which to determine if 68-

---

[19] Opinion, Pg. 11 at 2, Page 2 at 1. Schaeffer Report, Exhibit G-1.
[20] Schaeffer Report, Exhibit A-3.

Expert Report of Edward T. Gavin, CTP, NCPM

Michael Goldberg, as Plan Administrator for
20230930-DK-Butterfly-1, Inc. (f/ka Bed Bath & Beyond Inc.)
As Reported February 13, 2026

GAVIN /
SOLMONESE

---

day payments are on 30-day terms, 45-day terms, 60-day terms, or 90-day terms. In all likelihood, the RMA population is inclusive of all of these terms. Without being able to determine the weight of each, using metrics bound to late payment practices as a measure of what defines industry practice is nonsensical, as it does not tell us anything about the underlying behavior the Schaeffer Report claims to represent. Schaeffer claims that the prevalent credit terms are payments within 30 days but also states that other terms exist. He then applies 30-day credit terms to the entire industry captured in the RMA data, apparently deciding, without any discussion, that the other terms simply don't matter for his purposes.

For these reasons, I must reject entirely the Schaeffer Report's approach to performing an ordinary course of business analysis by using RMA days receivables data to compare to credit terms in one segment of the industry (notably a segment to which Artsana does not belong – those with 30-day payment terms), deriving an "average past due range" measurement, and using that average past due measurement as the basis of comparison to the practices between the Debtor and Artsana during the preference period. I will perform a proper ordinary course of business defense analysis using Schaeffer's RMA data in the following section.

**Analysis of 2.  Subjective Ordinary Course of Business Defense**

I have not been engaged to perform a subjective prong ordinary course of business defense analysis. However, I have reviewed the Schaeffer Report's subjective prong analysis and have the following observations as to the methods employed in reaching the Schaeffer Report's conclusions.

The Schaeffer Report states that the COVID-19 pandemic created industry-wide outlier conditions due to the prevalence of government assistance to businesses and uses the change in bankruptcy filings during that period as evidence of this industry aberration. Therefore, Schaeffer states, only an analysis of the pre-preference period relationship between the Debtor and Artsana during the specific periods of February 2019 and February 2022 are applicable as a true indication of the entirety of the pre-petition relationship between Artsana and the Debtors. Schaeffer does not explain why other months pre- and post-pandemic are inapt metrics for comparison, though the Schaeffer Report does state that there is a



Expert Report of Edward T. Gavin, CTP, NCPM

Michael Goldberg, as Plan Administrator for
20230930-DK-Butterfly-1, Inc. (f/ka Bed Bath & Beyond Inc.)
As Reported February 13, 2026

seasonality variation in the conduct between the Debtor and Artsana and, therefore, the valid comparison is February activity, since that is when the preference period payments occurred.

Methodologically, this is wrong. The payment history between the parties is the payment history between the parties, and that already accounts for events like COVID. If there is an aberration to be accounted for, then the Schaeffer Report should state what it is, explain it, quantify the amount of change from the normal conduct of the relationship and explain why the adjustment is needed. Stating that he knows the relationship between Artsana and the Debtor fundamentally changed, only during COVID, because he observes a decrease in the number of bankruptcy cases filed by companies that are neither Artsana nor the Debtor does not provide a legitimate basis for that conclusion. There are simply too many unaddressed issues: did the Debtor receive federal or state assistance that fundamentally affected its relationship with Artsana? In what amounts, and when, did the Debtor receive these funds? What did the Debtor use those funds for? How did the receipt of government COVID assistance change the Debtor's payment practices with Artsana? Absent this information, the argument that the mere fact of COVID requires that we ignore years of data of a customer relationship in favor of using only two isolated months of payment practices is conclusory and should be rejected.

Schaeffer again uses "past due" payment activity as the basis against which the pre-preference period activity is measured; he does not measure against actual payment days. The Schaeffer Report then eliminates the past-due payments made during the non-COVID time periods and instead focuses solely on how late payments were made during the selected pre-preference period months, and how they compare to how late payments were made during the preference period. Even a casual review of Schaeffer's own data shows that, during the select period Schaeffer uses, the parties had a fundamentally different payment relationship than they had during the preference period. The preference period payments were paid no less than 75 days after invoice date. During the select pre-preference periods used by Schaeffer, the vast majority of the payments made were paid in less than 75 days.

Schaeffer again uses the "days past due" metric to define the relationship between the parties. Schaeffer observes that the payments made in February 2019 ranged from 1 to 107 days past due, and the payments made during February 2022 ranged from 2 to 135 days past due, as illustrated in the



Expert Report of Edward T. Gavin, CTP, NCPM

Michael Goldberg, as Plan Administrator for
20230930-DK-Butterfly-1, Inc. (f/ka Bed Bath & Beyond Inc.)
As Reported February 13, 2026

Schaeffer Report's Exhibit 5. Schaeffer offers no weighting or analysis as to what the average is or the distribution of that data, which means that eight invoices paid in 195 days (or 135 days past due) out of a group of 814 total invoices have as much weight as ninety invoices paid in 61 days (or 1 day past due) out of a group of more than 1,400 invoices. Put another way, that there are more than 1,000 invoices in February 2019 paid under ten days late is of no impact to Schaeffer's determination that 107 days late is an acceptable basis for comparison to the preference period data, though it occurs only once in over 1,400 points of data. That methodology is absurd and should be rejected.

Schaeffer states that payments made in February 2019 and February 2022 "reflect a seasonality pattern"[21] but does not provide any data to support how the February payments differed from the rest of the yearly payment practices. Therefore, he offers no indication as to why seasonality impacts payment practices, and we are left with nothing on which to go other than the Schaeffer Report's unsupported assertion. If Schaeffer wished to evince seasonality, there should have been some showing of patterns in comparison to the non-seasonal periods so that such pattern can be observed.

**Analysis of 3.  Artsana's Application of Payment Pressure on the Debtor**

The Schaeffer Report opines that the relationship between Artsana and the Debtors did not change, and Artsana did not apply payment pressure on the Debtor to compel payment of past-due invoices. To support this conclusion, he references his own review of Artsana's credit file, and cites to the deposition transcript of Laura Crossen which, Schaeffer states, says that "*pressure was not used*."[22] I believe Schaeffer's conclusion here is incorrect.

First and foremost, the very deposition transcript Schaeffer cites contradicts this. Ms. Crossen testified that Artsana did apply payment pressure to the Debtor following January 10th:

> Q.    *So to sort of sum up this series of*
> *exhibits that we've looked at, can you tell me what*
> *kind of pressure Artsana put on Bed Bath to make*
> *payment of its past due invoices?*

---

[21] Schaeffer Report. Pg. 7 at ¶ 5.
[22] Schaeffer Report. Pg. 3 at 1 citing to Exihibit F-1 page 67.

Expert Report of Edward T. Gavin, CTP, NCPM

Michael Goldberg, as Plan Administrator for
20230930-DK-Butterfly-1, Inc. (f/ka Bed Bath & Beyond Inc.)
As Reported February 13, 2026



> A.    So Artsana required prepayment
> following January 10th.  Artsana communicated
> regarding open payables, and with respect to certain
> shipments, indicated that they would be held.[23]

I cannot agree with the Schaeffer Report's conclusions when the Schaeffer Report's own exhibit contradicts them without my assistance. Nevertheless, I will do a fulsome analysis of the existence of payment pressure in the following section.

**Analysis of Schaeffer Report's Conclusions**

In our analysis of the Schaeffer Report, G/S determined that the Schaeffer Report incorrectly:

- uses a contrived "average days past due range" rather than the RMA interquartile range of days receivables as the metric by which to measure ordinary course in the relevant industry;

- misattributes Schaeffer's own calculation of an "average days past due range" as coming from RMA rather than his own derivation;

- uses flawed methodologies in performing the subjective OCB analysis, and;

- misinterprets the facts to assert the conclusion that Artsana did not apply payment pressure on the Debtors to compel payment.

G/S rejects the entire Objective and Subjective OCB analysis used in the Schaeffer Report and the conclusions derived therefrom, and provides an Objective OCB analysis in its place.

**G/S Alternative Analysis and Application of Ordinary Course Defense**

In light of the above issues with the Schaeffer Report, G/S presents a preference analysis properly utilizing industry data from the Risk Management Association ("RMA"). RMA is a non-lobbying organization serving the credit and risk management field (RMA now does business as ProSight Financial

---

[23] Schaeffer Report, Exhibit F-1. Deposition Transcript of Laura Crossen. Sept. 8, 2025. Pg. 71, 72.

Expert Report of Edward T. Gavin, CTP, NCPM

Michael Goldberg, as Plan Administrator for
20230930-DK-Butterfly-1, Inc. (f/ka Bed Bath & Beyond Inc.)
As Reported February 13, 2026

**GAVIN/
SOLMONESE**

Association after its merger with BAI, a research organization serving the retail banking and regulatory compliance fields).[24] Numerous courts have admitted expert testimony that has relied on RMA data.[25]

ProSight Statement Studies provide numerous points of data analysis. Among the ratios reported are the receivables turnover ratio also used in the Schaeffer Report, calculated by dividing average net trade receivables into total credit sales for a given period. Dividing this result into 365 results in the subject's Days Receivables, or Days Sales Outstanding ("DSO"). The Days Receivables and Sales/Receivables data is presented as an interquartile range – the middle 50% of the data population.[26] G/S consulted the ProSight Financial Association *2023-24 Annual Statement Studies Report* for NAICS 423920 – Toy and Hobby Goods and Supplies Merchant Wholesalers (National – All Regions) for the period April 1, 2022 through March 31, 2023 [27].  G/S notes that the 50% interquartile range for DSO in this report is 10 days to 68 days.  We also consulted the ProSight Financial Association *2024-25 Annual Statement Studies Report* for NAICS 423920 – Toy and Hobby Goods and Supplies Merchant Wholesalers (National – All Regions) for the period April 1, 2023 through March 31, 2024[28]. G/S notes that the 50% interquartile range for DSO in this report is 4 to 62 days.

G/S then prepared a preference analysis by contrasting the age of the Preference Transfers against the upper and lower thresholds from RMA.

After performing a preference analysis against these proper industry standards, G/S has determined that, using the RMA 50% interquartile range, none of the February 2023 Preference Transfers totaling $538,400.30 fall within the Objective Ordinary Course of Business terms in the industry.  All of the April 2023 payments, totaling $6,082.76, fall within the Objective Ordinary Course of Business terms in the industry at that time. However, because extraordinary pressure to pay was exerted on the Debtor by the Defendant as shown in the email correspondence from Defendant to Debtors (see Exhibit A), the Court could reasonably determine that such pressure results in preference liability for all of the transfers

---

[24] https://www.prosightfa.org/about-us/. Last accessed on February 10, 2026.
[25] Ctr. City Healthcare, LLC v. Medline Indus. 664 B.R. 208. Pg.12.
[26] For an explanation of interquartile range, see generally: https://decodingdatascience.com/interquartile-statistics-understanding-the-basics-and-applications/. Last accessed February 10, 2026. Application of interquartile range is explained more in Exhibit C.
[27] Included here as Exhibit C.
[28] See Exhibit C.

19

Expert Report of Edward T. Gavin, CTP, NCPM

Michael Goldberg, as Plan Administrator for
20230930-DK-Butterfly-1, Inc. (f/ka Bed Bath & Beyond Inc.)
As Reported February 13, 2026



for which avoidance is sought, totaling $544,483.06.  That preference analysis is included here as Exhibit B.

**G/S Analysis of Artsana's Collection Practices**

To determine the nature of the relationship between the Debtor and Artsana during the preference period, and whether that relationship changed with respect to pre-preference period collection practices employed by Artsana, I reviewed emails (most of which were contained as exhibits to the Crossen deposition, which the Schaeffer Report includes as part of Exhibit F) between Artsana and the Debtor that occurred during and shortly before the preference period. These emails are included in this report in Exhibit A. I observe from these emails that, starting on January 4, 2023, Artsana and its corporate leadership became increasingly concerned about Plaintiff's financial health, and began to initiate across-the-board unilateral changes to the credit terms and business relationship then in place between Plaintiff and Defendant (and Defendant's affiliates).  In several email communications starting on January 4, 2023:

a. Chicco Americas (a division of Artsana USA) Vice President of Sales Steve McLaughlin email on January 4, 2023, which appears as Exhibit 5 to the Crossen deposition, communicates to Debtor employee Chad Taylor that Artsana's "*HQ is pressuring stop ship.*"[29]

b. Artsana employee Steve Rubin emails several Artsana employees on January 7, 2023 instructing them to stop shipment on all Debtor orders, also seeking to interdict already-shipped orders en route.[30] The email instructing the stop in shipment appears as Exhibit 6 to the Crossen deposition.

c. Artsana's Steve Rubin emails Debtor employee Nyree Waters on January 9, 2023 and informs Waters that "*At this time, we have been asked to hold shipments to BBB.*"[31] This email is included in the Crossen deposition as Exhibit 1.

---

[29] See Exhibit A.1.
[30] See Exhibit A.2.
[31] See Exhibit A.3.

Expert Report of Edward T. Gavin, CTP, NCPM

Michael Goldberg, as Plan Administrator for
20230930-DK-Butterfly-1, Inc. (f/ka Bed Bath & Beyond Inc.)
As Reported February 13, 2026

**GAVIN/
SOLMONESE**

d. Chicco USA Vice President of Sales Steve McLaughlin emailed Debtor employees Chad Taylor, Nora Choots and Christina Dibella on January 10, 2023 informing them that they have moved terms to prepayment on invoices dated January 10, 2023 or later.[32] This email is included in the Crossen deposition as Exhibit 9. He then informs several Artsana employees "*we are effectively prepay go forward.*"

e. Numerous emails from Artsana to Debtor between January 10, 2023 and January 18, 2023 inquiring as to payment on approximately $3 million in outstanding invoices.[33]

f. Artsana employee Josh Pahl emails Artsana employee Patrick Smith on January 11, 2023 asking "*[c]an you please send me the PO's that will not be shipping DI based on us holding BBB shipments because of payment situation?*"[34]

g. Emails between Christina Dibella of the Debtor and Artsana employee Josh Pahl between February 17, 2023 and February 27, 2023 restating the Debtor's understanding that Artsana would receive payment of past due invoices in exchange for shipping new orders.[35] It is not clear to me from the evidentiary record whether Artsana demanded this prepayment of open invoices as a prerequisite for shipping new orders, or whether the Debtor and Artsana reached those terms consensually and bilaterally. Ultimately, the finder of fact will determine whether the practice of repayment of open invoices in exchange for shipment of new orders, which practice started at approximately the same time as the preference period, was extraordinary pressure applied by Artsana.

h. Email from Artsana employee Josh Pahl to Debtor on February 27, 2023, which appears as Exhibit 3 to the Crossen deposition, acknowledging receipt of the preference period payment and instructing that no further program deductions would be permitted.[36]

From these emails, I determined that Artsana, worried about the Debtor's deteriorating financial position, internally discussed unilaterally changing the business and credit relationship between Artsana and the Debtor, decided to unilaterally change the business and credit relationship between Artsana and

---

[32] See Exhibit A.4.
[33] See Exhibit A.5.
[34] See Exhibit A.6.
[35] See Exhibit A.5, Exhibit A.7
[36] See Exhibit A.7

Expert Report of Edward T. Gavin, CTP, NCPM

Michael Goldberg, as Plan Administrator for
20230930-DK-Butterfly-1, Inc. (f/ka Bed Bath & Beyond Inc.)
As Reported February 13, 2026

**GAVIN/
SOLMONESE**

the Debtor, and communicated that unilateral change to the Debtors. Email communications between Artsana and the Debtors show that Artsana was unambiguous in their communication to BBB that they had changed business terms and were using pressure to compel performance on BBB's part. For example, the change in payment terms to pay in advance for invoices after January 10, 2023 quickly turned into payment on outstanding invoices as well as pre-payment of new orders in advance by the time the preference period payment was made.

I further considered how the Defendant's behavior, as shown by these emails, compares to the standards for establishing the ordinary course of business. It is my understanding that, for a transfer to occur in the ordinary course of business, it must occur according to ordinary business terms. It is my further understanding that, in determining ordinary business terms, the Third Circuit uses the "healthy debtor" standard – that "[*O*]*rdinary terms are those which prevail in healthy, not moribund, creditor-debtor relationships.*"[37] To determine whether Artsana's conduct was according to ordinary business terms, I considered Artsana's sales terms relationship with the Debtor at the time which governed the circumstances under which the transfer was made. Here, Artsana changed the sales relationship with Plaintiff from those in place during the parties' extensive pre-petition relationship - eliminating credit terms, requiring payment of open balances, and demanding payment in advance. These are the conditions under which the preference period transfer was made.

These new terms were a material change from the 60-day credit terms in place between the Debtors and Artsana during the near-totality of their pre-preference period relationship. I also compared these credit terms (payment in advance, payment of open invoices before future sales orders are fulfilled) to the credit terms predominant in the Defendant's industry. The typical sales terms in the Defendant's industry (as represented by NAICS code 423920 – Toy and Hobby Goods and Supplies Merchant Wholesalers) are sales on credit with payment required between 30 and 60 days.[38] These findings are

---

[37] See *In re Ctr. City Healthcare,* LLC, No. AP 21-50920 (MFW), 2025 WL 3205002, at *2 (D. Del. Nov. 17, 2025) citing (*In re Molded Accoustical Prods., Inc.*, 18 F.3d 217,223-24 (3d Cir. 1994)).
[38] Toy & Craft Supplies Wholesaling in the US. Pg. 36 (Days' Receivables of 54 days in 2023). IBISWorld. August 25, 2025.

Expert Report of Edward T. Gavin, CTP, NCPM

Michael Goldberg, as Plan Administrator for
20230930-DK-Butterfly-1, Inc. (f/ka Bed Bath & Beyond Inc.)
As Reported February 13, 2026

**GAVIN/
SOLMONESE**

further confirmed by the presence of Days Sales Outstanding reflecting industry patterns of payment in excess of thirty days as discussed *supra*.

Finally, I considered these terms in light of my more than twenty-five years of experience working with companies, both as a chief restructuring officer and as a turnaround consultant. Companies across most industries typically rely on credit sales, not on prepayment (cash in advance) or contemporaneous payment (cash on delivery) terms as an inducement to their customers to buy from them. There are exceptions, to be sure – those exceptions are generally limited to new customers, unhealthy customers with a troubled or strained credit relationship or payment history with the supplier, or niche industries where the nature of the goods or services provides for substantial risk of nonpayment.  I have never seen a supplier put a healthy, established customer on cash-in-advance terms and require repayment of all outstanding invoices before selling and shipping product to them – and certainly not with a healthy national retailer. Asking for payment at the time of sale is not unheard of in distressed companies as a means to raise cash – but that occurs when it is the supplier that is distressed, not the customer, and such arrangements typically come at a cost to the supplier asking for the accommodation, usually in the form of discounts for expedited payment. In my experience, a reasonable credit professional would not normally impose on a healthy, established customer that had previously enjoyed 60-day credit terms with the supplier the conditions that were imposed on this Plaintiff prior to the preference period transfers being made.

The emails I reviewed lead me to one opinion: Artsana undertook a scheme to unilaterally change the business terms in place between the Plaintiff and Defendant immediately prior to the start of the preference period after learning of Plaintiff's potential distress. I believe that these acts were extraordinary, and the pressure applied was extraordinary, in the context of the business and credit relationship between the Plaintiff and Defendant. Finally, I also conclude that these changes put into place sales terms that would not ordinarily apply between the Defendant and a healthy debtor.

23

Expert Report of Edward T. Gavin, CTP, NCPM

Michael Goldberg, as Plan Administrator for
20230930-DK-Butterfly-1, Inc. (f/ka Bed Bath & Beyond Inc.)
As Reported February 13, 2026



**New Value Defense**

As the parties agree that no new value was provided after the Preference Transfers, we need not perform a new value analysis, as there is no new value defense available.

**G/S concludes that, after unilaterally changing the credit relationship between the Plaintiff and Artsana and applying pressure for the Debtor to pay outstanding invoices in exchange for ordering (and pre-paying for) new product, Artsana received Preference Payments from the Plaintiff. These Preference Payments are outside of the objective prong of the ordinary course of business defense. The net avoidable Preference Payments after application of the Objective OCB defense and considering the application of extraordinary payment pressure by the Defendant are between $538,400.32 and $544,483.06.**

Expert Report of Edward T. Gavin, CTP, NCPM

Michael Goldberg, as Plan Administrator for
20230930-DK-Butterfly-1, Inc. (f/ka Bed Bath & Beyond Inc.)
As Reported February 13, 2026

GAVIN/
SOLMONESE

**EXHIBIT A**

**Evidence of Payment Pressure**

 Outlook

---

## FW: Buy Buy Aging

---

**From** Steve McLaughlin <IMCEAEX-
_o=ExchangeLabs_ou=Exchange+20Administrative+20Group+20+28FYDIBOHF23SPDLT+29_cn=Recipients_cn=58e11f0bd91a4de68b884de3ea85b487-
Steve+20McLau@EURP251.PROD.OUTLOOK.COM>

**Date** Wed 1/4/2023 11:09 AM

**To** Chad Taylor <chad.taylor@buybuybaby.com>

**Cc** Josh Pahl <Josh.Pahl@artsana.com>

Chad – Happy New Year. Can you please assist in pushing the finance team on communication. Our team has seemed to have lost contact with BRG team and our HQ is pressuring stop ship.

Many Thanks for any assistance – trail below for your review.

Thanks,
Steve

**Steve McLaughlin**
Vice President of Sales

Chicco USA │ Artsana USA

1826 William Penn Way │ Lancaster, PA 17601

p 717-735-6200 │ f 717-735-0888 │ chiccousa.com



---

**From:** Amanda Plasterer
**Sent:** Tuesday, January 3, 2023 11:49 AM
**To:** Greg Obetz ; Brian Cashman ; John Dery
**Cc:** Steve Rubin ; Steve McLaughlin ; Josh Pahl
**Subject:** RE: Buy Buy Aging

Hello John and Brian,

As of today, total due for Domestic is $287,903. Total due for Import is $750,041.

Thank you,

**Amanda Plasterer**
Staff Accountant
Chicco USA │ Artsana USA
1826 William Penn Way │ Lancaster, PA 17601
p 717-517-5823 │ f 717-735-0888 │ chiccousa.com

---

**From:** Greg Obetz <Greg.Obetz@artsana.com>
**Sent:** Tuesday, January 3, 2023 10:45 AM
**To:** Brian Cashman <bcashman@thinkbrg.com>; John Dery <john.dery@bedbath.com>
**Cc:** Amanda Plasterer <Amanda.Plasterer@artsana.com>; Steve Rubin <Steve.Rubin@artsana.com>; Steve McLaughlin
<Steve.McLaughlin@artsana.com>; Josh Pahl <Josh.Pahl@artsana.com>
**Subject:** RE: Buy Buy Aging

Hi John and Brian,

Please give me an update. We have not been paid in over two weeks. When will we (both Artsana USA and Caben) receive our next payment?

Regards,

Greg

**Greg Obetz**

Controller

Chicco USA │ Artsana USA

1826 William Penn Way │ Lancaster, PA 17601





The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer

**From:** Greg Obetz
**Sent:** Wednesday, December 28, 2022 9:24 AM
**To:** Brian Cashman <bcashman@thinkbrg.com>; John Dery <john.dery@bedbath.com>
**Cc:** Amanda Plasterer <Amanda.Plasterer@artsana.com>; Steve Rubin <Steve.Rubin@artsana.com>; Steve McLaughlin <Steve.McLaughlin@artsana.com>; Josh Pahl <Josh.Pahl@artsana.com>
**Subject:** RE: Buy Buy Aging

Hi John,

Please see below. Can you give me any update on a payment to Artsana USA or Caben Asia Pacific?

Regards,

Greg

**From:** Brian Cashman <bcashman@thinkbrg.com>
**Sent:** Wednesday, December 28, 2022 9:22 AM
**To:** Greg Obetz <Greg.Obetz@artsana.com>; John Dery <john.dery@bedbath.com>
**Cc:** Amanda Plasterer <Amanda.Plasterer@artsana.com>; Steve Rubin <Steve.Rubin@artsana.com>; Steve McLaughlin <Steve.McLaughlin@artsana.com>; Josh Pahl <Josh.Pahl@artsana.com>
**Subject:** Re: Buy Buy Aging

**EXTERNAL EMAIL** - Prestare attenzione a eventuali collegamenti o allegati - Be careful with links or attachments

Greg,

Please work with John Dery going forward on status of payments. Thank you.

**From:** Greg Obetz <Greg.Obetz@artsana.com>
**Sent:** Wednesday, December 28, 2022 8:56:15 AM
**To:** Brian Cashman <bcashman@thinkbrg.com>
**Cc:** Amanda Plasterer <Amanda.Plasterer@artsana.com>; Steve Rubin <Steve.Rubin@artsana.com>; Steve McLaughlin <Steve.McLaughlin@artsana.com>; Josh Pahl <Josh.Pahl@artsana.com>
**Subject:** [EXT] RE: Buy Buy Aging

Dear Brian,
Do you have any update on this? We still not received a payment from Buy Buy Baby since the previous email.
Also, our sister company Caben Asia Pacific is asking about payment as well. Do you have any update on a payment to us (Artsana USA) or Caben?
Thanks,
Greg
**Greg Obetz**
_____Controller

Chicco USA │ Artsana USA

1826 William Penn Way │ Lancaster, PA 17601

p 717-735-6200 │ f 717-735-0888 │ chiccousa.com



The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer

**From:** Greg Obetz
**Sent:** Monday, December 19, 2022 9:00 AM
**To:** bcashman@thinkbrg.com
**Cc:** Amanda Plasterer <Amanda.Plasterer@artsana.com>; Steve Rubin <Steve.Rubin@artsana.com>; Steve McLaughlin <Steve.McLaughlin@artsana.com>; Josh Pahl <Josh.Pahl@artsana.com>
**Subject:** FW: Buy Buy Agingq

Dear Brian,

We have over $200k that is now past due from Buy Buy Baby. Can you please tell us if there is a payment coming soon to pay for these past due invoices?

Regards,

Greg

**Greg Obetz**

Controller

Chicco USA │ Artsana USA

1826 William Penn Way │ Lancaster, PA 17601

p 717-735-6200 │ f 717-735-0888 │ chiccousa.com



The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer

**From:** Amanda Plasterer <Amanda.Plasterer@artsana.com>
**Sent:** Monday, December 19, 2022 8:55 AM
**To:** Steve McLaughlin <Steve.McLaughlin@artsana.com>; Steve Rubin <Steve.Rubin@artsana.com>; Josh Pahl <Josh.Pahl@artsana.com>; Greg Obetz <Greg.Obetz@artsana.com>
**Subject:** Buy Buy Agingq

**Amanda Plasterer**

Staff Accountant

Chicco USA │ Artsana USA

1826 William Penn Way │ Lancaster, PA 17601

p 717-517-5823 │ f 717-735-0888 │ chiccousa.com



The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer

*This message is confidential and may be legally privileged or otherwise protected from disclosure. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system; you must not copy or disclose the contents of this message or any attachment to any other person. Copyright in documents created by or on behalf of this firm remains vested in the firm, and we assert our moral rights.*

**Please, think about environment before printing this e-mail**

**BERKELEY RESEARCH GROUP, LLC (TOGETHER WITH ITS AFFILIATES, "BRG") - NOTICE**
THIS EMAIL TRANSMISSION AND ANY ATTACHMENTS HERETO CONTAIN INFORMATION FROM BRG WHICH MAY BE CONFIDENTIAL AND PRIVILEGED. THE INFORMATION IS INTENDED FOR THE SOLE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT, YOUR USE, DISSEMINATION, FORWARDING, PRINTING OR COPYING OF THIS INFORMATION IS PROHIBITED.

**TAX ADVICE DISCLOSURE**
ANY TAX ADVICE CONTAINED IN THIS COMMUNICATION (INCLUDING ANY ATTACHMENTS) IS NOT INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, FOR THE PURPOSE OF (I) AVOIDING PENALTIES UNDER THE INTERNAL REVENUE CODE OR (II) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TRANSACTION OR MATTER ADDRESSED HEREIN.

BRG IS (I) NOT A LAW FIRM AND DOES NOT PROVIDE LEGAL ADVICE AND (II) NOT A CPA FIRM AND DOES NOT PROVIDE AUDIT, ATTEST OR PUBLIC ACCOUNTING SERVICES.

 Outlook

---

**RE: DI USA - JAN 2023 BBB Urgent**

---

**From** Jane Wang <Jane.Wang@artsana.com>

**Date** Sun 1/8/2023 11:27 PM

**To** Steve Rubin <Steve.Rubin@artsana.com>; Steve McLaughlin <IMCEAEX-_o=ExchangeLabs_ou=Exchange+20Administrative+20Group+20+28FYDIBOHF23SPDLT+29_cn=Recipients_cn=58e11f0bd91a4de68b884de3ea85b487-Steve+20McLau@EURP251.PROD.OUTLOOK.COM>; Pietro Colombo <Pietro.Colombo@artsana.com>; Patrick Smith <IMCEAEX-_o=ExchangeLabs_ou=Exchange+20Administrative+20Group+20+28FYDIBOHF23SPDLT+29_cn=Recipients_cn=cfffe0431d18443783362d629f1d626f-Patrick+20Smi@EURP251.PROD.OUTLOOK.COM>; Shirleen He <shirleen.he@artsana.com>; Tom Gwiazdowski <Tom.Gwiazdowski@artsana.com>

**Cc** Yammy Wong <yammy.wong@artsana.com>; Shandi Wong <IMCEAEX-_o=ExchangeLabs_ou=Exchange+20Administrative+20Group+20+28FYDIBOHF23SPDLT+29_cn=Recipients_cn=64c4d85775574be0857293093f96fa56-Shandi+20Wong@EURP251.PROD.OUTLOOK.COM>; Anna Chan <anna.chan@artsana.com>; Nicole Wang <Nicole.Wang@artsana.com>; Marco Ottolini <Marco.Ottolini@artsana.com>

📎 1 attachment (52 KB)

BBB urgent - 01 2023 shipments and shifts - 09-01.xlsx;

Dear Steve, dear Pietro,

Attached the updates for BBB orders (sheet 1) :

● Part 1 – those were shipped out, we can't stop in origin port, if needed, could you pls check any possibility to change the consignee to Artsana USA (instead of BBB in the B/L) so Artsana USA could take those containers when arrival in destination port?

● Part 2 – goods are ready in factory, we've cancelled the loading and on-hold, we'll wait for USA team's further instruction what to do in the following,

● Part 3 – BBB blanket orders with goods ready in Apr & Jun, pls adv if to switch to other customers?

● No more outstanding orders for BBB except for above mentioned,

Thank you,

Jane

## Already shipped, can't hold in origin port

| ustom | SC | PO# | ITEM# | Description | SC date | Qty | Ext Value | Updated on Jan 9 2023 |
|---|---|---|---|---|---|---|---|---|
| BUY BU | 1160137555 | NX5L4DG | 00079632920070 | BRAVO TRIO TRAVEL SYSTEM CAMDEN USA | 02/01/2023 | 329 | 78,611 | Already shipped, can't hold in origin port |
| BUY BU | 1160138469 | NX5M2RE | 00079632920070 | BRAVO TRIO TRAVEL SYSTEM CAMDEN USA | 03/01/2023 | 329 | 78,611 | Already shipped, can't hold in origin port |
| BUY BU | 1160138472 | NX5M2RF | 00079632920070 | BRAVO TRIO TRAVEL SYSTEM CAMDEN USA | 03/01/2023 | 658 | 157,223 | Already shipped, can't hold in origin port |
| BUY BU | 1160138472 | NX5M2RG | 00079632920070 | BRAVO TRIO TRAVEL SYSTEM CAMDEN USA | 03/01/2023 | 329 | 78,611 | Already shipped, can't hold in origin port |
| BUY BU | 1160138475 | NX5M2RN | 05079563770070 | CORSO LE TRAVEL SYSTEM HAMPTON USA | 10/01/2023 | 279 | 89,389 | Already shipped, can't hold in origin port |
| BUY BU | 1160138487 | NX5M2RL | 05079563770070 | CORSO LE TRAVEL SYSTEM HAMPTON USA | 10/01/2023 | 279 | 89,389 | Already shipped, can't hold in origin port |
| | | | | | Sub total | 2,203 | 571,834 | |

## Already On-hold to ship, goods ready in factory and waitng for USA team to adv what to do?

| ustom | SC | PO# | ITEM# | Description | SC date | Qty | Ext Value | Updated on Jan 9 2023 |
|---|---|---|---|---|---|---|---|---|
| BUY BU | 1160138474 | NX5M2RM | 05079563770070 | CORSO LE TRAVEL SYSTEM HAMPTON USA | 10/01/2023 | 558 | 178,778 | On-hold to ship |
| BUY BU | 1160138463 | NX5M2RP | 04079682330070 | BRAVO PRIMO TRIO T.SYSTEM SPRINGHILL US | 17/01/2023 | 279 | 94,637 | On-hold to ship |
| BUY BU | 1160138465 | NX5M2RQ | 04079682330070 | BRAVO PRIMO TRIO T.SYSTEM SPRINGHILL US | 17/01/2023 | 558 | 189,274 | On-hold to ship |
| BUY BU | 1160138467 | NX5M2RR | 04079682330070 | BRAVO PRIMO TRIO T.SYSTEM SPRINGHILL US | 17/01/2023 | 279 | 94,637 | On-hold to ship |
| BUY BU | 1160138478 | NX5M2RS | 06079625780070 | KEYFIT 35 BABY CAR SEAT ELEMENT USA | 18/01/2023 | 448 | 63,737 | On-hold to ship |
| BUY BU | 1160138479 | NX5M2RT | 06079625780070 | KEYFIT 35 BABY CAR SEAT ELEMENT USA | 18/01/2023 | 896 | 127,474 | On-hold to ship |
| BUY BU | 1160138480 | NX5M2RU | 06079625780070 | KEYFIT 35 BABY CAR SEAT ELEMENT USA | 18/01/2023 | 448 | 63,737 | On-hold to ship |
| BUY BU | 1160138468 | NX5M2RY | 00079632920070 | BRAVO TRIO TRAVEL SYSTEM CAMDEN USA | 24/01/2023 | 329 | 78,611 | On-hold to ship |
| BUY BU | 1160138471 | NX5M2RZ | 00079632920070 | BRAVO TRIO TRAVEL SYSTEM CAMDEN USA | 24/01/2023 | 658 | 157,223 | On-hold to ship |
| BUY BU | 1160138473 | NX5M2SA | 00079632920070 | BRAVO TRIO TRAVEL SYSTEM CAMDEN USA | 24/01/2023 | 329 | 78,611 | On-hold to ship |
| | | | | | Sub total | 4,782 | 1,126,718 | |

## BBB Blanket orders, goods ready date in Apr & Jun, pls adv if on-hold production or not?

| ustom | SC | PO# | ITEM# | Description | Goods rea | Qty | Ext Value | Updated on Jan 9 2023 |
|---|---|---|---|---|---|---|---|---|
| BUY BU | 502202482 | | 05087002560070 | KEYFIT 30 CLEARTEX B.CAR SEAT PEWTER USA | 01/06/2023 | 575 | | BBB Blanket orders |
| BUY BU | 502206893 | | 07079734270070 | MYFIT CLEARTEX BABY CAR SEAT SHADOW USA | 06/04/2023 | 1,116 | | BBB Blanket orders |
| BUY BU | 502207947 | | 05079560650070 | MYFIT ZIP BABY CAR SEAT GRANITE USA | 06/04/2023 | 1,116 | | BBB Blanket orders |
| BUY BU | 502207947 | | 06079625780070 | KEYFIT 35 BABY CAR SEAT ELEMENT USA | 06/04/2023 | 1,344 | | BBB Blanket orders |
| BUY BU | 502300044 | | 04079682330070 | BRAVO PRIMO TRIO T.SYSTEM SPRINGHILL US | 28/04/2023 | 3,348 | | BBB Blanket orders |
| | | | | | Sub total | 7,499 | | |

**From:** Steve Rubin

**Sent:** 07 January 2023 22:59

**To:** Jane Wang ; Steve McLaughlin ; Pietro Colombo ; Patrick Smith ; Shirleen He ; Tom Gwiazdowski

**Cc:** Yammy Wong ; Shandi Wong ; Anna Chan

**Subject:** RE: DI USA - JAN 2023 BBB Urgent

Jane and Caben Team,

Unfortunately we need to ask you to halt/stop shipping all the Buy Buy Baby orders.

Please do whatever you can to hold the remaining shipments.

Until we find out further information about their financial status we will not be shipping.

Please follow up with us to let us know the status of the remaining shipments.

Any question please ask.

Steve Rubin

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------

From: Jane Wang <Jane.Wang@artsana.com>

Date: 1/5/23 5:48 AM (GMT-05:00)

To: Steve Rubin <Steve.Rubin@artsana.com>, Steve McLaughlin <Steve.McLaughlin@artsana.com>, Pietro Colombo <Pietro.Colombo@artsana.com>, Greg Obetz <Greg.Obetz@artsana.com>, Amanda Plasterer <Amanda.Plasterer@artsana.com>, Sandy Storm <Sandy.Storm@artsana.com>, Patrick Smith <patrick.smith@artsana.com>

Cc: Yammy Wong <yammy.wong@artsana.com>, Shandi Wong <Shandi.Wong@artsana.com>, Anna Chan <anna.chan@artsana.com>

Subject: DI USA - JAN 2023

Dear all,

As attached the update for JAN orders FYI, thank you,

| DI USA - V1 JAN 2023 | Sum of Ext Value |
|---|---|
| **awaiting the SO from the forwarder** | **2,577,349** |
| AMAZON.COM | 626,675 |
| BUY BUY BABY INC | 631,193 |
| EI BRAND MANAGEMENT | 56,143 |
| Target Global Sourci | 973,311 |
| WAL-MART.COM | 290,028 |
| **Invoiced in Jan 2023** | **626,900** |
| BUY BUY BABY INC | 393,056 |
| EI BRAND MANAGEMENT | 27,300 |
| Target Global Sourci | 165,559 |
| WAL-MART.COM | 40,986 |
| **NO issue to invoice in Jan 2023** | **4,728,961** |
| AMAZON.COM | 2,271,512 |
| BUY BUY BABY INC | 674,303 |
| EI BRAND MANAGEMENT | 48,828 |
| Target Global Sourci | 1,462,210 |
| WAL-MART.COM | 272,109 |
| **Grand Total** | **7,933,211** |

Exhibit A.5

Outlook

---

## RE: Schneider Appointment Request

---

**From** Steve Rubin <Steve.Rubin@artsana.com>
**Date** Mon 1/9/2023 2:51 PM
**To** TMSNE <TMSNE@bedbath.com>; Amy Cruz <Amy.Cruz@artsana.com>

📎 2 attachments (12 KB)
image001.png; image002.png;

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Nyree,

At this time, we have been asked to hold shipments to BBB.  As we get more information and things change, we will advise.

Thank you,

Steve Rubin

---

**From:** TMSNE <TMSNE@bedbath.com>
**Sent:** Monday, January 9, 2023 2:50 PM
**To:** Steve Rubin <Steve.Rubin@artsana.com>; Amy Cruz <Amy.Cruz@artsana.com>
**Subject:** FW: Schneider Appointment Request

**EXTERNAL EMAIL** - Prestare attenzione a eventuali collegamenti o allegati - Be careful with links or attachments

Hi Amy,

Can I ask why this load is cancelled?

Thanks,

Nyree Waters
Logistics Consultant, North East
Nyree.Waters@Consultant.Bedbath.com

---

**From:** STM BBBY <STMBBBY@schneider.com>
**Sent:** Monday, January 9, 2023 2:41 PM
**To:** 653 inbound <653inbound@bedbath.com>; STM BBBY <STMBBBY@schneider.com>; TMSNE <TMSNE@bedbath.com>
**Subject:** RE: Schneider Appointment Request

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hello,

@TMSNE
@653 inbound

Shipper is advising they are cancelling these two shipments.

**MVDP7114460**
and
**MVDP7114450**

Please confirm we are good to remove from our system.

Drivers assigned have been informed to avoid any TONUs.

Thanks,
**Cody Kinley**
*Account Management*

**SCHNEIDER TRANSPORTATION MANAGEMENT**
**Midwest Regional Logistics Center**
**1 N Dearborn St Chicago IL 60602**
**New Direct Line: 920-357-2869**
Kinleyc1@schneider.com



**After hours support: (855) 476-4786**

**Schneider**
**FreightPower**

**Get unprecedented access to a vast network of shippers and quality freight with Schneider FreightPower®.**
**Learn More**

**All rate quotes are good for four (4) hours.
**All rates are good for thirty (30) days once accepted unless otherwise specified.
**All rate quotes include two (2) hours free load and unload.
**All rate quotes assume legal dimensions unless otherwise specified.
**LTL pickup/delivery dates cannot be guaranteed / Transit times are estimated and do not include the day of pickup or weekends.
** Volume expected is no more than five loads per day, unless otherwise specified.
**All rate quotes assume live load/live unload unless otherwise specified.
**Capacity is not guaranteed.  We work with outside carriers to provide capacity.
**Mexican rates and insurance coverage are limited depending on the product and applicable Mexican Regulations.
** The attached rates are based on current Federal Motor Carrier hours of service rules.  Should these regulations change, adjustments to our quoted rates may be necessary.
**STM, a division of Schneider Logistics, Inc. operates solely as a broker and shall not be held liable for any cargo claims or injuries to persons (including death) or property related to the movement of freight.

*The information contained in this email message may be privileged, confidential and protected from disclosure, and no waiver of any privilege is intended. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this email message in error, please email the sender and delete all copies*

---

**From:** 653 inbound <653inbound@bedbath.com>
**Sent:** Friday, January 6, 2023 5:31 AM
**To:** STM BBBY <STMBBBY@schneider.com>; 653 inbound <653inbound@bedbath.com>
**Cc:** TMSNE <TMSNE@bedbath.com>
**Subject:** RE: Schneider Appointment Request

> **CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good morning.
Your loads are scheduled for 01-12@06:00 AM.

Thank you

Esmeralda Sempertegui

---

**From:** STM BBBY <STMBBBY@schneider.com>
**Sent:** Thursday, January 5, 2023 3:23 PM
**To:** STM BBBY <STMBBBY@schneider.com>; 653 inbound <653inbound@bedbath.com>
**Cc:** TMSNE <TMSNE@bedbath.com>
**Subject:** RE: Schneider Appointment Request

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hello,

Kindly following up.

Please see emails attached from the shipper.

They are requesting to push pickup for both the loads below till 1/11.

Please let us know if we can reset the delivery appointments to the loads below:

**MVDP7114460**
1/12 0600

**MVDP7114450**
1/12 0600

Please let us know, thanks!

**Cody Kinley**
*Account Management*

**SCHNEIDER TRANSPORTATION MANAGEMENT**
**Midwest Regional Logistics Center**

1 N Dearborn St Chicago IL 60602
**New Direct Line: 920-357-2869**

Kinleyc1@schneider.com



**After hours support: (855) 476-4786**

## Schneider FreightPower

**Get unprecedented access to a vast network of shippers and quality freight with Schneider FreightPower®.**
**Learn More**

\*\*All rate quotes are good for four (4) hours.

\*\*All rates are good for thirty (30) days once accepted unless otherwise specified.

\*\*All rate quotes include two (2) hours free load and unload.

\*\*All rate quotes assume legal dimensions unless otherwise specified.

\*\*LTL pickup/delivery dates cannot be guaranteed / Transit times are estimated and do not include the day of pickup or weekends.

\*\* Volume expected is no more than five loads per day, unless otherwise specified.

\*\*All rate quotes assume live load/live unload unless otherwise specified.

\*\*Capacity is not guaranteed.  We work with outside carriers to provide capacity.

\*\*Mexican rates and insurance coverage are limited depending on the product and applicable Mexican Regulations.

\*\* The attached rates are based on current Federal Motor Carrier hours of service rules.  Should these regulations change, adjustments to our quoted rates may be necessary.

\*\*STM, a division of Schneider Logistics, Inc. operates solely as a broker and shall not be held liable for any cargo claims or injuries to persons (including death) or property related to the movement of freight.

*The information contained in this email message may be privileged, confidential and protected from disclosure, and no waiver of any privilege is intended. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this email message in error, please email the sender and delete all copies*

**From:** STM BBBY <STMBBBY@schneider.com>
**Sent:** Thursday, January 5, 2023 11:48 AM
**To:** 653 inbound <653inbound@bedbath.com>
**Cc:** STM BBBY <STMBBBY@schneider.com>; TMSNE <TMSNE@bedbath.com>
**Subject:** RE: Schneider Appointment Request

Hello,

Please see emails attached from the shipper.

They are requesting to push pickup for both the loads below till 1/11.

Please let us know if we can reset the delivery appointments to the loads below:

**MVDP7114460**
1/12 0600

**MVDP7114450**
1/12 0600

Please let us know, thanks!

**Cody Kinley**
*Account Management*

**SCHNEIDER TRANSPORTATION MANAGEMENT**
**Midwest Regional Logistics Center**
**1 N Dearborn St Chicago IL 60602**
**New Direct Line: 920-357-2869**
Kinleyc1@schneider.com



**After hours support: (855) 476-4786**

**Schneider
FreightPower**

**Get unprecedented access to a vast network of shippers and quality freight with Schneider FreightPower®.**
**Learn More**


\*\*All rate quotes are good for four (4) hours.

\*\*All rates are good for thirty (30) days once accepted unless otherwise specified.

\*\*All rate quotes include two (2) hours free load and unload.

\*\*All rate quotes assume legal dimensions unless otherwise specified.

\*\*LTL pickup/delivery dates cannot be guaranteed / Transit times are estimated and do not include the day of pickup or weekends.

\*\* Volume expected is no more than five loads per day, unless otherwise specified.

\*\*All rate quotes assume live load/live unload unless otherwise specified.

\*\*Capacity is not guaranteed.  We work with outside carriers to provide capacity.

\*\*Mexican rates and insurance coverage are limited depending on the product and applicable Mexican Regulations.

\*\* The attached rates are based on current Federal Motor Carrier hours of service rules.  Should these regulations change, adjustments to our quoted rates may be necessary.

\*\*STM, a division of Schneider Logistics, Inc. operates solely as a broker and shall not be held liable for any cargo claims or injuries to persons (including death) or property related to the movement of freight.


*The information contained in this email message may be privileged, confidential and protected from disclosure, and no waiver of any privilege is intended. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this email message in error, please email the sender and delete all copies*

**From:** 653 inbound <653inbound@bedbath.com>
**Sent:** Monday, January 2, 2023 5:51 AM
**To:** Kinley, Cody <kinleyc1@schneider.com>; 653 inbound <653inbound@bedbath.com>
**Cc:** STM BBBY <stmbbby@schneider.com>
**Subject:** RE: Schneider Appointment Request


**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good morning.

Your load has been scheduled for 01-10@6:00 AM.

Thank you

Esmeralda Sempertegui

**From:** kinleyc1@schneider.com <kinleyc1@schneider.com>
**Sent:** Saturday, December 31, 2022 1:24 PM
**To:** 653 inbound <653inbound@bedbath.com>
**Cc:** stmbbby@schneider.com
**Subject:** Schneider Appointment Request

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hello,
Please confirm the suggested appointment for the Schneider order(s) below and include any required appointment references. To accept the "Suggested Appt Start/End," please put Y/Yes in the column labeled "Confirm Appointment (Y/N)". If the appointment does not work for you, please put N/No in the column labeled "Confirm Appointment (Y/N)" and provide an "Alternative Suggestion" and we will respond with confirmation.

| Order Id | Stop Type | Suggested Appt Start DTTM | Suggested Appt End DTTM | Additional Information | Confirm Appointment (Y/N) | Alternative Suggestion | Appointment Reference | Master Bill of Lading | Purchase Order |
|---|---|---|---|---|---|---|---|---|---|
| 2044392780 | Delivery | 01/10/23 06:00 AM | 01/10/23 06:00 AM | | | | | MVDP7114450 | |

Thank you,
Cody Kinley
For Schneider internal use only: correlation-key=2337479-6130818627475429445-1939457810836706923
Appointment requests not responded to, or confirmed outside of the requested times, may be subject to additional fees to include ramp storage, trailer detention, or redelivery fees, based on your specific agreement with Schneider. The information contained in this email message may be privileged, confidential and protected from disclosure, and no waiver of any privilege is intended. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this email message in error, please email the sender and delete all copies.

*This message is confidential and may be legally privileged or otherwise protected from disclosure. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system; you must not copy or disclose the contents of this message or any attachment to any other person. Copyright in documents created by or on behalf of this firm remains vested in the firm, and we assert our moral rights.*

**Please, think about environment before printing this e-mail**

 Outlook

## Fw: Chicco

**From** Amanda Plasterer <Amanda.Plasterer@artsana.com>

**Date** Wed 5/14/2025 11:40 AM

**To** Corey Eshelman <corey.eshelman@artsana.com>

📎 1 attachment (50 KB)
BBB AGING 1-10-2023.xlsx;

**Amanda Plasterer**

Staff Accountant

Chicco USA │ Artsana USA

1826 William Penn Way │ Lancaster, PA 17601

p 717-517-5823 │ f 717-735-0888 │ chiccousa.com

---

**From:** Steve McLaughlin <Steve.McLaughlin@artsana.com>
**Sent:** Tuesday, January 10, 2023 2:10 PM
**To:** Steve Rubin <Steve.Rubin@artsana.com>; Amanda Plasterer <Amanda.Plasterer@artsana.com>; Greg Obetz <Greg.Obetz@artsana.com>
**Cc:** Josh Pahl <Josh.Pahl@artsana.com>
**Subject:** FW: Chicco

Team – Per my recent call with Chad Taylor of BBB we are effectively prepay go forward.

Thanks
Steve

**Steve McLaughlin**
Vice President of Sales

Chicco USA │ Artsana USA

1826 William Penn Way │ Lancaster, PA 17601

p 717-735-6200 │ f 717-735-0888 │ chiccousa.com



**From:** Steve McLaughlin
**Sent:** Tuesday, January 10, 2023 2:09 PM
**To:** Chad Taylor <chad.taylor@buybuybaby.com>; Nora.Shoots@buybuybaby.com; christina.dibella@buybuybaby.com
**Cc:** Josh Pahl <Josh.Pahl@artsana.com>
**Subject:** Chicco

Good afternoon team,

Considering recent news, we regret to inform you that we will be moving our terms to prepayment effective immediately on invoices dated 1/10/2023 or later.  We understand this move is not ideal and can review as more information on the state of the business is released.

I have attached the current aging report prepared by our finance team for your review.  Our expectation is that payments will continue as outlined for anything invoiced prior to 1/10/2023 according to our current terms agreement.

We appreciate your partnership as we navigate this challenging time.

Regards,
Steve

**Steve McLaughlin**
Vice President of Sales

Chicco USA │ Artsana USA

1826 William Penn Way │ Lancaster, PA 17601

p 717-735-6200 │ f 717-735-0888 │ chiccousa.com



 Outlook

---

**RE: BBB - PO on hold - ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD.**

---

From    Chad Taylor </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C19789E09D9D47B78CD801E875CE9098-CHAD TAYLOR>
         on behalf of
         Chad Taylor <chad.taylor@buybuybaby.com>

Date    Tue 1/10/2023 2:53 PM

To      Christina Dibella <Christina.DiBella@buybuybaby.com>

Cc      Heather Hatfield <Heather.Hatfield@buybuybaby.com>; Erika Christiansen <ERIKA.Christiansen@buybuybaby.com>

Yes, there is a $1.2M payment we have requested for Caben/Artsana Asia. Still no confirmation of processing date.

---

**From:** Christina Dibella <Christina.DiBella@buybuybaby.com>
**Sent:** Tuesday, January 10, 2023 2:47 PM
**To:** Chad Taylor <chad.taylor@buybuybaby.com>
**Cc:** Heather Hatfield <Heather.Hatfield@buybuybaby.com>; Erika Christiansen <ERIKA.Christiansen@buybuybaby.com>
**Subject:** RE: BBB - PO on hold - ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD.

@Chad Taylor can you answer the below question?

### Chrissy DiBella
Manager of Category Management, Gear
christina.dibella@buybuybaby.com
t: 908.855.2712

welcome to parenthood™
buybuy BABY

---

**From:** Josh Pahl <Josh.Pahl@artsana.com>
**Sent:** Tuesday, January 10, 2023 1:25 PM
**To:** Christina Dibella <Christina.DiBella@buybuybaby.com>
**Cc:** Heather Hatfield <Heather.Hatfield@buybuybaby.com>; Erika Christiansen <ERIKA.Christiansen@buybuybaby.com>
**Subject:** RE: BBB - PO on hold - ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD.

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Is the below $1.2M in addition to the payments we received yesterday for the domestic portion of the business? The past due $2M is tied directly to the 46718 DI vendor number.

Please let me know.

Thanks

**From:** Christina Dibella <Christina.DiBella@buybuybaby.com>
**Sent:** Tuesday, January 10, 2023 12:39 PM
**To:** Josh Pahl <Josh.Pahl@artsana.com>
**Cc:** Heather Hatfield <Heather.Hatfield@buybuybaby.com>; Erika Christiansen <ERIKA.Christiansen@buybuybaby.com>
**Subject:** RE: BBB - PO on hold - ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD.

**EXTERNAL EMAIL** - Prestare attenzione a eventuali collegamenti o allegati - Be careful with links or attachments

We have heard $1.2M is to be paid early this week. We'll keep following up on that until it happens.

### Chrissy DiBella
Manager of Category Management, Gear
christina.dibella@buybuybaby.com
t: 908.855.2712

welcome to parenthood™
buybuy BABY

---

**From:** Josh Pahl <Josh.Pahl@artsana.com>
**Sent:** Tuesday, January 10, 2023 12:34 PM
**To:** Christina Dibella <Christina.DiBella@buybuybaby.com>
**Cc:** Heather Hatfield <Heather.Hatfield@buybuybaby.com>; Erika Christiansen <ERIKA.Christiansen@buybuybaby.com>
**Subject:** RE: BBB - PO on hold - ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD.

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

11/4/24, 2:59 PM RE: BBB - PO on hold - ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD. - Nicholas J. Brown Outlook

Case 24-01336-VFP    Doc 26-1    Filed 06/17/26    Entered 06/17/26 16:32:13    Desc
Exhibit 1 - Expert Report of Edward T. Gavin    CTP    NCPM    Page 41 of 100

Chrissy,

Can you please provide an update on the outstanding $2m payment?  There is another $1m that comes due at the end of next week bumping the total to $3m.

Possible to let me know by EOD?

Thanks,
Josh

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: Josh Pahl <Josh.Pahl@artsana.com>
Date: 1/9/23 10:57 AM (GMT-05:00)
To: Christina Dibella <Christina.DiBella@buybuybaby.com>
Cc: Heather Hatfield <Heather.Hatfield@buybuybaby.com>, Erika Christiansen <ERIKA.Christiansen@buybuybaby.com>
Subject: RE: BBB - PO on hold - ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD.

Chrissy,

There is a total of $5.2m open for direct import and **$2.0m** is now past due.  Can you advise when we will receive the past due payment of $2.0M?

---

**From:** Christina Dibella <Christina.DiBella@buybuybaby.com>
**Sent:** Monday, January 9, 2023 10:04 AM
**To:** Josh Pahl <Josh.Pahl@artsana.com>
**Cc:** Heather Hatfield <Heather.Hatfield@buybuybaby.com>; Erika Christiansen <ERIKA.Christiansen@buybuybaby.com>
**Subject:** RE: BBB - PO on hold - ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD.

**EXTERNAL EMAIL** - Prestare attenzione a eventuali collegamenti o allegati - Be careful with links or attachments

Josh can you shed some light here?  How much are you showing as past due?

**Chrissy DiBella**
Manager of Category Management, Gear
christina.dibella@buybuybaby.com
t: 908.855.2712

welcome to parenthood™
buybuy BABY

---

**From:** Jennifer Turetsky <Jennifer.Turetsky@bedbath.com>
**Sent:** Monday, January 9, 2023 10:02 AM
**To:** Rita Shippee <Rita.Shippee@us.yusen-logistics.com>; Christina Dibella <Christina.DiBella@buybuybaby.com>; Heather Hatfield <Heather.Hatfield@buybuybaby.com>; Erika Christiansen <ERIKA.Christiansen@buybuybaby.com>
**Subject:** RE: BBB - PO on hold - ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD.

@Lindsey Marden@Christina Dibella@Heather Hatfield@Erika Christiansen Yusen informed us that Artsana is holding PO's due to payment issues.  Are we on hold for overdue payments or negotiating new payment terms?  Can you please find our their lead time for shipping once payments are resolved.  Thank you.

---

**From:** Rita Shippee <Rita.Shippee@us.yusen-logistics.com>
**Sent:** Monday, January 9, 2023 8:57 AM
**To:** Paul Pastor <Paul.Pastor@bedbath.com>; Jennifer Turetsky <Jennifer.Turetsky@bedbath.com>; Gregory Cooke <Gregory.Cooke@bedbath.com>; Timothy Stroever <Timothy.Stroever@bedbath.com>
**Cc:** Ian Pinchuk <Ian.Pinchuk@bedbath.com>; Laurie Staugaitis <laurie.staugaitis@us.yusen-logistics.com>; Seweryn Soban <seweryn.soban@bedbath.com>
**Subject:** RE: BBB - PO on hold - ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD.

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hi Paul,

Noted.

Best regards,
Rita

Rita Shippee  |  Client Management Specialist  |  Client Management & Operations  |  Order Management  |  Supply Chain Solutions
**Yusen Logistics (Americas) Inc.**  |  300 Lighting Way, 6th Floor  |  Secaucus, NJ 07094
C: 774.281.5043  |  E: Rita.Shippee@us.Yusen-Logistics.com  |  W:  www.yusen-logistics.com

---

**From:** Paul Pastor <Paul.Pastor@bedbath.com>
**Sent:** Monday, January 9, 2023 8:55 AM
**To:** Rita Shippee <Rita.Shippee@us.yusen-logistics.com>; Jennifer Turetsky <Jennifer.Turetsky@bedbath.com>; Gregory Cooke <Gregory.Cooke@bedbath.com>; Timothy Stroever <Timothy.Stroever@bedbath.com>
**Cc:** Ian Pinchuk <Ian.Pinchuk@bedbath.com>; Laurie Staugaitis <laurie.staugaitis@us.yusen-logistics.com>; Seweryn Soban <seweryn.soban@bedbath.com>
**Subject:** RE: BBB - PO on hold - ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD.

Rita if there are charges we should try to push back on vendor.  Thanks

---

**From:** Rita Shippee <Rita.Shippee@us.yusen-logistics.com>
**Sent:** Monday, January 9, 2023 8:54 AM
**To:** Paul Pastor <Paul.Pastor@bedbath.com>; Jennifer Turetsky <Jennifer.Turetsky@bedbath.com>; Gregory Cooke <Gregory.Cooke@bedbath.com>; Timothy Stroever <Timothy.Stroever@bedbath.com>
**Cc:** Ian Pinchuk <Ian.Pinchuk@bedbath.com>; Laurie Staugaitis <laurie.staugaitis@us.yusen-logistics.com>; Seweryn Soban <seweryn.soban@bedbath.com>
**Subject:** RE: BBB - PO on hold - ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD.

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hi Paul,

It was not mentioned, but I'll check and let you know.

Thanks.

*Best regards,*
*Rita*

Rita Shippee  I  Client Management Specialist  I  Client Management & Operations  I  Order Management  I  Supply Chain Solutions
**Yusen Logistics (Americas) Inc.**  I  300 Lighting Way, 6th Floor  I  Secaucus, NJ 07094
C: 774.281.5043  I  E: Rita.Shippee@us.Yusen-Logistics.com  I  W:  www.yusen-logistics.com

---

**From:** Paul Pastor <Paul.Pastor@bedbath.com>
**Sent:** Monday, January 9, 2023 8:49 AM
**To:** Rita Shippee <Rita.Shippee@us.yusen-logistics.com>; Jennifer Turetsky <Jennifer.Turetsky@bedbath.com>; Gregory Cooke <Gregory.Cooke@bedbath.com>; Timothy Stroever <Timothy.Stroever@bedbath.com>
**Cc:** Ian Pinchuk <Ian.Pinchuk@bedbath.com>; Laurie Staugaitis <laurie.staugaitis@us.yusen-logistics.com>; Seweryn Soban <seweryn.soban@bedbath.com>
**Subject:** RE: BBB - PO on hold - ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD.

Thanks Rita, 3 of the orders have booking numbers

Any concern with charges from carrier?

| VENDOR NAME | P.O. # | PO STATUS | PORT OF LADING | PORT OF DISCHARGE | DC | CARRIER | CARRIER BOOKING NUMBER | REQUESTED SHIP DATE |
|---|---|---|---|---|---|---|---|---|
| ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD. | NX5M2RQ | Planned to Ship | YANTIAN | LOS ANGELES, CA | 3601 IMPORTS/SOUTHWEST | EVERGREEN | 149300024011 | 01/26/2023 |
| ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD. | NX5M2RT | Planned to Ship | YANTIAN | LOS ANGELES, CA | 3601 IMPORTS/SOUTHWEST | EVERGREEN | 149300024037 | 01/27/2023 |
| ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD. | NX5M2RM | Planned to Ship | YANTIAN | LOS ANGELES, CA | 3601 IMPORTS/SOUTHWEST | MEDITERRANEAN S | 181AY0224718847D1 | 01/19/2023 |
| ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD. | NX5M2RS | Planned to Ship | YANTIAN | NEWARK, NJ | 1590 NE IMPORT TRANSLOAD VIRT | EVERGREEN | | 01/27/2023 |
| ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD. | NX5M2RU | Planned to Ship | YANTIAN | SAVANNAH, GA | 3666 IMPORTS/SOUTHEAST | MEDITERRANEAN S | | 01/27/2023 |
| ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD. | NX5M2RP | Planned to Ship | YANTIAN | NEWARK, NJ | 1590 NE IMPORT TRANSLOAD VIRT | EVERGREEN | | 01/26/2023 |
| ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD. | NX5M2RR | Planned to Ship | YANTIAN | SAVANNAH, GA | 3666 IMPORTS/SOUTHEAST | MEDITERRANEAN S | | 01/26/2023 |
| ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD. | NX5M2RY | Planned to Ship | YANTIAN | NEWARK, NJ | 1590 NE IMPORT TRANSLOAD VIRT | MEDITERRANEAN S | | 02/02/2023 |
| ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD. | NX5M2RZ | Planned to Ship | YANTIAN | LOS ANGELES, CA | 3601 IMPORTS/SOUTHWEST | MEDITERRANEAN S | | 02/02/2023 |
| ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD. | NX5M2SA | Planned to Ship | YANTIAN | SAVANNAH, GA | 3666 IMPORTS/SOUTHEAST | MEDITERRANEAN S | | 02/02/2023 |

**From:** Rita Shippee <Rita.Shippee@us.yusen-logistics.com>
**Sent:** Monday, January 9, 2023 8:00 AM
**To:** Jennifer Turetsky <Jennifer.Turetsky@bedbath.com>; Gregory Cooke <Gregory.Cooke@bedbath.com>; Timothy Stroever <Timothy.Stroever@bedbath.com>; Paul Pastor <Paul.Pastor@bedbath.com>
**Cc:** Ian Pinchuk <Ian.Pinchuk@bedbath.com>; Laurie Staugaitis <laurie.staugaitis@us.yusen-logistics.com>; Seweryn Soban <seweryn.soban@bedbath.com>
**Subject:** BBB - PO on hold - ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD.

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Good morning,

The vendor is holding the below po's due to payment issues.

Please keep us posted with any updates on these po's.

Thank you.

| VENDOR NAME | P.O. # | BUYER NAME | DEPT# | INCOTERMS | PO STATUS |
|---|---|---|---|---|---|
| ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD. | NX5M2RM | CHRISTINA DIBELLA | 882 | FOB | Planned to Ship |
| ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD. | NX5M2RT | CHRISTINA DIBELLA | 882 | FOB | Planned to Ship |
| ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD. | NX5M2RQ | CHRISTINA DIBELLA | 882 | FOB | Planned to Ship |
| ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD. | NX5M2RY | CHRISTINA DIBELLA | 882 | FOB | Planned to Ship |
| ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD. | NX5M2RZ | CHRISTINA DIBELLA | 882 | FOB | Planned to Ship |
| ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD. | NX5M2SA | CHRISTINA DIBELLA | 882 | FOB | Planned to Ship |

| VENDOR NAME | P.O. # | PORT OF LADING | PORT OF DISCHARGE | APPROVED T |
|---|---|---|---|---|
| ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD. | NX5M2RS | YANTIAN | NEWARK, NJ | |
| ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD. | NX5M2RU | YANTIAN | SAVANNAH, GA | |
| ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD. | NX5M2RP | YANTIAN | NEWARK, NJ | |
| ARTSANA USA INC C/O CABEN ASIA PACIFIC LTD. | NX5M2RR | YANTIAN | SAVANNAH, GA | |

*Best regards,*
*Rita*

Rita Shippee  I  Client Management Specialist  I  Client Management & Operations  I  Order Management  I  Supply Chain Solutions
**Yusen Logistics (Americas) Inc.**  I  300 Lighting Way, 6th Floor  I  Secaucus, NJ 07094
C: 774.281.5043  I  E: Rita.Shippee@us.Yusen-Logistics.com  I  W:  www.yusen-logistics.com

*This message is confidential and may be legally privileged or otherwise protected from disclosure. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system; you must not copy or disclose the contents of this message or any attachment to any other person. Copyright in documents created by or on behalf of this firm remains vested in the firm, and we assert our moral rights.*

**Please, think about environment before printing this e-mail**

*This message is confidential and may be legally privileged or otherwise protected from disclosure. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system; you must not copy or disclose the contents of this message or any attachment to any other person. Copyright in documents created by or on behalf of this firm remains vested in the firm, and we assert our moral rights.*

**Please, think about environment before printing this e-mail**

 Outlook

---

**RE: Open DI PO's January BBB**

---

**From** Patrick Smith <IMCEAEX-
_o=ExchangeLabs_ou=Exchange+20Administrative+20Group+20+28FYDIBOHF23SPDLT+29_cn=Recipients_cn=cfffe0431d18443783362d629f1d626f-
Patrick+20Smi@EURP251.PROD.OUTLOOK.COM>

**Date** Wed 1/11/2023 10:22 AM

**To**    Josh Pahl <Josh.Pahl@artsana.com>; Pietro Colombo <Pietro.Colombo@artsana.com>

Hi Josh,
These look like the open POs for BBB that have not shipped yet:
  NX5M2RP
  NX5M2RQ
  NX5M2RR
  NX5M2RY
  NX5M2RZ
  NX5M2SA
  NX5M2RM
  NX5M2RS
  NX5M2RT
  NX5M2RU
Thanks,

Pat

**From:** Josh Pahl
**Sent:** Wednesday, January 11, 2023 9:18 AM
**To:** Patrick Smith ; Pietro Colombo
**Subject:** Open DI PO's January BBB
Hey Patrick,
Can you please send me the PO's that will not be shipping DI based on us holding BBB shipments because of payment situation?
Possible to send in the next hour or so?
Thanks

Case 24-01336-VFP    Doc 26-1    Filed 06/17/26    Entered 06/17/26 16:32:13    Desc
Exhibit 1 - Expert Report of Edward T. Gavin    CTP    NCPM    Page 45 of 100

Exhibit A:7

## Falk, Turner N.

| | |
|---|---|
| **From:** | Josh Pahl <Josh.Pahl@artsana.com> |
| **Sent:** | Monday, February 27, 2023 2:13 PM |
| **To:** | Chrissy Dibella; 'Nora.Shoots@buybuybaby.com'; 'Heather Hatfield' |
| **Cc:** | Steve McLaughlin |
| **Subject:** | RE: Chicco Buy |
| **Attachments:** | BBB DED 1.PDF; BBB DED 2.PDF; BBB DED 3.PDF; BBB DED 4.PDF |

Hi Chrissy,

Thank you for the heads up and confirming we did see payment in the system this morning. A few things I would like to align on moving forward.

1.  We contacted BBB routing for the orders we received, and they said they will not be routing until Thursday/Friday of this week. Giving you a heads up as this means the product will not ship until mid/late next week based on history. Not sure if there is anything we can do to have the BBB team accept routing early this week?

2.  Attached/below are the deductions we received for 2022 program against the old invoices that were paid.

| | | |
|---|---|---|
| ADR534789 | 01/12/2023 | -$4,600.48 |
| ADR534790 | 01/12/2023 | -$2,542.38 |
| FRT534639 | 01/11/2023 | -$52,838.13 |
| FRT534753 | 01/12/2023 | -$26,540.78 |
| REB534166 | 01/11/2023 | -$95,241.03 |
| REB534417 | 01/11/2023 | -$34,403.02 |
| SMD534091 | 01/11/2023 | -$18,720.17 |
| SMD534390 | 01/11/2023 | -$10,345.41 |

   - **Can you please confirm that moving forward, no additional deductions for program (Mkt, Supply Chain, Growth, Defective) will be taken**. It is my understanding that the only deduction that would be taken is the 5.75% freight allowance.
   - **Can you also please confirm that the freight deduction will be taken on a quarterly basis?**

3.  Order Candence – Are you able to share your order cadence for Chicco? My plan is to put together a working document and send to you weekly with order recco's based on BBB current inventory, Chicco stock availability & ROS. We will plan to use the last document you sent over as the base spreadsheet to keep it consistent.

4.  Lastly, the below 4 items were ordered. The 3 highlighted in yellow are discontinued, and the FastLock 360 is unfortunately OOS for 2-3 months. How do you want to handle this? Would you like to order more of other existing items to use the $68,108.72 for this rd of orders or should we apply a credit to your account for the $68,108.72 for future orders?

| | | |
|---|---|---|
| 05079666080070 | QUICKSEAT HOOK ON CHAIR POETIC USA | $ 6,749.26 |
| 05079771410070 | FIT2 REAR-FACING B.CAR SEAT FLEUR USA | $ 8,284.85 |
| 06079014750070 | KIDFIT BELT P.BOOSTER SEAT GRAVITY USA | $ 2,463.65 |
| 06079852070070 | NEXTFIT ZIP BABY CAR SEAT GEO USA | $ 19,737.60 |

| 00079676940070 | FASTLOCK 360 HOOK ON CHAIR CHARCOAL USA | $ 30,873.36 |
|---|---|---|
| Total | | $ 68,108.72 |

Please let me know on the above as soon as you can!

Thanks Chrissy!
Josh

---

**From:** Christina Dibella <Christina.DiBella@buybuybaby.com>
**Sent:** Monday, February 27, 2023 9:03 AM
**To:** Josh Pahl <Josh.Pahl@artsana.com>; Steve McLaughlin <Steve.McLaughlin@artsana.com>
**Cc:** Nora Shoots <Nora.Shoots@buybuybaby.com>; Heather Hatfield <Heather.Hatfield@buybuybaby.com>
**Subject:** RE: Chicco Buy

**EXTERNAL EMAIL** - Prestare attenzione a eventuali collegamenti o allegati - Be careful with links or attachments

ACH payment, you should see this by today . . .

 **ORACLE**

# Payment: 823031 ⑦

| | |
|---|---|
| **Payee** | ARTSANA USA INC |
| **Payment Date** | 2/27/23 |
| **Status** | Negotiable |
| **Accounting Status** | Unaccounted |
| **Reconciled** | No |
| **Type** | Payment Process Request |

**Payment Details**   Paid Invoices   History   Conversion   Other

**Payee**

| | |
|---|---|
| **Current Name** | |
| **Payee Site** | ⌐018595 |
| **Remit-to Address** | ⌐1826 WILLIAM PENN WAY, LANCASTER, LancasterPA 17601 |
| **Payment Function** | Payables disbursements |

**Processing Details**

| | |
|---|---|
| **Disbursement Bank Account** | BBB CONTROLLED DISB TRADE 27509 |
| **Payment Method** | Electronic |
| **Bill Payable** | No |
| **Payment Process Profile** | JPMC PPP JPMC ACCOUNT |

**General Information**

| | |
|---|---|
| **Payment Description** | |
| **Reference Number** | 74259 |

## Chrissy DiBella

Manager of Category Management, Gear
christina.dibella@buybuybaby.com
t: 908.855.2712

welcome to parenthood™
buybuy BABY

**From:** Christina Dibella
**Sent:** Tuesday, February 21, 2023 2:30 PM

3

**To:** Josh Pahl <Josh.Pahl@artsana.com>; Steve McLaughlin <Steve.McLaughlin@artsana.com>
**Cc:** Nora Shoots <Nora.Shoots@buybuybaby.com>; Heather Hatfield <Heather.Hatfield@buybuybaby.com>
**Subject:** RE: Chicco Buy

@Steve McLaughlin attached is the list that we discussed

# Chrissy DiBella

Manager of Category Management, Gear
christina.dibella@buybuybaby.com
t: 908.855.2712

welcome to parenthood™
buybuy BABY

**From:** Christina Dibella
**Sent:** Tuesday, February 21, 2023 12:21 PM
**To:** Josh Pahl <Josh.Pahl@artsana.com>
**Cc:** Nora Shoots <Nora.Shoots@buybuybaby.com>; Heather Hatfield <Heather.Hatfield@buybuybaby.com>
**Subject:** RE: Chicco Buy

Thanks, we need confirmation today to pay on Thursday and ship next week

No pressure 😊

# Chrissy DiBella

Manager of Category Management, Gear
christina.dibella@buybuybaby.com
t: 908.855.2712

welcome to parenthood™
buybuy BABY

**From:** Josh Pahl <Josh.Pahl@artsana.com>
**Sent:** Tuesday, February 21, 2023 11:06 AM
**To:** Christina Dibella <Christina.DiBella@buybuybaby.com>
**Cc:** Nora Shoots <Nora.Shoots@buybuybaby.com>; Heather Hatfield <Heather.Hatfield@buybuybaby.com>
**Subject:** Re: Chicco Buy

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hi Chrissy,

Sorry for delay. We are working through it and should definitely have feedback a little later today.

Thanks,
Josh

Sent from my iPhone

On Feb 21, 2023, at 9:38 AM, Christina Dibella <Christina.DiBella@buybuybaby.com> wrote:

**EXTERNAL EMAIL** - Prestare attenzione a eventuali collegamenti o allegati - Be careful with links or attachments

Hey Josh, just a reminder that we'd like to get your feedback here ASAP so we can get back to ordering. Thanks,

## Chrissy DiBella

Manager of Category Management, Gear
christina.dibella@buybuybaby.com
t: 908.855.2712

welcome to parenthood™
buybuy BABY

---

**From:** Nora Shoots <Nora.Shoots@buybuybaby.com>
**Sent:** Friday, February 17, 2023 2:15 PM
**To:** Josh.Pahl@artsana.com
**Cc:** Christina Dibella <Christina.DiBella@buybuybaby.com>
**Subject:** RE: Call Follow Up - Chicco

Hi Josh

Here is the sku list for feeding:

| | | | Unit Total | Retail Total | Cost Tot |
|---|---|---|---|---|---|
| 68776879 | 68776879 (CUP SILI SPT TRNS GRL 7OZ CHCO) | 872 | 438 | $ 3,062 | $ 1,621 |
| 68776886 | 68776886 (CUP SILI SPT TRNS BOY 7OZ CHCO) | 872 | 384 | $ 2,684 | $ 1,421 |
| 68776893 | 68776893 (CUP SPOUT TRNR GRL 7Z2P CHCCO) | 872 | 207 | $ 2,068 | $ 1,139 |
| 69936827 | 69936827 (CUP SPT TRNS SIPY 7Z GRN CHCCO) | 872 | 204 | $ 1,426 | $ 785 |
| 69936829 | 69936829 (CUP SPT TRNS SIPY 7Z PNK CHCCO) | 872 | 126 | $ 881 | $ 485 |
| 69936828 | 69936828 (CUP SPT TRNS SIPY 7Z BLU CHCCO) | 872 | 114 | $ 797 | $ 439 |
| 69688846 | 69688846 (NIPPLE DUO FAST 2PK CHICCO) | 872 | 468 | $ 2,803 | $ 1,498 |
| 69688847 | 69688847 (NIPPLE DUO MED 2PK CHICCO) | 872 | 612 | $ 3,666 | $ 1,958 |
| 69688848 | 69688848 (BOTTLE DUO 9OZ 2PK CHICCO) | 872 | 200 | $ 3,998 | $ 2,160 |
| 69688849 | 69688849 (BOTTLE DUO 9OZ CHICCO) | 872 | 16 | $ 208 | $ 108 |
| 69688850 | 69688850 (BOTTLE DUO 5OZ 2PK PINK CHICCO) | 872 | 16 | $ 320 | $ 173 |
| 69688851 | 69688851 (NIPPLE DUO SLOW 2PK CHICCO) | 872 | 6 | $ 36 | $ 19 |
| 69688852 | 69688852 (BOTTLE DUO 9OZ 2PK PINK CHICCO) | 872 | 36 | $ 720 | $ 389 |
| 69688853 | 69688853 (BOTTLE DUO 5OZ 2PK CHICCO) | 872 | 52 | $ 1,039 | $ 562 |
| 69688854 | 69688854 (BOTTLE DUO 5OZ CHICCO) | 872 | 20 | $ 260 | $ 135 |
| 69689322 | 69689322 (GIFTSET DUO NEWBORN PNK CHICCO) | 872 | 6 | $ 300 | $ 163 |
| 69689323 | 69689323 (GIFTSET DUO NEWBORN CHICCO) | 872 | 114 | $ 5,699 | $ 3,104 |
| 69689324 | 69689324 (GIFTSET DUO DELUXE CHICCO) | 872 | 240 | $ 16,798 | $ 9,305 |
| 42391432 | 42391432 (PACI SIL CLR 0-6M 2PK CHICCO) | 872 | 228 | $ 1,366 | $ 695 |
| 69627168 | 69627168 (PACI SIL MINI PNK 0-2M 2P CHCO) | 872 | 204 | $ 1,426 | $ 738 |
| 69627169 | 69627169 (PACI SIL MINI CLR 0-2M 2P CHCO) | 872 | 150 | $ 1,049 | $ 543 |

Thanks!

Kind regards,

## nora shoots

Director, Category Management – Feeding, Safety, Baby Wellness, Consumables & Gift
nora.shoots@buybuybaby.com
650 Liberty Avenue
Union, NJ 07083
t: 908-855-2710

https://partners.bedbath.com/web/public

welcome to parenthood™
buybuy BABY

---

**From:** Josh Pahl <Josh.Pahl@artsana.com>
**Sent:** Friday, February 17, 2023 2:00 PM
**To:** Christina Dibella <Christina.DiBella@buybuybaby.com>; Nora Shoots
<Nora.Shoots@buybuybaby.com>
**Subject:** RE: Call Follow Up - Chicco

CAUTION: This email originated from outside your organization. Exercise caution when
opening attachments or clicking links, especially from unknown senders.

Hi,

Ok, thanks for sending. We will look at it and provide feedback.

Thanks!
Josh

---

**From:** Christina Dibella <Christina.DiBella@buybuybaby.com>
**Sent:** Friday, February 17, 2023 1:56 PM
**To:** Josh Pahl <Josh.Pahl@artsana.com>; Nora Shoots <Nora.Shoots@buybuybaby.com>
**Subject:** RE: Call Follow Up - Chicco

**EXTERNAL EMAIL** - Prestare attenzione a eventuali collegamenti o allegati - Be careful with links
or attachments

Hey Josh,

Here is the list for Gear of top selling skus that the planning team pulled for the first round of orders.
Please review the list and let me know if you are in agreement. We should be pulling off any items that
are going away in the near future and adding any new items that may be either available to ship or just
not hitting the top sellers because we haven't owned them.

Let me know if this makes sense or if you'd like to set up a call to review.

6

Thanks,

## Chrissy DiBella

Manager of Category Management, Gear
christina.dibella@buybuybaby.com
t: 908.855.2712

welcome to parenthood™
buybuy BABY

---

**From:** Josh Pahl <Josh.Pahl@artsana.com>
**Sent:** Friday, February 17, 2023 1:50 PM
**To:** Christina Dibella <Christina.DiBella@buybuybaby.com>; Nora Shoots <Nora.Shoots@buybuybaby.com>
**Subject:** Call Follow Up - Chicco

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hi Chrissy/Nora,

It was great seeing you guys on the call today 😊

Our office is closed on Monday for Presidents day, and we are having a call with our team on Tuesday, 2/21 regarding the initial buy plan. My plan is to have order recommendations over to you by item on Wednesday. We can also hop on a call or come to your office to work through any questions if needed. I will also include Heather on the buy plan.

Does that work for you guys?

Have a great weekend!
Josh

*This message is confidential and may be legally privileged or otherwise protected from disclosure. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system; you must not copy or disclose the contents of this message or any attachment to any other person. Copyright in documents created by or on behalf of this firm remains vested in the firm, and we assert our moral rights.*

**Please, think about environment before printing this e-mail**

*This message is confidential and may be legally privileged or otherwise protected from disclosure. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system; you must not copy or disclose the contents of this message or any attachment to any other person. Copyright in documents created by or on behalf of this firm remains vested in the firm, and we assert our moral rights.*

**Please, think about environment before printing this e-mail**

*This message is confidential and may be legally privileged or otherwise protected from disclosure. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system; you must not copy or disclose the contents of this message or any attachment to any other person. Copyright in documents created by or on behalf of this firm remains vested in the firm, and we assert our moral rights.*

**Please, think about environment before printing this e-mail**

Expert Report of Edward T. Gavin, CTP, NCPM

Michael Goldberg, as Plan Administrator for
20230930-DK-Butterfly-1, Inc. (f/ka Bed Bath & Beyond Inc.)
As Reported February 13, 2026

GAVIN/
SOLMONESE

**EXHIBIT B**

**Analysis of § 547(c)(2)(B) (Objective) Defenses**

**Exhibit B**

**BBB-Artsana**

| | | | | Gross Pref | Net Pref | | Gross Pref | Net Pref |
|---|---|---|---|---|---|---|---|---|
| | | | 819,698.72 | 538,400 | 538,400 | | 6,083 | - |
| | | | | Lower | Upper | | Lower | Upper |
| | | | | 10 | 68 | | 4 | 62 |

| Preference Period Transfers | | | | | | OBJECTIVE RMA 423920 ALL 2023-2024 | | OBJECTIVE RMA 423920 ALL 2024-2025 | |
|---|---|---|---|---|---|---|---|---|---|
| Amount Paid | Payment Date | Inv Date | Inv Num | Inv Amt. | PMT Age | Gross Pref | Net Pref | Gross Pref | Net Pref |
| 26,211.41 | 24-Feb-23 | 9-Dec-22 | 5213185110 | 39,609.53 | 77 | 26,211.41 | 26,211.41 | | |
| 21,717.58 | 24-Feb-23 | 8-Dec-22 | 5213184959 | 32,818.65 | 78 | 21,717.58 | 47,928.99 | | |
| 6,375.51 | 24-Feb-23 | 8-Dec-22 | 5213184960 | 9,634.38 | 78 | 6,375.51 | 54,304.50 | | |
| 869.87 | 24-Feb-23 | 7-Dec-22 | 5213184713 | 1,314.51 | 79 | 869.87 | 55,174.37 | | |
| 36.04 | 24-Feb-23 | 7-Dec-22 | 5213184714 | 54.46 | 79 | 36.04 | 55,210.41 | | |
| 352.50 | 24-Feb-23 | 7-Dec-22 | 5213184715 | 532.68 | 79 | 352.50 | 55,562.91 | | |
| 28.59 | 24-Feb-23 | 7-Dec-22 | 5213184716 | 43.20 | 79 | 28.59 | 55,591.50 | | |
| 304.66 | 24-Feb-23 | 7-Dec-22 | 5213184717 | 460.39 | 79 | 304.66 | 55,896.16 | | |
| 1,232.83 | 24-Feb-23 | 7-Dec-22 | 5213184718 | 1,862.99 | 79 | 1,232.83 | 57,128.99 | | |
| 625.26 | 24-Feb-23 | 7-Dec-22 | 5213184719 | 944.86 | 79 | 625.26 | 57,754.25 | | |
| 1,164.45 | 24-Feb-23 | 7-Dec-22 | 5213184720 | 1,759.66 | 79 | 1,164.45 | 58,918.70 | | |
| 371.42 | 24-Feb-23 | 7-Dec-22 | 5213184721 | 561.27 | 79 | 371.42 | 59,290.12 | | |
| 391.04 | 24-Feb-23 | 7-Dec-22 | 5213184722 | 590.93 | 79 | 391.04 | 59,681.16 | | |
| 958.37 | 24-Feb-23 | 7-Dec-22 | 5213184723 | 1,448.25 | 79 | 958.37 | 60,639.53 | | |
| 25.41 | 24-Feb-23 | 7-Dec-22 | 5213184724 | 38.40 | 79 | 25.41 | 60,664.94 | | |
| 113.76 | 24-Feb-23 | 7-Dec-22 | 5213184726 | 171.90 | 79 | 113.76 | 60,778.70 | | |
| 102.02 | 24-Feb-23 | 7-Dec-22 | 5213184727 | 154.17 | 79 | 102.02 | 60,880.72 | | |
| 107.45 | 24-Feb-23 | 7-Dec-22 | 5213184728 | 162.38 | 79 | 107.45 | 60,988.17 | | |
| 479.38 | 24-Feb-23 | 7-Dec-22 | 5213184729 | 724.41 | 79 | 479.38 | 61,467.55 | | |
| 231.11 | 24-Feb-23 | 7-Dec-22 | 5213184730 | 349.24 | 79 | 231.11 | 61,698.66 | | |
| 2,039.41 | 24-Feb-23 | 7-Dec-22 | 5213184731 | 3,081.86 | 79 | 2,039.41 | 63,738.07 | | |
| 940.05 | 24-Feb-23 | 7-Dec-22 | 5213184732 | 1,420.56 | 79 | 940.05 | 64,678.12 | | |
| 7,671.63 | 24-Feb-23 | 7-Dec-22 | 5213184742 | 11,593.02 | 79 | 7,671.63 | 72,349.75 | | |
| 1,648.06 | 24-Feb-23 | 7-Dec-22 | 5213184743 | 2,490.48 | 79 | 1,648.06 | 73,997.81 | | |
| 826.86 | 24-Feb-23 | 7-Dec-22 | 5213184744 | 1,249.51 | 79 | 826.86 | 74,824.67 | | |
| 1,630.29 | 24-Feb-23 | 7-Dec-22 | 5213184745 | 2,463.62 | 79 | 1,630.29 | 76,454.96 | | |
| 875.49 | 24-Feb-23 | 7-Dec-22 | 5213184746 | 1,323.00 | 79 | 875.49 | 77,330.45 | | |
| 368.78 | 24-Feb-23 | 7-Dec-22 | 5213184747 | 557.28 | 79 | 368.78 | 77,699.23 | | |
| 1,172.60 | 24-Feb-23 | 7-Dec-22 | 5213184748 | 1,771.98 | 79 | 1,172.60 | 78,871.83 | | |
| 950.52 | 24-Feb-23 | 7-Dec-22 | 5213184749 | 1,436.39 | 79 | 950.52 | 79,822.35 | | |
| 400.18 | 24-Feb-23 | 7-Dec-22 | 5213184750 | 604.73 | 79 | 400.18 | 80,222.53 | | |
| 1,241.94 | 24-Feb-23 | 7-Dec-22 | 5213184751 | 1,876.76 | 79 | 1,241.94 | 81,464.47 | | |
| 163.56 | 24-Feb-23 | 7-Dec-22 | 5213184752 | 247.17 | 79 | 163.56 | 81,628.03 | | |
| 101.38 | 24-Feb-23 | 7-Dec-22 | 5213184753 | 153.20 | 79 | 101.38 | 81,729.41 | | |
| 102.61 | 24-Feb-23 | 7-Dec-22 | 5213184754 | 155.06 | 79 | 102.61 | 81,832.02 | | |
| 86.24 | 24-Feb-23 | 7-Dec-22 | 5213184755 | 130.32 | 79 | 86.24 | 81,918.26 | | |
| 767.10 | 24-Feb-23 | 7-Dec-22 | 5213184756 | 1,159.21 | 79 | 767.10 | 82,685.36 | | |
| 1,576.27 | 24-Feb-23 | 7-Dec-22 | 5213184757 | 2,381.98 | 79 | 1,576.27 | 84,261.63 | | |
| 484.06 | 24-Feb-23 | 7-Dec-22 | 5213184758 | 731.50 | 79 | 484.06 | 84,745.69 | | |
| 36.04 | 24-Feb-23 | 7-Dec-22 | 5213184759 | 54.46 | 79 | 36.04 | 84,781.73 | | |
| 625.26 | 24-Feb-23 | 7-Dec-22 | 5213184760 | 944.86 | 79 | 625.26 | 85,406.99 | | |
| 615.64 | 24-Feb-23 | 7-Dec-22 | 5213184761 | 930.33 | 79 | 615.64 | 86,022.63 | | |
| 915.01 | 24-Feb-23 | 7-Dec-22 | 5213184762 | 1,382.72 | 79 | 915.01 | 86,937.64 | | |
| 632.93 | 24-Feb-23 | 7-Dec-22 | 5213184763 | 956.46 | 79 | 632.93 | 87,570.57 | | |
| 325.33 | 24-Feb-23 | 7-Dec-22 | 5213184780 | 491.63 | 79 | 325.33 | 87,895.90 | | |
| 672.19 | 24-Feb-23 | 7-Dec-22 | 5213184781 | 1,015.78 | 79 | 672.19 | 88,568.09 | | |
| 492.28 | 24-Feb-23 | 7-Dec-22 | 5213184782 | 743.91 | 79 | 492.28 | 89,060.37 | | |
| 489.02 | 24-Feb-23 | 7-Dec-22 | 5213184783 | 738.98 | 79 | 489.02 | 89,549.39 | | |
| 379.44 | 24-Feb-23 | 7-Dec-22 | 5213184784 | 573.40 | 79 | 379.44 | 89,928.83 | | |
| 575.46 | 24-Feb-23 | 7-Dec-22 | 5213184785 | 869.61 | 79 | 575.46 | 90,504.29 | | |
| 36.04 | 24-Feb-23 | 7-Dec-22 | 5213184786 | 54.46 | 79 | 36.04 | 90,540.33 | | |
| 88.25 | 24-Feb-23 | 7-Dec-22 | 5213184787 | 133.36 | 79 | 88.25 | 90,628.58 | | |
| 590.71 | 24-Feb-23 | 7-Dec-22 | 5213184788 | 892.66 | 79 | 590.71 | 91,219.29 | | |
| 840.04 | 24-Feb-23 | 7-Dec-22 | 5213184789 | 1,269.43 | 79 | 840.04 | 92,059.33 | | |
| 1,904.26 | 24-Feb-23 | 7-Dec-22 | 5213184790 | 2,877.63 | 79 | 1,904.26 | 93,963.59 | | |
| 211.83 | 24-Feb-23 | 7-Dec-22 | 5213184791 | 320.11 | 79 | 211.83 | 94,175.42 | | |
| 1,025.00 | 24-Feb-23 | 7-Dec-22 | 5213184792 | 1,548.93 | 79 | 1,025.00 | 95,200.42 | | |
| 579.81 | 24-Feb-23 | 7-Dec-22 | 5213184793 | 876.19 | 79 | 579.81 | 95,780.23 | | |
| 1,211.83 | 24-Feb-23 | 7-Dec-22 | 5213184794 | 1,831.26 | 79 | 1,211.83 | 96,992.06 | | |
| 468.28 | 24-Feb-23 | 7-Dec-22 | 5213184798 | 707.65 | 79 | 468.28 | 97,460.34 | | |
| 1,027.27 | 24-Feb-23 | 7-Dec-22 | 5213184799 | 1,552.37 | 79 | 1,027.27 | 98,487.61 | | |
| 118.86 | 24-Feb-23 | 7-Dec-22 | 5213184800 | 179.61 | 79 | 118.86 | 98,606.47 | | |
| 937.89 | 24-Feb-23 | 7-Dec-22 | 5213184801 | 1,417.29 | 79 | 937.89 | 99,544.36 | | |
| 462.65 | 24-Feb-23 | 7-Dec-22 | 5213184802 | 699.14 | 79 | 462.65 | 100,007.01 | | |
| 937.89 | 24-Feb-23 | 7-Dec-22 | 5213184803 | 1,417.29 | 79 | 937.89 | 100,944.90 | | |
| 146.22 | 24-Feb-23 | 7-Dec-22 | 5213184804 | 220.96 | 79 | 146.22 | 101,091.12 | | |
| 962.56 | 24-Feb-23 | 7-Dec-22 | 5213184805 | 1,454.58 | 79 | 962.56 | 102,053.68 | | |
| 508.02 | 24-Feb-23 | 7-Dec-22 | 5213184806 | 767.69 | 79 | 508.02 | 102,561.70 | | |
| 120.00 | 24-Feb-23 | 7-Dec-22 | 5213184807 | 181.33 | 79 | 120.00 | 102,681.70 | | |
| 842.46 | 24-Feb-23 | 7-Dec-22 | 5213184808 | 1,273.08 | 79 | 842.46 | 103,524.16 | | |
| 1,079.81 | 24-Feb-23 | 7-Dec-22 | 5213184809 | 1,631.76 | 79 | 1,079.81 | 104,603.97 | | |
| 419.56 | 24-Feb-23 | 7-Dec-22 | 5213184810 | 634.02 | 79 | 419.56 | 105,023.53 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 733.48 | 24-Feb-23 | 7-Dec-22 | 5213184811 | 1,108.40 | 79 | 733.48 | 105,757.01 |
| 250.00 | 24-Feb-23 | 7-Dec-22 | 5213184812 | 377.80 | 79 | 250.00 | 106,007.01 |
| 364.23 | 24-Feb-23 | 7-Dec-22 | 5213184813 | 550.41 | 79 | 364.23 | 106,371.24 |
| 86.13 | 24-Feb-23 | 7-Dec-22 | 5213184814 | 130.16 | 79 | 86.13 | 106,457.37 |
| 39,895.93 | 24-Feb-23 | 7-Dec-22 | 5213184815 | 60,288.96 | 79 | 39,895.93 | 146,353.30 |
| 34,648.60 | 24-Feb-23 | 7-Dec-22 | 5213184820 | 52,359.44 | 79 | 34,648.60 | 181,001.90 |
| 758.99 | 24-Feb-23 | 7-Dec-22 | 5213184821 | 1,146.95 | 79 | 758.99 | 181,760.89 |
| 286.20 | 24-Feb-23 | 6-Dec-22 | 5213184494 | 432.49 | 80 | 286.20 | 182,047.09 |
| 504.02 | 24-Feb-23 | 6-Dec-22 | 5213184495 | 761.66 | 80 | 504.02 | 182,551.11 |
| 637.37 | 24-Feb-23 | 6-Dec-22 | 5213184496 | 963.16 | 80 | 637.37 | 183,188.48 |
| 65.68 | 24-Feb-23 | 6-Dec-22 | 5213184497 | 99.26 | 80 | 65.68 | 183,254.16 |
| 1,309.85 | 24-Feb-23 | 6-Dec-22 | 5213184499 | 1,979.39 | 80 | 1,309.85 | 184,564.01 |
| 1,024.32 | 24-Feb-23 | 6-Dec-22 | 5213184500 | 1,547.91 | 80 | 1,024.32 | 185,588.33 |
| 1,154.53 | 24-Feb-23 | 6-Dec-22 | 5213184501 | 1,744.67 | 80 | 1,154.53 | 186,742.86 |
| 464.47 | 24-Feb-23 | 6-Dec-22 | 5213184502 | 701.88 | 80 | 464.47 | 187,207.33 |
| 1,318.99 | 24-Feb-23 | 6-Dec-22 | 5213184503 | 1,993.19 | 80 | 1,318.99 | 188,526.32 |
| 1,398.56 | 24-Feb-23 | 6-Dec-22 | 5213184504 | 2,113.44 | 80 | 1,398.56 | 189,924.88 |
| 362.34 | 24-Feb-23 | 6-Dec-22 | 5213184505 | 547.56 | 80 | 362.34 | 190,287.22 |
| 1,017.30 | 24-Feb-23 | 6-Dec-22 | 5213184506 | 1,537.30 | 80 | 1,017.30 | 191,304.52 |
| 151.51 | 24-Feb-23 | 6-Dec-22 | 5213184507 | 228.95 | 80 | 151.51 | 191,456.03 |
| 1,773.13 | 24-Feb-23 | 6-Dec-22 | 5213184508 | 2,679.48 | 80 | 1,773.13 | 193,229.16 |
| 978.58 | 24-Feb-23 | 6-Dec-22 | 5213184509 | 1,478.79 | 80 | 978.58 | 194,207.74 |
| 462.22 | 24-Feb-23 | 6-Dec-22 | 5213184510 | 698.48 | 80 | 462.22 | 194,669.96 |
| 1,268.43 | 24-Feb-23 | 6-Dec-22 | 5213184511 | 1,916.80 | 80 | 1,268.43 | 195,938.39 |
| 832.53 | 24-Feb-23 | 6-Dec-22 | 5213184512 | 1,258.08 | 80 | 832.53 | 196,770.92 |
| 387.18 | 24-Feb-23 | 6-Dec-22 | 5213184513 | 585.10 | 80 | 387.18 | 197,158.10 |
| 72.72 | 24-Feb-23 | 6-Dec-22 | 5213184514 | 109.89 | 80 | 72.72 | 197,230.82 |
| 462.22 | 24-Feb-23 | 6-Dec-22 | 5213184515 | 698.48 | 80 | 462.22 | 197,693.04 |
| 112.99 | 24-Feb-23 | 6-Dec-22 | 5213184516 | 170.75 | 80 | 112.99 | 197,806.03 |
| 1,568.71 | 24-Feb-23 | 6-Dec-22 | 5213184517 | 2,370.56 | 80 | 1,568.71 | 199,374.74 |
| 12.11 | 24-Feb-23 | 6-Dec-22 | 5213184518 | 18.30 | 80 | 12.11 | 199,386.85 |
| 3,634.46 | 24-Feb-23 | 6-Dec-22 | 5213184519 | 5,492.24 | 80 | 3,634.46 | 203,021.31 |
| 1,075.80 | 24-Feb-23 | 6-Dec-22 | 5213184520 | 1,625.70 | 80 | 1,075.80 | 204,097.11 |
| 1,173.38 | 24-Feb-23 | 6-Dec-22 | 5213184522 | 1,773.15 | 80 | 1,173.38 | 205,270.49 |
| 1,317.44 | 24-Feb-23 | 6-Dec-22 | 5213184523 | 1,990.86 | 80 | 1,317.44 | 206,587.93 |
| 1,075.80 | 24-Feb-23 | 6-Dec-22 | 5213184524 | 1,625.70 | 80 | 1,075.80 | 207,663.73 |
| 595.62 | 24-Feb-23 | 6-Dec-22 | 5213184525 | 900.08 | 80 | 595.62 | 208,259.35 |
| 312.63 | 24-Feb-23 | 6-Dec-22 | 5213184526 | 472.43 | 80 | 312.63 | 208,571.98 |
| 103.21 | 24-Feb-23 | 6-Dec-22 | 5213184527 | 155.96 | 80 | 103.21 | 208,675.19 |
| 1,519.14 | 24-Feb-23 | 6-Dec-22 | 5213184528 | 2,295.66 | 80 | 1,519.14 | 210,194.33 |
| 715.62 | 24-Feb-23 | 6-Dec-22 | 5213184529 | 1,081.41 | 80 | 715.62 | 210,909.95 |
| 857.76 | 24-Feb-23 | 6-Dec-22 | 5213184530 | 1,296.21 | 80 | 857.76 | 211,767.71 |
| 625.26 | 24-Feb-23 | 6-Dec-22 | 5213184531 | 944.86 | 80 | 625.26 | 212,392.97 |
| 124.05 | 24-Feb-23 | 6-Dec-22 | 5213184532 | 187.46 | 80 | 124.05 | 212,517.02 |
| 997.02 | 24-Feb-23 | 6-Dec-22 | 5213184533 | 1,506.65 | 80 | 997.02 | 213,514.04 |
| 1,172.79 | 24-Feb-23 | 6-Dec-22 | 5213184534 | 1,772.27 | 80 | 1,172.79 | 214,686.83 |
| 54.38 | 24-Feb-23 | 6-Dec-22 | 5213184535 | 82.18 | 80 | 54.38 | 214,741.21 |
| 697.81 | 24-Feb-23 | 6-Dec-22 | 5213184536 | 1,054.51 | 80 | 697.81 | 215,439.02 |
| 970.49 | 24-Feb-23 | 6-Dec-22 | 5213184537 | 1,466.56 | 80 | 970.49 | 216,409.51 |
| 870.57 | 24-Feb-23 | 6-Dec-22 | 5213184538 | 1,315.56 | 80 | 870.57 | 217,280.08 |
| 1,576.72 | 24-Feb-23 | 6-Dec-22 | 5213184539 | 2,382.68 | 80 | 1,576.72 | 218,856.80 |
| 1,408.92 | 24-Feb-23 | 6-Dec-22 | 5213184540 | 2,129.09 | 80 | 1,408.92 | 220,265.72 |
| 1,448.44 | 24-Feb-23 | 6-Dec-22 | 5213184541 | 2,188.82 | 80 | 1,448.44 | 221,714.16 |
| 340.23 | 24-Feb-23 | 6-Dec-22 | 5213184542 | 514.14 | 80 | 340.23 | 222,054.39 |
| 411.64 | 24-Feb-23 | 6-Dec-22 | 5213184543 | 622.05 | 80 | 411.64 | 222,466.03 |
| 309.76 | 24-Feb-23 | 5-Dec-22 | 5213183809 | 468.10 | 81 | 309.76 | 222,775.79 |
| 25.41 | 24-Feb-23 | 5-Dec-22 | 5213183810 | 38.40 | 81 | 25.41 | 222,801.20 |
| 96.70 | 24-Feb-23 | 5-Dec-22 | 5213183811 | 146.13 | 81 | 96.70 | 222,897.90 |
| 24.22 | 24-Feb-23 | 5-Dec-22 | 5213183812 | 36.60 | 81 | 24.22 | 222,922.12 |
| 404.10 | 24-Feb-23 | 5-Dec-22 | 5213183813 | 610.66 | 81 | 404.10 | 223,326.22 |
| 107.45 | 24-Feb-23 | 5-Dec-22 | 5213183814 | 162.38 | 81 | 107.45 | 223,433.67 |
| 45.97 | 24-Feb-23 | 5-Dec-22 | 5213183815 | 69.47 | 81 | 45.97 | 223,479.64 |
| 236.54 | 24-Feb-23 | 5-Dec-22 | 5213183816 | 357.45 | 81 | 236.54 | 223,716.18 |
| 161.79 | 24-Feb-23 | 5-Dec-22 | 5213183817 | 244.50 | 81 | 161.79 | 223,877.97 |
| 93.28 | 24-Feb-23 | 5-Dec-22 | 5213183818 | 140.96 | 81 | 93.28 | 223,971.25 |
| 95.49 | 24-Feb-23 | 5-Dec-22 | 5213183820 | 144.29 | 81 | 95.49 | 224,066.74 |
| 333.01 | 24-Feb-23 | 5-Dec-22 | 5213183821 | 503.22 | 81 | 333.01 | 224,399.75 |
| 397.32 | 24-Feb-23 | 5-Dec-22 | 5213183822 | 600.41 | 81 | 397.32 | 224,797.07 |
| 542.60 | 24-Feb-23 | 5-Dec-22 | 5213183823 | 819.96 | 81 | 542.60 | 225,339.67 |
| 1,124.50 | 24-Feb-23 | 5-Dec-22 | 5213183824 | 1,699.29 | 81 | 1,124.50 | 226,464.17 |
| 25.41 | 24-Feb-23 | 5-Dec-22 | 5213183825 | 38.40 | 81 | 25.41 | 226,489.58 |
| 709.95 | 24-Feb-23 | 5-Dec-22 | 5213183826 | 1,072.84 | 81 | 709.95 | 227,199.53 |
| 12.70 | 24-Feb-23 | 5-Dec-22 | 5213183827 | 19.20 | 81 | 12.70 | 227,212.23 |
| 1,188.00 | 24-Feb-23 | 5-Dec-22 | 5213183828 | 1,795.26 | 81 | 1,188.00 | 228,400.23 |
| 543.09 | 24-Feb-23 | 5-Dec-22 | 5213183829 | 820.69 | 81 | 543.09 | 228,943.32 |
| 60.01 | 24-Feb-23 | 5-Dec-22 | 5213183830 | 90.69 | 81 | 60.01 | 229,003.33 |
| 12.11 | 24-Feb-23 | 5-Dec-22 | 5213183831 | 18.30 | 81 | 12.11 | 229,015.44 |
| 251.44 | 24-Feb-23 | 5-Dec-22 | 5213183832 | 379.96 | 81 | 251.44 | 229,266.88 |
| 262.83 | 24-Feb-23 | 5-Dec-22 | 5213183833 | 397.17 | 81 | 262.83 | 229,529.71 |
| 670.91 | 24-Feb-23 | 5-Dec-22 | 5213183834 | 1,013.85 | 81 | 670.91 | 230,200.62 |
| 57.17 | 24-Feb-23 | 5-Dec-22 | 5213183835 | 86.40 | 81 | 57.17 | 230,257.79 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 17.92 | 24-Feb-23 | 5-Dec-22 | 5213183836 | 27.08 | 81 | 17.92 | 230,275.71 |
| 722.26 | 24-Feb-23 | 5-Dec-22 | 5213183837 | 1,091.04 | 81 | 722.26 | 230,997.97 |
| 12.70 | 24-Feb-23 | 5-Dec-22 | 5213183838 | 19.20 | 81 | 12.70 | 231,010.67 |
| 28.59 | 24-Feb-23 | 5-Dec-22 | 5213183839 | 43.20 | 81 | 28.59 | 231,039.26 |
| 663.82 | 24-Feb-23 | 5-Dec-22 | 5213183840 | 1,003.13 | 81 | 663.82 | 231,703.08 |
| 334.90 | 24-Feb-23 | 5-Dec-22 | 5213183841 | 506.08 | 81 | 334.90 | 232,037.98 |
| 342.71 | 24-Feb-23 | 5-Dec-22 | 5213183842 | 517.88 | 81 | 342.71 | 232,380.69 |
| 45.97 | 24-Feb-23 | 5-Dec-22 | 5213183843 | 69.47 | 81 | 45.97 | 232,426.66 |
| 339.52 | 24-Feb-23 | 5-Dec-22 | 5213183844 | 513.06 | 81 | 339.52 | 232,766.18 |
| 141.42 | 24-Feb-23 | 5-Dec-22 | 5213183845 | 213.70 | 81 | 141.42 | 232,907.60 |
| 137.92 | 24-Feb-23 | 5-Dec-22 | 5213183846 | 208.41 | 81 | 137.92 | 233,045.52 |
| 529.05 | 24-Feb-23 | 5-Dec-22 | 5213183847 | 799.47 | 81 | 529.05 | 233,574.57 |
| 166.75 | 24-Feb-23 | 5-Dec-22 | 5213183848 | 251.98 | 81 | 166.75 | 233,741.32 |
| 459.71 | 24-Feb-23 | 5-Dec-22 | 5213183849 | 694.70 | 81 | 459.71 | 234,201.03 |
| 233.84 | 24-Feb-23 | 5-Dec-22 | 5213183850 | 353.37 | 81 | 233.84 | 234,434.87 |
| 628.99 | 24-Feb-23 | 5-Dec-22 | 5213183851 | 950.50 | 81 | 628.99 | 235,063.86 |
| 229.86 | 24-Feb-23 | 5-Dec-22 | 5213183852 | 347.35 | 81 | 229.86 | 235,293.72 |
| 12.70 | 24-Feb-23 | 5-Dec-22 | 5213183853 | 19.20 | 81 | 12.70 | 235,306.42 |
| 53.93 | 24-Feb-23 | 5-Dec-22 | 5213183854 | 81.50 | 81 | 53.93 | 235,360.35 |
| 625.26 | 24-Feb-23 | 5-Dec-22 | 5213183855 | 944.86 | 81 | 625.26 | 235,985.61 |
| 440.97 | 24-Feb-23 | 5-Dec-22 | 5213183856 | 666.38 | 81 | 440.97 | 236,426.58 |
| 40.69 | 24-Feb-23 | 5-Dec-22 | 5213183857 | 61.50 | 81 | 40.69 | 236,467.27 |
| 189.52 | 24-Feb-23 | 5-Dec-22 | 5213183858 | 286.39 | 81 | 189.52 | 236,656.79 |
| 194.43 | 24-Feb-23 | 5-Dec-22 | 5213183859 | 293.81 | 81 | 194.43 | 236,851.22 |
| 623.02 | 24-Feb-23 | 5-Dec-22 | 5213183860 | 941.47 | 81 | 623.02 | 237,474.24 |
| 260.87 | 24-Feb-23 | 5-Dec-22 | 5213183861 | 394.21 | 81 | 260.87 | 237,735.11 |
| 731.14 | 24-Feb-23 | 5-Dec-22 | 5213183862 | 1,104.87 | 81 | 731.14 | 238,466.25 |
| 698.34 | 24-Feb-23 | 5-Dec-22 | 5213183863 | 1,055.30 | 81 | 698.34 | 239,164.59 |
| 1,290.14 | 24-Feb-23 | 5-Dec-22 | 5213183864 | 1,949.60 | 81 | 1,290.14 | 240,454.73 |
| 12.70 | 24-Feb-23 | 5-Dec-22 | 5213183865 | 19.20 | 81 | 12.70 | 240,467.43 |
| 1,280.54 | 24-Feb-23 | 5-Dec-22 | 5213183866 | 1,935.10 | 81 | 1,280.54 | 241,747.97 |
| 488.45 | 24-Feb-23 | 5-Dec-22 | 5213183867 | 738.13 | 81 | 488.45 | 242,236.42 |
| 975.84 | 24-Feb-23 | 5-Dec-22 | 5213183868 | 1,474.65 | 81 | 975.84 | 243,212.26 |
| 368.83 | 24-Feb-23 | 5-Dec-22 | 5213183869 | 557.36 | 81 | 368.83 | 243,581.09 |
| 1,354.87 | 24-Feb-23 | 5-Dec-22 | 5213183870 | 2,047.42 | 81 | 1,354.87 | 244,935.96 |
| 202.06 | 24-Feb-23 | 5-Dec-22 | 5213183871 | 305.34 | 81 | 202.06 | 245,138.02 |
| 1,642.55 | 24-Feb-23 | 5-Dec-22 | 5213183872 | 2,482.15 | 81 | 1,642.55 | 246,780.57 |
| 1,002.19 | 24-Feb-23 | 5-Dec-22 | 5213183873 | 1,514.47 | 81 | 1,002.19 | 247,782.76 |
| 457.88 | 24-Feb-23 | 5-Dec-22 | 5213183874 | 691.92 | 81 | 457.88 | 248,240.64 |
| 227.84 | 24-Feb-23 | 5-Dec-22 | 5213183875 | 344.30 | 81 | 227.84 | 248,468.48 |
| 1,200.51 | 24-Feb-23 | 5-Dec-22 | 5213183876 | 1,814.16 | 81 | 1,200.51 | 249,668.99 |
| 593.44 | 24-Feb-23 | 5-Dec-22 | 5213183877 | 896.79 | 81 | 593.44 | 250,262.43 |
| 73.05 | 24-Feb-23 | 5-Dec-22 | 5213183878 | 110.39 | 81 | 73.05 | 250,335.48 |
| 404.57 | 24-Feb-23 | 5-Dec-22 | 5213183879 | 611.37 | 81 | 404.57 | 250,740.05 |
| 4,639.92 | 24-Feb-23 | 5-Dec-22 | 5213183880 | 7,011.64 | 81 | 4,639.92 | 255,379.97 |
| 360.88 | 24-Feb-23 | 5-Dec-22 | 5213183881 | 545.34 | 81 | 360.88 | 255,740.85 |
| 465.83 | 24-Feb-23 | 5-Dec-22 | 5213183882 | 703.95 | 81 | 465.83 | 256,206.68 |
| 408.71 | 24-Feb-23 | 5-Dec-22 | 5213183883 | 617.62 | 81 | 408.71 | 256,615.39 |
| 437.45 | 24-Feb-23 | 5-Dec-22 | 5213183884 | 661.06 | 81 | 437.45 | 257,052.84 |
| 346.13 | 24-Feb-23 | 5-Dec-22 | 5213183885 | 523.05 | 81 | 346.13 | 257,398.97 |
| 1,290.98 | 24-Feb-23 | 5-Dec-22 | 5213183886 | 1,950.87 | 81 | 1,290.98 | 258,689.95 |
| 12.70 | 24-Feb-23 | 5-Dec-22 | 5213183887 | 19.20 | 81 | 12.70 | 258,702.65 |
| 488.66 | 24-Feb-23 | 5-Dec-22 | 5213183888 | 738.44 | 81 | 488.66 | 259,191.31 |
| 404.57 | 24-Feb-23 | 5-Dec-22 | 5213183889 | 611.37 | 81 | 404.57 | 259,595.88 |
| 1,290.43 | 24-Feb-23 | 5-Dec-22 | 5213183890 | 1,950.04 | 81 | 1,290.43 | 260,886.31 |
| 520.17 | 24-Feb-23 | 5-Dec-22 | 5213183891 | 786.05 | 81 | 520.17 | 261,406.48 |
| 146.22 | 24-Feb-23 | 5-Dec-22 | 5213183892 | 220.96 | 81 | 146.22 | 261,552.70 |
| 364.23 | 24-Feb-23 | 5-Dec-22 | 5213183893 | 550.41 | 81 | 364.23 | 261,916.93 |
| 98.03 | 24-Feb-23 | 5-Dec-22 | 5213183895 | 148.14 | 81 | 98.03 | 262,014.96 |
| 12.70 | 24-Feb-23 | 5-Dec-22 | 5213183896 | 19.20 | 81 | 12.70 | 262,027.66 |
| 397.47 | 24-Feb-23 | 5-Dec-22 | 5213183897 | 600.64 | 81 | 397.47 | 262,425.13 |
| 916.26 | 24-Feb-23 | 5-Dec-22 | 5213183898 | 1,384.61 | 81 | 916.26 | 263,341.39 |
| 1,335.98 | 24-Feb-23 | 5-Dec-22 | 5213183899 | 2,018.88 | 81 | 1,335.98 | 264,677.37 |
| 445.27 | 24-Feb-23 | 5-Dec-22 | 5213183900 | 672.88 | 81 | 445.27 | 265,122.64 |
| 148.05 | 24-Feb-23 | 5-Dec-22 | 5213183901 | 223.72 | 81 | 148.05 | 265,270.69 |
| 542.34 | 24-Feb-23 | 5-Dec-22 | 5213183902 | 819.56 | 81 | 542.34 | 265,813.03 |
| 349.24 | 24-Feb-23 | 5-Dec-22 | 5213183903 | 527.75 | 81 | 349.24 | 266,162.27 |
| 303.77 | 24-Feb-23 | 5-Dec-22 | 5213183904 | 459.04 | 81 | 303.77 | 266,466.04 |
| 762.56 | 24-Feb-23 | 5-Dec-22 | 5213183905 | 1,152.35 | 81 | 762.56 | 267,228.60 |
| 513.12 | 24-Feb-23 | 5-Dec-22 | 5213183906 | 775.40 | 81 | 513.12 | 267,741.72 |
| 25.41 | 24-Feb-23 | 5-Dec-22 | 5213183907 | 38.40 | 81 | 25.41 | 267,767.13 |
| 319.40 | 24-Feb-23 | 5-Dec-22 | 5213183908 | 482.67 | 81 | 319.40 | 268,086.53 |
| 12.70 | 24-Feb-23 | 5-Dec-22 | 5213183909 | 19.20 | 81 | 12.70 | 268,099.23 |
| 460.09 | 24-Feb-23 | 5-Dec-22 | 5213183910 | 695.27 | 81 | 460.09 | 268,559.32 |
| 775.10 | 24-Feb-23 | 5-Dec-22 | 5213183911 | 1,171.30 | 81 | 775.10 | 269,334.42 |
| 12.70 | 24-Feb-23 | 5-Dec-22 | 5213183912 | 19.20 | 81 | 12.70 | 269,347.12 |
| 348.69 | 24-Feb-23 | 5-Dec-22 | 5213183913 | 526.92 | 81 | 348.69 | 269,695.81 |
| 12.70 | 24-Feb-23 | 5-Dec-22 | 5213183914 | 19.20 | 81 | 12.70 | 269,708.51 |
| 284.33 | 24-Feb-23 | 5-Dec-22 | 5213183915 | 429.66 | 81 | 284.33 | 269,992.84 |
| 508.82 | 24-Feb-23 | 5-Dec-22 | 5213183916 | 768.90 | 81 | 508.82 | 270,501.66 |
| 250.12 | 24-Feb-23 | 5-Dec-22 | 5213183917 | 377.97 | 81 | 250.12 | 270,751.78 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 363.80 | 24-Feb-23 | 5-Dec-22 | 5213183918 | 549.77 | 81 | 363.80 | 271,115.58 |
| 12.70 | 24-Feb-23 | 5-Dec-22 | 5213183919 | 19.20 | 81 | 12.70 | 271,128.28 |
| 373.19 | 24-Feb-23 | 5-Dec-22 | 5213183920 | 563.95 | 81 | 373.19 | 271,501.47 |
| 1,218.38 | 24-Feb-23 | 5-Dec-22 | 5213183921 | 1,841.16 | 81 | 1,218.38 | 272,719.85 |
| 50.41 | 24-Feb-23 | 5-Dec-22 | 5213183923 | 76.18 | 81 | 50.41 | 272,770.26 |
| 310.65 | 24-Feb-23 | 5-Dec-22 | 5213183925 | 469.44 | 81 | 310.65 | 273,080.91 |
| 559.07 | 24-Feb-23 | 5-Dec-22 | 5213183927 | 844.84 | 81 | 559.07 | 273,639.98 |
| 1,440.19 | 24-Feb-23 | 5-Dec-22 | 5213183928 | 2,176.36 | 81 | 1,440.19 | 275,080.17 |
| 347.83 | 24-Feb-23 | 5-Dec-22 | 5213183929 | 525.63 | 81 | 347.83 | 275,428.00 |
| 154.44 | 24-Feb-23 | 5-Dec-22 | 5213183930 | 233.39 | 81 | 154.44 | 275,582.44 |
| 12,477.43 | 24-Feb-23 | 2-Dec-22 | 5213183451 | 18,855.34 | 84 | 12,477.43 | 288,059.87 |
| 2,436.16 | 24-Feb-23 | 2-Dec-22 | 5213183452 | 3,681.42 | 84 | 2,436.16 | 290,496.03 |
| 51.60 | 24-Feb-23 | 2-Dec-22 | 5213183505 | 77.98 | 84 | 51.60 | 290,547.63 |
| 185.01 | 24-Feb-23 | 2-Dec-22 | 5213183506 | 279.58 | 84 | 185.01 | 290,732.64 |
| 56.53 | 24-Feb-23 | 2-Dec-22 | 5213183507 | 85.42 | 84 | 56.53 | 290,789.17 |
| 183.89 | 24-Feb-23 | 2-Dec-22 | 5213183508 | 277.88 | 84 | 183.89 | 290,973.06 |
| 349.24 | 24-Feb-23 | 2-Dec-22 | 5213183509 | 527.76 | 84 | 349.24 | 291,322.30 |
| 401.32 | 24-Feb-23 | 2-Dec-22 | 5213183510 | 606.46 | 84 | 401.32 | 291,723.62 |
| 12.70 | 24-Feb-23 | 2-Dec-22 | 5213183511 | 19.20 | 84 | 12.70 | 291,736.32 |
| 275.34 | 24-Feb-23 | 2-Dec-22 | 5213183512 | 416.08 | 84 | 275.34 | 292,011.66 |
| 274.04 | 24-Feb-23 | 2-Dec-22 | 5213183513 | 414.12 | 84 | 274.04 | 292,285.70 |
| 397.99 | 24-Feb-23 | 2-Dec-22 | 5213183514 | 601.42 | 84 | 397.99 | 292,683.69 |
| 45.97 | 24-Feb-23 | 2-Dec-22 | 5213183515 | 69.47 | 84 | 45.97 | 292,729.66 |
| 137.92 | 24-Feb-23 | 2-Dec-22 | 5213183516 | 208.41 | 84 | 137.92 | 292,867.58 |
| 12.70 | 24-Feb-23 | 2-Dec-22 | 5213183517 | 19.20 | 84 | 12.70 | 292,880.28 |
| 381.17 | 24-Feb-23 | 2-Dec-22 | 5213183518 | 576.00 | 84 | 381.17 | 293,261.45 |
| 47.31 | 24-Feb-23 | 2-Dec-22 | 5213183519 | 71.49 | 84 | 47.31 | 293,308.76 |
| 28.59 | 24-Feb-23 | 2-Dec-22 | 5213183520 | 43.20 | 84 | 28.59 | 293,337.35 |
| 428.94 | 24-Feb-23 | 2-Dec-22 | 5213183521 | 648.20 | 84 | 428.94 | 293,766.29 |
| 74.56 | 24-Feb-23 | 2-Dec-22 | 5213183522 | 112.67 | 84 | 74.56 | 293,840.85 |
| 280.69 | 24-Feb-23 | 2-Dec-22 | 5213183523 | 424.16 | 84 | 280.69 | 294,121.54 |
| 623.73 | 24-Feb-23 | 2-Dec-22 | 5213183524 | 942.55 | 84 | 623.73 | 294,745.27 |
| 12.70 | 24-Feb-23 | 2-Dec-22 | 5213183525 | 19.20 | 84 | 12.70 | 294,757.97 |
| 98.84 | 24-Feb-23 | 2-Dec-22 | 5213183526 | 149.36 | 84 | 98.84 | 294,856.81 |
| 111.88 | 24-Feb-23 | 2-Dec-22 | 5213183527 | 169.06 | 84 | 111.88 | 294,968.69 |
| 305.31 | 24-Feb-23 | 2-Dec-22 | 5213183528 | 461.37 | 84 | 305.31 | 295,274.00 |
| 211.47 | 24-Feb-23 | 2-Dec-22 | 5213183529 | 319.56 | 84 | 211.47 | 295,485.47 |
| 272.53 | 24-Feb-23 | 2-Dec-22 | 5213183530 | 411.83 | 84 | 272.53 | 295,758.00 |
| 12.70 | 24-Feb-23 | 2-Dec-22 | 5213183531 | 19.20 | 84 | 12.70 | 295,770.70 |
| 134.66 | 24-Feb-23 | 2-Dec-22 | 5213183532 | 203.50 | 84 | 134.66 | 295,905.36 |
| 12.11 | 24-Feb-23 | 2-Dec-22 | 5213183533 | 18.30 | 84 | 12.11 | 295,917.47 |
| 1,539.59 | 24-Feb-23 | 2-Dec-22 | 5213183534 | 2,326.56 | 84 | 1,539.59 | 297,457.06 |
| 25.41 | 24-Feb-23 | 2-Dec-22 | 5213183535 | 38.40 | 84 | 25.41 | 297,482.47 |
| 112.43 | 24-Feb-23 | 2-Dec-22 | 5213183536 | 169.90 | 84 | 112.43 | 297,594.90 |
| 43.28 | 24-Feb-23 | 2-Dec-22 | 5213183537 | 65.40 | 84 | 43.28 | 297,638.18 |
| 25.25 | 24-Feb-23 | 2-Dec-22 | 5213183538 | 38.16 | 84 | 25.25 | 297,663.43 |
| 148.05 | 24-Feb-23 | 2-Dec-22 | 5213183539 | 223.72 | 84 | 148.05 | 297,811.48 |
| 625.26 | 24-Feb-23 | 2-Dec-22 | 5213183540 | 944.86 | 84 | 625.26 | 298,436.74 |
| 99.75 | 24-Feb-23 | 2-Dec-22 | 5213183541 | 150.74 | 84 | 99.75 | 298,536.49 |
| 214.91 | 24-Feb-23 | 2-Dec-22 | 5213183542 | 324.76 | 84 | 214.91 | 298,751.40 |
| 12.11 | 24-Feb-23 | 2-Dec-22 | 5213183543 | 18.30 | 84 | 12.11 | 298,763.51 |
| 431.46 | 24-Feb-23 | 2-Dec-22 | 5213183544 | 652.00 | 84 | 431.46 | 299,194.97 |
| 179.45 | 24-Feb-23 | 2-Dec-22 | 5213183545 | 271.18 | 84 | 179.45 | 299,374.42 |
| 47.31 | 24-Feb-23 | 2-Dec-22 | 5213183546 | 71.49 | 84 | 47.31 | 299,421.73 |
| 744.28 | 24-Feb-23 | 2-Dec-22 | 5213183547 | 1,124.72 | 84 | 744.28 | 300,166.01 |
| 348.81 | 24-Feb-23 | 2-Dec-22 | 5213183548 | 527.11 | 84 | 348.81 | 300,514.82 |
| 47.31 | 24-Feb-23 | 2-Dec-22 | 5213183549 | 71.49 | 84 | 47.31 | 300,562.13 |
| 973.49 | 24-Feb-23 | 2-Dec-22 | 5213183550 | 1,471.09 | 84 | 973.49 | 301,535.62 |
| 69.52 | 24-Feb-23 | 2-Dec-22 | 5213183551 | 105.06 | 84 | 69.52 | 301,605.14 |
| 17.92 | 24-Feb-23 | 2-Dec-22 | 5213183552 | 27.08 | 84 | 17.92 | 301,623.06 |
| 568.90 | 24-Feb-23 | 2-Dec-22 | 5213183553 | 859.69 | 84 | 568.90 | 302,191.96 |
| 878.72 | 24-Feb-23 | 2-Dec-22 | 5213183554 | 1,327.88 | 84 | 878.72 | 303,070.68 |
| 12.70 | 24-Feb-23 | 2-Dec-22 | 5213183555 | 19.20 | 84 | 12.70 | 303,083.38 |
| 45.97 | 24-Feb-23 | 2-Dec-22 | 5213183556 | 69.47 | 84 | 45.97 | 303,129.35 |
| 12.70 | 24-Feb-23 | 2-Dec-22 | 5213183557 | 19.20 | 84 | 12.70 | 303,142.05 |
| 718.14 | 24-Feb-23 | 2-Dec-22 | 5213183558 | 1,085.22 | 84 | 718.14 | 303,860.19 |
| 653.84 | 24-Feb-23 | 2-Dec-22 | 5213183559 | 988.06 | 84 | 653.84 | 304,514.03 |
| 17.92 | 24-Feb-23 | 2-Dec-22 | 5213183560 | 27.08 | 84 | 17.92 | 304,531.95 |
| 978.53 | 24-Feb-23 | 2-Dec-22 | 5213183561 | 1,478.72 | 84 | 978.53 | 305,510.48 |
| 762.28 | 24-Feb-23 | 2-Dec-22 | 5213183562 | 1,151.92 | 84 | 762.28 | 306,272.76 |
| 571.59 | 24-Feb-23 | 2-Dec-22 | 5213183563 | 863.76 | 84 | 571.59 | 306,844.35 |
| 85.60 | 24-Feb-23 | 2-Dec-22 | 5213183564 | 129.35 | 84 | 85.60 | 306,929.95 |
| 583.63 | 24-Feb-23 | 2-Dec-22 | 5213183565 | 881.96 | 84 | 583.63 | 307,513.58 |
| 265.24 | 24-Feb-23 | 2-Dec-22 | 5213183566 | 400.81 | 84 | 265.24 | 307,778.82 |
| 301.72 | 24-Feb-23 | 2-Dec-22 | 5213183567 | 455.95 | 84 | 301.72 | 308,080.54 |
| 53.93 | 24-Feb-23 | 2-Dec-22 | 5213183568 | 81.50 | 84 | 53.93 | 308,134.47 |
| 389.56 | 24-Feb-23 | 2-Dec-22 | 5213183569 | 588.69 | 84 | 389.56 | 308,524.03 |
| 491.36 | 24-Feb-23 | 2-Dec-22 | 5213183570 | 742.52 | 84 | 491.36 | 309,015.39 |
| 735.18 | 24-Feb-23 | 2-Dec-22 | 5213183571 | 1,110.98 | 84 | 735.18 | 309,750.57 |
| 896.06 | 24-Feb-23 | 2-Dec-22 | 5213183572 | 1,354.08 | 84 | 896.06 | 310,646.63 |
| 1,250.51 | 24-Feb-23 | 2-Dec-22 | 5213183573 | 1,889.72 | 84 | 1,250.51 | 311,897.14 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12.70 | 24-Feb-23 | 2-Dec-22 | 5213183574 | 19.20 | 84 | 12.70 | 311,909.84 |
| 887.37 | 24-Feb-23 | 2-Dec-22 | 5213183575 | 1,340.94 | 84 | 887.37 | 312,797.21 |
| 344.92 | 24-Feb-23 | 2-Dec-22 | 5213183576 | 521.23 | 84 | 344.92 | 313,142.13 |
| 1,405.82 | 24-Feb-23 | 2-Dec-22 | 5213183577 | 2,124.42 | 84 | 1,405.82 | 314,547.95 |
| 1,638.56 | 24-Feb-23 | 2-Dec-22 | 5213183578 | 2,476.11 | 84 | 1,638.56 | 316,186.51 |
| 1,130.08 | 24-Feb-23 | 2-Dec-22 | 5213183579 | 1,707.72 | 84 | 1,130.08 | 317,316.59 |
| 474.92 | 24-Feb-23 | 2-Dec-22 | 5213183580 | 717.68 | 84 | 474.92 | 317,791.51 |
| 455.53 | 24-Feb-23 | 2-Dec-22 | 5213183581 | 688.37 | 84 | 455.53 | 318,247.04 |
| 12.70 | 24-Feb-23 | 2-Dec-22 | 5213183582 | 19.20 | 84 | 12.70 | 318,259.74 |
| 963.14 | 24-Feb-23 | 2-Dec-22 | 5213183583 | 1,455.45 | 84 | 963.14 | 319,222.88 |
| 1,239.60 | 24-Feb-23 | 2-Dec-22 | 5213183584 | 1,873.24 | 84 | 1,239.60 | 320,462.48 |
| 25.41 | 24-Feb-23 | 2-Dec-22 | 5213183585 | 38.40 | 84 | 25.41 | 320,487.89 |
| 2,127.12 | 24-Feb-23 | 2-Dec-22 | 5213183586 | 3,214.42 | 84 | 2,127.12 | 322,615.01 |
| 1,919.40 | 24-Feb-23 | 1-Dec-22 | 5213183108 | 2,900.51 | 85 | 1,919.40 | 324,534.41 |
| 1,353.02 | 24-Feb-23 | 1-Dec-22 | 5213183109 | 2,044.63 | 85 | 1,353.02 | 325,887.43 |
| 1,446.77 | 24-Feb-23 | 1-Dec-22 | 5213183110 | 2,186.30 | 85 | 1,446.77 | 327,334.20 |
| 103.21 | 24-Feb-23 | 1-Dec-22 | 5213183111 | 155.96 | 85 | 103.21 | 327,437.41 |
| 28.59 | 24-Feb-23 | 1-Dec-22 | 5213183112 | 43.20 | 85 | 28.59 | 327,466.00 |
| 467.23 | 24-Feb-23 | 1-Dec-22 | 5213183113 | 706.06 | 85 | 467.23 | 327,933.23 |
| 373.78 | 24-Feb-23 | 1-Dec-22 | 5213183114 | 564.84 | 85 | 373.78 | 328,307.01 |
| 1,672.60 | 24-Feb-23 | 1-Dec-22 | 5213183115 | 2,527.56 | 85 | 1,672.60 | 329,979.61 |
| 161.18 | 24-Feb-23 | 1-Dec-22 | 5213183116 | 243.57 | 85 | 161.18 | 330,140.79 |
| 1,096.46 | 24-Feb-23 | 1-Dec-22 | 5213183117 | 1,656.93 | 85 | 1,096.46 | 331,237.25 |
| 1,958.83 | 24-Feb-23 | 1-Dec-22 | 5213183118 | 2,960.10 | 85 | 1,958.83 | 333,196.08 |
| 1,007.97 | 24-Feb-23 | 1-Dec-22 | 5213183119 | 1,523.19 | 85 | 1,007.97 | 334,204.05 |
| 214.91 | 24-Feb-23 | 1-Dec-22 | 5213183121 | 324.76 | 85 | 214.91 | 334,418.96 |
| 161.79 | 24-Feb-23 | 1-Dec-22 | 5213183122 | 244.50 | 85 | 161.79 | 334,580.75 |
| 12.11 | 24-Feb-23 | 1-Dec-22 | 5213183123 | 18.30 | 85 | 12.11 | 334,592.86 |
| 51.60 | 24-Feb-23 | 1-Dec-22 | 5213183124 | 77.98 | 85 | 51.60 | 334,644.46 |
| 1,307.90 | 24-Feb-23 | 1-Dec-22 | 5213183125 | 1,976.44 | 85 | 1,307.90 | 335,952.36 |
| 419.83 | 24-Feb-23 | 1-Dec-22 | 5213183126 | 634.44 | 85 | 419.83 | 336,372.19 |
| 345.85 | 24-Feb-23 | 1-Dec-22 | 5213183127 | 522.63 | 85 | 345.85 | 336,718.04 |
| 407.73 | 24-Feb-23 | 1-Dec-22 | 5213183128 | 616.14 | 85 | 407.73 | 337,125.77 |
| 166.75 | 24-Feb-23 | 1-Dec-22 | 5213183129 | 251.98 | 85 | 166.75 | 337,292.52 |
| 12.70 | 24-Feb-23 | 1-Dec-22 | 5213183130 | 19.20 | 85 | 12.70 | 337,305.22 |
| 487.43 | 24-Feb-23 | 1-Dec-22 | 5213183131 | 736.58 | 85 | 487.43 | 337,792.65 |
| 3,680.73 | 24-Feb-23 | 1-Dec-22 | 5213183132 | 5,562.16 | 85 | 3,680.73 | 341,473.38 |
| 83.35 | 24-Feb-23 | 1-Dec-22 | 5213183134 | 125.96 | 85 | 83.35 | 341,556.73 |
| 671.23 | 24-Feb-23 | 1-Dec-22 | 5213183135 | 1,014.33 | 85 | 671.23 | 342,227.96 |
| 603.12 | 24-Feb-23 | 1-Dec-22 | 5213183136 | 911.41 | 85 | 603.12 | 342,831.08 |
| 103.21 | 24-Feb-23 | 1-Dec-22 | 5213183137 | 155.96 | 85 | 103.21 | 342,934.29 |
| 29.06 | 24-Feb-23 | 1-Dec-22 | 5213183138 | 43.92 | 85 | 29.06 | 342,963.35 |
| 14.37 | 24-Feb-23 | 1-Dec-22 | 5213183139 | 21.72 | 85 | 14.37 | 342,977.72 |
| 1,055.24 | 24-Feb-23 | 1-Dec-22 | 5213183140 | 1,594.63 | 85 | 1,055.24 | 344,032.96 |
| 347.41 | 24-Feb-23 | 1-Dec-22 | 5213183141 | 524.99 | 85 | 347.41 | 344,380.37 |
| 226.84 | 24-Feb-23 | 1-Dec-22 | 5213183142 | 342.80 | 85 | 226.84 | 344,607.21 |
| 137.18 | 24-Feb-23 | 1-Dec-22 | 5213183143 | 207.29 | 85 | 137.18 | 344,744.39 |
| 214.91 | 24-Feb-23 | 1-Dec-22 | 5213183144 | 324.76 | 85 | 214.91 | 344,959.30 |
| 416.87 | 24-Feb-23 | 1-Dec-22 | 5213183145 | 629.96 | 85 | 416.87 | 345,376.17 |
| 508.18 | 24-Feb-23 | 1-Dec-22 | 5213183146 | 767.95 | 85 | 508.18 | 345,884.35 |
| 32.61 | 24-Feb-23 | 1-Dec-22 | 5213183147 | 49.28 | 85 | 32.61 | 345,916.96 |
| 299.45 | 24-Feb-23 | 1-Dec-22 | 5213183148 | 452.52 | 85 | 299.45 | 346,216.41 |
| 12.70 | 24-Feb-23 | 1-Dec-22 | 5213183149 | 19.20 | 85 | 12.70 | 346,229.11 |
| 576.29 | 24-Feb-23 | 1-Dec-22 | 5213183150 | 870.86 | 85 | 576.29 | 346,805.40 |
| 244.38 | 24-Feb-23 | 1-Dec-22 | 5213183151 | 369.30 | 85 | 244.38 | 347,049.78 |
| 250.12 | 24-Feb-23 | 1-Dec-22 | 5213183152 | 377.97 | 85 | 250.12 | 347,299.90 |
| 653.09 | 24-Feb-23 | 1-Dec-22 | 5213183153 | 986.92 | 85 | 653.09 | 347,952.99 |
| 63.71 | 24-Feb-23 | 1-Dec-22 | 5213183154 | 96.28 | 85 | 63.71 | 348,016.70 |
| 180.66 | 24-Feb-23 | 1-Dec-22 | 5213183155 | 273.00 | 85 | 180.66 | 348,197.36 |
| 937.89 | 24-Feb-23 | 1-Dec-22 | 5213183156 | 1,417.29 | 85 | 937.89 | 349,135.25 |
| 240.77 | 24-Feb-23 | 1-Dec-22 | 5213183157 | 363.84 | 85 | 240.77 | 349,376.02 |
| 161.79 | 24-Feb-23 | 1-Dec-22 | 5213183158 | 244.50 | 85 | 161.79 | 349,537.81 |
| 131.45 | 24-Feb-23 | 1-Dec-22 | 5213183159 | 198.64 | 85 | 131.45 | 349,669.26 |
| 12.11 | 24-Feb-23 | 1-Dec-22 | 5213183160 | 18.30 | 85 | 12.11 | 349,681.37 |
| 48.15 | 24-Feb-23 | 1-Dec-22 | 5213183161 | 72.76 | 85 | 48.15 | 349,729.52 |
| 41.68 | 24-Feb-23 | 1-Dec-22 | 5213183162 | 62.98 | 85 | 41.68 | 349,771.20 |
| 340.66 | 24-Feb-23 | 1-Dec-22 | 5213183163 | 514.79 | 85 | 340.66 | 350,111.86 |
| 47.31 | 24-Feb-23 | 1-Dec-22 | 5213183164 | 71.49 | 85 | 47.31 | 350,159.17 |
| 38.12 | 24-Feb-23 | 1-Dec-22 | 5213183165 | 57.60 | 85 | 38.12 | 350,197.29 |
| 28.59 | 24-Feb-23 | 1-Dec-22 | 5213183166 | 43.20 | 85 | 28.59 | 350,225.88 |
| 396.03 | 24-Feb-23 | 1-Dec-22 | 5213183167 | 598.46 | 85 | 396.03 | 350,621.91 |
| 1,617.39 | 24-Feb-23 | 1-Dec-22 | 5213183168 | 2,444.13 | 85 | 1,617.39 | 352,239.30 |
| 53.73 | 24-Feb-23 | 1-Dec-22 | 5213183169 | 81.19 | 85 | 53.73 | 352,293.03 |
| 500.29 | 24-Feb-23 | 1-Dec-22 | 5213183170 | 756.02 | 85 | 500.29 | 352,793.32 |
| 103.86 | 24-Feb-23 | 1-Dec-22 | 5213183171 | 156.95 | 85 | 103.86 | 352,897.18 |
| 1,872.76 | 24-Feb-23 | 1-Dec-22 | 5213183172 | 2,830.03 | 85 | 1,872.76 | 354,769.94 |
| 104.05 | 24-Feb-23 | 1-Dec-22 | 5213183173 | 157.24 | 85 | 104.05 | 354,873.99 |
| 695.10 | 24-Feb-23 | 1-Dec-22 | 5213183174 | 1,050.41 | 85 | 695.10 | 355,569.09 |
| 163.23 | 24-Feb-23 | 1-Dec-22 | 5213183175 | 246.66 | 85 | 163.23 | 355,732.32 |
| 41.29 | 24-Feb-23 | 1-Dec-22 | 5213183176 | 62.40 | 85 | 41.29 | 355,773.61 |
| 519.49 | 24-Feb-23 | 1-Dec-22 | 5213183177 | 785.04 | 85 | 519.49 | 356,293.10 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 277.70 | 24-Feb-23 | 1-Dec-22 | 5213183178 | 419.64 | 85 | 277.70 | 356,576.80 |
| 464.43 | 24-Feb-23 | 1-Dec-22 | 5213183179 | 701.69 | 85 | 464.43 | 357,035.23 |
| 1,125.29 | 24-Feb-23 | 1-Dec-22 | 5213183180 | 1,700.49 | 85 | 1,125.29 | 358,160.52 |
| 431.24 | 24-Feb-23 | 1-Dec-22 | 5213183181 | 651.67 | 85 | 431.24 | 358,591.76 |
| 103.21 | 24-Feb-23 | 1-Dec-22 | 5213183182 | 155.96 | 85 | 103.21 | 358,694.97 |
| 2,888.39 | 24-Feb-23 | 1-Dec-22 | 5213183183 | 4,364.80 | 85 | 2,888.39 | 361,583.36 |
| 243.14 | 24-Feb-23 | 1-Dec-22 | 5213183184 | 367.42 | 85 | 243.14 | 361,826.50 |
| 1,264.89 | 24-Feb-23 | 1-Dec-22 | 5213183185 | 1,911.44 | 85 | 1,264.89 | 363,091.39 |
| 96.89 | 24-Feb-23 | 1-Dec-22 | 5213183186 | 146.42 | 85 | 96.89 | 363,188.28 |
| 106.63 | 24-Feb-23 | 1-Dec-22 | 5213183187 | 161.14 | 85 | 106.63 | 363,294.91 |
| 2,195.59 | 24-Feb-23 | 1-Dec-22 | 5213183188 | 3,317.88 | 85 | 2,195.59 | 365,490.50 |
| 34.86 | 24-Feb-23 | 1-Dec-22 | 5213183189 | 52.68 | 85 | 34.86 | 365,525.36 |
| 479.01 | 24-Feb-23 | 1-Dec-22 | 5213183190 | 723.87 | 85 | 479.01 | 366,004.37 |
| 363.94 | 24-Feb-23 | 1-Dec-22 | 5213183191 | 549.97 | 85 | 363.94 | 366,368.31 |
| 995.86 | 24-Feb-23 | 1-Dec-22 | 5213183192 | 1,504.89 | 85 | 995.86 | 367,364.17 |
| 569.17 | 24-Feb-23 | 1-Dec-22 | 5213183193 | 860.10 | 85 | 569.17 | 367,933.34 |
| 68.62 | 24-Feb-23 | 1-Dec-22 | 5213183194 | 103.70 | 85 | 68.62 | 368,001.96 |
| 352.15 | 24-Feb-23 | 1-Dec-22 | 5213183195 | 532.15 | 85 | 352.15 | 368,354.11 |
| 103.21 | 24-Feb-23 | 1-Dec-22 | 5213183196 | 155.96 | 85 | 103.21 | 368,457.32 |
| 14.69 | 24-Feb-23 | 1-Dec-22 | 5213183197 | 22.20 | 85 | 14.69 | 368,472.01 |
| 12.70 | 24-Feb-23 | 1-Dec-22 | 5213183198 | 19.20 | 85 | 12.70 | 368,484.71 |
| 728.38 | 24-Feb-23 | 1-Dec-22 | 5213183199 | 1,100.69 | 85 | 728.38 | 369,213.09 |
| 6,527.30 | 24-Feb-23 | 1-Dec-22 | 5213183281 | 9,863.77 | 85 | 6,527.30 | 375,740.39 |
| 758.99 | 24-Feb-23 | 1-Dec-22 | 5213183282 | 1,146.95 | 85 | 758.99 | 376,499.38 |
| 12.70 | 24-Feb-23 | 1-Dec-22 | 5213183283 | 19.20 | 85 | 12.70 | 376,512.08 |
| 18,460.88 | 24-Feb-23 | 1-Dec-22 | 5213183284 | 27,897.26 | 85 | 18,460.88 | 394,972.96 |
| 5,920.11 | 24-Feb-23 | 1-Dec-22 | 5213183285 | 8,946.21 | 85 | 5,920.11 | 400,893.07 |
| 607.19 | 24-Feb-23 | 1-Dec-22 | 5213183286 | 917.56 | 85 | 607.19 | 401,500.26 |
| 50.82 | 24-Feb-23 | 1-Dec-22 | 5213183287 | 76.80 | 85 | 50.82 | 401,551.08 |
| 25.41 | 24-Feb-23 | 1-Dec-22 | 5213183288 | 38.40 | 85 | 25.41 | 401,576.49 |
| 15,044.59 | 24-Feb-23 | 1-Dec-22 | 5213183289 | 22,734.72 | 85 | 15,044.59 | 416,621.08 |
| 2,732.36 | 24-Feb-23 | 30-Nov-22 | 5213182858 | 4,129.02 | 86 | 2,732.36 | 419,353.44 |
| 12.70 | 24-Feb-23 | 30-Nov-22 | 5213182859 | 19.20 | 86 | 12.70 | 419,366.14 |
| 25.41 | 24-Feb-23 | 30-Nov-22 | 5213182860 | 38.40 | 86 | 25.41 | 419,391.55 |
| 1,485.95 | 24-Feb-23 | 30-Nov-22 | 5213182861 | 2,245.50 | 86 | 1,485.95 | 420,877.50 |
| 91.94 | 24-Feb-23 | 30-Nov-22 | 5213182862 | 138.94 | 86 | 91.94 | 420,969.44 |
| 452.14 | 24-Feb-23 | 30-Nov-22 | 5213182863 | 683.26 | 86 | 452.14 | 421,421.58 |
| 368.73 | 24-Feb-23 | 30-Nov-22 | 5213182864 | 557.20 | 86 | 368.73 | 421,790.31 |
| 434.61 | 24-Feb-23 | 30-Nov-22 | 5213182865 | 656.76 | 86 | 434.61 | 422,224.92 |
| 501.79 | 24-Feb-23 | 30-Nov-22 | 5213182866 | 758.28 | 86 | 501.79 | 422,726.71 |
| 12.70 | 24-Feb-23 | 30-Nov-22 | 5213182867 | 19.20 | 86 | 12.70 | 422,739.41 |
| 26.80 | 24-Feb-23 | 30-Nov-22 | 5213182868 | 40.50 | 86 | 26.80 | 422,766.21 |
| 1,435.18 | 24-Feb-23 | 30-Nov-22 | 5213182869 | 2,168.78 | 86 | 1,435.18 | 424,201.39 |
| 595.27 | 24-Feb-23 | 30-Nov-22 | 5213182870 | 899.55 | 86 | 595.27 | 424,796.66 |
| 368.91 | 24-Feb-23 | 30-Nov-22 | 5213182871 | 557.48 | 86 | 368.91 | 425,165.57 |
| 365.84 | 24-Feb-23 | 30-Nov-22 | 5213182872 | 552.84 | 86 | 365.84 | 425,531.41 |
| 1,767.05 | 24-Feb-23 | 30-Nov-22 | 5213182873 | 2,670.28 | 86 | 1,767.05 | 427,298.46 |
| 5,009.32 | 24-Feb-23 | 30-Nov-22 | 5213182874 | 7,569.87 | 86 | 5,009.32 | 432,307.78 |
| 25.41 | 24-Feb-23 | 30-Nov-22 | 5213182875 | 38.40 | 86 | 25.41 | 432,333.19 |
| 12.70 | 24-Feb-23 | 30-Nov-22 | 5213182876 | 19.20 | 86 | 12.70 | 432,345.89 |
| 12,342.20 | 24-Feb-23 | 30-Nov-22 | 5213182877 | 18,650.99 | 86 | 12,342.20 | 444,688.09 |
| 29,964.77 | 24-Feb-23 | 23-Nov-22 | 5213180068 | 45,281.43 | 93 | 29,964.77 | 474,652.86 |
| 10,329.83 | 24-Feb-23 | 23-Nov-22 | 5213180069 | 15,609.99 | 93 | 10,329.83 | 484,982.69 |
| 10.92 | 24-Feb-23 | 17-Nov-22 | 5213178439 | 16.50 | 99 | 10.92 | 484,993.61 |
| 83.37 | 24-Feb-23 | 17-Nov-22 | 5213178440 | 125.99 | 99 | 83.37 | 485,076.98 |
| 210.57 | 24-Feb-23 | 17-Nov-22 | 5213178441 | 318.20 | 99 | 210.57 | 485,287.55 |
| 860.32 | 24-Feb-23 | 17-Nov-22 | 5213178450 | 1,300.07 | 99 | 860.32 | 486,147.87 |
| 536.24 | 24-Feb-23 | 17-Nov-22 | 5213178451 | 810.34 | 99 | 536.24 | 486,684.11 |
| 568.85 | 24-Feb-23 | 17-Nov-22 | 5213178456 | 859.62 | 99 | 568.85 | 487,252.96 |
| 189.52 | 24-Feb-23 | 17-Nov-22 | 5213178463 | 286.39 | 99 | 189.52 | 487,442.48 |
| 107.45 | 24-Feb-23 | 17-Nov-22 | 5213178467 | 162.38 | 99 | 107.45 | 487,549.93 |
| 340.39 | 24-Feb-23 | 17-Nov-22 | 5213178470 | 514.38 | 99 | 340.39 | 487,890.32 |
| 14.37 | 24-Feb-23 | 17-Nov-22 | 5213178489 | 21.72 | 99 | 14.37 | 487,904.69 |
| 871.89 | 24-Feb-23 | 17-Nov-22 | 5213178499 | 1,317.57 | 99 | 871.89 | 488,776.58 |
| 4.23 | 24-Feb-23 | 17-Nov-22 | 5213178511 | 6.40 | 99 | 4.23 | 488,780.81 |
| 590.25 | 24-Feb-23 | 16-Nov-22 | 5213177403 | 891.95 | 100 | 590.25 | 489,371.06 |
| 10.92 | 24-Feb-23 | 16-Nov-22 | 5213177406 | 16.50 | 100 | 10.92 | 489,381.98 |
| 10.92 | 24-Feb-23 | 16-Nov-22 | 5213177407 | 16.50 | 100 | 10.92 | 489,392.90 |
| 36.04 | 24-Feb-23 | 16-Nov-22 | 5213177412 | 54.46 | 100 | 36.04 | 489,428.94 |
| 170.20 | 24-Feb-23 | 16-Nov-22 | 5213177418 | 257.19 | 100 | 170.20 | 489,599.14 |
| 137.92 | 24-Feb-23 | 16-Nov-22 | 5213177421 | 208.41 | 100 | 137.92 | 489,737.06 |
| 2,028.58 | 24-Feb-23 | 16-Nov-22 | 5213177422 | 3,065.49 | 100 | 2,028.58 | 491,765.64 |
| 1,399.74 | 24-Feb-23 | 16-Nov-22 | 5213177423 | 2,115.23 | 100 | 1,399.74 | 493,165.38 |
| 166.75 | 24-Feb-23 | 16-Nov-22 | 5213177444 | 251.98 | 100 | 166.75 | 493,332.13 |
| 305.34 | 24-Feb-23 | 16-Nov-22 | 5213177445 | 461.41 | 100 | 305.34 | 493,637.47 |
| 962.70 | 24-Feb-23 | 16-Nov-22 | 5213177446 | 1,454.79 | 100 | 962.70 | 494,600.17 |
| 358.35 | 24-Feb-23 | 16-Nov-22 | 5213177447 | 541.52 | 100 | 358.35 | 494,958.52 |
| 1,033.37 | 24-Feb-23 | 16-Nov-22 | 5213177448 | 1,561.58 | 100 | 1,033.37 | 495,991.89 |
| 371.70 | 24-Feb-23 | 16-Nov-22 | 5213177452 | 561.70 | 100 | 371.70 | 496,363.59 |
| 265.58 | 24-Feb-23 | 16-Nov-22 | 5213177453 | 401.33 | 100 | 265.58 | 496,629.17 |
| 365.47 | 24-Feb-23 | 16-Nov-22 | 5213177454 | 552.28 | 100 | 365.47 | 496,994.64 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 988.85 | 24-Feb-23 | 16-Nov-22 | 5213177455 | 1,494.30 | 100 | 988.85 | 497,985.49 |
| 174.52 | 24-Feb-23 | 16-Nov-22 | 5213177456 | 263.74 | 100 | 174.52 | 498,158.00 |
| 373.82 | 24-Feb-23 | 16-Nov-22 | 5213177457 | 564.90 | 100 | 373.82 | 498,531.83 |
| 250.12 | 24-Feb-23 | 16-Nov-22 | 5213177458 | 377.98 | 100 | 250.12 | 498,781.95 |
| 362.60 | 24-Feb-23 | 16-Nov-22 | 5213177459 | 547.94 | 100 | 362.60 | 499,144.55 |
| 298.33 | 24-Feb-23 | 16-Nov-22 | 5213177460 | 450.82 | 100 | 298.33 | 499,442.88 |
| 231.11 | 24-Feb-23 | 16-Nov-22 | 5213177461 | 349.24 | 100 | 231.11 | 499,673.99 |
| 403.77 | 24-Feb-23 | 16-Nov-22 | 5213177462 | 610.16 | 100 | 403.77 | 500,077.76 |
| 212.72 | 24-Feb-23 | 16-Nov-22 | 5213177464 | 321.45 | 100 | 212.72 | 500,290.48 |
| 1,802.11 | 24-Feb-23 | 16-Nov-22 | 5213177465 | 2,723.28 | 100 | 1,802.11 | 502,092.59 |
| 47.31 | 24-Feb-23 | 16-Nov-22 | 5213177466 | 71.49 | 100 | 47.31 | 502,139.90 |
| 170.20 | 24-Feb-23 | 16-Nov-22 | 5213177467 | 257.19 | 100 | 170.20 | 502,310.10 |
| 1,021.17 | 24-Feb-23 | 16-Nov-22 | 5213177468 | 1,543.14 | 100 | 1,021.17 | 503,331.27 |
| 82.01 | 24-Feb-23 | 16-Nov-22 | 5213177469 | 123.93 | 100 | 82.01 | 503,413.28 |
| 36.04 | 24-Feb-23 | 16-Nov-22 | 5213177470 | 54.46 | 100 | 36.04 | 503,449.32 |
| 12.70 | 24-Feb-23 | 16-Nov-22 | 5213177471 | 19.20 | 100 | 12.70 | 503,462.02 |
| 371.12 | 24-Feb-23 | 16-Nov-22 | 5213177472 | 560.82 | 100 | 371.12 | 503,833.14 |
| 1,250.51 | 24-Feb-23 | 16-Nov-22 | 5213177473 | 1,889.72 | 100 | 1,250.51 | 505,083.65 |
| 14.69 | 24-Feb-23 | 16-Nov-22 | 5213177502 | 22.20 | 100 | 14.69 | 505,098.34 |
| 1,165.57 | 24-Feb-23 | 16-Nov-22 | 5213177504 | 1,761.35 | 100 | 1,165.57 | 506,263.91 |
| 939.09 | 24-Feb-23 | 16-Nov-22 | 5213177524 | 1,419.11 | 100 | 939.09 | 507,203.00 |
| 339.15 | 24-Feb-23 | 16-Nov-22 | 5213177611 | 512.50 | 100 | 339.15 | 507,542.15 |
| 340.39 | 24-Feb-23 | 16-Nov-22 | 5213177626 | 514.38 | 100 | 340.39 | 507,882.54 |
| 91.94 | 24-Feb-23 | 16-Nov-22 | 5213177638 | 138.94 | 100 | 91.94 | 507,974.48 |
| 89.88 | 24-Feb-23 | 16-Nov-22 | 5213178078 | 135.82 | 100 | 89.88 | 508,064.36 |
| 337.38 | 24-Feb-23 | 16-Nov-22 | 5213178089 | 509.84 | 100 | 337.38 | 508,401.74 |
| 331.53 | 24-Feb-23 | 16-Nov-22 | 5213178091 | 500.99 | 100 | 331.53 | 508,733.27 |
| 128.93 | 24-Feb-23 | 15-Nov-22 | 5213177098 | 194.83 | 101 | 128.93 | 508,862.20 |
| 137.92 | 24-Feb-23 | 15-Nov-22 | 5213177109 | 208.41 | 101 | 137.92 | 509,000.12 |
| 15,496.05 | 24-Feb-23 | 3-Nov-22 | 5213175085A | 23,416.95 | 113 | 15,496.05 | 524,496.17 |
| 431.46 | 24-Feb-23 | 3-Nov-22 | 5213175134 | 652.00 | 113 | 431.46 | 524,927.63 |
| 731.14 | 24-Feb-23 | 3-Nov-22 | 5213175143 | 1,104.87 | 113 | 731.14 | 525,658.77 |
| 731.14 | 24-Feb-23 | 3-Nov-22 | 5213175150 | 1,104.87 | 113 | 731.14 | 526,389.91 |
| 431.46 | 24-Feb-23 | 3-Nov-22 | 5213175213 | 652.00 | 113 | 431.46 | 526,821.37 |
| 731.14 | 24-Feb-23 | 3-Nov-22 | 5213175216 | 1,104.87 | 113 | 731.14 | 527,552.51 |
| 53.93 | 24-Feb-23 | 2-Nov-22 | 5213174759 | 81.50 | 114 | 53.93 | 527,606.44 |
| 53.93 | 24-Feb-23 | 2-Nov-22 | 5213174787 | 81.50 | 114 | 53.93 | 527,660.37 |
| 53.93 | 24-Feb-23 | 2-Nov-22 | 5213174788 | 81.50 | 114 | 53.93 | 527,714.30 |
| 134.53 | 24-Feb-23 | 2-Nov-22 | 5213174789 | 203.30 | 114 | 134.53 | 527,848.83 |
| 215.73 | 24-Feb-23 | 2-Nov-22 | 5213174821RP | 326.00 | 114 | 215.73 | 528,064.56 |
| 1,610.59 | 24-Feb-23 | 1-Nov-22 | 5213174483 | 2,433.86 | 115 | 1,610.59 | 529,675.15 |
| 443.71 | 24-Feb-23 | 1-Nov-22 | 5213174533 | 670.51 | 115 | 443.71 | 530,118.86 |
| 431.46 | 24-Feb-23 | 1-Nov-22 | 5213174543 | 652.00 | 115 | 431.46 | 530,550.32 |
| 204.35 | 24-Feb-23 | 1-Nov-22 | 5213174580RP | 308.80 | 115 | 204.35 | 530,754.67 |
| 12.95 | 24-Feb-23 | 31-Oct-22 | 5213174046 | 23.10 | 116 | 12.95 | 530,767.62 |
| 145.91 | 24-Feb-23 | 18-Oct-22 | 5213172101 | 220.49 | 129 | 145.91 | 530,913.53 |
| 47.31 | 24-Feb-23 | 18-Oct-22 | 5213172107 | 71.49 | 129 | 47.31 | 530,960.84 |
| 20.86 | 24-Feb-23 | 17-Oct-22 | 5213171572 | 37.20 | 130 | 20.86 | 530,981.70 |
| 138.02 | 24-Feb-23 | 12-Oct-22 | 5213170373 | 208.58 | 135 | 138.02 | 531,119.72 |
| 361.22 | 24-Feb-23 | 12-Oct-22 | 5213170404 | 545.86 | 135 | 361.22 | 531,480.94 |
| 3,723.88 | 24-Feb-23 | 12-Oct-22 | 5213170406 | 5,627.37 | 135 | 3,723.88 | 535,204.82 |
| 297.59 | 24-Feb-23 | 12-Oct-22 | 5213170412RP | 449.71 | 135 | 297.59 | 535,502.41 |
| 221.67 | 24-Feb-23 | 12-Oct-22 | 5213170426RP | 334.97 | 135 | 221.67 | 535,724.08 |
| 293.40 | 24-Feb-23 | 12-Oct-22 | 5213170427RP | 443.37 | 135 | 293.40 | 536,017.48 |
| 95.81 | 24-Feb-23 | 12-Oct-22 | 5213170439 | 144.78 | 135 | 95.81 | 536,113.29 |
| 25.41 | 24-Feb-23 | 12-Oct-22 | 5213170440 | 38.40 | 135 | 25.41 | 536,138.70 |
| 473.67 | 24-Feb-23 | 12-Oct-22 | 5213170463 | 715.79 | 135 | 473.67 | 536,612.37 |
| 375.19 | 24-Feb-23 | 12-Oct-22 | 5213170519RP | 566.97 | 135 | 375.19 | 536,987.56 |
| 89.02 | 24-Feb-23 | 12-Oct-22 | 5213170589RP | 134.52 | 135 | 89.02 | 537,076.58 |
| 562.89 | 24-Feb-23 | 11-Oct-22 | 5213169672 | 850.61 | 136 | 562.89 | 537,639.47 |
| 14.69 | 24-Feb-23 | 11-Oct-22 | 5213169724 | 22.20 | 136 | 14.69 | 537,654.16 |
| 344.51 | 24-Feb-23 | 20-Sep-22 | 5213165771RP | 520.61 | 157 | 344.51 | 537,998.67 |
| 312.63 | 24-Feb-23 | 19-Sep-22 | 5213165112 | 472.43 | 158 | 312.63 | 538,311.30 |
| 89.02 | 24-Feb-23 | 9-May-22 | 5213129685RP | 134.52 | 291 | 89.02 | 538,400.32 |
| **538,400.32** | | | | **813,615.96** | | 538,400.32 | 538,400.32 | - | - |
| | | | | | | | | | |
| 953.87 | 5-Apr-23 | 16-Mar-23 | 777-8257816-3 | 953.87 | 20 | | | - | - |
| 871.52 | 5-Apr-23 | 16-Mar-23 | 777-8257818-9 | 871.52 | 20 | | | - | - |
| 963.57 | 5-Apr-23 | 16-Mar-23 | 777-8257819-7 | 963.57 | 20 | | | - | - |
| 1,004.26 | 5-Apr-23 | 16-Mar-23 | 777-8257820-5 | 1,004.26 | 20 | | | - | - |
| 1,224.82 | 5-Apr-23 | 16-Mar-23 | 777-8457216-4 | 1,224.82 | 20 | | | - | - |
| 1,064.72 | 5-Apr-23 | 16-Mar-23 | 777-8257817-1 | 1,064.72 | 20 | | | - | - |
| **6,082.76** | | | | **6,082.76** | | | | | |
| **$ 544,483.08** | | | | **$ 819,698.72** | | $ 538,400.32 | $ 538,400.32 | $ - | $ - |

Expert Report of Edward T. Gavin, CTP, NCPM

Michael Goldberg, as Plan Administrator for
20230930-DK-Butterfly-1, Inc. (f/ka Bed Bath & Beyond Inc.)
As Reported February 13, 2026

**GAVIN/
SOLMONESE**

# EXHIBIT C

## ProSight Financial Association Statement Studies

## 2023-2024 & 2024-2025 NAICS 423920

## WHOLESALE—Toy and Hobby Goods and Supplies Merchant Wholesalers   NAICS 423920

| **Current Data Sorted by Assets** | | | | | | | **Comparative Historical Data** | |
|---|---|---|---|---|---|---|---|---|
| 0-500M | 500M-2MM | 2-10MM | 10-50MM | 50-100MM | 100-250MM | **Type of Statement** | 4/1/20-3/31/21 ALL | 4/1/21-3/31/22 ALL |
| | | 1 | | 2 | 2 | Unqualified | 2 | 4 |
| | | 4 | 4 | | | Reviewed | 6 | 4 |
| 2 | 4 | 4 | 3 | | | Compiled | 4 | 3 |
| | | | 1 | | | Tax Returns | 9 | 7 |
| 1 | 6 | 15 | 13 | 3 | 3 | Other — 7 (4/1-9/30/24)  65 (10/1/24-3/31/25) | 22 | 30 |
| 3 | 14 | 24 | 21 | 5 | 5 | **NUMBER OF STATEMENTS** | 43 | 48 |
| % | % | % | % | % | % | **ASSETS** | % | % |
| | 22.2 | 15.7 | 10.9 | | | Cash & Equivalents | 24.6 | 18.1 |
| | 19.6 | 23.6 | 24.0 | | | Trade Receivables (net) | 22.9 | 21.6 |
| | 32.8 | 42.2 | 37.6 | | | Inventory | 35.9 | 38.3 |
| | 3.5 | 5.7 | 3.5 | | | All Other Current | 1.1 | 1.4 |
| | 78.2 | 87.1 | 76.1 | | | Total Current | 84.5 | 79.4 |
| | 6.3 | 3.7 | 11.3 | | | Fixed Assets (net) | 9.0 | 11.7 |
| | 6.0 | 5.8 | 1.4 | | | Intangibles (net) | 3.3 | 3.5 |
| | 9.6 | 3.3 | 11.2 | | | All Other Non-Current | 3.2 | 5.3 |
| | 100.0 | 100.0 | 100.0 | | | Total | 100.0 | 100.0 |
| | | | | | | **LIABILITIES** | | |
| | 11.7 | 11.5 | 6.7 | | | Notes Payable-Short Term | 10.0 | 9.8 |
| | .6 | 1.3 | 4.0 | | | Cur. Mat.-L.T.D. | .9 | 1.9 |
| | 14.1 | 17.6 | 13.6 | | | Trade Payables | 13.9 | 17.9 |
| | .0 | .0 | .0 | | | Income Taxes Payable | .2 | .1 |
| | 11.2 | 8.5 | 11.4 | | | All Other Current | 7.1 | 10.0 |
| | 37.6 | 38.9 | 35.7 | | | Total Current | 32.0 | 39.6 |
| | 19.9 | 12.6 | 16.7 | | | Long-Term Debt | 14.2 | 13.6 |
| | .0 | .0 | .0 | | | Deferred Taxes | .1 | .0 |
| | 12.2 | 5.2 | 3.0 | | | All Other Non-Current | 4.7 | 4.6 |
| | 30.2 | 43.3 | 44.6 | | | Net Worth | 48.9 | 42.2 |
| | 100.0 | 100.0 | 100.0 | | | Total Liabilties & Net Worth | 100.0 | 100.0 |
| | | | | | | **INCOME DATA** | | |
| | 100.0 | 100.0 | 100.0 | | | Net Sales | 100.0 | 100.0 |
| | 48.9 | 38.4 | 41.4 | | | Gross Profit | 36.4 | 36.7 |
| | 44.6 | 30.2 | 38.0 | | | Operating Expenses | 28.3 | 25.1 |
| | 4.3 | 8.1 | 3.5 | | | Operating Profit | 8.1 | 11.6 |
| | .2 | .8 | .9 | | | All Other Expenses (net) | .6 | -.1 |
| | 4.1 | 7.4 | 2.5 | | | Profit Before Taxes | 7.5 | 11.8 |
| | | | | | | **RATIOS** | | |
| | 15.4 | 5.2 | 4.3 | | | Current | 6.2 | 3.3 |
| | 2.0 | 2.4 | 2.1 | | | | 2.6 | 2.2 |
| | 1.1 | 1.4 | 1.6 | | | | 1.8 | 1.4 |
| | 6.5 | 2.2 | 2.3 | | | Quick | 2.6 | 1.9 |
| | .8 | .8 | .9 | | | | 1.4 | .8 |
| | .6 | .6 | .5 | | | | .8 | .6 |
| 0 UND | 12 31.7 | 17 22.1 | | | | Sales/Receivables | 9 41.4 | 9 38.9 |
| 11 32.3 | 26 14.3 | 43 8.5 | | | | | 41 8.9 | 28 12.9 |
| 46 7.9 | 41 8.8 | 91 4.0 | | | | | 62 5.9 | 63 5.8 |
| 27 13.4 | 83 4.4 | 99 3.7 | | | | Cost of Sales/Inventory | 51 7.1 | 61 6.0 |
| 99 3.7 | 104 3.5 | 174 2.1 | | | | | 79 4.6 | 126 2.9 |
| 261 1.4 | 174 2.1 | 261 1.4 | | | | | 140 2.6 | 166 2.2 |
| 0 UND | 7 53.8 | 17 21.6 | | | | Cost of Sales/Payables | 6 58.8 | 21 17.8 |
| 12 31.5 | 18 20.4 | 37 9.8 | | | | | 28 13.1 | 41 8.8 |
| 101 3.6 | 53 6.9 | 52 7.0 | | | | | 50 7.3 | 62 5.9 |
| | 3.1 | 3.3 | 2.1 | | | Sales/Working Capital | 3.3 | 3.2 |
| | 7.5 | 5.1 | 3.6 | | | | 4.5 | 5.3 |
| | NM | 8.9 | 5.1 | | | | 7.1 | 9.9 |
| | 9.3 | 11.7 | 29.8 | | | EBIT/Interest | 31.3 | 133.0 |
| (10) 3.5 | (18) 4.0 | (19) 3.3 | | | | | (37) 11.4 | (43) 29.9 |
| | .0 | 1.7 | -1.3 | | | | 1.8 | 9.5 |
| | | | | | | Net Profit + Depr., Dep., Amort./Cur. Mat. L/T/D | | |
| | .0 | .0 | .0 | | | Fixed/Worth | .0 | .0 |
| | .0 | .0 | .1 | | | | .1 | .1 |
| | NM | .2 | .9 | | | | .3 | .6 |
| | 1.0 | .4 | .4 | | | Debt/Worth | .5 | .5 |
| | 6.4 | 1.4 | 1.7 | | | | 1.1 | 1.0 |
| | -167.7 | 7.0 | 3.4 | | | | 2.1 | 3.9 |
| | 59.8 | 72.7 | 33.5 | | | % Profit Before Taxes/Tangible Net Worth | 67.2 | 93.8 |
| (10) 15.0 | (20) 36.2 | (20) 13.2 | | | | | (39) 39.1 | (42) 54.9 |
| | -6.6 | 6.3 | -16.1 | | | | 19.1 | 24.5 |
| | 15.9 | 20.5 | 13.0 | | | % Profit Before Taxes/Total Assets | 29.3 | 39.6 |
| | 5.3 | 11.5 | 4.3 | | | | 18.3 | 26.3 |
| | -1.5 | 1.5 | -5.6 | | | | 5.1 | 8.5 |
| | UND | 999.8 | 77.5 | | | Sales/Net Fixed Assets | 445.3 | 367.3 |
| | 321.9 | 510.0 | 32.2 | | | | 46.1 | 57.1 |
| | 33.5 | 62.3 | 8.1 | | | | 18.0 | 13.4 |
| | 3.0 | 3.4 | 2.5 | | | Sales/Total Assets | 2.9 | 2.8 |
| | 2.0 | 2.4 | 1.3 | | | | 2.0 | 2.0 |
| | 1.2 | 1.8 | .9 | | | | 1.6 | 1.4 |
| | | .0 | .5 | | | % Depr., Dep., Amort./Sales | .2 | .2 |
| | (11) .1 | (15) .6 | | | | | (26) .7 | (30) .5 |
| | | .6 | 1.6 | | | | 1.3 | 1.5 |
| | | | | | | % Officers', Directors' Owners' Comp/Sales | .6 | 1.7 |
| | | | | | | | (17) 2.6 | (16) 2.9 |
| | | | | | | | 5.1 | 5.4 |
| 10570M | 41146M | 303185M | 737963M | 552819M | 1624069M | Net Sales ($) | 2380168M | 4764016M |
| 1164M | 18981M | 121936M | 449822M | 353193M | 775281M | Total Assets ($) | 1002640M | 1999012M |

© ProSight 2025

M = $ thousand      MM = $ million

**WHOLESALE—Toy and Hobby Goods and Supplies Merchant Wholesalers** NAICS 423920

| Comparative Historical Data | | | Type of Statement | Current Data Sorted by Sales | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 9 | 6 | 5 | Unqualified | | | | 1 | | 4 |
| 8 | 5 | 6 | Reviewed | | 1 | 1 | 3 | | 1 |
| 4 | 10 | 11 | Compiled | 3 | 2 | | 6 | | |
| 11 | 8 | 9 | Tax Returns | 4 | 3 | | 1 | | 1 |
| 33 | 47 | 41 | Other | 3 | 3 | 8 | 9 | | 18 |
| 4/1/22-3/31/23 ALL | 4/1/23-3/31/24 ALL | 4/1/24-3/31/25 ALL | | 0-1MM | 7 (4/1-9/30/24) 1-3MM | 3-5MM | 65 (10/1/24-3/31/25) 5-10MM | 10-25MM | 25MM & OVER |
| 65 | 76 | 72 | **NUMBER OF STATEMENTS** | | 10 | 9 | 9 | 20 | 24 |
| % | % | % | **ASSETS** | % | % | % | % | % | % |
| 11.2 | 13.0 | 16.4 | Cash & Equivalents | D | 28.3 | | | 10.7 | 13.7 |
| 22.6 | 18.1 | 22.1 | Trade Receivables (net) | A | 6.0 | | | 27.4 | 20.6 |
| 43.8 | 40.9 | 37.2 | Inventory | T | 33.2 | | | 38.2 | 40.4 |
| 2.7 | 3.4 | 4.0 | All Other Current | A | .4 | | | 5.1 | 3.6 |
| 80.3 | 75.4 | 79.7 | Total Current | | 68.0 | | | 81.4 | 78.2 |
| 8.5 | 9.7 | 6.9 | Fixed Assets (net) | N | 11.9 | | | 7.3 | 6.9 |
| 3.8 | 5.6 | 5.1 | Intangibles (net) | O | 8.8 | | | 5.5 | 5.2 |
| 7.3 | 9.3 | 8.4 | All Other Non-Current | T | 11.4 | | | 5.8 | 9.7 |
| 100.0 | 100.0 | 100.0 | Total | | 100.0 | | | 100.0 | 100.0 |
| | | | **LIABILITIES** | A | | | | | |
| 12.4 | 8.7 | 9.5 | Notes Payable-Short Term | V | 9.7 | | | 12.9 | 7.0 |
| 2.1 | 3.0 | 2.1 | Cur. Mat.-L.T.D. | A | .6 | | | 1.1 | 4.2 |
| 16.8 | 10.1 | 15.6 | Trade Payables | I | 11.7 | | | 18.5 | 17.7 |
| .0 | .2 | .1 | Income Taxes Payable | L | .6 | | | .0 | .1 |
| 7.4 | 13.0 | 9.8 | All Other Current | A | 6.7 | | | 8.8 | 9.3 |
| 38.6 | 35.0 | 37.2 | Total Current | B | 29.3 | | | 41.3 | 38.3 |
| 8.7 | 12.9 | 14.3 | Long-Term Debt | L | 26.2 | | | 14.0 | 12.1 |
| .0 | .1 | .0 | Deferred Taxes | E | .0 | | | .0 | .0 |
| 3.2 | 10.0 | 6.8 | All Other Non-Current | | 14.1 | | | 5.9 | 6.2 |
| 49.5 | 42.2 | 41.8 | Net Worth | | 30.5 | | | 38.8 | 43.3 |
| 100.0 | 100.0 | 100.0 | Total Liabilties & Net Worth | | 100.0 | | | 100.0 | 100.0 |
| | | | **INCOME DATA** | | | | | | |
| 100.0 | 100.0 | 100.0 | Net Sales | | 100.0 | | | 100.0 | 100.0 |
| 40.0 | 42.6 | 41.7 | Gross Profit | | 49.2 | | | 40.7 | 37.6 |
| 32.7 | 34.9 | 36.0 | Operating Expenses | | 43.0 | | | 36.1 | 32.3 |
| 7.3 | 7.8 | 5.7 | Operating Profit | | 6.2 | | | 4.5 | 5.3 |
| 1.0 | 2.0 | .8 | All Other Expenses (net) | | .6 | | | .8 | 1.3 |
| 6.3 | 5.8 | 4.9 | Profit Before Taxes | | 5.6 | | | 3.7 | 4.0 |
| | | | **RATIOS** | | | | | | |
| 3.7 | 5.5 | 4.9 | | | 19.3 | | | 4.7 | 3.9 |
| 2.4 | 2.4 | 2.1 | Current | | 2.3 | | | 2.1 | 1.9 |
| 1.6 | 1.4 | 1.4 | | | 1.1 | | | 1.5 | 1.3 |
| 1.5 | 2.0 | 2.5 | | | 6.7 | | | 2.4 | 1.8 |
| .8 | 1.0 | .9 | Quick | | 1.3 | | | .8 | .8 |
| .5 | .4 | .6 | | | .3 | | | .5 | .5 |
| 10   36.9 | 4   82.2 | 7   51.1 | Sales/Receivables | 0   UND | | | 19   19.1 | 9   41.8 | |
| 36   10.1 | 29   12.7 | 36   10.1 | | 0   UND | | | 36   10.0 | 41   9.0 | |
| 68   5.4 | 62   5.9 | 59   6.2 | | 31   11.8 | | | 79   4.6 | 68   5.4 | |
| 79   4.6 | 89   4.1 | 62   5.9 | Cost of Sales/Inventory | 20   18.7 | | | 87   4.2 | 73   5.0 | |
| 159   2.3 | 159   2.3 | 111   3.3 | | 152   2.4 | | | 107   3.4 | 114   3.2 | |
| 261   1.4 | 281   1.3 | 192   1.9 | | 304   1.2 | | | 203   1.8 | 166   2.2 | |
| 10   35.5 | 10   36.5 | 9   39.7 | Cost of Sales/Payables | 0   UND | | | 14   26.4 | 34   10.8 | |
| 34   10.6 | 29   12.6 | 34   10.7 | | 7   50.1 | | | 38   9.5 | 42   8.7 | |
| 61   6.0 | 58   6.3 | 56   6.5 | | 49   7.5 | | | 56   6.5 | 76   4.8 | |
| 2.8 | 2.2 | 3.2 | Sales/Working Capital | 3.1 | | | 3.5 | 3.3 |
| 4.6 | 3.9 | 4.8 | | 6.4 | | | 4.9 | 4.4 |
| 9.1 | 7.7 | 11.9 | | NM | | | 8.9 | 12.6 |
| 36.7 | 12.1 | 14.1 | EBIT/Interest | | | | 9.4 | 62.8 |
| (52)   5.7 | (60)   4.0 | (58)   3.8 | | | | | (15)   3.7 | (22)   3.6 |
| 2.3 | 1.9 | .5 | | | | | .5 | -.1 |
| | 38.6 | | Net Profit + Depr., Dep., Amort./Cur. Mat. L/T/D | | | | | |
| | (10)   4.1 | | | | | | | |
| | .2 | | | | | | | |
| .0 | .0 | .0 | Fixed/Worth | .0 | | | .0 | .0 |
| .1 | .1 | .1 | | .9 | | | .0 | .1 |
| .3 | 1.1 | .5 | | -2.0 | | | .8 | .6 |
| .4 | .5 | .5 | Debt/Worth | .9 | | | .5 | .4 |
| .9 | 1.3 | 1.8 | | 13.0 | | | 2.1 | 1.7 |
| 4.1 | 5.2 | 6.4 | | -17.3 | | | 5.9 | 4.7 |
| 71.4 | 46.9 | 53.8 | % Profit Before Taxes/Tangible Net Worth | | | | 62.8 | 51.8 |
| (59)   25.1 | (63)   17.2 | (62)   25.3 | | | | | (17)   19.5 | (22)   27.6 |
| 7.7 | 8.3 | 1.5 | | | | | -.9 | -1.3 |
| 23.1 | 22.4 | 21.9 | % Profit Before Taxes/Total Assets | 16.3 | | | 12.7 | 28.8 |
| 10.2 | 7.8 | 8.5 | | 7.9 | | | 6.9 | 7.4 |
| 1.9 | 1.8 | -1.5 | | -1.5 | | | -2.6 | -4.7 |
| 232.7 | 207.9 | 999.8 | Sales/Net Fixed Assets | UND | | | 999.8 | 184.4 |
| 54.5 | 47.9 | 83.8 | | 180.4 | | | 746.0 | 46.5 |
| 20.9 | 16.6 | 24.8 | | 4.5 | | | 33.7 | 15.5 |
| 2.9 | 2.6 | 3.0 | Sales/Total Assets | 2.4 | | | 3.4 | 3.1 |
| 1.9 | 1.4 | 2.0 | | 1.4 | | | 2.4 | 1.7 |
| 1.2 | 1.0 | 1.2 | | 1.0 | | | 1.0 | 1.2 |
| .2 | .2 | .1 | % Depr., Dep., Amort./Sales | | | | | .3 |
| (42)   .6 | (50)   .8 | (36)   .6 | | | | | (16)   .8 |
| 1.9 | 2.1 | 1.7 | | | | | | 1.9 |
| 1.0 | 1.3 | 1.6 | % Officers', Directors' Owners' Comp/Sales | | | | | |
| (20)   4.3 | (23)   2.7 | (21)   2.7 | | | | | | |
| 5.9 | 7.1 | 5.6 | | | | | | |
| 4707830M | 5103556M | 3269752M | Net Sales ($) | 17592M | 38837M | 61637M | 334709M | 2816977M |
| 1985729M | 2496870M | 1720377M | Total Assets ($) | 11793M | 19832M | 37823M | 205836M | 1445093M |

© ProSight 2025          M = $ thousand       MM = $ million

**WHOLESALE—Toy and Hobby Goods and Supplies Merchant Wholesalers** NAICS 423920

| Current Data Sorted by Assets | | | | | | Type of Statement | Comparative Historical Data | |
|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 2 | | Unqualified | 2 | 2 |
| | | 1 | 4 | | | Reviewed | 6 | 3 |
| | 4 | 2 | 2 | | | Compiled | 2 | 2 |
| 1 | 3 | | 1 | | | Tax Returns | 7 | 5 |
| 1 | 3 | 11 | 6 | 2 | 3 | Other | 12 | 25 |
| | 2 (4/1-9/30/24) | | 47 (10/1/24-3/31/25) | | | | 4/1/20-3/31/21 | 4/1/21-3/31/22 |
| 0-500M | 500M-2MM | 2-10MM | 10-50MM | 50-100MM | 100-250MM | Assets Size | ALL | ALL |
| 2 | 10 | 15 | 13 | 4 | 5 | Number of Statements | 29 | 37 |
| % | % | % | % | % | % | **CASH FLOW MEASURES** | % | % |
| | | 53.8 | 67.4 | | | Cash from | 46.8 | 41.6 |
| | (13) | 40.0 | 41.5 | | | Trading/Sales | (26) 24.3   (34) 28.8 | |
| | | 24.5 | 15.4 | | | | 20.7 | 19.6 |
| | | 15.4 | 10.3 | | | Cash after | 14.4 | 11.9 |
| | (13) | 6.1 | 1.4 | | | Operations/Sales | (27) 7.9   (35) 3.4 | |
| | | 2.4 | .0 | | | | 3.2 | .0 |
| | | 13.6 | 10.3 | | | Net Cash after | 14.5 | 13.0 |
| | (13) | 5.0 | 1.1 | | | Operations/Sales | (27) 10.8   (35) 5.2 | |
| | | 2.0 | -1.5 | | | | 2.1 | .0 |
| | | 4.4 | 3.5 | | | Net Cash after Debt | 10.7 | 4.6 |
| | (13) | .4 | .0 | | | Amortization/Sales | (27) 4.9   (35) .0 | |
| | | -.9 | -12.4 | | | | -.2 | -9.0 |
| | | 4.8 | 7.2 | | | Debt Service | 46.7 | 35.4 |
| | (11) | .9 | (12) .0 | | | P&I Coverage | (25) 8.8   (32) 1.4 | |
| | | .5 | .0 | | | | .8 | .0 |
| | | 6.4 | 27.0 | | | Interest Coverage | 58.6 | 56.8 |
| | (11) | 4.8 | (12) 2.7 | | | (Operating Cash) | (24) 16.1   (32) 15.4 | |
| | | 1.4 | .0 | | | | .4 | .0 |
| | | 13.1 | 21.4 | | | Δ Inventory | 40.1 | 102.2 |
| | | 3.6 | (12) -.4 | | | | 1.7 | 31.8 |
| | | -5.2 | -28.8 | | | | -19.6 | -4.9 |
| | 14.9 | 26.1 | 16.1 | | | Δ Total Current Assets | 57.7 | 52.9 |
| | 4.0 | 2.2 | 5.4 | | | | 37.4 | 22.9 |
| | -6.5 | -5.4 | -14.9 | | | | 15.1 | 2.3 |
| | 14.1 | 25.9 | 21.2 | | | Δ Total Assets | 47.6 | 43.6 |
| | 4.9 | 1.1 | 4.6 | | | | 28.8 | 22.1 |
| | -13.6 | -3.5 | -8.5 | | | | 15.0 | 2.8 |
| | | 6.1 | 25.6 | | | Δ Retained Earnings | 114.0 | 65.8 |
| | | -.7 | -2.7 | | | | 67.6 | 15.2 |
| | | -14.6 | -20.0 | | | | 28.3 | 2.8 |
| | 47.5 | 37.7 | 2.8 | | | Δ Net Sales | 55.9 | 75.3 |
| | 10.1 | 8.4 | -2.6 | | | | 20.7 | 28.1 |
| | -7.2 | -2.3 | -16.2 | | | | -.1 | -1.6 |
| | 63.0 | 29.1 | 5.6 | | | Δ Cost of Goods Sold | 59.8 | 66.6 |
| | 14.6 | 10.0 | -.9 | | | | 19.9 | 28.8 |
| | -15.7 | -5.1 | -22.2 | | | | -2.8 | 8.3 |
| | 93.8 | 74.4 | -2.4 | | | Δ Profit before | 345.5 | 172.9 |
| | 8.8 | 5.3 | -20.9 | | | Int. & Taxes | 147.2 | 111.7 |
| | -86.0 | -29.9 | -99.7 | | | | 53.6 | -13.1 |
| | | 18.4 | 15.5 | | | Δ Depr./Depl./Amort. | 3.2 | 32.9 |
| | (10) | .0 | (10) 1.3 | | | | (25) -11.6   (33) -4.9 | |
| | | -82.2 | -20.2 | | | | -43.7 | -31.3 |
| | | 11.6 | 19.8 | | | **RATIOS** | 42.0 | 28.8 |
| | (13) | 1.6 | .1 | | | Sustainable | 15.2   (35) 5.6 | |
| | | -8.6 | -7.6 | | | Growth Rate | .2 | .1 |
| | 1.6 | .0 | .1 | | | Funded Debt/EBITDA | .1 | .0 |
| | 3.2 | 1.7 | 2.6 | | | | .7 | .7 |
| | NM | 5.3 | 8.4 | | | | 1.5 | 1.9 |
| 8570M | 27960M | 183113M | 355965M | 371290M | 1624069M | Net Sales ($) | 1748550M | 3618529M |
| 863M | 13297M | 70577M | 245821M | 259324M | 775281M | Total Assets ($) | 656766M | 1286242M |

© ProSight 2025   M = $ thousand   MM = $ million

**WHOLESALE—Toy and Hobby Goods and Supplies Merchant Wholesalers**  NAICS 423920

| | Comparative Historical Data | | | Type of Statement | Current Data Sorted by Sales | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **0-1MM** | **1-3MM** | **3-5MM** | **5-10MM** | **10-25MM** | **25MM & OVER** |
| | 9 | 6 | 5 | Unqualified | | | | | 1 | 4 |
| | 7 | 5 | 5 | Reviewed | | 1 | 1 | 1 | 2 | 1 |
| | 3 | 6 | 8 | Compiled | | 3 | 2 | | 3 | |
| | 10 | 6 | 5 | Tax Returns | | 2 | 2 | | | 1 |
| | 20 | 32 | 26 | Other | | 2 | 1 | 6 | 7 | 10 |
| | 4/1/22-3/31/23 | 4/1/23-3/31/24 | 4/1/24-3/31/25 | | | 2 (4/1-9/30/24) | | 47 (10/1/24-3/31/25) | | |
| | ALL | ALL | ALL | Sales Size | | | | | | |
| | 49 | 55 | 49 | Number of Statements | | 7 | 6 | 7 | 13 | 16 |
| | % | % | % | **CASH FLOW MEASURES** | % | % | % | % | % | % |
| | 44.0 | 54.4 | 54.7 | Cash from Trading/Sales | NOT AVAILABLE | | | | 50.6 | 69.8 |
| (40) | 33.8 | (49) 38.0 | (44) 40.2 | | | | | | (12) 35.3 | 38.0 |
| | 19.3 | 21.7 | 27.0 | | | | | | 2.5 | 30.9 |
| | 8.5 | 14.7 | 13.5 | Cash after Operations/Sales | | | | | 13.0 | 14.0 |
| (41) | 2.6 | (49) 8.6 | (44) 5.5 | | | | | | (12) 3.3 | 7.7 |
| | -1.7 | 1.2 | .3 | | | | | | .0 | .7 |
| | 9.1 | 17.3 | 12.3 | Net Cash after Operations/Sales | | | | | 12.6 | 14.0 |
| (41) | 3.7 | (49) 8.3 | (44) 4.3 | | | | | | (12) 1.3 | 7.5 |
| | -1.7 | .0 | .5 | | | | | | -2.3 | 1.1 |
| | 5.6 | 10.0 | 4.6 | Net Cash after Debt Amortization/Sales | | | | | 3.0 | 3.6 |
| (41) | .7 | (49) 2.1 | (44) .4 | | | | | | (12) .3 | .3 |
| | -8.8 | -.9 | -3.2 | | | | | | -11.3 | -8.5 |
| | 9.2 | 10.0 | 6.1 | Debt Service P&I Coverage | | | | | | 38.3 |
| (33) | 1.3 | (45) 3.3 | (39) 1.4 | | | | | | | (15) 2.3 |
| | -3.8 | .1 | .0 | | | | | | | .0 |
| | 20.0 | 12.6 | 16.1 | Interest Coverage (Operating Cash) | | | | | 12.1 | 135.2 |
| (33) | 2.4 | (46) 3.5 | (38) 3.8 | | | | | | (10) 2.1 | (14) 6.9 |
| | -6.1 | .0 | .1 | | | | | | -.5 | .1 |
| | 62.8 | 7.5 | 13.4 | Δ Inventory | | | | | 25.8 | 13.4 |
| (45) | 27.9 | (53) -5.7 | (47) .0 | | | | | | (12) 7.1 | 2.6 |
| | 5.6 | -24.9 | -20.5 | | | | | | -16.8 | -28.6 |
| | 34.4 | 8.5 | 15.3 | Δ Total Current Assets | | | | | 38.9 | 14.0 |
| | 5.8 | -1.3 | 4.3 | | | | | | 13.5 | 5.5 |
| | -15.8 | -17.8 | -8.3 | | | | | | -6.2 | -15.0 |
| | 29.4 | 8.2 | 14.3 | Δ Total Assets | | | | | 36.7 | 14.5 |
| | 2.7 | -.5 | 4.3 | | | | | | 8.9 | 4.8 |
| | -14.6 | -12.4 | -9.5 | | | | | | -4.3 | -13.4 |
| | 39.8 | 17.8 | 26.6 | Δ Retained Earnings | | | | | .8 | 32.0 |
| (47) | 13.7 | 4.5 | (47) .1 | | | | | | -4.6 | 9.0 |
| | -20.3 | -13.2 | -15.8 | | | | | | -16.5 | -20.8 |
| | 22.9 | 6.6 | 15.2 | Δ Net Sales | | | | | 17.2 | 8.7 |
| | 1.6 | -5.7 | 2.9 | | | | | | -.9 | -.3 |
| | -10.6 | -18.2 | -5.1 | | | | | | -8.0 | -10.5 |
| | 27.8 | 6.0 | 18.8 | Δ Cost of Goods Sold | | | | | 22.5 | 5.9 |
| | 6.1 | -11.9 | 4.3 | | | | | | 3.5 | .7 |
| | -9.9 | -25.0 | -8.1 | | | | | | -8.1 | -5.9 |
| | 38.2 | 130.5 | 32.3 | Δ Profit before Int. & Taxes | | | | | .3 | 22.9 |
| | -32.2 | -.9 | -4.7 | | | | | | -20.3 | -2.4 |
| | -74.9 | -57.2 | -51.9 | | | | | | -72.4 | -33.4 |
| | 15.7 | 9.7 | 9.0 | Δ Depr./Depl./Amort. | | | | | | 15.6 |
| (42) | -1.1 | (46) .5 | (32) .0 | | | | | | | -.2 |
| | -69.8 | -29.3 | -41.6 | | | | | | | -38.3 |
| | 35.7 | 12.0 | 17.5 | **RATIOS** Sustainable Growth Rate | | | | | .7 | 21.0 |
| (41) | .3 | (50) .3 | (44) .8 | | | | | | (12) -.1 | 1.2 |
| | -13.5 | -5.3 | -3.7 | | | | | | -11.0 | -10.5 |
| | .0 | .0 | .0 | Funded Debt/EBITDA | | | | | .0 | .0 |
| | 1.0 | 1.3 | 2.2 | | | | | | 1.7 | 2.1 |
| | 6.6 | 4.3 | 7.3 | | | | | | 8.1 | 9.5 |
| | 3562678M | 4101790M | 2570967M | Net Sales ($) | | 11753M | 24526M | 49277M | 219919M | 2265492M |
| | 1450320M | 1990262M | 1365163M | Total Assets ($) | | 8767M | 14408M | 28766M | 149546M | 1163676M |

© ProSight 2025          M = $ thousand     MM = $ million



Expert Report of Edward T. Gavin, CTP, NCPM

Michael Goldberg, as Plan Administrator for
20230930-DK-Butterfly-1, Inc. (f/ka Bed Bath & Beyond Inc.)
As Reported February 13, 2026

x

## DEFINITION OF RATIOS
### Introduction

On each data page, below the common size balance sheet and income statement information, you will find a series of ratios computed from the financial statement data.

*Here is how these figures are calculated for any given ratio:*

1. The ratio is computed for each financial statement in the sample.

2. These values are arrayed (listed) in an order from the strongest to the weakest. In interpreting ratios, the "strongest" or "best" value is not always the largest numerical value, nor is the "weakest" always the lowest numerical value. (For certain ratios, there may be differing opinions as to what constitutes a strong or a weak value. RMA follows general banking guidelines consistent with sound credit practice to resolve this problem.)

3. The array of values is divided into four groups of equal size. The description of each ratio appearing in the *Statement Studies* provides details regarding the arraying of the values.

### What Are Quartiles?

Each ratio has three points, or "cutoff values," that divide an array of values into four equal-sized groups called quartiles, as shown below. The quartiles include the upper quartile, upper-middle quartile, lower-middle quartile, and the lower quartile. The upper quartile is the cutoff value where one-quarter of the array of ratios falls between it and the strongest ratio. The median is the midpoint—that is, the middle cutoff value where half of the array falls above it and half below it. The lower quartile is the point where one-quarter of the array falls between it and the weakest ratio. In many cases, the average of two values is used to arrive at the quartile value. You will find the median and quartile values on all *Statement Studies* data pages in the order indicated in the chart below.



### Why Use Medians/Quartiles Instead of the Average?

There are several reasons why medians and quartiles are used instead of an average. Medians and quartiles eliminate the influence of an "outlier" (an extremely high or low value compared to the rest of the values). They also more accurately reflect the ranges of ratio values than a straight averaging method would.

It is important to understand that the spread (range) between the upper and lower quartiles represents the middle 50% of all the companies in a sample. Therefore, ratio values greater than the upper quartile or less than the lower quartile may begin to approach "unusual" values.

28

Expert Report of Edward T. Gavin, CTP, NCPM

Michael Goldberg, as Plan Administrator for
20230930-DK-Butterfly-1, Inc. (f/ka Bed Bath & Beyond Inc.)
As Reported February 13, 2026



**EXHIBIT D**

**CV OF EDWARD T. GAVIN, CTP, NCPM**

**(begins on next page)**

# GAVIN / SOLMONESE

**Ted Gavin, CTP, NCPM**
*Managing Director & Founding Partner*
Certified Turnaround Professional

**ted.gavin@gavinsolmonese.com**

| | |
|---|---|
| **office** | 302.655.8997 x 151 |
| **mobile** | 484.432.3430 |
| **fax** | 302.655.6063 |

**SUMMARY:**    *A highly skilled advisor, consultant, speaker, and nationally certified professional mediator, specializing in restructuring and turnaround of operationally and financially troubled companies. Advisor to creditors of troubled companies with an extensive track record of success in strategic development, assessments, management, turnarounds and improvement/preservation of value for creditors.*

**EXPERIENCE:**    **Gavin/Solmonese LLC**
Wilmington, DE & National US

***Managing Director and Founding Partner***

Originate and lead engagements to provide restructuring, turnaround, asset sale and structured liquidation advisory services, including holding interim financial, management and/or Trustee positions, to debtors and creditors in bankruptcy and out-of-court restructurings, turnarounds and workouts, as well as advise public and quasi-public entities on operational and financial matters.

***Leader, Corporate Restructuring & Fiduciary Services Practice Group***

> Responsible for development, selling and oversight of all engagements related to bankruptcy, fiduciary (trustee) and creditors rights representations, including trusteeships of liquidating trusts, litigation consulting, creditors' committees, lender engagements, discrete creditor and *ad hoc* committee engagements related to bankruptcy proceedings, out-of-court restructurings and fiduciary assignments such as liquidation trusteeships, wind-downs and bankruptcy liquidation alternatives

**Representative Engagements:**

***As Liquidating Trustee, Fiduciary or Receiver***

> *In re Waterlink, Inc. et al* (*Bankr. D. Del)*
> *In re Earthshell Corporation* (*Bankr. D. Del)*
> *In re Rockaway Bedding, Inc. et al* (*Bankr. D. NJ)*
> *SPM Trust Trustee in re Avado Brands et al* (*Bankr. D. Del)*

919 N. Market Street
Suite 600
Wilmington, DE 19801

**gavinsolmonese.com**

# GAVIN / SOLMONESE

**Ted Gavin, CTP, NCPM**
*Managing Director & Founding Partner*
Certified Turnaround Professional

**February 2026**

*Page 2 of 33*

*In re Gallery Corp (Bankr. D. Del)*
*In re Maxjet Airways, Inc. (Bankr.D. Del)*
*In re PM Liquidating Trust, Inc. (Bankr. D. Del)*
*NetVersant GUC Trust (Bankr. D. Del)*
*In re Global Motorsport Group (Bankr. D. Del)*
*In re Interlake Material Handling et al (Bankr. D. Del)*
*In re Crossroads Wireless (Bankr. D. Oklahoma (Western))*
*In re Sunset Cay Partners LLC (U.S. District Court, W.D. Virginia)*
*In re Electroglas (Bankr. D. Del)*
*Butler Liquidating Trust (Bankr. D. Del)*
*In re Medicor Ltd. (Bankr. D. Del)*
*In re PPI Holdings, Inc. (Bankr. D. Del)*
*In re Ultimate Escapes (Bankr. D. Del)*
*In re Broadstripe, LLC (Bankr. D. Del)*
*In re Frank Parsons, Inc. (Bankr. D. Maryland)*
*In re Prince Sports, Inc. (Bankr. D. Del)*
*In re Gametech, Inc. (Bankr. D. Del)*
*In re Highway Technology Services, Inc. (Bankr. D. Del)*
*In re Saab Cars North America, Inc. (Bankr. D. Del)*
*In re Tuscany Settlement Trust (Bankr. D. Del)*
*In re Nubisio Liquidating Trust (Bankr. D. Del)*
*In re AmCad Liquidating Trust (Bankr. D. Del)*
*In re SFG Liquidating Trust (Bankr. D. Del)*
*In re Citadel Watford City Disposal Partners, LP (Bankr. D. Del)*
*In re SquareTwo Financial Services (Bankr. S.D. NY)*
*In re Superior Air Charter LLC (Bankr. D. Del)*
*In re PQ New York, Inc. et al (Bankr. D. Del)*
*Confidential Investment Fund Liquidation – Settlement Trustee*
*Confidential Real Estate Developer – Creditors' Settlement Trustee*
*In re Clarus Therapeutics, Inc. (Bankr. D. Del)*
*In re Water Gremlin Company et al (Bankr. D. Del) – Independent Director*
*In re Pioneer Health System LLC (Bankr. D. Del) – Independent Director*
*In re Yield10 Bioscience, Inc. et al (Bankr. D. Del) – Independent Director*

gavinsolmonese**.com**

# GAVIN / SOLMONESE

**Ted Gavin, CTP, NCPM**
*Managing Director & Founding Partner*
Certified Turnaround Professional

**February 2026**

*Page 3 of 33*

### *As Financial/Restructuring Advisor*

*In re GlassWorks WV, LLC (Bankr. N.D. W.Va.)*
    Financial Advisor to Pre- and Post-Petition Debtor
*In re MUMA Services, et al (Bankr. D. Del.)*
    Financial Advisor and Chief Restructuring Officer
*In re Montgomery Ward, LLC (Bankr, D. Del)*
    Member of Post-Confirmation Plan Administration Team
State of Delaware, Department of Transportation
    Special Financial Advisor to Secretary of Transportation
*In re Majesco, Inc. et al (Bankr. D. NJ)*
    Financial Advisor to Secured Lender
*In re Waterlink, Inc. et al (Bankr. D. Del)*
    Financial Advisor to Official Committee of Unsecured Creditors
New Castle County, Delaware – Office of the County Executive
    Advisor to Office of County Executive
*In re Nobex, Inc. (Bankr. D. Del)*
    Financial Advisor to Official Committee of Unsecured Creditors
*In re World Health Alternatives, Inc. et al (Bankr. D. Del)*
    Financial Advisor to Official Committee of Unsecured Creditors
*In re Rockaway Bedding, Inc. (Bankr. D. NJ)*
    Financial Advisor to Official Committee of Unsecured Creditors
*In re Gallery Corp (Bankr. D. Del)*
    Financial Advisor to Official Committee of Unsecured Creditors
*In re American LaFrance, LLC  (Bankr. D. Del)*
    Asset sale advisor to Debtor
*In re Jancor Companies. (Bankr. D. Del.)*
    Financial Advisor to Official Committee of Unsecured Creditors
*In re Interlake Material Handling, Inc. (Bankr. D. Del.)*
    Financial Advisor to Official Committee of Unsecured Creditors
*In re PPI Holdings, Inc. (Bankr. D. Del)*
    Financial Advisor to Official Committee of Unsecured Creditors
*In re Delfasco, Inc. (Bankr. D. Del)*
    Financial Advisor to Official Committee of Unsecured Creditors
*In re Broadstripe, LLC (Bankr. D. Del)*
    Financial Advisor to Official Committee of Unsecured Creditors

# GAVIN / SOLMONESE

**Ted Gavin, CTP, NCPM**
*Managing Director & Founding Partner*
Certified Turnaround Professional

**February 2026**

*Page 4 of 33*

*In re American Community Newspapers (Bankr. D. Del)*
    Financial Advisor to Official Committee of Unsecured Creditors
*In re Vermillion, Inc. (Bankr. D. Del)*
    Financial Advisor to Official Committee of Unsecured Creditors
*In re DD-OH Family Partners et al (t/a Oskar Huber Fine Furniture) (Bankr. D. N.J.)*
    Financial Advisor to Debtor
*In re Vion Pharmaceuticals (Bankr. D. Del)*
    Financial Advisor to Official Committee of Unsecured Creditors
*In re TLC Vision (USA) Corp (Bankr. D. Del)*
    Financial Advisor to Official Committee of Unsecured Creditors
*In re Barcalounger Corp et al. (Bankr. D. Del)*
    Financial Advisor to Official Committee of Unsecured Creditors
*In re Universal Building Products, et al (Bankr. D. Del)*
    Financial Advisor to Official Committee of Unsecured Creditors
*In re North General Hospital (North General Service Corp) (Bankr. S. D. N.Y.)*
    Financial Advisor to Official Committee of Unsecured Creditors
*In re Frank Parsons Company (Bankr. D. Maryland)*
    Financial Advisor to Official Committee of Unsecured Creditors
*In re Berkline, Inc. (Bankr. D. Del.)*
    Financial Advisor to Official Committee of Unsecured Creditors
*In re Pegasus Rural Broadband et al (Bankr. D. Del)*
    Financial Advisor to Debtors
*In re Open Range Communications (Bankr. D. Del)*
    Financial Advisor to Official Committee of Unsecured Creditors
*In re Prince Sports, Inc. (Bankr. D. Del.)*
    Financial Advisor to Official Committee of Unsecured Creditors
*In re Tri-Valley, Corp. (Bankr. D. Del.)*
    Financial Advisor to Official Committee of Unsecured Creditors
*In re GameTech, Inc. (Bankr. D. Del.)*
    Financial Advisor to Official Committee of Unsecured Creditors
*In re NTP Marble, Inc. (Bankr. E. Dist. Pa.)*
    Financial Advisor to Official Committee of Unsecured Creditors
*In re Kestrel Technologies, Inc. (Bankr. S. D. N.Y.)*
    Financial Advisor to Official Committee of Unsecured Creditors
*In re Conexant Systems, Inc. (Bankr. D. Del.)*
    Financial Advisor to Official Committee of Unsecured Creditors

gavinsolmonese**.com**

# GAVIN / SOLMONESE

**Ted Gavin, CTP, NCPM**
*Managing Director & Founding Partner*
Certified Turnaround Professional

**February 2026**

*Page 5 of 33*

*In re Namco, LLC (Bankr. D. Del.)*
    Financial Advisor to Official Committee of Unsecured Creditors
*In re Oreck Corporation (Bankr. Cent. Dist. Tenn.)*
    Financial Advisor to Official Committee of Unsecured Creditors
*In re Highway Technologies, Inc. (Bankr. D. Del.)*
    Financial Advisor to Official Committee of Unsecured Creditors
*In re InThePlay, Inc. (Bankr. E. Dist. Penna.)*
    Chief Restructuring Officer & Financial Advisor to Debtor
*In re MFM Delaware, Inc. (Bankr. D. Del.)*
    Financial Advisor to Official Committee of Unsecured Creditors
*In re Stelera Wireless, Inc. (Bankr. W. Dist. Okalahoma)*
    Financial Advisor to Official Committee of Unsecured Creditors
*In re Tuscany International Drilling, Inc. (Bankr. D. Del)*
    Financial Advisor to Official Committee of Equity Security Holders
*In re Simplexity, Inc. (Bankr. D. Del.)*
    Financial Advisor to Official Committee of Unsecured Creditors
*In re Revel AC, Inc.  et al (Bankr. D. New Jersey)*
    Financial Advisor to Official Committee of Unsecured Creditors
*In re Nubisio, Inc. (Bankr. D. Del.)*
    Financial and Asset Sale Advisor to Debtor
*In re Ultura, Inc. (Bankr. D. Del)*
    Independent Director of four multinational European affiliates and parent
*In re O. W. Bunker North America et al (Bankr. D. Conn.)*
    Financial Advisor to Official Committee of Unsecured Creditors
*In re Gulf Packaging, Inc. (Bankr. N. D. Ill.)*
    Chief Restructuring Officer
*In re Citadel Energy Services, LLC (Bankr. D. Del.)*
    Chief Restructuring Officer
*In re Sherwin Alumina, Inc. (Bankr. S. D. Texas)*
    Financial Advisor to Official Committee of Unsecured Creditors
Private Community Day School (Wilmington, DE)
    Restructuring & Turnaround Advisor to Board of Directors
Private U.S. Government Defense Contractor
    Financial Advisor, Chief Restructuring Officer
*In re SynCardia Systems, Inc. (Bankr. D. Del.)*
    Financial Advisor to Official Committee of Unsecured Creditors

# GAVIN / SOLMONESE

**Ted Gavin, CTP, NCPM**
*Managing Director & Founding Partner*
Certified Turnaround Professional

**February 2026**

*Page 6 of 33*

*In re Hampshire Group, Limited (Bankr. D. Del.)*
    Financial Advisor to Official Committee of Unsecured Creditors
*In re Limitless Mobile, LLC (Bankr. D. Del.)*
    Financial Advisor to Official Committee of Unsecured Creditors
*In re United Road Towing, Inc. (Bankr. D. Del.)*
    Financial Advisor to Official Committee of Unsecured Creditors
*In re Aerospace Holdings, Inc. (Bankr. D. Del)*
    Financial Advisor to Official Committee of Unsecured Creditors
*In re SquareTwo Financial Services Corporation (Bankr. S. D. New York)*
    Financial Advisor to Official Committee of Unsecured Creditors
*In re Martin Manufacturing Corporation, Inc. (Bankr. E.D. North Carolina)*
    Asset Sale Advisor to Post-Confirmation Debtor
*In re SeaStar Holdings, LLC (Bankr. D. Del)*
    Financial Advisor to Official Committee of Unsecured Creditors
Constellation Health Group
    Chief Executive Wind-Down Officer
Premium Beverage LLC / Lieb Cellars LLC
    Chief Restructuring Officer
*In re Videology, Inc. (Bankr. D. Del)*
    Financial Advisor to Official Committee of Unsecured Creditors
Camelot Asset Holdings LLC
    Wind-Down Officer
*In re Consolidated Infrastructure Group LLC (Bankr. D. Del)*
    Asset Sale Advisor & Financial Advisor to Debtor in Possession
*In re Cherry Bros., LLC (Bankr. E. Dist. Penna)*
    Financial Advisor to Official Committee of Unsecured Creditors
*In re Weyerbacher Brewing Company, Inc. (Bankr. E. Dist. Penna)*
    Financial Advisor to Official Committee of Unsecured Creditors
Cambridge Therapeutic Technologies LLC
    Responsible Officer (Wind-down officer)
Private multi-site retail operator (outdoor and lifestyle clothing and accessories)
    Restructuring Advisor
*In re SureFunding, LLC (Bankr. D. Del)*
    Chief Restructuring & Liquidating Officer
*In re Superior Air Charter, LLC (Bankr. D. Del)*
    Chief Restructuring Officer

gavinsolmonese**.com**

# GAVIN / SOLMONESE

**Ted Gavin, CTP, NCPM**
*Managing Director & Founding Partner*
Certified Turnaround Professional

**February 2026**

*Page 7 of 33*

> *In re LVI Intermediate Holdings, LLC (Bankr. D. Del)*
> Financial Advisor to Official Committee of Unsecured Creditors
> *In re Punch Bowl Social, Inc. et al (Bankr. D. Del)*
> Chief Restructuring Officer
> Delaware College of Art & Design
> Strategic Advisor to Board of Directors
> *In re Masten Space Systems, Inc. (Bankr. D. Del)*
> Chief Restructuring Officer
> Confidential Nutritional Products Manufacturer/Retailer
> Chief Restructuring Officer, Independent Director
> *In re SC SJ Holdings LLC et al (Bankr. D. Del)*
> Fee Examiner (Court-Appointed)
> *In re FKB LLC (Bankr. E.D. Pa)*
> Asset Sale Advisor
> *In re Williams Industrial Services Group Inc. (Bankr. D. Del)*
> Chief Restructuring Officer
> *In re ProSomnus, Inc. (Bankr. D. Del)*
> Financial Advisor to Debtor
> *In re Pioneer Health System LLC (Bankr. D. Del)*
> Independent Director
> Goldfinch Foundation
> Chief Restructuring Officer
> *In re Yield10 Bioscience, Inc. (Bankr. D. Del)*
> Independent Director
> Endi Plaza LLC (Bankr. S. D. NY)
> Independent Director

## TESTIMONY & EXPERT EXPERIENCE:

The Official Committee of Unsecured Creditors in *In re Jancor Companies, Inc.* on treatment of avoidable pre-petition transfers as collateral of secured lender for purposes of releases under Plan of Liquidation (Bankr D. Del)

Tavistock Ventures, Inc. in *In re Magic Brands, Inc.* on objection to reasonableness of bidding procedures in conjunction with sale of Debtor's assets (Bankr. D. Del)

gavinsolmonese**.com**

# GAVIN / SOLMONESE

**Ted Gavin, CTP, NCPM**
*Managing Director & Founding Partner*
Certified Turnaround Professional

**February 2026**

*Page 8 of 33*

Eugene I. Davis, as Litigation Trustee for the Quebecor World Litigation Trust v. Cellmark Paper for recovery of avoidable pre-petition transfers pursuant to 11 U.S.C. § 547 (Plaintiff's report)

Eugene I. Davis, as Litigation Trustee for the Quebecor World Litigation Trust v. Gould Paper Corporation for recovery of avoidable pre-petition transfers pursuant to 11 U.S.C. § 547 (Plaintiff's report)

Eugene I. Davis, as Litigation Trustee for the Quebecor World Litigation Trust v. Catalyst Paper (USA), Inc. for recovery of avoidable pre-petition transfers pursuant to 11 U.S.C. § 547 (Plaintiff's report)

Eugene I. Davis, as Litigation Trustee for the Quebecor World Litigation Trust v. Bind-Rite, Inc. for recovery of avoidable pre-petition transfers pursuant to 11 U.S.C. § 547 (Plaintiff's report)

Eugene I. Davis, as Litigation Trustee for the Quebecor World Litigation Trust v. R+L Trucking, Inc. for recovery of avoidable pre-petition transfers pursuant to 11 U.S.C. § 547 (Plaintiff's rebuttal report & Summary Judgment Brief)

David L. Buchbinder, as Litigation Trustee for Ascendia Brands v. Zotos International, Inc. for recovery of avoidable pre-petition transfers pursuant to 11 U.S.C. § 547 (Plaintiff's report)

Town & Country Bank, Hartford Insurance, Cathay Bank & Bank of Nevada as defendants in *Bradley D. Sharp, Chapter 11 Trustee v. Town & Country Bank, etc…* for recovery of alleged fraudulent transfers to lenders pursuant to 11 U.S.C. §§ 547 & 548 (Defendant's report)

Genmar *et al* v. North American Composites Corporation and Interplastic Corporation (7 cases) – for recovery of allegedly avoidable pre-petition transfers pursuant to 11 U.S.C. § 547 (Defendant's report)

National Dry Cleaners, Inc. – Damages Expert in relation to Trustee's alleged failure to prosecute avoidance actions

In re RoomStore, Inc. v. Hangzhou Yi Bei Furniture LLC - for recovery of allegedly avoidance pre-petition transfers pursuant to 11 U.S.C § 547; Defendant's expert on ordinary course of business defenses (Defendant's report).  Factual observations reported; expert opinion not rendered

GAVIN / SOLMONESE

**Ted Gavin, CTP, NCPM**
*Managing Director & Founding Partner*
Certified Turnaround Professional

**February 2026**

*Page 9 of 33*

In re Eastern 1996D Limited Partnership *et al* – Expert on actions of Fiduciary and Responsible Party in objection to Motion to Appoint a Chapter 11 Trustee

AFA Investment Inc. *et al* v. Dale T. Smith Meat Packing Company - for recovery of avoidable pre-petition transfers pursuant to 11 U.S.C. § 547 (Plaintiff's rebuttal report)

GMX Resources Creditor Trust v. Baker Hughes Oilfield Operations, Inc. - for recovery of avoidance pre-petition transfers pursuant to 11 U.S.C. § 547 (Rebuttal Report)

APP Winddown, LLC *et al* v. Garden City Group, LLC – for recovery of avoidable pre-petition transfers pursuant to 11 U.S.C. § 547 (Plaintiff's rebuttal report)

Samson Settlement Trust v. Corpro, Inc. - for recovery of avoidable pre-petition transfers pursuant to 11 U.S.C. § 547 (Plaintiff's rebuttal report)

Samson Settlement Trust v. TETRA Technologies, Inc. - for recovery of avoidable pre-petition transfers pursuant to 11 U.S.C. § 547 (Plaintiff's rebuttal report)

Official Committee of Unsecured Creditors of Gregg Appliances, Inc. v. SYNNEX Corporation, d/b/a New Age Electronics - for recovery of avoidable pre-petition transfers pursuant to 11 U.S.C. § 547 (Plaintiff's rebuttal memorandum)

Official Committee of Unsecured Creditors of Gregg Appliances, Inc. v. Rosetta Marketing Group, LLC - for recovery of avoidable pre-petition transfers pursuant to 11 U.S.C. § 547 (Plaintiff's rebuttal memorandum)

Official Committee of Unsecured Creditors of Gregg Appliances, Inc. v. Zimmerman Advertising LLC - for recovery of avoidable pre-petition transfers pursuant to 11 U.S.C. § 547 (Plaintiff's rebuttal report)

Official Committee of Unsecured Creditors of Gregg Appliances, Inc. v. Skyline Furniture Mfg., Inc. - for recovery of avoidable pre-petition transfers pursuant to 11 U.S.C. § 547 (Plaintiff's rebuttal report)

Official Committee of Unsecured Creditors of Gregg Appliances, Inc. v. Warrantech Consumer Product Services, Inc. d/b/a Warrantech CPS, Inc. - for recovery of avoidable pre-petition transfers pursuant to 11 U.S.C. § 547 (Plaintiff's rebuttal report)

gavinsolmonese.com

GAVIN / SOLMONESE

**Ted Gavin, CTP, NCPM**
*Managing Director & Founding Partner*
Certified Turnaround Professional

**February 2026**

*Page 10 of 33*

Myron N. Terlecky, Chapter 7 Trustee *In re* Healthspot, Inc. v. Cardinal Health, Inc. – for recovery of pre-petition transfers pursuant to 11 U.S.C. §§ 547 & 548 (Plaintiff's expert on solvency) Weitz v. Burton & Weitz v. Shields – for recovery of transfers pursuant to 11 U.S.C. § 548 (Defendants' expert on solvency and reasonably equivalent value)

Official Committee of Unsecured Creditors of Gregg Appliances, Inc. v. Hooker Furniture Corporation f/d/b/a Home Meridian International, Inc. - for recovery of avoidable pre-petition transfers pursuant to 11 U.S.C. § 547 (Plaintiff's rebuttal report)

*In re Mabvax Therapeutics Inc.* – Debtor's expert on value of releases being granted under chapter 11 plan, including obligations of board members relating to fiduciary duty

JBF Interlude 2009 LTD (d/b/a eko) v. Quibi Holdings, LLC *et al* - defendant's expert relating to proper wind-down procedures and claims reserve obligations for a Delaware LLC in dissolution under the Delaware LLC Act.

Maxus Liquidating Trust v. YPF S.A. *et al.* - defendants' expert relating to economic support in relation to alleged fraudulent conveyances

Parker School Uniforms, LLC v. Plexus Fund III, L.P. and Plexus Fund QP III, L.P. - defendants' expert on solvency relating to avoidance actions brought against lender/investor

ASPC Corp. v. Sturm Ruger & Co. - defendants' expert on defenses relating to avoidance actions brought by bankruptcy trustee

Gemelli Group, LLC v. Thomas Dahlen *et al* - defendants' expert on standards of professional conduct, breach of fiduciary duty claims, bankruptcy procedures and solvency relating to breach of fiduciary duty claim brought by lender against borrower's management and advisor.

Healy v. Bao *et al* – independent director defendants' expert on standards of professional conduct, breach of fiduciary duty claims

*In re Thrasio, Inc. et al* – Bristols 6, Inc. *et al* expert in support of objection to plan confirmation.

*In re SilverRock Development Company, LLC et al* expert on value of property and equity cushion in conjunction with application for Debtor-in-Possession financing

gavinsolmonese.**com**

# GAVIN / SOLMONESE

**Ted Gavin, CTP, NCPM**
*Managing Director & Founding Partner*
Certified Turnaround Professional

**February 2026**

*Page 11 of 33*

*In re Michael Goldberg, as Plan Administrator for 20230930-DK-Butterfly-1, Inc. (f/k/a Bed Bath & Beyond Inc.), v. Evenflo Company, Inc.* for recovery of avoidable pre-petition transfers pursuant to 11 U.S.C. § 547 (Plaintiff's rebuttal report)

*In re Robert L. Johns, Chapter 7 Trustee of Ben's Creek Operations WV, LLC v. Wrightway Ready-Mix, LLC and Wrightway Drilling & Exploration, LLC* for recovery of avoidable pre-petition transfers pursuant to 11 U.S.C. § 547 (Defendant's expert on evaluation of defenses)

*In re Michael Goldberg, as Plan Administrator for 20230930-DK-Butterfly-1, Inc. (f/k/a Bed Bath & Beyond Inc.), v. Artsana USA, Inc.* for recovery of avoidable pre-petition transfers pursuant to 11 U.S.C. § 547 (Plaintiff's rebuttal report)

## COURT & DEPOSITION TESTIMONY EXPERIENCE (Past Four Years):

Gemelli Group, LLC v. Thomas Dahlen *et al* - defendants' expert on standards of professional conduct, breach of fiduciary duty claims, bankruptcy procedure and solvency relating to breach of fiduciary duty claim brought by lender against borrower management and advisor.

Maxus Liquidating Trust v. YPF S.A. *et al.* - defendants' expert relating to economic support in relation to alleged fraudulent conveyances

Healy v. Bao *et al* – independent director defendants' expert on standards of professional conduct, breach of fiduciary duty claims

## PROFESSIONAL:

### Professional Certifications

CERTIFIED TURNAROUND PROFESSIONAL
ASSOCIATION OF CERTIFIED TURNAROUND PROFESSIONALS

CERTIFIED PROFESSIONAL MEDIATOR
NATIONAL ASSOCIATION OF CERTIFIED MEDIATORS

# GAVIN / SOLMONESE

**Ted Gavin, CTP, NCPM**
*Managing Director & Founding Partner*
Certified Turnaround Professional

**February 2026**

*Page 12 of 33*

## Organizational Affiliations

NATIONAL CONFERENCE OF BANKRUPTCY JUDGES
 2021 ANNUAL CONFERENCE EDUCATION COMMITTEE

MEDIATORS BEYOND BORDERS INTERNATIONAL
 UNITED NATIONS MULTILATERAL WORKING GROUP (MEDIATION)
  WOMEN IN MEDIATION ACTION GROUP
 DEMOCRACY, POLITICS & CONFLICT ENGAGEMENT WORKING GROUP
 CLIMATE CHANGE POLICY PROJECT
 CHILDREN & YOUTH ADR WORKING GROUP

TURNAROUND MANAGEMENT ASSOCIATION

AMERICAN BANKRUPTCY INSTITUTE

 CHAIR (2020-2021)
 IMMEDIATE PAST PRESIDENT (2019-2020)
 PRESIDENT (2018-2019)
 PRESIDENT-ELECT (2017-2018)
 VICE PRESIDENT – DEVELOPMENT (2014 - 2017)
 MANAGEMENT COMMITTEE (2017 - 2021)
 EXECUTIVE COMMITTEE (2014 - 2021)
 MEMBER – BOARD OF DIRECTORS (2012 - 2021)
  DEVELOPMENT COMMITTEE (2014 - 2017)
  NOMINATING COMMITTEE (2012-2013, 2013-2014) (2 TERMS)
  COMMUNICATIONS & INFORMATION TECHNOLOGY COMMITTEE (2012-2014)

 COMMITTEE MEMBERSHIPS

 BUSINESS REORGANIZATIONS COMMITTEE
 BANKRUPTCY LITIGATION COMMITTEE
 ETHICS COMMITTEE
  CO-CHAIR (2009-2010)
  EDUCATION DIRECTOR (2008-2009)
 FINANCIAL ADVISORS & INVESTMENT BANKING COMMITTEE
  CO-CHAIR (2010-2012)

GAVIN / SOLMONESE

**Ted Gavin, CTP, NCPM**
*Managing Director & Founding Partner*
Certified Turnaround Professional

**February 2026**

*Page 13 of 33*

PENSIONS COMMITTEE
TECH & TELECOMMUNICATIONS COMMITTEE
UNSECURED TRADE CREDITORS COMMITTEE
    MEMBERSHIP COMMITTEE (2007-2008)
    MEMBER, CREDITORS COMMITTEE PROTOCOLS TASK FORCE (2006)

MEMBER, COMMISSION ON CONSUMER BANKRUPTCY (2017-2018)
    COMMISSIONER *EX-OFFICIO*
MEMBER, NATIONAL ETHICS TASK FORCE (2011 – 2013)
    CHAIR, COMMITTEE SOLICITATION PROTOCOLS SUBCOMMITTEE
MEMBER, VETERANS & SERVICEMEMBERS' AFFAIRS TASK FORCE (2018- )
MEMBER, DIVERSITY TASK FORCE (2019 - 2021)
MEMBER, CIVILITY STANDARDS TASK FORCE (2014)
CO-CHAIR, VIRTUAL MENTORING PROGRAM COMMITTEE (2014-2016)
MEMBER, DIVERSITY MENTORING PROGRAM (2021 - 2022)
ADVISORY BOARD CO-CHAIR, MID-ATLANTIC BANKRUPTCY WORKSHOP (2009 –
    2014, 2023-PRESENT)
MEMBER, VALCON CONFERENCE ADVISORY BOARD (2010 – 2017)
MEMBER, MID-ATLANTIC ENDOWMENT COMMITTEE (2009 - 2014)

CONTRIBUTING AUTHOR, ABI JOURNAL
    CONTRIBUTING AUTHOR, "LAST IN LINE" COLUMN (DEALING WITH
        ISSUES OF PERTINENCE TO UNSECURED CREDITORS) (2007 – 2016)

ASSOCIATION OF CERTIFIED TURNAROUND PROFESSIONALS
ASSOCIATION OF INSOLVENCY AND RESTRUCTURING ADVISORS
ASSOCIATION OF CERTIFIED FRAUD EXAMINERS (ASSOCIATE MEMBER)
NATIONAL ASSOCIATION OF CORPORATE DIRECTORS
INTERNATIONAL WOMEN'S INSOLVENCY & RESTRUCTURING CONFEDERATION

INTERNET ENGINEERING TASK FORCE – PAST MEMBER
INTERNET SOCIETAL TASK FORCE – PAST MEMBER

*Elected Member*:    **Internet Societal Steering Group**
               (Governing body of the ISTF)
               November 2000 - 2002
               *Interim Liaison* to the Internet Engineering Task Force

GAVIN / SOLMONESE

**Ted Gavin, CTP, NCPM**
*Managing Director & Founding Partner*
Certified Turnaround Professional

**February 2026**

*Page 14 of 33*

## AUTHORSHIPS & PUBLISHED WORKS

Published Books:

The Chief Restructuring Officer's Guide to Bankruptcy: Views from Leading Insolvency Professionals
with Ward (editor); Dooley, Fox, Hager, Kadish, Phillips, Rosen, Vine.
Copyright 2013, the American Bankruptcy Institute

Final Report of the ABI National Ethics Task Force – Report on Best Practices for Creditors' Committee Solicitation
with Rapoport, N. & Lupica, L (Reporters)
Copyright 2013, the American Bankruptcy Institute

Best of ABI 2011: The Year in Business Bankruptcy
Copyright 2011, the American Bankruptcy Institute
Included Article: **"The Paradox of the Dueling Trustees – The Evolving Nature of SPM 'Gifts'"**, first published in the *American Bankruptcy Institute Journal*, June 2011

Troubled Loan Workout Guide
Turnaround Management Association, 2009
Member, Editorial Board

Editor-In-Chief and Primary Author (with D. Eastlake and S. Hambridge)

**RFC-3098, FYI-38 - "How to Advertise Responsibly Using E-Mail and Newsgroups"**
Copyright, 2000. The Internet Society

Author

**"When Bad Things Happen to Good Customers"**
*with Howard Brod Brownstein*
*Business Credit Magazine,* June 2003

**"Turnaround Tactics"**
*Credit & Collections Week,* October 2003

gavinsolmonese.com

# GAVIN / SOLMONESE

**Ted Gavin, CTP, NCPM**
*Managing Director & Founding Partner*
Certified Turnaround Professional

**February 2026**

*Page 15 of 33*

**"So You're on a Creditors Committee – Now What?"**
*Business Credit*, May 2004

**"Mental Models Trap People in 'The Box'"**
*The Journal of Corporate Renewal*, February 2005

**"What Were They Thinking? Helpful Lessons from Hindsight"**
*ABF Journal,* October 2006

**"The Truth Behind *In Re Nobex"***
*Daily Bankruptcy Review,* April 2007

**"Practical Pitfalls in Boilerplate Notice Provisions"**
*American Bankruptcy Institute,*
*Bankruptcy Litigation Committee Newsletter,* Fall 2007

**"Expedited Asset Sales under §363 of the Bankruptcy Code***"*
*American Bankruptcy Institute Journal,* February 2008

**"Understanding and Estimating the Impact of Potential WARN Act Claims on Unsecured Creditors***"*
*American Bankruptcy Institute Journal,* February 2009 (with Serrano, H.)

**"The Current State of SPM Gifts***"*
*Daily Bankruptcy Review,* July 7, 2010

**"The Paradox of the Dueling Trustees – The Evolving Nature of SPM 'Gifts'"**
*American Bankruptcy Institute Journal*, June 2011

**"How to Fix the U.S. Postal Service"**
Forbes.com *Turnaround Tactics* Blog, December 8, 2011

**"Top 5 Reasons Why EBITDA Is A Great Big Lie"**
Forbes.com *Turnaround Tactics* Blog, December 27, 2011
**"Saving American Symphony Orchestras in Four Movements"**
Forbes.com *Turnaround Tactics* Blog, January 18, 2012

gavinsolmonese**.com**

# GAVIN / SOLMONESE

**Ted Gavin, CTP, NCPM**
*Managing Director & Founding Partner*
Certified Turnaround Professional

**February 2026**

*Page 16 of 33*

**"Four Steps to Saving a Nonprofit from its own Board of Directors"**
Forbes.com *Turnaround Tactics* Blog, May 1, 2012

**"Saving a Nonprofit from its own Board"**
Directors & Boards, Third Quarter 2012

**"The Last Stand of Twinkie the Kid"**
ABL Advisor, December 11, 2012

**"If You're A Nonprofit And You Want To Avoid Bankruptcy, Read This"**
Philadelphia Business Journal, March 22, 2013

**"*WaMu's* Last *Resort*: A Recent Opinion from the Delaware Court and its Implications for Post-Confirmation Trust Litigation"**
American Bankruptcy Institute Journal, May 2013

**"An Only Slightly Less Modest Proposal"**
ABL Advisor, August 20, 2013

**"Tactics Before Theatrics: The Orchestration & Management of a Successful Out-of-Court Restructuring"**
*with Michael P. Richman, Esq.*
Corporate Counsel Magazine, December 2013

**"Chapter 7 Trustee Elections: Intricacies of §702 in Battle for Control of a Liquidating Estate"**
*with Lucian B. Murley, Esq.*
American Bankruptcy Institute Journal, May 2014 (Cover Story)

**"Introducing the ABI Mentoring Program"**
*with Patricia A. Redmond, Maria Ellena Chavez-Ruark, Timothy R. Bow*
American Bankruptcy Institute Journal, February 2015

**"How to Lessen the Big Costs of Small Business Bankruptcy"**
ABI Journal, December 2016

# GAVIN / SOLMONESE

**Ted Gavin, CTP, NCPM**
*Managing Director & Founding Partner*
Certified Turnaround Professional

**February 2026**

*Page 17 of 33*

## SPEAKING & MEDIA:

### Speaker/Lecturer

**Recent and Future Efforts in Responsible Use of the Network**
SpamCon (conference)
May 2001

**"When Bad Things Happen to Good Customers"**
NACM Chicago/Midwest Chapter Credit Conference
October 2003

**Turnaround and Workout Issues in Leasing -**
**Senior Executives Session**
Equipment Leasing Association Credit & Collections Management Conference
June 2005

**Faculty & Instructor**
American Bankruptcy Institute Litigation Skills Symposium
May 2015

**Faculty & Instructor**
American Bankruptcy Institute 15th Litigation Skills Symposium
May 2017

### Guest Lecturer

**Georgetown University Law Center**
Financial Advisors in Chapter 11
*In re Jevic Holding Corp. – a case study*
April 2016

**University of Wisconsin School of Law**
The Student Loan Crisis and Bankruptcy Issues
April 4, 2018

gavinsolmonese**.com**

# GAVIN / SOLMONESE

**Ted Gavin, CTP, NCPM**
*Managing Director & Founding Partner*
Certified Turnaround Professional

**February 2026**

*Page 18 of 33*

<u>**Speaker/Panelist**</u> *(all panels approved for CPE & CLE credit)*

**Email: The Good, The Bad & The Ugly**
Internet Society - INET2002 Conference
June 2002

**Federal Trade Commission Spam Forum**
**Witness and Panelist - Best Practices**
May 2003

**Keynote Panel: "CAN SPAM: Compliance Nightmare or Effective Spam-Fighting Tool?"**
InboxEvent 2004
June 2004

**Managing a Troubled Portfolio with Turnaround Professionals & Other Resources**
Equipment Leasing Association - Credit & Collections Management Conference, June 2005

**Report from the Front: Creditor Committees after BAPCPA**
American Bankruptcy Institute Mid-Atlantic Bankruptcy Seminar
August 2006

**Complex Financial Restructuring Program**
American Bankruptcy Institute
Faculty, Panelist on Financing Team
September 2006

**The Roles of Creditors in Bankruptcy after BAPCPA**
American Bankruptcy Institute - Winter Leadership Conference
December 2006

**Practical Problems and Potential Pitfalls of Inadvertent Disclosure**
American Bankruptcy Institute – Annual Spring Meeting
April 2007

gavinsolmonese**.com**

# GAVIN / SOLMONESE

**Ted Gavin, CTP, NCPM**
*Managing Director & Founding Partner*
Certified Turnaround Professional

**February 2026**

*Page 19 of 33*

**Choose Me! Ethical Considerations in Committee Solicitations**
American Bankruptcy Institute Mid-Atlantic Bankruptcy Seminar
August 2007

**Making a Silk Purse from a Sow's Ear: Selling the Distressed Business**
Ohio State Bar Association Conference
May 2008

**Anything But Bankruptcy! - Revisited**
American Bankruptcy Institute Mid-Atlantic Bankruptcy Seminar
August 2008

**Dealing with the Distressed Company**
Ohio State Bar Association – Corporate Counsel Institute
October 2008

**Middle-Market Restructurings – What Happens When Nobody Comes to the Auction?**
University of Texas Law School/ABI/AIRA - VALCON
February 2009

**Creditors Stake Their Claim – Creditors as Counterpoint to Debtor Excess**
American Bankruptcy Institute Mid-Atlantic Bankruptcy Seminar
August 2009

**Ethics & Professional Responsibility, Including Duty of Confidentiality, Mobility of Counsel and E-discovery Issues**
American Bankruptcy Institute 34th Annual Judge Alexander L. Paskay Seminar on Bankruptcy Law and Practice
March 2010

**Ethics & Professional Responsibility**
American Bankruptcy Institute Nuts & Bolts Course, Ethics Educational Session
April 2010

gavinsolmonese.**com**

# GAVIN / SOLMONESE

**Ted Gavin, CTP, NCPM**
*Managing Director & Founding Partner*
Certified Turnaround Professional

**February 2026**

*Page 20 of 33*

**Financial Advisory Issues in Chapter 11: A Case Study**
American Bankruptcy Institute Mid-Atlantic Bankruptcy Seminar
Practical Session
August 2010

**The Perils & Pitfalls of Inadvertent Disclosure and E-Discovery**
North Carolina Bar Association – Bankruptcy Section Conference
Ethics Educational Session
November 2010

**Technology & Telecommunications: Is Social Networking Good Networking, and is the Power of the Internet Changing How to Chase Committee Engagements?**
American Bankruptcy Institute 2011 Annual Spring Meeting
April 2011

**Betting Big to Win Big: Retention and Compensation Issues in Chapter 11 Cases**
American Bankruptcy Institute 19th Annual Southwest Bankruptcy Conference
September 2011

**Recent Developments in Bankruptcy Ethics**
National Conference of Bankruptcy Judges 2011 Annual Conference Commercial Law
League of America Honorable Frank W. Koger Memorial Education Program – *"Current Developments in Hot & Emerging Areas of Bankruptcy"*
October 2011

**Ethical Challenges in Large, Mid-Market and Small Companies**
Turnaround Management Association 2011 Annul Convention
Advanced Education Session
October 2011

**Navigating Ethical Challenges in Contested Restructurings: When Stakeholders Employ Ethics as a Sword**
Beard Group 18th Annual Distressed Investing Conference
November 2011

gavinsolmonese**.com**

# GAVIN / SOLMONESE

**Ted Gavin, CTP, NCPM**
*Managing Director & Founding Partner*
Certified Turnaround Professional

**February 2026**

*Page 21 of 33*

**Key Litigation Skills for Bankruptcy Lawyers**
American Bankruptcy Institute Winter Leadership Conference
December 2011

**Ethics and Professionalism Potpourri**
American Bankruptcy Institute 36th Annual Judge Alexander L. Paskay Seminar on
Bankruptcy Law and Practice
March 2012

**Bankruptcy Code Section 546(e): Limited Safe Harbor, or Open Floodgates?**
2012 William J. O'Neill Great Lakes Regional Bankruptcy Institute
May 2012

**Advanced Creditor Committee Issues**
86th National Conference of Bankruptcy Judges Annual Conference - *ABI Roundtables*
October 2012

**Portfolio Management: Identification, Mitigation & Liquidation. Best Practices and
Regulatory Expectations**
Risk Management Association, Philadelphia Chapter
March 2013

**Presentation of the Final Report of the ABI National Ethics Standards Task Force**
American Bankruptcy Institute 31st Annual Spring Meeting
April 2013

**Bankruptcy Ethics – The Basics**
Commercial Law League of America & FinancialPoise
August 2013

**Hot Topics in Professional Ethics**
Turnaround Management Association – Greater Philadelphia Chapter
October 2013

gavinsolmonese**.com**

# GAVIN / SOLMONESE

**Ted Gavin, CTP, NCPM**
*Managing Director & Founding Partner*
Certified Turnaround Professional

**February 2026**

*Page 22 of 33*

**Recent Developments in Bankruptcy Ethics – The Ongoing Bankruptcy Prohibition on "Opaqueness"**
National Conference of Bankruptcy Judges 2013 Annual Conference Commercial Law League of America Honorable Frank W. Koger Memorial Education Program – *"Current Developments in Hot & Emerging Areas of Bankruptcy"*
October 2013

**Ethics In Action: the ABI National Ethics Task Force and its Next Steps**
American College of Bankruptcy – Nancy C. Dreher Lecture on Bankruptcy Law and Practice University of Minnesota Law School
November 8, 2013

**Ethics Implications of Shareholder Activism and Pre-Petition Advice to Corporations**
Beard Group 20th Annual Distressed Investing Conference
November 2013

**The Chief Restructuring Officer's Guide to Bankruptcy**
American Bankruptcy Institute 25th Annual Winter Leadership Conference
December 2013

**Advanced Financial Issues in Reorganization – Wisdom from Our Turnaround Professionals**
Colorado State Bar Association - National CLE Conference
January 2014

**Creditor Committee Representation Issues: Standing to Pursue Estate Causes of Action, SPM Gifts, Claims Against D&Os and Lenders**
Colorado State Bar Association - National CLE Conference
January 2014

**60 Cases in 60 Minutes: A Summary of 2013's Key Bankruptcy Decisions**
Eastern District of Pennsylvania Bankruptcy Conference
January 2014

# GAVIN / SOLMONESE

**Ted Gavin, CTP, NCPM**
*Managing Director & Founding Partner*
Certified Turnaround Professional

**February 2026**

*Page 23 of 33*

**Red Flags: When Your Valuation Expert's Report Doesn't Seem Right, What Are Your Options?**
University of Texas Law School / American Bankruptcy Institute / Association of Insolvency & Restructuring Advisors - VALCON
February 2014

**A Brave New World? Exploring Chapter 9 Debt Relief for Detroit and Other Municipalities**
The Beard Group Webinar Series
March 2014

**Getting to Yes, Starting at No: The Benefits of Mediation**
Turnaround Management Association 2014 Mid-Atlantic Regional Symposium
June 2014

**"Gimme Some Credit": Navigating Today's Bankruptcy Credit Bidding Landscape**
American Law Institute Continuing Legal Education
June 2014

**Rule 2014 and Ethical Conflicts of Interest**
American Bankruptcy Institute 19th Annual Southeast Bankruptcy Workshop
July 2014

**Ethics in Bankruptcy**
American Bankruptcy Institute Fourth Hawai'i Bankruptcy Workshop
August 2014

**Ethics & Professionalism**
American Bankruptcy Institute 22nd Annual Southwest Bankruptcy Conference
September 2014

**Can the Trustee Bring That Lawsuit? – Exploring Standing and *In Pari Delicto* Issues in Chapter 11 Cases**
88th National Conference of Bankruptcy Judges Annual Conference - *ABI Roundtables*
October 2014

# GAVIN / SOLMONESE

**Ted Gavin, CTP, NCPM**
*Managing Director & Founding Partner*
Certified Turnaround Professional

**February 2026**

*Page 24 of 33*

**In the Age of Facebook, What Every Bankruptcy Professional Needs to Know About How It Can Help Us Or Hurt Our Clients**
Colorado State Bar Association – National CLE Conference
January 2015

**Gazing Into The Crystal Ball: What Areas Should Bankruptcy Professionals Be Looking Toward for Business?**
Colorado State Bar Association – National CLE Conference
January 2015

**60 Cases in 60 Minutes: A Summary of 2014's Key Bankruptcy Decisions**
Eastern District of Pennsylvania Bankruptcy Conference
January 2015

**Ethical Turnarounds – How Law Firms Can Use Turnaround Techniques to Enhance Value for Themselves and Their Clients**
University of Texas Law School / American Bankruptcy Institute / Association of Insolvency & Restructuring Advisors - VALCON
February 2015

**Chapter 11 Plan Confirmation Trial Skills**
American Bankruptcy Institute 23rd Annual Bankruptcy Battleground West Conference
March 2015

**Trustee Selection in Commercial Bankruptcy Cases: Who Wins the Battle to Control the Estate?**
American Bankruptcy Institute 33rd Annual Spring Meeting
April 2015

**Faculty Member – Expert Witnesses**
American Bankruptcy Institute 14th Annual Litigation Skills Symposium
May 2015

**Can the Trustee Bring That Lawsuit?** *Redux* **– Exploring Standing and** *In Pari Delicto* **Issues in Chapter 11 Cases**
American Bankruptcy Institute 11th Annual Mid-Atlantic Bankruptcy Workshop
August 2015

gavinsolmonese**.com**

# GAVIN / SOLMONESE

**Ted Gavin, CTP, NCPM**
*Managing Director & Founding Partner*
Certified Turnaround Professional

**February 2026**

*Page 25 of 33*

**How to Win (or Lose) Bankruptcy Auctions (Plenary Session)**
89th Annual National Conference of Bankruptcy Judges
September 2015

**Social Media – Ethics, Marketing, Prospecting for Assets or Business: The Future is Now**
Colorado State Bar Association – National CLE Conference
January 2016

**Director and Officer Liability, Financial Advisors Liability and the Business Judgment Rule**
Colorado State Bar Association – National CLE Conference
January 2016

**60 Cases in 60 Minutes: A Summary of 2015's Key Bankruptcy Decisions**
Eastern District of Pennsylvania Bankruptcy Conference
January 2016

**Ethics & the Retention and Compensation of Professionals**
University of Texas Law School / American Bankruptcy Institute / Association of Insolvency & Restructuring Advisors - VALCON
March 2016

**Bankruptcy Judge Squares: Supreme Court Edition**
American Bankruptcy Institute 34th Annual Spring Meeting
April 2016

**Where the Work Is**
90th National Conference of Bankruptcy Judges Annual Conference - *ABI Roundtables*
October 2016

**Social Media – The Benefits and Pitfalls: How to Use it Effectively In Your Practice**
Colorado State Bar Association – National CLE Conference
January 2017

GAVIN / SOLMONESE

**Ted Gavin, CTP, NCPM**
*Managing Director & Founding Partner*
Certified Turnaround Professional

**February 2026**

*Page 26 of 33*

**Duty to Disclose – Ratting on the Client: An Unpleasant Duty**
Colorado State Bar Association – National CLE Conference
January 2017

**60 Cases in 90 Minutes: A Summary of 2016's Key Bankruptcy Decisions**
Eastern District of Pennsylvania Bankruptcy Conference
January 2017

**Alternatives to Bankruptcy: Receiverships, ABCs and Self-Managed Liquidations**
American Bankruptcy Institute 22nd Annual Rocky Mountain Bankruptcy Conference
January 2017

**Plenary Session: Judicial Roundtables (Moderator)**
American Bankruptcy Institute 35th Annual Spring Meeting
April 2017

**Faculty Member**
American Bankruptcy Institute 15th Litigation Skills Symposium
May 2017

**ABITalks (TEDx Talk): The Fallacy of High Ideals – Lawyers' Rule of Professional Conduct 7.3(a); From Whence It Came, the Quagmire It Creates, and Where It Leaves Us**
American Bankruptcy Institute 13th Annual Mid-Atlantic Bankruptcy Workshop
August 2017

**Ethics in Bankruptcy: Recent Court Decisions on Legal Ethics**
American Bankruptcy Institute 25th Annual Southwest Bankruptcy Conference
September 2017

**Overview of the Student Loan Crisis and Bankruptcy Options**
Colorado State Bar Association – National CLE Conference
January 2018

**What Is the Office of the United States Trustee Up To?**
Colorado State Bar Association – National CLE Conference
January 2018

# GAVIN / SOLMONESE

**Ted Gavin, CTP, NCPM**
*Managing Director & Founding Partner*
Certified Turnaround Professional

**February 2026**

*Page 27 of 33*

**60 Cases in 90 Minutes: A Summary of 2017's Key Bankruptcy Decisions**
Eastern District of Pennsylvania Bankruptcy Conference
January 2018

**Best Practices in Settlements After *In re Jevic***
American Bankruptcy Institute 36th Annual Spring Meeting
April 2018

**Special Problems Presenting Financial Consultants as Expert Witness & Ethics Hot Topics**
American Bankruptcy Institute / Association of Insolvency & Restructuring Advisors - VALCON
May 2018

**ADR: Arbitration and Mediation in Chapter 11**
American Bankruptcy Institute Midwest Regional Bankruptcy Seminar
August 2018

**Cutting Edge Issues in Avoidance Actions**
American Bankruptcy Institute Southwest Bankruptcy Conference
September 2018

**How to Get Paid Ethically**
American Bankruptcy Institute Winter Leadership Conference
December 2018

**The Small Business Debtor: Choosing the Right Chapter (11, 12 or 13)**
Colorado State Bar Association – National CLE Conference
January 2019

**Solicitation of Clients: Is Rule 7.3 Dead?**
Colorado State Bar Association – National CLE Conference
January 2019

**60 Cases in 90 Minutes: A Summary of 2018's Key Bankruptcy Decisions**
Eastern District of Pennsylvania Bankruptcy Conference
January 2019

gavinsolmonese**.com**

# GAVIN / SOLMONESE

**Ted Gavin, CTP, NCPM**
*Managing Director & Founding Partner*
Certified Turnaround Professional

**February 2026**

*Page 28 of 33*

**Non-Debtors Need Help Too: Releases, Stays, Consolidation & Insider Fraudulent Transfers**
Wisconsin State Bar Association, Bankruptcy, Insolvency & Creditors' Rights Section 14th Annual Conference
February 2019

**Student Loans & Bankruptcy**
Wisconsin State Bar Association, Bankruptcy, Insolvency & Creditors' Rights Section 14th Annual Conference
February 2019

**Contracts & Plans**
American Bankruptcy Institute 15th Annual Mid-Atlantic Bankruptcy Workshop
August 2019

**Cutting Edge Issues in Avoidance Actions**
93rd National Conference of Bankruptcy Judges Annual Conference - *ABI Roundtables*
October 2019

**60 Cases in 90 Minutes: A Summary of 2019's Key Bankruptcy Decisions**
Eastern District of Pennsylvania Bankruptcy Conference
January 2020

**60 Cases in 90 Minutes: A Summary of 2020's Key Bankruptcy Decisions**
Eastern District of Pennsylvania Bankruptcy Conference
March 2021

**The First 100: The Biden Administration's Impact on Restructuring Professionals**
Turnaround Management Association - TMA Town Hall
May 2021

**Unsecured Creditors Don't Need to be Losers**
95th National Conference of Bankruptcy Judges Annual Conference - *ABI Roundtables*
October 2021

gavinsolmonese**.com**

# GAVIN / SOLMONESE

**Ted Gavin, CTP, NCPM**
*Managing Director & Founding Partner*
Certified Turnaround Professional

**February 2026**

*Page 29 of 33*

**60 Cases in 90 Minutes: A Summary of 2021's Key Bankruptcy Decisions**
Eastern District of Pennsylvania Bankruptcy Conference
April 2022

**60 Cases in 90 Minutes: A Summary of 2022's Key Bankruptcy Decisions**
Eastern District of Pennsylvania Bankruptcy Conference
April 2023

**60 Cases in 90 Minutes: A Summary of 2023's Key Bankruptcy Decisions**
Eastern District of Pennsylvania Bankruptcy Conference
April 2024

**60 Cases in 90 Minutes: A Summary of 2024's Key Bankruptcy Decisions**
Eastern District of Pennsylvania Bankruptcy Conference
March 2025

**Economic Impact of Current Trends in Politics and Policies**
American Bankruptcy Institute Annual Spring Meeting
April 2025

**Hot Topics in Ethics: The ABI Ethics Task Force Looks Back at the Last Ten Years.**
American Bankruptcy Institute Winter Leadership Conference
December 2025

**Good Faith & Practice**
Brigham Young University/University of Chicago Bankruptcy Conference
December 2025

## Media

**CNN*fn***
Subject Matter Expert (Economic Issues Related to Unsolicited Commercial E-mail (spam))
May 22, 2001

gavinsolmonese.**com**

# GAVIN / SOLMONESE

**Ted Gavin, CTP, NCPM**
*Managing Director & Founding Partner*
Certified Turnaround Professional

**February 2026**

*Page 30 of 33*

**National Public Radio**
**"Radio Times" - WHYY-FM and nationwide**
Discussion of Unsolicited Commercial Email (spam)
April 22, 2003

**National Public Radio**
**"Talk of the Nation – Science Friday" - Nationwide**
Discussion of and Debate on Unsolicited Commercial Email (spam)
May 9, 2003

**Executive Leaders Radio**
October 7, 2011

**Philadelphia Business Journal**
CEO**File**
May 4, 2012

**TheStreet.com** (on-air interview, subject matter expert)
December 6, 2016

**Business/Disrupted**
Weekly radio show/podcast
January 2021 – present

## HONORS:

"*People To Watch – Business Professionals Making Their Mark*"
        *Turnarounds & Workouts* – March 13, 2006

Global M&A Network Turnaround Atlas Awards – Leadership Achievement Honor - May, 2016

LawDragon 500 Global Restructuring Advisors & Consultants - 2020

Global Advisory Experts - Recommended Professional, 2021, 2022

gavinsolmonese**.com**

# GAVIN / SOLMONESE

**Ted Gavin, CTP, NCPM**
*Managing Director & Founding Partner*
Certified Turnaround Professional

**February 2026**

*Page 31 of 33*

Corporate INTL Global Awards Winner - Company Restructuring, Delaware

2023 Turnaround Atlas Awards, Special Situation Deal of the Year
*For the sale of Masten Space Systems to Astrobotic*

2023 M&A Advisors Awards – Industrials Deal of the Year
*For the sale of Masten Space Systems to Astrobotic*

2025 Corporate INTL Company Restructuring Expert of the Year, USA – Delaware

2024 - 2025 Leaders in Law Global Award – Company Restructuring Expert of the Year, USA – Delaware

2025 Global Advisory Experts Company Restructuring Expert of the Year in Delaware

## COMMUNITY & BOARDS:

**Martha's Vineyard Camp Meeting Association**
Board of Trustees (2023 - )
(First independent director elected to board in organization's history)

**Martha's Vineyard Hebrew Center**
Board of Trustees (2023 - )
Treasurer (2024 - )

**LADYFEST MV (Chilmark, MA)**
Board of Directors (2022 - )

**EMILY's List (Washington, DC)**
Honorary Board (2019 - )
Board of Directors (2010 - 2018)
Chair, Finance Committee (2013 – 2017)
Branding Committee (2013)
Strategic Planning Committee (2012-2013)

gavinsolmonese**.com**

# GAVIN / SOLMONESE

**Ted Gavin, CTP, NCPM**
*Managing Director & Founding Partner*
Certified Turnaround Professional

**February 2026**

*Page 32 of 33*

**Women's Campaign International (Philadelphia, PA)**
  Board of Directors (2010 - 2014)
  Chair, Finance Committee (2013 - 2014)

**The Chamber Orchestra of Philadelphia (Philadelphia, PA)**
  Board of Directors (2010 – 2014, 2025 - )
  Vice President, Board of Directors (2012 - 2013)
  Secretary (2013 - 2014)
  Co-Chair: Strategic Planning Committee (2013)

**Suiting Warriors Foundation (Wilmington, DE)**
  Member, Board of Directors (2013 - 2014)
  Treasurer (2013 – 2014)

**Human Rights Campaign (Washington, DC)**
  Member, Philadelphia Region Steering Committee (2010-2012)
    Federal Club Council Co-Chair (2010-11)
    Political Director (2012)
  Member, Ally Leadership Council (2011-2012)

**Frederic Remington Art Museum (Ogdensburg, NY)**
  International Advisory Board (2008 - 2014)

**Menzfit of Philadelphia (Philadelphia, PA)**
  Advisory Board (2008-2010)
  2009 Annual Gala, Co-Chair

**Philadelphia Bar Foundation Military Assistance Program**
  Volunteer financial counselor to homeless veterans of the United States Armed Forces

**Advisory Board Member of Sunset Studios** (past)

**Advisor - Independent Securities Broker-Dealer** through AdvisoryCloud (past)

**Member - ConvrtX AdvisoryCloud** (past)

gavinsolmonese**.com**

# GAVIN / SOLMONESE

**Ted Gavin, CTP, NCPM**
*Managing Director & Founding Partner*
Certified Turnaround Professional

**February 2026**
*Page 33 of 33*

**EDUCATION:**

### University of Phoenix

B. Sci. Business & Information Systems *with Honors*

### Pepperdine University School of Law

Master of Legal Studies (*Concentration in Dispute Resolution)*

Master of Dispute Resolution
*Straus Institute for Dispute Resolution*

### Turnaround Management Association
Forensic & Expert Witness Training Program

### American Bankruptcy Institute
Litigation Skills Symposium

gavinsolmonese**.com**